# EXHIBIT A

**Schedule A**

**Esteban Koffsmon**
**Transactions in Green Dot Corporation (ticker "GDOT") Securities**
**Class Period: May 9, 2018 and November 7, 2019, inclusive**

| Date | Acc #1 Buy (B) or Sell (S) | Quantity | Price ($) |
|---|---|---|---|
| 2/21/2019 | B | 366 | 68.20 |
| 5/9/2019 | B | 216 | 46.30 |