

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN KOFFSMON, on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>GREET DOT CORPORATION, STEVEN W. STRETI and MARK SHIFKE,<br>Defendants. | Case No. 19-cv-10701-DDP-E<br><br>The Honorable Dean D. Pregerson<br><br>**ORDER RE JOINT STIPULATION TO REVISE CONTINUING DATE UPON WHICH RESPONSIVE PLEADING IS DUE (DKT. NO. 14)** |

**ORDER RE JOINT STIPULATION TO REVISE CONTINUING DATE UPON WHICH RESPONSIVE PLEADING IS DUE (DKT. NO. 14)**

Based on the foregoing Joint Stipulation To Revise Continuing Date Upon Which Responsive Pleading Is Due (Dkt. No. 14) and good cause being shown, the Court hereby GRANTS the parties' Stipulation. The Court hereby orders as follows:

1. The corrected deadline to seek appointment as lead plaintiff is February 18, 2020.

2. All other dates and deadlines in Docket No. 14 remain in place.

**SO ORDERED** this 15th day of January, 2020.

_____
Honorable Dean D. Pregerson
United States District Court Judge

2                                    Case No. 19-cv-10701-DDP-E

**ORDER RE JOINT STIPULATION TO REVISE CONTINUING DATE UPON WHICH RESPONSIVE PLEADING IS DUE (DKT. NO. 14)**