Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN KOFFSMON, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GREEN DOT CORPORATION, STEVEN W. STREIT and MARK SHIFKE, <br><br> Defendants. | No. 2:19-cv-10701-DDP-E <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF FRED SCHAEBSDAU FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> Judge: Hon. Dean D. Pregerson <br> Hearing Date: March 23, 2020 <br> Time: 10:00 a.m. <br> Ctrm: 9C (Ninth Floor) – First Street Courthouse |

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., attorneys for movant Fred Schaebsdau ("Movant"). I make this declaration in

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF
FRED SCHAEBSDAU FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF CHOICE OF COUNSEL; No.  2:19-cv-10701-DDP-E

support of Movant's motion for appointment as Lead Plaintiff and approval of Movant's choice of Lead Counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following documents:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Movant's loss chart; and

Exhibit 4:    The firm résumé of The Rosen Law Firm, P.A.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 18, 2020.

/s/ Laurence M. Rosen
Laurence M. Rosen

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF FRED SCHAEBSDAU FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL; No.  2:19-cv-10701-DDP-E

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On February 18, 2020, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF FRED SCHAEBSDAU FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 18, 2020.

/s/ Laurence M. Rosen
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF
FRED SCHAEBSDAU FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF CHOICE OF COUNSEL; No.  2:19-cv-10701-DDP-E