# EXHIBIT 3

**Green Dot Corporation Loss Chart**        **Lookback Price**

**Class Period: May 9, 2018 through November 7, 2019**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | 24.46326083 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Schaebsdau, Fred | 1/31/2019 | 1,000 | ($76.27) | ($76,270.00) | | | | | 1,000 | $24,463.26 | ($51,806.74) | |