Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermantabacco.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermantabacco.com
Jeffrey V. Rocha (SBN 304852)
Email: jrocha@bermantabacco.com
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Counsel for Movant Green Dot*
*Institutional Investor Group and*
*Proposed Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTEBAN KOFFSMON, on behalf themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREEN DOT CORPORATION, STEVEN W. STREIT and MARK SHIFKE,<br><br>Defendants. | No. 2:19-cv-10701-DDP-E<br><br>CLASS ACTION<br><br>**DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF THE GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**<br><br>Date:  March 23, 2020<br>Time: 10:00 a.m.<br>Courtroom:  9C, 9th Floor<br>Judge:  Hon. Dean D. Pregerson |

[Case No. 2:19-cv-10701-DDP-E] DECLARTION OF NICOLE LAVALLEE IN SUPPORT OF THE GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

I, Nicole Lavallee, declare under penalty of perjury as follows:

1.   I am a partner in the San Francisco office of Berman Tabacco, counsel for movants Plymouth County Retirement Association ("Plymouth County"), Greater Pennsylvania Carpenters' Pension Fund ("GPCPF") and Iron Workers District Council of New England Pension Fund ("New England Iron Workers") (collectively the "Green Dot Institutional Investor Group").  I am a member in good standing of the State Bar of California and admitted to practice in this District.  I submit this Declaration in support of the Green Dot Institutional Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Counsel as Lead Counsel, and in support of the Memorandum of Points and Authorities accompanying the Motion.

2.   Attached hereto as Exhibit A is a true and correct copy of the notice published by Levi & Korsinsky, LLP on December 19, 2019 on *ACCESSWIRE*, a national business-oriented wire service, advising members of the proposed class that the above-captioned action was filed and that investors had the right to move for appointment as lead plaintiff no later than February 17, 2020.[1]

3.   Attached hereto as Exhibit B is a true and correct copy of the signed Certification of Plymouth County.

4.   Attached hereto as Exhibit C is a true and correct copy of the signed Certification of GPCPF.

5.   Attached hereto as Exhibit D is a true and correct copy of the signed Certification of New England Iron Workers.

6.   The Green Dot Institutional Investor Group suffered collective losses of $1,071,665.53 on their investment in Green Dot Corporation common

---

[1]   As February 17, 2020 is a Court holiday, the Court continued the deadline to seek appointment as lead plaintiff to February 18, 2020.  *See* Order re Joint Stipulation to Revise Continuing Date Upon Which Responsive Pleading is Due (Jan. 15, 2020), ECF No. 18.

stock.  Charts calculating the Green Dot Institutional Investor Group's losses on their Green Dot investments are attached hereto as Exhibit E.

7.    Attached hereto as Exhibit F is the Joint Declaration of David Sullivan, James R. Klein and Veronica Dyer in Support of the Green Dot Institutional Investor Group's Motion For Appointment As Lead Plaintiff and Approval of Its Selection of Lead Counsel.

8.    Attached hereto as Exhibit G is a true and correct copy of the firm resume of Labaton Sucharow LLP.

9.    Attached as hereto Exhibit H is a true and correct copy of the firm resume of Berman Tabacco.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of February, 2020, at San Francisco, California.

*Nicole Lavallee*
Nicole Lavallee

[Case No. 2:19-cv-10701-DDP-E] DECLARTION OF NICOLE LAVALLEE IN SUPPORT OF THE GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 18, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

*Nicole Lavallee*

Nicole Lavallee

Joseph J. Tabacco, Jr.
Jeffrey V. Rocha
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermantabacco.com
nlavallee@bermantabacco.com
jrocha@bermantabacco.com

[Case No. 2:19-cv-10701-DDP-E] DECLARTION OF NICOLE LAVALLEE IN SUPPORT OF THE GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

Christopher J. Keller
Eric J. Belfi
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
Email: ckeller@labaton.com
        ebelfi@labaton.com
        fmcconville@labaton.com

*Counsel for Movant Green Dot
Institutional Investor Group and
Proposed Co-Lead Counsel for the Class*

Guillaume Buell
**THORNTON LAW FIRM LLP**
One Lincoln Street
Boston, MA  02111
Telephone: (617) 720-1333
Facsimile:  (617) 720-2445
Email: gbuell@tenlaw.com

*Additional Counsel for Movant Green Dot
Institutional Investor Group*

[Case No. 2:19-cv-10701-DDP-E] DECLARTION OF NICOLE LAVALLEE IN SUPPORT OF THE GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL