# EXHIBIT B

## CERTIFICATION

I, David Sullivan, as Executive Director of Plymouth County Retirement Association ("Plymouth County"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of Plymouth County.  I have reviewed a complaint filed against Green Dot Corporation ("Green Dot") alleging violations of the federal securities laws and authorize the filing of this motion for lead plaintiff appointment;

2.      Plymouth County did not purchase securities of Green Dot at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      Plymouth County is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  Plymouth County fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Plymouth County's transactions in Green Dot securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      Plymouth County sought to serve as a lead plaintiff or representative party in the following class actions filed under the federal securities laws during the last three years:

*Plymouth County Retirement Association v. Advisory Board Company*, No. 1:17-cv-1940 (D.D.C.)
*Bettis v. Envision Healthcare Corporation*, No. 3:17-cv-1112 (M.D. Tenn.)
*Hampton v. Aqua Metals, Inc.*, No. 4:17-cv-7142 (N.D. Cal.)
*Plymouth County Retirement System v. Patterson Companies, Inc.*, No. 0:18-cv-0871 (D. Minn.)
*St. Clair County Employees' Retirement System v. Acadia Healthcare Company, Inc.*, No. 3:18-cv-0988 (M.D. Tenn.)
*Schlimm v. Welbilt, Inc.*, No. 8:18-cv-3007 (M.D. Fla.)
*Employees' Retirement System of the Puerto Rico Electric Power Authority v. Conduent Inc.*, No. 2:19-cv-8237 (D.N.J.)
*Plymouth County Retirement System v. GTT Communications, Inc.*, No. 1:19-cv-0982 (E.D. Va.) (representative party)
*Plymouth County Retirement System v. Evolent Health, Inc.*, No. 1:19-cv-1031 (E.D. Va.)
*Corwin v. ViewRay, Inc.*, No. 1:19-cv-2115 (N.D. Ohio)

6.      Beyond its pro rata share of any recovery, Plymouth County will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 14th day of February, 2020.

David Sullivan
Executive Director
Plymouth County Retirement Association

2

## EXHIBIT A

## TRANSACTIONS IN GREEN DOT CORPORATION

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 09/14/18 | 3,842.00 | $90.17 | ($346,419.69) |
| Purchase | 09/28/18 | 2,394.00 | $89.05 | ($213,187.62) |
| Purchase | 10/23/18 | 1,886.00 | $76.61 | ($144,489.85) |
| Purchase | 01/28/19 | 1,659.00 | $78.39 | ($130,052.83) |
| Purchase | 02/28/19 | 1,633.00 | $64.58 | ($105,465.35) |
| Sale | 04/09/19 | -1,082.00 | $61.85 | $66,919.97 |
| Purchase | 05/10/19 | 2,689.00 | $48.45 | ($130,292.81) |
| Sale | 08/06/19 | -423.00 | $47.74 | $20,192.12 |
| Sale | 08/06/19 | -1,363.00 | $46.23 | $63,011.35 |
| Sale | 08/07/19 | -1,772.00 | $46.62 | $82,604.44 |
| Sale | 08/08/19 | -9,463.00 | $25.81 | $244,201.23 |