# EXHIBIT C

## CERTIFICATION

I, James R. Klein, as Administrator of Greater Pennsylvania Carpenters' Pension Fund ("GPCPF"), hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of GPCPF. I have reviewed a complaint filed against Green Dot Corporation ("Green Dot"), alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.    GPCPF did not purchase securities of Green Dot at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.    GPCPF is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. GPCPF fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.    GPCPF's transactions in Green Dot securities during the Class Period are reflected in Exhibit A, attached hereto;

5.    GPCPF sought to serve as a lead plaintiff in the following class actions under the federal securities laws filed during the last three years:

*In re Celadon Group, Inc. Securities Litigation*, No. 1:17-cv-2828 (S.D.N.Y.)
*Bristol County Retirement System v. Telefonaktiebolaget LM Ericsson*, No. 1:18-cv-3021 (S.D.N.Y.)
*City of Westland Police and Fire Retirement System v. Philip Morris International Inc.*,
No. 1:18-cv-8049 (S.D.N.Y.)
*Flynn v. Exelon Corporation*, No. 1:19-cv-8209 (N.D. Ill.)

6.    Beyond its pro rata share of any recovery, GPCPF will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

Exhibit C
Page 7

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 13th day of February, 2020.

James R. Klein
*Administrator*
*Greater Pennsylvania Carpenters' Pension Fund*

2

Exhibit C
Page 8

## EXHIBIT A

## TRANSACTIONS IN GREEN DOT CORPORATION

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 12/06/18 | 124.00 | $78.00 | ($9,672.00) |
| Purchase | 12/06/18 | 11.00 | $76.81 | ($844.91) |
| Purchase | 12/07/18 | 3.00 | $79.48 | ($238.44) |
| Purchase | 12/07/18 | 358.00 | $78.73 | ($28,185.34) |
| Purchase | 12/10/18 | 48.00 | $77.16 | ($3,703.68) |
| Purchase | 12/11/18 | 69.00 | $78.64 | ($5,426.16) |
| Purchase | 12/12/18 | 163.00 | $82.81 | ($13,498.03) |
| Purchase | 12/12/18 | 44.00 | $83.21 | ($3,661.24) |
| Purchase | 12/12/18 | 359.00 | $83.55 | ($29,994.45) |
| Purchase | 12/12/18 | 81.00 | $82.36 | ($6,671.16) |
| Purchase | 12/14/18 | 107.00 | $80.55 | ($8,618.85) |
| Purchase | 12/17/18 | 61.00 | $78.57 | ($4,792.77) |
| Purchase | 12/17/18 | 167.00 | $78.30 | ($13,076.10) |
| Purchase | 12/18/18 | 118.00 | $78.49 | ($9,261.82) |
| Purchase | 02/22/19 | 1,211.00 | $67.56 | ($81,815.16) |
| Purchase | 03/19/19 | 625.00 | $60.05 | ($37,531.25) |
| Purchase | 03/26/19 | 1,134.00 | $59.48 | ($67,450.32) |
| Purchase | 03/26/19 | 1,311.00 | $60.06 | ($78,738.66) |
| Purchase | 04/02/19 | 973.00 | $61.05 | ($59,401.65) |
| Purchase | 05/09/19 | 623.00 | $44.30 | ($27,598.90) |
| Sale | 09/06/19 | -71.00 | $28.37 | $2,014.27 |
| Sale | 09/09/19 | -103.00 | $28.53 | $2,938.59 |
| Sale | 09/10/19 | -165.00 | $27.73 | $4,575.45 |
| Sale | 09/11/19 | -544.00 | $28.33 | $15,411.52 |
| Sale | 09/24/19 | -724.00 | $27.56 | $19,953.44 |
| Sale | 09/25/19 | -106.00 | $26.75 | $2,835.50 |
| Sale | 09/25/19 | -777.00 | $26.75 | $20,784.75 |
| Sale | 09/26/19 | -408.00 | $26.13 | $10,661.04 |
| Sale | 10/01/19 | -409.00 | $24.76 | $10,126.84 |
| Sale | 10/02/19 | -744.00 | $23.60 | $17,558.40 |
| Sale | 10/03/19 | -1,116.00 | $23.15 | $25,835.40 |
| Sale | 10/04/19 | -825.00 | $23.68 | $19,536.00 |
| Sale | 10/07/19 | -300.00 | $23.44 | $7,032.00 |
| Sale | 10/08/19 | -135.00 | $22.50 | $3,037.50 |
| Sale | 10/08/19 | -454.00 | $22.76 | $10,333.04 |
| Sale | 10/09/19 | -709.00 | $22.84 | $16,193.56 |

Exhibit C
Page 9