# EXHIBIT D

## CERTIFICATION

I, Veronica Dyer, as Administrator of Iron Workers District Council of New England Pension Fund ("New England Iron Workers"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of New England Iron Workers.  I have reviewed a Complaint filed against Green Dot Corporation ("Green Dot") alleging violations of the federal securities laws, and authorize the filing of this motion for lead plaintiff appointment;

2.      New England Iron Workers did not purchase securities of Green Dot at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      New England Iron Workers is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary.  New England Iron Workers fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      New England Iron Workers' transactions in Green Dot securities during the Class Period are reflected in Exhibit A, attached hereto;

5.      New England Iron Workers has not sought to serve as a lead plaintiff or representative party in any class action filed under the federal securities laws during the last three years;

6.      Beyond its pro rata share of any recovery, New England Iron Workers will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is

true and correct this 14th day of February, 2020.

_____

*Veronica Dyer*
Administrator
Iron Workers District Council of New England
Pension Fund

2

## EXHIBIT A

### TRANSACTIONS IN GREEN DOT CORPORATION

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sale | 05/22/18 | -39.00 | $71.52 | $2,789.41 |
| Sale | 05/23/18 | -2,076.00 | $71.46 | $148,347.64 |
| Sale | 08/15/18 | -10.00 | $82.54 | $825.40 |
| Sale | 12/26/18 | -100.00 | $71.57 | $7,156.75 |
| Sale | 12/26/18 | -1.00 | $72.57 | $72.57 |
| Sale | 12/26/18 | -435.00 | $74.03 | $32,203.18 |
| Purchase | 02/21/19 | 570.00 | $67.00 | ($38,188.18) |
| Purchase | 02/25/19 | 217.00 | $66.98 | ($14,535.53) |
| Purchase | 03/07/19 | 1,191.00 | $57.44 | ($68,411.52) |
| Purchase | 04/30/19 | 156.00 | $63.47 | ($9,902.01) |
| Purchase | 05/01/19 | 755.00 | $64.04 | ($48,353.30) |
| Purchase | 05/01/19 | 271.00 | $64.14 | ($17,382.08) |
| Purchase | 05/01/19 | 31.00 | $64.16 | ($1,988.90) |
| Purchase | 05/07/19 | 290.00 | $63.00 | ($18,268.58) |
| Purchase | 05/17/19 | 182.00 | $47.40 | ($8,625.89) |
| Purchase | 05/17/19 | 1,974.00 | $48.56 | ($95,850.73) |