# EXHIBIT E

**LOSS ANALYSIS**
**Class Period: 5/9/2018 to 11/7/2019**

**GREEN DOT CORPORATION**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| GDOT | 39304D102 | B3WNNP3 | US39304D1028 | $25.5763 [1] |

**Plymouth County Retirement Association**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 05/09/18 | 0 | | |
| | | | | |
| Purchase | 09/14/18 | 3,842 | $90.1665 | ($346,419.69) |
| Purchase | 09/28/18 | 2,394 | $89.0508 | ($213,187.62) |
| Purchase | 10/23/18 | 1,886 | $76.6118 | ($144,489.85) |
| Purchase | 01/28/19 | 1,659 | $78.3923 | ($130,052.83) |
| Purchase | 02/28/19 | 1,633 | $64.5838 | ($105,465.35) |
| Purchase | 05/10/19 | 2,689 | $48.4540 | ($130,292.81) |
| *Class Period purchases:* | | *14,103* | | *($1,069,908.14)* |
| | | | | |
| Sale | 04/09/19 | -1,082 | $61.8484 | $66,919.97 |
| Sale | 08/06/19 | -423 | $47.7355 | $20,192.12 |
| Sale | 08/06/19 | -1,363 | $46.2299 | $63,011.35 |
| Sale | 08/07/19 | -1,772 | $46.6165 | $82,604.44 |
| Sale | 08/08/19 | -9,463 | $25.8059 | $244,201.23 |
| *Class Period sales (matched to Class Period purchases):* | | *-14,103* | | *$476,929.11* |

**LIFO Gain/(Loss):**          **($592,979.03)**

**Greater Pennsylvania Carpenters' Pension Fund**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 05/09/18 | 0 | | |
| | | | | |
| Purchase | 12/06/18 | 124 | $78.0000 | ($9,672.00) |
| Purchase | 12/06/18 | 11 | $76.8100 | ($844.91) |
| Purchase | 12/07/18 | 3 | $79.4800 | ($238.44) |
| Purchase | 12/07/18 | 358 | $78.7300 | ($28,185.34) |
| Purchase | 12/10/18 | 48 | $77.1600 | ($3,703.68) |
| Purchase | 12/11/18 | 69 | $78.6400 | ($5,426.16) |
| Purchase | 12/12/18 | 163 | $82.8100 | ($13,498.03) |
| Purchase | 12/12/18 | 44 | $83.2100 | ($3,661.24) |
| Purchase | 12/12/18 | 359 | $83.5500 | ($29,994.45) |
| Purchase | 12/12/18 | 81 | $82.3600 | ($6,671.16) |

[1] *Value of shares held is the mean trading price from 11/8/2019 to 2/5/2020.*

| Purchase | 12/14/18 | 107 | $80.5500 | ($8,618.85) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 12/17/18 | 61 | $78.5700 | ($4,792.77) |
| Purchase | 12/17/18 | 167 | $78.3000 | ($13,076.10) |
| Purchase | 12/18/18 | 118 | $78.4900 | ($9,261.82) |
| Purchase | 02/22/19 | 1,211 | $67.5600 | ($81,815.16) |
| Purchase | 03/19/19 | 625 | $60.0500 | ($37,531.25) |
| Purchase | 03/26/19 | 1,134 | $59.4800 | ($67,450.32) |
| Purchase | 03/26/19 | 1,311 | $60.0600 | ($78,738.66) |
| Purchase | 04/02/19 | 973 | $61.0500 | ($59,401.65) |
| Purchase | 05/09/19 | 623 | $44.3000 | ($27,598.90) |
| *Class Period purchases:* | | *7,590* | | *($490,180.89)* |
| | | | | |
| Sale | 09/06/19 | -71 | $28.3700 | $2,014.27 |
| Sale | 09/09/19 | -103 | $28.5300 | $2,938.59 |
| Sale | 09/10/19 | -165 | $27.7300 | $4,575.45 |
| Sale | 09/11/19 | -544 | $28.3300 | $15,411.52 |
| Sale | 09/24/19 | -724 | $27.5600 | $19,953.44 |
| Sale | 09/25/19 | -106 | $26.7500 | $2,835.50 |
| Sale | 09/25/19 | -777 | $26.7500 | $20,784.75 |
| Sale | 09/26/19 | -408 | $26.1300 | $10,661.04 |
| Sale | 10/01/19 | -409 | $24.7600 | $10,126.84 |
| Sale | 10/02/19 | -744 | $23.6000 | $17,558.40 |
| Sale | 10/03/19 | -1,116 | $23.1500 | $25,835.40 |
| Sale | 10/04/19 | -825 | $23.6800 | $19,536.00 |
| Sale | 10/07/19 | -300 | $23.4400 | $7,032.00 |
| Sale | 10/08/19 | -135 | $22.5000 | $3,037.50 |
| Sale | 10/08/19 | -454 | $22.7600 | $10,333.04 |
| Sale | 10/09/19 | -709 | $22.8400 | $16,193.56 |
| *Class Period sales (matched to Class Period purchases):* | | *-7,590* | | *$188,827.30* |

**LIFO Gain/(Loss):**        **($301,353.59)**

**Iron Workers District Council of New England Pension Fund**

| LIFO | | | | |
|---|---|---|---|---|
| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
| Open | 05/09/18 | 6,182 | | |
| | | | | |
| Sale | 05/22/18 | -39 | $71.5234 | $2,789.41 |
| Sale | 05/23/18 | -2,076 | $71.4584 | $148,347.64 |
| Sale | 08/15/18 | -10 | $82.5400 | $825.40 |
| Sale | 12/26/18 | -100 | $71.5675 | $7,156.75 |
| Sale | 12/26/18 | -1 | $72.5700 | $72.57 |
| Sale | 12/26/18 | -435 | $74.0303 | $32,203.18 |
| *Class Period sales (matched to pre-Class Period purchases):* | | *-2,661* | | *$191,394.95* |
| | | | | |
| Purchase | 02/21/19 | 570 | $66.9968 | ($38,188.18) |

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 02/25/19 | 217 | $66.9840 | ($14,535.53) |
| Purchase | 03/07/19 | 1,191 | $57.4404 | ($68,411.52) |
| Purchase | 04/30/19 | 156 | $63.4744 | ($9,902.01) |
| Purchase | 05/01/19 | 755 | $64.0441 | ($48,353.30) |
| Purchase | 05/01/19 | 271 | $64.1405 | ($17,382.08) |
| Purchase | 05/01/19 | 31 | $64.1582 | ($1,988.90) |
| Purchase | 05/07/19 | 290 | $62.9951 | ($18,268.58) |
| Purchase | 05/17/19 | 182 | $47.3950 | ($8,625.89) |
| Purchase | 05/17/19 | 1,974 | $48.5566 | ($95,850.73) |
| *Class Period purchases:* | | *5,637* | | *($321,506.70)* |
| | | | | |
| None | | 0 | | $0.00 |
| *Class Period sales (matched to Class Period purchases):* | | *0* | | *$0.00* |

**LIFO Gain/(Loss):**    (**$177,332.91**)

**Total LIFO Gain/(Loss):**    (**$1,071,665.53**)

**Total Shares Bought:**    **27,330**

**Total Net Expenditures:**    (**$1,024,444.37**)