**LEVI & KORSINSKY, LLP**
Rosanne L. Mah (SBN 242628)
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: rmah@zlk.com

*Attorneys for Movants Austin Fire Fighters
Relief and Retirement Fund and John Mutsavage*

*[Additional Counsel listed on signature block]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN KOFFSMON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GREEN DOT CORPORATION, STEVEN W. STREIT and MARK SHIFKE,<br><br>Defendants. | No. 2:19-cv-10701-DDP<br><br>**NOTICE OF MOTION OF AUSTIN FIRE FIGHTERS RELIEF AND RETIREMENT FUND AND JOHN MUTSAVAGE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Dean D. Pregerson<br>Date: March 23, 2020<br>Time: 10:00 a.m.<br>Courtroom #9C |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 23, 2020 at 10:00 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Dean D. Pregerson situated at 350 West First Street, Courtroom #9C, Los Angeles

California 90012, Movants Austin Fire Fighters Relief and Retirement Fund and John Mutsavage ("Movants"), by and through their counsel, will and hereby do move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) appointing Movants as Lead Plaintiff on behalf of all persons that purchased or otherwise acquired Green Dot Corporation ("Green Dot" or the "Company") securities between May 9, 2018, and November 7, 2019, inclusive; (ii) approving Movants' choice of counsel as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Movants submit: (1) a Memorandum of Points and Authorities; (2) the Declaration of Rosanne L. Mah and the exhibits attached thereto; and (3) a Proposed Order.

This motion is made on the grounds that Movants are the most adequate plaintiff, as defined by the PSLRA, based on their loss of approximately $440,071.60, which they suffered as a result of Defendants' wrongful conduct as alleged in the above-captioned action. Further, Movants satisfy the relevant requirements of Rule 23(a) of the Federal Rules of Civil Procedure, as their claims are typical of other Class members' claims and they will fairly and adequately represent the interests of the class.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This motion is filed pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, Movants' counsel has no way of knowing who, if any, the competing lead plaintiff candidates are at this time. As a result, counsel for Movants have been unable to

conference with opposing counsel as prescribed in Local Rule 7-3, and respectfully requests that the conference requirement of Local Rule 7-3 be waived for this motion. Pursuant to §78u-4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of Movants as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d. 1129, 1138 (C.D. Cal. 1999).

Dated: February 18, 2020

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ *Rosanne L. Mah*
Rosanne L. Mah
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Eduard Korsinsky (*pro hac vice pending*)
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171

**GLANCY PRONGAY & MURRAY**
Marc L. Godino (SBN 182689)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495

*Attorneys for Movants Austin Fire Fighters Relief and Retirement Fund and John Mutsavage*

# CERTIFICATE OF SERVICE

I, Rosanne L. Mah, hereby declare under penalty of perjury as follows:

I am an associate attorney at Levi & Korsinsky, LLP, with offices at 388 Market Street, Suite 1300 San Francisco, California 94111. I am over the age of eighteen.

On February 18, 2020 I electronically filed the following **NOTICE OF MOTION OF AUSTIN FIRE FIGHTERS RELIEF AND RETIREMENT FUND AND JOHN MUTSAVAGE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 18, 2020.

*/s/ Rosanne L. Mah*
Rosanne L. Mah