**ABRAHAM, FRUCHTER**
 **& TWERSKY, LLP**
IAN D. BERG (SBN 263586)
IBerg@aftlaw.com
TAKEO A. KELLAR (SBN 234470)
TKellar@aftlaw.com
11622 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 764-2580
Facsimile: (858) 764-2582

*Counsel for Movant City of Sarasota*
*General Employees' Defined Benefit*
*Pension Plan and City of Sarasota*
*Firefighters' Pension Plan and*
*Proposed Lead Counsel*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN KOFFSMON, on behalf of all other similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>GREEN DOT CORPORATION, STEVEN W. STREIT and MARK SHIFKE,<br><br>     Defendants. | Case No. 2:19-cv-10701-DDP-E<br><br>CLASS ACTION<br><br>**DECLARATION OF IAN D. BERG IN SUPPORT OF THE MOTION OF CITY OF SARASOTA GENERAL EMPLOYEES' DEFINED BENEFIT PENSION PLAN AND CITY OF SARASOTA FIREFIGHTERS' PENSION PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date: March 23, 2020<br>Time: 10:00 a.m.<br>Judge: Hon. Dean D. Pregerson<br>Courtroom: 9C, 9th Floor |

DECLARATION OF IAN D. BERG ISO OF MOTION OF SARASOTA
PENSION PLANS FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 2:19-cv-10701-DDP-E

I, Ian D. Berg, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am Of Counsel with the law firm of Abraham, Fruchter & Twersky, LLP, counsel for the proposed lead plaintiff City of Sarasota General Employees' Defined Benefit Pension Plan and City of Sarasota Firefighters' Pension Plan (together, the "Sarasota Pension Plans").  I submit this declaration in support of the Sarasota Pension Plans' motion to be appointed Lead Plaintiff and approval of their selection of Lead Counsel in the above captioned matter.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of the Certifications of the Sarasota Pension Plans, setting forth their transactions in the Class A common stock of Green Dot Corporation ("Green Dot") during the period of May 9, 2018 through November 7, 2019, inclusive (the "Class Period").

3.    Attached hereto as **Exhibit 2** is a true and correct copy of a press release published on December 19, 2019, on *Accesswire*, announcing the pendency of the above-captioned action.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of the firm resume of Abraham, Fruchter & Twersky, LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 18th day of February 2020.

/s/    *Ian D. Berg*
IAN D. BERG

DECLARATION OF IAN D. BERG ISO OF MOTION OF SARASOTA                                    -1-
PENSION PLANS FOR APPOINTMENT AS LEAD PLAINTIFF
Case No. 2:19-cv-10701-DDP-E

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 18, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/   *Ian D. Berg*
IAN D. BERG