# EXHIBIT 1

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Ryan Chapdelain, as the Chairman of the Board of Trustees for the City of Sarasota General Employees' Defined Benefit Pension Plan ("Sarasota Employees' Pension"), hereby certify under penalties of perjury on behalf of Sarasota Employees' Pension that the following is true and correct to the best of my knowledge, information and belief:

1.      I am the Chairman of the Board of Trustees for Sarasota Employees' Pension, and am duly authorized to make this certification on its behalf.

2.      I have reviewed the Class Action Complaint in *Koffsmon v. Green Dot Corporation et al.*, No. 2:19-cv-10701 (C.D. Cal.), and I have authorized the filing of Sarasota Employees' Pension's Motion for Appointment as Lead Plaintiff concerning this action.

3.      Sarasota Employees' Pension did not purchase or otherwise acquire the securities that are the subject of this action at the direction of its counsel, or in order to participate in this or any private action under the federal securities laws or any other laws.

4.      Sarasota Employees' Pension is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.      All of Sarasota Employees' Pension's transactions in the securities of Green Dot Corporation during the alleged class period of May 9, 2018 through November 7, 2019 (the "Class Period"), are set forth in the attached Schedule A.

6.      During the three years prior to the date of this certification, Sarasota Employees' Pension has sought to serve as a representative on behalf of a class in any actions filed pursuant to the federal securities laws:

> *City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Pluralsight, Inc., et al.*, No. 1:19-cv-07563

1

(S.D.N.Y.)[1]

*In re Mammoth Energy Services, Inc. Securities Litigation*, No. 5:19-cv-00522-SLP (W.D. Okla.)[2]

*Einhorn v. Axogen, Inc., et al.*, No. 8:19-cv-00069-TPB-AAS (M.D. Fla.)

7.     Sarasota Employees' Pension will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Executed this __5th__ day of __February__, 2020

_____
**Ryan Chapdelain**
*Chairman of the Board of Trustees,*
*City of Sarasota General Employees'*
*Defined Benefit Pension Plan*

---

[1] This action was subsequently transferred to the United States District Court for the District of Utah under the caption, *City of Birmingham Firemen's and Policemen's Supplemental Pension System v. Pluralsight, Inc. et al.*, No. 1:19-cv-00128-CMR (D. Utah).

[2] This action consolidated *Scuderi v. Mammoth Energy Services, Inc.*, 19-cv-00522 (W.D. Okla. 2019); *Normantas v. Mammoth Energy Services, Inc. et al.*, No 19-cv-00560 (W.D. Okla.); and *City of Sarasota General Employees Defined Benefit Pension Plan v. Mammoth Energy Services, Inc. et al.*, No. 19-cv-00720 (W.D. Okla.).

## SCHEDULE A

Transactions in **Green Dot Corporation** During the Class Period
of May 9, 2018 through November 7, 2019

| Date | Transaction | Price ($) | Quantity | Total Amount ($) |
|---|---|---|---|---|
| Class Period Opening Balance | | | 0 | |
| 11/09/2018 | Purchase | 86.9370 | 752 | (65,376.62) |
| 11/14/2018 | Purchase | 81.1188 | 492 | (39,910.45) |
| 11/15/2018 | Purchase | 82.3196 | 382 | (31,446.09) |
| 11/26/2018 | Purchase | 79.1428 | 338 | (26,750.27) |
| 11/28/2018 | Purchase | 81.8043 | 267 | (21,841.75) |
| 11/30/2018 | Purchase | 81.8878 | 134 | (10,972.97) |
| 12/03/2018 | Purchase | 82.9170 | 164 | (13,598.39) |
| 12/12/2018 | Purchase | 83.2883 | 190 | (15,824.78) |
| 12/21/2018 | Purchase | 73.7574 | 166 | (12,243.73) |
| 01/15/2019 | Purchase | 82.1368 | 177 | (14,538.21) |
| 05/15/2019 | Sale | 47.5354 | (526) | 25,003.62 |
| 05/16/2019 | Sale | 48.5827 | (379) | 18,412.84 |
| 05/29/2019 | Sale | 46.8364 | (2,157) | 101,026.11 |
| Class Period Ending Balance | | | 0 | |

3

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Michael Hartley, as the Chairman of the Board of Trustees for the City of Sarasota Firefighters' Pension Plan ("Sarasota Firefighters' Pension"), hereby certify under penalties of perjury on behalf of Sarasota Firefighters' Pension that the following is true and correct to the best of my knowledge, information and belief:

1. I am the Chairman of the Board of Trustees for Sarasota Firefighters' Pension, and am duly authorized to make this certification on its behalf.

2. I have reviewed the Class Action Complaint in *Koffsmon v. Green Dot Corporation et al.*, No. 2:19-cv-10701 (C.D. Cal.), and I have authorized the filing of Sarasota Firefighters' Pension's Motion for Appointment as Lead Plaintiff concerning this action.

3. Sarasota Firefighters' Pension did not purchase or otherwise acquire the securities that are the subject of this action at the direction of its counsel, or in order to participate in this or any private action under the federal securities laws or any other laws.

4. Sarasota Firefighters' Pension is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. All of Sarasota Firefighters' Pension's transactions in the securities of Green Dot Corporation during the alleged class period of May 9, 2018 through November 7, 2019 (the "Class Period"), are set forth in the attached Schedule A.

6. During the three years prior to the date of this certification, Sarasota Firefighters' Pension has not sought to serve as a representative on behalf of a class in any actions filed pursuant to the federal securities laws.

7. Sarasota Firefighters' Pension will not accept any payment for serving as a

1

representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Executed this ___6___ day of ___February___, 2020

_____

**Michael Hartley**
*Chairman of the Board of Trustees,*
*City of Sarasota Firefighters' Pension Plan*

2

## SCHEDULE A

Transactions in **Green Dot Corporation** During the Class Period
of May 9, 2018 through November 7, 2019

| Date | Transaction | Price ($) | Quantity | Total Amount ($) |
|------|-------------|-----------|----------|------------------|
| Class Period Opening Balance | | | 0 | |
| 11/19/2018 | Purchase | 81.2073 | 1,034 | (83,968.35) |
| 01/14/2019 | Purchase | 81.4091 | 1,034 | (84,177.01) |
| 06/18/2019 | Sale | 49.9000 | (40) | 1,996.00 |
| 08/21/2019 | Sale | 31.5100 | (19) | 598.69 |
| 09/17/2019 | Sale | 27.3054 | (2,009) | 54,856.55 |
| Class Period Ending Balance | | | 0 | |

3