# EXHIBIT 2

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Shareholders It Has Filed a Complaint to Recover Losses Suffered by Green Dot Corporation Investors and Sets a Lead Plaintiff Deadline of February 17, 2020 - Accesswire

19-Dec-2019 10:15:28

**NEW YORK, NY / ACCESSWIRE / December 19, 2019 /** The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Green Dot Corporation** ("Green Dot" or the "Company") (NYSE:GDOT) **between May 9, 2018 and November 7, 2019**. **You are hereby notified** that the class action lawsuit *Koffsmon v. Green Dot Corporation et al.* (2:19-cv-10701) has been commenced in the United States District Court for the Central District of California. To get more information **go to:**

**https://www.zlk.com/pslra-1/green-dot-corporation-loss-form**

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500, toll-free: (877) 363-5972. **There is no cost or obligation to you.**

The GDOT lawsuit alleges that Green Dot made false and/or misleading statements and/or failed to disclose that: (1) Green Dot's strategy to attract "high-value" long-term customers was at the expense of "one and done" customers; (2) Green Dot's "one and done" customers represented a significant source of revenues in its legacy segment; (3) consequently, Green Dot's strategy was self-sabotaging; and (4) as a result of the foregoing, Defendants' statements about its business and operations were materially false and misleading at all relevant times.

**If you suffered a loss in GDOT you have until February 17, 2020** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

Levi & Korsinsky is a national firm with offices in New York, California, Connecticut, and Washington D.C. The firm's attorneys have extensive expertise and experience representing investors in securities litigation and have recovered hundreds of millions of dollars for aggrieved shareholders. Attorney advertising. Prior results do not guarantee similar outcomes.

**CONTACT:**

Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com

**SOURCE:** Levi & Korsinsky, LLP

Copyright 2019 ACCESSWIRE. All Rights Reserved.