# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund** | | | | | | | | | |
| | 04/12/2019 | 2,020 | $62.48 | $126,209.60 | 08/12/2019 | 6,494 | $28.52 | $185,208.88 | |
| | 04/12/2019 | 6,090 | $62.12 | $378,310.80 | 08/13/2019 | 8,952 | $29.09 | $260,413.68 | |
| | 04/15/2019 | 4,037 | $62.25 | $251,303.25 | 08/14/2019 | 3,730 | $28.80 | $107,424.00 | |
| | 05/17/2019 | 6,343 | $48.96 | $310,553.28 | 08/15/2019 | 5,967 | $29.36 | $175,191.12 | |
| | 07/11/2019 | 6,653 | $48.76 | $324,400.28 | | | | | |
| **Movant's Total** | | **25,143** | | **$1,390,777.21** | | **25,143** | | **$728,237.68** | **($662,539.53)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
during the 90 calendar days after the end of the class period. The price used is $25.58 as of February 05, 2020 for common stock.

Prices listed are rounded up to two decimal places.