# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN KOFFSMON, on behalf of themselves and all others similarly situated,<br><br>                          Plaintiff,<br><br>   vs.<br><br>GREEN DOT CORPORATION, et al.,<br><br>                        Defendants. | Case No. 2:19-cv-10701-DDP-E<br><br>CLASS ACTION<br><br>ORDER GRANTING JOINT STIPULATION REGARDING HEARING DATE ON MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL |

4816-8339-8069.v1

Having considered the lead plaintiff movants and defense counsel's joint stipulation regarding the hearing date on the motions for appointment as lead plaintiff and approval of selection of counsel, (the "Stipulation"), and good cause appearing therefor, the Court ORDERS as follows:

1.　The Stipulation is GRANTED;

2.　The hearing on all of the lead plaintiff motions (ECF Nos. 19, 23, 26, 29, and 33), will be March 30, 2020, at 10:00 a.m.

3.　Any oppositions to the lead plaintiff motions are due March 9, 2020 and any replies in support of the lead plaintiff motions are due March 16, 2020.

IT IS SO ORDERED.

DATED:  February 28, 2020　　　_____

THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

4816-8339-8069.v1