Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermantabacco.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermantabacco.com
Jeffrey V. Rocha (SBN 304852)
Email: jrocha@bermantabacco.com
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Counsel for Movant Green Dot Institutional Investor Group and Proposed Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN KOFFSMON, on behalf themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREEN DOT CORPORATION, STEVEN W. STREIT and MARK SHIFKE,<br><br>Defendants. | No. 2:19-cv-10701-DDP-E<br><br>CLASS ACTION<br><br>**DECLARATION OF JEFFREY V. ROCHA IN FURTHER SUPPORT OF THE GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**<br><br>Date:  March 30, 2020<br>Time: 10:00 a.m.<br>Courtroom:  9C, 9th Floor<br>Judge:  Hon. Dean D. Pregerson |

[Case No. 2:19-cv-10701-DDP-E] DECLARTION OF JEFFREY V. ROCHA IN FURTHER SUPPORT OF THE GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

I, Jeffrey V. Rocha, declare under penalty of perjury as follows:

1. I am an associate in the San Francisco office of Berman Tabacco, counsel for movants Plymouth County Retirement Association ("Plymouth County"), Greater Pennsylvania Carpenters' Pension Fund ("GPCPF") and Iron Workers District Council of New England Pension Fund ("New England Iron Workers") (collectively the "Green Dot Institutional Investor Group"). I am a member in good standing of the State Bar of California and admitted to practice in this District. I submit this Declaration in further support of the Green Dot Institutional Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Counsel as Lead Counsel, and in support of the Memorandum of Points and Authorities accompanying the Motion.

2. Attached hereto as Exhibit A is a true and correct copy of the Loss Analysis of the competing movants in the action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of March, 2020, at San Francisco, California.

                                        *Jeffrey V. Rocha*
                                        Jeffrey V. Rocha

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

*Jeffrey V. Rocha*
Jeffrey V. Rocha

Nicole Lavallee
Joseph J. Tabacco, Jr.
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermantabacco.com
nlavallee@bermantabacco.com
jrocha@bermantabacco.com

[Case No. 2:19-cv-10701-DDP-E] DECLARTION OF JEFFREY V. ROCHA IN FURTHER SUPPORT OF THE GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

Christopher J. Keller
Eric J. Belfi
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: ckeller@labaton.com
  ebelfi@labaton.com
  fmcconville@labaton.com

*Counsel for Movant Green Dot Institutional Investor Group and Proposed Co-Lead Counsel for the Class*

Guillaume Buell
**THORNTON LAW FIRM LLP**
One Lincoln Street
Boston, MA 02111
Telephone: (617) 720-1333
Facsimile: (617) 720-2445
Email: gbuell@tenlaw.com

*Additional Counsel for Movant Green Dot Institutional Investor Group*

---

[Case No. 2:19-cv-10701-DDP-E] DECLARTION OF JEFFREY V. ROCHA IN FURTHER SUPPORT OF THE GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL