# EXHIBIT A

**GREEN DOT CORPORATION**

Class Period: 5/9/2018 to 11/7/2019

| Movant Analysis | | | | | | |
|---|---|---|---|---|---|---|
| **Movant** | **Total # Shares Bought** | **Total # Shares Sold** | **# Net Shares Bought** | **Total Funds Paid (Purchases)** | **Total Funds Rec'vd (Sales)** | **Net Expenditures (Cost - Proceeds)** | **LIFO Loss** |
| Plymouth County Retirement Association | 14,103 | -14,103 | 0 | ($1,069,908) | $476,929 | ($592,979) | ($592,979) |
| Greater Pennsylvania Carpenters' Pension Fund | 7,590 | -7,590 | 0 | ($490,181) | $188,827 | ($301,354) | ($301,354) |
| Iron Workers District Council of New England Pension Fund | 5,637 | -2,661 | 2,976 | ($321,507) | $191,395 | ($130,112) | ($177,333) |
| **Green Dot Institutional Investor Group** | **27,330** | **-24,354** | **2,976** | **($1,881,596)** | **$857,151** | **($1,024,444)** | **($1,071,666)** |
| New York Hotel Trades | 25,143 | -25,143 | 0 | ($1,390,777) | $728,238 | ($662,540) | ($662,540) |
| **New York Hotel Trades** | **25,143** | **-25,143** | **0** | **($1,390,777)** | **$728,238** | **($662,540)** | **($662,540)** |
| Austin Firefighters | 5,950 | 0 | 5,950 | ($442,541) | $0 | ($442,541) | ($295,127) |
| John-Mutsavage | 9,470 | -9,470 | 0 | ($602,103) | $457,158 | ($144,945) | ($144,945) |
| **Austin Firefighters** | **15,420** | **-9,470** | **5,950** | **($1,044,644)** | **$457,158** | **($587,486)** | **($440,072)** |
| Benefit Pension Plan | 3,062 | -3,062 | 0 | ($252,503) | $144,443 | ($108,061) | ($108,061) |
| City of Sarasota Firefighters' Pension Plan | 2,068 | -2,068 | 0 | ($168,145) | $57,451 | ($110,694) | ($110,694) |
| **Sarasota** | **5,130** | **-5,130** | **0** | **($420,649)** | **$201,894** | **($218,755)** | **($218,755)** |
| Fred H. Schaebsdau, M.D.  (Rosen) | 1,000 | 0 | 1,000 | ($76,270) | $0 | ($76,270) | ($51,807) |
| **Schaebsdau** | **1,000** | **0** | **1,000** | **($76,270)** | **$0** | **($76,270)** | **($51,807)** |