Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermantabacco.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermantabacco.com
Jeffrey V. Rocha (SBN 304852)
Email: jrocha@bermantabacco.com
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Counsel for Movant Green Dot Institutional Investor Group and Proposed Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN KOFFSMON, on behalf themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREEN DOT CORPORATION, STEVEN W. STREIT and MARK SHIFKE,<br><br>Defendants. | No. 2:19-cv-10701-DDP-E<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF NICOLE LAVALLEE IN FURTHER SUPPORT OF THE GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**<br><br>Date:  March 30, 2020<br>Time: 10:00 a.m.<br>Courtroom:  9C, 9th Floor<br>Judge:  Hon. Dean D. Pregerson |

I, Nicole Lavallee, declare under penalty of perjury as follows:

1. I am a partner in the San Francisco office of Berman Tabacco, counsel for movants Plymouth County Retirement Association ("Plymouth County"), Greater Pennsylvania Carpenters' Pension Fund ("GPCPF") and Iron Workers District Council of New England Pension Fund ("New England Iron Workers") (collectively the "Green Dot Institutional Investor Group"). I am a member in good standing of the State Bar of California and admitted to practice in this District. I submit this Declaration in further support of the Green Dot Institutional Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Counsel as Co-Lead Counsel, and in support of the Memorandum of Points and Authorities accompanying the Motion.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Joint Declaration in Support of Lead Plaintiff Motion filed on December 3, 2018 in *St. Clair Cty. Emps.' Ret. Sys. v. Acadia Healthcare Co., Inc.*, No. 18-cv-00988 (M.D. Tenn.), bearing ECF No. 26-4.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Joint Declaration in Support of Lead Plaintiff Motion filed on July 22, 2019 in *Nikolov v. Livent Corp.*, No. 19-cv-02218-CFK (E.D. Pa.), bearing ECF No. 12-6.

4. Attached hereto as **Exhibit C** is a true and correct copy of The Pension Fund Group's Consolidated Opposition to the Competing Motions for Appointment as Lead Plaintiff filed on September 24, 2004 in *Burger v. Cardinal Health, Inc.*, No. 04-cv-00575-ALM-NMK (S.D. Ohio), bearing ECF No. 62.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Memorandum of Law in Support of The Pension Funds' Motion For Consolidation, Appointment As Lead Plaintiff, and Approval of Selection of Lead Counsel filed on May 3, 2019 in *Potts v. Weight Watchers Int'l, Inc.*, No.19-cv-02005-WHP (S.D.N.Y.), bearing ECF No. 42.

1  6. Attached hereto as **Exhibit E** is a true and correct copy of the Memorandum of Law in Support of The Proshares SVXY Investor Group's Motion For Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel filed on April 1, 2019 in *Ford v. ProShares Trust II*, No. 19-cv-00886-RA (S.D.N.Y.), bearing ECF No. 84.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Memorandum of Law In Support of Motion For Appointment as Lead Plaintiff and Approval of Selection of Counsel filed on February 12, 2019 in *Labul v. XPO Logistics, Inc.*, No. 18-cv-02062-SRU (D. Conn.), bearing ECF No. 34.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Memorandum Opinion filed on November 28, 2017 in *Boynton Beach Firefighters' Pension Fund v. HCP, Inc.*, No. 16-cv-01106-JJH (N.D. Ohio), bearing ECF No. 73.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Order filed December 27, 2016 in *Gaynor v. Miller*, No. 15-cv-00545-TAV-CCS (E.D. Tenn.), bearing ECF No. 91

10. Attached hereto as **Exhibit I** is a true and correct copy of the Order Granting The Trusts' Motion For Appointment As Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel Pursuant To The PSLRA filed on November 21, 2016 in *NECA-IBEW Pension Trust Fund v. Precision Castparts Corp.*, No. 16-cv-01756-YY (D. Or.), bearing ECF No. 38.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Order Appointing Lead Plaintiffs and Approving Selection of Lead Counsel filed on October 26, 2016 in *Sponn v. Emergent Biosolutions, Inc.*, No. 16-cv-02625-RWT (D. Md.), bearing ECF No. 22.

12. Attached hereto as **Exhibit K** is a true and correct copy of the Order Granting Motion For Appointment As Lead Plaintiff and Lead Counsel filed on

April 18, 2016 in *Ong v. Chipotle Mexican Grill, Inc.*, No. 16-cv-00141-KPF (S.D.N.Y.), bearing ECF No. 43.

13. Attached hereto as **Exhibit L** is a true and correct copy of the Order Appointing The Pension Funds As Lead Plaintiff and Approving Selection of Lead Counsel filed on March 18, 2016 in *In re KLX S'holder Litig.*, No. 16-cv-80023-RLR (S.D. Fla.), bearing ECF No. 34.

14. Attached hereto as **Exhibit M** is a true and correct copy of the Order filed on September 10, 2019 in *Odeh v. Immunomedics, Inc.*, No. 18-17645-MCA-ESK (D.N.J.), bearing ECF No. 34.

15. Attached hereto as **Exhibit N** is a true and correct copy of the Order Granting Stipulation Appointing Lead Plaintiff and Lead Counsel filed on May 20, 2019 in *Fabbri v. Inogen, Inc.*, No. 19-cv-01643-FMO-AGR (C.D. Cal.), bearing ECF No. 54.

16. Attached hereto as **Exhibit O** is a true and correct copy of the Stipulated Order Regarding Consolidation and Appointment of Lead Plaintiff filed on April 22, 2019 in *Gordon v. Nielsen Holdings PLC*, No. 18-cv-07143-JFK (S.D.N.Y.), bearing ECF No. 54.

17. Attached hereto as **Exhibit P** is a true and correct copy of the Stipulation and Order: (1) Appointing Boston Retirement System and Teamsters Local 237 Additional Security Benefit Fund and Supplemental Fund For Housing Authority Employees and Plumbers & Steamfitters Local 773 Pension Fund As Co-Lead Plaintiffs; and (2) Approving of Selection of Labaton Sucharow LLP and Robbins Geller Rudman & Dowd LLP As Co-Lead Counsel filed on March 22, 2019 in *Plumbers & Steamfitters Local 773 Pension Fund v. Danske Bank A/S*, No. 19-cv-00235-VEC (S.D.N.Y.), bearing ECF No. 46.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the Stipulation and Order: (1) Appointing Union Asset Management Holding AG

and Teamsters Local 710 Pension Fund as Co-Lead Plaintiffs; and (2) Approving of Selection of Pomerantz LLP and Robbins Geller Rudman & Down LLP as Co-Lead Counsel filed on February 25, 2019 in *City of Westland Police & Fire Ret. Sys. v. Philip Morris Int'l Inc.*, No. 18-cv-08049-RA (S.D.N.Y.), bearing ECF No. 82.

19. Attached hereto as **Exhibit R** is a true and correct copy of the Agreed to Order Appointing Lead Plaintiff and Lead Counsel filed on December 10, 2018 in *Chun v. Fluor Corp.*, No. 18-cv-01338-X (N.D. Tex.), bearing ECF No. 41

20. Attached hereto as **Exhibit S** is a true and correct copy of the Order Granting The Pension Funds' Motion For Consolidation, Appointment As Lead Plaintiff, and Approval of Selection of Lead Counsel filed on November 20, 2018 in *Laborers Local 235 Benefits Funds, v. Skechers USA, Inc.*, No. 18-cv-08039-NRB (S.D.N.Y.), bearing ECF No. 21.

21. Attached hereto as **Exhibit T** is a true and correct copy of the Stipulation and Order Consolidating Cases and Appointing Lead Plaintiff and Lead Counsel filed on August 3, 2018 in *Yuan v. Facebook, Inc.*, No. 18-cv-01725-EJD (N.D. Cal.), bearing ECF No. 56.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16th day of March, 2020, at San Francisco, California.

*Nicole Lavallee*
Nicole Lavallee

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

    I hereby certify that on March 16, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

                                   *Nicole Lavallee*
                                   Nicole Lavallee

Joseph J. Tabacco, Jr.
Jeffrey V. Rocha
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermantabacco.com
         nlavallee@bermantabacco.com
         jrocha@bermantabacco.com

[Case No. 2:19-cv-10701-DDP-E] DECLARTION OF NICOLE LAVALLEE IN FURTHER SUPPORT OF THE GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL

|    |                                                    |
|----|----------------------------------------------------|
| 1  | Christopher J. Keller                              |
| 2  | Eric J. Belfi                                      |
|    | Francis P. McConville                              |
| 3  | **LABATON SUCHAROW LLP**                           |
| 4  | 140 Broadway                                       |
|    | New York, NY 10005                                 |
| 5  | Telephone: (212) 907-0700                          |
| 6  | Facsimile: (212) 818-0477                          |
|    | Email: ckeller@labaton.com                         |
| 7  |        ebelfi@labaton.com                          |
| 8  |        fmcconville@labaton.com                     |

*Counsel for Movant Green Dot Institutional Investor Group and Proposed Co-Lead Counsel for the Class*

Guillaume Buell
**THORNTON LAW FIRM LLP**
One Lincoln Street
Boston, MA 02111
Telephone: (617) 720-1333
Facsimile: (617) 720-2445
Email: gbuell@tenlaw.com

*Additional Counsel for Movant Green Dot Institutional Investor Group*

---

[Case No. 2:19-cv-10701-DDP-E] DECLARTION OF NICOLE LAVALLEE IN FURTHER SUPPORT OF THE GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF & FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL