# EXHIBIT B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BISSER NIKOLOV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIVENT CORPORATION, et al.,<br><br>Defendants. | Civ. Action No. 2:19-cv-02218-CFK<br><br>CLASS ACTION |
| BISSER NIKOLOV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIVENT CORPORATION, et al.,<br><br>Defendants. | Civ. Action No. 2:19-cv-02683-CFK<br><br>CLASS ACTION |

JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

4826-6183-3885.v1

We, the representatives of the Central Laborers' Pension Fund and New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund (collectively, the "Pension Funds"), pursuant to 28 U.S.C. §1746, declare as follows:

1. We respectfully submit this Joint Declaration in support of the Pension Funds' motion for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of our selection of Robbins Geller Rudman & Dowd LLP as lead counsel. We each have personal knowledge about the information in this Joint Declaration relating to our own activities, actions, and beliefs.

2. I, Danny J. Koeppel, am the Executive Director for the Central Laborers' Pension Fund and am authorized to make this declaration on the Central Laborers' Pension Fund's behalf. The Central Laborers' Pension Fund is an institutional investor established in 1965 that provides annuity and pension benefits to active and retired laborers and their beneficiaries throughout most of Illinois and has approximately $1 billion in assets under management. The Central Laborers' Pension Fund is overseen by a Board of Trustees for the benefit of its approximately 16,000 participants. As reflected in its Certification, the Central Laborers' Pension Fund purchased 58,862 shares of Livent Corporation common stock pursuant and/or traceable to Livent's October 2018 Initial Public Offering ("IPO") and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.

3. I, Harry Veras, am the Chief Financial Officer for the New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund ("NY Hotel Trades Pension Fund") and am authorized to make this declaration on the NY Hotel Trades Pension Fund's behalf. The NY Hotel Trades Pension Fund is a multi-employer pension plan with approximately $1.7 billion in assets under management. The NY Hotel Trades Pension Fund is overseen by a Board of Trustees for the benefit of its approximately 49,000 participants. As reflected in its

- 1 -

4826-6183-3885.v1

Certification, the NY Hotel Trades Pension Fund purchased 129,551 shares of Livent common stock pursuant and/or traceable to Livent's October 2018 IPO and suffered a substantial loss as a result of the alleged violations of the federal securities laws in this action.

4.       As institutional investors that suffered substantial losses in Livent stock as a result of the false and misleading statements in the prospectus and registration statement issued in connection with Livent's IPO, the Pension Funds agree it is in the class's best interest that the Pension Funds seek appointment together as lead plaintiff in this case.  Our decision was based on the fact that the Pension Funds have complementary yet diverse trading in Livent stock which will ensure broad representation of the putative class as the case develops and that the Pension Funds have selected a single law firm, Robbins Geller, to prosecute this case on behalf of the class.

5.       Before filing our motion, we convened a conference call to discuss, among other things, the strengths of seeking appointment together as diverse institutional investors with substantial losses suffered in connection with Livent's IPO, the lead plaintiff's responsibilities, our oversight of counsel, and the lead plaintiff motion process.  If appointed lead plaintiff, we are willing and able to communicate as often and regularly as necessary throughout the litigation to ensure responsible oversight and direction of counsel.

6.       We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.  We are aware that the requirements and responsibilities of being a lead plaintiff in a securities class action include interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings, participating in discovery (including having our depositions taken and providing evidence relating to our investments in Livent stock), participating in settlement discussions, attending trial (if necessary), and authorizing any potential settlement

- 2 -

4826-6183-3885.v1

on behalf of the class as well as approving any attorneys' fee and cost requests by counsel. We are willing to undertake these responsibilities on behalf of the class.

7.     We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as lead counsel based on the firm's extensive securities litigation experience and the firm's recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this.

8.     We are also aware that institutional investors serving as lead plaintiff generally achieve higher settlements for class members.

9.     Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of Robbins Geller will result in an optimal outcome for the putative class.

I, Danny J. Koeppel, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on July 22, 2019.

                    CENTRAL LABORERS' PENSION FUND
                    By: Danny J. Koeppel
                    Its: Executive Director

I, Harry Veras, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on July ___, 2019.

                    _____
                    NEW YORK HOTEL TRADES COUNCIL &
                    HOTEL ASSOCIATION OF NEW YORK
                    CITY, INC. PENSION FUND
                    By: Harry Veras
                    Its: Chief Financial Officer

- 3 -

4826-6183-3885.v1

class as well as approving any attorneys' fee and cost requests by counsel. We are willing to undertake these responsibilities on behalf of the class.

7. We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Robbins Geller as lead counsel based on the firm's extensive securities litigation experience and the firm's recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this.

8. We are also aware that institutional investors serving as lead plaintiff generally achieve higher settlements for class members.

9. Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of Robbins Geller will result in an optimal outcome for the putative class.

I, Danny J. Koeppel, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on July ___, 2019.

_____
CENTRAL LABORERS' PENSION FUND
By: Danny J. Koeppel
Its: Executive Director

I, Harry Veras, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on July 9, 2019.

_____
NEW YORK HOTEL TRADES COUNCIL &
HOTEL ASSOCIATION OF NEW YORK
CITY, INC. PENSION FUND
By: Harry Veras
Its: Chief Financial Officer

- 3 -

4826-6183-3885.v1

Exhibit B
Page 14