# EXHIBIT I

**Gary M. Berne**, OSB No. 774077
gberne@stollberne.com
**Nadia H. Dahab**, OSB No. 125630
ndahab@stollberne.com
STOLL STOLL BERNE LOKTING
& SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR  97204
Telephone:  (503) 227-1600

*Local Counsel for Plaintiffs*

**Randall J. Baron** (*admitted pro hac vice*)
randyb@rgrdlaw.com
**A. Rick Atwood, Jr.** (*admitted pro hac vice*)
ricka@rgrdlaw.com
**Danielle S. Myers** (*to be admitted pro hac vice*)
dmyers@rgrdlaw.com
**Eun Jin Lee** (*admitted pro hac vice*)
elee@rgrdlaw.com
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  (619) 231-1058

*[Proposed] Lead Counsel for Plaintiffs*

[Additional counsel appear on signature page.]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NECA-IBEW PENSION TRUST FUND (The Decatur Plan), et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> PRECISION CASTPARTS CORP., et al., <br><br> Defendants. | No. 3:16-cv-01756-YY <br><br> CLASS ACTION <br><br> ORDER GRANTING THE TRUSTS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL PURSUANT TO THE PSLRA |

Exhibit I
Page 119

Having considered NECA-IBEW Pension Trust Fund (The Decatur Plan) and Angela Lohmann, as Trustee for the Angela Lohmann Revocable Trust's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel Pursuant to the PSLRA (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B), NECA-IBEW Pension Trust Fund (The Decatur Plan) and Angela Lohmann, as Trustee for the Angela Lohmann Revocable Trust are appointed as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP and Berger & Montague, P.C. is approved and the law firms are appointed as Lead Counsel.  As Lead Counsel, Robbins Geller Rudman & Dowd LLP and Berger & Montague, P.C. shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)      the briefing and argument of any and all motions;

(b)      the conduct of any and all discovery proceedings;

(c)      the examination of any and all witnesses in depositions;

(d)      the selection of counsel to act as spokesperson at all pretrial conferences;

(e)      the organization of meetings of plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f)      settlement negotiations with counsel for defendants;

(g)      the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(h)      the preparation and filing of all pleadings; and

Page 1   ORDER GRANTING THE TRUSTS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL PURSUANT TO THE PSLRA

Exhibit I
Page 120

(i)     the supervision of all other matters concerning the prosecution or resolution of the Action.

4.     No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Lead Counsel.

5.     Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokesperson for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

IT IS SO ORDERED.


Dated this 21st day of November, 2016      /s/Youlee Yim You
      UNITED STATES MAGISTRATE JUDGE

Presented by:


**STOLL STOLL BERNE LOKTING
  & SHLACHTER P.C.**

By: s/ *Nadia H. Dahab*
    **GARY M. BERNE**, OSB No. 774077
    gberne@stollberne.com
    **NADIA H. DAHAB**, OSB No. 125630
    ndahab@stollberne.com
209 SW Oak Street, Suite 500
Portland, OR  97204
Telephone: (503) 227-1600
Facsimile:  (503) 227-6840

*Local Counsel for Plaintiffs*


Page 2   ORDER GRANTING THE TRUSTS' MOTION FOR APPOINTMENT AS LEAD
           PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF
           COUNSEL PURSUANT TO THE PSLRA

Exhibit I
Page 121

Case 3:16-cv-01756-YY    Document 38    Filed 11/21/16    Page 4 of 4
Case 2:19-cv-10701-FLA-E    Document 50-9    Filed 03/16/20    Page 5 of 5    Page ID
#:699

**ROBBINS GELLER RUDMAN**
  **& DOWD LLP**
RANDALL J. BARON (*admitted pro hac vice*)
randyb@rgrdlaw.com
A. RICK ATWOOD, JR. (*admitted pro hac vice*)
ricka@rgrdlaw.com
DANIELLE S. MYERS (*admitted pro hac vice*)
dmyers@rgrdlaw.com
EUN JIN LEE *(to be admitted pro hac vice)*
elee@rgrdlaw.com
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone: (619) 231-1058
Facsimile:  (619) 231-7423

**BERGER & MONTAGUE, P.C.**
ROBIN SWITZENBAUM (*admitted pro hac vice*)
rswitzenbaum@bm.net
LAWRENCE DEUTSCH *(to be admitted pro hac vice)*
ldeutsch@bm.net
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604

*[Proposed] Lead Counsel for Plaintiffs*

**CAVANAGH & O'HARA**
PATRICK J. O'HARA  (*admitted pro hac vice*)
patrick@cavanagh-ohara.com
2319 West Jefferson Street
Springfield, IL  62702
Telephone: (217) 544-1771
Facsimile:  (217) 544-9894

*Of Counsel for Plaintiff NECA-IBEW Pension Trust Fund*

Page 3    ORDER GRANTING THE TRUSTS' MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF
COUNSEL PURSUANT TO THE PSLRA

Exhibit I
Page 122