# EXHIBIT K

Case 2:19-cv-10701-FLA-E Document 50-11 Filed 03/16/20 Page 2 of 4 Page ID
#:705
Case 1:16-cv-00141-KPF Document 43 Filed 04/18/16 Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>April 18, 2016</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————— x

SUSIE ONG, Individually and on Behalf of All : Civil Action No. 1:16-cv-00141-KPF
Others Similarly Situated,                   :
                                             : <u>CLASS ACTION</u>
                    Plaintiff,               :
                                             : **ORDER GRANTING MOTION FOR**
      vs.                                    : **APPOINTMENT AS LEAD PLAINTIFF**
                                             : **AND LEAD COUNSEL**
CHIPOTLE MEXICAN GRILL, INC., M.             :
STEVEN ELLS, MONTGOMERY F.                   :
MORAN, and JOHN R. HARTUNG,                  :
                                             :
                    Defendants.              :
                                             :
———————————————— x

**WHEREAS**, the Court has considered the motions for appointment of lead plaintiff and approval of selection of lead counsel,

IT IS HEREBY ORDERED THAT:

**I.      APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1.      Having reviewed all pending motions and accompanying memoranda of law and supporting exhibits, the Court hereby appoints Metzler Investment GmbH ("Metzler") and Construction Laborers Pension Trust of Greater St. Louis (the "Pension Trust") as Lead Plaintiff. Metzler and the Pension Trust satisfy the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the PSLRA. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained the law firms of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and Motley Rice LLC ("Motley Rice") as Lead Counsel in this action. The Court hereby approves Metzler and the Pension Trust's selection of Robbins Geller and Motley Rice as Lead Counsel for the proposed Class.

2.      Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

(a)      to coordinate the briefing and argument of motions;

(b)      to coordinate the conduct of discovery proceedings;

(c)      to coordinate the examination of witnesses in depositions;

(d)      to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(e)      to call meetings of plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f)      to coordinate all settlement negotiations with counsel for defendants;

(g)      to coordinate and direct the pretrial discovery proceedings, and the preparation for trial, and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

Exhibit K
Page 127

Case 2:16-cv-00141-RPF Document 43 Filed 04/18/16 Page 3 of 3

(h)     to supervise any other matters concerning the prosecution, resolution, or settlement of the action.

3.     No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations in the action shall be conducted without the approval of Lead Counsel.

4.     Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

5.     Lead Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

6.     Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail, electronic mail, or hand delivery.  Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail, electronic mail, or hand delivery.

7.     During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information that is relevant to the subject matter of the pending litigation.

IT IS SO ORDERED.

DATED:  _April 18, 2016_____     _____

THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

- 2 -