# EXHIBIT L

Case 2:19-cv-10701-FLA-E   Document 50-12   Filed 03/16/20   Page 2 of 2   Page ID
Case 9:16-cv-80023-RLR   Document 34   Entered on FLSD Docket 03/18/2016   Page 1 of 1
#:709

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 9:16-CV-80023-ROSENBERG/HOPKINS

| | |
|---|---|
| In re KLX, INC. SHAREHOLDER LITIGATION | ) ) ) |
| | ) ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) |

**ORDER APPOINTING THE PENSION FUNDS
AS LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL**

Having considered the Motion of International Brotherhood of Electrical Workers Local No. 38 Pension Fund Pension Plan and Steamfitters Local 449 Pension Fund ("Steamfitters Local 449") (collectively, the "Pension Funds") for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, the memorandum of law in support thereof, and good cause appearing therefore, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Pension Funds are appointed Lead Plaintiff for the class pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4; and

3.      The Pension Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

DONE AND ORDERED in Chambers, Fort Pierce, Florida, this 18th day of March, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record

Exhibit L
Page 129