# EXHIBIT N

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM FABBRI, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>INOGEN, INC., et al.,<br><br>                    Defendants. | Case No. 2:19-CV-1643 FMO (AGRx)<br><br>        2:19-CV-2112 FMO (AGRx)<br><br>CLASS ACTION<br><br>ORDER GRANTING STIPULATION [52] APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL |

Having considered the Stipulation Appointing Lead Plaintiff and Lead Counsel and good cause appearing therefor, the Court ORDERS as follows:

1.   The Stipulation is APPROVED;

2.   Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Fabbri v. Inogen, Inc.*, No. 2:19-cv-01643-FMO-AGR and *Friedland v. Inogen, Inc.*, No. 2:19-cv-02112-FMO-AGR are hereby consolidated as:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re INOGEN, INC. SEC. LITIG. | ) Master File No. 2:19-cv-01643-FMO-AGR |
| | ) |
| This Document Relates To: | ) CLASS ACTION |
|    ALL ACTIONS. | ) |
| | ) |

(a)   The file in Case No. 2:19-cv-01643-FMO-AGR shall be the master file for every action in the consolidated action.   The Clerk shall administratively close the other action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)   All securities class actions against any or all of the defendants arising out of the same or substantially similar alleged misconduct that are subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action absent a Court Order.  A party objecting to such consolidation, or to any other provisions of this Order, must file an

application for relief from this Order within ten days after the action is consolidated into this action; and

(c)     This Order is entered without prejudice to any party's right to apply for severance of any claim or action upon a showing of good cause;

3.     Pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B), Dr. John Vasil and Paragon Fund Management are appointed as Lead Plaintiff in the consolidated action; and

4.     Pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP and Glancy Prongay & Murray LLP are approved as Lead Counsel in the consolidated action.

5.     The Motions at Docket Nos. [30], [35] and [40] are deemed moot.

IT IS SO ORDERED.

DATED: May 20, 2019                    _____/s/_____
                                       THE HONORABLE FERNANDO M. OLGUIN
                                       UNITED STATES DISTRICT JUDGE

_____