# EXHIBIT O

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| CRAIG GORDON, Individually and on Behalf of All Others Similarly Situated, |
| Plaintiff, |
| vs. |
| NIELSEN HOLDINGS PLC, DWIGHT MITCHELL BARNS, and JAMERE JACKSON, |
| Defendants. |

Case No. 1:18-cv-07143-JFK

Honorable John F. Keenan

**STIPULATED ORDER REGARDING CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF**

| |
|---|
| PLUMBERS AND STEAMFITTERS LOCAL 60 PENSION TRUST, Individually and on Behalf of All Others Similarly Situated, |
| Plaintiff, |
| vs. |
| NIELSEN HOLDINGS PLC, DWIGHT MITCHELL BARNS, JAMERE JACKSON, STEPHEN HASKER, and KELLY ABCARIAN, |
| Defendants. |

Case No. 1:18-cv-12046-JFK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-19

Subject to the approval of the Court, plaintiffs Craig Gordon and Plumbers and Steamfitters Local 60 Pension Trust (collectively, "Plaintiffs"), and lead plaintiff movant the Public Employees' Retirement System of Mississippi ("MissPERS"), through their undersigned attorneys, stipulate and agree as follows:

WHEREAS, on August 8, 2018, Craig Gordon filed a putative class action complaint in the United States District Court for the Southern District of New York (the "Southern District of New York") asserting claims against defendants Nielsen Holdings plc, Dwight Mitchell Barns, and Jamere Jackson, pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), captioned *Gordon v. Nielsen Holdings plc*, No. 18-cv-07143-JFK (the "*Gordon* Action");

WHEREAS, on September 21, 2018, Plumbers and Steamfitters Local 60 Pension Trust filed a putative class action complaint in the United States District Court of the Northern District of Illinois (the "Northern District of Illinois") asserting claims against defendants Nielsen Holdings plc, Dwight Mitchell Barns, Jamere Jackson, Stephen Hasker, and Kelly Abcarian (collectively, "Defendants"), pursuant to Sections 10(b) and 20(a) of the Exchange Act, captioned *Plumbers and Steamfitters Local 60 Pension Trust v. Nielsen Holdings plc*, No. 18-cv-06459-VMK (the "*Steamfitters* Action");

WHEREAS, both the *Gordon* Action and the *Steamfitters* Action are governed by the provisions of the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 *et seq.* (the "PSLRA"), which provides for consolidation of all related actions and the appointment of a lead plaintiff and lead counsel, after a 60-day notice period expires following the publication of notice of the filing of an initial securities class action. *See* 15 U.S.C. § 78u-4(a)(3)(B);

2

Exhibit O
Page 140

Case 2:19-cv-10704-FLA-E43-Document 50-15 54 Filed 03/16/20 Page 4 of 7 Page ID
#:724
Case 1:18-cv-07143-JFK  Document 53  Filed 04/22/19  Page 3 of 6

WHEREAS, on October 9, 2018, four separate motions for lead plaintiff appointment were filed in the *Gordon* Action. Subsequently, on October 17, 2018, October 18, 2018, and March 21, 2019, three of the four movants either withdrew their competing motion or filed a notice of non-opposition in recognition of the fact that MissPERS claimed the largest financial interest in the action;

WHEREAS, also on October 9, 2018, three separate motions for lead plaintiff appointment were filed in the *Steamfitters* Action. Subsequently, on October 17, 2018, two of the three movants either withdrew their competing motion or filed a notice of non-opposition in recognition of the fact that MissPERS claimed the largest financial interest in the action;

WHEREAS, on November 26, 2018, Defendants filed a motion with the Northern District of Illinois to transfer the *Steamfitters* Action to the Southern District of New York;

WHEREAS, on December 17, 2018, the Northern District of Illinois transferred the *Steamfitters* Action to the Southern District of New York and the action was "transferred in" to this Court on December 20, 2018, captioned *Plumbers and Steamfitters Local 60 Pension Trust v. Nielsen Holdings plc*, No. 18-cv-12046-JFK;

WHEREAS, Rule 42(a) of the Federal Rules of Civil Procedure provides that a court may order all actions consolidated if they involve "common issues of law or fact." Fed. R. Civ. P. 42(a). The above-captioned actions involve common legal and factual issues and name defendants in common; thus, efficiency and consistency will result from their consolidation;

WHEREAS, MissPERS's motions for lead plaintiff appointment in the above-captioned actions are currently unopposed;

WHEREAS, by stipulations dated August 27, 2018 in the *Gordon* Action, and March 12, 2019 in the *Steamfitters* Action, no later than 60 days after the appointment of Lead Plaintiff and

3

Lead Counsel, Lead Plaintiff shall file a consolidated or amended complaint, or give written notice to Defendants its intention to stand on the original complaint. Thereafter, Defendants shall have sixty (60) days to file their responsive pleading. If the pleading is a motion to dismiss, Lead Plaintiff shall have sixty (60) days to file their opposition to such motion and Defendants shall thereafter have thirty (30) days to file their reply; and

WHEREAS, counsel for Plumbers and Steamfitters Local 60 Pension Trust and MissPERS has conferred with counsel for Defendants, who consent to the stipulated consolidation of the above-captioned actions and schedule for the consolidated amended complaint and responsive pleadings, and take no position on the appointment of MissPERS as Lead Plaintiff or its selection of Lead Counsel;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and lead plaintiff movant MissPERS, as follows:

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions are consolidated for all purposes (the "Consolidated Action"). This Order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Consolidated Action.

2. A Master File is established for this proceeding. The Master File shall be Civil Action No. 18-cv-07143. The Clerk shall file all future pleadings in the Master File and note such filings on the Master Docket.

3. Every pleading in the Consolidated Action shall have the following caption:

4

Case 2:19-cv-10701-FLA-E43-Document 50-15 54 Filed 03/16/20 Page 6 of 7 Page ID
#:726
Case 1:18-cv-07143-JFK Document 53 Filed 04/22/19 Page 5 of 6

|  | Case No. 1:18-cv-07143-JFK |
|---|---|
| IN RE NIELSEN HOLDINGS PLC SECURITIES LITIGATION | |

4.      When a case that arises out of the same subject matter of the Consolidated Action is hereinafter filed in this Court or transferred from another court, the Clerk of this Court shall:

(a)      File a copy of this Order in the separate file for such action;

(b)      Mail a copy of this Order to the attorney for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

(c)      Make the appropriate entry in the Master Docket for the Consolidated Action.

5.      Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the Defendants' right to object to consolidation of any subsequently-filed or transferred related action.

6.      Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), MissPERS, as the unopposed Lead Plaintiff movant in the above-captioned actions, is hereby appointed as Lead Plaintiff for the Class in the Consolidated Action.

5

7.   MissPERS' selection of Labaton Sucharow LLP as Lead Counsel for the Class in the Consolidated Action is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v).

8.   A consolidated complaint shall be filed no later than sixty (60) days after the effective date of this Order.  Thereafter, Defendants shall have sixty (60) days to file their responsive pleading.  If the pleading is a motion to dismiss, Lead Plaintiff shall have sixty (60) days to file its opposition to such motion and Defendants shall thereafter have thirty (30) days to file their reply.

The above stipulation is hereby GRANTED.  The Clerk of Court is respectfully directed to terminate the open motions at ECF Nos. 22, 26, 29, and 32 in 18-cv-7143 and consolidate these two cases as above.

SO ORDERED.
Dated: New York, New York
      April 22 , 2019

_John F. Keenan_
                              John F. Keenan
                       United States District Judge

Exhibit O
Page 144