# EXHIBIT S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————— x

LABORERS LOCAL 235 BENEFIT FUNDS, :   Civil Action No. 1:18-cv-08039-NRB
Individually and on Behalf of All Others :
Similarly Situated,                     :   CLASS ACTION

           Plaintiff,       :

    vs.                      :

SKECHERS USA, INC., ROBERT     :
GREENBERG, JOHN VANDEMORE and :
DAVID WEINBERG,             :

          Defendants.     :

————————————————
STEVEN S. FISHMAN, Individually and on :   Civil Action No. 1:18-cv-09510-NRB
Behalf of All Others Similarly Situated, :

           Plaintiff,       :   CLASS ACTION

    vs.                      :

SKECHERS USA, INC., ROBERT     :
GREENBERG, JOHN VANDEMORE and :
DAVID WEINBERG,             :

          Defendants.     :

———————————————— x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2018

**[PROPOSED] ORDER GRANTING THE PENSION FUNDS' MOTION FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL
OF SELECTION OF LEAD COUNSEL**

1497751_1

Exhibit S
Page 161

Having considered Local #817 IBT Pension Fund, Local 272 Labor-Management Pension Fund, and Chester County Employees Retirement Fund's (collectively, the "Pension Funds") Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Laborers Local 235 Benefit Funds v. Skechers USA, Inc.*, No. 1:18-cv-08039-NRB (S.D.N.Y.) and *Fishman v. Skechers USA, Inc.*, No. 1:18-cv-09510-NRB (S.D.N.Y.), are hereby consolidated as:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re SKECHERS USA, INC. SECURITIES LITIGATION | x : : | Master File No. 1:18-cv-08039-NRB |
| | | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | : : : : : : x | |

(a)      The file in Case No. 1:18-cv-08039-NRB shall be the master file for every action in the consolidated action. The Clerk shall administratively close the other action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions against any or all of the defendants arising out of the same or substantially similar alleged misconduct that are subsequently filed in, or transferred to,

1497751_1

this District shall be consolidated into this action. This Order shall apply to every such action absent a Court Order. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to any party's right to apply for severance of any claim or action upon a showing of good cause;

3. The Pension Funds are appointed as Lead Plaintiff, pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

4. Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class is approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a) the preparation and filing of all pleadings;

(b) the briefing and argument of all motions;

(c) the conduct of all discovery proceedings and depositions;

(d) settlement negotiations with counsel for defendants;

(e) the pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f) the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.

DATED: _November 20, 2018_

THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

- 2 -

1497751_1

Exhibit S
Page 163