ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
TRICIA L. McCORMICK (199239)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
triciam@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN KOFFSMON, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiff,<br><br>      vs.<br><br>GREEN DOT CORPORATION, et al.,<br><br>                              Defendants. | Case No. 2:19-cv-10701-DDP-E<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF TRICIA L. McCORMICK IN SUPPORT OF REPLY MEMORANDUM IN FURTHER SUPPORT OF NEW YORK HOTEL TRADES COUNCIL & HOTEL ASSOCIATION OF NEW YORK CITY, INC. PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF<br><br>DATE:     March 30, 2020<br>TIME:     10:00 a.m.<br>CTRM:    9C<br>JUDGE:   Hon. Dean D. Pregerson |

4848-9413-0613.v1

I, TRICIA L. McCORMICK, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am Special Counsel with Robbins Geller Rudman & Dowd LLP, counsel for New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund, and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of the Reply Memorandum in Further Support of New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund's Motion for Appointment as Lead Plaintiff.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:    *Gold v. Morrice*, No. CV 07-00931 DDP (JTLx,), Order Granting in Part and Denying in Part Various Plaintiffs' Motions Regarding Consolidation, Lead Plaintiff Status, and Lead Counsel Status (C.D. Cal. June 26, 2007); and

Exhibit 2:    *Shah v. A10 Networks, Inc.*, No. 18-cv-01772-VC, Order Denying Without Prejudice Motion to Be Appointed Lead Plaintiff (N.D. Cal., June 29, 2018).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of March, 2020.

s/ Tricia L. McCormick
TRICIA L. McCORMICK

- 1 -

4848-9413-0613.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 16, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Tricia L. McCormick
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  triciam@rgrdlaw.com

4848-9413-0613.v1

CM/ECF California Central District

# Mailing Information for a Case 2:19-cv-10701-DDP-E Esteban Koffsmon v. Green Dot Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ian D Berg**
  iberg@aftlaw.com,tkellar@aftlaw.com

- **Mark Samuel Greenstone**
  mgreenstone@greenstonelaw.com,info@glancylaw.com

- **Takeo A Kellar**
  tkellar@aftlaw.com

- **Eduard Korsinsky**
  ek@zlk.com

- **James N Kramer**
  jkramer@orrick.com,lpatts@orrick.com,jthompson@orrick.com

- **Nicole Lavallee**
  nlavallee@bermantabacco.com,sfservice@bermantabacco.com

- **Rosanne Leigh Mah**
  rmah@zlk.com,ek@zlk.com,brios@zlk.com,jtash@zlk.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey V Rocha**
  jrocha@bermantabacco.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Alexander K Talarides**
  atalarides@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)