# EXHIBIT 2

Exhibit 2
022

Case 3:18-cv-01772-VC Document 50 Filed 06/29/18 Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KETANKUMAR SHAH, et al., | Case No. 18-cv-01772-VC |
| Plaintiffs, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE MOTION TO BE APPOINTED LEAD PLAINTIFF** |
| A10 NETWORKS, INC., et al., | Re: Dkt. No. 11 |
| Defendants. | |

In light of the Court's concerns about the potential for Alessandro Marsella's connection to the alleged misconduct to cause the litigation to devolve into a dispute about adequacy of representation, and in light of the seemingly artificial nature of the so-called "A10 Investor Group," the motion by that group to be appointed as lead plaintiff is denied. Denial of the motion is without prejudice to Eric Blackwell (or any other potential plaintiff who claims entitlement under the statute to serve as lead plaintiff) filing a new motion to be appointed as lead plaintiff within 28 days of this order. Within 3 days of this order, A10 Investor Group shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class that, within 28 days of the date of this order, any member of the purported class may move the court to serve as lead plaintiff of the purported class.

**IT IS SO ORDERED.**

Dated: June 29, 2018

_____

VINCE CHHABRIA
United States District Judge

Exhibit 2
023