ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
TRICIA L. McCORMICK (199239)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
triciam@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ESTEBAN KOFFSMON, on behalf of themselves and all others similarly situated, | ) ) ) | Case No. 2:19-cv-10701-DDP-E |
|---|---|---|
| | ) ) | CLASS ACTION |
| Plaintiff, | ) ) | REPLY IN FURTHER SUPPORT OF MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM |
| vs. | ) ) ) | |
| GREEN DOT CORPORATION, et al., | ) ) | DATE:     April 27, 2020 |
| Defendants. | ) ) ) | TIME:     10:00 a.m. |
| | ) | CTRM:    9C |
| | | JUDGE:   Hon. Dean D. Pregerson |

4812-4419-0649.v1

The Pension Fund's motion for leave to file a sur-reply should be granted because rather than oppose the Pension Fund's motion, the IIG substantively responds to the sur-reply itself.  See ECF No. 56 ("The Green Dot Institutional Investor Group takes no position on the New York Hotel Trades' Motion for Leave other than to state the following.").  Where a party "has filed no opposition to the motion, the Court considers it unopposed."  *Toliver v. Exec. in Charge of Internal Revenue Serv. Office at 300 N. Los Angeles St., Stop 5501, Grp. 91*, No. CV 07-06447 DDP (JCx), 2008 WL 11423818, at *2 (C.D. Cal. Jan. 14, 2008); *see also* L.R. 7-12 ("The failure to file any required document . . . may be deemed consent to the granting . . . of the motion . . . .").

As to the substance, the IIG tellingly concedes by silence the fallacy of the contention in its ***corrected*** reply brief that the Pension Fund failed to disclose two cases on its Certification.  *Compare* ECF No. 55 *with* ECF No. 56.  The IIG's failure to correct this misstatement of the law and the facts after being apprised of the error is as telling as its dogged unwillingness (or inability) to demonstrate how any added benefit from appointing three entities as lead plaintiff outweighs "the further division of decisionmaking authority and the attendant problems that enlargement of the group entails."  *In re Baan Co. Sec. Litig.*, 186 F.R.D. 214, 224-25 (D.D.C. 1999); ECF No. 47.  No amount of deflection can remedy these defects.

In short, nothing in the IIG's response rebuts the presumption that the Pension Fund is the most adequate lead plaintiff.

DATED:  April 9, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
TRICIA L. McCORMICK
JUAN CARLOS SANCHEZ

s/ Tricia L. McCormick
TRICIA L. McCORMICK

4812-4419-0649.v1

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for [Proposed]
Lead Plaintiff

4812-4419-0649.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 9, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Tricia L. McCormick
TRICIA L. McCORMICK

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  triciam@rgrdlaw.com

# Mailing Information for a Case 2:19-cv-10701-DDP-E Esteban Koffsmon v. Green Dot Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ian D Berg**
  iberg@aftlaw.com,tkellar@aftlaw.com

- **Mark Samuel Greenstone**
  mgreenstone@greenstonelaw.com,info@glancylaw.com

- **Takeo A Kellar**
  tkellar@aftlaw.com

- **Eduard Korsinsky**
  ek@zlk.com

- **James N Kramer**
  jkramer@orrick.com,lpatts@orrick.com,jthompson@orrick.com

- **Nicole Lavallee**
  nlavallee@bermantabacco.com,sfservice@bermantabacco.com

- **Rosanne Leigh Mah**
  rmah@zlk.com,ek@zlk.com,brios@zlk.com,jtash@zlk.com,hakulp@zlk.com

- **Tricia L McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jeffrey V Rocha**
  jrocha@bermantabacco.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Alexander K Talarides**
  atalarides@orrick.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)