Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermantabacco.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermantabacco.com
Jeffrey V. Rocha (SBN 304852)
Email: jrocha@bermantabacco.com
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Counsel for Movant Green Dot*
*Institutional Investor Group and*
*Proposed Co-Lead Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN KOFFSMON, on behalf themselves and all others similarly situated,<br><br>                         Plaintiff,<br><br>     v.<br><br>GREEN DOT CORPORATION, STEVEN W. STREIT and MARK SHIFKE,<br><br>                         Defendants. | No. 2:19-cv-10701-DDP-E<br><br>CLASS ACTION<br><br>**MOTION OF GREEN DOT INSTITUTIONAL INVESTOR GROUP FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**<br><br>Date:  September 13, 2021<br>Time: 10:00 a.m.<br>Courtroom:  9C<br>Judge:  Hon. Dean D. Pregerson |

[Case No. 2:19-cv-10701-DDP-E] MOT. OF GREEN DOT INSTITUTIONAL INVESTOR GROUP FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Plymouth County Retirement Association ("Plymouth County"), Greater Pennsylvania Carpenters' Pension Fund ("GPCPF") and Iron Workers District Council of New England Pension Fund ("New England Iron Workers") (collectively the "Green Dot Institutional Investor Group") bring this motion for leave to file the attached Notice of Supplemental Authority in Support of its Motion for Appointment as Lead Plaintiff and for Approval of its Selection of Lead Counsel ("Notice of Supplemental Authority").

Central District of California Local Rule 7-10 requires litigants to obtain "prior written order of the Court" before making any filings after a reply brief has been filed. C.D. Cal. L.R. 7-10. Thus, while courts in this District authorize parties to file a "Notice of Supplemental Authority with a copy of or a citation to a recently published case" after briefing of a motion has concluded, *Nichols v. Harris*, 17 F. Supp. 3d 989, 996 n.3 (C.D. Cal. 2014), *appeal docketed*, No. 14-55873 (9th Cir. May 29, 2014), doing so without first seeking leave of court may "arguably" be violative of Local Rule 7-10, *Geiger v. Charter Commc'ns, Inc.*, No. CV 18-158-DMG (GJS), 2019 WL 8105374, at *5 n.6 (C.D. Cal. Sept. 9, 2019).

Therefore, the purpose of this motion is to obtain the Court's approval to file the attached Notice of Supplemental Authority so that the Court may review and consider the recently issued Ninth Circuit opinion *In re Mersho*, No. 20-73819, 2021 WL 3121385 (9th Cir. July 23, 2021). The *In re Mersho* opinion was decided after lead plaintiff briefing concluded in this matter and addresses issues that are relevant to those currently pending before the Court. For this reason, the Green Dot Institutional Investor Group respectfully requests that the Court grant it leave to file the attached Notice of Supplemental Authority and consider the guidance provided by the *In re Mersho* when considering the motions presently before it.

The Green Dot Institutional Investor Group bases this motion on the attached Notice of Supplemental Authority and decisional authority appended thereto, the pleadings and other files herein and such other written and oral arguments as may be presented to the Court.

This motion is made following conference of counsel pursuant to L.R. 7-3 which began on July 30, 2021.

DATED: August 6, 2021                    Respectfully submitted,


By:    /s/ Nicole Lavallee
          Nicole Lavallee

Joseph J. Tabacco, Jr.
Jeffrey V. Rocha
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermantabacco.com
          nlavallee@bermantabacco.com
          jrocha@bermantabacco.com

Christopher J. Keller
Eric J. Belfi
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
Email: ckeller@labaton.com
          ebelfi@labaton.com
          fmcconville@labaton.com

*Counsel for Movant Green Dot Institutional Investor Group and Proposed Co-Lead Counsel for the Class*

Guillaume Buell
**THORNTON LAW FIRM LLP**
One Lincoln Street
Boston, MA  02111
Telephone: (617) 720-1333
Facsimile:  (617) 720-2445
Email: gbuell@tenlaw.com

*Additional Counsel for Movant Green Dot
Institutional Investor Group*

[Case No. 2:19-cv-10701-DDP-E]  MOT. OF GREEN DOT INSTITUTIONAL INVESTOR GROUP FOR
LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

> */s/ Nicole Lavallee*
> Nicole Lavallee
>
> Joseph J. Tabacco, Jr.
> Jeffrey V. Rocha
> **BERMAN TABACCO**
> 44 Montgomery Street, Suite 650
> San Francisco, CA  94104
> Telephone: (415) 433-3200
> Facsimile:  (415) 433-6382
> Email: jtabacco@bermantabacco.com
>         nlavallee@bermantabacco.com
>         jrocha@bermantabacco.com
>
> Christopher J. Keller
> Eric J. Belfi
> Francis P. McConville
> **LABATON SUCHAROW LLP**
> 140 Broadway
> New York, NY  10005
> Telephone: (212) 907-0700
> Facsimile:  (212) 818-0477
> Email: ckeller@labaton.com
>         ebelfi@labaton.com
>         fmcconville@labaton.com
>
> *Counsel for Movant Green Dot*
> *Institutional Investor Group and*
> *Proposed Co-Lead Counsel for the Class*

[Case No. 2:19-cv-10701-DDP-E] MOT. OF GREEN DOT INSTITUTIONAL INVESTOR GROUP FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Guillaume Buell
**THORNTON LAW FIRM LLP**
One Lincoln Street
Boston, MA  02111
Telephone: (617) 720-1333
Facsimile:  (617) 720-2445
Email: gbuell@tenlaw.com

*Additional Counsel for Movant Green Dot
Institutional Investor Group*