# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ESTEBAN KOFFSMON, on behalf themselves and all others similarly situated,

                    Plaintiff,

     v.

GREEN DOT CORPORATION, STEVEN W. STREIT and MARK SHIFKE,

                  Defendants.

No. 2:19-cv-10701-DDP-E

CLASS ACTION

**[PROPOSED] ORDER GRANTING GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

[Case No. 2:19-cv-10701-DDP-E] [PROPOSED] ORDER GRANTING GREEN DOT INSTITUTIONAL INVESTOR GROUP'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Having considered the papers filed in support of the Motion of Plymouth County Retirement Association ("Plymouth County"), Greater Pennsylvania Carpenters' Pension Fund ("GPCPF") and Iron Workers District Council of New England Pension Fund ("New England Iron Workers") (collectively the "Green Dot Institutional Investor Group") for Leave to File a Notice of Supplemental Authority in Support of its Motion for Appointment as Lead Plaintiff and for Approval of its Selection of Lead Counsel ("Notice of Supplemental Authority"), and for good cause shown, the Court hereby Orders as follows:

1.    The Motion is GRANTED;

2.    The Green Dot Institutional Investor Group's Notice of Supplemental Authority is deemed filed.

**IT IS SO ORDERED.**

DATED: _____, 2021    _____

Honorable Dean D. Pregerson
United States District Judge

[Case No. 2:19-cv-10701-DDP-E] [PROPOSED] ORDER GRANTING GREEN DOT INSTITUTIONAL
INVESTOR GROUP'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY        1