Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermantabacco.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermantabacco.com
Kristin J. Moody (SBN 206326)
Email: kmoody@bermantabacco.com
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Counsel for Movant Green Dot*
*Institutional Investor Group and*
*Proposed Co-Lead Counsel for the Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN KOFFSMON, on behalf themselves and all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>GREEN DOT CORPORATION, STEVEN W. STREIT and MARK SHIFKE,<br><br>                              Defendants. | No. 2:19-cv-10701-DDP-E<br><br><u>CLASS ACTION</u><br><br>**GREEN DOT INSTITUTIONAL INVESTOR GROUP'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**<br><br>Date:  September 20, 2021<br>Time: 10:00 a.m.<br>Courtroom:  9C, 9th Floor<br>Judge:  Hon. Dean D. Pregerson |

[Case No. 2:19-cv-10701] GREEN DOT INSTITUTIONAL INVESTOR GROUP'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on September 20, 2021, at 10:00 a.m., or as soon thereafter as this matter may be heard in the courtroom of the Honorable Dean D. Pregerson, Courtroom 9C on the 9th Floor of 350 West 1st Street, Los Angeles, CA, 90012, the lead plaintiff movant Green Dot Institutional Investor Group[1] will respectfully move this Court pursuant to Fed. R. Civ. P. 60(b) and Civil L.R. 7-18 for reconsideration of the Court's August 6, 2021 Order (i) appointing movant New York City, Inc. Pension Fund ("Pension Fund") as Lead Plaintiff in the above-captioned securities class action and (ii) denying the competing motion of Green Dot Institutional Investor Group to serve as lead plaintiff (the "Lead Plaintiff Order"), ECF No. 64, and to appoint Green Dot Institutional Investor Group as lead plaintiff.

Reconsideration of the Lead Plaintiff Order is warranted in this instance based on the Ninth Circuit's recently issued ruling regarding the proper methodology by which the district court should analyze competing lead plaintiff motions under the Private Securities Litigation Reform Act of 1995 and that under this new controlling procedure for lead plaintiff appointment, Green Dot Institutional Investor Group should have been appointed lead plaintiff. *In re Mersho*, No. 20-73819, --F.3d.--, 2021 WL 3121385 (9th Cir. July 23, 2021) ("*Mersho*").

This motion is supported by the memorandum of points and authorities submitted herewith and the *Mersho* opinion attached thereto as **Exhibit A**. This motion is made following a conference with opposing counsel pursuant to L.R. 7-3 which took place on August 12, 2021.

_____

[1] Green Dot Institutional Investor Group is comprised of Plymouth County Retirement Association, Greater Pennsylvania Carpenters Pension Fund, and Iron Workers District Council of New England.

DATED: August 20, 2021          Respectfully submitted,


By:   */s/ Kristin J. Moody*
          Kristin J. Moody

Joseph J. Tabacco, Jr.
Nicole Lavallee
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermantabacco.com
         nlavallee@bermantabacco.com
         kmoody@bermantabacco.com

Christopher J. Keller
Eric J. Belfi
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
Email: ckeller@labaton.com
         ebelfi@labaton.com
         fmcconville@labaton.com

*Counsel for Movant Green Dot*
*Institutional Investor Group and*
*Proposed Co-Lead Counsel for the Class*

Guillaume Buell
**THORNTON LAW FIRM LLP**
One Lincoln Street
Boston, MA  02111
Telephone: (617) 720-1333
Facsimile:  (617) 720-2445
Email: gbuell@tenlaw.com

*Additional Counsel for Movant Green Dot
Institutional Investor Group*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered users via the e-mail addresses on the court's Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the court's Manual Notice List.

By:   */s/ Kristin J. Moody*
        Kristin J. Moody

Joseph J. Tabacco, Jr.
Nicole Lavallee
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermantabacco.com
        nlavallee@bermantabacco.com
        kmoody@bermantabacco.com

Christopher J. Keller
Eric J. Belfi
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
Email: ckeller@labaton.com
        ebelfi@labaton.com
        fmcconville@labaton.com

*Counsel for Movant Green Dot Institutional Investor Group and Proposed Co-Lead Counsel for the Class*

[Case No. 2:19-cv-10701] GREEN DOT INSTITUTIONAL INVESTOR GROUP'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION

Guillaume Buell
**THORNTON LAW FIRM LLP**
One Lincoln Street
Boston, MA  02111
Telephone: (617) 720-1333
Facsimile:  (617) 720-2445
Email: gbuell@tenlaw.com

*Additional Counsel for Movant Green Dot Institutional Investor Group*

[Case No. 2:19-cv-10701] GREEN DOT INSTITUTIONAL INVESTOR GROUP'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION