Joseph J. Tabacco, Jr. (SBN 75484)
Email: jtabacco@bermantabacco.com
Nicole Lavallee (SBN 165755)
Email: nlavallee@bermantabacco.com
Kristin J. Moody (SBN 206326)
Email: kmoody@bermantabacco.com
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Counsel for Movant Green Dot*
*Institutional Investor Group and*
*Proposed Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN KOFFSMON, on behalf themselves and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>GREEN DOT CORPORATION, STEVEN W. STREIT and MARK SHIFKE,<br><br>                    Defendants. | No. 2:19-cv-10701-DDP-E<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION**<br><br>Date:  September 20, 2021<br>Time: 10:00 a.m.<br>Courtroom:  9C, 9th Floor<br>Judge:  Hon. Dean D. Pregerson |

[Case No. 2:19-cv-10701] [PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION

Having considered the papers filed in support of the Green Dot Institutional Investor Group's[1] Motion for Reconsideration (the "Motion") of the August 6, 2021 Order Appointing Lead Class Plaintiff and Approving Class Counsel ("Lead Plaintiff Order") pursuant to the newly issued opinion *In re Mersho*, No. 20-73819, --F.3d.--, 2021 WL 3121385 (9th Cir. July 23, 2021), and for good cause shown, the Court hereby grants Green Dot Institutional Investor Group's Motion and will reissue a revised Lead Plaintiff Order appointing Green Dot Institutional Investor Group Motion as lead plaintiff.

**IT IS SO ORDERED.**

DATED: _____, 2021    _____

Honorable Dean D. Pregerson
United States District Judge

_____
[1] Green Dot Institutional Investor Group is comprised of Plymouth County Retirement Association, Greater Pennsylvania Carpenters Pension Fund, and Iron Workers District Council of New England.