ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN (211456)
JESSICA T. SHINNEFIELD (234432)
CHRISTOPHER R. KINNON (316850)
MEGAN A. ROSSI (318643)
JOHN M. KELLEY (339965)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
rjensen@rgrdlaw.com
jshinnefield@rgrdlaw.com
ckinnon@rgrdlaw.com
mrossi@rgrdlaw.com
jkelley@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GREEN DOT CORPORATION SECURITIES LITIGATION | ) ) ) | Case No. 2:19-cv-10701-DDP (Ex) |

CLASS ACTION

DISCOVERY MATTER

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND DEFENDANTS' CROSS-MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Date:         November 15, 2024
Time:        9:30 A.M.
Dept:        750

Discovery Cutoff: October 31, 2025
Pretrial Conference: October 5, 2026
Trial: November 3, 2026

4864-4283-3650.v1

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 15, 2024, at 9:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Charles F. Eick, United States Magistrate Judge for the Central District of California, located at the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Courtroom 750, 7th Floor, Los Angeles, California, 90012, Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (together, "Plaintiffs"), will and hereby do move the Court for an order entering Plaintiffs' proposed protective order (the "Motion").  Defendants Green Dot Corporation, former Chief Executive Officer Steven W. Streit, and former Chief Financial Officer Mark Shifke (collectively, "Defendants" and together with Plaintiffs, the "Parties") oppose the Motion and will and hereby do cross move the Court for an order entering Defendants' proposed protective order.

This Motion is made pursuant to Central District of California Local Civil Rule 37.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Joint Stipulation Regarding Plaintiffs' Motion for Entry of Stipulated Protective Order and Defendants' Cross-Motion for Entry of Stipulated Protective Order, Declarations of Christopher R. Kinnon and M. Todd Scott in Support and exhibits thereto, as well as the papers and pleadings filed in this action, the argument of counsel, and any other matters properly before the Court.

This Motion is made following: (i) Plaintiffs sending Defendants a draft protective order on April 23, 2024; (ii) the Parties' telephonic conferences of counsel on April 23, 2024 and July 25, 2024; and (iii) the Parties' exchange of further correspondences and/or draft protective orders on June 3, 2024, July 17, 2024, August 1, 2024, August 14, 2024, August 22, 2024, August 27, 2024, September 6,

- 1 -

4864-4283-3650.v1

2024, September 11, 2024, September 13, 2024, September 17, 2024, and September 20, 2024.

DATED:  October 24, 2024

ROBBINS GELLER RUDMAN & DOWD LLP
RACHEL L. JENSEN
JESSICA T. SHINNEFIELD
CHRISTOPHER R. KINNON
MEGAN A. ROSSI
JOHN M. KELLEY

s/ Christopher R. Kinnon
CHRISTOPHER R. KINNON

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

PITTA LLP
VINCENT F. PITTA
120 Broadway, 28th Floor
New York, NY  10271
Telephone: 212/652-3890
212/652-3891 (fax)

Additional Counsel for Plaintiffs

DATED:  October 24, 2024

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER
ALEXANDER K. TALARIDES
M. TODD SCOTT

s/ M. Todd Scott
M. TODD SCOTT

405 Howard Street
San Francisco, CA  94105
Telephone:  415/773-5700
619/773-5759 (fax)
jkramer@orrick.com
atalarides@orrick.com
tscott@orrick.com

- 2 -

4864-4283-3650.v1

Attorneys for Defendants

GLASER WEIL FINK HOWARD
 JORDAN & SHAPIRO LLP
RICHARD E. GOTTLIEB
EMIL PETROSSIAN
AYAD MATHEWS
10250 Constellation Boulevard, 19th Floor
Los Angeles, CA  90067
Telephone:  310/553-3000
310/556-2920 (fax)
rgottlieb@glaserweil.com
epetrossian@glaserweil.com
amathews@glaserweil.com

Additional Counsel for Defendant Green
Dot Corporation

- 3 -

4864-4283-3650.v1

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

Pursuant to L.R. 5-4.3.4, I hereby attest that all signatories listed above concurred in this filing.

DATED: October 24, 2024

s/ Christopher R. Kinnon
CHRISTOPHER R. KINNON

- 4 -

4864-4283-3650.v1