ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
JESSICA T. SHINNEFIELD (234432)
CHRISTOPHER R. KINNON (316850)
MEGAN A. ROSSI (318643)
JOHN M. KELLEY (339965)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
rjensen@rgrdlaw.com
jshinnefield@rgrdlaw.com
ckinnon@rgrdlaw.com
mrossi@rgrdlaw.com
jkelley@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-DDP (Ex) |
| | CLASS ACTION |
| | DISCOVERY MATTER |
| | DECLARATION OF CHRISTOPHER R. KINNON IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER |

Date:      November 15, 2024
Time:      9:30 A.M.
Dept:      750

Discovery Cutoff: October 31, 2025
Pretrial Conference: October 5, 2026
Trial: November 3, 2026

4855-2716-6439.v1

I, CHRISTOPHER R. KINNON, declare as follows:

1.    I am an attorney licensed to practice in all courts in the State of California.  I am an associate at Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (together, "Plaintiffs") and the putative class in the above-captioned matter.  The matters set forth herein are based upon my own personal knowledge, and if called as a witness, I could and would testify competently to such matters.  I submit this declaration in support of the Joint Stipulation Regarding Plaintiffs' Motion for Entry of Stipulated Protective Order, filed concurrently herewith.

2.    The Parties[1] began their initial Federal Rule of Civil Procedure 26(f) conference on April 19, 2024 with a meet and confer phone call.

3.    On April 23, 2024, Plaintiffs sent Defendants a draft protective order, and the Parties subsequently exchanged drafts and met and conferred to negotiate a stipulated protective order, including on June 3, 2024, August 14, 2024, August 22, 2024, August 26, 2024, and September 4, 2024.

4.    Plaintiffs served requests for production of documents and data to Defendants and third parties on July 19, 2024.

5.    Plaintiffs served Lead Plaintiff's First Set of Interrogatories to Defendant Green Dot Corporation on July 30, 2024.

6.    By August 22, 2024, the Parties had largely agreed to a protective order, with the main remaining dispute concerning Defendants' insistence that the order limit the disclosure of materials designated confidential to experts far beyond the protections this District's Sample Stipulated Protective Order provides.

7.    On August 22, 2024, Deutsche Bank Securities Inc. delayed producing documents until the protective order is complete.

---

[1]    "Parties" refers collectively to Plaintiffs, and defendants Green Dot Corporation, Steven W. Streit, and Mark Shifke.

- 1 -

8.    On September 3, 2024, Barclays Capital Inc. delayed producing documents until the protective order is complete.

9.    On September 19, 2024, Canaccord Genuity, LLC delayed producing documents until the protective order is complete.

10.    On September 11, 2024, Defendants sent Plaintiffs their proposed Expert Disclosure Limitations.

11.    On September 17, 2024, Plaintiffs told Defendants that Plaintiffs would move the Court to enter the Stipulated Protective Order (*i.e.*, the negotiated protective order excluding the Expert Disclosure Clause).

12.    On September 17, 2024, Defendants stated they would oppose the motion and ask the Court to add the Expert Disclosure Limitations "as a stand-alone Paragraph 12.4."

13.    On September 24, 2024, Plaintiffs offered to adopt the Sample Stipulated Protective Order for the United States District Court for the Central District of California.

14.    On September 27, 2024, Defendants rejected Plaintiffs' offer to adopt the Sample Stipulated Protective Order for the United States District Court for the Central District of California.

15.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Email string between Christopher R. Kinnon and Adam Miller dated September 17, 2024 that includes Defendants' proposed Expert Disclosure Limitations;

Exhibit B:    A copy of the Stipulated Protective Order, which represents the agreement of the Parties, excluding the Expert Disclosure Limitations Defendants propose and Plaintiffs oppose;

Exhibit C:    Sample Stipulated Protective Order for the United States District Court for the Central District of California;

- 2 -

Exhibit D:  A copy of correspondence with third parties Deutsche Bank Securities Inc., Barclays Capital Inc., and Canaccord Genuity, LLC in which those third parties delay production of requested documents until a protective order is entered;

Exhibit E:  Model Stipulated Protective Order for Standard Litigation for the United States District Court for the Northern District of California;

Exhibit F:  Model Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets for the United States District Court for the Northern District of California; and

Exhibit G:  Scheduling Order (ECF 118).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2024, at San Diego, California.

s/ Christopher R. Kinnon
CHRISTOPHER R. KINNON

- 3 -

4855-2716-6439.v1