# EXHIBIT A

# Katie Woods

| | |
|---|---|
| **From:** | Miller, Adam <adam.miller@orrick.com> |
| **Sent:** | Tuesday, September 17, 2024 7:50 PM |
| **To:** | Christopher Kinnon; Patts, Lenny; Susan Williams; Jason Forge; Rachel Jensen; Jessica Shinnefield; Megan Rossi; Jack Kelley; 'vpitta@pittalaw.com'; Katie Woods; Ariana Gonzales |
| **Cc:** | Kramer, James N.; Talarides, Alex; Scott, M. Todd; Benton, Megan; 'rgottlieb@glaserweil.com'; 'epetrossian@glaserweil.com'; 'jyang@glaserweil.com'; 'cbraschi@glaserweil.com'; McCafferty, Molly; Patts, Lenny |
| **Subject:** | RE: In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.) |

EXTERNAL SENDER

Chris, we will oppose your motion for entry of the protective order.  We agree to the version you sent on Sept. 13 except for the omission of the expert-related paragraph I sent you on Sept. 11.  To be clear, though, we will suggest adding that as a stand-alone Paragraph 12.4, not adding it to the end of Paragraph 2.7.  Meanwhile, we will review the proposed custodians and search terms and get back to you with any comments.  Thanks.

**Adam Miller**
Senior Counsel
Orrick
Washington, DC
T +1 202-349-7958
adam.miller@orrick.com



---

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Tuesday, September 17, 2024 6:30 PM
**To:** Miller, Adam <adam.miller@orrick.com>; Patts, Lenny <lpatts@orrick.com>; Susan Williams <SusanW@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Ariana Gonzales <AGonzales@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Benton, Megan <mbenton@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'jyang@glaserweil.com' <jyang@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; McCafferty, Molly <mmccafferty@orrick.com>; Patts, Lenny <lpatts@orrick.com>
**Subject:** RE: In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.)

**[EXTERNAL]**

Adam, please see plaintiffs' attached search term and custodian proposals, which we submit reserving our rights to augment or change.  As we explained on the last call, we have drafted these without the benefit of the Green Dot

organizational charts and calendars we requested.  Once you produce those, we may add additional custodians and terms.

Please let us know your availability for a call next week to discuss so we can keep this moving along.

And please also let us know as soon as possible whether Defendants will oppose our motion for an order approving the protective order that excludes Defendants' proposed expert language concerning ¶2.7.  If you will oppose the motion, please confirm that the draft PO I circulated below on Sept. 13, 2024 otherwise reflects the parties' agreement (*i.e.*, excluding the expert language Defendants' sought in ¶2.7).

Thanks,
Chris

**Christopher Kinnon**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Christopher Kinnon
**Sent:** Friday, September 13, 2024 2:23 PM
**To:** 'Miller, Adam' <adam.miller@orrick.com>; Patts, Lenny <lpatts@orrick.com>; Susan Williams <SusanW@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Ariana Gonzales <AGonzales@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Benton, Megan <mbenton@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'jyang@glaserweil.com' <jyang@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; McCafferty, Molly <mmccafferty@orrick.com>; Patts, Lenny <lpatts@orrick.com>
**Subject:** RE: In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.)

Hi Adam, here's the PO we intend to ask the Court to approve, which we believe reflects the parties agreement and excludes Defendants' proposed expert language concerning ¶2.7 (both in prior proposed drafts and in your below correspondence).  Please let us know by early next week whether Defendants will oppose the motion.  And notwithstanding ¶2.7, please let us know if you believe this does not reflect the parties' agreement.

Please also send us the bank examination letter you mentioned on the call at your earliest convenience.

Thanks and have a good weekend.

**Christopher Kinnon**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



---

**From:** Miller, Adam <adam.miller@orrick.com>
**Sent:** Wednesday, September 11, 2024 11:06 AM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; Patts, Lenny <lpatts@orrick.com>; Susan Williams <SusanW@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Ariana Gonzales <AGonzales@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Benton, Megan <mbenton@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'jyang@glaserweil.com' <jyang@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; McCafferty, Molly <mmccafferty@orrick.com>; Patts, Lenny <lpatts@orrick.com>
**Subject:** RE: In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.)

EXTERNAL SENDER
My apologies Chris.  Here it is:

A Party (the "Retaining Party") wishing to retain a testifying or consulting expert who is associated with another Party (the "Affected Party") must disclose the identity of the proposed expert to the Affected Party before providing the proposed expert with any information designated CONFIDENTIAL by the Affected Party under this Protective Order.  The Affected Party can object to the retention by serving a letter pursuant to Local Rule 37-1, in which case the Retaining Party may not provide the proposed expert with any information designated CONFIDENTIAL until the dispute is resolved by agreement or court order.  For purposes of this paragraph, a person is considered to be "associated with" another Party if he or she (i) was a director or employee of the Affected Party on or after January 1, 2018, or (ii) is at the time of the retention in competition with the Affected Party, or reasonably likely in the future to be in competition with the Affected Party, whether as an director, owner, employee, or consultant of a competing company or otherwise.

---

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Wednesday, September 11, 2024 1:57 PM
**To:** Miller, Adam <adam.miller@orrick.com>; Patts, Lenny <lpatts@orrick.com>; Susan Williams <SusanW@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Ariana Gonzales <AGonzales@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Benton, Megan <mbenton@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'jyang@glaserweil.com' <jyang@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; McCafferty, Molly <mmccafferty@orrick.com>; Patts, Lenny <lpatts@orrick.com>
**Subject:** RE: In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.)

**[EXTERNAL]**

Adam, so we can have a productive conversation Friday, please send the compromise language you propose on the protective order today.

Thanks,
Chris

**Christopher Kinnon**



Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

  

---

**From:** Christopher Kinnon
**Sent:** Friday, September 6, 2024 2:31 PM
**To:** 'Miller, Adam' <adam.miller@orrick.com>; Patts, Lenny <lpatts@orrick.com>; Susan Williams <SusanW@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Ariana Gonzales <AGonzales@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Benton, Megan <mbenton@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'jyang@glaserweil.com' <jyang@glaserweil.com>; cbraschi@glaserweil.com; McCafferty, Molly <mmccafferty@orrick.com>; Patts, Lenny <lpatts@orrick.com>
**Subject:** RE: In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.)

Thanks, Adam. Please also send us the potential compromise you mentioned on the protective order dispute over experts at your earliest convenience.

Have a good weekend,
Chris

---

**From:** Miller, Adam <adam.miller@orrick.com>
**Sent:** Friday, September 6, 2024 2:03 PM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; Patts, Lenny <lpatts@orrick.com>; Susan Williams <SusanW@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Ariana Gonzales <AGonzales@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Benton, Megan <mbenton@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>;

'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'jyang@glaserweil.com' <jyang@glaserweil.com>; cbraschi@glaserweil.com; McCafferty, Molly <mmccafferty@orrick.com>; Patts, Lenny <lpatts@orrick.com>
**Subject:** RE: In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.)

EXTERNAL SENDER

Chris, attached please find a response to your August 30 letter regarding our meet-and-confer discussions relating to the RFPs.  Also, and in response to those discussions, we intend to supplement our answer to Interrogatory No. 2 and will likewise respond to your letter regarding the bank examination privilege at that time.  I should have a more precise date for that supplementation by early next week.  Thanks and have a nice weekend.


**Adam Miller**
Senior Counsel
Orrick
Washington, DC
T +1 202-349-7958
adam.miller@orrick.com



---

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Friday, August 30, 2024 6:22 PM
**To:** Patts, Lenny <lpatts@orrick.com>; Susan Williams <SusanW@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Ariana Gonzales <AGonzales@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Miller, Adam <adam.miller@orrick.com>; Benton, Megan <mbenton@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'jyang@glaserweil.com' <jyang@glaserweil.com>; cbraschi@glaserweil.com
**Subject:** RE: In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.)


**[EXTERNAL]**

Counsel,

Please see the attached correspondence.  Please respond to the open RFP items at your earliest convenience—hopefully by our call next Wednesday 1:00-2:00 PT (which we can confirm; we'll send a calendar invite and number shortly) but no later than Friday, September 6, 2024.

Thanks and have a nice Labor Day.

Best,
Chris


**Christopher Kinnon**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058



**From:** Patts, Lenny <lpatts@orrick.com>
**Sent:** Thursday, August 29, 2024 2:21 PM
**To:** Susan Williams <SusanW@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Christopher Kinnon <CKinnon@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Ariana Gonzales <AGonzales@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Miller, Adam <adam.miller@orrick.com>; Benton, Megan <mbenton@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'jyang@glaserweil.com' <jyang@glaserweil.com>; cbraschi@glaserweil.com
**Subject:** In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.)

EXTERNAL SENDER
Counsel,

Attached please find Defendant Green Dot Corporation's Answers and Objections to Plaintiffs' First Set of Interrogatories.

Thanks,
Lenny Patts


**Lenny T. Patts**
Senior Litigation Paralegal Specialist

Orrick
San Francisco  ⓥ
T 415.773.5913
M 707.567.3916
lpatts@orrick.com



Securities Litigation Blog


**From:** Susan Williams <SusanW@rgrdlaw.com>
**Sent:** Tuesday, July 30, 2024 3:57 PM
**To:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Miller, Adam <adam.miller@orrick.com>; Benton, Megan <mbenton@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'jyang@glaserweil.com' <jyang@glaserweil.com>; Patts, Lenny <lpatts@orrick.com>
**Cc:** Jason Forge <JForge@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Christopher Kinnon <CKinnon@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; Katie Woods <KWoods@rgrdlaw.com>
**Subject:** In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.) - Interrogatories

**[EXTERNAL]**

Counsel:

Please see the attached Lead Plaintiff's First Set of Interrogatories to Defendant Green Dot Corporation.


Susan M. Williams
Paralegal
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058


**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.


**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of

the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.