# EXHIBIT D

## Katie Woods

| | |
|---|---|
| **From:** | Brittany Brudnicki <brittany.brudnicki@db.com> |
| **Sent:** | Thursday, August 22, 2024 9:31 AM |
| **To:** | Megan Rossi; Theresa Julian |
| **Subject:** | RE: In re Green Dot Corporation Securities Litigation |

EXTERNAL SENDER

 **Classification: Confidential**

Hey Megan,

Unfortunately we'll need to review the protective order before producing any documents.  Please just send it over to us
once it is finalize and we'll continue preparing the production in the meantime.

Best,
Brittany



Brittany Brudnicki
Secondee
Deutsche Bank AG, Filiale New York
Legal Department
1 Columbus Circle, 10019-8735 New York NY, USA
Tel. +1 646-341-2083
Email brittany.brudnicki@db.com

#PositiveImpact

**From:** Megan Rossi <MRossi@rgrdlaw.com>
**Sent:** Thursday, August 22, 2024 12:01 PM
**To:** Theresa Julian <theresa.julian@db.com>
**Cc:** Brittany Brudnicki <brittany.brudnicki@db.com>
**Subject:** RE: In re Green Dot Corporation Securities Litigation

Hi Theresa,

I apologize for my delay. I was hoping we would have an agreed upon protective order to send out shortly. However, we
are still in the process of negotiating the protective order with defense counsel. In the meantime, we can consider any
production made by Deutsche Bank confidential under the standard terms of the forthcoming protective order.

Please let me know if this is agreeable to you all.

Thank you,

Megan

**Megan A. Rossi**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Theresa Julian <theresa.julian@db.com>
**Sent:** Wednesday, August 14, 2024 9:38 AM
**To:** Megan Rossi <MRossi@rgrdlaw.com>
**Cc:** Brittany Brudnicki <brittany.brudnicki@db.com>
**Subject:** In re Green Dot Corporation Securities Litigation

EXTERNAL SENDER
Dear Ms. Rossi –

In connection with the subpoena regarding: In re Green Dot Corporation Securities Litigation – Civil Action NO.: 2:19-cv-10701-DDP 9Ex), we have located some responsive documents. Please provide us with a copy of the Protective Order or Confidentiality Agreement and we will be able to produce the materials to you.

Kind regards,

Theresa Julian



Theresa Julian
Litigation Paralegal
Litigation & Regulatory Enforcement

**DB USA Core Corporation**
**Legal Department**
**5201 Gate Parkway**
**Jacksonville, Florida, 32256 USA**
**Email: theresa.julian@db.com**

---

This communication may contain confidential and/or privileged information. If you are not the intended

recipient (or have received this communication in error) please notify the sender immediately and destroy this communication. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.

Please refer to https://db.com/disclosures for additional EU corporate and regulatory disclosures.

Deutsche Bank does not render legal or tax advice, and the information contained in this communication should not be regarded as such.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**


---

This communication may contain confidential and/or privileged information. If you are not the intended recipient (or have received this communication in error) please notify the sender immediately and destroy this communication. Any unauthorized copying, disclosure or distribution of the material in this communication is strictly forbidden.

Please refer to https://db.com/disclosures for additional EU corporate and regulatory disclosures.

Deutsche Bank does not render legal or tax advice, and the information contained in this communication should not be regarded as such.

3

## Katie Woods

| | |
|---|---|
| **From:** | clara.crenshaw1@barclays.com |
| **Sent:** | Tuesday, September 3, 2024 10:32 AM |
| **To:** | Christopher Kinnon; ellen.hu@barclays.com |
| **Subject:** | RE: In re Green Dot Corp. Sec. Litig., 2:19-cv-10701-DDP (C.D. Cal.) |

EXTERNAL SENDER

Thanks, Chris.  Please let us know when you receive a so-ordered PO from the court and then we will move forward with the production.


Restricted - External

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Tuesday, September 3, 2024 12:26 PM
**To:** Crenshaw, Clara : Legal <clara.crenshaw1@barclays.com>; Hu, Ellen: Legal (NYK) <ellen.hu@barclays.com>
**Subject:** RE: In re Green Dot Corp. Sec. Litig., 2:19-cv-10701-DDP (C.D. Cal.)


**CAUTION:** This email originated from outside our organization - ckinnon@rgrdlaw.com Do not click on links, open attachments, or respond unless you recognize the sender and can validate the content is safe.

Hi Clara,

Thanks. We are still negotiating it (hung up on a clause or two about experts).  I can send you the draft, but if you stamp the documents as confidential, we'll treat them as such.  It might take a week or two to wrap up the PO and get an order.

Best,
Chris


**Christopher Kinnon**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058


**From:** clara.crenshaw1@barclays.com <clara.crenshaw1@barclays.com>
**Sent:** Tuesday, September 3, 2024 7:14 AM
**To:** ellen.hu@barclays.com; Christopher Kinnon <CKinnon@rgrdlaw.com>
**Subject:** RE: In re Green Dot Corp. Sec. Litig., 2:19-cv-10701-DDP (C.D. Cal.)

1

EXTERNAL SENDER

Hi Chris,

Could you please share the so-ordered confidentiality/protective order in the case?

Thank you,
Clara

---

Restricted - External

**From:** Hu, Ellen: Legal (NYK) <ellen.hu@barclays.com>
**Sent:** Monday, August 26, 2024 5:56 PM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; Crenshaw, Clara : Legal <clara.crenshaw1@barclays.com>
**Subject:** RE: In re Green Dot Corp. Sec. Litig., 2:19-cv-10701-DDP (C.D. Cal.)

Hi Chris, we expect to be able to produce responsive research reports in the next two weeks, and would suggest that we regroup after you have reviewed the reports to discuss whether an ecomms pull/review is appropriate.

Thanks,

Ellen

Ellen Hu | Legal
+1 (212) 526-4285 (O)
+1 (917) 945-2297 (M)

---

Restricted - External

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Monday, August 26, 2024 2:40 PM
**To:** Hu, Ellen: Legal (NYK) <ellen.hu@barclays.com>; Crenshaw, Clara : Legal <clara.crenshaw1@barclays.com>
**Subject:** RE: In re Green Dot Corp. Sec. Litig., 2:19-cv-10701-DDP (C.D. Cal.)

---

**CAUTION:** This email originated from outside our organization - ckinnon@rgrdlaw.com Do not click on links, open attachments, or respond unless you recognize the sender and can validate the content is safe.

---

Hi Ellen,

Just checking in.  Are you able to send an update?

Best,
Chris

**Christopher Kinnon**

2

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

☐ ☐ ☐ ☐ ☐

---

**From:** ellen.hu@barclays.com <ellen.hu@barclays.com>
**Sent:** Monday, August 12, 2024 2:40 PM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; clara.crenshaw1@barclays.com
**Subject:** RE: In re Green Dot Corp. Sec. Litig., 2:19-cv-10701-DDP (C.D. Cal.)

EXTERNAL SENDER
Thanks Chris, we will look into this.

Ellen Hu | Legal
+1 (212) 526-4285 (O)
+1 (917) 945-2297 (M)

Restricted - External

---

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Thursday, August 8, 2024 5:20 PM
**To:** Crenshaw, Clara : Legal <clara.crenshaw1@barclays.com>
**Cc:** Hu, Ellen: Legal (NYK) <ellen.hu@barclays.com>
**Subject:** RE: In re Green Dot Corp. Sec. Litig., 2:19-cv-10701-DDP (C.D. Cal.)

---

**CAUTION:** This email originated from outside our organization - ckinnon@rgrdlaw.com Do not click on links, open attachments, or respond unless you recognize the sender and can validate the content is safe.

---

Hi Ellen and Clara,

Thanks for your time today.  As discussed, given your representation that Barclays did not provide investment banking for Green Dot, we can narrow the requests as follows:

- Dates: May 9, 2018 through November 21, 2019;
- Email Custodians: Ransey El-Assal, Damian Wille, Benjamin Budish (see attached reports);
- Search Terms: "Green Dot"
- Full set of analyst reports; and
- Bloomberg Chats search on "Green Dot" (unless you can confirm the analysts didn't use Bloomberg Chat or their Bloomberg Chats are captured by the email search.

Best,
Chris


**Christopher Kinnon**

3

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

☐ ☐ ☐ ☐ ☐

---

**From:** clara.crenshaw1@barclays.com <clara.crenshaw1@barclays.com>
**Sent:** Tuesday, August 6, 2024 1:16 PM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Cc:** ellen.hu@barclays.com
**Subject:** RE: In re Green Dot Corp. Sec. Litig., 2:19-cv-10701-DDP (C.D. Cal.)

EXTERNAL SENDER
Hi Chris,

We are available this Thursday, August 8th between 10-11am or 2-4:30pm EST.

Best,
Clara

---

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Tuesday, August 6, 2024 12:21 PM
**To:** Crenshaw, Clara : Legal <clara.crenshaw1@barclays.com>
**Cc:** Hu, Ellen: Legal (NYK) <ellen.hu@barclays.com>
**Subject:** RE: In re Green Dot Corp. Sec. Litig., 2:19-cv-10701-DDP (C.D. Cal.)

---

**CAUTION:** This email originated from outside our organization - ckinnon@rgrdlaw.com Do not click on links, open attachments, or respond unless you recognize the sender and can validate the content is safe.

---

Hi Clara,

Thank you.  If you please send some convenient times for a call, I will confirm with a calendar invite promptly.

Best,
Chris

**Christopher Kinnon**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

☐ ☐ ☐ ☐ ☐

4

**From:** clara.crenshaw1@barclays.com <clara.crenshaw1@barclays.com>
**Sent:** Tuesday, August 6, 2024 6:27 AM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Cc:** ellen.hu@barclays.com
**Subject:** In re Green Dot Corp. Sec. Litig., 2:19-cv-10701-DDP (C.D. Cal.)

EXTERNAL SENDER
Mr. Kinnon,

Please find attached non-party Barclays Capital Inc.'s Responses and Objections to the *In re Green Dot Corp. Sec. Litig.*, subpoena served on July 23, 2024.

Best,
Clara

Clara D. Crenshaw
Litigation, Investigations & Enforcement  I  Barclays Legal
Tel +1 212 526 1575  |  Email clara.crenshaw1@barclays.com
**BARCLAYS**, 745 Seventh Avenue, New York, NY  10019

This message is for information purposes only. It is not a recommendation, advice, offer or solicitation to buy or sell a product or service, nor an official confirmation of any transaction. It is directed at persons who are professionals and is intended for the recipient(s) only. It is not directed at retail customers. This message is subject to the terms at: https://www.ib.barclays/disclosures/web-and-email-disclaimer.html.

For important disclosures, please see: https://www.ib.barclays/disclosures/sales-and-trading-disclaimer.html regarding marketing commentary from Barclays Sales and/or Trading desks, who are active market participants; https://www.ib.barclays/disclosures/barclays-global-markets-disclosures.html regarding our standard terms for Barclays Investment Bank where we trade with you in principal-to-principal wholesale markets transactions; and in respect to Barclays Research, including disclosures relating to specific issuers, see: https://publicresearch.barclays.com.

If you are incorporated or operating in Australia, read these important disclosures: https://www.ib.barclays/disclosures/important-disclosures-asia-pacific.html.

For more details about how we use personal information, see our privacy notice: https://www.ib.barclays/disclosures/personal-information-use.html.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This message is for information purposes only. It is not a recommendation, advice, offer or solicitation to buy or sell a product or service, nor an official confirmation of any transaction. It is directed at persons who are professionals and is intended for the recipient(s) only. It is not directed at retail customers. This message is subject to the terms at: https://www.ib.barclays/disclosures/web-and-email-disclaimer.html.

For important disclosures, please see: https://www.ib.barclays/disclosures/sales-and-trading-disclaimer.html regarding marketing commentary from Barclays Sales and/or Trading desks, who are active market participants; https://www.ib.barclays/disclosures/barclays-global-markets-disclosures.html regarding our standard terms for Barclays Investment Bank where we trade with you in principal-to-principal wholesale markets transactions; and in respect to Barclays Research, including disclosures relating to specific issuers, see: https://publicresearch.barclays.com.

If you are incorporated or operating in Australia, read these important disclosures: https://www.ib.barclays/disclosures/important-disclosures-asia-pacific.html.

For more details about how we use personal information, see our privacy notice: https://www.ib.barclays/disclosures/personal-information-use.html.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

This message is for information purposes only. It is not a recommendation, advice, offer or solicitation to buy or sell a product or service, nor an official confirmation of any transaction. It is directed at persons who are professionals and is intended for the recipient(s) only. It is not directed at retail customers. This message is subject to the terms at: https://www.ib.barclays/disclosures/web-and-email-disclaimer.html.

For important disclosures, please see: https://www.ib.barclays/disclosures/sales-and-trading-disclaimer.html regarding marketing commentary from Barclays Sales and/or Trading desks, who are active market participants; https://www.ib.barclays/disclosures/barclays-global-markets-disclosures.html regarding our standard terms for Barclays Investment Bank where we trade with you in principal-to-principal wholesale markets transactions; and in respect to Barclays Research, including disclosures relating to specific issuers, see: https://publicresearch.barclays.com.

If you are incorporated or operating in Australia, read these important disclosures: https://www.ib.barclays/disclosures/important-disclosures-asia-pacific.html.

For more details about how we use personal information, see our privacy notice: https://www.ib.barclays/disclosures/personal-information-use.html.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

This message is for information purposes only. It is not a recommendation, advice, offer or solicitation to buy or sell a product or service, nor an official confirmation of any transaction. It is directed at persons who are professionals and is intended for the recipient(s) only. It is not directed at retail customers. This message is subject to the terms at: https://www.ib.barclays/disclosures/web-and-email-disclaimer.html.

For important disclosures, please see: https://www.ib.barclays/disclosures/sales-and-trading-disclaimer.html regarding marketing commentary from Barclays Sales and/or Trading desks, who are active market participants; https://www.ib.barclays/disclosures/barclays-global-markets-disclosures.html regarding our standard terms for Barclays Investment Bank where we trade with you in principal-to-principal wholesale markets transactions; and in respect to Barclays Research, including disclosures relating to specific issuers, see: https://publicresearch.barclays.com.

If you are incorporated or operating in Australia, read these important disclosures: https://www.ib.barclays/disclosures/important-disclosures-asia-pacific.html.

For more details about how we use personal information, see our privacy notice: https://www.ib.barclays/disclosures/personal-information-use.html.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

This message is for information purposes only. It is not a recommendation, advice, offer or solicitation to buy or sell a product or service, nor an official confirmation of any transaction. It is directed at persons who are professionals and is intended for the recipient(s) only. It is not directed at retail customers. This message is subject to the terms at: https://www.ib.barclays/disclosures/web-and-email-disclaimer.html.

For important disclosures, please see: https://www.ib.barclays/disclosures/sales-and-trading-disclaimer.html regarding marketing commentary from Barclays Sales and/or Trading desks, who are active market participants; https://www.ib.barclays/disclosures/barclays-global-markets-disclosures.html regarding our standard terms for Barclays Investment Bank where we trade with you in principal-to-principal wholesale markets transactions; and in respect to Barclays Research, including disclosures relating to specific issuers, see: https://publicresearch.barclays.com.

If you are incorporated or operating in Australia, read these important disclosures: https://www.ib.barclays/disclosures/important-disclosures-asia-pacific.html.

For more details about how we use personal information, see our privacy notice: https://www.ib.barclays/disclosures/personal-information-use.html.

## Katie Woods

| | |
|---|---|
| **From:** | Johnson, Lola <LaJohnson@cgf.com> |
| **Sent:** | Thursday, September 19, 2024 7:48 AM |
| **To:** | Megan Rossi |
| **Cc:** | Teipner, Larissa |
| **Subject:** | Re: In re Green Dot Corporation Securities Litigation Subpoena Objection Letter |

EXTERNAL SENDER
Hi Megan,

Pardon my delayed response here. Our concern is that the order may never be put in place, so we are not comfortable producing prior to the order's finalization. We can confirm that Joseph Vafi and Pallav Sani were the only analysts covering Green Dot during the relevant time period as defined in the subpoena. Once the order is in place, we are happy to produce final research reports and external communications with those analysts as custodians, as stated on our call.

Best,
Lola


Lola Johnson
Legal
Canaccord Genuity LLC
T: +1.212.389.8254 (Calls and Text)  /  C: +1.240.938.8406 (Calls Only)

**Driven by your success.**

Canaccord Genuity LLC member finra & sipc

---

**From:** Megan Rossi <MRossi@rgrdlaw.com>
**Sent:** Friday, September 6, 2024 12:25 PM
**To:** Johnson, Lola <LaJohnson@cgf.com>
**Cc:** Teipner, Larissa <lteipner@cgf.com>
**Subject:** RE: In re Green Dot Corporation Securities Litigation Subpoena Objection Letter

**[Caution: External Message]**

Hi Lola,

I apologize for my delay on this. I was hoping I would be able to send you a protective order soon, but we are still negotiating it with defendants. In the meantime, we can consider any production made by Canaccord confidential under the standard terms of the forthcoming protective order.

In addition, I believe the custodians we would be interested in are Joseph Vafi and Pallav Saini, and for search terms, "Green Dot" and "GDOT." As I mentioned during our call, we are interested in internal communications as well. Would you be able to confirm that Joseph Vafi and Pallav Saini were the only analysts covering Green Dot during the relevant time period as defined in the subpoena?

I am happy to discuss further or answer any questions.

1

Thank you,

Megan

---

**From:** Johnson, Lola <LaJohnson@cgf.com>
**Sent:** Friday, August 2, 2024 2:19 PM
**To:** Megan Rossi <MRossi@rgrdlaw.com>
**Cc:** Teipner, Larissa <lteipner@cgf.com>
**Subject:** RE: In re Green Dot Corporation Securities Litigation Subpoena Objection Letter

EXTERNAL SENDER

Thanks, Megan. We will await the confidentiality order to begin production. As discussed, if there is a list of custodians you'd like for us to search for external communications, please let us know.

Best,
Lola

Lola Johnson
Legal
Canaccord Genuity LLC
T: +1.212.389.8254 (Calls and Text)  /  C: +1.240.938.8406 (Calls Only)

**Driven by your success.**

CANACCORD GENUITY LLC MEMBER FINRA & SIPC

---

**From:** Megan Rossi <MRossi@rgrdlaw.com>
**Sent:** Wednesday, July 31, 2024 5:11 PM
**To:** Johnson, Lola <LaJohnson@cgf.com>
**Cc:** Teipner, Larissa <lteipner@cgf.com>
**Subject:** RE: In re Green Dot Corporation Securities Litigation Subpoena Objection Letter

[Caution: External Message]

Hi Lola,

Per our conversation today, I am sending over a copy of the operative complaint.

Best,

Megan

**Megan A. Rossi**
Associate

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

2

☐ ☐ ☐ ☐ ☐

**From:** Johnson, Lola <LaJohnson@cgf.com>
**Sent:** Thursday, July 25, 2024 11:24 AM
**To:** Megan Rossi <MRossi@rgrdlaw.com>
**Cc:** Teipner, Larissa <lteipner@cgf.com>
**Subject:** In re Green Dot Corporation Securities Litigation Subpoena Objection Letter

EXTERNAL SENDER
Ms. Rossi,

Pursuant to Fed. R. Civ. Pro. 45, attached please find Canaccord Genuity's formal Objection Letter to the Subpoena to Produce Documents. This letter will also arrive via Federal Express Mail.

Best,
Lola

Lola Johnson
Legal
Canaccord Genuity LLC
535 Madison Ave., New York, NY, 10022

T: +1.212.389.8254 (Calls and Text) /  C: +1.240.938.8406 (Calls Only)
E:  lajohnson@cgf.com  /  www.cgf.com



CANACCORD GENUITY LLC MEMBER FINRA & SIPC

The information contained in this communication may be confidential and/or legally privileged. If you are not the intended recipient, please contact the sender and destroy all copies of this message and any attachments. Any disclosure, copying, distribution or taking any action in reliance on this information other than by the intended recipient is strictly prohibited and may be unlawful. Canaccord Genuity LLC is required by regulation to review and store both outgoing and incoming electronic correspondence. E-mail transmissions cannot be guaranteed to be secure, timely or error-free. This communication is not an offer or solicitation to buy or sell any security or other investment product. Additional information, including disclosures regarding securities under research coverage, is available at http://disclosures.canaccordgenuity.com/EN/Pages/default.aspx - Any information regarding specific investment products is subject to change without notice. Canaccord Genuity LLC - Member FINRA/SIPC. (Disclaimer)

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and

3

**protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**