# EXHIBIT G

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In re RE GREEN DOT ) Case No. CV 19-10701-DDP(Ex)
CORPORATION SECURITIES )
LITIGATION )
)
) SCHEDULING ORDER
)
)
)
)
_____ )

Pursuant to the Federal Rules of Civil Procedure 16(b), the Court issues the following Order:

Counsel must agree on the date for the disclosure of expert witness reports pursuant to the Federal Rules of Civil Procedure 26(a)2. The agreed-upon disclosure date must precede the discovery cut-off date such that all discovery, including expert depositions, must be completed prior to the discovery cut-off date. All discovery motions must be heard prior to the discovery cut-off date.

***Counsel are ordered to abide by the dates as set forth in the Rule 26 (f) Report.

/// 

/// 

/// 

```
LAST DAY TO JOIN OTHER PARTIES
AND TO AMEND THE PLEADINGS:   August 1, 2025

FACT DISCOVERY CUT-OFF:       October 31, 2025

EXPERT DISCOVERY CUT-OFF:     February 27, 2026

LAST DAY TO FILE MOTIONS:     July 6, 2026

FINAL PRE TRIAL CONFERENCE:   October 5, 2026 at 11:00 a.m.

15 DAY JURY TRIAL:            November 3, 2026 at 9:00 a.m.
```

Dated: JULY 15, 2024

DEAN D. PREGERSON
United States District Judge