# EXHIBIT I

## Katie Woods

| | |
|---|---|
| **From:** | Miller, Adam <adam.miller@orrick.com> |
| **Sent:** | Friday, September 6, 2024 2:03 PM |
| **To:** | Christopher Kinnon; Patts, Lenny; Susan Williams; Jason Forge; Rachel Jensen; Jessica Shinnefield; Megan Rossi; Jack Kelley; 'vpitta@pittalaw.com'; Katie Woods; Ariana Gonzales |
| **Cc:** | Kramer, James N.; Talarides, Alex; Scott, M. Todd; Benton, Megan; 'rgottlieb@glaserweil.com'; 'epetrossian@glaserweil.com'; 'jyang@glaserweil.com'; cbraschi@glaserweil.com; McCafferty, Molly; Patts, Lenny |
| **Subject:** | RE: In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.) |
| **Attachments:** | 2024-09-06 Letter re RFPs.pdf |

EXTERNAL SENDER

Chris, attached please find a response to your August 30 letter regarding our meet-and-confer discussions relating to the RFPs.  Also, and in response to those discussions, we intend to supplement our answer to Interrogatory No. 2 and will likewise respond to your letter regarding the bank examination privilege at that time.  I should have a more precise date for that supplementation by early next week.  Thanks and have a nice weekend.

**Adam Miller**

Senior Counsel

Orrick

Washington, DC

T +1 202-349-7958

adam.miller@orrick.com



---

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Friday, August 30, 2024 6:22 PM
**To:** Patts, Lenny <lpatts@orrick.com>; Susan Williams <SusanW@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Ariana Gonzales <AGonzales@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Miller, Adam <adam.miller@orrick.com>; Benton, Megan <mbenton@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'jyang@glaserweil.com' <jyang@glaserweil.com>; cbraschi@glaserweil.com
**Subject:** RE: In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.)

 **[EXTERNAL]**

Counsel,

EXHIBIT I
132

Please see the attached correspondence.  Please respond to the open RFP items at your earliest convenience—hopefully by our call next Wednesday 1:00-2:00 PT (which we can confirm; we'll send a calendar invite and number shortly) but no later than Friday, September 6, 2024.

Thanks and have a nice Labor Day.

Best,
Chris

**Christopher Kinnon**



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

f in 🐦 ▶ 📷

---

**From:** Patts, Lenny <lpatts@orrick.com>
**Sent:** Thursday, August 29, 2024 2:21 PM
**To:** Susan Williams <SusanW@rgrdlaw.com>; Jason Forge <JForge@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Christopher Kinnon <CKinnon@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; Katie Woods <KWoods@rgrdlaw.com>; Ariana Gonzales <AGonzales@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Miller, Adam <adam.miller@orrick.com>; Benton, Megan <mbenton@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'jyang@glaserweil.com' <jyang@glaserweil.com>; cbraschi@glaserweil.com
**Subject:** In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.)

EXTERNAL SENDER
Counsel,

Attached please find Defendant Green Dot Corporation's Answers and Objections to Plaintiffs' First Set of Interrogatories.

Thanks,
Lenny Patts

**Lenny T. Patts**
Senior Litigation Paralegal Specialist

Orrick
San Francisco  ⓥ
T 415.773.5913
M 707.567.3916
lpatts@orrick.com

EXHIBIT I
133



[Securities Litigation Blog](#)

---

**From:** Susan Williams <[SusanW@rgrdlaw.com](mailto:SusanW@rgrdlaw.com)>
**Sent:** Tuesday, July 30, 2024 3:57 PM
**To:** Kramer, James N. <[jkramer@orrick.com](mailto:jkramer@orrick.com)>; Talarides, Alex <[atalarides@orrick.com](mailto:atalarides@orrick.com)>; Scott, M. Todd <[tscott@orrick.com](mailto:tscott@orrick.com)>; Miller, Adam <[adam.miller@orrick.com](mailto:adam.miller@orrick.com)>; Benton, Megan <[mbenton@orrick.com](mailto:mbenton@orrick.com)>; 'rgottlieb@glaserweil.com' <[rgottlieb@glaserweil.com](mailto:rgottlieb@glaserweil.com)>; 'epetrossian@glaserweil.com' <[epetrossian@glaserweil.com](mailto:epetrossian@glaserweil.com)>; 'jyang@glaserweil.com' <[jyang@glaserweil.com](mailto:jyang@glaserweil.com)>; Patts, Lenny <[lpatts@orrick.com](mailto:lpatts@orrick.com)>
**Cc:** Jason Forge <[JForge@rgrdlaw.com](mailto:JForge@rgrdlaw.com)>; Rachel Jensen <[RachelJ@rgrdlaw.com](mailto:RachelJ@rgrdlaw.com)>; Jessica Shinnefield <[jshinnefield@rgrdlaw.com](mailto:jshinnefield@rgrdlaw.com)>; Christopher Kinnon <[CKinnon@rgrdlaw.com](mailto:CKinnon@rgrdlaw.com)>; Megan Rossi <[MRossi@rgrdlaw.com](mailto:MRossi@rgrdlaw.com)>; Jack Kelley <[JKelley@rgrdlaw.com](mailto:JKelley@rgrdlaw.com)>; 'vpitta@pittalaw.com' <[vpitta@pittalaw.com](mailto:vpitta@pittalaw.com)>; Katie Woods <[KWoods@rgrdlaw.com](mailto:KWoods@rgrdlaw.com)>
**Subject:** In re Green Dot Corp. Sec. Litig., No. 2:19-cv-10701-DDP (Ex) (C.D. Cal.) - Interrogatories


**[EXTERNAL]**

Counsel:

Please see the attached Lead Plaintiff's First Set of Interrogatories to Defendant Green Dot Corporation.


Susan M. Williams
Paralegal
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.


For more information about Orrick, please visit *http://www.orrick.com*.

EXHIBIT I
134

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

```
NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.
```

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

4

EXHIBIT I
135