ROBBINS GELLER RUDMAN
   & DOWD LLP
JESSICA T. SHINNEFIELD (234432)
CHRISTOPHER R. KINNON (316850)
MEGAN A. ROSSI (318643)
JOHN M. KELLEY (339965)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
jshinnefield@rgrdlaw.com
ckinnon@rgrdlaw.com
mrossi@rgrdlaw.com
jkelley@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GREEN DOT CORPORATION SECURITIES LITIGATION ) ) ) | Case No. 2:19-cv-10701-DDP (Ex) |
| | CLASS ACTION |
| | PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL INFORMATION RELATED TO THE FEDERAL RESERVE ORDER TO CEASE AND DESIST |
| | Date:        December 20, 2024 |
| | Time:       9:30 A.M. |
| | Dept:       750 |
| | Discovery Cutoff: October 31, 2025 Pretrial Conference: October 5, 2026 Trial: November 3, 2026 |

4889-9887-2829.v1

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 20, 2024, at 9:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Charles F. Eick, United States Magistrate Judge for the Central District of California, located at the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Courtroom 750, 7th Floor, Los Angeles, California, 90012, Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (together, "Plaintiffs"), will and hereby do move the Court for an order compelling defendants Green Dot Corporation ("Green Dot" or the "Company"), former Chief Executive Officer Steven W. Streit ("Streit"), and former Chief Financial Officer Mark Shifke ("Shifke") (collectively, "Defendants" and together with Plaintiffs, the "Parties") to: (i) produce information and documents related to the Federal Reserve System's Order to Cease and Desist and Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as Amended, which Defendants improperly withhold on grounds of the bank examination privilege; and (ii) enter anything withheld on that basis on a privilege log (the "Motion").

This Motion is made pursuant to Local Civil Rule 37 of the United States District Court for the Central District of California.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Joint Stipulation Regarding Plaintiffs' Motion to Compel, Declarations of Christopher R. Kinnon and M. Todd Scott in Support and exhibits thereto, as well as the papers and pleadings filed in this action, the argument of counsel, and any other matters properly before the Court.

This Motion is made following: (i) Plaintiffs serving Defendants with Plaintiffs' First Set of Requests for Production of Documents and Data and First Set of Interrogatories to Defendant Green Dot Corporation on July 19 and July 30, 2024, respectively; (ii) Defendants' responses and objections to the same on August 19 and

- 1 -

4889-9887-2829.v1

August 29, 2024, respectively; and (iii) the Parties' exchange of further correspondences and/or meet and confers regarding the issue on August 26, 2024, August 30, 2024, September 4, 2024, September 6, 2024, September 20, 2024, October 11, 2024, and October 17, 2024.

DATED: November 20, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
JESSICA T. SHINNEFIELD
CHRISTOPHER R. KINNON
MEGAN A. ROSSI
JOHN M. KELLEY

s/ Christopher R. Kinnon
CHRISTOPHER R. KINNON

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

PITTA LLP
VINCENT F. PITTA
120 Broadway, 28th Floor
New York, NY  10271
Telephone: 212/652-3890
212/652-3891 (fax)

Additional Counsel for Plaintiffs

- 2 -

4889-9887-2829.v1