JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
GLASER WEIL FINK HOWARD
    JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-DDP-E<br><br>CLASS ACTION<br><br>**DECLARATION OF M. TODD SCOTT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL INFORMATION RELATED TO THE FEDERAL RESERVE ORDER TO CEASE AND DESIST**<br><br>Judge:  Honorable Dean D. Pregerson |

DECLARATION OF M. TODD SCOTT

I, M. Todd Scott, declare as follows:

1.     I am an attorney licensed to practice in the State of California. I am a Senior Associate at Orrick, Herrington & Sutcliffe LLP, co-counsel of record for Defendants Green Dot Corporation ("Green Dot"), Steven W. Streit, and Mark Shifke ("Defendants") in the above-captioned litigation. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel Information Related to the Federal Reserve Order to Cease and Desist.

2.     I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to each fact.

3.     On July 19, 2024, Plaintiffs served their First Set of Requests for Production of Documents and Data to Defendants, which included 48 separate numbered requests.

4.     On September 17, 2024, Plaintiffs' counsel circulated by email their custodian and search term proposals for purposes of collecting Green Dot's potentially relevant electronically stored information ("ESI"). They identified 46 separate individuals as custodians and their search term proposal spanned 18 pages.

5.     On October 15, 2024, Plaintiffs' counsel circulated by email their "revised custodian list."  This list identified 43 individuals as custodians.

6.     On October 17, 2024, counsel for the parties discussed the ESI collection process by telephone. Counsel for Defendants stated that we would collect from 27 of the 43 custodians sought by Plaintiffs, and explained the basis for that position. Counsel for Plaintiffs neither accepted nor rejected that position and reserved Plaintiffs' rights to seek to expand the collection.

7.     Defendants have now substantially completed collecting the ESI for the 27 agreed-upon custodians. The total volume is over 4.3 million collected documents.

- 1 -

DECLARATION OF M. TODD SCOTT

8. Defendants then applied Plaintiffs' proposed search terms to the collected documents. The search terms returned more than 2.2 million documents with families. Defendants are actively working to identify discoverable documents from within this set.

9. Defendants have also begun producing documents that can be identified using methods other than search terms. Defendants made their first such production on September 24, 2024, and did so despite the fact that the Court had not yet entered a Protective Order to protect their confidential information.

10. So far, Defendants have made six separate document productions, the most recent on November 12, 2024. The productions include 242 documents totaling more than 7,600 pages.

11. On May 22, 2023, the Federal Reserve notified the General Counsel of Green Dot Corporation that it was considering taking enforcement action. The parties then engaged in certain communications, which led to the issuance of the Consent Order on July 19, 2024.

12. To the best of our knowledge, the written communications between Green Dot (primarily through its outside counsel, Winston & Strawn LLP) and the Federal Reserve relating to the Consent Order between May 22, 2023 and July 19, 2024 consisted of numerous emails and letters. Some of the correspondence from Green Dot's counsel also attached underlying business documents. Combined, there were approximately 40 underlying business documents provided by Green Dot's counsel to the Federal Reserve during this process.

13. Attached hereto as Exhibit 1 is a true and correct copy of Federal Reserve Bank of New York Circular No. 11002 ("Circular No. 11002"), dated December 5, 1997 and entitled *Improper Disclosure of Confidential Supervisory Information by Financial Institutions*, available at https://www.newyorkfed.org/banking/circulars/11002.html.

- 2 -

DECLARATION OF M. TODD SCOTT

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2024, at San Francisco, CA.


            */s/ M. Todd Scott*
            M. TODD SCOTT

- 3 -