JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
AYAD MATHEWS (SBN 339785)
amthews@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-DDP-E<br><br>CLASS ACTION<br><br>**DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL INFORMATION RELATED TO THE FEDERAL RESERVE ORDER TO CEASE AND DESIST**<br><br>Judge:  Honorable Dean D. Pregerson |

Pursuant to Local Rule 37-2.3, Defendants Green Dot Corp. ("Green Dot", Steve Streit, and Mark Shifke (collectively, "Defendants") respectfully submit this Supplemental Memorandum in Opposition to Plaintiffs' Motion to Compel Information Related to the Federal Reserve Order to Cease and Desist ("Motion") and filed per local rules as a joint stipulation (the "Joint Stipulation") (ECF No. 134).

Defendants submit this supplemental filing to apprise the Court: (1) that, having received the Federal Reserve's permission, Defendants have now produced a privilege log of all communications between Green Dot and the Federal Reserve concerning the Consent Order; and (2) that Defendants have supplemented their answer to Interrogatory No. 2 in Plaintiffs' First Set of Interrogatories both to reflect the privilege log submission and to provide additional information concerning counsel that communicated with the Federal Reserve on Green Dot's behalf.

## Privilege Log

Among other relief, Plaintiffs ask the Court to order Defendants to "identify on a privilege log any documents withheld on the basis of the Federal Reserve's purported bank examination privilege." Joint Stipulation at 1. Plaintiffs argue that Defendants have refused and that they must be compelled to do so. *Id.* at 11, 19-20. However, in Defendants' Statement within the parties' Joint Stipulation, Defendants have instead stated: (1) that Defendants will identify additional internal Green Dot documents generated in the ordinary course referencing either the documents produced to the Federal Reserve (defined as "Attached Documents" in Defendants' opposition), relevant examination or enforcement matters, or communications with or requests from the Federal Reserve concerning the Consent Order (*i.e.*, from May 2023 to July 2024), and redact those portions of the documents and produce the remainder, with redaction logs, in the normal course of discovery; and (2) "if the Federal Reserve permits, Defendants will identify on a privilege log the enforcement-related communications exchanged between the Federal Reserve and Green Dot from May 2023 to July 2024." *Id.* at 25 n. 6.

- 1 -

Subsequent to the submission of Defendants' Statement, the Federal Reserve Board has granted permission to provide a privilege log of the communications between Green Dot and the Federal Reserve during this time period.[1]  Accordingly, Defendants have now prepared and provided that privilege log to Plaintiffs, and to the extent Defendants' normal discovery processes identify additional internal Green Dot documents generated in the ordinary course containing privileged or confidential supervisory information concerning the Consent Order, Defendants will redact those portions of the documents and produce the remainder, with redaction logs, in the normal course of discovery.

**Interrogatory No. 2**

In Plaintiffs' motion, Plaintiffs similarly demand that Defendants "provide factual information responsive to Lead Plaintiff's First Set of Interrogatories to Defendant Green Dot Corporation, Interrogatory No. 2 concerning the Consent Order.  *See* Joint Stipulation at 1; *see also id.* at 2, 4, 6-10, 17.  In brief, that interrogatory seeks an identification of communications between Green Dot and the Federal Reserve concerning the Consent Order.

Defendants submit that the privilege log is responsive to Interrogatory No. 2. Further, Green Dot has now served Plaintiffs with an amended response to Interrogatory No. 2, which references the privilege log and adds additional information concerning the counsel that represented Green Dot concerning the consent order, and that does not otherwise materially change the information provided in Green Dot's original response to Interrogatory No. 2.

---

[1] Green Dot's investigation into these matters continues and it will supplement the privilege log as necessary.

DEFS.' SUPP. MEM. IN OPP. TO PLAINTIFFS' MOTION TO COMPEL

## Conclusion

For the foregoing reasons, to the extent the Motion seeks an order requiring Defendants to submit a privilege log and provide a supplemental response to Interrogatory No. 2, the Motion should be denied as moot.

Dated: December 6, 2024

**ORRICK, HERRINGTON
 & SUTCLIFFE LLP**
JAMES N. KRAMER
ALEXANDER K. TALARIDES
M. TODD SCOTT


_/s/ M. Todd Scott_
M. TODD SCOTT

405 Howard Street
San Francisco, CA  94105
Telephone:  415/773-5700
619/773-5759 (fax)
jkramer@orrick.com
atalarides@orrick.com
tscott@orrick.com

-   and   -

**GLASER WEIL FINK HOWARD
 JORDAN & SHAPIRO LLP**
RICHARD E. GOTTLIEB
EMIL PETROSSIAN
AYAD MATHEWS
10250 Constellation Blvd., 19th Floor
Los Angeles, CA  90067
Telephone:  310/553-3000
310/556-2920 (fax)
rgottlieb@glaserweil.com
epetrossian@glaserweil.com
amathews@glaserweil.com

_Attorneys for Defendants_

- 3 -