ROBBINS GELLER RUDMAN
  & DOWD LLP
JESSICA T. SHINNEFIELD (234432)
CHRISTOPHER R. KINNON (316850)
MEGAN A. ROSSI (318643)
JOHN M. KELLEY (339965)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
jshinnefield@rgrdlaw.com
ckinnon@rgrdlaw.com
mrossi@rgrdlaw.com
jkelley@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re GREEN DOT CORPORATION SECURITIES LITIGATION | ) ) ) ) | Case No. 2:19-cv-10701-DDP (Ex) |
|---|---|---|
| | | CLASS ACTION |
| | | SUPPLEMENTAL DECLARATION OF CHRISTOPHER R. KINNON IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL INFORMATION RELATED TO THE FEDERAL RESERVE ORDER TO CEASE AND DESIST |
| | | Date:      December 20, 2024 Time:      9:30 A.M. Dept:      750 |
| | | Discovery Cutoff: October 31, 2025 Pretrial Conference: October 5, 2026 Trial: November 3, 2026 |

4918-2091-4179.v1

I, CHRISTOPHER R. KINNON, declare as follows:

1.      I am an attorney licensed to practice in all courts in the State of California.  I am an associate at Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (together, "Plaintiffs") and the putative class in the above-captioned matter.  The matters set forth herein are based upon my own personal knowledge, and if called as a witness, I could and would testify competently to such matters.  I submit this declaration in support of Plaintiffs' Supplemental Memorandum in Support of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Information Related to the Federal Reserve Order to Cease and Desist, filed concurrently herewith.

2.      The Parties[1] held their first meet-and-confer call on April 19, 2024, during which Plaintiffs asked Defendants about any relevant Green Dot government investigations.

3.      Plaintiffs served Plaintiffs' First Set of Requests for Production of Documents and Data to Defendants on July 19, 2024, with Request No. 38 requesting: "From May 1, 2017 to the present, documents produced to or communications with any governmental agency or regulator (public or private), including, but not limited to, the SEC, the DOJ, the NYSE, the Federal Reserve, or the Financial Industry Regulatory Authority . . . ."  ECF 134-4 at 53.

4.      Plaintiffs served Lead Plaintiff's First Set of Interrogatories to Defendant Green Dot Corporation on July 30, 2024.

5.      On August 19, 2024, Defendants sent their Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents and Data, objecting to Request No. 38 on grounds of the bank examination privilege, but without describing

---

[1]    "Parties" refers collectively to Plaintiffs, and defendants Green Dot Corporation ("Green Dot"), Steven W. Streit, and Mark Shifke.

- 1 -

4918-2091-4179.v1

the nature of the documents, communications, or tangible things not produced or disclosed, as required under Federal Rule of Civil Procedure 26(b)(5)(ii).

6.     Plaintiffs again inquired as to any other Green Dot government investigations in a meet and confer on August 26, 2024, and Defendants stated that to their knowledge, no other such investigations existed.

7.     The Parties discussed the Federal Reserve investigation during numerous other meet and confers, including on September 4, 2024, September 13, 2024, and October 17, 2024.

8.     On November 5, 2024, the Parties filed a Joint Stipulation Regarding Stipulated Electronic Discovery Agreement (ECF 127).

9.     On November 11, 2024, the Parties met and conferred and Defendants disclosed for the first time to Plaintiffs "two additional government investigations": a July 29, 2019 U.S. Department of Justice investigation, which Green Dot produced "a substantial number of documents"; and the September 5, 2019 and May 4, 2021 Consumer Financial Protection Bureau investigations, pursuant to which Green Dot "provided responsive information and produced documents."

10.     On November 20, 2024, the Parties filed a Joint Stipulation Regarding Plaintiffs' Motion to Compel Information Related to the Federal Reserve Order to Cease and Desist (ECF 134).

11.     Attached are true and correct copies of the following exhibits:

Exhibit K:   Letter from Defendants dated November 11, 2024, disclosing for the first time, two additional government investigations into Green Dot which had occurred during the Class Period; and

- 2 -

4918-2091-4179.v1

Exhibit L:    Joint Stipulation Regarding Stipulated Electronic Discovery Agreement (ECF 127).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 6, 2024, at San Diego, California.

_____
CHRISTOPHER R. KINNON

- 3 -

4918-2091-4179.v1