# EXHIBIT K



**Orrick, Herrington & Sutcliffe LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037-3202

+1 202 339 8400
**orrick.com**

November 11, 2024

**Adam Miller**

**E** adam.miller@orrick.com
**D** +1 202 349 7958
**F** +1 202 339 8500

*Via Email*

Christopher R. Kinnon
Robbins Geller Rudman & Dowd LLP
ckinnnon@rgrdlaw.com

Re:    *In re Green Dot Corporation Securities Litigation*

Dear Chris:

As we discussed on our call this evening, we have recently learned of two additional government investigations, neither of which led to prosecutions or enforcement action, that could relate to the claims and defenses in this case.  *First*, on July 29, 2019, the Department of Justice issued grand jury subpoenas to Green Dot Corp. and Green Dot Bank.  Over the next year, the respondents produced a substantial number of documents, and the investigation closed without charges.  *Second*, on September 5, 2019 and May 4, 2021, the CFPB issued Civil Investigative Demands to the Santa Barbara Tax Products Group (TPG).  TPG provided responsive information and produced documents, and the CFPB closed the matter in August 2021.

We are preparing to produce, as soon as possible, (i) the DOJ subpoenas and the production transmittal letters sent to DOJ, and (ii) the CFPB CIDs, the company's responses thereto, and the production letters sent to the CFPB.  We are also aware that the company's outside counsel made multiple presentations to the DOJ (but not, as far as we know, the CFPB); we are evaluating whether those presentations should be produced.  As to the underlying documents produced to the DOJ and CFPB, we are working on obtaining them from the company's counsel and then will immediately begin preparing them for production.  However, we cannot yet provide a firm estimate as to when that process will be completed because the volume of documents is very substantial and we understand that the productions contain individual documents that will need to be withheld or redacted because they are subject to the bank examination privilege, contain CSI or Suspicious Activity Reports, or are outside the relevant time period for this case.  The bottom line is that we intend to produce all responsive and non-privileged materials within these production sets on an expedited basis.

We are aware that we previously represented that there were no prior productions to any government agency bearing on the claims and defenses in this case.  We do not necessarily agree that the productions addressed herein are relevant, but in any event we were not aware of either investigation at that time.  There has been substantial turnover within Green Dot, particularly within the Legal Department, and the individuals managing this case were not aware of these matters, both of which were closed years ago.  We first learned of these investigations when we interviewed the company's former



Christopher R. Kinnon
November 11, 2024
Page 2


General Counsel, John Ricci, on September 24, 2024.  We then followed up with the outside counsel who represented the company in each matter (Gibson, Dunn & Crutcher LLP for the DOJ matter; Venable LLP for the CFPB matter) and spoke with the lawyers at each firm on November 4, 2024 and November 5, 2024.  We first received any materials relating to the CFPB investigation on November 5, 2024 and relating to the DOJ investigation on November 9, 2024.

We are happy to discuss these matters further, including whether you will need additional time in the discovery schedule to account for the fact that these materials were not identified sooner.  Thank you.


Sincerely,

Adam Miller


EXHIBIT K
5