JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
AYAD MATHEWS (SBN 339785)
amathews@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants*
GREEN DOT CORPORATION,
STEVEN W. STREIT, and MARK SHIFKE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-DDP-E |
| | Hon. Dean D. Pregerson |
| | <u>CLASS ACTION</u> |
| | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DECEMBER 11, 2024 DISCOVERY RULING** |
| | Courtroom:     9C<br>Hearing Date:  February 10, 2025<br>Hearing Time:  10:00 a.m. |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 7(b) and 72(a) of the Federal Rules of Civil Procedure and Civil Local Rule 72-2.1, on February 10, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 9C of the above-entitled Court, Defendants Green Dot Corporation ("Green Dot"), Steven W. Streit, and Mark Shifke (collectively, "Defendants") will move this Court for an order vacating Judge Charles F. Eick's December 11, 2024 discovery ruling, ECF No. 140 ("Discovery Ruling"), and denying Plaintiffs' underlying motion to compel (ECF No. 133) as premature, or, in the alternative, remanding the matter to Judge Eick for consideration.

The grounds for this Motion are that the Discovery Ruling is contrary to law because (1) it did not consider Plaintiffs' failure to exhaust their administrative remedies, given that the Federal Reserve is still considering Plaintiffs' November 15, 2024 administrative request to the Federal Reserve, which seeks the very same documents at issue in Plaintiffs' underlying motion to compel; (2) did not address the legal distinction between the bank examination privilege, which is held by the Federal Reserve, and confidential supervisory information, or "CSI," which is separately protected from disclosure by federal law; and (3) purports to rule on the applicability of the bank examination privilege without first allowing the Federal Reserve to intervene to assert the same.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the concurrently filed Declaration of M. Todd Scott, the concurrently lodged Proposed Order, all other pleadings, papers, and orders on file in this action, and such other argument or evidence as may be offered or the Court may consider at or before the hearing on this Motion.

/ / /

/ / /

/ / /

- 1 -

This Motion is made following the conferences of counsel pursuant to Civil Local Rule 7-3, which took place on December 12 and 23, 2024.

Dated: December 26, 2024    **ORRICK, HERRINGTON & SUTCLIFFE LLP**
James N. Kramer
Alexander K. Talarides
M. Todd Scott

**GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP**
Richard E. Gottlieb
Emil Petrossian
Ayad Mathews

By: */s/ Emil Petrossian*
        Emil Petrossian

*Attorneys for Defendants*
GREEN DOT CORPORATION,
STEVEN W. STREIT, and MARK SHIFKE

- 2 -

NOTICE OF MOTION AND MOTION FOR REVIEW OF DISCOVERY RULING