JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
AYAD MATHEWS (SBN 339785)
amathews@glaserweil.com
GLASER WEIL FINK HOWARD
     JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants
GREEN DOT CORPORATION,
STEVEN W. STREIT, and MARK SHIFKE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-DDP-E |
| | Hon. Dean D. Pregerson |
| | CLASS ACTION |
| | **DECLARATION OF M. TODD SCOTT IN SUPPORT OF DEFENDANTS' MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DECEMBER 11, 2024 DISCOVERY RULING** |
| | Courtroom:     9C<br>Hearing Date:  February 10, 2025<br>Hearing Time:  10:00 a.m. |

DECLARATION OF M. TODD SCOTT

I, M. Todd Scott, declare as follows:

1.     I am an attorney licensed to practice in the State of California. I am a Senior Associate at Orrick, Herrington & Sutcliffe LLP, co-counsel of record for Defendants Green Dot Corporation ("Green Dot"), Steven W. Streit, and Mark Shifke ("Defendants") in the above-captioned litigation. I submit this declaration in support of Defendants' Motion for Review of Magistrate Judge's December 11, 2024 Discovery Ruling.

2.     I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to each fact.

3.     On November 15, 2024, Plaintiffs' counsel in this litigation sent a letter to the General Counsel of the Board of Governors of the Federal Reserve System (the "Federal Reserve Board") requesting that the Federal Reserve Board "produce all documents received from [Green Dot], or any of its former or current employees, and all documents provided to Green Dot, or any of its former or current employees, in connection with the Board's July 19, 2024 Cease and Desist Order."  A true and correct copy of that letter, obtained from counsel to the Federal Reserve Board, is attached hereto as Exhibit A.

4.     Defendants' counsel has been in contact with representatives of the Federal Reserve Board relating to Plaintiffs' letter referenced in Paragraph 3 hereof. To the best of our knowledge as of the date of this Declaration, the Federal Reserve Board has not yet taken any action in response to Plaintiffs' letter.

5.     On December 6, 2024, Defendants (with permission from the Federal Reserve) served a privilege log detailing each of the 21 direct communications with the Federal Reserve concerning the Consent Order that Defendants believe constitute protected CSI pursuant to the bank examination privilege and applicable governing laws and regulations, including but not limited to 12 C.F.R. §§ 261.2(b)(1), .15(a)(8), .20(a), and .23(a)(1).  For each such communication, the privilege log stated how many underlying business records were attached to the communication.  There were

- 1 -

DECLARATION OF M. TODD SCOTT

a total of forty (40) such underlying business records attached to the various direct communications, and it is these forty documents (minus the tax preparation documents) that the Discovery Ruling directed Defendants to produce.  The first entry on the privilege log reflects an email from Green Dot's counsel to the Federal Reserve Board that attached 32 underlying business records.  The privilege log itself has been designated confidential pursuant to the applicable Protective Order.

6.      On February 28, 2005, the Office of the Comptroller of the Currency, the Federal Deposit Insurance Corporation, the Board of Governors of the Federal Reserve System, and the Office of Thrift Supervision published a document entitled "Interagency Guidance on the Confidentiality of the Supervisory Rating and Other Nonpublic Supervisory information."  A true and correct copy of that document, obtained from the Federal Reserve Board's website, is attached hereto as Exhibit C.[1]

7.      On August 3, 2016, the Federal Reserve Board published a press releases announcing that it had "ordered Goldman Sachs Group to pay a $36.3 million civil money penalty for its unauthorized use and disclosure of confidential supervisory information and to implement an enhanced program to ensure the proper use of confidential supervisory information. Additionally, the Board announced that it is instituting enforcement proceedings against Joseph Jiampietro, a former managing director at Goldman Sachs, seeking to impose a fine and permanently bar him from the banking industry stemming from his and his subordinates' unauthorized use and disclosure of confidential supervisory information."  A true and correct copy of that press release, obtained from the Federal Reserve Board's website, is attached hereto as Exhibit D.

8.      On October 10, 2024, the Federal Reserve Board's Associate General Counsel sent a letter to Defendants' counsel regarding Plaintiffs' request for documents.  A true and correct copy of that letter is attached hereto as Exhibit E.

---

[1] Exhibit B has been intentionally omitted.

- 2 -

This letter was also attached as part of Exhibit B to the Declaration of Christopher R. Kinnon submitted in conjunction with Plaintiffs' Motion to Compel.

9. On December 24, 2024, the Federal Reserve Board's Associate General Counsel sent another letter to Defendants' counsel regarding Plaintiffs' request for documents. A true and correct copy of that letter is attached hereto as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 26, 2024, at San Francisco, California.

*/s/ M. Todd Scott*
M. TODD SCOTT

DECLARATION OF M. TODD SCOTT