# EXHIBIT B

**(This exhibit was intentionally omitted
and should be disregarded by the Court)**