# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-DDP-Ex<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DEFENDANTS' MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DECEMBER 11, 2024 DISCOVERY RULING**<br><br>Judge: Honorable Dean D. Pregerson<br>Courtroom: 9C |

Before the Court is Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (collectively, "Plaintiffs") and Defendants Green Dot Corporation, Steven W. Streit, and Mark Shifke's (collectively, "Defendants," and together with Plaintiffs, the "Parties") Joint Stipulation Regarding Defendants' Motion for Review of Magistrate Judge's December 11, 2024 Discovery Ruling (the "Joint Stipulation").

Having reviewed and considered the Parties' Joint Stipulation, the Court finds good cause to grant the stipulation, as follows:

1.     Plaintiffs shall file any opposition papers to Defendants' Motion for Review no later than January 17, 2025, which is more than twenty-one (21) days before the scheduled hearing date.

2.     Defendants shall file any reply papers in support of Defendants' Motion for Review no later than January 27, 2025, which is fourteen (14) days before the scheduled hearing date.

3.     Defendants' obligation to produce any documents in response to the Discovery Ruling, beyond the "Attached Documents" below in Paragraph 4, shall be stayed until a date seven (7) days after the Court rules on the Motion for Review.

4.     No matter the Court's ruling on the Motion for Review, Defendants will produce the documents referred to in the Motion for Review as the "Attached Documents," excluding those related solely to the Santa Barbara Tax Products Group.

**IT IS SO ORDERED.**

DATED: January 10, 2025        _____

Hon. Dean D. Pregerson
U.S. DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION