# EXHIBIT 1

Case 2:19-cv-10701-FLA-E  Document 147-2  Filed 01/17/25  Page 1 of 3  Page ID #:3683

## Rachel Braby

| | |
|---|---|
| **From:** | Mark Van Der Weide <mark.vanderweide@frb.gov> |
| **Sent:** | Friday, November 15, 2024 2:16 PM |
| **To:** | Megan Rossi; Yvonne Mizusawa; Alye Foster |
| **Cc:** | Jessica Shinnefield; Rachel Braby; Christopher Kinnon |
| **Subject:** | Re: Request for Confidential Supervisory Information |
| **Attachments:** | FRB Letter Requesting CSI 4889-3827-9927 v.pdf |

EXTERNAL SENDER

 NONCONFIDENTIAL // EXTERNAL


Request received.

Mark

---

**From:** Megan Rossi <MRossi@rgrdlaw.com>
**Sent:** Friday, November 15, 2024 5:03 PM
**To:** Mark Van Der Weide <mark.vanderweide@frb.gov>; 'Yvonne.f.mizusawa@frb.gob' <Yvonne.f.mizusawa@frb.gob>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; Christopher Kinnon <CKinnon@rgrdlaw.com>
**Subject:** Request for Confidential Supervisory Information

NONCONFIDENTIAL // EXTERNAL

Dear Mr. Van Der Weide and Ms. Mizusawa,

Please see the attached correspondence regarding Plaintiffs' Request for Confidential Supervisory Information in *In re Green Dot Corp. Sec. Litig.*, No. 2:19-cv-10701-DPP-E (C.D. Cal.).

Thank you,

Megan


**Megan A. Rossi**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as

1

**attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.**