# EXHIBIT 2

## Rachel Braby

| | |
|---|---|
| **From:** | Rachel Braby |
| **Sent:** | Thursday, January 2, 2025 1:51 PM |
| **To:** | 'Mark Van Der Weide'; Yvonne Mizusawa; Alye Foster |
| **Cc:** | Jessica Shinnefield; Christopher Kinnon; Jack Kelley; Megan Rossi |
| **Subject:** | RE: Request for Confidential Supervisory Information |

Dear Mr. Van Der Weide, Ms. Mizusawa, and Ms. Foster,

I write regarding Plaintiffs' below request in *In re Green Dot Corp. Sec. Litig.*, No. 2:19-cv-10701-DPP-E (C.D. Cal.). Plaintiffs request (1) an update on the Board's determination as to production of relevant materials, and (2) clarification regarding the Board's intent to withhold documents as indicated by the Board's December 24, 2024 letter to Defendant Green Dot.

On December 26, 2024, Defendants sent Plaintiffs the Board's December 24, 2024 letter concerning Magistrate Judge Eick's order holding that Defendants must produce all discovery responsive to Plaintiffs' requests pertaining to the Federal Reserve's Green Dot investigation. In this letter, Ms. Foster indicated that Plaintiffs had not yet initiated the process for requesting relevant materials from the Board, despite the Board's confirmation on November 15, 2024, of Plaintiff's request sent that same day. Please confirm that Plaintiffs' November 15, 2024 request is pending, and update us as to the status of the Board's determination.

Thank you,

**Rachel Braby**
Associate



Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

f  in  🐦  ▶️  📷

---

**From:** Mark Van Der Weide <mark.vanderweide@frb.gov>
**Sent:** Friday, November 15, 2024 2:16 PM
**To:** Megan Rossi <MRossi@rgrdlaw.com>; Yvonne Mizusawa <yvonne.f.mizusawa@frb.gov>; Alye Foster <alye.s.foster@frb.gov>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; Christopher Kinnon <CKinnon@rgrdlaw.com>
**Subject:** Re: Request for Confidential Supervisory Information

EXTERNAL SENDER

 NONCONFIDENTIAL // EXTERNAL

Request received.

Mark

---

**From:** Megan Rossi <MRossi@rgrdlaw.com>
**Sent:** Friday, November 15, 2024 5:03 PM
**To:** Mark Van Der Weide <mark.vanderweide@frb.gov>; 'Yvonne.f.mizusawa@frb.gob' <Yvonne.f.mizusawa@frb.gob>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; Christopher Kinnon <CKinnon@rgrdlaw.com>
**Subject:** Request for Confidential Supervisory Information

NONCONFIDENTIAL // EXTERNAL

Dear Mr. Van Der Weide and Ms. Mizusawa,

Please see the attached correspondence regarding Plaintiffs' Request for Confidential Supervisory Information in *In re Green Dot Corp. Sec. Litig.*, No. 2:19-cv-10701-DPP-E (C.D. Cal.).

Thank you,

Megan


**Megan A. Rossi**
Associate

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   


**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**