# EXHIBIT 3

Case 2:19-cv-10701-FLA-E    Document 147-4    Filed 01/17/25    Page 1 of 4   Page ID #:3689

## Katie Woods

| | |
|---|---|
| **From:** | Yvonne Mizusawa <yvonne.f.mizusawa@frb.gov> |
| **Sent:** | Monday, January 6, 2025 1:19 PM |
| **To:** | Rachel Braby; Alye Foster |
| **Cc:** | Jessica Shinnefield; Christopher Kinnon; Jack Kelley; Megan Rossi |
| **Subject:** | RE: Request for Confidential Supervisory Information |

EXTERNAL SENDER

Ms. Braby -- Thank you for your email. As we explained in the letter of December 24, 2024 to Green Dot (attached as Exh. F to Green Dot's recent filing (ECF 141-8)), your November 15, 2024 letter to the Board requests that *the Board* (not Green Dot) "produce all documents received from Green Dot … or any of its former or current employees, and all documents provided to Green Dot" in connection with the July 19, 2024 Cease and Desist Order.  Because the November 15 letter does not request permission for *Green Dot* to produce to plaintiffs the CSI sought in the Motion to Compel, the Board has not treated your November 15 letter as an access request for documents in Green Dot's possession and therefore, plaintiffs have not exhausted their administrative remedies with respect to confidential supervisory information ("CSI") in Green Dot's possession as required under the Board's regulations.  If you would like the Board to treat the November 15 letter as a request for access to documents in Green Dot's possession subject to the Motion to Compel, rather than a request that the Board produce documents, please let us know and we will process the November 15, 2024 request accordingly.

We also note, however, that as stated in Green Dot's December 26, 2024 Memorandum of Points and Authorities in Support of Defendant's Motion to Review the Magistrate's December 11, 2024 Ruling (ECF 141-1) at 5, by the December 24, 2024 letter, the Board authorized Green Dot to produce to plaintiffs most of the business documents sought by plaintiffs that were attached to communications between the Board and Green Dot (excluding documents relating to Green Dot's tax preparation subsidiary, which are not subject to the Magistrate Judge's December 11, 2024 ruling). Although these business documents are CSI under the Board's regulations in the form they were provided to the Board (as explained in the December 24 letter), the Board's Associate General Counsel authorized their production based on her finding that the plaintiffs had shown "a substantial need for access" to those documents "that outweighs the Board's need to maintain confidentiality." *See* December 24, 2024 letter at 2.  Thus, to the extent you seek to modify your prior request to the Board, please also clarify what remaining documents in Green Dot's possession you now seek permission for Green Dot to produce to plaintiffs.

Yvonne F. Mizusawa
Senior Counsel
Legal Division
Board of Governors of the Federal Reserve System
20th and C Streets, N.W.
Washington, D.C.  20551
(work) (202) 469-1007

1

**From:** Rachel Braby <RBraby@rgrdlaw.com>
**Sent:** Thursday, January 02, 2025 4:51 PM
**To:** Mark Van Der Weide <mark.vanderweide@frb.gov>; Yvonne Mizusawa <yvonne.f.mizusawa@frb.gov>; Alye Foster <alye.s.foster@frb.gov>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Christopher Kinnon <CKinnon@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>
**Subject:** RE: Request for Confidential Supervisory Information

Dear Mr. Van Der Weide, Ms. Mizusawa, and Ms. Foster,

I write regarding Plaintiffs' below request in *In re Green Dot Corp. Sec. Litig.*, No. 2:19-cv-10701-DPP-E (C.D. Cal.). Plaintiffs request (1) an update on the Board's determination as to production of relevant materials, and (2) clarification regarding the Board's intent to withhold documents as indicated by the Board's December 24, 2024 letter to Defendant Green Dot.

On December 26, 2024, Defendants sent Plaintiffs the Board's December 24, 2024 letter concerning Magistrate Judge Eick's order holding that Defendants must produce all discovery responsive to Plaintiffs' requests pertaining to the Federal Reserve's Green Dot investigation. In this letter, Ms. Foster indicated that Plaintiffs had not yet initiated the process for requesting relevant materials from the Board, despite the Board's confirmation on November 15, 2024, of Plaintiff's request sent that same day. Please confirm that Plaintiffs' November 15, 2024 request is pending, and update us as to the status of the Board's determination.

Thank you,

**Rachel Braby**
Associate

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**From:** Mark Van Der Weide <mark.vanderweide@frb.gov>
**Sent:** Friday, November 15, 2024 2:16 PM
**To:** Megan Rossi <MRossi@rgrdlaw.com>; Yvonne Mizusawa <yvonne.f.mizusawa@frb.gov>; Alye Foster <alye.s.foster@frb.gov>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; Christopher Kinnon <CKinnon@rgrdlaw.com>
**Subject:** Re: Request for Confidential Supervisory Information

EXTERNAL SENDER

2

Request received.

Mark

---

**From:** Megan Rossi <MRossi@rgrdlaw.com>
**Sent:** Friday, November 15, 2024 5:03 PM
**To:** Mark Van Der Weide <mark.vanderweide@frb.gov>; 'Yvonne.f.mizusawa@frb.gob' <Yvonne.f.mizusawa@frb.gob>
**Cc:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; Christopher Kinnon <CKinnon@rgrdlaw.com>
**Subject:** Request for Confidential Supervisory Information

Dear Mr. Van Der Weide and Ms. Mizusawa,

Please see the attached correspondence regarding Plaintiffs' Request for Confidential Supervisory Information in *In re Green Dot Corp. Sec. Litig.*, No. 2:19-cv-10701-DPP-E (C.D. Cal.).

Thank you,

Megan

**Megan A. Rossi**
Associate



655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

☐ ☐ ☐ ☐ ☐

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**