JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
AYAD MATHEWS (SBN 339785)
amathews@glaserweil.com
GLASER WEIL FINK HOWARD
      JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-DDP-Ex <br><br> <u>CLASS ACTION</u> <br><br> **ORDER GRANTING STIPULATION REGARDING CASE SCHEDULE (ECF NO. 145)** <br><br> Judge:  Honorable Dean D. Pregerson |

On January 17, 2025, Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (collectively, "Plaintiffs") and Defendants Green Dot Corporation, Steven W. Streit, and Mark Shifke's (collectively,

///

"Defendants," and together with Plaintiffs, the "Parties") filed a Joint Stipulation Regarding Case Schedule (ECF No. 145).

The Court having reviewed and considered the Parties' Joint Stipulation, the Court finds good cause to grant the stipulation, and the case schedule is modified as follows:

| ACTION | DATE |
|---|---|
| Substantial completion of document production and Privilege Log by all Parties | April 11, 2025 |
| Deadline for Class Certification Motion and Opening Class Expert Report(s)[1] | June 6, 2025 |
| Deadline for Opposition to Class Certification Motion and Opposing Expert Report(s)[2] | August 15, 2025 |
| Deadline for Class Certification Reply and Rebuttal Expert Report(s)[3] | October 10, 2025 |
| Last Day to Join Other Parties and to Amend the Pleadings[4] | November 3, 2025 |
| Fact Discovery Cut-Off | January 30, 2026 |

[1]  Plaintiffs shall serve an expert report in support of its class certification motion concurrently with the filing of such motion, except for any expert report responding to Defendants' opposition. Defendants may seek discovery and a deposition from any expert offered in support of Plaintiffs' opening papers on a mutually agreeable date.

[2]  Defendants shall serve any expert report offered in opposition to class certification concurrently with the filing of their opposition to class certification. Plaintiffs may seek discovery and a deposition from any such expert on a mutually agreeable date.

[3]  Plaintiffs reserve the right to serve the report of any expert offered in response to Defendants' opposition concurrently with the filing of their reply. If such a report is offered, Defendants may reserve their right to take a deposition of such expert and to seek leave to file a sur-reply in opposition to Plaintiffs' motion. Plaintiffs reserve their right to seek leave to file a response to any sur-reply filed by Defendants. The Parties agree to meet and confer regarding the corresponding deadlines.

[4]  After this deadline, a Party may still seek amendment, but must demonstrate good cause. See Fed. R. Civ. P. 16(b)(4).

[PROPOSED] ORDER GRANTING STIPULATION REGARDING CASE SCHEDULE (ECF NO. 145)

| ACTION | DATE |
|---|---|
| Deadline for Opening Merits Expert Reports | February 27, 2026 |
| Deadline for Rebuttal Merits Expert Report | March 27, 2026 |
| Completion of Merits Expert Discovery | May 29, 2026 |
| Daubert and Summary Judgment Motions:<br>    Opening Briefs<br>    Opposition Briefs<br>    Reply Briefs | <br>June 26, 2026<br>August 7, 2026<br>September 4, 2026 |
| Final Pretrial Conference | January 11, 2027, at 11:00 am |
| 15 Day Jury Trial | February 9, 2027, at 9:00 am |

**IT IS SO ORDERED.**

Dated: January 21, 2025

_____
HON. DEAN D. PREGERSON
U.S. DISTRICT JUDGE

3

[PROPOSED] ORDER GRANTING STIPULATION REGARDING CASE SCHEDULE (ECF NO. 145)