JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
AYAD MATHEWS (SBN 339785)
amathews@glaserweil.com
GLASER WEIL FINK HOWARD
     JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-DDP-E<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF M. TODD SCOTT IN SUPPORT OF DEFENDANTS' MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DECEMBER 11, 2024 DISCOVERY RULING**<br><br>Judge: Honorable Dean D. Pregerson<br>Courtroom: 9C<br>Hearing Date: February 10, 2025<br>Hearing Time: 10:00 a.m. |

SUPPLEMENTAL DECLARATION OF M. TODD SCOTT

I, M. Todd Scott, declare as follows:

1.      I am an attorney licensed to practice in the State of California. I am a Senior Associate at Orrick, Herrington & Sutcliffe LLP, co-counsel of record for Defendants Green Dot Corporation ("Green Dot"), Steven W. Streit, and Mark Shifke ("Defendants") in the above-captioned litigation. I submit this declaration in support of Defendants' Motion for Review of Magistrate Judge's December 11, 2024 Discovery Ruling.

2.      I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to each fact.

3.      Plaintiffs' motion to compel giving rise to this dispute was submitted to the Court via a Joint Stipulation filed on November 20, 2024 (ECF No. 134). Magistrate Judge Eick ruled on the motion to compel on December 11, 2024 (ECF No. 140).

4.      On November 21, 2024, Defendants served a privilege log on Plaintiffs. That privilege log related to documents Defendants had produced (with redactions) or withheld from discovery in response to discovery requests other than those at issue on the above-referenced motion to compel and in Magistrate Judge Eick's December 11, 2024 ruling.

5.      On December 19, 2024, Plaintiffs' counsel sent Defendants' counsel an email challenging certain of the privilege claims made in Defendants' November 21 privilege log.  A true and correct copy of that email is attached hereto as Exhibit G.

6.      Attached hereto as Exhibit H is a true and correct copy of Federal Reserve Bank of New York Circular No. 11002 ("Circular No. 11002"), dated December 5, 1997 and entitled Improper Disclosure of Confidential Supervisory Information by Financial Institutions, available at https://www.newyorkfed.org/banking/circulars/11002.html.  This same document was Exhibit 1 to the Declaration of M. Todd Scott in Support of Defendants' Opposition to Plaintiffs' Motion to Compel Information Related to the Federal Reserve Order to Cease and Desist.  *See*

- 1 -

ECF Nos. 134-12 and 134-13.

7.    Following Defendants' receipt of the Federal Reserve's December 24, 2024 letter (attached to my prior declaration in support of this motion as Exhibit F), Defendants agreed to produce the 40 documents referred to as the "Attached Documents" (except for five such documents that related solely to Green Dot's tax subsidiary, which Magistrate Judge Eick ruled were not discoverable).  Defendants produced those documents to Plaintiffs on January 17, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 27, 2024, at San Francisco, California.

_/s/ M. Todd Scott_
M. TODD SCOTT

- 2 -

SUPPLEMENTAL DECLARATION OF M. TODD SCOTT