UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:19cv10701 DDP (Ex)                                      Date: March 5, 2025

Title    *IN RE: GREEN DOT CORPORATION SECURITIES LITIGATION*

Present: The Honorable:    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS) – DEFENDANTS' NOTICE OF MOTION
AND MOTION FOR REVIEW OF MAGISTRATE JUDGE'S
DECEMBER 11, 2024 DISCOVERY RULING [140] [141]
(Filed December 26, 2024)

Defendants' Motion for Review of Magistrate Judge's Ruling (Dkt. 141) is
DENIED as moot in light of (1) the Federal Reserve's position regarding the forty
business records/Attached Documents, (2) Defendants' subsequent production of
those documents, and (3) Plaintiffs' representation that they are no longer
demanding production of the twenty-one direct communications. Going forward,
however, Defendants shall not be precluded from raising arguments not addressed
by the Magistrate Judge, including, but not limited to, whether Plaintiffs have
exhausted their administrative remedies and whether the Federal Reserve has
invoked, or absent formal intervention, can invoke, the bank examination privilege.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |