JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
AYAD MATHEWS (SBN 339785)
amathews@glaserweil.com
GLASER WEIL FINK HOWARD
      JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-DDP-E |
| | CLASS ACTION |
| | **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| | Judge: Honorable Dean D. Pregerson |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to this Court's Standing Order on Procedures, the Court's discretionary authority, and Rules 1 and 56 of the Federal Rules of Civil Procedure, on June 2, 2025, or as soon thereafter as the matter may be heard in Courtroom 750 of the above-entitled Court, Defendants Green Dot Corporation ("Green Dot"), Steven W. Streit, and Mark Shifke (collectively, "Defendants") will and hereby move this Court for an order granting Defendants leave to file a motion for partial summary judgment ("Proposed Motion").

Plaintiffs'[1] theory of liability is that Green Dot's SEC filings and earnings calls misled investors because they did not disclose that Green Dot's card portfolio was undergoing a product mix trend that reversed card-revenue-and-fee-growth. Amended Complaint, ¶ 3. However, this accusation has now been disproven by the discovery taken to date and documents of which the Court may take judicial notice, which collectively establish that Defendants in fact did disclose those changes, that the disclosures were reported by stock market analysts, and that there are no other facts bearing upon whether (or not) Defendants disclosed certain of the information that Plaintiffs allege was omitted.

Because it is not subject to genuine dispute whether Defendants made certain disclosures that Plaintiffs allege they failed to make, Defendants repeatedly sought to work with Plaintiffs to streamline this litigation and reduce the discovery burdens of both parties by attempting to engage Plaintiffs in a meaningful exchange of information based on the actual disclosures to the market. Plaintiffs refused, thereby necessitating this motion. This motion is made following the conference of counsel pursuant to Central District Local Civil Rule 7-3, which took place on March 4 and 17, 2025.

---

[1] "Plaintiffs" refers collectively to (i) lead plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and (ii) Teamsters Local Union No. 727 Pension Fund.

- 1 -

The Court should grant leave to file the Proposed Motion because (1) the limited issues presented are ripe and could substantially enhance judicial economy if resolved now; (2) the Proposed Motion is the more efficient way to resolve as early as possible whether Plaintiffs' Rule 36 admissions and the judicially noticeable documents effectively negate several core factual allegations in the operative complaint; and (3) an early ruling will narrow expensive discovery and streamline the remainder of this sprawling litigation, facilitating an early resolution of this action.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of M. Todd Scott, the Proposed Order, the Proposed Motion (together with its related filings, including a Memorandum of Points and Authorities, a Statement of Uncontroverted Facts, a Request for Judicial Notice, the Declaration of Alexander K. Talarides and its exhibits, and a Proposed Order), the pleadings and papers filed in this action, and such further argument and matters as may be offered at the time of the hearing on this Motion.

Dated:  April 25, 2025

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
JAMES N. KRAMER
ALEXANDER K. TALARIDES
M. TODD SCOTT


 /s/ M. Todd Scott
M. TODD SCOTT
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  415-773-5700
Facsimile:  415-773-5957

-      and  -

**GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP**
RICHARD E. GOTTLIEB
EMIL PETROSSIAN
AYAD MATHEWS

- 2 -

NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT

10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants*

- 3 -