# EXHIBIT 3

JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:    (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
AYAD MATHEWS (SBN 339785)
amathews@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Green Dot Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-DDP-E<br><br>CLASS ACTION<br><br>**DEFENDANT GREEN DOT CORPORATION'S REQUESTS FOR ADMISSION TO PLAINTIFFS, SET ONE**<br><br>Judge:  Honorable Dean D. Pregerson |

Pursuant to Federal Rules of Civil Procedure 26 and 36, Defendant Green Dot Corporation ("Green Dot"), hereby requests Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and Plaintiff Teamsters Local Union No. 727 Pension Fund (collectively, the "Plaintiffs") make the following admissions separately and in writing, under oath, within 30 days of service hereof, the truth of each of the following matters of fact in accordance with the Definitions set forth below.

## DEFINITIONS

Unless stated otherwise, the terms set forth below are defined as follows:

1.      "Plaintiffs" refers collectively to New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and Plaintiff Teamsters Local Union No. 727 Pension Fund.

2.      "Green Dot" Green Dot Corporation and any of its predecessors, successors, parents, subsidiaries, divisions, operational units, facilities or affiliates, and their respective present and former officers, directors, agents, attorneys, accountants, employees, partners or other persons acting or purporting to act on behalf of the foregoing.

3.      "Defendants" refers collectively to Green Dot Corporation, Steven W. Streit and Mark Shifke and their agents, attorneys, accountants, employees, partners or other persons occupying similar positions or performing similar functions, and all other persons acting or purporting to act on behalf of the foregoing.

4.      "Individual Defendants" means Steven W. Streit and Mark Shifke and their agents, attorneys, accountants, employees, partners or other persons occupying similar positions or performing similar functions, and all other persons acting or purporting to act on behalf of the foregoing.

5.      "Class Period" means May 9, 2018 through November 7, 2019, inclusive.

- 1 -

6.    "Market" refers to the secondary securities market where existing securities are bought and sold.

7.    "Person" or "persons" means natural persons, proprietorships, governmental agencies, corporations, partnerships, trusts, joint ventures, groups, associations, organizations and all other entities or agencies.

8.    "You" and "your" means the person or entity responding to these requests, and any of their predecessors, successors, parents, subsidiaries, divisions, operational units, facilities or affiliates, and their respective present and former officers, directors, agents, attorneys, accountants, employees, partners or other persons acting or purporting to act on behalf of the foregoing.

9.    "And" and "or" are to be construed both conjunctively and disjunctively as necessary to bring within the scope of these requests all responses that might otherwise be construed to be outside of its scope.

10.    "Any" is understood to include and encompass "all." The word "all" also includes "each" and vice versa.

11.    The singular shall include the plural, and the disjunctive shall include the conjunctive, and vice versa as necessary to bring within the scope of the request all responses that must otherwise be construed outside of its scope.

12.    The use of any tense of any verb shall also include within its meaning all other tenses of that verb.

**INSTRUCTIONS**

1.    In accordance with Federal Rule of Civil Procedure 36(a)(4), for each request for admission, if your answer is anything other than an unqualified admission, the answer must specifically deny it or state in detail reasons why you cannot truthfully admit or deny it. A denial must fairly respond to the substance of the matter; and when good faith requires that you qualify an answer or deny only a part of a matter, the answer must specify the part admitted and qualify or deny the rest. You may assert lack of knowledge or information as a reason for failing to admit or deny

- 2 -

only if you state that you have made reasonable inquiry and that the information you know or can readily obtain is insufficient to enable you to admit or deny.

2.  These requests for admission shall be deemed continuing, so as to require further and supplemental responses if you locate or obtain additional information which may impact the responses hereto between the time of the initial responses and the time of any hearing or trial in the above-captioned matter.

<u>**REQUESTS FOR ADMISSION**</u>

<u>REQUEST FOR ADMISSION NO. 1.</u>

Admit that in its August 9, 2017 report, market analyst *William Blair* reported that "in the March 2017 quarter, [Green Dot] management disclosed about 50% of the 5 million of active cards are on the 'new' products." Attached hereto as Ex. 1.

<u>REQUEST FOR ADMISSION NO. 2.</u>

Admit that on page 13 of Green Dot's Form 10-K for the period ended December 31, 2017 (issued February 27, 2018), it disclosed that the "margins for new products and services may not be as high as the margins we have experienced in the past."

<u>REQUEST FOR ADMISSION NO. 3.</u>

Admit that on page 33 of Green Dot's Form 10-K for the period ended December 31, 2017, Green Dot disclosed that in its "Account Services segment, organic revenue growth was driven in part by the continued trend of an improving mix in our active card portfolio toward higher revenue generating customers as compared to the prior year" and "a higher proportion of cards that are loaded by direct deposit."

<u>REQUEST FOR ADMISSION NO. 4.</u>

Admit that in its February 12, 2018 report, market analyst *William Blair* reported that "Green Dot's improving customer mix (including more direct deposit customers)" and noted that "Management does not disclose the number of direct deposit customers." Attached hereto as Ex. 2.

- 3 -

REQUEST FOR ADMISSION NO. 5.

Admit that during Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit disclosed that the "total active accounts increased for the second consecutive quarter, growing by 4.5% year-over-year … with active accounts receiving direct deposit, growing by 21% in the quarter," and that Green Dot was experiencing a "continuing long-term portfolio mix shift towards higher lifetime value accounts."

REQUEST FOR ADMISSION NO. 6.

Admit that during Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit disclosed that for 2018, "we intend to focus on attracting … consumer segments who are more likely to enroll in direct deposit" and "more and more people are using direct deposits."

REQUEST FOR ADMISSION NO. 7.

Admit that during Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit stated that "if you think about our established business lines or legacy business lines being prepaid cards and reloads … those two lines of business continue to be a good part of our revenue and certainly more than half of our revenue. But the new lines of business are sizable and getting more sizable. So the answer is our bread and butter from the old days is still our bread and butter today. Just like coffee is still important to Starbucks. But the new ads we put in are becoming more and more material."

REQUEST FOR ADMISSION NO. 8.

Admit that during Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Shifke stated that Green Dot was "evolv[ing] from … selling prepaid cards" into a "technology-forward branchless bank."

REQUEST FOR ADMISSION NO. 9.

Admit that during Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Shifke stated that "if you go back to where we started, it was prepaid card sold

- 4 -

at retail, and today, we've got a platform where we're providing broader set of financial services and reaching consumers of enterprises that we partner."

REQUEST FOR ADMISSION NO. 10.

Admit that during Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Shifke disclosed that "Green Dot's business model continues to successfully evolve from what used to be largely a monoline, single channel model of selling prepaid cards … into a new kind of bank … that offers many [digital] products and services directly to consumers and through enterprise-level partnerships via our Banking as a Service ["BaaS"] platform."

REQUEST FOR ADMISSION NO. 11.

Admit that during Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit stated that "we think our BaaS programs will begin to become a big driver."

REQUEST FOR ADMISSION NO. 12.

Admit that, collectively, the disclosures referenced in Requests for Admission ("RFAs") Nos. 3 through 11, above, disclosed that Green Dot's "product mix trend," as that term is used in the Amended Complaint, was moving toward direct deposit and BaaS accounts.

REQUEST FOR ADMISSION NO. 13.

Admit that, when combined with the disclosure (RFA No. 2) that the "margins for new products and services may not be as high as the margins we have experienced in the past," and the disclosures in RFAs 3-11, Green Dot disclosed by the February 21, 2018 earnings call that the margins for these new products and services (*i.e.*, direct deposit and BaaS accounts) may not be as high as Green Dot had experienced in the past.

REQUEST FOR ADMISSION NO. 14.

Admit that during Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit stated that "the margins on some of [Green Dot's] new BaaS programs are materially lower than those of our established and at scale legacy product lines."

- 5 -

REQUEST FOR ADMISSION NO. 15.

Admit that in its February 21, 2018 report, market analyst *Deutsche Bank* reported that Green Dot's "[p]urchase volume per active cards grew 10.5% Y/Y as the company continues to make progress on the direct deposit." Attached hereto as Ex. 3.

REQUEST FOR ADMISSION NO. 16.

Admit that in its February 21, 2018 report, market analyst *Deutsche Bank* reported that "GDOT is repositioning itself as a FinTech company with the BAAS (Banking As A Service) initiatives." Attached hereto as Ex. 3.

REQUEST FOR ADMISSION NO. 17.

Admit that, by February 22, 2018, the market was aware: (1) that Green Dot's product mix trend was moving toward direct deposit and BaaS accounts; and (2) the margins on Green Dot's new BaaS programs were materially lower than those of its established and at scale legacy product lines.

REQUEST FOR ADMISSION NO. 18.

Admit that in its February 22, 2018 report, market analyst *Lake Street Capital Markets* reported that "Green Dot reported another strong quarter" and the "[k]ey drivers were organic active card growth and more frequent card use due to a higher mix of direct deposit." Attached hereto as Ex. 4.

REQUEST FOR ADMISSION NO. 19.

Admit that in its February 22, 2018 report, market analyst *Lake Street Capital Markets* reported that Green Dot's "modeling for a slight acceleration of active card growth in 2018 to 7% driven by continued growth of direct deposit accounts which tend to be stickier (up 21% Y/Y)." Attached hereto as Ex. 4.

REQUEST FOR ADMISSION NO. 20.

Admit that in its February 22, 2018 report, market analyst *Craig Hallum* reported that Green Dot's "[o]rganic card growth of ~4.5% was in-line with our estimates with the higher revenue per card (0.8% Y/Y vs. our -1.4% Y/Y) being the

- 6 -

primary driver of the revenue beat. This was driven by the strength in direct deposit growth, which was up 80% Y/Y." Attached hereto as Ex. 5.

REQUEST FOR ADMISSION NO. 21.

Admit that in its February 22, 2018 report, market analyst *Craig Hallum* reported that Green Dot is "in the midst of an inflection point with Green Dot's successful transition to a BaaS platform." Attached hereto as Ex. 5.

REQUEST FOR ADMISSION NO. 22.

Admit that in its February 22, 2018 report, market analyst *William Blair* reported that "Green Dot's improving customer mix should support solid revenue growth and margin expansion in 2018." Attached hereto as Ex. 6.

REQUEST FOR ADMISSION NO. 23.

Admit that in its February 22, 2018 report, market analyst *William Blair* reported that Green Dot's "number of direct deposit customers rose 87% in the December quarter," and "Management does not disclose the number of direct deposit customers." Attached hereto as Ex. 6.

REQUEST FOR ADMISSION NO. 24.

Admit that in its February 26, 2018 report, market analyst *Guggenheim Securities LLC* reported that "[i]mportantly for GDOT, active accounts receiving direct deposit grew by 21% YoY in 4Q - the shift to direct deposit active accounts is driving significant expansion in GDV, which increased by 87%." Attached hereto as Ex. 7.

REQUEST FOR ADMISSION NO. 25.

Admit that in its April 13, 2018 report, market analyst *William Blair* reported that "Green Dot's integrated banking technology platform is expanding its target market beyond the legacy prepaid business." Attached hereto as Ex. 8.

REQUEST FOR ADMISSION NO. 26.

Admit that on page 28 of Green Dot's Form 10-Q for Q1 2018 (issued May 10, 2018), Green Dot disclosed that for Q1 2018 "[o]ur new product lines currently

- 7 -

have margins below our established product lines."

REQUEST FOR ADMISSION NO. 27.

Admit that, after May 10, 2018 (*i.e.,* the date of issuance of Green Dot's Form 10-Q for Q1 2018), the market was aware that Green Dot's new product lines were generating margins below its legacy prepaid accounts.

REQUEST FOR ADMISSION NO. 28.

Admit that, after May 10, 2018 (*i.e.,* the date of issuance of Green Dot's Form 10-Q for Q1 2018), the market was aware that Green Dot's new products were not generating the high-margin card fees of its legacy prepaid accounts.

REQUEST FOR ADMISSION NO. 29.

Admit that on page 29 of Green Dot's Form 10-Q for Q1 2018, Green Dot disclosed that "active accounts" includes "any bank account" within Green Dot including "prepaid card accounts, demand deposit or 'checking' accounts, and credit card accounts."

REQUEST FOR ADMISSION NO.30.

Admit that on page 29 of Green Dot's Form 10-Q for Q1 2018, Green Dot disclosed that for Q1 2018 growth, the "increase in the number of active accounts of 19% was primarily driven by the launch of new products during the first quarter of 2018 and growth from our existing account programs."

REQUEST FOR ADMISSION NO. 31.

Admit that, after May 10, 2018, the market was aware that the launch of new product lines was what had "primarily driven" the 19% increase in Green Dot's active accounts.

REQUEST FOR ADMISSION NO. 32.

Admit that during Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit stated that Green Dot had "increase[d] the number of accounts receiving direct deposit by 930,000 on a year-over-year basis."

REQUEST FOR ADMISSION NO. 33.:

Admit that during Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit stated there was "ongoing momentum in [Green Dot's] efforts to attract and retain direct deposit accounts."

REQUEST FOR ADMISSION NO. 34. :

Admit that during Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit stated that Green Dot was "continuing [its] long-term portfolio mix shift towards higher lifetime value accounts."

REQUEST FOR ADMISSION NO. 35.:

Admit that during Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Shifke stated that "the mix of customers receiving direct deposit of funds grew substantially … such that now approximately one half of all our active accounts received direct deposit in the quarter."

REQUEST FOR ADMISSION NO. 36. :

Admit that during Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit stated that "[m]uch of th[e] growth" in active accounts "came from our new Banking-as-a-Service or BaaS program," and "one-third of that growth came from our own established branded programs."

REQUEST FOR ADMISSION NO. 37.:

Admit that during Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit stated that "one third is from the new programs, the BaaS programs [and] one-third of that growth is from our established programs, the legacy business, if you will."

REQUEST FOR ADMISSION NO. 38.:

Admit that during Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit stated that "[a]s we shared in our last call, we expected that the newer branded product lines and the large-scale Banking-as-a-Service program launches that were expected to contribute material revenue growth in the quarter would have a much

- 9 -

lower contribution margin than our established product lines and that is exactly what happened, causing consolidated margins to compress somewhat year-over-year . . . ."

REQUEST FOR ADMISSION NO. 39.:

Admit that, during Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit disclosed that, "to the extent that the more legacy products have monthly maintenance fees and so forth, they have higher revenue. So in order for the … BaaS cards to equal in revenue they'd have to be mostly direct deposit, which so far, they've been. So it could be, Mike, but they're very different fee schedules and different kinds of products. I don't know that we have an expectation that margins, because of that revenue, will ever be as rich as our legacy products, but they're all additive and they all do a good job."

REQUEST FOR ADMISSION NO. 40.:

Admit that during Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit stated that the high "year-over-year margin compression in Q1 is actually the net result of us having achieved materially expanded margins on our established product lines being offset by the materially lower margins generated on our large-scale new product lines."

REQUEST FOR ADMISSION NO. 41.

Admit that in its May 9, 2018 report, market analyst *Cohen & Co.* reported that Green Dot's "[re]venue growth was contributed 1/3 by Banking as a Service programs, 1/3 by growth in legacy programs and 1/3 by the 2 months of the UniRush acquisition. As expected, adj. EBITDA margin of 33.1% was down ~240 bps y-o-y reflecting outperformance from newer, lower margin revenue streams." Attached hereto as Ex. 9.

REQUEST FOR ADMISSION NO. 42.

Admit that in its May 9, 2018 report, market analyst *Cohen & Co.* reported that Green Dot's "[a]ctive cards continued their positive momentum, with 1M new cards added in the quarter or ~21% y-o-y growth, with half of the growth coming

- 10 -

from new programs." Attached hereto as Ex. 9.

REQUEST FOR ADMISSION NO. 43.

Admit that in its May 9, 2018 report, market analyst *Deutsche Bank* noted Green Dot's "lower contribution margin for new programs." Attached hereto as Ex. 10.

REQUEST FOR ADMISSION NO. 44.

Admit that in its May 9, 2018 report, market analyst *Deutsche Bank* reported that Green Dot's "[a]ctive cards increased 18% Y/Y to 5.96m, roughly inline with our estimate of 5.97, and was driven ~50% due to growth in the core and remaining 50% from new programs." Attached hereto as Ex. 10.

REQUEST FOR ADMISSION NO. 45.

Admit that in its May 9, 2018 report, market analyst *Deutsche Bank* reported that "GDOT added 930K new direct deposit customer to their portfolio compared to prior year. Roughly ½ of the active cards received direct deposit in the quarter and 80% of the GDV came from direct deposit consumers." Attached hereto as Ex. 10.

REQUEST FOR ADMISSION NO. 46.

Admit that in its May 9, 2018 report, market analyst *Guggenheim Securities LLC* reported that Green Dot's "[t]otal active accounts grew significantly in the first quarter, to 6M from 5M the year prior, due to significant consumer uptake of GDOT's direct deposit accounts." Attached hereto as Ex. 11.

REQUEST FOR ADMISSION NO. 47.

Admit that in its May 9, 2018 report, market analyst *BTIG* reported that Green Dot's "growth in gross dollar volume (GDV) per active account increased during 1Q18 by more than 32% versus the prior year period, a jump that management attributed in large part to an increase in direct-deposit accounts." Attached hereto as Ex. 12.

REQUEST FOR ADMISSION NO. 48.

Admit that in its May 9, 2018 report, market analyst *BTIG* reported that Green

- 11 -

Dot's "Management during today's conference call disclosed that GDOT's direct-deposit accounts had increased by an impressive 930K in 1Q18 versus the prior year period as its total number of active accounts grew to 6.01mm from 5.05mm in 1Q17." Attached hereto as Ex. 12.

REQUEST FOR ADMISSION NO. 49.

Admit that in its May 9, 2018 report, market analyst *BTIG* reported that "[a]s impressive as GDOT's 1Q18 beat was, what made it even more noteworthy was how broad-based the company's growth in GDV was during the quarter. Management said about a third of that growth was derived from new programs, about a third arose from legacy programs such as MoneyPak, and a third was driven by the company's acquisition of UniRush last year." Attached hereto as Ex. 12.

REQUEST FOR ADMISSION NO. 50.

Admit that in its May 9, 2018 report, market analyst *William Blair* reported that "Green Dot added over 930,000 direct deposit accounts, which now represent about 50% of total accounts, and 80% of GDV was driven by direct deposit customers." Attached hereto as Ex. 13.

REQUEST FOR ADMISSION NO. 51.

Admit that in its May 9, 2018 report, market analyst *William Blair* reported that Green Dot's "[a]ctive cards rose 18% year-over-year, to 5.96 million (up from 5.05 million in the year-ago-quarter), driven evenly by traditional cards and new initiatives." Attached hereto as Ex. 13.

REQUEST FOR ADMISSION NO. 52.

Admit that, by May 10, 2018, the market was aware that Green Dot was obtaining "materially lower margins" on its new product lines.

REQUEST FOR ADMISSION NO. 53.

Admit that, by May 10, 2018, the market was aware that: (1) Green Dot legacy products generated higher revenue because of, among other things, monthly maintenance fees, and (2) in order for BaaS accounts to equal that revenue, they

- 12 -

would also have to be mostly in the form of direct deposit accounts.

REQUEST FOR ADMISSION NO. 54.:

Admit that in its May 10, 2018 report, market analyst *Morgan Stanley* reported that for Q1 2018 Green Dot "delivered revenue upside of ~$17mn during the quarter vs. MSe/Cons $299/$297mn, driven by better active card growth (+19% YoY) in both legacy and new programs as well as better usage/revenue metrics across its broader product portfolio."

REQUEST FOR ADMISSION NO. 55.

Admit that in its May 10, 2018 report, market analyst *Morgan Stanley* reported that "GDOT's adjusted EBITDA margins compressed 240 bps YoY during the quarter due to mix shift towards newer branded product lines and BaaS program launches."

REQUEST FOR ADMISSION NO. 56.

Admit that in its May 10, 2018 report, market analyst *Morgan Stanley* reported that Green Dot's "Direct Deposit card base continues to grow rapidly: We believe that a growing Direct Deposit user base is one of the key drivers for GDOT's improved revenue profile given benefits of higher engagement and lifetime revenues. GDOT noted that 50% of its active card portfolio is now on Direct Deposits, which denotes a very healthy mix with positive revenue implications."

REQUEST FOR ADMISSION NO. 57.

Admit that in its May 10, 2018 report, market analyst *Craig Hallum* reported that Green Dot's "large revenue beat was driven by the new Intuit relationship, increasing mix of direct deposit accounts (now ~50% of the portfolio), the new enterprise programs on the BaaS platform and from increasing use of mobile usage (1.5m mobile app downloads up 71% Y/Y)." Attached hereto as Ex. 14.

REQUEST FOR ADMISSION NO. 58.

Admit that in its May 10, 2018 report, market analyst *Craig Hallum* reported that Green Dot's "EBITDA only beat slightly given much of the revenue was off new

- 13 -

lower margin BaaS programs that have yet to scale." Attached hereto as Ex. 14.

REQUEST FOR ADMISSION NO. 59.

Admit that in its May 10, 2018 report, market analyst *JPMorgan & Co.* reported that Green Dot's "[r]evenues increased 25% (or 16% organic, up four points sequentially), driven by 1M new accounts versus the prior year period (1/3rd of the growth from established branded programs)." Attached hereto as Ex. 15.

REQUEST FOR ADMISSION NO. 60.

Admit that in its May 10, 2018 report, market analyst *JPMorgan & Co.* reported that Green Dot's "80% of GDV was loaded via direct deposit, the number of direct deposit accounts increased >900k from the prior year period, and now account for roughly half of GDOT's ~6M active accounts, driving increased engagement and unit economics." Attached hereto as Ex. 15.

REQUEST FOR ADMISSION NO. 61.

Admit that in its May 15, 2018 report, market analyst *JPMorgan & Co.* reported that "Streit believes GDOT's products and services appeal to a broad swath of consumers, evidenced by the fact that direct deposit accounts for roughly 80% of card load and account holders are increasingly using bill pay, check writing and digital features." Attached hereto as Ex. 16.

REQUEST FOR ADMISSION NO. 62.

Admit that in its June 14, 2018 report, market analyst *William Blair* reported "the evolution of Green Dot's business from a prepaid company to a bank/fintech company." Attached hereto as Ex. 17.

REQUEST FOR ADMISSION NO. 63.

Admit that in its June 14, 2018 report, market analyst *William Blair* reported that "Green Dot's new client additions under its banking-as-a-service (BaaS) model, its improving customer mix, and expanded market opportunity could support healthy long-term growth and margin expansion." Attached hereto as Ex. 17.

- 14 -

REQUEST FOR ADMISSION NO. 64.

Admit that in its June 14, 2018 report, market analyst *William Blair* reported that "Green Dot's focus on growing direct deposit customers a few years ago represented a material change for the company and has substantially improved the quality of the customer base; 930,000 new direct deposit customers were added over last 12 months and now represent about 50% of total accounts." Attached hereto as Ex. 17.

REQUEST FOR ADMISSION NO. 65.

Admit that in its July 10, 2018 report, market analyst *Jefferies* reported that "[Green Dot] is amid a fundamental shift in terms of its business model (e.g., focus on BaaS)." Attached hereto as Ex. 18.

REQUEST FOR ADMISSION NO. 66.

Admit that in its July 10, 2018 report, market analyst *Jefferies* noted Green Dot "Management's statement on the 1Q18 earnings call that one third of the quarter's 25% constant currency growth came from the BaaS platform." Attached hereto as Ex. 18.

REQUEST FOR ADMISSION NO. 67.

Admit that in its July 10, 2018 report, market analyst *Jefferies* reported that Green Dot is "modeling operating margins of 15.7% in 2018, an increase of 7bp y/y, as we expect near-term business investment in BaaS to weigh on operating expenses in the near term." Attached hereto as Ex. 18.

REQUEST FOR ADMISSION NO. 68.

Admit that in its July 17, 2018 report, market analyst *Craig Hallum* reported that "Green Dot is Pioneering a New Distribution Model: By opening up their banking infrastructure via their 'BaaS' platform which essentially acts as a back bone for 'FinTechs' & Employers (FDIC insured deposits, etc.)." Attached hereto as Ex. 19.

- 15 -

REQUEST FOR ADMISSION NO. 69.

Admit that in its July 25, 2018 report, market analyst *William Blair* reported that "Green Dot has evolved the business from a prepaid company to a bank/fintech company. We believe Green Dot's banking-as-a-service (BaaS) model, improving customer mix, and expanded market opportunity and strong recurring revenues driven by over 6 million cardholders should support healthy long-term growth." Attached hereto as Ex. 20.

REQUEST FOR ADMISSION NO. 70.

Admit that in its July 25, 2018 report, market analyst *William Blair* reported that "Green Dot's focus on direct deposit customers represents a key strategy shift for the company; we believe about 50% of total customers use direct deposits, up substantially over the past few years." Attached hereto as Ex. 20.

REQUEST FOR ADMISSION NO. 71.

Admit that in its July 25, 2018 report, market analyst *William Blair* reported that Green Dot's BaaS "initiative appears to be pressuring near-term margins as the businesses ramp up." Attached hereto as Ex. 20.

REQUEST FOR ADMISSION NO. 72.:

Admit that on pages 29-30 of Green Dot's Form 10-Q for Q2 2018 (issued August 9, 2018), Green Dot disclosed that for Q2 2018, its Total Revenue grew 16.1% year-over-year.

REQUEST FOR ADMISSION NO. 73.

Admit that on pages 29-30 of Green Dot's Form 10-Q for Q2 2018, Green Dot disclosed that for Q2 2018, Green Dot's Active Accounts grew 14% year-over-year.

REQUEST FOR ADMISSION NO. 74.

Admit that on page 30 of Green Dot's Form 10-Q for Q2 2018, Green Dot disclosed that for Q2 2018, "[t]he increase in the number of active accounts of 14% was primarily driven by the launch of new products during the first quarter of 2018 and growth from our existing account programs."

- 16 -

REQUEST FOR ADMISSION NO. 75.

Admit that during Green Dot's August 8, 2018 Earnings Call for Q2 2018, Mr. Shifke stated that Green Dot was working to have its "portfolio mix move more towards direct deposit customers as a percentage of total and away from one-and-dones."

REQUEST FOR ADMISSION NO. 76.

Admit that during Green Dot's August 8, 2018 Earnings Call for Q2 2018, Mr. Streit disclosed that Green Dot gained "an additional 700,000 more active accounts, in which approximately 500,000 were new direct deposit accounts."

REQUEST FOR ADMISSION NO. 77.

Admit that during Green Dot's August 8, 2018 Earnings Call for Q2 2018, Mr. Shifke disclosed that Green Dot's "direct deposit accounts grew by 28% year-over-year."

REQUEST FOR ADMISSION NO. 78.

Admit that during Green Dot's August 8, 2018 Earnings Call for Q2 2018, Mr. Shifke stated that Green Dot's "growth in active accounts is being driven both by our newer BaaS Platform programs and our own products."

REQUEST FOR ADMISSION NO. 79.

Admit that in its August 8, 2018 report, market analyst *William Blair* reported that Green Dot's "[o]rganic revenue growth rose 16% year-over-year (versus 12% in the December 2017 quarter and 16% in the March quarter), with growth being evenly split between new initiatives and legacy products." Attached hereto as Ex. 21.

REQUEST FOR ADMISSION NO. 80.

Admit that in its August 8, 2018 report, market analyst *William Blair* reported Green Dot "Management's commentary suggests newer initiatives initially have lower margins but ramp up as customer usage grows. Further growth of direct deposit customers is very supportive of margins over time." Attached hereto as Ex. 21.

- 17 -

REQUEST FOR ADMISSION NO. 81.

Admit that in its August 8, 2018 report, market analyst *William Blair* reported "Green Dot has evolved the business from a prepaid company to a fintech/payments/banking company, which has substantially expanded the total available market. We believe the company remains in the early stages of the BaaS initiative." Attached hereto as Ex. 21.

REQUEST FOR ADMISSION NO. 82.

Admit that in its August 8, 2018 report, market analyst *William Blair* reported Green Dot's "[a]pproximately 500,000 out of the 700,000 cards that have been activated for the last 12 months are direct deposit customers; we believe over 50% of active customers have direct deposit." Attached hereto as Ex. 21.

REQUEST FOR ADMISSION NO. 83.

Admit that in its August 9, 2018 report, market analyst *BTIG* reported that half of Green Dot's GDV growth for Q2 2018 "was generated by its Banking as a Service [BaaS]… platform with the other half driven by its traditional products."

REQUEST FOR ADMISSION NO. 84.

Admit that in its August 9, 2018 report, market analyst *BTIG* reported that "[Green Dot's] gross dollar volume (GDV) increased during 2Q18 by 25% year-over-year to $9.4bn, with management noting that half of that growth was generated by its Banking as a Service (BaaS) platform with the other half driven by its traditional products."

REQUEST FOR ADMISSION NO. 85.

Admit that in its August 9, 2018 report, market analyst *JPMorgan & Co.* reported that Green Dot's "[r]evenues increased 16% (all organic), driven by a 700k increase in new accounts versus the prior year period (~1/2 of the growth from BaaS programs)." Attached hereto as Ex. 22.

REQUEST FOR ADMISSION NO. 86.

Admit that, by August 9, 2018, the market was aware that approximately half

- 18 -

of Green Dot's growth was from its new BaaS platform.

REQUEST FOR ADMISSION NO. 87.

Admit that in its September 27, 2018 report, market analyst *Zacks Equity Research* reported that "[c]urrently, [Green Dot's] BaaS platform programs are growing very quickly." Attached hereto as Ex. 23.

REQUEST FOR ADMISSION NO. 88.

Admit that in its September 27, 2018 report, market analyst *Zacks Equity Research* reported that "Green Dot's long-term strategic plan to be a 'New Kind of Bank' is leading to impressive results. Strength across established product lines and BaaS platform programs are the key drivers of growth." Attached hereto as Ex. 23.

REQUEST FOR ADMISSION NO. 89.

Admit that in its October 9, 2018 report, market analyst *William Blair* reported that "Green Dot has evolved the business from a prepaid company to a fintech/payments/banking company," and "[w] e believe Green Dot's banking- as-a-service (BaaS) model, improving customer mix, and expanded market opportunity and strong recurring revenues driven by over 6 million active accounts should support healthy long-term growth." Attached hereto as Ex. 24.

REQUEST FOR ADMISSION NO. 90.

Admit that in its October 9, 2018 report, market analyst *William Blair* reported that "[w]e look for clarity on Green Dot's long-term margin opportunity as the BaaS business ramps up; management has previously disclosed 30% incremental EBITDA margins for the combined business; we estimate 31% in 2018 and 42% in 2019. Management's commentary suggests newer initiatives initially have lower margins." Attached hereto as Ex. 24.

REQUEST FOR ADMISSION NO. 91.

Admit that in its October 9, 2018 report, market analyst *William Blair* reported that "[o]ur estimate is based on management's disclosure that about 50% of total revenue growth in the June quarter was driven by the BaaS business." Attached

- 19 -

hereto as Ex. 24.

REQUEST FOR ADMISSION NO. 92.

Admit that in its October 9, 2018 report, market analyst *William Blair* reported that "Green Dot continues to benefit from improving customer mix highlighted by growth of direct deposit customers; on the June 2018 conference call, management indicated that over 70% of the 700,000 cards that were activated for the last 12 months are direct deposit customers, and we believe over 50% of active customers have direct deposit." Attached hereto as Ex. 24.

REQUEST FOR ADMISSION NO. 93.

Admit that in its October 26, 2018 report, market analyst *Craig Hallum* reported that "[w]e believe we are in the midst of an inflection point with Green Dot's successful transition to a BaaS platform." Attached hereto as Ex. 25.

REQUEST FOR ADMISSION NO. 94.

Admit that in its October 29, 2018 report, market analyst *Zacks Equity Research* reported that Green Dot's "[s]trength across established product lines and BaaS platform programs are the key drivers of growth. Currently, BaaS platform programs are growing very quickly." Attached hereto as Ex. 26.

REQUEST FOR ADMISSION NO. 95.

Admit that in its October 29, 2018 report, market analyst *Zacks Equity Research* reported that "BaaS programs are contributing significantly to Green Dot's GDV growth, active card growth and revenue growth." Attached hereto as Ex. 26.

REQUEST FOR ADMISSION NO. 96.

Admit that on pages 30-31 of Green Dot's Form 10-Q for Q3 2018 (issued November 9, 2018), it disclosed that for Q3 2018, Green Dot's Total Revenue, as that term is defined therein, grew 14.4% year-over-year.

REQUEST FOR ADMISSION NO. 97.

Admit that on pages 30-31 of Green Dot's Form 10-Q for Q3 2018, Green Dot disclosed that for Q3 2018, its Active Accounts, as that term is defined therein, grew

- 20 -

3% year-over-year.

REQUEST FOR ADMISSION NO. 98.

Admit that on page 31 of Green Dot's Form 10-Q for Q3 2018, Green Dot disclosed that for Q3 2018, "[t]he increase in the number of active accounts of 3% was primarily driven by the launch of new products during the first quarter of 2018 and growth from our existing account programs."

REQUEST FOR ADMISSION NO. 99.

Admit that during Green Dot's November 7, 2018 Earnings Call for Q3 2018, Mr. Streit stated that Green Dot's "number of active accounts receiving direct deposit grew by 13% year-over-year."

REQUEST FOR ADMISSION NO. 100.

Admit that during Green Dot's November 7, 2018 Earnings Call for Q3 2018, Mr. Streit stated that "in the last two years, Green Dot has added 1.3 million new active accounts and added 1.1 million direct deposit active accounts, a 2-year growth rate of 33% in actives and 114% in direct deposit actives."

REQUEST FOR ADMISSION NO. 101.

Admit that during Green Dot's November 7, 2018 Earnings Call for Q3 2018, Mr. Streit stated that for Q3 2018, Green Dot "s[old] fewer one-and-done … [than] reloadable. The percentage of people who acquire our accounts now are far more likely to reload and when they reload, they're far more likely to do it through electronic means, meaning direct deposit. … That is real, and is a trend we see continuing. It has been there for a very, very long time, at least 1.5 or 2 years. And we see that opportunity continue."

REQUEST FOR ADMISSION NO. 102.

Admit that during Green Dot's November 7, 2018 Earnings Call for Q3 2018, Robert Paul Napoli, representing market analyst *William Blair*, stated that Green Dot's "business is changing so rapidly."

- 21 -

REQUEST FOR ADMISSION NO. 103.

Admit that in its November 7, 2018 report, market analyst *William Blair* reported that Green Dot's "newer initiatives initially have lower margins," and the "margins on the BaaS business are below the corporate average."

REQUEST FOR ADMISSION NO. 104.

Admit that in its report dated November 7, 2018, market analyst *William Blair* reported that in Green Dot's Q3 2018, "the number of direct deposit customers rose 13% year-over-year," with "over 50% of active customers hav[ing] direct deposit."

REQUEST FOR ADMISSION NO. 105.

Admit that in its report dated November 7, 2018, market analyst *William Blair* reported that "Green Dot continues to benefit from an improving customer mix and more direct deposit customers."

REQUEST FOR ADMISSION NO. 106.

Admit that in its report dated November 7, 2018, market analyst *William Blair* reported that "Green Dot continues to benefit from improving customer mix highlighted by growth of direct deposit customers; approximately 70% of gross dollar volume (GDV) came from direct deposit customers; we believe over 50% of active customers have direct deposit and over 80% of new active cards. Further, management disclosed that the number of direct deposit customers rose 13% year-over-year, and nearly 85% of new accounts that have been added since September 2016 were direct deposit customers (1.1 million out of 1.3 million accounts)."

REQUEST FOR ADMISSION NO. 107.

Admit that in its November 7, 2018 report, market analyst *William Blair* reported that "we roughly estimate that the BaaS business rose 154% year-over-year in the nine months ended September to $38 million (about 5% of net revenue). Our estimate is based on management's disclosure that about 50% of total revenue growth in the June quarter was driven by the BaaS business; this suggests about $18 million of gross revenues (versus about $6 million in the June 2017 quarter)."

- 22 -

REQUEST FOR ADMISSION NO. 108.

Admit that in its November 7, 2018 report, market analyst *Cowen Equity Research* reported that Green Dot's "[a]ctive cards grew ~3% in the quarter, down from its recent double-digit growth, . . . with the number of customers receiving direct deposit increasing by 230,000 y-o-y." Attached hereto as Ex. 27.

REQUEST FOR ADMISSION NO. 109.

Admit that in its November 7, 2018 report, market analyst *Deutsche Bank* reported that Green Dot's "[a]ctive card growth moderated to 3% Y/Y in 3Q18, which the company blamed on difficult comps in September and reiterated mid-single-digit growth for 4Q18 and going forward. However, we would highlight that net active cards declined." Attached hereto as Ex. 28.

REQUEST FOR ADMISSION NO. 110.

Admit that, by November 9, 2018, the market was aware that Green Dot's product mix had shifted to lower margin BaaS products, with more than half the customers having direct deposit accounts.

REQUEST FOR ADMISSION NO. 111.

Admit that in its November 14, 2018 report, market analyst *Zacks Equity Research* reported that "BaaS programs are contributing significantly to Green Dot's GDV growth, active card growth and revenue growth." Attached hereto as Ex. 29.

REQUEST FOR ADMISSION NO. 112.

Admit that on pages 33-34 of Green Dot's Form 10-K for the period ended December 31, 2018 (issued February 27, 2019), Green Dot disclosed that for Q4 2018, its Total Revenue, as that term is defined therein, grew 17% year-over-year.

REQUEST FOR ADMISSION NO. 113.

Admit that on pages 33-34 of Green Dot's Form 10-K for the period ended December 31, 2018, Green Dot disclosed that for Q4 2018, Green Dot's Active Accounts, as that term is defined therein, grew 1% year-over-year.

- 23 -

REQUEST FOR ADMISSION NO. 114.

Admit that on page 34 of Green Dot's Form 10-K for the period ended December 31, 2018, Green Dot disclosed that for Q4 2018, "[t]he increase in the number of active accounts was primarily driven by the launch of several new programs in 2018 and growth from our existing account programs," and that Green Dot "experienced year-over-year double digit growth in our direct deposit active accounts."

REQUEST FOR ADMISSION NO. 115.

Admit that in its January 3, 2019 report, market analyst *BTIG* noted "the consistent progress the company has made during the past few years in repositioning its core prepaid debit card business and the benefits it has accrued from the variety of programs and partnerships it has added." Attached hereto as Ex. 30.

REQUEST FOR ADMISSION NO. 116.

Admit that in its January 3, 2019 report, market analyst *BTIG* reported that "[o]ne of the key elements driving GDOT's success in recent quarters has been an increase in direct deposit accounts; such accounts increased during 3Q18 by 13% year-over-year and accounted for 70% of the company's gross dollar volume (GDV) load during the quarter." Attached hereto as Ex. 30.

REQUEST FOR ADMISSION NO. 117.

Admit that in its February 4, 2019 report, market analyst *William Blair* reported that "Green Dot continues to benefit from improving customer mix highlighted by growth of direct deposit customers; about 70% of gross dollar volume (GDV) came from direct deposit customers; we believe over 50% of active customers have direct deposit and over 80% of new active cards. Further, management disclosed that the number of direct deposit customers rose 13% year-over-year, and nearly 85% of new accounts that have been added since September 2016 were direct deposit customers (1.1 million out of 1.3 million accounts)." Attached hereto as Ex. 31.

REQUEST FOR ADMISSION NO. 118.

Admit that during Green Dot's February 20, 2019 Earnings Call for Q4 2018, Mr. Streit stated that for Q4 2018, "we are somewhat a victim of our own success in converting more and more of our quarterly active accounts to direct deposit active accounts," and that "the mix shift towards direct deposit and more engaged customers is clearly better for profitability and growth, the lower churn also means fewer accounts issued to short-term customers, which weighs down on unit sales and therefore the quarterly active account metric."

REQUEST FOR ADMISSION NO. 119.

Admit that during Green Dot's February 20, 2019 Earnings Call for Q4 2018, Mr. Shifke stated that "[o]ur expectation is that we should be continuing to grow our direct deposit accounts."

REQUEST FOR ADMISSION NO. 120.

Admit that in its February 20, 2019 report, market analyst *BTIG* reported about Green Dot's "Banking as a Service (BaaS) platform," noting that "Management said the platform … accounted for about half of the company's revenue growth during 4Q18." Attached hereto as Ex. 32.

REQUEST FOR ADMISSION NO. 121.

Admit that in its February 20, 2019 report, market analyst *Cowen Equity Research* reported that Green Dot's "[a]ctive accounts growth was ~1%, a deceleration from 3Q18's ~3%, reflecting higher conversion of active accounts to direct deposit active accounts." Attached hereto as Ex. 33.

REQUEST FOR ADMISSION NO. 122.

Admit that in its February 20, 2019 report, market analyst *Deutsche Bank* reported that Green Dot's "[k]ey operating metrics namely active cards, direct deposit, and purchase volume growth has been moderating and the company guided to significant slowdown in revenue growth in 1Q19 to 6%." Attached hereto as Ex. 34.

REQUEST FOR ADMISSION NO. 123.

Admit that in its February 20, 2019 report, market analyst *Deutsche Bank* reported that Green Dot's "BAAS accounted for 25% of net revenue growth or 40% of the reported revenue growth for 2018." Attached hereto as Ex. 34.

REQUEST FOR ADMISSION NO. 124.

Admit that in its February 20, 2019 report, market analyst *Deutsche Bank* reported that Green Dot's "[a]ctive card growth moderated to 0.8% in contrast to the company guidance of mid-single digit and company lowered active card growth guidance to low single digits y-o-y." Attached hereto as Ex. 34.

REQUEST FOR ADMISSION NO. 125.

Admit that in its February 20, 2019 report, market analyst *Deutsche Bank* reported that Green Dot's "[c]ard and other fee revenues of $119m came in above our/consensus estimate of $116m despite the slowdown in active card growth driven by higher fees. We will continue to monitor the negative impact of mix shift towards direct deposit customers on the fee growth as fees are waived for direct deposit customers." Attached hereto as Ex. 34.

REQUEST FOR ADMISSION NO. 126.

Admit that in its February 21, 2019 report, market analyst *Craig Hallum* reported that Green Dot's "lower Active card growth (~0.6% Y/Y Vs. Our 5.2% Est.) was a surprise but shouldn't be looked at as a negative given the driver relates to a higher mix of direct deposits and how the company counts the active cards in the quarter (direct deposit user uses card continuously vs. traditional which continuously buys new cards). Direct deposit drives higher usage = higher Fee revenue per card which was up ~10% Y/Y." Attached hereto as Ex. 35.

REQUEST FOR ADMISSION NO. 127.

Admit that in its February 21, 2019 report, market analyst *Craig Hallum* reported that Green Dot's "BaaS likely contributed ~50% of the company's growth (~300% CAGR since 2016) this year." Attached hereto as Ex. 35.

- 26 -

REQUEST FOR ADMISSION NO. 128.

Admit that in its February 21, 2019 report, market analyst *Guggenheim Securities LLC* reported "[w]e think 1Q and possibly even 2Q will be bumpy for GDOT: tax-season impacts, ongoing explanations/discussions about growth in active accounts." Attached hereto as Ex. 36.

REQUEST FOR ADMISSION NO. 129.

Admit that in its February 21, 2019 report, market analyst *Guggenheim Securities LLC* reported that Green Dot's "[a]ctive cards grew by 1% to 5.3M . . . however, the number of accounts receiving direct deposit grew by 10% YoY." Attached hereto as Ex. 36.

REQUEST FOR ADMISSION NO. 130.

Admit that in its February 21, 2019 report, market analyst *JPMorgan & Co.* reported that Green Dot's "[a]ctive cards increased only 1% from the prior year period, which Mgmt attributed to a more engaged user base (fewer 'one and done' users), which is supported by continued double-digit growth in direct deposit users." Attached hereto as Ex. 37.

REQUEST FOR ADMISSION NO. 131.

Admit that in its February 21, 2019 report, market analyst *William Blair* reported that "[i]n the December quarter, [Green Dot's] active accounts rose 1% year-over-year to 5.34 million, but gross dollar volume rose 16% and purchase volume rose 11%, which highlights the importance of the mix shift to direct deposit customers." Attached hereto as Ex. 38.

REQUEST FOR ADMISSION NO. 132.

Admit that in its March 7, 2019 report, market analyst *Deutsche Bank* reported that Green Dot's "[a]ctive card growth moderated to 0.8% in 4Q18 and below the company guidance of mid-single digit and company lowered active card growth guidance in 2019 to low single digits y-o-y." Attached hereto as Ex. 39.

- 27 -

REQUEST FOR ADMISSION NO. 133.

Admit that in its March 7, 2019 report, market analyst *Deutsche Bank* reported that Green Dot "will continue to monitor the sustainability of the growth and the negative impact of mix shift towards direct deposit customers on the fee growth as fees are waived for direct deposit customers." Attached hereto as Ex. 39.

REQUEST FOR ADMISSION NO. 134.

Admit that on pages 26-27 of Green Dot's Form 10-Q for Q1 2019, issued May 9, 2019, Green Dot disclosed that for Q1 2019, Green Dot's Total Revenue, as that term is defined therein, grew 6.3% year-over-year.

REQUEST FOR ADMISSION NO. 135.

Admit that on pages 26-27 of Green Dot's Form 10-Q for Q1 2019, Green Dot disclosed that for Q1 2019, its Active Accounts, as that term is defined therein, grew 1% year-over-year.

REQUEST FOR ADMISSION NO. 136.

Admit that on page 27 of Green Dot's Form 10-Q for Q1 2019, Green Dot disclosed that for Q1 2019, it "experienced year-over-year high single-digit growth in our direct deposit active accounts."

REQUEST FOR ADMISSION NO. 137.

Admit that during Green Dot's May 8, 2019 Earnings Call for Q1 2019, Mr. Streit stated that there was "erosion in the number of legacy product line nondirect deposit active accounts," and that Green Dot "expect[ed] the lower number of legacy nondirect deposit actives to have an impact in Q2."

REQUEST FOR ADMISSION NO. 138.

Admit that during Green Dot's May 8, 2019 Earnings Call for Q1 2019, Mr. Shifke stated that "[t]he reason we pulled down our soft guide to just 3% is that we believe the lower number of legacy nondirect deposit actives that Steve spoke about, plus lower tax refund processing revenue than initially expected will together cause a few points of lower revenue in the quarter than initially projected."

- 28 -

REQUEST FOR ADMISSION NO. 139.

Admit that in its May 8, 2019 report, market analyst *Cowen Equity Research* reported that Green Dot's "Account Services revenue of $228M grew 4.6% y-o-y, below our estimate, with active accounts largely flat y-o-y (+0.7%). New product lines, largely BaaS programs, was the largest driver of active account growth (+420,000) while legacy non direct deposit active accounts declined." Attached hereto as Ex. 40.

REQUEST FOR ADMISSION NO. 140.

Admit that in its May 8, 2019 report, market analyst *Cowen Equity Research* reported that "GDOT has tempered its revenue expectation to +3%, now factoring in lower legacy non-direct deposit active accounts." Attached hereto as Ex. 40.

REQUEST FOR ADMISSION NO. 141.

Admit that in its May 8, 2019 report, market analyst *Cowen Equity Research* noted, as to Green Dot, its expectation that "erosion from legacy non-direct deposit active accounts to continue to pressure active account growth through the year." Attached hereto as Ex. 40.

REQUEST FOR ADMISSION NO. 142.

Admit that in its May 8, 2019 report, market analyst *Deutsche Bank* reported that "[a]lthough [Green Dot's] direct deposit customers drive higher interchange revenues, we will monitor the cannibalization of the monthly card fees and cash transfer transactions." Attached hereto as Ex. 41.

REQUEST FOR ADMISSION NO. 143.

Admit that in its May 8, 2019 report, market analyst *Deutsche Bank* reported that Green Dot's "[a]ctive card growth moderated to 0.7% Y/Y and management discussed the company is experiencing erosion in non-direct deposit active accounts, estimating attrition to impact revenues in the $3-5m range." Attached hereto as Ex. 41.

- 29 -

REQUEST FOR ADMISSION NO. 144.

Admit that in its May 9, 2019 report, market analyst *BTIG* reported that Green Dot's "Management said they had seen erosion in GDOT's non-direct deposit active accounts. These include the company's brick-and- mortar retail channel and, to a lesser extent, its Rush card and digital direct brands" and "generate revenue for that company at what management characterized as 'better than average' contribution margins." Attached hereto as Ex. 42.

REQUEST FOR ADMISSION NO. 145.

Admit that, by May 10, 2019, the market was aware of the "erosion" in the number of Green Dot legacy "non-direct deposit" active accounts.

REQUEST FOR ADMISSION NO. 146.

Admit that, by May 10, 2019, the market was aware that the lower number of Green Dot legacy nondeposit active accounts was likely to have a negative impact on earnings in the second quarter of 2019.

REQUEST FOR ADMISSION NO. 147.

Admit that on page 29 of Green Dot's Form 10-Q for Q2 2019, issued August 9, 2019, Green Dot disclosed that for Q2 2019, Green Dot's Total Revenue, as that term is defined therein, grew 5.5% year-over-year.

REQUEST FOR ADMISSION NO. 148.

Admit that on page 30 of Green Dot's Form 10-Q for Q2 2019, Green Dot disclosed that for Q2 2019, its Active Accounts decreased by 1% year-over-year.

REQUEST FOR ADMISSION NO. 149.:

Admit that on page 29 of Green Dot's Form 10-Q for Q2 2019, Green Dot disclosed it gained "240,000 active accounts under our BaaS programs" on a year-over-year basis.

REQUEST FOR ADMISSION NO. 150.

Admit that in its June 4, 2019 report, market analyst *Northland Securities* reported that Green Dot's "legacy active accounts which generate multiples more

revenue, margin and profit per active card (due to monthly fee and reload fees) are drastically shrinking. Thus, the mix from higher revenue and higher margin legacy accounts to lower revenue and lower margin BaaS accounts is a huge headwind for GDOT." Attached hereto as Ex. 43.

REQUEST FOR ADMISSION NO. 151.

Admit that in its June 4, 2019 report, market analyst *Northland Securities* reported that "[t]he mix shift and competition from Venmo, Chime, Radius Bank, Square, SoFi Money, VARO, Axos, Simple, etc, is huge and why would a customer pay the ~$6 monthly fee and reload fees to GDOT when they can get the same services from Venmo, Chime, Radius Bank, Square, SoFi Money, VARO, Axos, Simple, etc for free." Attached hereto as Ex. 43.

REQUEST FOR ADMISSION NO. 152.

Admit that in its June 6, 2019 report, market analyst *William Blair* reported that Green Dot's "recent decline in non-direct-deposit accounts is creating headwinds. In the March quarter, 47% of active accounts were direct deposit (up from 24% in the March 2016 quarter). . . . Conversely, the number of non-direct-deposit accounts has dropped in two of the last three years and is 450,000 accounts below 2016." Attached hereto as Ex. 44.

REQUEST FOR ADMISSION NO. 153.

Admit that during Green Dot's August 7, 2019 Earnings Call for Q2 2019, Mr. Streit stated that Green Dot gained "around 500,000 active prepaid accounts."

REQUEST FOR ADMISSION NO. 154.

Admit that in its August 7, 2019 report, market analyst *BTIG* reported that "[t]he pressure on unit sales in Green Dot Corporation's (GDOT) legacy prepaid product lines, flagged by management in conjunction with the company's 1Q19 report in May, accelerated during 2Q19 and caused a loss of active accounts from both non-reloading and cash reloading customers." Attached hereto as Ex. 45.

REQUEST FOR ADMISSION NO. 155.

Admit that in its August 7, 2019 report, market analyst *Cowen Equity Research* reported that "GDOT lowered its 2019 guidance for the second consecutive quarter given an accelerated decline in active accounts. Revenue from new products is no longer expected to overcome the loss of revenue from lower active accounts in the legacy prepaid product." Attached hereto as Ex. 46.

REQUEST FOR ADMISSION NO. 156.

Admit that in its August 7, 2019 report, market analyst *Cowen Equity Research* reported that Green Dot "experienced an accelerated loss of unit sales in legacy prepaid product lines resulting in a decline in active accounts. Active accounts were down -3% y-o-y due to lower active accounts from both non-reloading and cash reloading customers partially offset by growth in BaaS active accounts (+240,000). The company expects the trend of lower active accounts to continue into 3Q before moderating in 4Q." Attached hereto as Ex. 46.

REQUEST FOR ADMISSION NO. 157.

Admit that in its August 7, 2019 report, market analyst *William Blair* reported that Green Dot's "[a]ctive accounts unexpectedly fell 3% year-over-year, to 5.66 million, driven a 500,000 drop in legacy actives partially offset by 240,000 new BaaS accounts; management is targeting active account growth in the December quarter." Attached hereto as Ex. 47.

REQUEST FOR ADMISSION NO. 158.

Admit that in its August 7, 2019 report, market analyst *Deutsche Bank* reported that "GDOT active cards declined -3.4% Y/Y (down ~500K legacy prepaid account)" and that the decline is also weighing on other operating metrics, namely, purchase volume and the "company now expects active cards to decline in 2H19." Attached hereto as Ex. 48.

REQUEST FOR ADMISSION NO. 159.

Admit that in its August 8, 2019 report, market analyst *Deutsche Bank* cited

- 32 -

"Company Data" to provide a "Direct Deposit Active card analysis."

REQUEST FOR ADMISSION NO. 160.

Admit that on pages 30-31 of Green Dot's Form 10-Q for Q3 2019, issued November 12, 2019, Green Dot disclosed that for Q3 2019, its Total Revenue, as that term is defined therein, grew 1.7% year-over-year.

REQUEST FOR ADMISSION NO. 161.

Admit that on pages 30-32 of Green Dot's Form 10-Q for Q3 2019, Green Dot disclosed that for Q3 2019, its Active Accounts, as that term is defined therein, decreased by 4.6% year-over-year.

REQUEST FOR ADMISSION NO. 162.

Admit that, by November 13, 2019, the market was aware that, despite a 4.6% drop in Green Dot Active Accounts, Total Revenue had increased by 1.7% (each as defined in the 10-Q for Q3 2019, and both numbers year-to-year).

REQUEST FOR ADMISSION NO. 163.

Admit that the chart cited at paragraph 80 of the Amended Complaint indicates that growth in Green Dot's "card revenue and fees" was declining at the start of the Class Period and declined every quarter of the Class Period.

GREEN DOT'S REQUESTS FOR ADMISSION TO PLAINTIFFS, SET ONE

Dated:  January 10, 2025

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
JAMES N. KRAMER
ALEXANDER K. TALARIDES

ALEXANDER K. TALARIDES
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  415-773-5700
Facsimile:  415-773-5957

\-   and   -

**GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP**
RICHARD E. GOTTLIEB
EMIL PETROSSIAN
AYAD MATHEWS
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Green Dot Corporation*

GREEN DOT'S REQUESTS FOR ADMISSION TO PLAINTIFFS, SET ONE

**PROOF OF SERVICE BY ELECTRONIC MAIL**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669.

On January 10, 2025, I served the following document(s):

- **DEFENDANT GREEN DOT CORPORATION'S REQUESTS FOR ADMISSION TO PLAINTIFFS, SET ONE**

on the interested parties in this action by email addressed as follows:

| NAME | FIRM | EMAIL |
|------|------|-------|
| Jason A. Forge<br>Jessica T. Shinnefield<br>Christopher R. Kinnon<br>Megan A. Rossi<br>John M. Kelley<br>Michele Henry<br><br>*Lead Counsel for Plaintiffs* | ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 | jforge@rgrdlaw.com<br>jshinnefield@rgrdlaw.com<br>ckinnon@rgrdlaw.com<br>mrossi@rgrdlaw.com<br>jkelley@rgrdlaw.com<br>MicheleH@rgrdlaw.com |
| Vincent F. Pitta<br>Marcelle Henry<br>Syretta Martin<br>Trevor Hanrahan<br><br>*Additional Counsel for Plaintiffs* | PITTA LLP<br>120 Broadway, 28th Floor<br>New York, NY 10271<br>Telephone: (212) 652-3890<br>Facsimile: (212) 652-3891 | vpitta@pittalaw.com<br>mhenry@pittalaw.com<br>smartin@pittalaw.com<br>THanrahan@pittalaw.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 10, 2025, at San Francisco, California.

_____
LENNY T. PATTS

- 35 -