# EXHIBIT 6

Case 2:19-cv-10701-FLA-E    Document 154-6    Filed 04/25/25    Page 1 of 5    Page ID
#:3980

## Miller, Adam

| | |
|---|---|
| **From:** | Christopher Kinnon <CKinnon@rgrdlaw.com> |
| **Sent:** | Thursday, February 27, 2025 12:09 PM |
| **To:** | Miller, Adam; Rachel Braby; Jessica Shinnefield; Megan Rossi; Jack Kelley; Stephen Erb |
| **Cc:** | Kramer, James N.; Talarides, Alex; Scott, M. Todd; McCafferty, Molly; Richard Gottlieb; Emil Petrossian; Ayad Mathews |
| **Subject:** | RE: Green Dot Information Exchange Proposal |

**[EXTERNAL]**

Thanks, Adam.  That works.  We'll send a calendar invite and dial-in number.

---

**From:** Miller, Adam <adam.miller@orrick.com>
**Sent:** Thursday, February 27, 2025 7:15 AM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Stephen Erb <StephenE@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Richard Gottlieb <rgottlieb@glaserweil.com>; Emil Petrossian <epetrossian@glaserweil.com>; Ayad Mathews <amathews@glaserweil.com>
**Subject:** RE: Green Dot Information Exchange Proposal

EXTERNAL SENDER
Chris, can we do this call at 11:00 PT on March 4?

---

**From:** Miller, Adam
**Sent:** Wednesday, February 26, 2025 9:24 PM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Stephen Erb <StephenE@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Richard Gottlieb <rgottlieb@glaserweil.com>; Emil Petrossian <epetrossian@glaserweil.com>; Ayad Mathews <amathews@glaserweil.com>
**Subject:** RE: Green Dot Information Exchange Proposal

Chris, we can't do this on Friday.  I'll get back to you tomorrow with proposed dates next week.  Thanks.

---

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Tuesday, February 25, 2025 7:21 PM
**To:** Miller, Adam <adam.miller@orrick.com>; Rachel Braby <RBraby@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Stephen Erb <StephenE@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Richard Gottlieb <rgottlieb@glaserweil.com>; Emil Petrossian <epetrossian@glaserweil.com>; Ayad Mathews <amathews@glaserweil.com>
**Subject:** RE: Green Dot Information Exchange Proposal

**[EXTERNAL]**

Hi Adam,

We'd like to talk to you about your Feb. 20 letter, which we don't understand, before we respond to it. We're available Friday at 11 am or 1 pm PST, or you can suggest some times next week that work for you.

Thanks.

**Christopher Kinnon**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Miller, Adam <adam.miller@orrick.com>
**Sent:** Thursday, February 20, 2025 6:24 PM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Richard Gottlieb <rgottlieb@glaserweil.com>; Emil Petrossian <epetrossian@glaserweil.com>; Ayad Mathews <amathews@glaserweil.com>
**Subject:** RE: Green Dot Information Exchange Proposal

EXTERNAL SENDER
Chris, please see the attached letter, following up on the email below. Thanks.

---

**From:** Miller, Adam
**Sent:** Monday, November 4, 2024 11:17 AM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; Rachel Jensen <RachelJ@rgrdlaw.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>
**Cc:** Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Richard Gottlieb <rgottlieb@glaserweil.com>; Emil Petrossian <epetrossian@glaserweil.com>; Ayad Mathews <amathews@glaserweil.com>
**Subject:** Green Dot Information Exchange Proposal

All: we write to suggest an informal exchange of information that we believe could meaningfully streamline this litigation and expedite resolution.

Plaintiff's amended complaint ("AC") alleges that Defendants' statements were misleading by omission. AC ¶¶ 39, 41, 47, 49, 51-52, 54-56, 58, 60, 62. As we argued in our motion to dismiss, Defendants maintain the allegedly omitted

information was in fact disclosed. After further reviewing Plaintiff's allegations and Green Dot's public disclosures, we believe there are finite and easily identifiable core areas of agreement (and disagreement) about what was disclosed in Green Dot's public filings, and that the parties should work together to draft a stipulation of facts that will focus discovery on those issues and the case more generally. Undoubtedly, both the Court and our clients will appreciate the good faith effort to narrow the litigation.

With this in mind, we make the following proposal for your consideration and comment:

Consistent with the tools available in federal discovery, we propose the parties agree to collaborate on generating a detailed list (i) by Plaintiff, of the statements that are allegedly misleading by omission, and why; (ii) by Defendants, of their disclosure of the allegedly omitted information; and (iii) most critically, of those areas where the parties may agree. We believe the parties could rely on this list to materially narrow the issues for discovery, summary judgment, and (if necessary) trial.  We anticipate that each side may assert or otherwise wish to preserve objections, but both sides would each agree nonetheless to provide substantive answers notwithstanding those objections.

We stress that the procedure outlined above is not intended to avoid any discovery obligations, but rather to enhance the discovery process. Even if Plaintiffs accept our proposal (or some modified form of the same), both sides would continue to produce documents and other discovery responses in accordance with the pretrial schedule and their respective obligations under the Federal Rules of Civil Procedure. That said, we think that this procedure will expedite discovery by narrowing the issues requiring additional discovery, and ultimately result in a more efficient and expedited resolution of this dispute.

Could we set up a call to discuss our proposal?  Thank you.

**Adam Miller**
Senior Counsel
Orrick
Washington, DC
T +1 202-349-7958
adam.miller@orrick.com



**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com.*

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com.*

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**