# EXHIBIT 12.1

## (Talarides Decl. & Exs. A-G)

JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
AYAD MATHEWS (SBN 339785)
amathews@glaserweil.com
GLASER WEIL FINK HOWARD
    JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-DDP-E<br><br>CLASS ACTION<br><br>**DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Honorable Dean D. Pregerson |

TALARIDES DECLARATION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Alexander K. Talarides, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of California. I am a Partner at Orrick, Herrington & Sutcliffe LLP, co-counsel of record for Defendants Green Dot Corporation ("Green Dot"), Steven W. Streit, and Mark Shifke ("Defendants") in the above-captioned litigation. I submit this declaration in support of Defendants' Motion for Partial Summary Judgment.

2.      I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to each fact stated herein.

3.      Attached hereto are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| A | Green Dot's November 5, 2015 Earnings Call Transcript obtained from Capital IQ, a subscription based research platform offered by S&P Global, Inc. (www.capitaliq.com). |
| B | Green Dot's November 9, 2016 Earnings Call Transcript obtained from Capital IQ. |
| C | Green Dot's May 9, 2017 Earnings Call Transcript obtained from Capital IQ. |
| D | Green Dot's August 8, 2017 Earnings Call Transcript obtained from Capital IQ. |
| E | Green Dot's November 7, 2017 Current Report on Form 8-K as filed with the United States Securities and Exchange Commission ("SEC") and obtained from the SEC's website (www.sec.gov/edgar). |
| F | Green Dot's November 7, 2017 Earnings Call Transcript obtained from Capital IQ. |
| G | Green Dot's February 21, 2018 Earnings Call Transcript obtained from Capital IQ. |
| H | Green Dot's February 27, 2018 Annual Report on Form 10-K as filed with the SEC and obtained from the SEC's website. |
| I | Green Dot's May 9, 2018 Earnings Call Transcript obtained from Capital IQ. |
| J | May 9, 2018 report to investors by market analyst Deutsche Bank Markets Research obtained from Capital IQ. |

- 1 -

TALARIDES DECLARATION IN SUPPORT OF DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| Exhibit No. | Description |
| --- | --- |
| K | Green Dot's May 10, 2018 Quarterly Report on Form 10-Q as filed with the SEC and obtained from the SEC's website. |
| L | May 10, 2018 report to investors by market analyst Morgan Stanley Research obtained from Capital IQ. |
| M | Transcript of May 16, 2018 JP Morgan Chase & Co, Research Division Conference Presentation obtained from Capital IQ. |
| N | July 10, 2018 report to investors by market analyst Jefferies Group LLC obtained from Capital IQ. |
| O | Green Dot's August 8, 2018 Earnings Call Transcript obtained from Capital IQ. |
| P | Green Dot's August 9, 2018 Quarterly Report on Form 10-Q as filed with the SEC and obtained from the SEC's website. |
| Q | Green Dot's November 7, 2018 Earnings Call Transcript obtained from Capital IQ. |
| R | November 7, 2018 report to investors by market analyst Deutsche Bank Research obtained from Capital IQ. |
| S | November 7, 2018 report to investors by market analyst William Blair & Co. obtained from Capital IQ. |
| T | Green Dot's November 8, 2018 Quarterly Report on Form 10-Q as filed with the SEC and obtained from the SEC's website. |
| U | Green Dot's February 20, 2019 Earnings Call Transcript obtained from Capital IQ. |
| V | February 20, 2019 report to investors by market analyst Cowen & Co. obtained from Capital IQ. |
| W | Green Dot's February 26, 2019 Annual Report on Form 10-K as filed with the SEC and obtained from the SEC's website. |
| X | Green Dot's May 8, 2019 Earnings Call Transcript obtained from Capital IQ. |
| Y | Green Dot's May 9, 2019 Quarterly Report on Form 10-Q as filed with the SEC and obtained from the SEC's website. |
| Z | Green Dot's August 9, 2019 Quarterly Report on Form 10-Q as filed with the SEC and obtained from the SEC's website. |

- 2 -

| Exhibit No. | Description |
|---|---|
| AA | Green Dot's November 7, 2019 Current Report on Form 8-K as filed with the SEC and obtained from the SEC's website. |
| BB | Green Dot's January 10, 2025 Requests for Admission to Plaintiffs, Set One. |
| CC | Plaintiffs' February 10, 2025 Responses and Objections to Green Dot's Requests for Admission to Plaintiffs, Set One. |
| DD | A modified version of the Amended Complaint prepared by counsel with the allegations that are defeated by Defendants' Motion for Partial Summary Judgment highlighted in red and the allegations that are not defeated highlighted in yellow. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2025, at Alameda, California.

*/s/ Alexander K. Talarides*

ALEXANDER K. TALARIDES

- 3 -

# Exhibit A

**S&P Global**
Market Intelligence

# Green Dot Corporation NYSE:GDOT FQ3 2015 Earnings Call Transcripts

## Thursday, November 05, 2015 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2015- | | | -FQ4 2015- | -FY 2015- | -FY 2016- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.08 | 0.15 | ▲87.50 | 0.12 | 1.32 | 1.45 |
| **Revenue  (mm)** | 148.11 | 146.36 | ▼(1.18 %) | 158.56 | 704.60 | 748.21 |

Currency: USD
Consensus as of  Oct-27-2015 11:38 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2014** | 0.18 | 0.16 | ▼ (11.11 %) |
| **FQ1 2015** | 0.62 | 0.86 | ▲ 38.71 % |
| **FQ2 2015** | 0.24 | 0.28 | ▲ 16.67 % |
| **FQ3 2015** | 0.08 | 0.15 | ▲ 87.50 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................................... | **3** |
| **Presentation** | ..................................................................................... | **4** |
| **Question and Answer** | ..................................................................................... | **8** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Christopher Mammone**

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, President, CEO & Director*

## ANALYSTS

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

**Matthew Thomas Lipton**
*Autonomous Research LLP*

**Oscar D. Turner**
*SunTrust Robinson Humphrey, Inc., Research Division*

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Green Dot Corporation Third Quarter 2015 Earnings Conference Call. Please note that the contents of this call are being recorded. I would now like to turn the conference over to Mr. Christopher Mammone, Vice President of Investor Relations for Green Dot. Please go ahead, sir.

**Christopher Mammone**

Thank you, and good afternoon, everyone. On today's call, we will discuss 2015 third quarter performance, updated thoughts regarding our 2015 outlook and preliminary thoughts about 2016. Following these remarks, we will open the call for questions.

For those of you that have not yet accessed the earnings press release that accompany this call and webcast, it can be found at ir.greendot.com.

Additional operational data have been provided in the supplemental table within our press release. As a reminder, our comments include forward-looking statements about, among other things, our expectations regarding future results and performance.

Please refer to the cautionary language in the earnings release and in Green Dot's filings with the Securities and Exchange Commission, including the most recent Form 10-Q that we filed on August 10, 2015, for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements.

During the call, we will make reference to financial measures that do not conform to generally accepted accounting principles. This information may be calculated differently than similar non-GAAP data presented by other companies. Quantitative reconciliations of our non-GAAP financial information to their most directly comparable GAAP financial information appears in today's press release.

The content of this call is property of Green Dot Corporation and subject to copyright protection. Now I'd like to turn the call over to Steve.

**Steven W. Streit**
*Founder, President, CEO & Director*

Thank you, Chris, and welcome, everyone, to our third quarter earnings call. With me is Interim CFO, Mark Shifke.

Here are the headlines. Green Dot posted Q3 2015 revenue of $146.5 million, $22.2 million of adjusted EBITDA and EPS of $0.15. These results are a tad softer than our expectations on the top line and ahead of expectations on the bottom line. We expect to end the year slightly below our guidance range on revenue and within our original guidance range on adjusted EBITDA and EPS despite the increased Walmart rev share rates and the larger than expected revenue impact from the discontinuation of MoneyPak and its ecosystem effects over the course of the year. Mark will have more details on our revenue performance in his section of the call.

As promised, we're returning capital to shareholders with the execution of a $40 million accelerated share repurchase program initiated in September. We have another $110 million of headroom remaining in our current $150 million authorization, and we intend to continue to buy shares next year.

And lastly, today, we'll provide you with preliminary and high-level commentary on our expectations for 2016, so you can have a better understanding of our model for next year in advance of our Q4 call, where we will provide formal 2016 guidance.

As all of you know, we made a difficult decision earlier this year to discontinue the sale of our MoneyPak product. As a result of the MoneyPak discontinuation, combined with losses in revenue and profitability from our private label business, we have been battling rather severe headwinds that have been reflected

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

in our legacy revenues and earnings. As I'm about to discuss, we have undertaken significant steps to offset the declines, create new and potentially more profitable products and roll out new programs and initiatives that have the potential to position Green Dot for significant growth as we rebuild our business throughout 2016 in order to position ourselves for a solid 2017 and beyond.

Green Dot's legacy business is a portfolio business, so nothing happens overnight. But I think you will see that we have taken concrete steps to turn the tide with a number of new initiatives designed to create the opportunity for growth and a brighter future.

While there are many exciting programs and initiatives that we hope to announce throughout the year, let me share with you today just those initiatives that are actually in the process of being deployed now, and that we expect to start having positive impacts on our results starting early next year.

First, we expect our private label business line to benefit from a number of new initiatives, including a new MoneyCard product at Walmart. While I can't go into specifics until that product launches on the rack, we believe that based on extensive research, the new MoneyCard can be expected to have a better adoption rate, higher customer engagement and retention than other MoneyCard offerings, providing us the opportunity to stop the declines and grow that business over time.

In our branded business line, we have a number of new products and initiatives that we expect to generate positive results over the course of next year and the years that follow.

For example, we have added new and compelling features to our best-selling Green Dot everyday prepaid card and we're adding a new debit card product for national distribution, that's intended to attract a more broad-based market segment with a compelling consumer value proposition.

Additionally, all of our new line of prepaid cards will allow cardholders to write checks to pay their rent and other bills where a paper check is required. They can also deposit checks using their cellphone camera. And direct deposit customers will now enjoy access to direct deposit money up to 2 days before payday.

All of our products will also have new pricing plans that are designed to attract the best high-use prepaid customers while providing Green Dot with superior unit economics compared with our current slate of products.

We also intend to expand the distribution of GoBank next year, with at least one new distribution partnership while enhancing the consumer version of GoBank sold online and at Walmart, with a new marketing look and feel, and a new value proposition that we think will help attract more customers, including those who already have a checking account at another bank.

In addition, we are excited to let you know that we're developing new small-business version of GoBank designed to serve the new on-demand 1099 Workforce. We intend to partner with at least one company that will offer the Go business account to their large base of 1099 workers.

We believe Green Dot can become a leading bank account provider for the fast-growing on-demand and marketplace economies. Whether you're a sole proprietor signing up with Square to accept credit cards or a college student looking to make money by delivering for postmates.com or a DIY expert, like my wife, looking to sell your creations on Etsy. The first stumbling block you run across is when Square or Postmates or Etsy and hundreds of others like them asks you to enter your checking account information to receive your payments.

You may not have a checking account, or you may have a personal checking account, but what you really need is a small business account. Or maybe already have a personal checking account, but you don't want to commingle your Etsy money, let's say, with your family money.

With the right technology-centric bank, like Green Dot Bank, the right API and technology platform like Flex dot, which is the underlying and easily configurable core technology that powers all of our bank account offerings and the right products like GoBank personal checking accounts and Go business instant on-demand small business checking accounts, we believe Green Dot has an opportunity to be the modern checking account of choice for the fast-growing on-demand economy.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We have assembled a dedicated team of revenue and technology professionals to penetrate this new vertical, and we hope to share our progress with you over time.

Now, let's talk about our processing business line. I'm pleased to let you know that our goal of generating revenue synergies from the TPG acquisition is expected to begin to play out in 2016. A number of TPG distribution partners, representing thousands of independent tax preparers, have agreed to participate with Green Dot TPG in a new and exciting program designed to both encourage more tax preparers to use TPG for their refund processing needs and encourage their tax prep customers to choose a Green Dot account to receive their tax refund.

We'll provide details on these programs as we enter tax season in January.

And also in our processing business line, we're pleased to announce that starting in the first half of next year, Green Dot will be making available a new product to replace the old MoneyPak PIN product that we discontinued earlier in the year. The new MoneyPak Plus can be purchased by the consumer and rung up by the cashier the exact same way as the old MoneyPak product worked. But then, it deploys a number of high-tech risk mitigants and other processes to ensure that the product isn't susceptible to the types of abuse that caused us to discontinue the original MoneyPak product.

To be clear, we don't expect that the new MoneyPak Plus will completely fill the large financial void left behind from the elimination of the original MoneyPak, and our expectations are actually quite modest for 2016. We'll tell you more about MoneyPak Plus when we launch it next year.

Of course, we won't provide formal 2016 guidance until our Q4 call. But based on these new initiatives and our private label, branded and processing business lines, and the fact that the negative effects from the MoneyPak discontinuation seem to be showing ongoing stabilization, we feel optimistic about our ability to overcome the expected year-over-year headwind for next year as we lap the MoneyPak-related losses over the course of next year. But there's always a risk in forecasting launch dates, the timing and degree of customer adoption, and how our new products will generate revenue over time.

So we want to communicate both our optimism based on the strength of our initiatives for next year, but also our caution and reserve as we know we have a 5%-or-so year-over-year run rate decline to overcome and that modeling the impact of new initiatives is inherently speculative and actual results could differ materially from our model.

In addition, while those initiatives are in the process of being deployed right now, I also want to remind you that we continue to believe that Green Dot has a meaningful role to play in providing both secured and unsecured credit to millions of current and potentially new Green Dot customers across all of our products and acquisition channels. We have the right brand, the right balance sheet, the right marketing assets, the right scale, the right technology, the right risk management expertise, the right proprietary customer data and the right data science capabilities to be a leader in this space, particularly for the half of America with household incomes below $50,000.

Of course, we also own a bank with a strong track record of knowing how to serve millions of Americans other banks either cannot serve or do not want to serve.

As you may recall, Green Dot Bank is in the process of seeking approval from its regulators for the ability to provide credit products on a national basis through Green Dot Bank. And we are additionally working on other lending business models outside of our bank. We hope to have some positive updates on lending in the near future, although I want to stress their lending initiatives are speculative, are not fully developed and in any event, would not be expected to contribute material revenue in 2016.

Now Mark will provide some color on the financial performance of the quarter and discuss our high level of preliminary outlook for next year. Mark?

**Mark L. Shifke**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Thanks, Steve. For the quarter, Green Dot posted $146.5 million in non-GAAP total operating revenue, $22.2 million in adjusted EBITDA and $0.15 in non-GAAP earnings per share.

Active cards, overall, are down year-over-year by 3%. Our legacy portfolio active cards are down 11% year-over-year, which is reflective of the ecosystem pressure from MoneyPak's discontinuation. The loss in actives began to take place after we discontinued MoneyPak in February and continued to decline until early September, when active card counts largely stabilized.

This lower-than-expected active card base led to slightly softer revenue performance in Q3. Our adjusted EBITDA and non-GAAP EPS, on the other hand, continued to flow through at higher rates than first estimated at the beginning of the year because the quality of our active cards, while fewer in number than we had modeled, are delivering better unit economics than we had modeled.

For example, as I noted a moment ago, our legacy active card base is down 11% year-over-year, yet the revenue generated from those active cards is down only 3% year-over-year. While we are not satisfied with declines in our legacy portfolio, we are pleased with both the enhanced usage and profitability of our current base of active customers.

Margins for the quarter were down by approximately 660 basis points year-over-year. 170 basis points of this decline is the impact of acquisitions completed in the past year, primarily related to incurring the cost base of TPG, which generates all of its profits in the first half of the year. Of the remaining 5 percentage point drop in margins in the legacy business, roughly half of that is due to higher commissions on the MoneyCard program, with challenges primarily related to the MoneyPak discontinuation explaining the rest.

As we incorporate the Q3 results with the latest trends through October, we believe our overall performance in Q4 will be generally consistent with that of Q3, adjusted for seasonality, typical for our business.

So as we saw last year, we will have a lower EBITDA margin in Q4 relative to Q3. And this year, the differential in margin is accentuated by the incremental rev share expenses associated with the MoneyCard program plus some incremental expense from not owning TPG the entire quarter last year.

In respect of our full year performance, we now expect to finish the year slightly below the low end of our previously stated non-GAAP total operating revenue guidance range and to be within our full year guidance ranges for adjusted EBITDA and non-GAAP EPS.

One other note relating to our share count. During the third quarter, we launched an accelerated share repurchase program under our existing 150 million share repurchase program authorization and returned $40 million to our shareholders through this repurchase of common stock. We received approximately 1.8 million shares, representing 80% of the shares expected to be repurchased. We expect to complete the ASR program by Q1 of next year.

While it is premature to formally guide 2016, we expect to enter the year at a lower year-over-year legacy run rate, creating a revenue headwind in the 5% range. So while we believe that the breadth and scale of our new organic initiatives beginning in Q1 can enable us to grow our base of revenue ramping over the course of 2016, we are not expecting very much absolute revenue growth in the aggregate, if any at all, because we first need to grow enough to make up for that headwind.

Our new initiatives expected to launch over the course of 2016 should position us well as we head into 2017. In terms of capital management, we intend to execute additional share repurchases next year and we continue to aggressively look for additional accretive acquisitions.
With that, we will take your questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Ramsey El-Assal of Jefferies.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

So just trying to get a better understand on the preliminary '16 guide. So I mean, looking at your cash transfer line in your key operating metrics, it looks like we start to lap those deeper declines in Q1. So declines are stabilizing from MoneyPak, but there seems to be this incremental headwind that -- is that just from the aging of the cohorts? Or can you just help us understand a little bit more about where the -- kind of go over again where the headwinds are coming from exactly in '16.

**Mark L. Shifke**
*Chief Financial Officer*

Ramsey, it's Mark. Thank you. So as we're looking into '16, I think you're absolutely right. We are looking on -- at 2 aspects. One is our cash transfers and the other is sort of ecosystem impact on our card revenue. We now have about 2 quarters. And if you look at our -- what we're seeing inside of October as well, probably about 7 months of stabilization on the cash transfer line. So we feel pretty good about that. Where we have some difficulty is, if you look at our actives in Q2 to Q3, we saw, I guess, about a 6% decline from $4.8 million to $4.5 million. And our expectation is that has now sort of stabilized and leveled off, and we're expecting to see that in Q4 as well. So when you look at the impact on our active cards going into next year, that's really -- that plus the prior impact on the cash transfer line drives a 5% hold.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Okay. How quickly can you get the replacement MoneyPak product into your distribution? I mean, I'm just trying to think. I understand you're taking an understandably conservative view on how much of this gap you can kind of fill here. But is there any hope that you can get that product into distribution very quickly and potentially ameliorate some of this issue?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, so the answer is we think we can get it in certainly before the end of first half, call it the April time frame, May time frame latest. But you don't know, there is always some risk, the product is in the process of being deployed and it has a whole new back end, which is sort of the secret sauce to preventing the maliciousness of the other product and how it was used in some areas. So that will be rolling out, then retailers have to sell and get it out there. But I want to be clear that, and I said this in the prepared comments, MoneyPak will give us some juice coming back, but it's not going to be as big as the other one. The other product's been off the rack for a year. By that time -- a year and a few months. That means some of the people that used it for various purposes have gone to other services or other cash transfer services. So we think there's still a lot of demand, we can see that, where people still look for the product that had been on the shelf for almost 15 years. So there is a built-in base and we think we'll get some of that back. With the real benefit to next year and the way we intend to grow that 5% back, MoneyPak could be a part of that. We have very, very little revenue in the plan for that. The big part there, the new prepaid products that have better unit economics, and those are the ones that we've been able to look at and say at the current sales rates, even assuming no sales increases at all -- of the new retention rates and the new fee schedules those products have, can we build back up to make past that 5% along with some of the other initiatives we talked about in the prepared remarks. So we feel pretty good that we can make up the 5%. We don't feel really great that we can go much above the 5%, and so that's why you're hearing that caution in our prepared remarks.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Okay. Last one from me. On the new and improved -- or the new MoneyCard product, it wasn't too long ago that you did a redesign there. You broke out some different kind of segments with some different pricing strategies. Is this incremental to those changes, another face on the rack? Or is the entire program being reconceived and relaunched?

**Steven W. Streit**
*Founder, President, CEO & Director*

Let me think how I answer that. And the only reason I'm hesitating is because I'm always respectful of the fact that Walmart's a private business, they're a private business, if you will. And also, there are competitive issues. But let me answer it this way. All of us -- Walmart is a fabulous partner. They're good people individually, they're a great company, we have a lot of discussions together. And all of us are interested in making a great product that consumers really like and that's economically viable. And so to the extent we had other products that maybe didn't sell as well or were not as economically viable, we both have an interest, as any business would, in finding better solutions that please customers and also achieve the desired financial goals. So I'd rather not at this point though, as we sit here in November, talk too much about what's going to be coming up in January, February. But it's fair to say that we do think the new plans will fix a lot of the inventory issues we've had, the merchandising issues, that it will be a product that's a more compelling product that will generate higher sales and unit economics, please customers more, please the bottom line more and the revenue line more. And so we're very eager to get that out there. And once we do get it out in the public domain, we'll talk a lot about it and share a lot of discussion about it. Is that a fair way I'm answering it?

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Yes, I get it. You can't be too specific. That helps.

**Operator**

The next question comes from Sanjay Sakhrani of KBW.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

This is actually Steven Kwok filling in for Sanjay. I guess, just the first question was just around -- you mentioned the 5% headwind for next year. How has that headwind been as we progress through 2015?

**Steven W. Streit**
*Founder, President, CEO & Director*

So at some point -- well, Mark, you actually want answer this? If you took it -- let me answer it the best way -- by the look on your face. So the answer is the 5% headwind is generated because you're only getting rid of MoneyPak once, okay? So you're not going to get rid of that again. So what you're looking at is really the legacy remainder in our card portfolio, if you will, the ecosystem effect. So if you look at the quarters: Q1, we dropped 6%, which was the net organic or legacy drop; Q2, we dropped 8%; Q3, we dropped 13%; Q4, 13.2% or something like that, and so you can see that leveling out. And then if you look at the months that comprise the quarter, you actually see a little bit of a tick up as you get into October. So we feel we bottomed out. And if you take away the MoneyPak effects over all that money, what's remaining is a 5% year-over-year headwind because you're not getting rid of MoneyPak twice. So if you will, that's the ecosystem effects and now we have to make up. And so that's where that numbers come from and that's also how we feel -- why we feel like we've bottomed out. Does that answer the question better?

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. And then in terms of that 5% headwind, is that for the whole year or is that some point during the 2016 that, that 5% will go away?

**Steven W. Streit**
*Founder, President, CEO & Director*

That's the whole year. So what we're saying as we enter the year, if we did nothing -- we didn't have initiatives, we didn't have new products, we didn't have new fee plans, we just sort of sat back and watched the world unfold, we would expect that next year would be 5% lower. So we figure whatever we end the year at minus 5%. And what we're saying is that these new initiatives can minimally help us make up that 5%, which is why that commentary is there.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Got it. And then separately on expenses, given a lot of these new initiatives that you're rolling out. But in general, when we look at earnings over the last couple of quarters, you've been -- your expense has been coming in better than what our expectations are. How should we think about expenses as we enter into next year?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, a lot of our improvements in the bottom line are doing better than we've certainly done on the top line. Top line, we missed by a mile. So if you look at the bottom line, the reason we're still in the range is, yes, because we've done well in expense control, although we've invested really heavily in product development and our technology prowess and things that we think are really important for us going forward. Where we've done better is that we've lost the variable cost on all these cards that are lower. In other words, we have a smaller active base and the customers we've lost for the most part were not great customers. In other words, they were the one and done guys who were buying MoneyPak to do whatever they were doing with. So the customers you have left have just delivered so much more revenue to the bottom line. So your variable cost is the same, your fixed expense is the same, but on a unit basis, you have so much more dropping to the bottom line. So you see this margin expansion. And that's been really the big benefit. And then the loss of MoneyPak, while we lost a lot of revenue, the actual EBITDA contribution was not huge. Because as we opined, we first -- this part we did get right that we're saving so much money by getting rid of MoneyPak that the difference in EBITDA was not huge. There's still a kick in the stomach; it was maybe $10 million or $15 million of lost EBITDA at worst, and that's including the fact that we were way low on the revenue estimate. So we were right luckily on the EBITDA side of it. And so what you're seeing is just a company that's performing better: a lower-cost platform. Our bank wiping out, the last time I looked, $50 million, $60 million of fees that we used to pay at third-party banks. Our operating infrastructure with our Chinese subsidiary, Green Dot Shanghai LLC, which is where we do a lot of our mobile development and web development, our Tampa facility, and this is even before we've migrated to our new processing platform, which will have a full year benefit in 2017 and a half year benefit in 2016. So we've really done a lot of good work on risk and loss management and charge-offs on fraud, if you will, in the call center how we manage so many millions of calls in the course of the year. And so our platform has absolutely gotten more efficient and our customers have become more profitable because we have fewer of them delivering more revenue per unit. So all of that has come together to help us overachieve on the bottom line.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Got it. Got it. And just in terms of like how should we think about EBITDA margin. Should we expect some expansion in next year?

**Mark L. Shifke**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Look, I just want to reiterate. We're not guiding next year at all. And just again to reset the stage, for me this is the first budgeting cycle that I'm going through with the company. And it's not complete yet and the views we're sharing today are preliminary views. And it's easy for me to say, exactly. So look, they're based in part on a desire for us to be transparent about what we're seeing in the business. And as we were just discussing, we're acknowledging we have the headwinds as we enter into 2016 and we're confident about the initiatives and the growth you're going to produce next year and going beyond. But that's about as far as we can go with discussion of revenue. So really, you can't get into a conversation around EBITDA. I would say at a high level the things to think about are, as Steve said, we would expect the continuation of sort of, on a card basis, that nice gross margin from -- in part being contributed by relatively higher revenue on a per-active. On the other side, you have relaunch economics. We're starting -- we've got some initiatives going in. And so we're going to have some costs on the front end of the year, that we'll discuss when we guide into beginning of the year.

**Steven W. Streit**
*Founder, President, CEO & Director*

We'll have more details when we give the formal guidance in the Q4 call. And by that time, we'll have a better sense of the supply chain machine and all of that and we'll be able to get more granular. I think what Mark and I wanted to do, as we see this coming together and it's already November 5, right, so we can see the end of the year and look at that. And as we plan for next year and go through our budget process, we wanted to make sure that we didn't have a disconnect. When we guide in Q4, we want to make sure that you know what we know as we see it in part because, frankly, we're embarrassed by the miss we had on top line this year. We don't want that to happen, and so we're just making sure that we're being unbelievably clear. We've always done our best to do that, but we've not, I guess, particularly well on this past year, related to MoneyPak at least. And so we're just trying to give everyone that heads up of what we're seeing for next year.

**Operator**

[Operator Instructions] The next question comes from Ashish Sabadra of Deutsche Bank.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

So just quickly, Steve, you mentioned the numbers 6%, 8%, 13% legacy drop. I just wanted to confirm those were organic revenue growth numbers. And are those just for the card revenues? Or I was just wondering if you could just give some more clarity around those numbers.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. So 2 things. So actually, Mark just said it was 6%, 10%, 13%, 13%. I think you said 6%, 8%, 13%, 13%. And those weren't growth, those were the losses. So if you look at last year or this year that we're in right now and compare 2015 quarter-by-quarter to 2014 quarter-by-quarter, and you were to say, well, how do you look at how you lap? It's okay. Well, in Q1, we were down 6%. In Q2, year-over-year comparison from Q2 2014, we were down 10%. Only in legacy is what we're talking about. We were up in reality, right? Because we bought all those companies. So the consolidated revenue was up. But just in the legacy piece, down 6%, down 10%, down 13%, we leveled out, down 13% again. And so we have to lap that into about August of next year to one of the other caller's points. We're going to have lapping of the cash trans sooner, that's been stable for longer. But in terms of the ecosystem effects, that didn't level out here till August, September. So that's going to to have that delta that we have to make up through that period of time.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

Yes. I was just looking at those average fee per transfer. And I see that, that's come down significantly. I don't know if it's the right metric to look at. I was just dividing the cash transfer revenues with the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

number of transaction, and I see that's down to $3. I was just wondering if there's any puts and takes there.

**Steven W. Streit**
*Founder, President, CEO & Director*

There are. So in 2013, when we rolled out the new MoneyCard suite of products at Walmart, one of the products had a free reload component. And the theory was that if you provided a free reload, would usage go through the roof and with the extra interchange and other economics that the users generate make up for the lost reload revenue. And so what you're seeing there is that the numbers of reloads are similar, but a lot of them we now give away for free. And so the average of all reloads by the denominator of the revenue we make is now that average. So I think the average looks suppressed -- if you were to sort of take out the freebies and say what's my denominator of only those who pay the fee? My guess is that would be the same as it used to be or maybe even a little bit higher, I don't know. But that's what that is. But that's why it looks so much lower, because we were giving away so many millions of free reloads under that 2013 fee plan.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

Okay. Now that's helpful. And maybe one final question without beating the dead horse on this 5% decline and then to offset, you highlighted a lot of new initiatives. But just based on the timing of those initiatives and your historical experience in launching these initiatives, what would you say is your level of comfort around offsetting all the headwinds that you have?

**Steven W. Streit**
*Founder, President, CEO & Director*

So based on what I'm looking at now on the supply-chain routine, and supply-chain for those of you who work in logistics industries is sort of like a dominoes or Rube Goldberg machine where once it starts, you can't stop it or start it. It just kind of happens. And we're beginning that process now. And right now, it's looking good to roll out the products beginning in late January then continuing until the end of March with full roll outs, and then there could be some stragglers after that. And assuming that all happens on time, the answer is we're highly confident that we can make up that 5% in the course of the year. What's more speculative is what happens after that, can we go past it? Can we be way past it? And that's the part that we're more cautious of and that we'll have maybe a little bit more visibility when we actually guide next year. But the initiatives are high-quality and a lot of them are based on the actual revenue the cards generate and the attractiveness of the features and the tremendous amount of research that we've done in that planning. So the answer is we feel pretty good about making up the 5% headwinds, the delta, but we certainly don't want to go any further than that.

**Operator**

The next question comes from Matt Lipton of Autonomous Research.

**Matthew Thomas Lipton**
*Autonomous Research LLP*

Steve, you made a comment that next year, if you did nothing you'd be down 5%. But clearly, that's related to MoneyPak. I guess, if you were to have to do like an industry-benchmarking exercise or as you guys are working through these initial plans, if you had to take the acquired portfolios plus the core portfolio, is there any sense you can give us of what just your prepaid cards business whether, that's active cards or revenue, is actually growing if you strip out MoneyPak and just think about what you have left, what that growth rate looks like in '16? I don't know if that's -- It might be more art than science, but just curious to get your thoughts there.

**Steven W. Streit**
*Founder, President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes, it is. It's hard to say, I think, for 2 reasons. Number one, we -- Mark and I kind of have a blood brothers bond that we wouldn't go down the road of too much guidance for 2016 until we've got a chance to really buckle down and formally do that. So this is very high level and preliminary. But it's sort of an intertwined answer, it's kind of like heart and lungs if you separate them to see how they operate independently. MoneyPak was so ingrained in the Green Dot ecosystem, and that's one of the reasons why we miss it so much. And with the loss of MoneyPak, that part is easy. It's 4.95x x number of MoneyPak. So that you don't have to be a genius to figure out. Predicting that apparently needed to be a genius, but not in terms of once we've done it figuring it out. And but what was unique and something we didn't expect was the active card impact that getting rid of MoneyPak would have. For any number of reasons, "Hey, I can't figure out how to reload," you drop off, first time reloads, all the things that go into that whole ecosystem. So it's kind of a question I can't answer, because you'd first have to say, well, how many card sales and active cards declined specifically because of MoneyPak, what we refer to as the ecosystem. And what would they have been, if we've had MoneyPak and all that? So I think when you throw in the consolidated, it's probably close to flat or down a few points, which is what we were this quarter. But the legacy portfolio is what we're most focused on. Because, a, that's where the most opportunity for growth is. You have a hundred thousand retailers with the brand that is so dominant and so preferred by our customer base more than ever. And at the same time, you have a challenge with some use cases and people figuring out how to reload. So the trick is to rightsize the legacy portfolio. And as goes the legacy portfolio, you'll see the rest of our prepaid business come along.

**Matthew Thomas Lipton**
*Autonomous Research LLP*

That's fair. Maybe another way to come at it then would be, if you took the 15% revenue growth, give or take that you're guiding to this year, ex the 10% kind of average losses, you just talked about the 6%, 10%, 13%, 13%. If you're thinking the acquisition, I'm not sure exactly what that number is, I'm not sure if it's one you've given on what that adds to this year's growth. I mean, what's the kind of organic base line growth rate for Green Dot in 2015?

**Steven W. Streit**
*Founder, President, CEO & Director*

Oh my gosh, when you take, this would be a swag. And maybe Mark, one of the finance guys in the room, should do it. But if you just take a swag, MoneyPak alone was down something like $50 million to $60 million, including transaction fees and ecosystem. We have the growing number of free reloads, which is another blow to our legacy revenue year-over-year from that Walmart fee plan. And that's been, as you know, a 2-year event. And as we've had to absorb, oh my gosh, $70 million to $80 million, I guess, between all that, and we still grew double-digits, but only because we bought some good companies with no synergies. That was just sort of the naked run rate as you buy those companies. As we were able to generate synergies with TPG on the revenue side, and we think that, that could generate some money with the new programs we have there and we look at the new initiatives, we think we can make that growth rate. But I'd have to assume that given those -- size of those losses, I'm sure that would be flat or down a little bit on just our legacy year-over-year. So the acquisition is really -- is what allowed us to achieve that growth rate. And we can be more precise. And I apologize, I don't have the numbers in front of me. But certainly, we can be more precise in other calls. You can submit some questions to Chris or Mark and get a better answer.

**Operator**

[Operator Instructions] The next question comes from Tien-tsin Huang of JPMorgan.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Just on the, I guess, Walmart question there. It looks like it took a little bit of a step back. Just curious how that's, like I always asked, performing versus plan. Is there visibility there? And I get the knock-on effects from MoneyPak. But are there plans to do anything specific there post the renewal to revise growth?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Steven W. Streit**
*Founder, President, CEO & Director*

The answer is, yes, a lot. And Tien-tsin, that's what I alluded to in the prepared remarks. We have taken our business and have taken very specific concrete steps really of historic proportions in the company in terms of new products, the way we design our fee plans, the value of the product in terms of how customers adopt to it, the way we're merchandising it, the way we focus people on it, the Steve Harvey relationship, which has done well for us and will continue to, and the plans there, our new online businesses and the synergies that we've created between the account now achieved as well as the existing Green Dot online business. And so every part of our legacy business is entirely new for next year, specifically with the goal of stopping the loss, getting the train to move in the other direction. But portfolios are hard to move overnight there. I always liken them, if you picture a visualization of a long train that takes a long time to go from 90 miles an hour back down to 50 miles an hour. And when you release the brake and you put the gas on, it's going to take awhile to get up to 90 miles an hour. It's a very big machine and we have millions and millions of customers who comprise that train, old customers, new customers, evolving customers, ones and dones who contribute nothing, maybe even negative margins, and then you have direct deposit customers who are very profitable. And all these people are on the train. So the answer is what we've done is look at each part of our business and made sure that each part of our legacy business has very specific and achievable concrete initiatives to make sure that we can stop the losses -- or the declines, I should say, not losses, but declines, and then reverse that train to start picking up growth and speed. And we have a pretty good feel that we can do that and I'm excited to have them on shelf and for investors and analysts to see him, I think you'll all be impressed with them and we think the results will be impressive. There's always risk with new products, but we feel really good about all of that for each of our legacy divisions. And then to the extent that there's other initiatives that are not part of legacy, we haven't really talked about them today on this call. But we are focused for sure on fixing that legacy decline rate, no question about it, including Walmart and everywhere else.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Okay. Just my only other question is just around the revenue synergies you guys called out on TPG. Anything else you can share there in terms -- I saw the tax refund program and a few details there. But do you -- how hard is it to get various partners to turn something like that on to actually advertise it, educate the market to achieve that as their funding source?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well -- so yes, we have the prefund program. Is that what you were alluding to, or that you just said was on the website.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Yes.

**Mark L. Shifke**
*Chief Financial Officer*

Okay, very good. You're very good at looking at that stuff. So I wasn't sure if that was out there. So you have the prefund, which we think will have good adoption. We've taken a very conservative swag of what that might be. For those of you who haven't done as much work as Tien-tsin has done, that's a program where if you are a TPG tax client, in other words, you're processing your tax refunds through TPG, you can now also opt to offer your customer a Green Dot prepaid card account to receive your tax refund, and then there will be a way for you to get some money to spend right away as you leave the tax preparer's office. It's similar to what H&R Block has done for years or, in a different way, Jackson Hewitt has done, for but the independent pro-channel, they've not ever had access to a name brand like Green Dot or the ability or the capital to do those kinds of programs. So our TPG division did a very good job. Bill Maher and his team and the leadership of that division are putting together a program that is very attractive to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GREEN DOT CORPORATION FQ3 2015 EARNINGS CALL | NOV 05, 2015

the tax prepares, also called EROs, that use TPG's software. So the goal is to get more folks and the tax preparations community choosing TPG as their processor. And at the same time issue Green Dot accounts where last year we had none, to get those tax refunds. And it could be a really good program. And then there are others as well that have not yet been announced, and we'll talk about those in January. But between the cost synergies of putting some of that business in the Green Dot Bank, whereas today, TPG is paying third-party banks. And then the revenue synergies of having Green Dot accounts issued to receive tax refunds. Some of that theory that we had when we first bought the company, we begin -- we'll begin to play out now in Q1. We'll have to see how big it can get. And if it works, the improvements we can make to make it bigger year-over-year going forward.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Okay. I know I said that was my last question. But just to follow up on that, is there a way for us to size that, Steve, in theme? Just what percent of your -- of all the tax filings do you have agreements with EROs to offer this as an option?

**Steven W. Streit**
*Founder, President, CEO & Director*

Oh gosh. Is there a way to size it? Yes. Is there a way I'm going to tell you how to size it? Probably not. But let it be a nice surprise. And the reason is it's our first year doing it. I can tell you that there are 7 distribution partners who exist in the U.S. who do tax software distribution, if you will. And 5 of them have integrated with TPG to make this offer. So it's 5 of the 7. And those 5 of the 7 probably represent, I'm going to guess, 10,000 independent EROs around the country. How many will actually adopt the Green Dot program, how many will offer it to their customers, will the customer take it or not take it? That, we'll need to learn. TPG has its estimates. They have 25 years of doing this and they have a better sense of it than I do. But whatever they've guessed, we've taken it and cut it by a lot and we'll see where it goes. But it could be a nice surprise. And at the very least, we're excited about the opportunity to enter that market in a real way.

**Operator**

Our final question for today comes from Andrew Jeffrey of SunTrust.

**Oscar D. Turner**
*SunTrust Robinson Humphrey, Inc., Research Division*

This is Oscar Turner on for Andrew. I was just wondering if you can talk about the competitive environment within the GPR card market? And perhaps any color on how that is shaping your outlook for next year? I know you guys mentioned the new MoneyPak product will be coming next year, but just trying to figure out how much the environment could affect its performance versus the old MoneyCard product. And I know that you mentioned that you might have lost your customers, but also it may be that it's a tougher environment. So...

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. So just to be clear, I know what you meant, but just because these transcripts will be read by others going forward, you're referring to the MoneyPak, the cash transfer product, not the MoneyCard, the Walmart GPR product, right?

**Oscar D. Turner**
*SunTrust Robinson Humphrey, Inc., Research Division*

Correct.

**Steven W. Streit**
*Founder, President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. So The answer is that the competitive marketplace really wouldn't impact MoneyPak, the cash transfer product, because there's nothing else like it in the market at any size and scale. And when we pulled it, our competitor pulled it as well, a private company called Income. They pulled theirs, we pulled ours because both of us we're having the same identical issue with it. So there's nothing else like it. When we bring it back, we'll do our best to promote it properly and regenerate its active customer base. But we have very little program in terms of revenue for it next year. On the other side of the question, on the GPR side, we expect the competitive environment to get better not worse. And the reason we say that is pretty much everybody and their great aunt launched a GPR program, say, starting in 2013 or late 2012 even. And so if you think about Iraq where Green Dot, up until the end of 2012, was the only product on the rack, American Express came out with 2 or 3 products and promoted it heavily, as you know. And Income has their products, and NetSpend put their products into retail and they've done a good job in getting it out to a lot of retailers. Oh my gosh, I'm missing some. There's 2 or 3 more I'm missing that I have to think about. But we have a full rack of all these products. It's really a sea of colors when they go up to the prepaid rack. But now you fast-forward 1.5 years, 2 years later. Chase has gone out of the market. Very respectfully to American Express, it's a great company, their products have not sold, they're at the bottom of the rack, generally. There's no leadership running it. I think it's fair to say that most people in the industry view that division as if not done, generally done, at least on the prepared side. And so that, we're not seeing that increase anymore in terms of competitive pressure against Green Dot. And everyone who's out there is out there. So the question is, will our new products sell better? We hope they will. But all of those products together did hurt our growth rate. If you think about all those 6, 7, 8 products together plus all the banks, including your own, right, everybody had a prepaid product that launched -- we think it probably ate between 10% and 12%, 10% and 15% of Green Dot's thunder, if you will, that could have been growth or could have been ecosystem. So if you think of every product we're outselling 7:1, 12:1, 16:1, 8:1, those are all great victories. But combined, it still does eat away some of your froth in the growth of the metric. And so that has not helped us for sure. But as you go forward into next year, there's no more new competitors coming out. Most of the competitors who had big launches have run away and licked their wounds and you're going to be left with the Green Dot with NetSpend, income will have their nonreloadable products that have been out there for many years. And that's pretty much it. AmEx will have products here, but they are what they are. So I don't see the competitive landscape getting worse, I see it getting better. And I also want to point out one note out. I know there's a lot of speculation earlier on about price compression, and oh my gosh, net -- What do you call it, "American Express' products are free," and not anymore. For those of you who aren't aware of it, American Express announced that their new monthly fee on their prepaid card is either $4.95 or $5.95, and gone are the days of the free prepaid cards. So I think that shows you where price compression went. It's actually been an era of price expansion in some ways. So I do think that, as time has gone by, we've learned a lot. Our competitors have learned a lot. Green Dot's here to stay. I think NetSpend's here to stay. Income will have their niche product, but that's pretty much all she wrote. And so I do think -- see some stabilization of that next year.

**Steven W. Streit**
*Founder, President, CEO & Director*

I think that's all we have in queue. I'm sorry, operator, go ahead, do your thing.

**Operator**

Yes, that was pretty much all I was going to say. I was going to give it back to you.

**Steven W. Streit**
*Founder, President, CEO & Director*

Okay, very good. Thank you all for listening. We appreciate it. We'll have our formal guidance in Q4. And as we have more details on our initiatives, we'll let you know. Thank you all for listening and have a great day.

**Operator**
The conference is now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit B

**S&P Global**
Market Intelligence

# Green Dot Corporation NYSE:GDOT

# FQ3 2016 Earnings Call Transcripts

## Wednesday, November 09, 2016 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2016- | | | -FQ4 2016- | -FY 2016- | -FY 2017- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.17 | 0.21 | ▲23.53 | 0.19 | 1.43 | 1.73 |
| **Revenue (mm)** | 151.74 | 154.49 | ▲1.81 | 158.37 | 711.51 | 746.70 |

Currency: USD
Consensus as of  Nov-04-2016 9:01 PM GMT



**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2015** | 0.04 | 0.06 | ▲1 50.00 % |
| **FQ1 2016** | 0.71 | 0.80 | ▲2 12.68 % |
| **FQ2 2016** | 0.24 | 0.27 | ▲3 12.50 % |
| **FQ3 2016** | 0.17 | 0.21 | ▲4 23.53 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ........................................................................................ | **3** |
| **Presentation** | ........................................................................................ | **4** |
| **Question and Answer** | ........................................................................................ | **10** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Dara Dierks**
*Managing Director*

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, President, CEO & Director*

**ANALYSTS**

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

**Unknown Analyst**

**Vasundhara Govil**
*Morgan Stanley, Research Division*

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon, and welcome to the Green Dot Corporation's Third Quarter 2016 Earnings Conference Call. Please note this event is being recorded.

I would now like to turn the conference over to Dara Dierks. Please go ahead.

**Dara Dierks**
*Managing Director*

Thank you, and good afternoon, everyone. On today's call, we'll discuss 2016 third quarter performance and thoughts about the remainder of the year. Following these remarks, we will open the call for questions. For those of you who have not yet accessed the earnings press release that accompanies this call and webcast, it can be found at ir.greendot.com. Additional operational data has been provided in the supplemental table within our press release.

As a reminder, our comments include forward-looking statements about, among other things, our expectations regarding future results and performance. Please refer to the cautionary language in the earnings release and in Green Dot's filings with the Securities and Exchange Commission, including the most recent Form 10-K that we filed on February 29, 2016, for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements.

During the call, we will make reference to financial measures that do not conform to generally accepted accounting principles. For the sake of clarity, unless otherwise noted, all numbers we talk about today, including revenue per active card, will be on a non-GAAP basis. The information may be calculated differently than similar non-GAAP data presented by other companies. Quantitative reconciliations of our non-GAAP financial information to the most directly comparable GAAP financial information appears in today's press release.

The content of this call is property of the Green Dot Corporation and is subject to copyright protections.

Now I'd like to turn the call over to Steve.

**Steven W. Streit**
*Founder, President, CEO & Director*

Thank you, Dara, and welcome, everyone, to our third quarter earnings call. I'm pleased to report that Q3 was another good quarter for Green Dot, led by continued strong revenue performance from our new category of prepaid cards that rolled out earlier in the year and better-than-expected performance from our Green Dot Direct division.

We also enjoyed better-than-expected bottom line performance, led by the success of our ongoing cost savings initiatives that favorably impacted SG&A and supply chain costs, combined with expanding margins on the prepaid card business as a result of the new fee plans and better customer behavior that combined to deliver materially better unit economics from our base of active card holders.

Total non-GAAP operating revenue came in at $154.6 million, representing a 5.6% year-over-year growth rate, with adjusted EBITDA coming in at $23.8 million, a growth rate of 7%, even with the inclusion of $2.3 million in unusual incremental of launch expenses in the quarter and the additional burden of a $1.5 million writeoff of an uncollectible receivable from a prior period.

Non-GAAP EPS for the quarter was $0.21 versus our expectation of $0.16. This equates to year-over-year non-GAAP EPS growth of 40%, including those incremental unusual expenses in the quarter.

We did better than we guided as a result of slightly lower D&A, a better tax rate related to tax credits, and of course, the fact that we achieved a better-than-expected adjusted EBITDA result.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The high level summary of the quarter is that the year is playing out along the thematic that we laid out when we provided full year guidance on the February call.

Non-GAAP total operating revenue, adjusted EBITDA and non-GAAP EPS results are all improving steadily quarter-after-quarter on a year-over-year basis.

For example, non-GAAP total operating revenue was minus 1% year-over-year in Q1, and we had plus 1.6% year-over-year in Q2 and plus, as you just heard, nearly 6% in Q3. So that trend line is encouraging, especially when much of that revenue is of a higher margin nature and is then layered onto an increasingly more efficient operating platform.

Mark will provide some key stats on our card portfolio later in his section, but I do want to call out our direct deposit penetration, which continued to improve very nicely, up 15% year-over-year in the quarter, with 67% of our total card loads now coming from direct deposit as of Q3.

We are seeing direct deposit growth as both a percentage of active cards and growth in the absolute number of direct deposit accounts.

The quality of our direct deposit customer is very strong relative to many other prepaid programs, because substantially all of our direct deposit customers are self-enrolled as opposed to a card that a customer receives, say, as a payroll card from an employer or as a disbursement card in lieu of cash.

In our case, substantially all of our direct deposit enrollment is a result of a customer buying a card and taking the initiative to enroll themselves in direct deposit through their employer or benefits provider, just as you all have likely done with your own checking account.

We have many initiatives in development to continue to make that self-enrollment process easier and more intuitive for our customers.

As you know, earlier this year, we introduced a framework of a six-step plan to drive growth and deliver at least $1.75 of non-GAAP EPS in 2017. We remain focused on this six-step plan and I'd like to share our progress on each step.

Our first step was to launch new, more appealing products with materially better unit economics at all 100,000 Green Dot retailers. These new products are doing very well for us and seem to be attracting a more committed customer base. We see this commitment not just in terms of the usual KPIs like higher GDV and higher spend and higher direct deposit enrollment rates, like we just discussed, but we also see the commitment in terms of the adoption of features.

For example, thousands of customers now write checks to pay their rent and for other reasons. Thousands deposit checks using their mobile phone camera. Many thousands send P2P payments to one another, and download rates of our mobile apps from the Apple and Google Play app stores have grown more than 600% in just the past 24 months.

Another interesting stat is that we now see around 70% of all incoming web traffic to Green Dot brand Internet properties coming from a mobile device browser, up from practically 0% just maybe 2 or 3 years ago.

Another example of customer commitment is the rapid adoption of our new savings account feature on the Walmart MoneyCard. In just the first 60 days of launch, MoneyCard customers have put away tens of millions of dollars into their integrated savings vault feature on the MoneyCard app in order to save up money for a rainy day or for that special purchase.

As you may know, most Americans, even middle-class Americans, don't save up money like they used to in the old days for the future or for a rainy day. And what we're proving is that with an intuitive mobile UI and a good offer, like the chance to win money every month just for putting money away into a savings vault, even the lowest income Americans can now enjoy the peace of mind that saving up money for a rainy day helps provide.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Between improving revenue generating characteristics of our legacy card portfolio and the strong unit economics of our new card products, we're benefiting from material year-over-year organic growth in our prepaid card business line.

As you'll recall from when we originally discussed 2016 guidance, we estimated that we would need to generate an additional $35 million-or-so of organic revenue growth just to make up for the MoneyPak-related losses in 2015. The fact that we're actually up year-over-year in revenue is a really good sign.

The second step was the reintroduction of MoneyPak with new risk controls. The new MoneyPak, which rolled out to retailers in April and is currently on sale at around 40,000 Green Dot retailers, including Walgreens, Rite Aid, Kroger, and more recently, CVS and Dollar General. Distribution on the associated sales volume has ramped nicely since its reintroduction, and we're pleased that the customer experience from the new risk controls seem to be working and performing well.

As we get back to critical mass distribution with MoneyPak, our next goal would be to develop new and more compelling ways that MoneyPak can be used to solve customer pay points in new and disruptive ways.

The third step was to make modest investments in high potential initiatives that align with our road map for growth. Examples given were our newly secured credit card called Green Dot Platinum Visa and our Uber 1099 disbursement solution set. The Green Dot Platinum Visa credit card program is up and running and attracting good customer traction with thousands of cards applied for and approved.

Now we need to see how many of these customers will activate their cards once they get them at home and whether they'll make their cash security deposit, and then whether they'll make their monthly payments on time so we can them build up their credit score over time. But we're pleased so far with the rollout.

Adoption of our 2 programs with Uber is also going well, with continued growth for both our GoBank checking account service and the Instant Pay to any debit service that we launched earlier in the year.

We wondered whether the availability of Instant Pay to any debit card would harm GoBank checking account enrollments, but, in fact, the adoption of both services is growing nicely.

The Any Debit program, in particular, has scaled very fast, with millions of transactions completed so far. The program is a real hit with drivers, and we're very pleased to serve as the bank of Uber for these innovative offerings.

The Green Dot asset stack is really quite unique and special: deep FinTech and payments expertise; high-scale comprehensive program management; and a well-capitalized bank that can move as fast as our Silicon Valley partners. We think we have real opportunities in this whole 1099 faster payments instant money processing space, and we're pursuing our strategy to address opportunities as we see them.

We believe that our money processing division, the same division that owns MoneyPak and our swipe reload network, can become a big driver of growth for Green Dot over time.

Step #4 was to launch major platform initiatives that are intended to drive significant cost reductions this year and next. We've already made good progress on reductions in cost across the consolidated enterprise, and we have a high degree of confidence that we'll be able to achieve our efficiency goals for 2017. We'll share more of that detail with you on our fourth quarter earnings call when we guide 2017.

Steps 5 and 6 have to do with return on capital and capital allocation. I'm pleased to let you know that concurrent with our 5-year anniversary this month of the acquisition of Bonneville Bancorp, later renamed Green Dot Bank, our required 15% Tier 1 capital requirement expires, thereby enabling the bank to establish a more typical capital reserve ratio for a bank of our risk profile.

While we've not yet determined the exact amount of our new Tier 1 capital reserve requirements, we expect it to be significantly lower than today's 15%. So this means we expect to be freeing up a fairly significant amount of cash over the next few months that we can then use to make acquisitions or pay off debt or buy back shares.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Additionally, you may recall that we have a request pending with the Federal Reserve to allow us to invest our bank's balance sheet in a more traditional mix of long and short duration investments.

Our current commitment requires us to hold a majority of our bank's investable balance sheet in cash and cash equivalents, which causes us to generate very modest annual returns. But should we secure commitment relief from our regulators, we'd expect to be able to generate significantly higher returns on assets, with those returns dropping to the bottom line on a consolidated basis.

In aggregate, the ability to tie up significantly less capital to run our bank and the opportunity to more profitably use our bank's balance sheet to generate new business opportunities and higher returns on assets are all good things that we expect to benefit Green Dot's consolidated financial results over time.

Now let's talk about capital allocation. We continue to be committed to share buybacks and are highly interested in making accretive and strategic acquisitions when we can find them. We still have $50 million remaining in the buyback authorization which we expect to execute in 2017. And while there's nothing definite to report, we do continue to still look at deals we think could be a great fit for our company and a great deal for our investors.

Before I turn it over to Mark, I want to provide 2 other updates. First, you now all know that the CFPB issued their prepaid rules. It's a large document of nearly 2,000 pages, so it would be hard for me to comment specifically at each aspect of the rule, but I can let you know that we're in agreement with the spirit of the new rules, and we think that the CFPB worked thoughtfully, cautiously and diligently to craft a rule that protects consumers, ensures a level playing field and does its best to achieve the right balance of regulation and free markets innovation.

While no rule is perfect and I would expect some implementation hiccups here and there, our initial view is that Green Dot will emerge unscathed with no material financial or operational impacts to our business.

It's gratifying to know that prepaid can now graduate from the perception of some as a fringe product living outside the mainstream of banking into the mainstream of the regulated bank accounts, and in so doing, finally allow us to move past the long period of regulatory uncertainty.

Finally, today I want to let you know that Kostas Sgoutas, my longtime partner of the business and good friend, will be transitioning from his current role as Chief Revenue Officer effective the end of this month. Kostas has been with Green Dot for nearly 12 years and has served as Chief Revenue Officer for about the last 5 years. Kostas will continue to work with Green Dot, reporting directly into me for the next several months into next year while he focuses on select new initiatives where his time and creative energy will help add value. Kostas is deeply respected by everyone in the Green Dot ecosystem and has been instrumental in building and growing our company for more than a decade. We're all so appreciative of his many contributions over so many years.

Replacing Kostas in the role of Chief Revenue Officer is Brett Narlinger. We will welcome Brett from Mercury Payments, the high growth and leading FinTech merchant processor where Brett served as Chief Revenue Officer prior to its sale to Vantiv. Before Mercury, Brett served as Executive Vice President of Bank of America Merchant Services, and prior to that, spent over 17 years leading the enterprise sales efforts for First Data Corporation. Brett is a deeply experienced sales and revenue leader who is known to be an aggressive, highly accountable and highly ethical business builder who has a strong track record of success in recruiting and managing world-class revenue teams.

Kostas and I both agree that Brett is someone who will be a great fit into Green Dot's performance culture, and we both look forward to him starting in his new role on November 28.

And with that, I'll now hand the call over to Mark Shifke. Mark?

**Mark L. Shifke**
*Chief Financial Officer*

Thanks, Steve.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I'd like to start by providing some insight into our strong performance in the quarter on the top and bottom line, followed by commentary on our 2 business segments and how they each contributed to our results.

First, I'm pleased to report that we delivered $154.6 million in non-GAAP total operating revenue. Recall that due to MoneyPak's discontinuation in early 2015 and the negative impact it had to active cards and associated revenue over the course of the year, we started this year with an approximate $35 million headwind that we would need to grow past just to break even in 2016 on a year-over-year basis.

As we look at our quarterly performance sequentially over the year, non-GAAP total operating revenue was down 1% in Q1 and was up 1.6% in Q2, and then was up again 5.6% in Q3.

We expect Q4 non-GAAP revenue to be up year-over-year as well, and we will discuss this expectation as part of guidance later in the call.

So this trend shows our growth trends are working as expected. Revenue growth came from all product lines, including prepaid cards, GoBank accounts and cash transfers. In our Account Services segment, the quality of our portfolio continues to drive revenue growth. Account Services revenue grew by 5.4% year-over-year and revenue per active increased 16% year-over-year.

We believe this increase reflects a shift in the mix of our active card portfolio toward higher revenue-generating customers as compared to 2015. You can see evidence of customer quality with our third consecutive quarter of increases in purchase volume, which was up 2%, and gross dollar volume which was up 6% despite active cards being down 9%.

Direct deposit penetration as a percentage of active cards was up for at least the 10th consecutive quarter year-over-year, posting a 15% increase in the percentage of active cards receiving direct deposit.

Our Processing and Settlement segment also delivered solid results. This segment is up 5% year-over-year, with revenue per cash transfer growing by 6% year-over-year. We expect this trend to continue primarily because we no longer offer free reloads on our new prepaid card products, while the previous card products that are still able to be reloaded for free are slowly becoming a smaller portion of our total active cards.

In addition, the new MoneyPak sells for $1 more than the old MoneyPak. As such, we would expect our average revenue per reload to continue to rise. So it's encouraging to, once again, see organic growth from this legacy business line.

We also enjoyed solid performance on margins. Adjusted EBITDA in the quarter was $23.8 million, including the absorption of approximately $2.3 million of incremental expenses in the quarter associated with launching our new prepaid products in approximately 100,000 retailers. On top of that, we also booked a write-off of $1.5 million related to an uncollectible receivable from a prior period.

So despite the burden of those combined $3.8 million in expense in the quarter, we were still able to expand consolidated margins by around 25 basis points on a year-over-year basis.

Margin expansion is being driven in our legacy business lines by what we believe to be 4 sustainable and repeatable factors: one, higher revenue per active card from our installed base of older prepaid cards; two, better unit economics from our new suite of prepaid cards; three, a continuing trend of higher revenue per reload transaction; and four, an increasingly more efficient operating platform, allowing more of that incremental revenue to fall to the bottom line.

Non-GAAP EPS came in at $0.21, representing year-over-year growth of 40% even with the absorption of those incremental expenses in the period. This outperformance was due to better-than-expected adjusted EBITDA performance in the quarter combined with $0.01 of lower depreciation and amortization and $0.02 attributable to tax credits we are now allowed to fully recognize that yielded a lower-than-expected tax rate.

Now let's discuss our thoughts for the remainder of 2016. As we're now nearly halfway through the fourth quarter, we expect to finish the year at the high end of our non-GAAP revenue guidance range of $708

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

million to $713 million. But we expect to finish the year at the low end of our adjusted EBITDA guidance range of $156 million to $160 million. This implies that we see around $4 million of higher-than-expected expenses unfolding in Q4.

Approximately $2 million of this incremental expense is due to a decision to invest higher marketing dollars towards a program that's been delivering a strong return on investment. While this incremental marketing spend is a negative in the quarter, it's expected to be a worthwhile positive in future periods, which is why we're spending the money now.

The other approximately $2 million is due to higher-than-expected fees being charged to us by the payment networks, primarily driven by higher-than-expected number of ATM transactions and purchase transactions in the quarter combined with higher-than-expected fees on those ATM and purchase transactions. We believe we have an opportunity to get at least part of these fees reduced going forward, but likely not in time to benefit this Q4.

A full year result of $156 million of adjusted EBITDA is expected to deliver full year EPS that's above the middle of our non-GAAP EPS guidance range of $1.39 to $1.44.

So in summary, our top line for the full year is looking strong and on track to deliver the high end of our expectations, and the bottom line is proving to be quite resilient, with full year adjusted EBITDA expected to finish at the low end of the guidance range, delivering non-GAAP EPS at above the midpoint of the guidance range.

These results are despite absorbing the $2.3 million of launch expenses in Q3, plus absorbing higher-than-expected expenses of an additional $5.5 million on top of that for the second half, related to the prior year period write-off that we took in Q3 and the incremental marketing spend plus higher-than-expected payment network fees in Q4.

As we begin to turn our attention to next year, we are encouraged by the financial trends we are seeing across our enterprise, including improvements in both consolidated top line and bottom line results, and we remain on track towards achieving at least $1.75 in non-GAAP EPS in 2017.
With that, I would like to ask the operator to open the phone for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Ramsey El-Assal from Jefferies.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Wanted to ask about the commentary, Steve, that you made on the Tier 1 capital ratio, expecting that potentially to come in lower, freeing up some cash for your corporate use. Can you quantify that for us in terms of just sensitize it? I know you don't know the final number, but say it's 10% rather than 15%, what does that mean exactly?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, I can give you sort of a range of options. The way it works that we would meet internally and risk-weight assets on the balance sheet. We'd have an objective review of that, decide on it, meet with our regulators and see if they agree with that review of our risk weighting. And then if we agreed, we'd lower the capital ratio to something normal for that kind of risk-weighted bank. So if you think of the world of possibilities without regard to Green Dot Bank, if you look at other banks in our world that have, frankly, riskier assets than we do, which today is almost all cash, anywhere from 7% to 9% is fairly typical. We don't know if we'll be in that range or not, but that's just factually if you look at other banks' call reports and capital reserves, sometimes less, sometimes as low as 6%. So if you think about us going from 15% to half of that or 15% to something less than that, you can kind of figure out the range of cash. We have about $140 million of Tier 1 reserve in the bank today. So if you were able to wipe out half of that, let's say, and enable -- well, that would be $70 million, but it's hard to know where we'll be. And we want to take a really careful approach to that because the goal is here to free up cash that's appropriate, but make sure that the bank is always being run with an extraordinary eye on conservativism and safety.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

And any preliminary thoughts on prioritizing that, if it were to materialize? Any thoughts in terms of returning to shareholders versus M&A versus other uses?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, whether we did -- the answer is no, not that I can talk about on the call. But look, we like share buybacks, right? We've done $100 million so far. We have another $50 million left in the authorizations. We like that. And we like buying companies if they can be highly accretive, and I think we've done a good job with that as well. So it could be either of those 2 things and both would in some way return cash to shareholders. But to your point, we want to put it to work and we want to put it to good use to generate a better EPS.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Okay. I wanted to ask about the new products you've launched and the pricing and the impact of that pricing kind of going forward. I understand that there's a sort of a critical map that has to be achieved in your portfolio wherein these new cards basically start to supplant over time the old cards and then the more favorable economics sort of show up. So I guess 2 questions. First, where are we in terms of this mix shift in the portfolio from the new economics -- towards the new economics away from the old economics? And then I'm just trying to get an understanding of how that impact should be felt over time. Is there some type of an inflection or tipping point where we see sort of a more dramatic kind of step

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

function impact from the new pricing, or is it just sort of a more gentle tailwind that kind of feathers in over a longer period of time?

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. I sort of -- listen, that's a really strong question and one that I can't give a lot of precision to. The answer is, if you think of sort of 2 cohort maps on a wall or on a whiteboard and -- or waves, I'm trying to think of a visualization here, you have the old cards trailing down over time, you have the new ones ticking up over time, and to your point, there's this critical mass that generally, if you just look at our disclosures over years, if you have an average turnover of 8 months then maybe it takes 8 months. But the problem is, is that average is not particularly predictive because you have direct deposit customers we retain for years, you have one-and-dones we retain for an hour, and then the mix of that is that 8 months. So the -- as the older customers mature and get better, they stay on for a longer time. So I would guess, without looking at the cohorts, if we just had to take a wild guess it's going to be anywhere from a year to a year and a half. So call it Q2 of next year you'd expect to see something. At the same time, though, what we're seeing, which is really positive, it's why you're seeing the margin, the performance ramp up so quickly, is that our remaining cardholders, in other words, remember in the last earnings call, I described that softball with a hard core center, that hard core center is still really hard and it's still there. So why you're seeing so much growth is you have the benefit of both your new customers with better unit economics coming onboard and you have the old customers still hanging in there delivering very seasoned economics, and it's kind of combined to be something maybe slightly better than what we had forecast. So, so far so good. What we want to do is sell more cards in appropriate ways, not by discounting cards and having customers that don't produce a lot of value, but by finding other channels, doing win-back campaigns, doing a better job with Green Dot Direct. Our leader of that division, a fellow named Dave Petrini is spectacular and has that dialed in so wonderfully with his team, a fellow named Greg Pacheco who runs that marketing division. And so we want to find more ways to get those quality customers onboard, which delivers more value.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Okay. And quick last one for me. Just mechanically on the new MoneyPak, are there incremental risk controls? Are the incremental risk controls on that product all on the back end or do the customers have to jump through more hoops or show ID or there are more stringent sort of front end requirements? I'm just trying to get an idea of how the value proposition or the process for the consumer might have changed.

**Steven W. Streit**
*Founder, President, CEO & Director*

Right. So it's all back end. The trick to selling products at a retail store is a bottle of ketchup always has to be a bottle of ketchup. So sort of a little retail analogy for you meaning that it's always got to work the same. So when you buy a MoneyPak, it sells the same way it's always sold over the past 15 years. But before you can redeem it, if you will, you scratch off the back of the MoneyPak, sort of like a lottery ticket, and there's a number, a pin number on the back. The act of redeeming that pin number now requires you to register at MoneyPak.com and to us to verify your identity, take a lot of information from your mobile phone and other things we do to validate certain velocity controls and thresholds. So the answer is there's more weight to the initial transaction; you have to enroll online and register like you would for any service. If you wanted to be Amazon Prime, right, you got to fill out a form and provide some information. And MoneyPak.com works the same way. So that's where the risk controls take place is after the sale because the nefarious activity wasn't with the purchase of MoneyPak. Those were the victims, if you will. It was with the people who redeemed MoneyPak. So the controls are more on the redemption side.

**Operator**

Our next question comes from Sanjay Sakhrani of KBW.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This is actually Steven Kwok filling in for Sanjay. So the first question I have was around the M&A. You mentioned that, that's one of the areas that you could potentially use your excess capital towards. What are some of the areas of potential interest?

**Steven W. Streit**
*Founder, President, CEO & Director*

Oh gosh. Let me think about how -- let me do some live editing. Look, we always look for companies that are accretive to our segment of the world of banking and finance, which is low and moderate-income Americans. So it could be other prepaid programs to the extent there are those of value left. It could be, when we bought PPG, for example, it wasn't prepaid, but it was a company that dealt with the same consumer segment that we catered to and was a really logical add-on to us. It can be technology companies that have some technology that we use in our business every day. But the general framework we look at is it's got to be a real company making real money and it's got to be something that we have confidence can be accretive in the first year of acquisition. It's too stressful, otherwise, and life's too short. So we try to make sure they're good acquisitions, and there's not a lot of them out there, but we do look at a lot and we sift through a lot of different opportunities. And if we can find something that is accretive and strategically on point, well then, we would pull the trigger on it.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Got it. And then just when we calculate the adjusted EBITDA, if you were to add back those elevated expenses for this year of $11.4 million and just using your current guidance, you get to something around like 23.5% EBITDA margin, which is an increase of about 150 basis points from last year. Is that, first, is that correct? And then second is as we go forward, like how should we think about from a EBITDA margin expansion potential?

**Mark L. Shifke**
*Chief Financial Officer*

Yes. It's Mark. That is roughly the way to think about it. And yes, we do believe on a carry-forward basis, we will have expanded EBITDA margins that reflect the benefit you would have seen this year had we not had those onetime costs.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Can you quantify the size of, going forward, is there a target of how much operating margin improvement you're looking at per year?

**Steven W. Streit**
*Founder, President, CEO & Director*

Great question. No, we can't. I mean, the reason is it would have the effect of accidentally guiding future periods. But we certainly believe that the margins can be better, and we are striving for cost controls to make them even better. And we've always said, even going back in the old days, that our normalized margin for the company should be something that starts with a 2. I've said that many times. And we didn't always hit it; we had some difficult years especially when MoneyPak was pulled off the shelf and when we have the new products we've rolled out of Walmart a few years back. And we missed it. We were in the teens, and that's not acceptable. But we're now comfortably back in the 20s and we want to keep moving more in that direction.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Got it. Thought I just had to ask that question.

**Steven W. Streit**
*Founder, President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, no, that's why I laughed. I don't blame you and I'm glad you did. And -- but we'll guide the year next year and we're going to work as hard as we can to keep it going.

**Operator**

Our next question comes from Ashish Sabadra of Deutsche Bank.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

My question was more on the operating metrics. I understand the active cards being under pressure, but even when I look at on a sequential basis, the sequential decline has been more than what we've seen prior to 2015. And when we think about it, it's combination of attrition and new card activation. Can you let us know like have you seen a moderation in attrition and a pickup in new card activation? And how should we think about those going forward, with the attrition as well as the activations?

**Steven W. Streit**
*Founder, President, CEO & Director*

Right. So the answer is attrition, better, activation, not better. New card sales, if you will. So here's how we sort of think about that. If you look at Q1, we were negative 11% year-over-year. Q2, we were negative, help me out guys, 10% year-over-year. And this quarter, negative 9% year-over-year. So the comp is getting slightly better. But to your point, not by leaps and bounds, but it's not getting worse, it's getting better. And so we look at that, but it's sort of a -- it's a, what do you call it, a mutually exclusive, not exclusive, but it's an opposite metric. The more you have retention and the more customers buy your cards and instead of buying them and throwing them away, buying them and throwing them away, buying them and throwing them away, they're buying them and keeping them, right? We start the fee when you get the product. It has all these features; it has cash back. So you have -- if you look at sort of reloading customers on a year-over-year basis, that's flat year-over-year. If you look at it in direct deposit customers in year-over-year basis, that's up year-over-year. So the actual core underlying portfolio that generates the revenue looks very, very strong. Where we're seeing the differences that you don't have that one-and-done churn behavior that we've had for so many years by design. That was part of the design in the category. So it used to be you do a focus group, for example, and you'd say, "Well, do you like Green Dot?" "Oh, I love Green Dot," and so you'd say, "Well, how long have you had your card?" "Oh, well, I didn't have my -- I buy them 10 times a year. That's why I love Green Dot. They're my -- you know, I buy them all the time." So the customer thought of retention as I buy a card every month or I buy a card whenever. And now we've changed it to, don't do that. Buy the card, keep it, reload it, and here's reasons to do that. There's cash back, or now you can deposit checks, or now you can write a check to pay your rent. And so it's a different kind of customer. And I think between those features and services, combined with just a natural mainstreaming of the product, you don't need to buy 10 cards a year. So it isn't that we're failing or doing something wrong by controlling that acquisition pipe. It sort of part of how we're saving so much money and carving out so much EBITDA, is when you acquire a new customer who stays for only a couple of days, you've either broken even or lost money on that guy. So it's not a helpful thing to the model. When somebody buys a card and keeps it longer, that's a great thing for the model. So what you're seeing is that moderation and that switching of the casual one-and-done customer, which had the impact of puffing up your active card numbers, to now a more normalized committed active customer base. And it's going to take some time for that to level out. So having said that, we certainly want to acquire more customers. We just want to acquire the right kinds of customers, and we're getting better at doing that.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

That's great. Just quickly on the activation itself. Also on MoneyPak, you have seen some good traction on MoneyPak rollout at 40,000 locations. You have 13,000 coming out in the first quarter '17. So as MoneyPak gets rolled out, does that also help you on the card activation front? Is there any correlation there?

**Steven W. Streit**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Founder, President, CEO & Director*

We don't know. It's too soon. We'd like to think so, but it's hard to know because these rollouts are fairly recent. CVS and Dollar General just rolled out in the last few weeks. So it's hard to know for sure. But we think overall, it can make the category bigger again. And then -- and I alluded to this in the prepared remarks portion of today's call is -- and then the key is to come up with some really unique killer apps for MoneyPak that marry some of the cool technology we have in the company to make MoneyPak worth something more than it was before. So there's a lot of innovation we think still to come on that product. But it's gone well so far. It's been a very good result on stopping the fraud and the nefarious activity, which is a really important thing for us. And the retailers are excited about carrying it again, which is a wonderful thing. So we'll see how it matures over time.

### Ashish Sabadra
*Deutsche Bank AG, Research Division*

That's great. And my final question, so direct deposit has been growing at an elevated pace and you talked about all the steps that you're taking. Can we expect that growth to sustain going forward?

### Steven W. Streit
*Founder, President, CEO & Director*

I think you can. Yes, a common meeting that I would be in would be a marketing meeting and a stack meeting with our consumer accounts division run by a very talented GM named Mike Keesler. And I'm constantly talking about all the ways so we can make it far easier and more intuitive to enroll in direct deposit. Enrolling in direct deposit for you or me or anybody is not particularly easy. Even if you're using Chase or something, you have to go online and print out a form, you fill it out and take it to your HR clerk. And every fiber of my body seems to think that can be replaced by something more modern and more intuitive for a mobile-based customer. So we're always working on new ways to do that, and I -- frankly, I just think we're just getting started with it. So it's hard to know how those plans will work and roll out, but I feel confident that we can continue to grow that penetration.

### Operator

Our next question comes from Andrew Jeffrey of SunTrust.

### Andrew William Jeffrey
*SunTrust Robinson Humphrey, Inc., Research Division*

I guess, a couple of things. One, I wonder if you could give us a little clarity on what's driving those higher-than-expected fees on ATMs and purchase transactions? I understand the transaction component; I guess that's a good thing. What is the fee input there?

### Steven W. Streit
*Founder, President, CEO & Director*

So the answer is, is that we had a fee increase from one of our network partners, which, as you may know from covering Visa, MasterCard and some of the ATM networks, they have them on an automatic basis, and this one happened to us. And we need to have a better negotiation. I'd like to give you a better and more elaborate answer to that. But the combination of higher fees that went into effect automatically on some date certain at the network, combined with the usage of paid ATM transactions increasing with direct deposit penetration and more committed customers, and it all ties together walloped us. So that's already a renegotiation we've started and we need to finish that job because it's a big variance and not acceptable to have that going forward. So we need to work with all of our network partners to make sure that we're getting good deals.

### Andrew William Jeffrey
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. Fair enough. And then, also a little color, I guess, on the receivable write-off, if we could get it. Is that a real one-off? Is that something that is sort of normal course or just a little more [indiscernible].

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Steven W. Streit**
*Founder, President, CEO & Director*

A real one-off.

**Mark L. Shifke**
*Chief Financial Officer*

The only time we've ever reported something like that.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, it's $1.5 million and it became clear that we weren't going to collect it and so just take the write-off now and move on with it. And if we can get it later, great. But just take the write-off and move on. But that was a real one-off situation, and it could've been in any quarter. This is from a prior period, but we just decided to take the write-off this period.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. And then one last quick one, if I may. Just with regard to scale. Processing costs were a little bit higher than what we were looking for this quarter and you're obviously spending against some growth initiatives. I heard your comments earlier on margin, Steve. Is there -- do you have -- when you look out at spend and as well as processing scale, is there some point in time where we move past some of the elevated expense levels and get more sort of consistent quarterly operating leverage? Is that a '17 event, or is it too early to put a line in the sand like that?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, so when you back out the onetime bads in the quarter and look at a more normalized run rate, the margin expansion has been pretty strong. So we like where we're at. A lot of noise on process in this quarter. Between the increased fees from the payment networks and more ATM usage, while that doesn't sound like a big deal, it became a big deal. And so we have to negotiate that. I think on the other side is a conversion from our former processor, as you know, to MasterCard TPS, and we need to complete that conversion so we can take advantage of those normalized fees. And until then, we're feeding 2 mouths in effect as part of that. And so 2017 should see some normalization of that. Nevertheless, despite absorbing all that stuff, we're doing okay, but we'd expect the margin expansion to be something greater than it is today. And looking out those costs is something that we're just maniacal about because you have to make those changes. It's tough for an organization. We're not a young business anymore. We're 16 years old, 17 years old. And we think of ourselves as a start-up, and we still operating many times with that mentality, which is a good thing on the business front and the technology front. But it's a big company. And to cut out the level of expenses we're looking to cut out requires re-engineering and working with a lot of team members and people don't like change. That's the reality of it. And so it's a very deliberate process of getting wonderful employees and talented people to understand that technology can do things maybe today that it couldn't 5 years ago and that these things move on. And we have so many long-term employees at Green Dot that all these things take time to work through, but we think we have a lot of leverage still to come with margin expansion.

**Operator**

Our next question comes from Vasu Govil of Morgan Stanley.

**Vasundhara Govil**
*Morgan Stanley, Research Division*

So Steve, I just wanted to ask again about the six-step plan that you guys have. I mean, it's good to hear you reiterate that guidance and sort of add at least $1.75 next year. And it's kind of obvious that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the biggest driver to that is the better economic product that you've launched. But as you think about the remaining 5, can you help us sort of rank them in order of contribution to your EPS goal for next year?

**Steven W. Streit**
*Founder, President, CEO & Director*

Oh, gosh. They're all important and there's -- when you roll out new products, and I've said this many times over the years, it would be intellectually dishonest to say that you know they're all going to be a hit or not. So you have initiatives in each one of those steps that we highlight on different calls and different initiatives. And you know before the -- not every child is going to grow up to be -- I was going to say not every child is going to grow up to be the President, and that's a very appropriate thing to discuss today. But you don't know which of your kids are going to grow up to be the President. And so you take a thoughtful approach to launching products knowing that some will make it and some won't. And so they're all important divisions. The credit divisions with secured credit card and Green Dot Money and those initiatives and others we'll roll out over time to me have a lot of promise. And so we have to nurture those along and make sure we roll them out smartly until they can get to scale and contribute. Our legacy business is always going to be a big driver. Our Green Dot Direct division, which we didn't even have a few years back, has turned out to be a really important driver. More people go online to buy cards. They shop online to buy the card. They expect a mobile-first experience. I mentioned it in my prepared remarks, 70% of all the hits to Green Dot.com and Walmart MoneyCard.com, AccountNow.com, AchieveCard, GoBank, all of our Internet brands are from a mobile phone, not even from a desktop or laptop. And so we have to invest in all these things cautiously, knowing that some will hit and some won't. So I hate to rank order them, except to say that in every division there's important things. If you look at the one that has the most activity today besides the cards division, it would be Helena Mao's division, who's a 15-year Green Dot employee and one of our better GMs and she runs the money processing division. And in that division, which suffered all the battles of MoneyPak and all that stuff last year and the year before, is now the division that has the Uber account and is coming up with all the money processing stuff and all those exciting new technologies to serve an entirely new segment that didn't exist 4 years ago. So that's why you plant these seeds. If we had not built that technology and if we had not put our foot down and said we will become a mobile FinTech leader, come hell or high water, 3 years ago, 4 years ago in 2012 starting with the purchase of Loopt, we would've been lost in the dust today as a company. And instead, we have this whole line of business activity and Helena's group on top of the card group. So you never know. You take your risks and your bets; you try to do it thoughtfully and cautiously, knowing that some will work and some won't. And so we have optimism for all those 6 steps in all those divisions.

**Vasundhara Govil**
*Morgan Stanley, Research Division*

Great. That's helpful. And I guess, just following up on the online comments that you made. Can you tell us what percentage of your customer acquisition today is coming online versus to the retail channel?

**Steven W. Streit**
*Founder, President, CEO & Director*

I can't. We have account segments services division, which includes our consumer accounts division, all the retail cards we sell and checking accounts, and then we have our Green Dot Direct division, which is part of consumer accounts. We don't break it out. So unfortunately, I can't because it all looks the same on the income statement. They're all the same products we're selling just through different channels. But it's an important channel to have and one we're continuing to invest more money.

**Vasundhara Govil**
*Morgan Stanley, Research Division*

Got it. And I guess, one broader question on the addressable market and network opportunity. As you think about your total addressable market of unbanked and underbanked consumers, what is the adoption rate of prepared cards look like today and how are you thinking the remaining runway for growth?

**Steven W. Streit**
*Founder, President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I'm sorry, last part. The remaining what?

**Vasundhara Govil**
*Morgan Stanley, Research Division*

Runway for growth, like how much of you think opportunity remains on that, and how are you feeling about growth in 2017 and beyond because of that?

**Steven W. Streit**
*Founder, President, CEO & Director*

We think there's a large addressable market untapped for prepaid or low or moderate income. But increasingly, you're seeing it divided by age, much like the election. If you look at the election map, the age turned out to be the difference of who voted which way, as opposed to economics. And we're seeing something interesting develop with our products, so increasingly it's an age thing. We have got to continue to make sure that we are a technology company first married to a really awesome bank charter. That combination has turned out to be very strong for us, and we want to do more with that as we have commitment relief and able to use our bank for more exciting things. And so we think there's a big opportunity, but to do it, we need to make sure that our products are relevant to younger people. And so -- and that's where a lot of the effort is, because if you look at the new money transfer services and then things that young people use, young meaning under 35, is that it isn't that Green Dot's competition may be from NetSpend or from American Express Server, those things are fairly well known and worn through at this point, and they are what they are, and we are who we are. The question is, how do you compete with Vend though? How do you compete with Square Cash? How do you compete with whatever services may be out there from companies that today don't exist, that some kid in a garage somewhere is building that won't launch for 2 years and suddenly makes checking accounts look stupid. And so these are all the things that we're focused on. We have to make sure we're hitting our numbers today, which, as you know, we're working hard to do, but at the same time, make sure we never forget that the future is about innovation and about younger people coming into the banking segment for whom walking into a branch does not make sense, or filling out an application or this kind of thing may not -- and it's about how does that consumer meet our product at a retail store where they are going every day. How do they meet our product online and how do they see it on the Steve Harvey Show? How do they find it on a mobile app, and how does that product speak to them in a modern voice that they understand? And that's really where our opportunity is. If we can't get there, we're not going to have a long runway of growth. I think we can and I think we will, but that's why we've made the investments over the years we've made.

**Operator**

Our next question comes from Reggie Smith of JPMorgan.

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

I guess, I'm just trying to read through, just read between the lines. You talked about, I guess, bank capital requirements possibly coming down and you mentioned acquisitions and I think you also talked about possibly investing in some what sounds like higher yielding assets. And I'm just curious how far up the risk curve are you guys thinking. One, am I hearing that correctly? And then two, how far up the risk curve are you guys -- what might these products be? Is this lending directly to consumers? Is it -- what would you be invested in that could be higher returns?

**Steven W. Streit**
*Founder, President, CEO & Director*

So the truth is that, first of all, Reggie, as always, you have great questions. And tell Tien-tsin I said hello as well. And so the answer is even though I'm an entrepreneur, I'm a chicken when it comes to risk with money. And so when we think of our bank, it's a well-capitalized bank, it's a well-run bank, and we pride ourselves on trying not to be overly aggressive and stupid with how we run things on any of our business lines. So when you think about risk, today, we're invested in only cash and cash equivalents at the bank, which yields, if we're lucky, I don't know, I'm going to make 40 basis points, something like

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that, a year. So not exactly a flame-throwing investment. And so if we have the ability to invest that in a more appropriate mix of long and short duration investments, very, very high-quality investments, low-risk investments, you'd still get 1.5% or 2% or something that, right? So you can have the balance of both tripling or quadrupling your return on your uninvested capital, but still be incredibly safe and relatively liquid and all those kinds of things in terms of how you invest in cash. As you think about credit products, we do believe we have a great opportunity to look at credit as a way to enhance both why people buy a Green Dot card product or a checking account product, how we can help build people's credit so they can have a better credit rating and bureau report down the road, and also so we can make money on our assets. And -- but to do that with our consumer segment, I always have to be, and I've said this before -- Mary Dent, who's the new CEO of our bank and doing a wonderful job -- we need to be honest that low-income people sometimes, or moderate income people, can't pay you back, not because they're bad people, they're wonderful people and we love them, and a large part, frankly, of many of our lives in the company who do a lot of volunteer service are dedicated to serving that constituency. But they can't always pay you back. One medical bill or bad muffler and your month is shot, right? So we have to recognize that as we come up with credit programs of how do you come up with a credit program that on one hand, provides enough liquidity to matter. It can't be where you're making $20 in loan or something. It's got to be enough liquidity that matters to the customer, but done in a way where you can feel certain you'll get paid back in a way that customer can afford to pay you back without all kinds of predatory fees or penalty fees, which as you know is not something that Green Dot does, and how do you make that all work. We think we have some good ideas to do it, and having a bank charter and having capital and a healthy balance sheet puts us in a position to do that I think better than almost any company in our space. And with all the new payday lending rules and all the things that are out there, we think we have a real opportunity. But to your point on the risk curve, it's always going to be somewhat muted and moderate because it's just -- the honest answer is that a company in many ways, good and bad, reflects its founder and CEO. And I just don't have a high risk tolerance for losing money. And so that's going to likely reflect the decisions we make.

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

Understood. And I guess, a follow-up to that. I think last quarter, you said that you started the lending place business and the acceptance rates were kind of low. It sounds like you've added some more lenders. Just curious, what are you seeing there from the acceptance perspective? And I have one last follow-up, if that's okay.

**Steven W. Streit**
*Founder, President, CEO & Director*

Right. We've added more lenders and all of them are increasingly reading like a who's who of that space, but we're not yet seeing the uptake in credit acceptance. And so part of that is because as we talked to our credit partners, they're tightening up their credit straps in terms of who they give loans to, as you're not always sure about their ability to find money to lend and what the charge-off rates can be in a new service. And some of them have come back and asked us to juice up the underwriting data that we provide with that application to allow them to say yes more often. So the answer is it's probably better than it was, but not at a rate that's going to be material. So the GM who runs that division for us, a fellow named Richard Kang, is continually working on how to make that better and how to get the underwriting such that more people feel comfortable saying yes. On the secured credit card side, that's actually going better than we had thought at this stage of the game, and is still very small, but a tremendous number of applications. Many of them are qualified to get the card. You still have to under regulation have the, oh gosh, the ability to repay test when they fill out the application, and we do that, and you need to make sure we're complying with all the underwriting standards, which we do, and they're getting approved. And then we send the card out and they need to go make a security deposit at Green Dot Bank using our Green Dot reload network at retailers nationwide to get the card started. And they're doing it. And so that's one that has some promise to it. So like I said to one of the previous callers, you never know which is going to grow up to be the big success, but we have a lot of hopes of all of them when and -- so that's how we're doing on credit so far.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

And just one last one. You kind of made the point that you like the fact that your direct deposit customers are people that walked in, bought a Green Dot card, signed up for direct deposit, and they tend to be, I guess, stickier and more committed to the product. Just curious if you guys reconsidered what's your view on being kind of a payroll card, maybe working directly with employers. Obviously you got the Uber relationship, but possibly expanding that.

**Steven W. Streit**
*Founder, President, CEO & Director*

We think it's -- Yes, Reggie, it's a great -- we think it's a good channel and the answer is we always look at ways to get into that business, but we understand it's also a lower margin channel and that's fairly well understood by most. And the retention is lower and the dollars loaded is lower. But in terms of low-cost acquisition, if you sign up a company that's doing it or a group of companies that's issuing payroll cards, it can be profitable. And so it is a channel we look at and those are some of the acquisitions that we look at when we're trying to evaluate what we might buy that's accretive. If there's a payroll card company out there, that's great. But increasingly, it's my view that the concept of a payroll card is going to be replaced by disbursements that companies give to workers, end of story. And the act of enrolling a payroll card and having to do all kinds of integrated IT and comply with 8 million different state laws on payroll cards and what we can charge in this state, but not in that state, to me, there's got to be a simpler way. And so we have a number of projects to be disruptive in that space. And we think we have some good opportunities like what we're doing with Uber, but in other parts of the company that we're rolling out that we haven't yet discussed publicly. So we like the business of paying workers their money. We like that a lot. We don't like as much the payroll card as it's been known over the past 15 years. Having said that, if you're a good size payroll card company, you're at scale, you're profitable, that doesn't mean we may not try to enter that business.

**Operator**

Our last question comes from Mike Grondahl of Northland Securities.

**Unknown Analyst**

It's actually Michael on for Mike. First off, just wondering if you expect any seasonality coming from the holiday promotions at large retailers that stand out, if there's anything there?

**Steven W. Streit**
*Founder, President, CEO & Director*

I'm sorry. If we see anything coming from the -- and then say the rest again?

**Unknown Analyst**

If there's any seasonality from holiday promotions at the large retailers, if that -- if any of those standout?

**Steven W. Streit**
*Founder, President, CEO & Director*

You mean will there be in Q4 or in Q3?

**Unknown Analyst**

Q4.

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, we don't know yet, but we are doing the Steve Harvey $5,000 payday bonus, which is another way we drive direct deposit, and that is Green Dot, we believe, is the best card for your payroll. When you think payroll, as Steve Harvey says, thinking payroll, think Green Dot, because that's an opportunity for

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

people to put their check on the card. We give you early direct deposit. We're a bank that's FDIC insured. You're dealing directly with the bank, not through a third party. And there's a lot of other things we do. You can get cash back rewards. So we're always trying to come up with reasons for customers to think of us as their payday card. So we're doing those kinds of promotions. And we're doing a big one in retail and online; it's for all of our channels. And that rolled out maybe 30 days ago. So we'll see how that does in Q4. But Q3, there would've been no seasonality. Q3 is actually, as you know, typically one of our lower quarters in terms of our annual seasonality. So it is what it is. There was no promotion in Q3.

**Unknown Analyst**

Got you. That's helpful. And then just one last quick one. Are there any big changes in the process or migration projects since the last call, or is the same expectation there?

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. We mentioned in, I think, oh, I forget where, either in the Q or the earnings release or the prepared remarks or all 3, somewhere, that we're looking at second half -- I'm sorry, first half of next year for the finish of the conversion, and we're on track to do that. I think TSYS in the earnings call made the comment that it was in second quarter, which is a fair comment. And so we've got to get that done. And that's one where we were always cautious and always slow moving and always risk averse. Now we're really cautious and really slow because that was such an unpleasant experience to have those 30,000 or 40,000 cardholders have their service disrupted and we don't want to have to happen -- have it happen again. So we're really taking our time. MasterCard has been a good partner in working through those technology builds with us. Our team has done a fabulous job of looking at everything from soup to nuts. So we'll get around to it and do that. In the meanwhile, we keep chugging along. By the way, while I'm on the topic, because I never get to say this, I want to thank TSYS. Listen, Troy Woods, Bill Pruett and the folks who run that processor are people I've know for 15-plus years. They were with me when I started the company in 17 years, they were my first processor and they still process half our company today. They have been really standup guys with this whole situation. They could have been, frankly, jerks if they wanted to be. They weren't. They've been helpful, they continue to be helpful, and I never get to say that publicly. And despite whatever competitive issues NetSpend and Green Dot have had for 15-plus years, as a processor, TSYS has been a standup company and I want to thank Troy and Bill publicly for them being real, as we say, mensches, which will be a funny thing to say in Columbus, Georgia.

Okay. Just disconnected at that point. Operator, I don't see any more names on the list. Are there any more to go?

**Operator**

There are no more questions at this time.

**Steven W. Streit**
*Founder, President, CEO & Director*

Okay. Well, thank you, everybody, for tuning in. We appreciate your interest, and have a wonderful day.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit C

# S&P Capital IQ

## CONTENTS

| CALL PARTICIPANTS | 2 |
| PRESENTATION | 3 |
| QUESTION AND ANSWER | 12 |

# Green Dot Corporation NYSE:GDOT

## *FQ1 2017 Earnings Call Transcripts*

Tuesday, May 09, 2017 9:00 PM GMT

........................................................................................................................................

## S&P Capital IQ Estimates

| | -FQ1 2017- | | | -FQ2 2017- | | -FY 2017- |
| --- | --- | --- | --- | --- | --- | --- |
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | GUIDANCE | CONSENSUS |
| **EPS Normalized** | 0.84 | 1.00 | ▲19.05 | 0.46 | 0.40 | 1.92 |
| **Revenue (mm)** | 233.49 | 253.00 | ▲8.36 | 205.95 | - | 822.89 |

Currency: USD
Consensus as of May-03-2017 12:13 AM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
| --- | --- | --- | --- |
| **FQ1 2016** | 0.71 | 0.80 | ▲①12.68 % |
| **FQ2 2016** | 0.24 | 0.27 | ▲②12.50 % |
| **FQ3 2016** | 0.17 | 0.21 | ▲③23.53 % |
| **FQ4 2016** | 0.15 | 0.19 | ▲④26.67 % |

........................................................................................................................................

COPYRIGHT © 2017, S&P CAPITAL IQ, A PART OF MCGRAW HILL FINANCIAL.

# Call Participants

**EXECUTIVES**

**Dara Dierks**
*Managing Director*

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, Chief Executive Officer,
President and Director*

**ANALYSTS**

**Ashish Sabadra**
*Deutsche Bank AG, Research
Division*

**Ashwin Vassant Shirvaikar**
*Citigroup Inc, Research Division*

**Eric Edmund Wasserstrom**
*Guggenheim Securities, LLC,
Research Division*

**Joseph Anthony Vafi**
*Loop Capital Markets LLC,
Research Division*

**Oscar D. Turner**
*SunTrust Robinson Humphrey,
Inc., Research Division*

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

**Robert Paul Napoli**
*William Blair & Company L.L.C.,
Research Division*

**Tien-tsin Huang**
*JP Morgan Chase & Co, Research
Division*

**Vasundhara Govil**
*Morgan Stanley, Research Division*

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc.,
Research Division*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Green Dot Corporation First Quarter 2017 Earnings Conference. Please note that the contents of this call are being recorded. I would now like to turn the conference over to Dara Dierks. Please go ahead.

**Dara Dierks**
*Managing Director*

Thank you, and good afternoon, everyone. On today's call, we will discuss 2017 first quarter performance and thoughts about the remainder of the year. Following these remarks, we'll open the call for questions. For those of you who haven't yet accessed the earnings release that accompanies this call and webcast, it can be found at ir.greendot.com.

As a reminder, our comments include forward-looking statements about, among other things, our expectations regarding future results and performance. Please refer to the cautionary language in the earnings release and in Green Dot's filings with the Securities and Exchange Commission, including our most recent Form 10-K and 10-Q, for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements.

During the call, we will make reference to our financial measures that do not conform to generally accepted accounting principles. For the sake of clarity, unless otherwise noted, all numbers we talk about today, including revenue per active card, will be on a non-GAAP basis. Information may be calculated differently than similar non-GAAP data presented by other companies. Quantitative reconciliations of our non-GAAP financial information to the most directly comparable GAAP financial information appears in today's press release.

The content of this call is property of the Green Dot Corporation and is subject to copyright protections.

Now I'd like to turn the call over to Steve.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Thank you, Dara, and welcome, everyone, to our first quarter earnings call. Today, we'll review the Q1 performance. We'll share some perspectives on the business, and Mark will provide our updated and raised guidance ranges for the full year.

Q1 was a fabulous quarter for Green Dot, fabulous not just because of the outstanding and record-setting financial results but fabulous because our hard work and vision to build Green Dot into one of the country's premier financial technology platforms is paying off.

Today, Green Dot is comprised of 6 diverse business divisions, each solving a particular customer problem with unique products and services, each with its own business strategy and growth plans, each synergistic to the other and providing thrust to the consolidated top line, with each operating on top of our high-scale, enterprise-level proprietary technology platform, which allows that top line growth in the period to fall to the bottom line at increasingly expansive margins.

The proof is in the results. In Q1, total consolidated operating revenue came in at $253.2 million, representing an 11% year-over-year growth rate. As Mark will explain more fully, the quarter benefited from closing the UniRush transaction on February 28. Without UniRush in the quarter, revenue was $241 million, representing year-over-year organic growth of 5.6%.

Adjusted EBITDA for the quarter with a modest contribution from UniRush was almost $90 million on a consolidated basis, representing year-over-year growth of 14.5%. Consolidated non-GAAP EPS for the quarter was $1, which equates to year-over-year growth of 28.2%, marking the third quarter in a row with

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

year-over-year double-digit non-GAAP EPS growth. We feel like these are terrific results, and there are several factors across the consolidated business that helped drive the numbers.

First, tax season was very strong for our tax processing division, Green Dot TPG. Despite the sluggish start to the tax season that the industry was experiencing at the time of our Q4 earnings call, TPG roared with the biggest Q1 tax season this division has had since we acquired it back in 2014. The reasons were: one, the online tax channel, where TPG has a very strong presence, continues to outpace the tax prep ecosystem overall; and two, when we bought the company, we said it was a low grower but believe there could be revenue synergies generated to a variety of Green Dot products and services bundled into TPG's core offerings.

Our synergistic growth initiatives began to bear fruit during this season, evidenced by TPG tax prep partners taking out and repaying Green Dot Bank small business loans, then selling Green Dot brand prepaid cards to customers in need of a great bank account in which to receive their tax refund direct deposit. And then they provided eligible tax refund recipients the opportunity to apply for a new fast cash advance consumer-friendly loan that allows tax filers to get some of the refund amount on a Green Dot card to spend right away and then have it automatically repaid out of their tax refund when it arrives from the IRS.

Based on the success of our cross-platform initiatives during this tax season, we believe there's much more room for upside in this division and feel like we're in a very good place for next year. My thanks and great appreciation to the Green Dot TPG team and their fearless leader, Brian Schmidt.

Second, our new prepaid card products continue to generate unit economics that are outperforming our legacy products. While we'll have more details later in the call, the keyword here is more. Our more profitable portfolio of card customers are generating more direct deposits, more cash deposits, more spending, which means more interchange, more ATM transactions and fees and, therefore, more revenue overall.

Third, GoBank is coming into its own, both in terms of increasing new account openings and increasing usage metrics amongst its increasing active base of account holders. Actives from the personal version of GoBank, the checking account we sell in Walmart stores, are up double digits year-over-year, while GoBank, the small business division, is also up double digits in each of the past 3 quarters. The result is a positive mix contribution to the portfolio of actives because GoBank is one of our most valuable account products, delivering lifetime revenue per account more than 3x the average prepaid card.

Fourth, Green Dot has become a formidable online direct-to-consumer provider of bank accounts and prepaid cards. The quantity and quality of the accounts we issue to our online direct-to-consumer Internet properties continues to improve and drive expanding revenue and margins. As with all other aspects of consumer life, the Internet attracts more and more buyers every day, and millennials shop online first.

This is a big reason why we've invested so heavily and so consistently in making sure that we can be the #1 company in digital distribution for our industry, in much the same way we're #1 in retail brick-and-mortar distribution. Green Dot's direct-to-consumer goal is for our digital brands to dominate the search bar for our product categories, and we believe we're well positioned to take advantage of the growing macro of digital banking.

Fifth, our Money Processing division continues to excel with more reloads per active card than a year ago, more third-party use of our reload network than a year ago and more revenue generated per reload transaction than a year ago. The new MoneyPak has also begun making its mark on this division's growth.

Sixth, the acquisition of UniRush added around $12 million of revenue in the 1 month we owned it during the quarter. During this section of the call, Mark will provide revised guidance that not only includes our organic outperformance but also the benefit of closing the UniRush deal earlier than expected.

And finally, Green Dot Bank continues to be a very nice contributor to the operating margins of the consolidated enterprise, saving millions annually in third-party issuing fees and generating more interest income this year than last in the period from investing activities. With a $50 million dividend from the bank back to the holding company in March and another smaller dividend expected to be made in the next

WWW.SPCAPITALIQ.COM                                                                4

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

few months, we are also now able to operate the bank more efficiently than before, with capital levels more typical for a bank in our peer group.

We believe that over time, especially in a higher interest rate environment, Green Dot Bank can grow into a stand-alone driver of revenue and earnings for the consolidated business beyond what it contributes today largely as an issuing bank and insured depository.

The summary of all this is that the original 6-step plan for long-term growth that we first announced in December of 2015 is working, and now the updated 6-step plan for 2017 is expected to continue to drive our performance.

Here's an update. Step 1 of our new 6-step plan is to deploy new acquisition and new retention strategies that can drive active card growth in our consumer accounts in Green Dot Direct divisions. We've been successful in deploying several new card unit sales promotions and other merchandising tactics at stores like CVS, Dollar General, Family Dollar, Walgreens and several of our other large retail distributors, including incremental distribution on the main racks at Walmart stores nationwide and new distribution at select Walmart Neighborhood Markets.

And Green Dot Direct continues to drive new digital innovation in that division's marketing strategies that allows us to capture more online search referrals at a more efficient cost per acquired customer and new micro-targeted direct mail campaigns that are bearing fruit, with high response rates that deliver profitable customers.

On the retention side, we're making excellent progress with our new direct deposit referral programs, and we continue to invest in more sophisticated customer life cycle marketing tools that expand our customer engagement capabilities to help make our products more relevant and stickier.

And of course, our new products with checking account-style features are designed to be serious long-term financial solutions, a full-blown bank account you can pick up at a retail store or download from the App Store or order online and have the debit card delivered to you. In today's world, we believe that the way in which we market and provide our products to prospective new customers is becoming increasingly more acceptable to a broader group of customers and to millennials, in particular, who are accustomed to acquiring products only when and where they want to on demand.

Green Dot's ubiquitous omni-channel distribution model seems to be becoming more and more relevant to the crowd of younger consumers for whom everything needs to be right now. For this segment, Green Dot is the easy on-demand bank account. We're always open, always ready wherever they are. We are doing whatever they need to do when they need to do it. Green Dot is everywhere, and this millennial phenomenon may be, in part, what's leading to a more engaged and more profitable active customer base.

To help highlight that comment, these statistics may provide some perspective. The number of mobile app users across all our brands has nearly tripled from the same period just last year. And on the new Walmart MoneyCard with cash back rewards and the Prize Savings account, app usage has nearly quadrupled from the same period last year.

Usage of our mobile app features like P2P, mobile phone check deposit, check writing and electronic bill pay is all up double or triple digits from a year ago. And the use of the free integrated Green Dot Bank savings feature that comes with some of our accounts has grown 4x since the same period last year. We believe that all of this new customer engagement on features that didn't even exist on our products just 14 months ago is helping to drive significant increases in usage and corresponding revenue.

In Q1, on a year-over-year basis, for example, GDV per active card is up 11%, spend per active card is up 9%, and direct deposit penetration as a percentage of active accounts is up 44%, continuing the trend of increasing direct deposit penetration that we saw all throughout last year.

In the quarter, 76% of all deposits to our accounts were made through direct deposit, which is a new record. For those reloaders who choose to reload with cash instead of direct deposit, they are also helping to drive our success. Cash reloaders now reload more cash, and they conducted more cash reloads per

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

active card in the period than a year ago. Remember, we also own the Green Dot Network, which is the cash reload network that the industry uses to reload nearly all brands of cards. So not only does our prepaid card business benefit from the increasing usage of our cards when customers load more cash, but our Money Processing division also benefits from the increase in reload fees generated from those incremental number of reload transactions.

Altogether, we believe we're making great strides with Step 1, and we remain on track for organic active card growth in early 2018. Of course, with the UniRush acquisition, on a consolidated basis, we're already up 6% in active cards in the period.

Step 2. The second step is to secure shelf space for the new MoneyPak, add an additional 20,000 retailers by end of the year and to launch at least 1 new and unique compelling use case for the new MoneyPak product, with the goal of materially increasing unit sales. MoneyPak is now in approximately 34,000 Green Dot retailers, including Walgreens, CVS, Rite Aid and Kroger, and we're on track to add another 13,000 locations in the summer and another 8,000 locations expected for fall. So we believe we're in good shape to hit our Step 2 distribution goals.

Since launching the new MoneyPak in Q2 of last year, unit sales have continued to climb, with sequential quarter-over-quarter growth of more than 40% in each of the past 3 quarters. We're on track for that new and compelling MoneyPak use case we told you about, with our product and marketing teams hard at work in completing that build.

And while we haven't expected that the new MoneyPak will reach the sales volume of its predecessor product, we're very pleased with the distribution and unit sales growth so far and are ahead of plan on the incremental revenue and gross profit being generated. We continue to feel very good about the future prospects of the new MoneyPak.

Step 3. The third step includes making modest investments in high-potential initiatives that align with our road map for growth. Under this step, we can update you that, first, our Green Dot Platinum Visa Secured Credit Card portfolio is growing nicely. This is the credit card that's designed to help people establish a credit file if they don't have one or help rehabilitate their credit score, assuming they handle the account properly and pay their monthly bill on time. While not yet material to our overall consolidated results, Green Dot Platinum Visa is at a revenue run rate that is significantly ahead of our forecast for the product. Most impressively is that the application volume is robust with a run rate of nearly 0.25 million new applications annually and growing.

The security deposit conversion rate refers to the percentage of those who apply for and receive the secured credit card that will actually follow through and make their security deposit in order to activate the credit line. Perhaps, most notably is that we're generating the significant application volume and a growing active credit card portfolio with little to no spending in acquisition marketing. We simply scroll a banner on some of Green Dot's heavily traffic direct-to-consumer websites.

As many of you know, credit card acquisition marketing can be very expensive, with the typical industry cost per acquisition often being between $50 and $100 or more, depending on the card and the acquisition channel. So we're off to a very good start, and based on these results so far, we expect this product line will become a successful and ongoing part of our company's offerings.

Next, our SimplyPaid business is coming along very well, too. SimplyPaid is Green Dot-developed SaaS middleware platform that connects workers with their money. For the employer using SimplyPaid, they can now handle payroll, 1099 wages and other disbursements fully electronically with one easy file to Green Dot Bank. And for the worker, they can easily go online to the SimplyPaid cloud-hosted portal and select how they want to receive their money. The platform offers many ways for the worker to get paid, including having their money sent to their bank account, their PayPal account, getting it in cash at any Walmart, or if they don't have a bank account, they can choose to instantly sign up for a GoBank checking account or a Green Dot prepaid card.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In addition to offering disbursements, the platform also offers workers the option of receiving their pay instantly, like what we do for Uber drivers, or receiving their pay 2 days early, like what we do with our Green Dot and GoBank bank account customers.

In addition to increasing transactional volume on our Uber program, the interest in learning more about SimplyPaid from prospective new clients is very strong, with a robust sales pipeline beginning to develop. So we feel like this product line has the potential to become meaningful for us over time, and we are therefore treating it as an important new initiative.

There are several other new and innovative products and services in development across our 6 business divisions that we believe warrant measured investment, all of which have the potential to drive incremental organic revenue and earnings across the consolidated platform in the years to come.

As we think about our opportunities for growth through organic development of new products and services, an important consideration for investors to keep in mind is that Green Dot has developed a truly unique and powerful fully integrated financial technology platform. Our ability to invent, develop and deploy new products and services is limited only by our imagination.

Whatever the product or service may be, every fintech program requires certain assets to make it happen. In particular, you need to have a highly skilled product and UX design team. You need to know how to efficiently build really great technology that's mobile, modern and slick. You need a robust and enterprise-level program management function for things like risk management, compliance, call centers, that type of thing. You need to have massive omni-channel national distribution and a large built-in customer base, so you can market your new products and build scale without overspending on customer acquisition. And of course, you need a regulated bank that provides capital, issuing services, acquiring services, connectivity to the various payment card networks like MasterCard and Visa and the Fed automated clearinghouse, with a charter that provides the legal and regulatory infrastructure upon which the product relies for national coverage.

While some fintech players have one piece of the puzzle and others may have another piece, to my knowledge, no one fintech player has it all except for Green Dot. It is our intention to use our platform's compelling and unique assets to continue building upon our current base of successful products and services to realize the potential of what the future of banking can look like when you marry Silicon Valley technology with a highly regarded, well-capitalized bank charter.

Step 4. The fourth step is to continue to drive incremental platform savings from a continued focus on rigid expense control across the enterprise and savings from integrating the UniRush acquisition over the course of this year. This Step 4 is a continuation from our previous 6-step plan. And as you've seen from our Q1 margins and the nearly 28% year-over-year growth in non-GAAP EPS derived from 11% year-over-year growth in revenue, we have made great progress here and intend to continue to do more.

This isn't about cutting muscle for the sake of EPS. This is about an ongoing effort to reimagine every part of the machine to innovate, consolidate and modernize how we do what we do so that we can do it better and less expensively.

Related to this topic, many of you know that we've been in the planning stages to complete the migration of accounts from our legacy processor to our new processor. The update here is that we've been successful at developing a strategy for converting the remaining card accounts on the TSYS platform over to the MasterCard PTS platform through the use of an organic low-risk process, where, at a high level, we're going to simply let the accounts naturally attrite over time on the TSYS platform, while all new card issuance will take place on the PTS platform.

As time has gone by, the vast majority of our card accounts are now already hosted on the MasterCard platform anyhow, so there's no longer a need for specific big bang style conversion event. As such, this much lower-risk organic conversion process seemed to just be a smarter way to go. Based on a revised agreement with TSYS to support this new conversion approach, we don't expect there to be an ongoing material negative financial impact to Green Dot beyond the first half of this year.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Meanwhile, MasterCard and Green Dot continue to work through the matter of recovery for these incremental first half processing expenses, and we hope to have a resolution on that piece shortly. Mark will have more information on the accounting of these incremental first half processing expenses during his section of the call.

Step 5. Step 5 of our 6-step plan is about making accretive acquisitions. Of course, we announced that we completed the acquisition of UniRush in February. Integration is fully on track, and all is going well so far, and we expect to fully achieve our forecast synergies on plan.

In addition to acquiring a great franchise with UniRush, we also acquired the asset money can't buy, and that is the people who make RushCard great. A large number of UniRush's leadership team have already been assigned broader leadership roles within the consolidated Green Dot.

Like Chris Ruppel from Rapid! Pay, who now runs our PayCard and Corporate Disbursements division, including leading distribution and sales for the new SimplyPaid middleware platform. And Nadir Kiem, who now runs the worldwide customer care and loss management organization for the consolidated Green Dot. Our long-time heritage Green Dot leaders, Mia Alexander and Kristi Smith got promoted to oversee all of the consolidated companies, call centers and loss management operations. And of course, Russell Simmons himself, who is such a prolific entrepreneur, continues to contribute his passion and creative energy. In fact, many of the best leaders across Green Dot, like Brian Schmidt, who runs TPG; Dave Petrini, who runs Green Dot Direct; Diane Piccolo, who is Head of Product for all of our consumer account brands; and many others all came to Green Dot from previous acquisitions. The new ideas and fresh perspectives that come from the infusion of diverse talent from acquisitions into our existing pool of outstanding legacy leadership talent is a big reason for our success.

We have a good track record of successfully acquiring and integrating strategic acquisitions, and all of our division leaders across Green Dot have a mandate to grow their businesses through both organic initiatives and through acquisitions. We evaluate each potential acquisition based on regulatory alignment, strategic fit, ease of integration, the potential for revenue and cost synergies, accretion and, of course, competing capital allocation alternatives. While we will remain focused on integrating UniRush, we also expect to continue to be acquisitive as an important and ongoing source of growth and diversity.

Step 6. Lastly, Step 6 of our 6-step plan is about returning capital to shareholders in the form of share repurchases. In March, we completed our $150 million 3-year share repurchase program in under 2 years, purchasing $50 million of Class A common stock under an accelerated stock repurchase transaction. In total, to date, Green Dot has purchased and retired approximately 6.5 million shares at an average share price of around $22 so far. We are gratified that we were able to return significant cash to investors and deploy our cash flow into an asset, our own stock, at prices that resulted in material accretion to our per share earnings.

Going forward, our board will consider seeking regulatory approval for a new repurchase authorization in 2018 such that we can maintain the flexibility to repurchase shares when and if appropriate as part of our ongoing discussions around capital management.

Before I hand the call over to Mark, I want to let you know that as part of my own personal financial planning, I will be entering into a 10b5-1 plan after the trading window opens in the next week or so. At this point, my plan is to exercise and sell legacy option grants, some of which are nearing their 10-year expiration, and sell vested LTI/equity grants that have been awarded to me over the years as part of my routine annual compensation. The sales will be made through a programmatic schedule over the course of the remainder of this year and most of next year. I do not plan on selling any of my directly held shares, which make up the bulk of my Green Dot holdings.

As context, I founded Green Dot in 1999, and since becoming a publicly traded company, aside from options that were exercised and sold as part of a 2004 divorce settlement, I've only sold shares during the year of our IPO in 2010. I then bought back approximately $4 million in shares since then. So the exercise and sale of these legacy options and vested LTI compensation grants will be the only shares I've sold for my personal benefit in nearly 7 years.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And with that, I'll now hand the call over to Mark Shifke for his CFO report. Mark?

**Mark L. Shifke**
*Chief Financial Officer*

Thanks, Steve. I'd like to start by providing some insight into our performance in the quarter, followed by commentary on our 2 reporting segments, including how the February 28 closing of the UniRush acquisition impacted our Account Services segment. Then I'll provide our Q2 consolidated directional guidance and an update to our full year 2017 financial guidance.

First, I'm pleased to echo Steve's commentary that Q1 2017 was an outstanding quarter for Green Dot, delivering $253 million in consolidated total operating revenue, representing a year-over-year growth rate in the quarter of 11%. Excluding UniRush, Green Dot delivered $241 million in total operating revenue, equating to year-over-year organic revenue growth of approximately 6% against a tough comp from last year's strong Q1.

Revenue growth in the first quarter came from both our reporting segments. First, let's discuss the Account Services segment, which includes the legacy Green Dot and Walmart prepaid card product lines and our Green Dot Direct division that sells our products through several direct-to-consumer digital and direct mail platforms. The Account Services segment revenue, inclusive of the $12 million generated by UniRush in the quarter, delivered revenue of $167.7 million, representing a year-over-year growth of approximately 16%. Excluding UniRush, segment revenue grew by 7.2% year-over-year despite the number of organic active cards declining by 8% to 4.36 million active cards. This is the third quarter in a row with our active card counts at that level, which may indicate that our active card count is stabilizing after several periods of decline following the discontinuation of the original MoneyPak in Q1 of 2015.

Including UniRush, on a consolidated basis, active cards grew by 6% in the quarter to 5.05 million active cards. As Steve mentioned in his prepared remarks, Step 1 of our 6-step plan is about improving active card counts through new customer onboarding and retention initiatives. We appear to be making good progress there and are on track in our plan to return to organic active card growth in 2018.

The driver of our organic revenue growth continues to be a more profitable portfolio of active cards, evidenced by average revenue per active card that was up nearly 17% in the quarter, making this the fifth consecutive quarter with double-digit year-over-year revenue per active card growth. Better is that the sequential growth continues to trend upward, expanding by around 6 percentage points since Q1 of 2016. We believe this trend of substantial year-over-year growth in average active card revenue is driven by 3 main reasons. First, our new products offer more valuable features but also have higher fees than the products they replaced. So as we onboard new active customers using these new products, we are benefiting from higher fee revenue on that portion of the active card segment. Because we sell more new products every day and approximately half of our active cards are still comprised of our older products, we believe the increasing penetration of our new products as a percentage of the active portfolio will create an ongoing mix benefit to portfolio economics.

Second, of those new customers who buy and then reload and retain their cards beyond the first purchase, a high number are enrolling in direct deposit. Our cohort of direct deposit customers generates significantly higher revenue than the cohorts of non-reloaders and cash reloaders. Additionally, these direct deposit customers tend to retain several months longer than non-direct deposit customers. So to the extent more of our active base is comprised of direct depositors, you would expect the average revenue per active card in that portfolio to improve. We see the steady expansion in customer lifetime value as a positive trend that should continue to drive average revenue per active card increases for the foreseeable future because the revenue and profitability impact of direct deposit customers increases with time, both from their increasing card usage the longer they retain and from above-average retention.

The net result is that growth in direct deposit customers, both in the absolute number of cards and as a percentage of total active cards, results in a more profitable card portfolio with higher lifetime values.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A third driver of our average active card revenue growth is the trend of cash reloaders conducting more reload transactions per active card at 1 of the 100,000-plus retail partner locations in the expansive Green Dot network. So this cash reloading segment is also propelling our average revenue per active card.

Now let me provide a quick update on UniRush. With the acquisition closing on February 28, Green Dot added a little under 700,000 active Rush GPR and Rapid! PayCard customers to our consolidated active card metrics and GDV of a little under $700 million to our consolidated GDV number, with nearly all of that UniRush GDV coming from direct deposit. We are thrilled with this acquisition and want to again thank all of the many resources at Green Dot and UniRush who worked so hard to pull the deal together and get it closed as efficiently as possible. And we thank the UniRush team for working so hard to create something special. We are making excellent progress in integrating the UniRush leadership team and operating platform into Green Dot's platform. With UniRush becoming integrated into the Green Dot platform going forward, we intend to report UniRush's financial performance as part of Green Dot's consolidated performance rather than on a stand-alone basis.

Now let's discuss the Processing and Settlement segment. This segment includes our tax refund processing division and our Money Processing division. Revenue in our tax refund processing division, Green Dot TPG, was up 9% year-over-year primarily due to higher transaction volume and higher revenue from add-on products, like our own Green Dot cards. This is the highest year-over-year growth rate this division has seen in many years. Remember, when we purchased TPG, we said it would be a slow grower, absent revenue synergies and new initiatives. It's so gratifying to see our team's hard work pay off.

Our Money Processing division experienced 13% year-over-year growth in revenue per cash transfer as a consequence of the continuing higher average price per reload transaction, which was partially offset by a 4% decline in the total number of cash transfers to prepaid cards. The reason why cash transfers are slightly down is that we have a much higher number of direct deposit customers now as a percentage of the active portfolio than we did a year ago, and direct deposit customers performed fewer cash reloads than non-direct deposit reloading customers. We also have fewer organic actives in the same period last year. Lastly, while not material to our overall results, we are pleased with the growth of the new MoneyPak, where increasing distribution and higher unit sales are encouraging.

Looking now at the bottom line. It's clear that Green Dot is benefiting from strong margin performance across the consolidated enterprise. Including the modest contribution from UniRush in Q1, adjusted EBITDA was up a robust 14.5% year-over-year in the quarter to $89.6 million, reflecting a margin improvement of 108 basis points on a consolidated year-over-year basis. This margin expansion is the direct result of 2 key factors: first, excluding employee stock-based compensation and certain severance costs, our organic compensation and benefits expenses decreased year-over-year by approximately $6 million or 17%, reflecting just one example of the greater efficiency in how we operate; and second, we're generating higher revenue across the enterprise that sits on top of that more efficient cost base. That strong EBITDA performance, along with higher interest income, primarily from returns on deposits at our bank subsidiary, and a marginally lower tax rate, enabled us to deliver non-GAAP EPS of $1, representing a year-over-year growth rate of 28%.

It's worth noting that despite a stock price that has increased substantially over the past year, having the effect of increasing the dilutive impact of our equity awards determined under the treasury stock method of accounting, our non-GAAP diluted weighted average share count remained relatively flat year-over-year due to our stock repurchases. Green Dot continues to generate excellent cash flow, with just shy of $95 million in net cash provided by operating activities during the quarter and nearly $81 million of unencumbered cash on our balance sheet at the end of Q1.

Before I provide revised guidance, I'd like to provide an update on the accounting for the incremental processing expenses we incurred in Q1 and expect to incur in Q2. As Steve mentioned during his prepared remarks, we were able to develop a much easier and lower-risk approach to converting the remaining accounts on the TSYS platform to the MasterCard PTS platform.

As part of that new plan, we also were able to negotiate a revised TSYS agreement that will enable us to cost-efficiently continue using that platform until accounts naturally attrite over time. As we've mentioned previously, we believe that we will recover these incremental processing expenses we incurred in Q1 and

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

expect to incur in Q2. As such, we have not included these expenses in our non-GAAP measures for Q1 nor will we do so in Q2. However, our GAAP results do include this incremental expense of $4.7 million for the quarter, and we expect a similar amount will be included in our GAAP results in Q2 as well.

These incremental expenses are not included in our non-GAAP measures because they are not reflective of our normal operating expenses nor are these incremental expenses expected to continue past the second quarter of 2017. Should Green Dot be successful in receiving partial or full recovery of these incremental expenses, as we expect, we will exclude the corresponding recovery from our non-GAAP measures in the period when recovery is received.

So now let me talk about guidance for the full year 2017 and directional guidance for Q2. As we look at our revenue performance in Q1, we benefited from 3 positive factors we had anticipated when we guided. First, we closed on UniRush in February but hadn't expected closing until the end of March. So this created a positive variance of $12 million in the quarter and for the full year.

Second, when we guided the year and soft guided Q1 in late February, we cautioned that the sluggish timing of tax filings and those tax refunds could push significant volume into later months. To account for that, we shared our estimation that $8 million of Q1 tax-related revenue would likely be pushed into Q2. However, tax filing volume came back fully in March, and our models indicate that the $8 million of revenue we originally estimated would be pushed into Q2 actually ended up coming in Q1.

And third, our legacy prepaid-related business lines organically over-performed by approximately $3 million relative to our expectations for the quarter. So based on our original Q1 guidance of $230 million, we had a gross positive variance of $23 million in the quarter, of which $8 million was just a timing pull-forward from Q2. On a net basis, therefore, we had a revenue over-performance of $15 million relative to our model.

Given that math, we are raising our 2017 full year consolidated operating revenue guidance by $15 million, both at the top and bottom ends of the range, to flow through the non-timing-related Q1 over-performance discussed above. As such, we are raising our annual guidance and now expect revenue to be between $830 million and $845 million, representing projected year-over-year growth of 16.5% at the midpoint.

As we look at adjusted EBITDA and non-GAAP EPS performance in Q1, taking into account the impact of adjusted EBITDA flow-through of the 3 revenue items we just discussed, we achieved a non-timing-related adjusted EBITDA over-performance of $3 million in the quarter, which resulted in a net over-performance of $0.03 of non-GAAP EPS. As such, we are raising our 2017 full year consolidated adjusted EBITDA guidance by $3 million at the low end of our previous guidance range and $1 million at the top end as we want flexibility to potentially reinvest some of the Q1 upside into new programs currently in development.

We, therefore, are raising our full year adjusted EBITDA guidance to be between $187 million and $192 million and our non-GAAP EPS guidance to be between $1.89 and $1.94. This represents projected adjusted EBITDA year-over-year growth of 21% at the midpoint and non-GAAP EPS year-over-year growth of 31% at the midpoint. We feel these revised ranges are appropriate because the low end flows through our Q1 over-performance, while the high end allows us leeway to prudently reinvest some of the upside back into our business in the second half of the year.

Now let's talk about our expectations for Q2. Despite the $8 million of revenue that we recognized in Q1 that was originally expected to be pushed into Q2, we are guiding Q2 to deliver approximately $207 million to $209 million in revenue. We expect adjusted EBITDA to grow about 23% year-over-year to around $40 million, which implies an approximate 19% consolidated margin. This margin contains a handful of puts and takes, including the lower-margin revenue we expect from UniRush as well as some of our new programs, like secured card, that are growing revenue nicely but are not yet meaningful margin contributors, offset by better year-over-year revenue on our legacy prepaid-related business lines that we expect will deliver expanded margins relative to Q2 last year. That $40 million in adjusted EBITDA is expected to deliver approximately $0.40 in non-GAAP EPS, which would represent about 48% growth year-over-year.

With that, I would like to ask the operator to open the phone for questions. Operator?

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question comes from Ramsey El-Assal with Jefferies.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Ramsey, are you there? Well, operator, let's go to the next one, and then we'll come back and revisit Ramsey.

**Operator**

Our next question is from Steven Kwok with KBW.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Just the first one is just around TPG. You mentioned that it's performing better than expected. Can you give us a little bit more sense of what the revenues were this quarter, how much it was up year-over-year and what your outlook is for it?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Well, we don't break out the revenues for that division on a stand-alone basis. But I do want to say in our disclosures for the Processing and Settlement division, we did give an increase number, Mark, did we not for TPG, I forget, and the number of tax [indiscernible] is part of our disclosures.

**Mark L. Shifke**
*Chief Financial Officer*

Yes, they were up 5% year-over-year in a number of our RTs processed.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Great. Is that a good way as a proxy around the revenue growth to think about at it, the 5% up year-over-year?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Say that again, Steven, I'm sorry, it's hard to hear.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Yes. Is that 5% a good proxy for what the revenue growth would have been around the TPG?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Well, I guess, you could think about that. We get paid by RT. The problem is that it's not a perfect match because we get paid different amounts depending on the channel, whether it's pro or whether it's online, in other words, do-it-yourself or assisted. But it's not a bad proxy. I do know that it's exact but it's not bad. And if you look at our disclosures when the Q comes out and then also in the press release, we have the measures for TPG independently where you can see the numbers of RTs processed. And there's probably some good math you can back out using those disclosures as well.

**Wai Ming Kwok**

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Keefe, Bruyette, & Woods, Inc., Research Division*

Got it, got it. And the second question is just around your active new cards, the active cards that you have. It seems like at some point, that organic growth rate's going to turn the corner. Like how should we think about it for the rest of the year?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Well, so we expect to be, as Mark said in his prepared remarks, we've been at this negative 8% now for 3 quarters straight, and so we're not going lower than that, which is a good sign and shows that we're on track, or frankly even a little bit of ahead of track to get to organic growth. So for the rest of this year, I would say we're going to continue to be down but then we're looking to return to growth as we get into Q1 of next year and that's pacing well. I don't want to give guidance beyond what we provided for Q2, but given that we've been flat at negative 8% now for 3 quarters straight, we wouldn't expect it to go beyond that.

**Operator**

Our next question is from Tien-tsin Huang with JPMorgan.

**Tien-tsin Huang**
*JP Morgan Chase & Co, Research Division*

Just I guess I wanted to clarify, the overperformance was $3 million. When all that said and done, forgetting about timing and early UniRush contribution, and the $3 million, what would you attribute that specifically to? It sounds like just better revenue per performance and a little bit on TPG, is that the gist of it?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Yes. 2 things, by the way, Steven's -- our accounting folks were looking at Steven Kwok's question and the answer is we said in the prepared remarks we have 9% year-over-year for revenue at TPG. We did disclose that, and then the number of RTs is up 5% and that's in the disclosure. So I want to make sure we answered Steven's question. Tien-tsin, to answer your question, yes, we had an expectation in the quarter of $238 million all in, and then we said well, gosh, $8 million is going to be pushed into Q2 because we thought the tax season was incredibly slow if you remember when we have the guidance call. And it turns out that, that wasn't the case, so we were up $8 million plus $3 million so we're up $12 million -- $11 million, more than we thought. But if you take that $8 million we thought would be in Q2 and pull it into Q1, that leaves you with that $3 million relative to our expectation. So that's where we came up with the $3 million. And the reason for that increase was the increase in revenue per active card and the number of active cards being where they were. So that was what increased that amount.

**Tien-tsin Huang**
*JP Morgan Chase & Co, Research Division*

Got it. And then as my single follow-up, I'll cheat and do 2. The reinvestment in new programs, that flexibility, is that for discretionary marketing of existing plans? Or is that potentially launching some new stuff? And then did you say that roughly half of the card base is now new versus old?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

The answer is half is new versus old, number one. Number two, the money that we're looking to reinvest for the second half is not marketing, it's more technology build-out and other kinds of work that would be reflected in maybe SG&A and some other costs. But it's a general look. We have a lot going on at the company and as we have these overages, we want to make sure that we have enough left over so that we have some leeway to operate in the way we want.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

Our next question is from Ramsey El-Assal with Jefferies.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Forgive me if you've already addressed this. I've been hopping from call to call. What kind of the growth profile can we expect now from TPG? I mean, it grew so nicely in the quarter. Is this something that we should sort of reevaluate with the longer term? It sounds like we should reevaluate with the longer-term growth profile [indiscernible], if you just explore that a little bit.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

I really, really like TPG. When we bought that division, it had been flat or up 1% or 2% for some time. And when we announced the acquisition, this goes back to 2014, we said that it follows the tax macro ecosystem, which it does, which people die and then people come into the system and it stays relatively flat in the U.S. So anything you gain is by gaining share from other competitors in the space or pricing advantage or add-on products. And our theory was that between Green Dot cards and then using some other products from a Green Dot bank that existed or that we could invent that we drive more advantage and more revenue and that really happened in this quarter. My -- gosh, I don't want to cause guidance to change or people to get overly optimistic, but I feel really good about that division because it's such a fertile ground of cross-selling our platform. Everything you need to make that platform sing is something that we have in the consolidated enterprise, whether it's the tax or refund advantage loans that we do or small business loans that help these independent pro-channel tax preparers get by signage and they redo the carpet in their office and things that small businesses do to get ready for tax season. And then the prepaid cards that can be sold to customers who say, "Hey, I'll take it in cash or I'll come back and pick up a check." And the tax preparer is able to say, "Well, don't do that, we have this Green Dot card over here, and you can put it on this FDIC-insured account and it arrives faster," and so on and so on. And all those synergies really kick in. So there's no way I could give you an accurate forecast of what the percentage of increase should be over year-to-year, but I can tell you generally, we feel very good about that division. We have great leadership, a great team and a pipeline of new products that we think are solid. So we feel really good about that acquisition and feel better year-over-year.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Okay, great. Follow-up for me is -- and again, forgive me if you've already addressed this, but the reinvesting some of the profit outperformance in the quarter, rather than letting it flow through the full year guide, did you already give any color in terms of what that might -- what might be motivating you to do that? Is there a particular need for it? Or is it just generally being held in reserve opportunistically? Or can you elaborate a little bit there?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

A part of it held in reserve opportunistically. Tien-tsin asked a similar question. There are a few programs we're working on that we want the leeway to invest in if we need, and we didn't want to be capped, if you will, by accidentally guiding too aggressively. So we thought it was good safe guidance that gave us a leeway to invest as we might. And just the pipeline of the business -- and you heard in my prepared remarks some of the excitement or energy around the business. We worked really, really hard to put all these assets together that we think are fairly unique and compelling, especially when they're all combined and integrated. And that means that we've become a company that people want to work with, and that we have offerings that makes sense in a new economy and in a new America as it relates to banking. And we have a lot of things happening and a lot of activity in the development pipeline, so we wanted to make sure that we didn't overly aggressive guide and unintentionally limit our opportunity to invest in the second half.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

Our next question is from Ashish Sabadra with Deutsche Bank.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

I have a quick question on margin, like guidance for second quarter implies a 50 basis point of margin expansion. How should we think about margins going forward? Is there opportunity for further margin expansion even with the incremental potential investment?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

No question about it. I mean, you've seen a lot of advantage and Mark and I -- actually, I shouldn't steal your thunder as I think about it. Do you want to talk about it?

**Mark L. Shifke**
*Chief Financial Officer*

You're on, go ahead.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Well, look, we've worked really, really hard to build this platform, starting with GoBank that has rewritten all of our code and allowed us to be so much more efficient and so much more modern with the way we spend on technology and roll out new products and the way we look at our consolidated enterprise and think about staffing needs and facilities and all the things you do when you try to become more efficient as we reimagine the machine, I think, was the phraseology I used in my prepared remarks. So we think there's an opportunity for margin expansion. But these things take some time. So yes, there's margin expansion, if you look at it year-over-year, but we have the Rush -- the UniRush acquisition, which is a lower margin revenue and there's a decent amount of revenue, and so we have to overcome that, and we will as that gets integrated, right. We've only owned it for 1.5 months or something, so that will take some time to get integrated. And then we have other new products like Secured Card where the margins are very, very tiny or maybe even negative depending on the period, but the revenue is growing, and you can very clearly see when you're running that business how that will translate into margin going forward. So you have sort of the lower margin of the new revenue, the expanding margin of the legacy revenue coming together for healthy margins that will get healthier as time goes by. So the answer is we think there is continued opportunity for margin expansion. That's one of the reasons why you're seeing such terrific EPS growth and adjusted EBITDA growth, and that's clearly a big strength for the company right now.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

That's good. And my second follow-up question was around MoneyPak. You mentioned MoneyPak [indiscernible] definitely helping -- you're seeing increased traction there. I was wondering if you can provide some more color around how much of the traction is coming from new locations being rolled out versus even improved awareness at the existing store and how the same-store, if I can call it that, growing? So if you can parse out those details.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Sure, I'll give you a high level because I don't have the actual numbers in front of me. But just from my memory as I go through the business divisions, it's both. It's new locations but most of the growth has been primarily been from same-store sales increasing as word gets around that the product is out there. And a lot of the users of the new product have never used it before. In other words, we can look at cellphone numbers and Social Security numbers and some other data and look at are these just old

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

MoneyPak customers coming back to rebuy it now that it's back on the shelf? Or are these customers who have never used the product before? And a large number of people who have just never used the product before. So we think it's been a really good product and frankly, maybe selling a little bit than I thought it would, to be honest with you there. Helena Mao, who runs that division, she's the GM, told me so, I guess. But I'm pleased with the way that's going and if we can be successful in rolling out this new use case that her team has been working on, then it could sell even better but so far so good. It's been a nice come back with very little, if any, fraud and the nefarious activity we were worried about is a thing in the distant past. Our new controls have worked very, very well. So I'm pleased with that product and really satisfied with our team's performance.

**Operator**

Our next question is from Oscar Turner with SunTrust.

**Oscar D. Turner**
*SunTrust Robinson Humphrey, Inc., Research Division*

You talked about direct deposit being one of the big drivers of the rev per card growth, I guess, over the last few quarters. So can you provide any color on what the direct deposit penetration in your card business is now? And then how do you think about the upside there?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

So I'll answer the upside, while Jess Unruh, our new Chief Accounting Officer, leafs through paper to find out what we disclose and what we don't. So I'll let him worry about that. I know we give percentages of increases, but I don't know if we give absolute numbers, so he'll figure that part out. And then in terms of where we can go, the answer is I think it will get much better. We've been aided by 2 things happening at once. One is the macro of direct deposit users has been increasing because of the employment rate in the service sector, which helps, right. If people don't have jobs, they can't get into direct deposit. Number two is that companies more and more offer direct deposit. It used to be where you could only take advantage of direct deposit if you worked for a large company, but now with so many automated payroll services and electronic payroll services, that even small business sign up for cloud-based offerings and SaaS offerings, they almost all offer direct deposit as an automatic tool that your employees can enroll into. So direct deposit has just become bigger as a macro, and so that's helped us, employment has become bigger. We've made direct deposit a lot easier to sign up for. If you're a Green Dot customer, it wasn't always particularly easy frankly, and now we have your direct deposit enrollment information everywhere online. We text it to you. We e-mail it to you. It's on our mobile app. So we've done a lot of things here to make that better and easier as well. And the more millennials we have and the better the employment picture in the country, we see that macro increasing. So we think we have a lot of up room to go, but we've also come a long way.

**Oscar D. Turner**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. And then, I guess just on active card growth, you guys sounded pretty confident about active card growth. I guess, seller rating as we get to later this year or next year. I guess, what kind of visibility do you have into active card growth actually growing next year? And then also do you expect lower churn or more new adds to drive most of that growth?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

So it's both. The way we forecast it is, Terry Lee, who's our genius FP&A guy who runs all this stuff and works for Paul Farina and Kevin Manion, here at our -- who are in the room with me here, put together all this data and looked at it. And we look at unit sales and we look at retention of existing cards and certain usage trends, and you can fairly accurately predict where we're going to be. And we got it wrong in 2015 because with MoneyPak going away, all of our models went to hell in a handbasket. We just didn't have a sense of where we were with it and communicated that. That was probably an inelegant way to say

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

it, but that's what it was. But as we've stabilized now, you can have a new sort of look at it, and we've been pretty -- hitting it pretty much on target. I think Terry's done really a good job with it. So we do have visibility because you know what your new unit sales are. You know what those unit sales contribute in terms of reloading and retention, and then you can see what your existing portfolio is behaving as. And we can be fairly accurate. So we do have good confidence that Q1 of next year will start to see our active cards grow in the absolute. Now I've said this in other calls, if things go wrong, then they go wrong on, and that would change it. In other words, if the numbers of cards we're selling, new accounts we're issuing suddenly fell off a cliff or if retention suddenly reversed trend, well, that would change that date. But it's been fairly consistent and we've gotten it right pretty much every quarter, so I feel fairly confident in it.

## Operator

Our next question comes from Eric Wasserstrom with Guggenheim Securities.

## Eric Edmund Wasserstrom
*Guggenheim Securities, LLC, Research Division*

Just a couple of follow-ups on the -- I think Steve, you mentioned in your prepared comments or maybe Mark it was you, about the bank -- dividending up from the bank. Can you just maybe give us some framework about what the appropriate capitalization is of the bank? And over what time frame you can dividend up that excess capital? And then my follow-up is about the intended use of that capital once it's returned to the parent company.

## Steven W. Streit
*Founder, Chief Executive Officer, President and Director*

Sure. So our capital ratios at the bank, and you can tell this by looking at our call reports and some other public disclosures, is at around 10%, and I don't imagine we'd go much below that. So for example, if your average assets in the bank in a given quarter, let's pretend, were $700 million, that means you'd want to have $70 million in the bank against that. And you can see what our deposits are. They vary by quarter, by quarter. In our case, because we don't do significant lending, our deposits are our assets. In a more traditional bank, your assets would be loans and things of that nature. So we dividended it so far, $50 million. We're going to do another -- I don't what the number is, maybe 20 or something like that is our goal to bring us down to that 10% threshold. We were as high as 17% at one point. And so once we're done, we're done, and then it may be that if we have a big program launch or our balances increase, we may actually have to take some money and downstream it from the holding company back to the bank if we grow deposits faster, but that's a good problem to have. In terms of what we've done with the money once it comes back to the holding company, it goes into our general unencumbered funds and that can be used for buying companies in the case of the cash component of the RushCard or the UniRush acquisition. It can be used for share buybacks like we just bought back in the $50 million in March as part of our ASR. And so it just becomes part of our general funds. There's no specific use earmarked for that money so much as the discussions around capital allocation that happens in board meetings and around board meetings, and that just becomes part of our general treasury.

## Eric Edmund Wasserstrom
*Guggenheim Securities, LLC, Research Division*

And just in terms of your thought process around share repurchase. What is your philosophy about this going forward in terms of sustainable versus opportunistic return?

## Steven W. Streit
*Founder, Chief Executive Officer, President and Director*

Look, I have my own views but we have a very diverse board and just because I believe something doesn't mean they will. But look, I like share buybacks as a regular ongoing programmatic way to reinvest in our own asset because, in theory, the stock should always be going up if we're doing our jobs properly. And if we're communicating our vision and our story well, then multiple should increase and EPS should increase and then the math takes care of itself. So I don't think there's ever a bad time to buy Green Dot

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

stock, and I like programmatic buying, rather, as we continue on through share buybacks. And that's what we've done now for the past couple of years. There may be others who feel on the board and that is a fair component that, look, let's not do that. You can buy a company become more accretive with that, and there are certainly times we do that as well. In the case of this last acquisition, we did both. We both UniRush and immediately did a $50 million share buyback. So we have all these different competitions for the best use of capital. And generally, if an acquisition has more accretion and is a better deal, I always like to go for the acquisition because that's a long-term standing benefit to your company, whereas share buyback is somewhat of a point in time. But I like them both, and I don't think they have to be exclusive to one another. I think if we manage our money well and given the kind of cash we generate, we can do both, and it would be my preference to continue to do both depending on the particular opportunities in any given quarter. You don't always have great companies to buy, but I think our stock is always a good time to buy it, always. So that's where we are.

### Operator

Our next question comes from Ashwin Shirvaikar with Citigroup.

### Ashwin Vassant Shirvaikar
*Citigroup Inc, Research Division*

My first question is with regards to the conversion over from the TSYS platform to MasterCard platform. This is dragged out for some time now, and I know the revised agreement with TSYS had no ongoing negative impact to Green Dot. But at one point, there's supposed to be a positive impact from converting over. So I'm kind of wondering where we stand with regards to that and what is the fundamental issue here that's taking so long.

### Steven W. Streit
*Founder, Chief Executive Officer, President and Director*

Well, so the first one is the economics. Had TSYS not been willing to work with us and help us revisit the economics of the old TSYS agreement, it would not have been feasible to do what we did or we would have done it but lost money or spend more money than we had planned. But with the new agreement, we're able to have the advantage of the pricing still get that platform savings that we had hoped to get, but we're just getting it despite being on both of those processors. So from an economic point of view, it's going to cost us a little more than if we had everything on the PTS platform, but it won't be punishing or penalizing in the way it was for the first half of the year. And we really appreciate TSYS being great partners and very helpful in helping us stabilize that situation. So that's been great. In terms of why it's taken so long is a couple of things. Look, processing is a tricky business and our partners at MasterCard are good people who have done a good job. And we're a large portfolio. Green Dot is a large bank when it comes to the issuance of debit cards. We're not a small company anymore, and it's one of the largest debit card portfolios in the entire country. Certainly, we're top -- oh, it's got to be, at this point, in the top 15 portfolio out of 17,000 banks and credit unions. So it's a large portfolio. And as we've done the transition, it's gone generally well but as you know, we have those hiccups. In May of last year, almost exactly a year ago, when we had 30,000 or 40,000 customers who had issues with their accounts. And that's a really bad thing in our world, whether it's 30 -- on one hand, 30,000 people isn't a lot out of 5 million or 4 million. But if you're one of those 30,000 people, it's a really bad day if you can't access your money. And that was a real concern for Green Dot, it was a really big concern for MasterCard. And as time has gone by, as we've continued to invest in building the system to make it more robust to handle our volume and our increasing volume, as time has gone by, there's just been this natural attrition that's happened without us doing anything because all the new issuance is happening on the MasterCard platform, all the legacy cards or some of the legacy cards are still on the TSYS platform. And so if you will, conversion is taking care of itself as older customers are attrite off the platform and newer customers come on the MasterCard platform. So it occurred to us, why take the extra risk of what we call a big bang conversion and, God forbid, mess up 2,000 people's cards or 3,000 people -- why take that risk when nature is taking care of itself, if you will. And the MasterCard agreed that was smart, that we agreed it was smart and TSYS was pleased to have the extended business, and so it worked for everybody. And that's why we're in the position we're in. And we think it's going to be a good thing for us but ultimately, today -- oh gosh,

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

certainly well over 90% or more of our accounts are already on the MasterCard platform. So it's already largely there anyhow.

**Ashwin Vassant Shirvaikar**
*Citigroup Inc, Research Division*

Okay. My second question is actually less related to the quarter and more to sort of forward potential at Green Dot, if you will. So I can't remember, I may be mistaken but I cannot remember when you had more initiatives in progress both from a product and efficiency perspective. You're trying to do so many things. And so the question really is with regards to management bandwidth and if you could rank order where your focus is because there's a lot of things, obviously, are going to -- into making the -- making the sausage here with compliance, risk management, product design, support, distribution. Can you talk about management bandwidth in bank? What the area of focus is, the top 3 to 5 items?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Sure. So the way we're pulling it off -- and you're right to notice that we have never been more prolific. I feel like we're Elton John of the '70s. We're just writing hit after hit, and it's been a lot of fun. Look, I've been at the company for a few years and never worked longer days, and I'm kind of known for that anyhow and I've just had a blast. It's been so much fun and the reason is because we have a structure now with these 6 largely independent revenue divisions. All of us get along socially but every revenue leader whether you're Helena Mao who runs Money Processing or Dave Petrini at Green Dot Direct or Mike Keesler in Consumer Accounts or Brian Schmidt at TPG, Mary Dent at the bank and now Chris Ruppel who runs Disbursements -- Corporate Disbursement and Payroll Cards, you have your own agenda. So they all have a mandate, and the mandate is you need to grow organically and what are your initiatives to do so. And they all report up to our Chief Revenue Officer, Brett Narlinger, who's new to us, came in, what, 4, 5 months ago maybe, something like that. And Brett's a powerhouse and very aggressive and very much of a Type A kind of a guy, which I tend to like, and he's done a very good job with that. But they have to come in and show us their plan, some plans we like, frankly, some we don't, but that's part of the discussion. And they have an organic list of, hey, here's how we're going to grow our division and how we're going to make it work, and they can also buy companies. So Brian Schmidt can come in and say, "Hey, Steve, here's a great company we can buy over here." Or Helena can say, "Hey, what about this comedy over there?" And we talk about acquisitions, and that's where we're finding some of these acquisitions. UniRush, for example, belongs to Dave Petrini in the Green Dot Direct division. Other acquisitions we made belong elsewhere. So that's how that works and because you have individual stacks of executives where you have, if you will, many businesses, they are their divisional CEOs, and they've got to run their business. And I judge them based on their ability to hit their plans and the intelligence of their operating plans that they present to us for a thumbs up or thumbs down at the beginning of each operating year. But I think changing the company to be, if you will, 6 companies and operate as one on one common platform has turned out to be a really good thing. Now where is it painful? If you're Kuan Archer, who's our Chief Operating Officer and also Head of Worldwide Technology, you've got to service all of it, right. So you have to now figure out, oh my gosh, I have 6 GMs and they don't always care about the other. They care about their numbers. So how do we increase our supply to match the demand. And so Kuan and I will often have what we call supply-and-demand conversations with what is the demand for technology bandwidth and what is our supply and how do we match? If we're oversupply, we blow our SG&A budget. If we're undersupply, we have frustrated business leaders who can't hit their goals, and so there is some of that. Other share divisions like legal is a very busy division because everything generates contracts and transactional work and so forth, and it's been very, very busy for people like frankly, me and Mark and Jess Unruh and the folks in finance because we're one common platform that serves all of it. But it's worked remarkably well and it's created a great energy, and it's why we're able to do what we're doing. And if one division's not doing so well, maybe the other one picks up for it. If they're all doing well, you have better growth than you would have had otherwise. But so far, it's gone very well.

**Operator**

And our next question is from Vasu Govil with Morgan Stanley.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Vasundhara Govil**
*Morgan Stanley, Research Division*

Just 2 quick questions. I guess starting with UniRush, they contributed about $12 million this month -- sort of for the month of March, with guidance for the remaining 3 quarters suggest about $8 million to $9 million a month. Is that mostly tax-related seasonality or anything else that we should be mindful of?

**Mark L. Shifke**
*Chief Financial Officer*

It's Mark. No, that's the right question. The month of March is generally the best month of the year, particularly the way the season played out for tax this year. So you had an extraordinarily high result. I think for the rest of the year, you're looking just like you would at Green Dot in terms of the cadence of revenue over the course of the year and seeing how it plays out from nontax season. So we're still happy with the guidance we initially suggested for Rush.

**Vasundhara Govil**
*Morgan Stanley, Research Division*

That's helpful. And just quickly and apologies if I missed this before and you already talked about it. But did you mention the accretion from share buybacks for this year?

**Mark L. Shifke**
*Chief Financial Officer*

I don't think we specifically called that out in the prepared remarks. It's sort of we were getting some benefit. I think you'd probably want to think $0.01 as you're thinking about the impact for the year.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

It depends on the share price too, right?

**Mark L. Shifke**
*Chief Financial Officer*

Yes, there are couple of -- as Steve says, there are couple of components to it. One, in fact, is look, we're still in the middle of executing it. And so depending on where our stock goes for the remainder of the year, you get that $0.01 or you get more or less. So we'll wait and see how it plays out for the rest of the year, but we're hopeful that it's at least $0.01.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

It's a better number to provide in arrears, and we'll do that. But I can tell you the first 2 buybacks we did work out remarkably well. We said in the prepared remarks that the average cost basis of that was, like, $22 a share. And we're in the mid-$30s as of before the call. And that's pretty good. It doesn't always work out that well, but it worked out very well.

**Operator**

And our next question is from Bob Napoli with William Blair.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

Just on the M&A front, how do you look at your dry powder today? And then what else is out there? We've made -- I mean, you've consolidated a lot of the players in the U.S. industry. You've entered some different areas. You have a number of different segments. What are you -- what is out there from an M&A perspective? What do you view as your dry powder today to execute on that? And would you look outside of the areas you're in currently? Are there related payments areas you're interested in?

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Well -- so Mark can talk about the dry powder thing, which becomes a challenge at some point, because we're a good sized company but everyone has their limits in their appetite for what they can eat. But luckily, we do generate a lot of cash and as long as we're in our various covenants with the regulators and our Tier 1 ratios, we can absorb acquisitions and Mark can speak to that in a second. In terms of, Bob, how we think about what to buy, as I mentioned in one of the previous questions, we have these 6 division leaders, and all of them have a fairly unique list of companies that they may find interested in buying. And there are ones that I may have not always heard of, frankly, when I get to hear about them. And -- but that's okay, I've never heard of TPG before we bought them. So you get to learn from each expert who runs their own division, and so they can be in the areas of money processing or tax refund processing. It can be in the areas of other consumer account companies or portfolios. While there may not be actual companies to buy that are in the prepaid portfolio business, there are other prepaid portfolios that could be out there to buy that companies are trying to shed or, for whatever reason, are looking to sell. And so we're still looking at those, and there may be some that come up. And every division has their thing. The bank could even look at other credit portfolio, secured portfolios, all kinds of things. So it's really enjoyable to sit down with our division leaders as they come in and point out things that we may be able to buy. And if the price is right or we can bring a unique benefit to that acquisition that makes it unusually accretive or there's something about our platform that makes it worth far more than it is on its own, well then it piques our curiosity when we look at it. But to your point, we can't buy a mammoth organization unless we did a big equity deal, which is something that I'm not likely to want to do anytime soon. But you're right, there's always a limit of what you can absorb, and Mark can share a little bit about that.

**Mark L. Shifke**
*Chief Financial Officer*

I think you covered most of it. The question would be -- right now, we still have dry powder at a certain point. We'd have to think about changing our capital structure and moving from bank financing to alternative forms of financing as we think about alternative transactions. We have steady cash flow that is very, very helpful. And as a company, I think we're somewhat underlevered, so there's still room to grow through acquisitions.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

And then just the -- I mean the increase in revenue per card is one of the more interesting things I've seen over the years. It's amazing, the improvement that you've made. And if you think about the business -- the model that you have today, Steve, versus the model that you had several years ago going back to 2011, '12, I mean, how is the profitability of the adjustments you've made as this all flows through compared to what we saw in the past? How has it changed the model, the model you had years ago?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Yes. So a couple of things have really benefited us. Clearly, the new products worked out well. And look, I've designed a lot of consumer products in my day, more than I can remember in this industry and in other industries that I was in before starting Green Dot. And you don't always know what's going to work. You think you know. You do research. You have a gut feel for it. But I've had some products I'm sure would be huge and they turned out to be dogs. And I've had some products I thought were stupid that turned out to be huge. MoneyPak was one of them. I thought it was a really stupid product, and it just happened to sell really well. So you never know. Consumer products, anyone who gets it right all the time is a liar. But in this case, we did get it right and they've done very, very well because the people who buying them recognize that their real bank accounts that do real things, and we got rid of the element that was using it for sort of nonsense and then throwing the card away and now we're dealing with a better set of serious customer. So that worked out well, and that's one advantage because we're able to have a higher fee base of more serious customer. So that worked out. But at the same time, we really

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

have worked incredibly hard to completely reengineer the infrastructure of Green Dot. There's a joke at Green Dot but it's true that you can leave the company but the company never leaves you, meaning that we have a lot of returning employees who go to leave and then they, 6 months later, they say, "I can't believe I left. Can I please come back?" And many times we hire them back. And when they come back, they go, "Oh my God, in only 6 months, it's already changed that much." And they don't recognize the company. And the reason is because we're always trying to make sure our core infrastructure, really the technology base, evolves with time. And today, everything we do is about mobile technology and Internet technology and digital acquisition and what will look like on the App Store and what will look -- that wasn't even a discussion 2 years ago, Bob. It wasn't even -- I don't think we even had an app you could download 2 years ago. So as you look at the changes and how the company has been put together and how we sort of designed it, it feels and looks like a Silicon Valley technology company that, oh, by the way, is a bank charter that has capital and can do things that only a bank can do. And I think that all that coming together is what has really made us, on one hand, way more efficient in terms of how we operate. The people we have, the numbers of people we have, whatever statistic you want to use, revenue to SG&A cost, whatever efficiency metric you want to look at, and our products are just more relevant. The other thing that is maybe more luck than skill, but I'll take it either way is that our distribution model, when I came up with idea to sell these prepaid cards at retail stores, it was really because I thought, okay low-income people are not going to walk into a bank, but they will walk into a Walmart or a Rite Aid or whatever the case may be. And it was really viewed as oh, a low-income person, a poor person buys a bank account at a Walgreens. I would never do that. She'd never do that. My boyfriend would never do that. That kind of thing. But as of the world has turned in the world of [indiscernible] were my kids all -- I don't think we've gone out to a restaurant ever. Everyone comes to our house delivering a smoothie from Juice It Up or something. It's preposterous, but that's what people do nowadays. I don't think they do it at the Napoli house, but they do it at the Streit house. And everything now is on-demand, right now, when you want it. Nobody watches network TV. Bob, we're roughly the same age and you didn't have -- you wouldn't have to think -- we were way older. But you wouldn't have to think too many years back when everybody knew what TV show was on CBS or I watch the NBC Nightly News or I like the Bob Newhart show on CBS, whatever the case may be, nobody knows anymore. So you get your video on demand, you watch it from Apple TV or from Netflix. So nobody knows what network it's on. They wouldn't have a clue. Nobody knows what radio station that DJ works for or that one were -- the songs they like, and they typically got the song from SoundCloud or somewhere like that when they downloaded on-demand. We live in an on-demand world. And suddenly, there's distribution channel, which is everywhere, right. The App Store, 6 or -- 5 or 6 different consumer-facing websites. Pretty much every retail store in every strip shopping center in every state in every district in every county in America, including Alaska, Hawaii and Puerto Rico, you can find Green Dot products and services. And suddenly now that distribution that was designed for low-income people, now is just incredibly relevant to people because the concept of wanting things when you want it without a lot of fuss, if you will, has become very modern and very fashionable. And we just find ourselves in the middle of all that, and we are attracting customers that, frankly, we'd never designed the product to attract. But the combination of better products that do things like any other bank account, combined with that distribution seems to be helping, and we're going to try to help that along further, making sure that our products are very modern and do everything that people in their 30s want them to do.

**Operator**

Joseph, I have opened your line.

**Joseph Anthony Vafi**
*Loop Capital Markets LLC, Research Division*

Joe Vafi from Loop Capital. Just one quick question on the active -- the revenue per active card. Are you still seeing growth at this point in revenue per active cards from the legacy? Or is revenue per active card growth only coming from the new products now?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So the answer is it's hard to say that because part of it is a question of the mathematics. In our legacy portfolio, these are customers that, in many cases, are 5, 6, 7, 8 years old. They're a direct deposit customers, they're heavy cash reloaders. And they deliver a lot of revenue because just like your bank account, you use it for everything and this has become their bank account. So it isn't that they're necessarily growing organically but as older accounts die off, the ones remaining, by definition, have a higher revenue per active because your universe shrinks, your denominator changes, if you will, but the numerator stays the same. So that's -- so the answer is yes, it's improving but not in the way you're asking, I don't think. The real action is on the newer cards that start off from day one being better customers, paying a higher fee schedule, using more features who are using the card more seriously from day one, and that's where I think you're seeing the push, if you will, or the growth in the overall active card. I think that's the question you're asking.

**Joseph Anthony Vafi**
*Loop Capital Markets LLC, Research Division*

Yes, it is. And then just -- that just brings up one little quick follow-up, which is the kind of pace of growth in revenue per active card you're seeing with the new cards, what does it look like, what kind of color can you provide there? Because obviously, because they've got more features and fees, the revenue is kind of going to be higher than other cards where when they first came in. But do they have an ability to accelerate more in the revenue generation over time versus some of the legacy ones?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

We think so, yes. I mean, listen, we are way ahead of our models for per card revenue per active growth. I don't think we originally forecast this when we first rolled out the new products by a mile. So there's been a pleasant upside to the model, frankly. Can it go higher? We think it can. We're not -- in our models, we don't really rely on that because we're a little bit chicken to do that because we're in somewhat new territory there. But we do know that the longer a direct deposit customer uses the card, the more they deposit as time goes by because they get more comfortable with the account. Just like you would with any new bank account you opened. And so the older the customer as they season, they get better. An old customer is our best customer. And so to the extent they hang onto their cards and use them more, well, they'll continue to generate more revenue from usage and interchange and ATMs and all the good things that happen when you use your card. But we're learning more with each cohort. And as you look at every 90-day cohort that we pile on, remember, it's only been not even 5 quarters, right, it's been like 4 quarters and a month or something. And even that's for the Walmart side, the Green Dot products didn't roll out until April or May really. So we're just now hitting a 12-month number. So I think we're still learning as we're going. It's one of the reasons why we try to be moderate with our guidance and our increases in guidance because we don't have 10 years of data, right. This is -- we're in the New World Order here and again the employment picture has been helping just as a macro in the country, and the kinds of customers who buy our products has been helping. So we think there's upside but that's not guidance or forward-looking statement. It's the CEO's opinion, and I wouldn't take it for more than that. We'll see as it happens.

**Mark L. Shifke**
*Chief Financial Officer*

But the other piece that I find as or more interesting is the profitability of that revenue. I think if you look at revenue in '14 and '15, you saw pretty much flat EPS. And then with modest growth in revenue in '16 and again growth in '17, you're seeing a materially higher flow-through of that revenue to EPS. If you look at our guidance on a full year basis at the midpoint, we're looking at sort of a 16% pickup in revenue year-over-year, but a 31% pickup on EPS. So I do like the revenue aspects, but the flow-through to profitability is what I get more excited about.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. I think we've -- I know it's been a longer call. We went over about 25 minutes but we had so many questions, we wanted to entertain them all. Thank you all for listening in. We know it's late on the East Coast. Have a good night, and hopefully, we'll see you at a conference soon.

**Mark L. Shifke**
*Chief Financial Officer*

Thank you.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**GREEN DOT CORPORATION FQ1 2017 EARNINGS CALL** MAY 09, 2017

The information in the transcripts ("Content") are provided for internal business purposes and should not be used to assemble or create a database. The Content is based on collection and policies governing audio to text conversion for readable "Transcript" content and all accompanying derived products that is proprietary to Capital IQ and its Third Party Content Providers.

The provision of the Content is without any obligation on the part of Capital IQ, Inc. or its third party content providers to review such or any liability or responsibility arising out of your use thereof. Capital IQ does not guarantee or make any representation or warranty, either express or implied, as to the accuracy, validity, timeliness, completeness or continued availability of any Content and shall not be liable for any errors, delays, or actions taken in reliance on information. The Content is not intended to provide tax, legal, insurance or investment advice, and nothing in the Content should be construed as an offer to sell, a solicitation of an offer to buy, or a recommendation for any security by Capital IQ or any third party. In addition, the Content speaks only as of the date issued and is based on conference calls that may contain projections of other forward-looking statements. You should not rely on the Content as expressing Capital IQ's opinion or as representing current information. Capital IQ has not undertaken, and do not undertake any duty to update the Content or otherwise advise you of changes in the Content.

THE CONTENT IS PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTY OF ANY KIND. USE OF THE CONTENT IS AT THE USERS OWN RISK. IN NO EVENT SHALL CAPITAL IQ BE LIABLE FOR ANY DECISION MADE OR ACTION OR INACTION TAKEN IN RELIANCE ON ANY CONTENT, INCLUDING THIRD-PARTY CONTENT. CAPITAL IQ FURTHER EXPLICITLY DISCLAIMS, ANY WARRANTY OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. CAPITAL IQ, SUPPLIERS OF THIRD-PARTY CONTENT AND ANY OTHER THIRD PARTY WORKING WITH CAPITAL IQ SHALL NOT BE RESPONSIBLE OR LIABLE, DIRECTLY OR INDIRECTLY, FOR ANY DAMAGES OR LOSS (INCLUDING DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL AND ANY AND ALL OTHER FORMS OF DAMAGES OR LOSSES REGARDLESS OF THE FORM OF THE ACTION OR THE BASIS OF THE CLAIM) CAUSED OR ALLEGED TO BE CAUSED IN CONNECTION WITH YOUR USE OF THE CONTENT WHETHER OR NOT FORESEEABLE, EVEN IF CAPITAL IQ OR ANY OF THE SUPPLIERS OF THIRD-PARTY CONTENT OR OTHER THIRD PARTIES WORKING WITH CAPITAL IQ IN CONNECTION WITH THE CONTENT HAS BEEN ADVISED OF THE POSSIBILITY OR LIKELIHOOD OF SUCH DAMAGES.

© 2017 Capital IQ, Inc.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Exhibit D

# S&P Capital IQ

**CONTENTS**

| | |
|---|---|
| CALL PARTICIPANTS | 2 |
| PRESENTATION | 3 |
| QUESTION AND ANSWER | 10 |

# Green Dot Corporation NYSE:GDOT

## *FQ2 2017 Earnings Call Transcripts*

Tuesday, August 08, 2017 9:00 PM GMT

...............................................................................................................................

## S&P Capital IQ Estimates

| | -FQ2 2017- | | | -FQ3 2017- | | -FY 2017- |
|---|---|---|---|---|---|---|
| | **CONSENSUS** | **ACTUAL** | **SURPRISE** | **CONSENSUS** | **GUIDANCE** | **CONSENSUS** |
| **EPS Normalized** | 0.40 | 0.55 | ▲ 37.50 | 0.29 | 0.25 | 1.95 |
| **Revenue (mm)** | 208.63 | 222.55 | ▲ 6.67 | 186.65 | - | 845.45 |

Currency: USD
Consensus as of Aug-08-2017 9:00 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2016** | 0.24 | 0.27 | ▲① 12.50 % |
| **FQ3 2016** | 0.17 | 0.21 | ▲② 23.53 % |
| **FQ4 2016** | 0.15 | 0.19 | ▲③ 26.67 % |
| **FQ1 2017** | 0.84 | 1.00 | ▲④ 19.05 % |

...............................................................................................................................

**WWW.SPCAPITALIQ.COM**

COPYRIGHT © 2017, S&P CAPITAL IQ, A PART OF MCGRAW HILL FINANCIAL.

# Call Participants

**EXECUTIVES**

**Dara Dierks**
*Managing Director*

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

**ANALYSTS**

**Andrew Schmidt**

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

**Damian Wille**

**Jeffrey Brian Cantwell**
*Guggenheim Securities, LLC, Research Division*

**John Thomas Williams**
*Compass Point Research & Trading, LLC, Research Division*

**Joseph Anthony Vafi**
*Loop Capital Markets LLC, Research Division*

**Joshua James Elving**
*Lake Street Capital Markets, LLC, Research Division*

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

**Vasundhara Govil**
*Morgan Stanley, Research Division*

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Green Dot Corp.'s Second Quarter 2017 Earnings Conference Call. Please note that the contents of this call are being recorded.

I would now like to turn the conference over to Dara Dierks. Please go ahead.

**Dara Dierks**
*Managing Director*

Thank you, and good afternoon, everyone. On today's call, we will discuss 2017 second quarter performance and thoughts about the remainder of the year. Following these remarks, we'll open the call for questions. For those of you who haven't yet accessed the earnings release that accompanies this call and webcast, it can be found at ir.greendot.com.

As a reminder, our comments include forward-looking statements about, among other things, our expectations regarding future results and performance.

Please refer to the cautionary language in the earnings release and in Green Dot's filings with the Securities and Exchange Commission, including our most recent Form 10-K and 10-Q, for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements.

During the call, we will make reference to our financial measures that do not conform to generally accepted accounting principles. For the sake of clarity, unless otherwise noted, all numbers we talk about today, including revenue per active card, will be on a non-GAAP basis.

Information may be calculated differently than similar non-GAAP data presented by other companies. Quantitative reconciliations of our non-GAAP financial information to the directly comparable GAAP financial information appear in today's press release.

The content of this call is property of the Green Dot Corporation and is subject to copyright protections.

Now I'd like to turn the call over to Steve.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Thank you, Dara, and welcome, everyone, to our second quarter earnings call. This will be a fun and exciting call to present because first, we have another strong quarter of growth to report, where all of our revenue and operating divisions are executing their strategic plans beautifully. And as such, delivering far higher than expected levels of growth across our consolidated business. And second, because this quarter represents the seventh consecutive quarter of better-than-expected performance, which is illustrative of Green Dot's successful evolution from a monoline prepaid card program manager to a diversified and increasingly growing FinTech powerhouse.

In Q2, total consolidated operating revenue came in at $225.5 million, representing a 28% year-over-year growth rate. Excluding UniRush, organic revenue grew 12% year-over-year to $193.6 million, which represented an acceleration from last quarter's 6% organic growth rate and also marked the return to double-digit organic growth for the first time since Q2 2015.

Adjusted EBITDA for the quarter was $50.1 million on a consolidated basis, representing year-over-year growth of a remarkable 54%. Practically all of that growth, except for a few million dollars from UniRush, was driven from our organic business.

Consolidated non-GAAP EPS for the quarter was $0.55, which equates to year-over-year growth of 104%. Not only are these results outstanding in their own right both on a consolidated and organic basis, but the

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

trends are exactly what we want to see and certainly better than what we had been expecting when we first guided the year.

For example, looking at the last 5 quarters starting in Q2 2016, we posted revenue growth of 2% in Q2 of 2016, 6% in Q3, 8% in Q4, 11% in Q1 2017 and now on a consolidated basis, 28% in Q2 of this year.

The non-GAAP EPS trend is even more encouraging, where we have posted either double or triple-digit year-over-year growth in each of the past 4 quarters.

All of our revenue and operating divisions contributed to this truly outstanding result, and I want to thank our incredibly talented and dedicated team of Green Dot professionals in all areas of the company. You all worked hard to exceed the respective revenue, expense and operating goals, while maintaining rigor and deep respect for regulation, compliance and risk management.

I also want to thank our worldwide product and technology teams who bring our ideas to life with best-in-class engineering and software development, quality assurance and technology operations divisions. You guys are a group of amazingly talented FinTech superstars, and they work under the innovative eye of Green Dot's COO, Kuan Archer, the architect of Green Dot's technology revolution. You're all my heroes because without you, we have nothing to sell and no customers to serve.

As we expect to continue demonstrating in the quarters and years to come, we believe Green Dot's success is sustainable and attributable to our award-winning products and our increasingly valuable integrated banking and technology platform. It's that unique combination of products and platform that we believe creates a network effect of driving GDV and transactional growth across the enterprise, leading to more revenue on top of an increasingly efficient operating base, leading to compounding EPS growth.

By product, we mean that we have 6 revenue divisions that offer a diverse set of products and services that solve important customer problems. For example, millions of customers including millennials and moderate-income consumers are attracted to our prepaid cards and checking accounts because they're super easy to get in stores and online, they work like any popular app on your smartphone and can cost hundreds of dollars less per year than traditional banks accounts. These are bank accounts you pick up at most any major name retail store with a Green Dot location on practically every street corner coast-to-coast, or download your award-winning bank account on the fly, directly from the Green Dot cloud, via the app stores anytime, 24/7.

We also offer several popular B2B products and services, like tax refund processing services and payroll cards. In all, Green Dot offers over 30 products and services across our 6 divisions. By platform, we mean the powerful enterprise scale, API-driven vertically integrated banking and technology operating system that sits in the secured Green Dot cloud and makes those products run. It's an impressive enterprise-level banking and technology platform that powers our products, the cool features within those products and controls the point-of-sale systems at over 100,000 retailers that are authorized to sell our products and accept cash deposits on behalf of our bank.

The Green Dot platform provides a functionality for our CRM systems and mobile apps. It monitors and defends against Internet attacks and ensures proper enforcement of our AML controls and loss management rules. The platform runs our websites, connects us to the payment networks and third-party transaction processors. It even helps our supply chain group manage the production and inventory levels of packaging on the shelf of your neighborhood Green Dot retailer, all while providing the data and reporting that enables us to manage it all as a federally regulated bank holding company that settles many billions of dollars of consumer funds every year.

We believe this powerful and unique platform is our crown jewel. It took many years to develop and is now ready to propel the convergence of banking and payments into the app age.

But here's the really cool part. Green Dot isn't the only company that can use our platform to power its products. Because the platform is highly flexible, enterprise strength and API driven, many companies, like OneMain, can use our platform to distribute loan proceeds. Uber can use our platform to instantly pay its drivers after each ride and create a custom small business version of our GoBank checking account. Walmart can use our platform to build a custom Walmart MoneyCard, with cash back rewards and an

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

integrated sweepstakes-based savings account. And as you now know, Apple can use our platform to power Apple Pay Cash peer-to-peer payments.

As we continue to create and sell more of our own products that increasingly appeal to a more committed and more profitable customer base and then continue to open up our Green Dot banking and technology platform to enable large partners to create and sell their own products to an entirely new and more expansive customer base, we believe Green Dot is increasingly well positioned to deliver compounding growth, driven not only by own products and services but by the entire macro of financial technology over the foreseeable future.

Now let me bring you up-to-date on a couple of topics of interest, including an update on our work with Apple. Apple announced in June on stage at its worldwide developers conference that it will bring the ability to make and receive person-to-person payments with friends and family to Apple Pay users this fall. Green Dot will perform several roles to help facilitate this new capability. First, Green Dot will serve in the role of merchant of record that accepts credit and debit card using Apple Pay to fund the person-to-person money sending transactions. Then, when users receive money in Apple Pay Cash, their money is securely kept in a Green Dot Bank-issued Apple Pay Cash account that is then available for the recipient to spend with Apple Pay in stores, in apps and on the web, or they can send it to someone else or transfer it to their bank account.

At a high level, the business model is that, as the issuing bank for the Apple Pay Cash account, Green Dot generates interchange revenue when customers use Apple Pay Cash to spend the funds. On the expense side, we'll have the merchant processing expenses to accept Apple Pay since we're the merchant on the funding side of the transaction, plus the typical program management expenses we generally incur on any of our private label programs. At any event, we do not expect the program to have a material impact on our financial performance for the remainder of this year.

Out of respect for the highly confidential nature of our work with Apple, we won't be able to release any more details about the program.

Speaking more broadly, the financial results we're delivering and the growing pipeline of large scale FinTech partnerships, some of which you know about like our Uber partnership and now our work with Apple, and other partnerships which have not yet been announced, are the result of years of targeted investments, strategic acquisitions and an unwavering belief that the future of financial services emanates from the cloud and sits in your hand.

Of course, there's always risk and unknowns whenever you launch a new type of program, and it's not always clear what will work and what won't. But what is clear is that we believe Green Dot is well positioned to benefit from the future of banking and the future payments as digital natives dominate the world and the cloud in the hand overtakes the teller in the branch.

We believe Green Dot, with its increasingly popular and highly unique integrated banking and technology platform, has secured its standing as a cornerstone in the foundation of FinTech and has emerged as the go-to partner of choice for the world's biggest and best. As I said last quarter on this topic, while some FinTech players have one piece of the puzzle and others may have others, to my knowledge, no one FinTech player has it all except for Green Dot.

And now an update of our 6 step plan. Step 1, drive new card acquisition and retention strategies to narrow the year-over-year losses in active cards and return to active card growth by 2018. We're doing extremely well with this step. New card acquisition is responding well to several new omnichannel programs, and retention is increasing as a result of a mix shift among active cardholders to more committed customers. As a simple point of illustration, our direct deposit active base continues to soar, with record year-over-year consolidated growth of a whopping 83% in accounts receiving direct deposit, with 75% of all card loads coming from direct deposit in the quarter.

The consistent and material improvements in customer quality since launching our new products in early 2016 and fine tuning many of our direct deposit enrollment processes has been a key ingredient to our active card success. The portfolio mix shift towards direct deposit customers has positively impacted

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

portfolio retention and profitability while also positioning Green Dot on the cusp of another meaningful inflection point. With Q2 organic active cards declining by just 1% year-over-year, we believe we are well on our way to organic active card growth sooner than we have previously forecast. On a consolidated basis, active cards increased by 20%.

Step 2. Expand MoneyPak distribution by another 20,000 retailers by end of year and develop a compelling new use case for MoneyPak to drive future sales. I'm pleased to report that we have already exceeded our annual target. MoneyPak has now added over 21,000 new selling locations since the beginning of the year, bringing the total number of stores selling MoneyPak to over 50,000. Furthermore, we're on track for a new use case by Q4. The story here has been very positive with unit sales and month-over-month growth exceeding our expectations. So the new MoneyPak is doing very well, and we are increasingly bullish on MoneyPak's future.

Step 3, make modest investments in high potential initiatives that align with our strategic vision. We continue to selectively use some of our profits to invest in the future of our business. The easiest way to think about Green Dot from a cost perspective is we're a mash-up of 3 core capabilities: technology, banking and consumer marketing. Then those areas are divided up into 3 stages we call design, build and run. With all the new cool and challenging projects we've been working on lately, design and build has been an area of incremental spend that we believe has an identifiable payback. Some of that investment, especially around people, will become part of our long-term expense base, while other investments are short term, primarily around the enablement of a new vendor that provides this service or that function and so forth.

Given that most of the new programs and initiatives we're working on are potentially significant in size and scale, there are very few small projects we're working on nowadays.

We're also investing heavily in run. Once a baby is born, it takes a village to raise her and keep her on the right track. So think about areas like data analytics and reporting, financial controls, risk and compliance, loss management, network operations, customer service and so on. We're very pleased with the productivity of the investments we've made historically, and our financial performance is a testament of their success.

As we shared on the last call, we plan to continue reinvesting some of our profit outperformance back into platform growth and infrastructure initiatives. Mark will shed a little more light on our approach during the guidance section of his commentary.

Step 4. Step 4 is to execute on a series of platform efficiency projects to drive multiyear cost reduction and save $20 million in 2017 in order to achieve at least $1.75 in EPS. As Mark will share when discussing our raised guidance for 2017, we expect to significantly exceed our initial 2017 profit forecast. In fact, the great job our finance and operating team has done on this platform efficiency initiative is what has allowed us to reinvest in such large new programs and initiatives while still delivering such fabulous bottom line results.

Step 5. Step 5 is about making accretive acquisitions as we can find them. The way this works is that every divisional GM has a growth roadmap they execute against that includes both organic initiatives and the opportunity to suggest acquisitions relevant to their division that can drive growth. For example, UniRush, was an acquisition intended for our Green Dot Direct division. While we take a look at a multitude of potential acquisitions every year, our M&A team and Board of Directors will continue to take a disciplined approach when assessing prospective targets. To this point, we're pleased to let you know that we have entered into a definitive agreement to acquire a small tuck-in secured credit card portfolio. While the purchase price is immaterial, as is the expected financial impact to these year's results, it does illustrate our strategic approach to M&A. When bolted on to our growing Green Dot secured credit card portfolio, which was a new start from scratch organic investment initiative last year, the secured credit card product has the potential to be a solid contributor to revenue and profit as it continues to build scale over the next few years.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I want to thank Green Dot Direct GM, Dave Petrini, who discovered and negotiated the acquisition, which we expect to close in the next 30 days or so pending customary approvals. We intend for disciplined, strategic M&A to be an ongoing part of our long-term growth strategy.

And Step 6. During the first quarter, we purchased $50 million of our Class A common stock under an accelerated stock repurchase. This completed our $150 million, 3-year share repurchase program in just under 2 years. In total, Green Dot has purchased and retired approximately 6.5 million shares at an average share price of around $23 under that authorization program, and clearly, this allocation of capital accreted meaningful shareholder value.

I'm pleased to share that our board recently approved an expansion authorization for another $150 million share repurchase program. Any buybacks we might want to execute under this expansion will be subject to regulatory approval. Considering our M&A activity and the $50 million ASR we did earlier this year, I wouldn't expect activity on this new buyback at least until 2018. We continue to view share buybacks positively, and we'll continue to measure the relative attractiveness of our own stock against other capital deployment options.

So in summary, a terrific quarter, top to bottom, with a confidence in the future that's grounded in facts and colored with enthusiasm for what's to come.

And with that, I'll hand the call over to Mark Shifke for his CFO report. Mark?

**Mark L. Shifke**
*Chief Financial Officer*

Thanks, Steve. I'd like to start by providing some insight into our performance in the quarter, followed by commentary on our 2 reporting segments. Then, I'll provide an update to our raised 2017 outlook and directional guidance on our anticipated results for Q3.

First, I'm pleased to echo Steve's commentary that Q2 2017 was an outstanding quarter for Green Dot, delivering $225.5 million in consolidated total operating revenue, representing a year-over-year growth rate in the quarter of 28%. Along with that robust consolidated growth, we are particularly pleased to point out that we also achieved double-digit organic revenue growth. As Steve mentioned, it will become more challenging in future periods to break apart organic and inorganic performance as UniRush becomes more tightly woven into the Green Dot platform. Nonetheless, both organic and consolidated performances were well ahead of our forecast. Revenue growth outperformance in the second quarter came from both our reporting segments.

First, let's discuss the Account Services segment, which includes our card programs offered through our retail distribution arrangements, our owned and operated direct-to-consumer online and direct-mail customer acquisition platforms and our relationships with our corporate customers for wage disbursements. The Account Services segment delivered consolidated revenues of $175.1 million, representing year-over-year growth of approximately 30%. On a consolidated basis, active cards grew by 20% in the quarter to 5.15 million active cards. On an organic basis, actives were down only 1% year-over-year, which is the fifth consecutive quarter where we've seen a flat or improving year-over-year active card comparison. This positive trend and strong Q2 results support our forecast of return to active organic card growth by next year, if not sooner.

Now let's discuss the processing and settlement segment. This segment includes our tax processing and money processing divisions. The processing and settlement segment delivered revenue of $55.1 million, representing year-over-year growth of approximately 22%. The strong performance reflects a stronger tax season in Q2 than we anticipated, with revenue on our tax processing division up 20% year-over-year in the quarter primarily due to higher transaction volume.

Our money processing division outperformed expectations, with revenue up 22% as a result of year-over-year growth in the total number of cash transfers and year-over-year growth in revenue per cash transfer, driven in part by growth in sales of our new MoneyPak. The strong revenue performance across the enterprise being delivered on top of our increasingly efficient Green Dot banking and technology platform enabled us to generate profit far beyond our expectations. Adjusted EBITDA came in at $50 million, up

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

54% year-over-year. Non-GAAP EPS came in at $0.55 per share, up 104% year-over-year. We achieved this outperformance primarily from a combination of our strong EBITDA performance and a year-over-year decline in depreciation as we continue to scale revenue faster than costs.

We also benefited from modestly higher interest income on cash investments held at our bank subsidiary and from a lower tax rate driven by the release of reserves on tax credits. As a testament to our bottom line profit generation, we are pleased to report that we have generated in the first half of this year more non-GAAP earnings per share than we did for the entirety of 2016.

We also continue to generate excellent cash flow with $48.8 million in net cash provided by operating activities during the quarter and $143.7 million year-to-date. We exited Q2 with nearly $76 million of unencumbered cash on our balance sheet.

You'll notice that our GAAP numbers reflect a year-over-year increase in our compensation and benefits expense and a large year-over-year increase in the processing expense line item. The reason for the higher comp and benefits expense is because that entry now includes a full quarter of the consolidated expenses from the UniRush acquisition. The reason for the higher processing expense is that because of the processor conversion challenges we had last year, we have been incurring incremental charges for processing services over and above what we would expect to be paying as a normalized rate.

The good news is that we now have resolved this matter, and starting in Q3, we are no longer incurring any material incremental processing expense above and beyond our normalized rate.

So now let me talk about guidance for the full year 2017 and directional guidance for Q3. On the Q1 call, we provided revenue guidance for Q2 of $208 million. We significantly exceeded our guidance and delivered revenue of $222.5 million. So we overperformed our expectations in the quarter by $14.5 million. We believe the business drivers of our strong momentum will be sustainable for the rest of the year. As such, we are raising our annual revenue guidance to a new range of $855 million to $865 million, up from the previous range of $830 million to $845 million. This increased range effectively raises the midpoint by $22.5 million, which is $8 million more than our Q2 outperformance and demonstrates our confidence in the second half.

This new range equates to year-over-year consolidated growth of nearly 20% at the midpoint.

Now let's discuss full year revised EBITDA guidance. On the Q1 call, we provided adjusted EBITDA guidance for Q2 of $40 million. We actually delivered adjusted EBITDA of $50 million, which exceeded guidance by 25% and represented a margin of around 22.5%. So the $14.5 million revenue outperformance results in $10 million of EBITDA outperformance and year-over-year margin expansion of 380 basis points, although a part of that overperformance was related to the timing of a few million dollars of marketing expenses that shifted out of Q2 and that we believe will fall into Q3. We continue to see strong momentum in our consolidated margins for the rest of the year. Additionally, we plan to reinvest $6 million of our Q2 overperformance in the second half to further support the build and design of our new initiatives and to ensure we're properly staffed to handle the load of the increasing size and scale of our business. As such, we are raising our annual adjusted EBITDA guidance to a new range of $194 million to $196 million, up from the previous range of $187 million to $192 million. This increased range effectively raises the midpoint by $5.5 million, which when added to the incremental $6 million of reinvestments implies an adjusted EBITDA full year raise that's $1.5 million more than our Q2 outperformance. The new midpoint of $195 million represents year-over-year consolidated growth of approximately 25%.

That revised adjusted EBITDA range translates to a raised non-GAAP EPS guidance of $1.99 at the low end and $2.03 at the high end, up from the previous EPS range of $1.89 to $1.94. At the midpoint, this new EPS range equates to year-over-year growth of approximately 38%.

Now let's talk about our expectations for Q3. For revenue, we expect Q3 to deliver approximately $187 million to $189 million, inclusive of the incremental investments we're making in the quarter plus, as we mentioned earlier, the timing of a few million dollars of marketing spend that shifted out of Q2 and is expected to come in Q3. We expect adjusted EBITDA to be in the range of $28 million to $30 million, delivering non-GAAP EPS of approximately $0.25 at the midpoint. We feel very good about our Q2 and

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

first half results, are pleased with the acceleration in our business and feel confident in the investments we are making for the future.

And with that, I would like to ask the operator to open the phone for questions. Operator?

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Ramsey El-Assal of Jefferies.

**Damian Wille**

This is Damian Wille on for Ramsey. So I just wanted to ask on the guidance here. It looks like your Q3 guidance is implying quite a bit of ramp on the fourth quarter. Are you able to give us a little bit of color on what gives you that confidence in the acceleration in Q4?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Mark?

**Mark L. Shifke**
*Chief Financial Officer*

Sure. We think our -- the momentum we've been building all the way through the first half will continue into the second half. We're seeing great lift from GDV and from that purchased volume fees, great unit economics. So we feel highly confident about our ability to roll into the second half at the same pace.

**Damian Wille**

Okay, great. That's helpful. And as my follow-up, you asked on the -- or you had announced the acquisition of the secured credit card portfolio, so that it could be a contributor to revenue and net income as it ramps up. So are you able to give us kind of a general sense of timing on that? And then is this something that's into your 2017 guidance? Or is this maybe something that we should think about in 2018?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Our pleasure, Damian. So nothing this year, we expect to close in about 30 or 45 days, give or take, on it. And it's our smallest bolt-on, let's call it 25,000 or so active credit card accounts, but our own organically grown secured card portfolio, which was 0, which was something we started fresh, I forget if it was last year or earlier this year, has grown very, very nicely and the sort of product that our customer base really has latched on to. It's a logical line extension for our customers deep into the relationship of our deposit account holders. So nothing this year. But we expect that when we marry our nice acquisition scale of our secured credit card with this acquired portfolio, it helps us get to bigger margins more quickly, and we would expect that as years go by, 2018, 2019, and thereout, it's a really nice add and could become a sizable division. So the acquisition was extraordinarily inexpensive and at the same time, the value of it, we think, over time will be very, very strong for us.

**Operator**

Our next question comes from Steven Kwok of KBW.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

I was just wondering on the active cards, that obviously increased quite significantly year-over-year. As we think about the back half of the year, how should we think about the trajectory of active cards?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well, so we should see good things about it. We have forecast, oh gosh, going back last year at the JPMorgan conference that we expected active cards to return to growth in early 2018 and flattening maybe a quarter or so before that. So the fact that we're essentially flattened out now negative 1% organically, we're ahead of course, on a consolidated basis because we purchased UniRush. But on an organic basis, we're roughly flat, down 1%, which has been sequentially improving quarter-over-quarter now for the last 4 or 5 quarters. So looks pretty good, and we now feel pretty good that we'll return to active card growth sooner but certainly on schedule at the worst case. So I would think of second half as more continuing improvement on implement organic active cards, and of course, as you all know, our revenue per active has been doing very well also, so it's looking good. We're ahead of plan on that metric.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Got it. And then just around the investment spending, you mentioned that fell from the second quarter into the third quarter. Can you just quantify how much it was? And excluding that, what would have been the EBITDA this quarter?

**Mark L. Shifke**
*Chief Financial Officer*

Well, I think what we indicated was we had some marketing, customer acquisition costs that we initially had earmarked for Q2 and its spilling over into the next half...

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Not material, right, it's $2 million.

**Mark L. Shifke**
*Chief Financial Officer*

Just a couple million dollars, yes.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

It wouldn't -- I don't think it would change any model or any thesis, but $2 million dollars that would have been in Q2 that went into Q3.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Yes. I'm just looking at the year-over-year improvement in the EBITDA margin. It was up about, like, 700 basis points this quarter. But then your next quarter's guidance using the midpoint is around flat. So I'm just wondering, like, the progression between the 2 quarters given this movement.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

You know what, he's talking about the investment. He's talking about consolidated growth versus organic, so that's where the confusion is. Yes, we're not -- I'd like to be up 700 basis points. I don't think we're up that high, but on a consolidated basis, we might be. So we can -- maybe after the call, we can take you through the roll up of the numbers. But margins in the second half are expanded by about 160 basis points over...

**Mark L. Shifke**
*Chief Financial Officer*

For the half, we're about 180 basis points for the first half of the year; about 160 for the second, yes.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So yes, so that's what it is for second, and then we have that $6 million of investments in second half. And last year, in second half, from memory, I want to say we did about 15.5%, 15.4% in margins. This year, we're at about the same, but that includes that $6 million of incremental investment and a few million dollars of marketing that fell into the second half. So it's -- if you took that out, back that out, it would be an expansion of about 160 basis points.

**Operator**

Our next question comes from Ashwin Shirvaikar of Citigroup.

**Andrew Schmidt**

Steve, Mark, this is Andrew Schmidt on for Ashwin. If we could just dig a little bit more into the organic -- the 12% organic growth in the quarter, some of it came from incremental tax processing revenue, but if you don't mind, can you just give us a little bit more of a breakdown in terms of just what the other contributors were between maybe -- in maybe classify it by your 6 product segments or something like that to get a little bit more color on the drivers here?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Well, so you're right about tax. It was a good tax quarter for us, and that's been a nice driver of growth. Both by the way, not just with TPG, which is his own division, but remember tax is also just folks getting their tax refund that they choose to put on one of our deposit products. So we win on both sides here. Our revenue per active continues to go up. The new products have been a hit. We rolled them out in, oh gosh, call it between February and May of 2016, depending on which brand and what retailer. And they've gone very well. People use them in a more committed fashion, they enroll in direct deposit in higher numbers as you've heard. And so another reason for the growth would have been revenue per active card. Our money processing division has done extremely well also. MoneyPak has been a nice add. Our swipe reloads have done well. More begets more. And you heard us say on the prepared remarks section of today's call, that we have these products and platforms structure where we have our own products that continue to have a network effect because the more deposit products you sell, the more reloads you sell; the more reloads you sell, the more GDV you have; the more GDV you have, the more interchange, the more you spend the card, the more you reload the card. And so what you're seeing is that network effect tick up as actives increase in size and scale. So it's gone very well. And so if you have to classify it, we have 6 divisions. They all did well, all of them were ahead of plan, the Green Dot Direct, consumer accounts, money processing and tax could be the big winners. Who am I offending? PayCard in disbursement did very well, smaller base, but that division has grown very, very well for us. Chris Ruppel does a great job with that, and our bank continues to generate more money on the EPS side in interest income. So all the way around, a very strong quarter for us.

**Andrew Schmidt**

Got it. That's helpful. And then actually you commented on products versus platforms, and you sort of mentioned that in release as well. At this point, and I know you guys are still at sort of in investment mode in a lot of these payments platforms. But over time, I mean, how should we think about the mix of products versus platforms going forward? And then just -- and then implications for just longer-term revenue growth and margin profile. Just trying to get some color just how to think about the implications of more just platform revenues versus traditional prepaid card revenues?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

It's a great question, and it's hard to say with precision, but in the prepared remarks, we alluded to this opportunity for compounding EPS growth. And the reason we're saying that is you have our own products, which are doing quite well and continuing to spin the wheel of synergy and revenue on top of a lower cost base, but then you have all the platform programs that we've rolled out that we talked about on the call. And none of these are small partnerships. They're all fairly meaningful or most are fairly meaningful, and the ones still to launch are potentially meaningful. And so the platform side could end up becoming

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a larger side of our business, it's hard to know. But they all power the business because as you build up the scale of your platform to support larger partners on that side of the business, you're increasing your functionality and your scale and capability on the product side. As we invent new things for the product side, you're inventing new things to resell on the platform side and it all creates a wonderful synergy. So when we look at a company like this secured card acquisition we mentioned or UniRush, which we purchased a few quarters ago, when was that?

**Mark L. Shifke**
*Chief Financial Officer*

Last quarter.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Last quarter, time flies fast in Green Dot. You're plugging that acquisition or that new program or that new product into an ever-increasing base of a platform that has all these features and functions, so you're able to be more profitable from the get-go, and it all continues to feed on margin expansion. It doesn't mean to say we want to invest money here or there and do things we need to do to grow and keep our sustainability intact and all the things you need to do when you're growing the company. But they work very, very well together, and you're seeing that play out with our EPS expansion primarily and EBITDA.

**Operator**

Our next question comes from Andrew Jeffrey of SunTrust.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

So Steve, I've heard you talk over the years about the way you think about the size of the GPR market. And I realize, as you mentioned, you have these new platform initiatives as well. I wonder if you can frame up though, maybe even a little bit beyond the notion of on bank and under bank households, just what you think Green Dot's TAM is and how much do you think is actually addressable by the company as you return to growth? I'm just trying to think about for how long you can grow, how penetrated you think you are kind of across products, if there's a way to frame that, and if you can do that.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Yes. So Andrew, I remember you visited here maybe 8, 9 months ago at this point, and we had a nice discussion. And at that time and as you've all heard on previous conference calls, we thought our prepaid division would be a low single-digit grower. That's what it's been in the macro sort of initiatives or tactics. In other words, if you win a new client and roll it out, you're going to grow. But in terms of a steady-state year-over-year same-store growth kind of a thing, we thought that the industry was flattening out, and it is, but Green Dot's not, and that's been a nice surprise. I'd like to say that we saw that coming 2 years ago, but we didn't. And what's happened is a couple of things: one is a macro benefit, which we cannot take credit for, but we're glad to have it; and one is a product benefit, which we can't take credit for. And that is our products were designed for low-income Americans primarily, back from the day, 16, 17 years ago, to be acquired at locations that low and moderate income people would acquire bank accounts at. We knew they weren't going in the bank branches, but retail stores, drug stores, mass retail, that kind of thing. Online came later. But now as you look back, that's very hip now. For those of you who have -- at this point in my 50s, and my kids are in their 20s and 30s, but everybody now uses DoorDash and what else, all the -- Instacart, all these delivery services. And now, instead of going out on a date to a nice restaurant, everybody orders in, and they want their food brought to them. It's funny, because in my day, we called that a cheap date. Now that's become a fashionable thing for millennials. And our product, in the same way, has fallen into this suddenly fashionable trend for millennials. Why? Because it's an on the fly checking account if you're opening up your Uber driver account. Or you need a bank account quickly because you got a job or you're moving or you're going to school, whatever the case may be, and there's Green Dot anywhere you go, on the App Store and online, every retailer. And so now you say why would

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I go wait in a bank lobby and have a cup of coffee and wait for somebody to open my account when I can get a bank account anywhere? And so we've sort of, by happenstance and also some very careful planning 4, 5 years ago, when we came up with this mindset that we would come hell or high water be a technology and a mobile technology leader, which at the time, was not at all highly regarded. That philosophy was not particularly well applauded, but it's worked out very well. And now suddenly, we find ourselves where the customers are, and so what we designed for a certain population many years ago has now fallen into a very obvious population for millennials, who think about cards being -- a bank account being delivered to their house through their online division, or getting a bank account 5 minutes before you need it at the local Rite Aid, or Walmart, or whatever the case may be. So it's really worked out well. And in fact, part of the reason you're seeing so much more revenue per card is that the people using our products look more and more mainstream and mass appeal. It's direct deposit and employment wages and larger cash reloads. And so part of that is, yes, the products are better. They have more functionality, all the things we did last year when we rolled out our new products, part of it is the macro of younger people who are acquiring a bank account think mobile first, they think app stores first. They think retail first. Whereas, when I was younger at that age, I thought of bank branch first, and that's just not what's happening today as much. And so we've really benefited from both the macro and the better products.

### Andrew William Jeffrey
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. That's really helpful and obviously, difficult to quantify but potentially pretty powerful. And then just looking at that active card number again, it would appear that perhaps you added maybe a couple 100,000 UniRush cards in the quarter. And I'm just wondering if that's the right figure and what's driving that. And should we think about UniRush as being, as you lap the anniversary deal and so forth, as being part of that return to organic card growth for example as we get into the back half of '18?

### Steven W. Streit
*Founder, Chief Executive Officer, President and Director*

So that negative 1% number was organic and on a consolidated basis, we were up 20% in active. And so UniRush was that the difference of the 21%. We're saying the organic alone will return to actives coming up but certainly by 2018, which -- or 2018, which was our goal. A maybe a little sooner than that as Mark pointed out. And UniRush for the full year, we announced when we bought the company was about 700,000 or so cards. I can go back and look, so that can help you do the math a little bit. We were 5.15 actives in total for the quarter. So it's going well, we were 4.2, 4.3 something, whatever it was, in organic. And from Green Dot's relative history, that's a good number. We're getting back to where we were in our height. The difference is, now the customers are not casual one-and-done customers by and large although we still have a lot of those. The customers now are people looking to get a checking account and they use it as such and that's been the sea change in revenue for active and the margin expansion.

### Operator

Our next question comes up from Jeff Cantwell of Guggenheim Securities.

### Jeffrey Brian Cantwell
*Guggenheim Securities, LLC, Research Division*

In terms of revenue per active card, can you just expand a little bit on how you're thinking about that trajectory going forward as we work through your updated guidance framework? And then can you just walk us through where that metric currently stands relative to your own internal models for revenue for active card growth?

### Steven W. Streit
*Founder, Chief Executive Officer, President and Director*

Sure. We can't give you the detail on the models for revenue per active, except to say that they're up. And you know our overall revenue exceeded expectation, so that may give you some sense of how that's going. And then, Mark, you want to take the one about our view of how that can grow over time?

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mark L. Shifke**
*Chief Financial Officer*

Yes. So again, if you're thinking about the revenue per active, there are a couple of things at play. First, we're looking at a return to active card growth by next year, if not later this year. And at the same time, you're looking at very, very high increases in our GDV on a year-over-year basis. So this year, for example, we're up 43%. And with that, you're seeing a lot of purchase volume and -- flowing through the interchange and our fees. In terms of the remainder of the year and on a longer-term basis, what we're seeing is an opportunity for revenue per active to continue to increase as we continue to sell more of our new products as a percentage of overall. And also as our mix of product shifts more to our direct deposit customers, and so on a longer-term basis, we still see plenty of upside in our revenue per active.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Yes, that's right. And as some perspective in it, we thought, and you all thought in your models too, and it's a fair assumption, that once we lapped the new cards and they made up the majority of the database of the portfolio, which by the way, that still hasn't happened. We still have some time to go -- quite a bit of time to go before we've -- are all new cards but they're all contributing good results. But we thought that once we lap, the growth would begin to hit a wall, if you will, or begin to flatten out a little bit because the fees would now be even on all the cards and you wouldn't have the difference of the higher fees on the newer cards replacing the older cards at the lower fees. That hasn't happened. The reason we've had more growth is because, yes, the fee story has been good, and maybe the fee portion begins to flatten out as you have all new cards. What we didn't bet on, although I'm really glad it's happened, is that the quality of the customer is better and so there's more ATM use and more deposits and more spend, which means more interchange and all those goodies that come from people liking the products more and using them as their checking account as you do yours, and that's why the growth continues to propel and we don't see any reason why that would stop anytime soon. So we don't want to overforecast or overhype. Always being thoughtful and conservative and cautious with not only our guidance but with the way we think about all aspects of the business. But that is in fact, what's been happening.

**Jeffrey Brian Cantwell**
*Guggenheim Securities, LLC, Research Division*

Great. I appreciate that, and then broadly speaking, I was hoping to get your updated thoughts around M&A, given all the activity thus far in the year.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Well, we like M&A. You have different ways you can deploy capital and the goal is to find ways that are most accretive, both for the point in time and longer term. This year, you're right, it was unusually active. We did a $50 million share repurchase through an ASR back in March, I guess, it was. And then we bought UniRush, which was not inexpensive. For us it was a good size transaction and now we purchased this little secured card portfolio, but it's a great portfolio. And the team by the way, we're inheriting, because those new prospective employees are listening, and guys, we haven't closed yet. We don't mean little in an insulting way, we mean little relative to the scale of the company. And we're very excited about that acquisition. I know it's going to do well for us. And so we've been very, very active this year. As you look at share repurchases versus acquisitions, we look at all of those things and say, how much cash do we have? How much cash do we want to have? And how much can we digest at any one time? And so we have all these tools in the toolkit. So we like M&A. We like share repurchases. The key is, not to do too much too quickly, make sure we can digest what we have and make sure that we have the infrastructure to support it. But I think that as you look forward to 2018, you can see more acquisitions in our future and more share buybacks in our future. It's just a question of when and in what sequence and size.

**Operator**

Our next question comes from Ashish Sabadra of Deutsche Bank.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

Solid quarter and solid results. So my question was on cash transactions. We saw that inflect as well in the quarter, going from negative to positive. You talked about MoneyPak being rolled out at 50,000 locations. Just, can you give us more color around how that -- what kind of traction are you seeing on the cash transfer or the new MoneyPak products that have been rolled out? And how should we think about the cash transfer transaction growth going forward?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

It's been a real nice upside to the business is the short answer. Reloads, swipe reloads, more money on accounts follows, again, the account business and the quality of the customer. We talked about direct deposit because it's most easily correlated with customer quality and portfolio quality and stickiness and retention. But our customers who reload cash onto their cards are still very important, because remember, we are unique in that we own our own reload network so we get the reload fee and the revenue that's generated from the card account. And our cash transfers per cash reloading customer has been up as well. So that's been a good story. MoneyPak has gone very well. Gone off to a slow start, but only for really a month or so and then began to pick up steam with strong quarter-over-quarter growth. And not only our older MoneyPak customers rediscovering the product, but a lot of our growth has actually been from people who have never heard of the product before and are using it again in this newer way, because to use MoneyPak today, you have to be an online or mobile customer because you have to validate certain information that we didn't use to do in the old days. So it's gone very well. And these together have come together to produce not only more revenue per reload or more revenue per money transaction, or what we call, money processing transaction, but the overall volume of those transactions are increasing as well. So it's been a very nice mix and a very nice outcome and we would expect that as we get more active cards, that again, the wheel of synergy spins and we would expect to do better on that side as well.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

Maybe just a quick follow-up on the third quarter guidance. This is particularly on the revenue side, what's the assumption for organic revenue growth in the third quarter? And the reason for asking that question is because the guidance implies that year-over-year growth is slowing down from 28% in the second quarter to 22% in the third quarter. Is that purely because of the tax season and -- of which gave a boost in the second quarter? Or is there also certain assumption changes around the organic growth?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

No. The organic business is going quite well as, for that matter, is the acquired business. But you do have the advantage of several million dollars of revenue in Q2 from taxes, not just from TPG, which had a fabulous Q2, and I want to congratulate Brian Smith who leads that division for us and the entire TPG team in San Diego. But on top of that, you have the growth from people who are getting tax refunds, who got them later in the year, in April, and that generated more GDV and more interchange. So we benefited in Q2 from the tax business in a more -- in a larger way than we would have historically. And so what you're seeing is the raw legacy business in Q3 of reloads and prepaid cards, whereas in Q2, you have reloads, prepaid cards and a good-sized tax overlay as well.

**Mark L. Shifke**
*Chief Financial Officer*

Yes, and I think that's exactly right. And then just adding to that, we are raising our guidance for the full year in excess of our outperformance in Q2. So our confidence in the back half of the year is much stronger than it was before, and we're expecting it to do a very good job.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Good point.

**Operator**

Our next question comes from Joseph Vafi of Loop Capital.

**Joseph Anthony Vafi**
*Loop Capital Markets LLC, Research Division*

Great results. Joe Vafi here. I was wondering if we could, for start, a high level on the guidance methodology itself. Seeing some really good outperformance relative to guidance for the last couple quarters. Is there -- maybe you could provide where you think some of the upside really came from, and if you're continuing with what may seem like a potentially conservative guidance methodology for the second half of the year. Then I have a follow-up.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Well, we would never be conservative, only prudent, thoughtful and cautious. Mark, you -- the guidance methodology is we track the business and we guide in a way that we think, all kidding aside, respects the business and the pace of the business and how the business is going. But the fact that things can go wrong and we never know and they're young products and we're integrating UniRush on the bottom line and we want to be careful about that and not overstress the teams. So all those things go into guidance. In terms of where the growth is coming from, over the course of the year, all 6 divisions, if you think about where the growth is coming from in the second half, it's more pure our legacy business. It's cards and reloads and GoBank accounts and UniRush, that would be a revenue drivers in second half. Yes.

**Mark L. Shifke**
*Chief Financial Officer*

Look, you think about what we do relative to a consumer product. Consumer product, how many get bought and that's sort of it? That's the relationship. Here, a lot of what we have to do is understand consumer behavior after they buy the product, how they use the product and the continuing relationship we have with them. So in terms of our core products, we -- we've introduced them in the course of last year. We've had about 1 year of experience with them. We think we're doing a fairly good job in understanding consumer behavior with them. In Q2, we had a fabulous result across all of our divisions, where engagement was fantastic and we expect that to continue and we think we're gauging a good sense of where we should be in the back half of the year.

**Joseph Anthony Vafi**
*Loop Capital Markets LLC, Research Division*

Okay, that's helpful. And then if we look at the business and it's obviously, you're not talking about 2018, but the setup is looking pretty good with GDV up even with card counts not up or not growing organically yet, and fees on the new cards being good and the like, I'm wondering if you could talk about leverage in the business next year across some of the cost items if revenue continues to increase, theoretically at least. Do you see leverage across all of those -- or across your line items? Or do you think that 2018 is a bigger investment year relative to where the top line may go?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Yes, maybe if you're thinking longer term 2018 and beyond, it's a little bit of a both. And that is, if you think about our legacy business lines, cards, reloads, GoBank, TPG with taxes, money processing and so forth. That clearly is the story of more revenue on top of the lower cost infrastructure. But as you know from hearing the script and reading the press releases, we have some fairly sizable programs, potentially sizable certainly, rolling out. Some we've announced that you know about, but others that we've not yet announced and we hope to before the end of the year. So we have to build the infrastructure for that, so you're always investing. What we do is, and so far we've been successful but it's not automatic, we have to work on it and we have to manage it closely, is if we're going to spend $1, we have to cut $1. It

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

drives people crazy. Those are the meetings that most people don't really love to come to. But you have to say, listen, if we need to invest x million dollars to support this new infrastructure or to build out risk and compliance, or to build automation for this or that or the other thing, that's all fine. We all recognize that we need to do it because you have to run the company with the right resources to run it sustainably. But that means that we need to look at our other expenses and say but if you're going to do that, do you really need this? And what can we do on this processing expense with that ATM network, or this or that, and we're quite detailed with it where we literally go line item by line item, and we're no longer a small company, and every division leader steps up to the plate and gives a little blood. But the outcome is that you can continue to perform and invest appropriately without blowing your margins. And it's a process. And we do our best to manage it and we would have to do that again next year. And we certainly will plan to do that.

**Operator**

Our next question comes from Vasu Govil of Morgan Stanley.

**Vasundhara Govil**
*Morgan Stanley, Research Division*

Just on -- quickly, first question on just the $6 million investment in the back half. Could you just elaborate on what those investments are? Are they specific programs that you've been talking about, the infrastructure buildout? Or is it more sales and marketing type expense?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Not sales and marketing. We're always having talent upgrades and that kind of thing in sales and marketing and doing different initiatives, but that's fairly flat over time. The 2 areas we called out in the prepared remarks and I can share a little more detail is what I call people and things, I guess, is the best way to say it. People meaning, as the company begins to scale, we have more products -- it may have surprised our investors to learn in the prepared remarks, we have over 30 products in the company, both acquired, companies we've purchased, and ones that we've rolled out organically that have worked really well, lovely. We have to manage all those products. And as they grow, you have to develop new IT to manage that. We are a regulated bank and regulated or not, we have to run our business on top of that to make sure that it's compliant and safe and stable, which means, you need more financial controls, you need to invest in risk and compliance and more automated AML tools and all the things you do to make sure that you're running your company. So all these things takes money. So the way you think about the investment is, number 1, people, more senior talent. We've been hiring some more SDP, at that level, because that's where the load of the organization sits. Because oftentimes at the SDP level. Making sure we have more senior executives in our financial division to help Mark and his team to keep track of all of it. More automation, the different projects along those lines. More technology and making sure that we have the right technology leadership to run all these technology divisions that increasingly rule our world. So all those are investments in people. And then you have investments in services or things, and what I mean by that is, connections and processors and all the things that light to execute your business every day. Websites, and things you are not going to invest on forever. You're going to invest to roll something out, enable it and then after that you'd probably have a fixed expense or a variable cost and transactions after that. So those are the 2 big buckets, are people and things, or people and services. And they're both about equal, I guess. The people expenses would hang on as part of your new SG&A base. The one-time cost for your contractors or others to be able to come in and enable something, would not. And then as I mentioned in the previous call, with always, is you have to then rightsize your expenses in other areas to make room for the new expenses and life goes on. And if we're successful, we'll continue to expand margins, but that's the trick.

**Mark L. Shifke**
*Chief Financial Officer*

Yes. And just to follow on the same theme. I mean, these investments are all tied to new revenue streams that are forthcoming and that we have line of sight to in 2018, right.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Vasundhara Govil**
*Morgan Stanley, Research Division*

That's great. That's very helpful color. And then I just -- 2 quick other things. On the mix of legacy versus new products in the active card portfolio. Can you update us on that? I think last quarter, it was roughly half, I think you said. Has that number moved?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

We have -- yes, it moves every quarter, as you can imagine. So I'm going to say, the majority, but -- oh I don't know. I don't know if it's public or a nonpublic number I guess, so I don't want to have to metric track every quarter so I'll think better of it. But more than half of our cards are now the new cards. But as I mentioned earlier, here's the new -- the cool thing about it, the old legacy customers, who have had the products for years on the old P plans let's call it, they deliver a lot of revenue because these are your best customers, right? They've been with us for years. So they're heavy direct deposit users and they use us as their core bank account. The new customers when we track the vintages are doing even better. Because not only are they paying higher fees for more services but they're using those more services. They're writing checks to pay their rent. They're depositing checks using their cellphone camera. And they're doing more things with person-to-person payments and they're using the cash back rewards if they have our 5% cash back Visa product or the new Walmart MoneyCard and so forth and so on. So we're replacing the old customers who were our best customers anyhow, they were fabulous and are fabulous customers, with new cards that not only have the better fees, but also are using the cards more heavily and generating more natural usage revenue and that's why you're seeing this continuing increased revenue per card holder. And I think we have a lot of upside there. It's hard to forecast it with precision and we don't want to get ahead of ourselves, but that's been a very nice upside to revenue and then that flows down to margin at very high incremental margins because there's no incremental cost against it. So that extra interchange, ATM usage revenue and that kind of fee revenue is all incremental and does very well for us at the bottom line.

**Vasundhara Govil**
*Morgan Stanley, Research Division*

And if I can squeeze in a last one. I apologize if you already gave this metric on the call, but what was the direct deposit penetration within the active card base? And then more broadly, you always talked about how direct deposit customers generate more revenue per card than those who don't. Is there a way to get more granular about -- sort of put any dimensions around those? Like do direct deposit customers make twice the revenue that -- versus those who are not direct deposit? Or is it less than that or more than that?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Yes. So we don't give you exact penetration of all of our portfolios. And they differ by portfolios. But we did say it was up 83% year-over-year on a consolidated basis. A lot of that was because of UniRush, as you can imagine. But our organic numbers were up double-digits as well and very, very strong. We did say that 75% of all dollars deposited to the bank or to our accounts were from direct deposit, which has got to be a new record for the quarter. And what else can we say? And then the revenue for direct deposit customer, I'm sure that at an Investor Day at some point we have given that metric, but it is many times more than a cash reloading customer. Although, the cash reloading customers are getting better still, the retention, which is still I think significantly -- make the direct deposit customer still far higher in value over their lifetime.

**Operator**

Our next question comes from John Williams of Compass Point.

**John Thomas Williams**
*Compass Point Research & Trading, LLC, Research Division*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Two quick things. And they are really central to, I think the bank angle of your thesis here. The first one is I noticed just on net interest income, you slightly ticked up the guide there. I was wondering if you could just talk a little bit about the opportunity there for upsize. It seems to be a place where you'll be able to see some additional leverage, not just from the higher rates, not from freeing up cash, but I'm thinking more as deposits flowed in under the Apple relationship.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Right. So net interest margin has -- or income has risen up the bank because of the increases in rates from the Fed and the instruments we use in short-term liquidity investments. Most of our investments are short-term. We have some that are longer term, but most are short-term because we have to service the account base, which is highly liquid and taking money out and putting money in every day. But that's been a nice upside to the extent the Fed increases rates. That will be more upside. To the extent we invest in other instruments, as more of our deposits are stable core deposits and we have that opportunity that could be upside. And to your point, to the extent, we have more deposits in the bank from increasing GDV that are investable that will help too. It's a really nice gravy if you will, on the mashed potato, because I don't think in and of itself it's the mashed potatoes, but it is certainly some cents worth of EPS in the quarter, and that's been getting better, and is a nice upside.

**John Thomas Williams**
*Compass Point Research & Trading, LLC, Research Division*

Steve, one other question just on this credit portfolio. Number 1, did you name the company you acquired? I didn't think you did, but if you could.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

We didn't, but we will when we close on it. So we didn't name it, and I forget why, but there was a whole bunch of e-mails as to could you not name the name of the company because of A, B, C and D, so we didn't do it.

**Mark L. Shifke**
*Chief Financial Officer*

It's an asset purchase from a bank so it's pretty simple.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

But there wasn't anything secretive to it. But we'll announce it when we close on it.

**John Thomas Williams**
*Compass Point Research & Trading, LLC, Research Division*

Okay, fair enough. On then when you -- a high level, when you think about this credit business. I know some people might hear it and they might get concerned but it seems like given that it's secured, it should be reasonably decent in terms of the credit quality. What kind of loss rates do you typically see in this, both this group of customers and in the fact that it's secured, does it look more like the unsecured stuff or is it significantly better?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Luckily, unless we do something wrong, no losses because the deposits are fully securitized by the customers -- I'm sorry, the credit lines are fully securitized by the customers' own deposits. So the way secured credit works by the implication of the name, is if I want a $500 credit line on this credit card I'm going to first deposit $500 in Green Dot Bank and then the credit contract says to the customer, if you don't pay us back in default, we're going to seize your deposit and pay ourselves back first before refunding any of that money. And so there's not risk to the bank's balance sheet and there wouldn't be a

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

credit write-off in the quarter or that kind of thing from that product. So I'm glad you asked the question. I would hate for anyone to be confused about that and think we're growing a large unsecured credit card portfolio. That's not the case at all. That's what we like about secured credit cards, because it's such a helpful product. If you're a Green Dot account holder, especially from our legacy prepaid products, odds are you have a really bad credit rating. That's just the reality of it and you need help. And you need help building that credit rating in a way that's responsible and in a way that is not predatory and in a way that fits your lifestyle and our secured cards are designed that way. And if you use them and easily make your deposit and then you have our Green Dot retailers and lay down your security deposit and you use the card responsibly, not only do you have a credit card that you can use to do anything you or I would do with it, but as you make your payment back responsibly every month, you're building that credit file. Now your credit rating may not get better if you're defaulting on your house at the same time or something, so you have to behave with your credit all over the place. But it's a wonderful opportunity for that customer looking to get back on the path to better credit to inexpensively and safely rebuild their credit file. So it's a great service to the customer. It's inexpensive relative to anything else that can do that for them and it matches their deposit account experience with Green Dot Bank. So if you have a Green Dot Bank prepaid card or a checking account or whatever you have, it's a very logical tie-in and it deepens that relationship and deepens the contour of your lifetime of revenue and relationship with Green Dot as a company. So we like it. It's low risk, it's fairly easy to produce. It's not a new product, certainly. It's been a product that's been out there for 30 or 40 years. But for our customer base, it really makes a lot of sense for us. For other banks it may not, but we like it. And we think it's a really good product for us long term.

**Operator**

Our next question comes from Bob Napoli of William Blair.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

Just on the MoneyPak, what is the run rate currently on the revenue from MoneyPak? I think you said you would replace the $50 million to $60 million of revenue that you had lost?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

We never said that, Bob. You are the Peter Columbo -- remember the TV show Columbo? You are the Columbo of analysts, "Steve, about that $60 million...." No, in fact, we specifically said we did not expect it to be as big as the original, but it has been a very nice add and is getting bigger by the quarter and it's a high-margin product and one that certainly we know how to do and it's been very safe without any of the fraud or mischief we've had in the first version so it's been a very nice comeback. But we haven't announced a run rate revenue for it. We do announce a run rate -- or rather not a run rate, but a revenue for the money, the settlement processing, settlement segment, which includes only 2 divisions, money processing, which houses MoneyPak and our tax division to the extent, there's really only some but not tons of taxes in Q2 and very little if any taxes in Q3 and Q4. Next quarter, you'll be able to dissect and slice and dice and get a better picture of it, but we don't break out that product specifically.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

Okay, and then any update on the CFO search and what you're going to do with Mark going back?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Yes. Well, we've made -- look, actually, I'll use this as a recruiting pitch. Mark, tell your wife I'm working at it, and we'll try to get you out of here. So we've had a hell of a tough time, to be honest with you, recruiting. And I'll tell you why. We have very high standards, despite having Mark. No, we have -- thank you. I'll be playing in the conference call room all day. We have high standards because Green Dot is not a simple business. You have a lot of division, we're highly regulated, not just public but as a bank-holding company and we take the regulatory aspects of what we do for a living incredibly seriously. It's

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

very, very important to us and it's a complex business. You have different products. You have different segments, all of our, not all, many of our partners on the platform side of our business are literally the biggest companies in the world who have expectations of us, outsized from what our market cap would otherwise indicate and you need to have sophisticated people running the shop. And we've had a lot of candidates that are from smaller companies who want to come to Green Dot who are very, very talented people and good executives, but we're worried don't have the bandwidth or the experience to dive into something this big and complex. And then you have other folks who we have gone after who are working at companies that are $10 billion and $15 billion of market cap and view Green Dot as too small for them to want to leave their current job despite what they may see as the upside in [ RC ] value. So it's been a tough recruit. I don't think I would have imagined it being this tough. So part of it may be is we're being too picky. Although, I don't think so. I think we are being appropriately picky. But that's the reality of it. Luckily, Mark's desire to step out is a lifestyle decision as much as anything else and I kid him on it but I do appreciate the patience of Pat, his wife, and his family, because he lives in New York and we are in Pasadena, in Los Angeles. So it' not an easy commute. Roughly the time it takes you to get from Connecticut to New York City, I think, in fact. And so we're still looking and if you know of any great folks, send them along. Or if anyone listening does, send them along. It's a great company to work at, and we hope lots of upside but we've not been successful yet.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

And I apologize, the M&A talks, around additional M&A from here and types of businesses you'd look to acquire and what is it out there?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

So every division leader in the company has a mandate annually to grow their revenue by either organic initiatives or acquired growth and they can all suggest both. Organic, we all meet with and we build our plan and then it sits on top of the same expense platform, right? But -- and we have those initiatives. So we've acquired businesses, I guess, Dave's been the most aggressive, maybe because he used to be a CFO. But Dave Petrini, in our direct division, helped us run UniRush. He was the guy who found this credit card portfolio. But all of our division leaders have that opportunity and we're always working on something, but look, we have to make sure they're highly accretive. They have to pass the sniff test in terms of the kind of business, the risk we think it may bring to the company. We're freaks about InfoSec as you'd imagine and the nature of the products they sell and all that. But there are great companies out there, they're not always obvious, and you have to look for them. And we vet, oh gosh, 5, 6, 7 a year. We bought 1 or 2 this year. But I would expect going forward, we'll continue to look for companies to buy and we'll continue to look for investments in our own stock through ASRs and do our best to choose the right vehicles to return the most accretion to our investors. We have time for one more and last we'll get Josh in from Lake Street Capital. Then we'll call it a day.

**Joshua James Elving**
*Lake Street Capital Markets, LLC, Research Division*

So a couple of clarifications. One, on the growth in GDV and purchase volume. I know you touched on it a few times, but I just wanted to double check, is that primarily being driven by an increasing percentage of direct deposit? Because it appears the ramp kind of overlaps with rush, I just want to see if there's any influence there. Obviously, I guess, maybe referring more directly to GDV per average card being up pretty significantly on a year-over-year basis as well.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Right, yes. Direct deposit is a great propellant of the business, but the way to think of it is just deposits, GDV, gross dollar value of volume. It's an important driver of the business forward and we're doing it on both sides. More direct deposit and more cash loads and that generates more revenue. So yes, but it's not

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

wrong for you to think direct deposit but all deposits are good deposits and we've been getting more of both.

**Joshua James Elving**
*Lake Street Capital Markets, LLC, Research Division*

Okay. And then I was just wondering, if you can kind of simplify or maybe identify what it is about the new product set that is seemingly more appealing to consumers especially given the higher fee structure?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Well, a couple of things and I'm trying to think what I want to say publicly because competitors listen as well and there is some secret sauce stuff. I would say...

**Joshua James Elving**
*Lake Street Capital Markets, LLC, Research Division*

[indiscernible] and a couple other.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Yes. Yes. Couple of things, number one is the channels so we sell through are good channels. Meaning that we attract customers who want to use them as real products. Our Internet sites are increasingly productive because young people -- young meaning under 40, let's say, go to the Internet first to find a bank account. In my day, you didn't when you were that age, so. And we have a lot of websites that sell cards. A lot of branded websites and so that's been helpful. And the products are designed to be more mainstream. So things like writing checks and depositing checks and person-to-person payments and budgeting tools, if you have GoBank or a savings account, if you have the Walmart MoneyCard, cash back reward, these are things that aren't really about low income anything, they're just about people. And the products also have a technology angle they never had before, where they assume that the user conducts life off their mobile phone and that also appeals to people who once they have it, it works like they would expect it to work. So I think we've done a lot of things right. There are things we've learned that we'll do more right going forward, but it's been a good product evolution for us and we've made some thoughtful improvements and we'll continue to try to do that.

**Joshua James Elving**
*Lake Street Capital Markets, LLC, Research Division*

I know you touched on it. Does that suggest then I guess, maybe some of the under -- outperformance of your actives versus just what we were kind of considering is being driven by millennials versus just the general improvement of the kind of legacy business?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

I think the millennials have been a really big push because they're more likely to be employed, they're more likely to roll in direct deposit, they are more likely to trust an account that they buy off the shelf of a retail store or get online or download from an App Store. There was sort of a taint, for lack of a better word, to our products back in the day, that well, who would use a bank account that you got at a Walgreen's. That kind of thing. You just don't hear that anymore because increasingly, people are likely -- young people are more likely to trust the Internet or a blog or an App Store than they may be likely to trust the bank down the corner. So it's just a different mindset of consumer expectation and we are in fact, an on-demand bank for an on-demand world and you're seeing some of that growth. Hard to know what that means long-term, but it certainly feels like it's been a nice upswing to the model.

Well, thank you everybody. I think we went probably about 20 minutes long today. But well worth it. We're happy to answer your questions. See you soon. Thank you very much. Bye-bye.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The information in the transcripts ("Content") are provided for internal business purposes and should not be used to assemble or create a database. The Content is based on collection and policies governing audio to text conversion for readable "Transcript" content and all accompanying derived products that is proprietary to Capital IQ and its Third Party Content Providers.

The provision of the Content is without any obligation on the part of Capital IQ, Inc. or its third party content providers to review such or any liability or responsibility arising out of your use thereof. Capital IQ does not guarantee or make any representation or warranty, either express or implied, as to the accuracy, validity, timeliness, completeness or continued availability of any Content and shall not be liable for any errors, delays, or actions taken in reliance on information. The Content is not intended to provide tax, legal, insurance or investment advice, and nothing in the Content should be construed as an offer to sell, a solicitation of an offer to buy, or a recommendation for any security by Capital IQ or any third party. In addition, the Content speaks only as of the date issued and is based on conference calls that may contain projections of other forward-looking statements. You should not rely on the Content as expressing Capital IQ's opinion or as representing current information. Capital IQ has not undertaken, and do not undertake any duty to update the Content or otherwise advise you of changes in the Content.

THE CONTENT IS PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTY OF ANY KIND. USE OF THE CONTENT IS AT THE USERS OWN RISK. IN NO EVENT SHALL CAPITAL IQ BE LIABLE FOR ANY DECISION MADE OR ACTION OR INACTION TAKEN IN RELIANCE ON ANY CONTENT, INCLUDING THIRD-PARTY CONTENT. CAPITAL IQ FURTHER EXPLICITLY DISCLAIMS, ANY WARRANTY OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. CAPITAL IQ, SUPPLIERS OF THIRD-PARTY CONTENT AND ANY OTHER THIRD PARTY WORKING WITH CAPITAL IQ SHALL NOT BE RESPONSIBLE OR LIABLE, DIRECTLY OR INDIRECTLY, FOR ANY DAMAGES OR LOSS (INCLUDING DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL AND ANY AND ALL OTHER FORMS OF DAMAGES OR LOSSES REGARDLESS OF THE FORM OF THE ACTION OR THE BASIS OF THE CLAIM) CAUSED OR ALLEGED TO BE CAUSED IN CONNECTION WITH YOUR USE OF THE CONTENT WHETHER OR NOT FORESEEABLE, EVEN IF CAPITAL IQ OR ANY OF THE SUPPLIERS OF THIRD-PARTY CONTENT OR OTHER THIRD PARTIES WORKING WITH CAPITAL IQ IN CONNECTION WITH THE CONTENT HAS BEEN ADVISED OF THE POSSIBILITY OR LIKELIHOOD OF SUCH DAMAGES.

© 2017 Capital IQ, Inc.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Exhibit E

8-K 1 form8-kxgdot09302017.htm 8-K

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of**
**the Securities Exchange Act of 1934**

**Date of Report (Date of Earliest Event Reported): November 7, 2017**

# Green Dot Corporation

*(Exact Name of the Registrant as Specified in Its Charter)*

**Delaware**
*(State or Other Jurisdiction of Incorporation)*

| | |
|---|---|
| **001-34819** | **95-4766827** |
| *(Commission File Number)* | *(IRS Employer Identification No.)* |

| | |
|---|---|
| **3465 East Foothill Blvd.** | |
| **Pasadena, CA 91107** | **(626) 765-2000** |
| *(Address of Principal Executive Offices)* | *(Registrant's Telephone Number, Including Area Code)* |

**Not Applicable**
*(Former Name or Former Address, If Changed Since Last Report)*

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2)

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02. Results of Operations and Financial Condition.**

On November 7, 2017, Green Dot Corporation issued a press release announcing its financial results for the quarter ended September 30, 2017 and certain other financial information. A copy of the press release is furnished as Exhibit 99.01 to this Current Report and is incorporated herein by reference.

The information furnished in this Current Report, including the exhibit hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "***Exchange Act***"), or incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| Number | Description |
|--------|-------------|
| 99.01 | Press release, dated November 7, 2017 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**GREEN DOT CORPORATION**

By:     /s/ Mark Shifke
        Mark Shifke
        Chief Financial Officer

Date: November 7, 2017

EX-99.01 2 a09302017-exb9901earningsr.htm EXHIBIT 99.01

**Green Dot Reports Third Quarter 2017 Total Operating Revenues Up 30% to $201.6 million**

- **GAAP net income and GAAP diluted EPS up 570% and 550%, respectively**

- **Adjusted EBITDA and non-GAAP EPS up 43% and 62%, respectively**

- **Raises 2017 guidance for revenue, adjusted EBITDA and non-GAAP EPS**

- **Announces new partnership with Intuit Corporation**

**Pasadena, CA - November 7, 2017** - Green Dot Corporation (NYSE: GDOT), today reported financial results for the quarter ended September 30, 2017.

For the third quarter of 2017, Green Dot reported total operating revenues of $201.6 million and GAAP net income and GAAP diluted earnings per common share of $13.6 million and $0.26, respectively. Green Dot also reported adjusted EBITDA[1] and non-GAAP diluted earnings per common share[1] of $33.9 million and $0.34, respectively.

In light of the Company's strong Q3 results and the pace of the Company's continuing financial momentum, Green Dot is updating its 2017 outlook by raising guidance for the remainder of the year.

Additionally, Green Dot is today announcing a new multi-year partnership with Intuit Corporation ("Intuit") to create a branded prepaid card for their TurboTax customers. The program will launch in Q1 2018. Under the partnership, Intuit will be utilizing Green Dot's Banking as a Service, or "BaaS Platform," for bank issuing through Green Dot Bank, with product design, technology development and ongoing program management through Green Dot Corporation.

Said Green Dot Founder and CEO, Steve Streit, "Q3 2017 was another terrific quarter for Green Dot, marking the 8th consecutive quarter where top and bottom line results exceeded our forecasts, the 5th consecutive quarter of year-over-year margin expansion and the 5th consecutive quarter where we have posted either double or triple digit year-over-year growth in non-GAAP EPS. Our performance is being driven from both double-digit organic and consolidated growth and strong business momentum across our diverse revenue divisions in both our reporting segments. Also of note this quarter is the advancement of Green Dot's "Product and Platform" business strategy with the improving financial performance of our own branded products that we design, develop and distribute to consumers; and the growing momentum of our unique Banking as a Service or "BaaS" Platform where America's biggest and best consumer, financial and technology companies come to Green Dot to design and develop their own innovative and bespoke banking products and services to distribute through their own channels to their customers. With today's announcement of the Intuit partnership along with previously announced partnerships, Green Dot's BaaS Platform now powers enterprise-level programs for partners including Walmart, Apple, Uber and, now, Intuit."

**GAAP financial results for the third quarter of 2017 compared to the third quarter of 2016:**

- Total operating revenues on a generally accepted accounting principles (GAAP) basis were $201.6 million for the third quarter of 2017, up from $154.5 million for the third quarter of 2016, representing a year-over-year increase of 30%.

- GAAP net income was $13.6 million for the third quarter of 2017, up from $2.0 million for the third quarter of 2016, representing a year-over-year increase of 570%.

- GAAP diluted earnings per common share was $0.26 for the third quarter of 2017, up from $0.04 for the third quarter of 2016, representing a year-over-year increase of 550%.

---

[1] Reconciliations of net income to non-GAAP net income, diluted earnings per share to non-GAAP diluted earnings per share and net income to adjusted EBITDA, respectively, are provided in the tables immediately following the consolidated financial statements. Additional information about the Company's non-GAAP financial measures can be found under the caption "About Non-GAAP Financial Measures" below.

**Non-GAAP financial results for the third quarter of 2017 compared to the third quarter of 2016:**[1]

- Adjusted EBITDA[1] was $33.9 million, or 17% of total operating revenues for the third quarter of 2017, up from $23.8 million, or 15% of total operating revenues for the third quarter of 2016, representing a year-over-year increase of 43%.

- Non-GAAP net income[1] was $17.8 million for the third quarter of 2017, up from $10.9 million for the third quarter of 2016, representing a year-over-year increase of 64%.

- Non-GAAP diluted earnings per share[1] was $0.34 for the third quarter of 2017, up from $0.21 for the third quarter of 2016, representing a year-over-year increase of 62%.

The following table shows the Company's quarterly key business metrics for each of the last seven calendar quarters. Please refer to the Company's latest Annual Report on Form 10-K for a description of the key business metrics.

| | 2017 | | | 2016 | | | |
|---|---|---|---|---|---|---|---|
| | Q3 | Q2 | Q1 | Q4 | Q3 | Q2 | Q1 |
| | (In millions) | | | | | | |
| Number of cash transfers | 9.80 | 9.55 | 9.30 | 9.37 | 9.36 | 9.35 | 9.71 |
| Number of tax refunds processed | 0.10 | 2.41 | 8.60 | 0.06 | 0.10 | 2.18 | 8.18 |
| Number of active cards at quarter end | 5.23 | 5.15 | 5.05 | 4.13 | 4.09 | 4.28 | 4.75 |
| Gross dollar volume | $ 7,856 | $ 7,687 | $ 7,707 | $ 5,681 | $ 5,338 | $ 5,372 | $ 6,569 |
| Purchase volume | $ 5,206 | $ 5,226 | $ 5,503 | $ 4,012 | $ 3,759 | $ 3,863 | $ 4,708 |

Said Mark Shifke, Green Dot's Chief Financial Officer, "Green Dot's strong topline growth was driven by double-digit consolidated growth and double-digit organic growth which included a return to organic active card growth well ahead of our timing expectations. Revenue growth and expense leverage, due to platform efficiencies, enabled us to generate better than expected profits. The overall strong financial performance and continuing momentum in our business provides us the confidence to once again raise our full year guidance for both top and bottom line results."

**Updated Outlook for 2017**

Green Dot has provided its updated outlook for 2017. Green Dot's outlook is based on a number of assumptions that management believes are reasonable at the time of this earnings release. Information regarding potential risks that could cause the actual results to differ from these forward-looking statements is set forth below and in Green Dot's filings with the Securities and Exchange Commission.

Green Dot's non-GAAP outlook excludes $9.4 million of incremental processing expenses incurred in the first half of 2017 related to the need to pay expenses for processing services in excess of Green Dot's normalized rate, offset by $6.5 million received during the third quarter of 2017 as a partial recovery of these costs. Starting in Q3, the Company no longer incurred such incremental processing expenses.

Total Operating Revenues

- Green Dot now expects its full year total operating revenues to be between $878 million to $882 million, versus its previously updated guidance range of $855 million to $865 million.

---

1 Reconciliations of net income to non-GAAP net income, diluted earnings per share to non-GAAP diluted earnings per share and net income to adjusted EBITDA, respectively, are provided in the tables immediately following the consolidated financial statements. Additional information about the Company's non-GAAP financial measures can be found under the caption "About Non-GAAP Financial Measures" below.

Adjusted EBITDA[2]

- Green Dot now expects its full year adjusted EBITDA[2] to be between $200 million to $202 million, versus its previously updated guidance range of $194 million to $196 million.

Non-GAAP EPS[2]

- Green Dot now expects its full year non-GAAP EPS[2] to be between $2.10 to $2.12, versus its previously updated guidance range of $1.99 to $2.03.

The components of Green Dot's non-GAAP EPS[2] guidance range are as follows:

| | | Range | | |
|---|---|---|---|---|
| | | Low | | High |
| | | (In millions except per share data) | | |
| Adjusted EBITDA | $ | 200.0 | $ | 202.0 |
| Depreciation and amortization* | | (34.6) | | (34.6) |
| Net interest income | | 5.8 | | 5.8 |
| Non-GAAP pre-tax income | $ | 171.2 | $ | 173.2 |
| Tax impact** | | (60.4) | | (61.1) |
| Non-GAAP net income | $ | 110.8 | $ | 112.1 |
| Diluted weighted-average shares issued and outstanding | | 52.8 | | 52.8 |
| Non-GAAP earnings per share | $ | 2.10 | $ | 2.12 |

\*     Excludes the impact of amortization on acquired intangible assets
\*\*    Assumes a non-GAAP effective tax rate of 35.3% for full year

2 Reconciliations of forward-looking guidance for these non-GAAP financial measures to their respective, most directly comparable projected GAAP financial measures are provided in the tables immediately following the reconciliation of Net Income to Adjusted EBITDA.

**Conference Call**

The Company will host a conference call to discuss third quarter 2017 financial results today at 5:00 p.m. ET. Hosting the call will be Steve Streit, Chief Executive Officer, and Mark Shifke, Chief Financial Officer. The conference call can be accessed live over the phone by dialing (888) 348-8307, or for international callers (412) 902-4242. A replay will be available approximately two hours after the call concludes and can be accessed by dialing (844) 512-2921, or for international callers (412) 317-6671; and entering the conference ID 10113524. The replay of the webcast will be available until Tuesday, November 14, 2017. The call will be webcast live from the Company's investor relations website at http://ir.greendot.com/.

**Forward-Looking Statements**

This earnings release contains forward-looking statements, which are subject to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These statements include, among other things, statements regarding the Company's future performance contained under "Updated Outlook for 2017" and in the quotes of its executive officers and other future events that involve risks and uncertainties. Actual results may differ materially from those contained in the forward-looking statements contained in this earnings release, and reported results should not be considered as an indication of future performance. The potential risks and uncertainties that could cause actual results to differ from those projected include, among other things, the timing and impact of revenue growth activities, the Company's dependence on revenues derived from Walmart, impact of competition, the Company's reliance on retail distributors for the promotion of its products and services, demand for the Company's new and existing products and services, continued and improving returns from the Company's investments in new growth initiatives, the extent to which the Company's processing technology partner covers the Company's expenses and other losses associated with the processor migration issues that delayed the Company's processor migration, potential difficulties in integrating operations of acquired entities and acquired technologies, the Company's ability to operate in a highly regulated environment, changes to existing laws or regulations affecting the Company's operating methods or economics, the Company's reliance on third-party vendors, changes in credit card association or other network rules or standards, changes in card association and debit network fees or products or interchange rates, instances of fraud developments in the prepaid financial services industry that impact prepaid debit card usage generally, business interruption or systems failure, and the Company's involvement litigation or investigations. These and other risks are discussed in greater detail in the Company's Securities and Exchange Commission filings, including its most recent annual report on Form 10-K and quarterly report on Form 10-Q, which are available on the Company's investor relations website at ir.greendot.com and on the SEC website at www.sec.gov. All information provided in this release and in the attachments is as of November 7, 2017, and the Company assumes no obligation to update this information as a result of future events or developments.

**About Non-GAAP Financial Measures**

To supplement the Company's consolidated financial statements presented in accordance with accounting principles generally accepted in the United States of America (GAAP), the Company uses measures of operating results that are adjusted to exclude net interest income and expense; income tax benefit and expense; depreciation and amortization, including amortization of acquired intangibles; employee stock-based compensation expense; incremental expenses related to the delay in migration of the Company's remaining customer accounts from its former processor to its new processor; change in the fair value of contingent consideration; transaction costs; impairment charges; extraordinary severance expenses; legal settlement expenses; and other charges and income. This earnings release includes non-GAAP net income, non-GAAP earnings per share, non-GAAP weighted-average shares issued and outstanding and adjusted EBITDA. It also includes full-year 2017 guidance for adjusted EBITDA, non-GAAP net income and non-GAAP EPS. These non-GAAP financial measures are not calculated or presented in accordance with, and are not alternatives or substitutes for, financial measures prepared in accordance with GAAP,

and should be read only in conjunction with the Company's financial measures prepared in accordance with GAAP. The Company's non-GAAP financial measures may be different from similarly-titled non-GAAP financial measures used by other companies. The Company believes that the presentation of non-GAAP financial measures provides useful information to management and investors regarding underlying trends in its consolidated financial condition and results of operations. The Company's management regularly uses these supplemental non-GAAP financial measures internally to understand, manage and evaluate the Company's business and make operating decisions. For additional information regarding the Company's use of non-GAAP financial measures and the items excluded by the Company from one or more of its historic and projected non-GAAP financial measures, investors are encouraged to review the reconciliations of the Company's historic and projected non-GAAP financial measures to the comparable GAAP financial measures, which are attached to this earnings release, and which can be found by clicking on "Financial Information" in the Investor Relations section of the Company's website at http://ir.greendot.com/.

## About Green Dot

Green Dot Corporation, along with its wholly owned subsidiaries, is a pro-consumer financial technology innovator with a mission to provide a full range of affordable and accessible financial services to the masses. Green Dot is a leading provider of reloadable prepaid debit cards and cash reload processing services in the United States. Green Dot is also a leader in mobile technology and mobile banking with its award-winning GoBank mobile checking account and a top 20 debit card issuer among all banks and credit unions in the country. Through its wholly owned subsidiary, TPG, Green Dot is additionally the largest processor of tax refund disbursements in the U.S. Green Dot's products and services are available to consumers through a large-scale "branchless bank" distribution network of approximately 100,000 U.S. locations, including retailers, neighborhood financial service center locations, and tax preparation offices, as well as online, in the leading app stores and through leading online tax preparation providers. Green Dot Corporation is headquartered in Pasadena, Calif., with additional facilities throughout the United States and in Shanghai, China.

## Contacts

### Investor Relations

IR@greendot.com


### Media Relations

Brian Ruby, 203-682-8286

Brian.Ruby@icrinc.com

**GREEN DOT CORPORATION**
**CONSOLIDATED BALANCE SHEETS**

| | September 30, 2017 | December 31, 2016 |
|---|---|---|
| | (unaudited) | |
| Assets | (In thousands, except par value) | |
| Current assets: | | |
| Unrestricted cash and cash equivalents | $ 708,265 | $ 732,676 |
| Restricted cash | 62,374 | 12,085 |
| Investment securities available-for-sale, at fair value | 22,333 | 46,686 |
| Settlement assets | 163,866 | 137,083 |
| Accounts receivable, net | 21,456 | 40,150 |
| Prepaid expenses and other assets | 36,111 | 32,186 |
| Income tax receivable | — | 12,570 |
| Total current assets | 1,014,405 | 1,013,436 |
| Investment securities available-for-sale, at fair value | 156,513 | 161,740 |
| Loans to bank customers, net of allowance for loan losses of $237 and $277 as of September 30, 2017 and December 31, 2016, respectively | 19,791 | 6,059 |
| Prepaid expenses and other assets | 7,088 | 4,142 |
| Property and equipment, net | 91,623 | 82,621 |
| Deferred expenses | 10,668 | 16,647 |
| Net deferred tax assets | 4,651 | 4,648 |
| Goodwill and intangible assets | 590,561 | 451,051 |
| Total assets | $ 1,895,300 | $ 1,740,344 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 26,688 | $ 22,856 |
| Deposits | 834,684 | 737,414 |
| Obligations to customers | 60,715 | 46,043 |
| Settlement obligations | 5,153 | 4,877 |
| Amounts due to card issuing banks for overdrawn accounts | 1,301 | 1,211 |
| Other accrued liabilities | 92,856 | 102,426 |
| Deferred revenue | 14,171 | 25,005 |
| Note payable | 20,906 | 20,966 |
| Income tax payable | 2,201 | — |
| Total current liabilities | 1,058,675 | 960,798 |
| Other accrued liabilities | 28,995 | 12,330 |
| Note payable | 63,931 | 79,720 |
| Net deferred tax liabilities | 3,683 | 3,763 |
| Total liabilities | 1,155,284 | 1,056,611 |
| Stockholders' equity: | | |
| Class A common stock, $0.001 par value; 100,000 shares authorized as of September 30, 2017 and December 31, 2016; 50,659 and 50,513 shares issued and outstanding as of September 30, 2017 and December 31, 2016, respectively | 51 | 51 |
| Additional paid-in capital | 342,770 | 358,155 |
| Retained earnings | 397,582 | 325,708 |
| Accumulated other comprehensive loss | (387) | (181) |
| Total stockholders' equity | 740,016 | 683,733 |
| Total liabilities and stockholders' equity | $ 1,895,300 | $ 1,740,344 |

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(UNAUDITED)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2017 | 2016 | 2017 | 2016 |
| | (In thousands, except per share data) | | | |
| Operating revenues: | | | | |
| Card revenues and other fees | $ 100,781 | $ 79,056 | $ 309,090 | $ 255,484 |
| Processing and settlement service revenues | 36,681 | 29,898 | 179,031 | 152,801 |
| Interchange revenues | 64,151 | 45,540 | 189,041 | 147,721 |
| Total operating revenues | 201,613 | 154,494 | 677,162 | 556,006 |
| Operating expenses: | | | | |
| Sales and marketing expenses | 65,586 | 56,668 | 207,415 | 183,609 |
| Compensation and benefits expenses | 47,271 | 37,900 | 139,355 | 122,079 |
| Processing expenses | 34,027 | 25,703 | 119,723 | 80,760 |
| Other general and administrative expenses | 41,677 | 34,740 | 116,050 | 102,720 |
| Total operating expenses | 188,561 | 155,011 | 582,543 | 489,168 |
| Operating income (loss) | 13,052 | (517) | 94,619 | 66,838 |
| Interest income | 2,635 | 1,637 | 7,812 | 5,471 |
| Interest expense | (1,397) | (1,430) | (4,595) | (7,619) |
| Income (loss) before income taxes | 14,290 | (310) | 97,836 | 64,690 |
| Income tax expense (benefit) | 651 | (2,347) | 24,177 | 21,745 |
| Net income | 13,639 | 2,037 | 73,659 | 42,945 |
| Income attributable to preferred stock | — | (35) | — | (1,102) |
| Net income available to common stockholders | $ 13,639 | $ 2,002 | $ 73,659 | $ 41,843 |
| | | | | |
| Basic earnings per common share: | $ 0.27 | $ 0.04 | $ 1.46 | $ 0.85 |
| Diluted earnings per common share: | $ 0.26 | $ 0.04 | $ 1.40 | $ 0.83 |
| Basic weighted-average common shares issued and outstanding: | 50,519 | 49,439 | 50,330 | 49,258 |
| Diluted weighted-average common shares issued and outstanding: | 52,923 | 50,709 | 52,788 | 50,510 |

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(UNAUDITED)**

| | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2017 | 2016 |
| | (In thousands) | |
| **Operating activities** | | |
| Net income | $ 73,659 | $ 42,945 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization of property and equipment | 25,282 | 30,794 |
| Amortization of intangible assets | 22,926 | 17,272 |
| Provision for uncollectible overdrawn accounts | 58,505 | 58,694 |
| Employee stock-based compensation | 27,384 | 20,941 |
| Amortization of premium on available-for-sale investment securities | 1,157 | 1,000 |
| Change in fair value of contingent consideration | (7,500) | (5,500) |
| Amortization of deferred financing costs | 1,191 | 1,151 |
| Impairment of capitalized software | 1,066 | 137 |
| Deferred income tax expense (benefit) | — | (389) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | (35,866) | (43,267) |
| Prepaid expenses and other assets | (4,775) | (1,699) |
| Deferred expenses | 9,025 | 8,299 |
| Accounts payable and other accrued liabilities | (12,541) | (17,609) |
| Deferred revenue | (12,764) | (12,555) |
| Income tax receivable/payable | 14,711 | (569) |
| Other, net | 1,888 | 2,389 |
| Net cash provided by operating activities | 163,348 | 102,034 |
| | | |
| **Investing activities** | | |
| Purchases of available-for-sale investment securities | (58,665) | (123,447) |
| Proceeds from maturities of available-for-sale securities | 57,784 | 83,031 |
| Proceeds from sales of available-for-sale securities | 29,074 | 1,322 |
| Increase in restricted cash | (50,284) | (34,344) |
| Payments for acquisition of property and equipment | (32,373) | (33,266) |
| Net (increase) decrease in loans | (13,732) | 582 |
| Acquisition, net of cash acquired | (141,498) | — |
| Net cash used in investing activities | (209,694) | (106,122) |
| | | |
| **Financing activities** | | |
| Borrowings from notes payable | 20,000 | — |
| Repayments of borrowings from notes payable | (36,875) | (16,875) |
| Borrowings on revolving line of credit | 335,000 | 25,000 |
| Repayments on revolving line of credit | (335,000) | (25,000) |
| Proceeds from exercise of options | 18,183 | 9,410 |
| Taxes paid related to net share settlement of equity awards | (12,737) | (6,325) |
| Net increase (decrease) in deposits | 97,270 | (59,170) |
| Net decrease in obligations to customers | (11,835) | (35,981) |
| Contingent consideration payments | (1,907) | (2,555) |

| | | | |
|---|---|---|---|
| Repurchase of Class A common stock | | **(50,000)** | (59,013) |
| Deferred financing costs | | **(164)** | — |
| Net cash provided by (used in) financing activities | | **21,935** | (170,509) |
| | | | |
| Net decrease in unrestricted cash and cash equivalents | | **(24,411)** | (174,597) |
| Unrestricted cash and cash equivalents, beginning of year | | **732,676** | 772,129 |
| Unrestricted cash and cash equivalents, end of year | $ | **708,265** | $ 597,532 |
| | | | |
| Cash paid for interest | $ | **3,404** | $ 6,467 |
| Cash paid for income taxes | $ | **9,408** | $ 22,626 |

**GREEN DOT CORPORATION**
**REPORTABLE SEGMENTS**
**(UNAUDITED)**

| | Three Months Ended September 30, 2017 | | | |
| | Account Services | Processing and Settlement Services | Corporate and Other | Total |
|---|---|---|---|---|
| | (In thousands) | | | |
| Operating revenues | $ 170,160 | $ 39,088 | $ (7,635) | $ 201,613 |
| Operating expenses | 135,693 | 39,606 | 13,262 | 188,561 |
| Operating income | $ 34,467 | $ (518) | $ (20,897) | $ 13,052 |

| | Three Months Ended September 30, 2016 | | | |
| | Account Services | Processing and Settlement Services | Corporate and Other | Total |
|---|---|---|---|---|
| | (In thousands) | | | |
| Operating revenues | $ 128,196 | $ 32,919 | $ (6,621) | $ 154,494 |
| Operating expenses | 105,165 | 32,151 | 17,695 | 155,011 |
| Operating income | $ 23,031 | $ 768 | $ (24,316) | $ (517) |

| | Nine Months Ended September 30, 2017 | | | |
| | Account Services | Processing and Settlement Services | Corporate and Other | Total |
|---|---|---|---|---|
| | (In thousands) | | | |
| Operating revenues | $ 512,967 | $ 187,862 | $ (23,667) | $ 677,162 |
| Operating expenses | 403,906 | 123,287 | 55,350 | 582,543 |
| Operating income | $ 109,061 | $ 64,575 | $ (79,017) | $ 94,619 |

| | Nine Months Ended September 30, 2016 | | | |
| | Account Services | Processing and Settlement Services | Corporate and Other | Total |
|---|---|---|---|---|
| | (In thousands) | | | |
| Operating revenues | $ 408,445 | $ 169,546 | $ (21,985) | $ 556,006 |
| Operating expenses | 339,276 | 104,193 | 45,699 | 489,168 |
| Operating income | $ 69,169 | $ 65,353 | $ (67,684) | $ 66,838 |

The Company's operations are comprised of two reportable segments: 1) Account Services and 2) Processing and Settlement Services. The Account Services segment consists of revenues and expenses derived from the Company's branded and private label deposit account programs. These programs include Green Dot-branded and affinity-branded GPR card accounts, private label GPR card accounts, checking accounts, open-loop gift cards and secured credit cards. The Processing and Settlement Services segment consists of revenues and expenses derived from reload services through the Green Dot Network, money processing and the Company's tax refund processing services. The Corporate and Other segment primarily consists of eliminations of intersegment revenues and expenses, unallocated corporate expenses, depreciation and amortization, and other costs that are not considered when management evaluates segment performance.

**GREEN DOT CORPORATION**

**Reconciliation of Net Income to Non-GAAP Net Income [1]**
**(Unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2017 | 2016 | 2017 | 2016 |
| | (In thousands, except per share data) | | | |
| Net income | $ 13,639 | $ 2,037 | $ 73,659 | $ 42,945 |
| Employee stock-based compensation expense (3) | 10,992 | 7,889 | 27,384 | 20,941 |
| Amortization of acquired intangibles (4) | 8,184 | 5,749 | 22,926 | 17,272 |
| Change in fair value of contingent consideration (4) | — | — | (7,500) | (5,500) |
| Transaction costs (4) | 45 | — | 2,231 | 91 |
| Amortization of deferred financing costs (5) | 399 | 384 | 1,191 | 1,151 |
| Impairment charges (5) | 52 | 1 | 1,066 | 137 |
| Extraordinary severance expenses (6) | 371 | 957 | 1,630 | 957 |
| Incremental processor expenses (repayments) (8) | (6,518) | — | 2,870 | — |
| Legal settlement expenses (5) | — | — | 3,500 | — |
| Other (income) expenses (5) | (373) | 548 | (373) | 2,990 |
| Income tax effect (7) | (8,951) | (6,688) | (29,412) | (15,032) |
| Non-GAAP net income | $ 17,840 | $ 10,877 | $ 99,172 | $ 65,952 |
| Diluted earnings per common share | | | | |
| GAAP | $ 0.26 | $ 0.04 | $ 1.40 | $ 0.83 |
| Non-GAAP | $ 0.34 | $ 0.21 | $ 1.88 | $ 1.27 |
| Diluted weighted-average common shares issued and outstanding* | | | | |
| GAAP | 52,923 | 50,709 | 52,788 | 50,510 |
| Non-GAAP | 52,923 | 51,568 | 52,788 | 51,807 |

\*    Reconciliations between GAAP and non-GAAP diluted weighted-average shares issued and outstanding are provided in the next table.

**Reconciliation of GAAP to Non-GAAP Diluted Weighted-Average**
**Shares Issued and Outstanding [1]**
**(Unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2017 | 2016 | 2017 | 2016 |
| | (In thousands) | | | |
| Diluted weighted-average shares issued and outstanding* | 52,923 | 50,709 | 52,788 | 50,510 |
| Assumed conversion of weighted-average shares of preferred stock | — | 859 | — | 1,297 |
| Non-GAAP diluted weighted-average shares issued and outstanding | 52,923 | 51,568 | 52,788 | 51,807 |

\*    Represents the diluted weighted-average shares of Class A common stock for the periods indicated.

**GREEN DOT CORPORATION**
**Supplemental Detail on Non-GAAP Diluted Weighted-Average Shares Issued and Outstanding**
**(Unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2017 | 2016 | 2017 | 2016 |
| | (In thousands) | | | |
| Stock outstanding as of September 30: | | | | |
| Class A common stock | 50,659 | 50,380 | 50,659 | 50,380 |
| Preferred stock (on an as-converted basis) | — | — | — | — |
| Total stock outstanding as of September 30: | 50,659 | 50,380 | 50,659 | 50,380 |
| Weighting adjustment | (140) | (82) | (329) | 175 |
| Dilutive potential shares: | | | | |
| Stock options | 790 | 532 | 764 | 508 |
| Restricted stock units | 1,292 | 644 | 1,404 | 665 |
| Performance based restricted stock units | 306 | 82 | 282 | 72 |
| Employee stock purchase plan | 16 | 12 | 8 | 7 |
| Non-GAAP diluted weighted-average shares issued and outstanding | 52,923 | 51,568 | 52,788 | 51,807 |

**Reconciliation of Net Income to Adjusted EBITDA [1]**
**(Unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2017 | 2016 | 2017 | 2016 |
| | (In thousands) | | | |
| Net income | $ 13,639 | $ 2,037 | $ 73,659 | $ 42,945 |
| Net interest (income) expense (2) | (1,238) | (207) | (3,217) | 2,148 |
| Income tax expense (benefit) | 651 | (2,347) | 24,177 | 21,745 |
| Depreciation and amortization of property and equipment (2) | 8,140 | 9,171 | 25,282 | 30,794 |
| Employee stock-based compensation expense (2)(3) | 10,992 | 7,889 | 27,384 | 20,941 |
| Amortization of acquired intangibles (2)(4) | 8,184 | 5,749 | 22,926 | 17,272 |
| Change in fair value of contingent consideration (2)(4) | — | — | (7,500) | (5,500) |
| Transaction costs (2)(4) | 45 | — | 2,231 | 91 |
| Impairment charges (2)(5) | 52 | 1 | 1,066 | 137 |
| Extraordinary severance expenses (2)(6) | 371 | 957 | 1,630 | 957 |
| Incremental processor expenses (repayments) (2)(8) | (6,518) | — | 2,870 | — |
| Legal settlement expenses (2)(5) | — | — | 3,500 | — |
| Other (income) expenses (2)(5) | (373) | 548 | (373) | 2,990 |
| Adjusted EBITDA | $ 33,945 | $ 23,798 | $ 173,635 | $ 134,520 |
| Total operating revenues | $ 201,613 | $ 154,494 | $ 677,162 | $ 556,006 |
| Adjusted EBITDA/Total operating revenues (adjusted EBITDA margin) | 16.8% | 15.4% | 25.6% | 24.2% |

**GREEN DOT CORPORATION**
**Reconciliation of Forward Looking Guidance for Non-GAAP Financial Measures to**
**Projected Adjusted EBITDA** [1]
**(Unaudited)**

|  | FY 2017 | | | |
|  | Range | | | |
|  | Low | | High | |
|  | (In millions) | | | |
| Net income | $ | 72.4 | $ | 73.9 |
| Adjustments (9) |  | 127.6 |  | 128.1 |
| Adjusted EBITDA | $ | 200.0 | $ | 202.0 |
|  |  |  |  |  |
| Total operating revenues | $ | 882.0 | $ | 878.0 |
| Adjusted EBITDA /Total operating revenues (Adjusted EBITDA margin) |  | 23% |  | 23% |

**Reconciliation of Forward Looking Guidance for Non-GAAP Financial Measures to**
**Projected GAAP Net Income** [1]
**(Unaudited)**

|  | FY 2017 | | | |
|  | Range | | | |
|  | Low | | High | |
|  | (In millions, except per share data) | | | |
| Net income | $ | 72.4 | $ | 73.9 |
| Adjustments (9) |  | 38.4 |  | 38.2 |
| Non-GAAP net income | $ | 110.8 | $ | 112.1 |
| Diluted earnings per share |  |  |  |  |
| GAAP | $ | 1.37 | $ | 1.40 |
| Non-GAAP | $ | 2.10 | $ | 2.12 |
|  |  |  |  |  |
| Diluted weighted-average shares issued and outstanding* |  | 52.8 |  | 52.8 |

\*    Represents the diluted weighted-average shares of Class A common stock for the periods indicated.

(1)  To supplement the Company's consolidated financial statements presented in accordance with GAAP, the Company uses measures of operating results that are adjusted to exclude various, primarily non-cash, expenses and charges. These financial measures are not calculated or presented in accordance with GAAP and should not be considered as alternatives to or substitutes for operating revenues, operating income, net income or any other measure of financial performance calculated and presented in accordance with GAAP. These financial measures may not be comparable to similarly-titled measures of other organizations because other organizations may not calculate their measures in the same manner as we do. These financial measures are adjusted to eliminate the impact of items that the Company does not consider indicative of its core operating performance. You are encouraged to evaluate these adjustments and the reasons we consider them appropriate.

The Company believes that the non-GAAP financial measures it presents are useful to investors in evaluating the Company's operating performance for the following reasons:

- the Company records employee stock-based compensation from period to period, and recorded employee stock-based compensation expenses of approximately $11.0 million and $7.9 million for the three months ended September 30, 2017 and 2016, respectively. By comparing the Company's adjusted EBITDA, non-GAAP net income and non-GAAP diluted earnings per share in different historical periods, investors can evaluate the Company's operating results without the additional variations caused by employee stock-based compensation expense, which may not be comparable from period to period due to changes in the fair market value of the Company's Class A common stock (which is influenced by external factors like the volatility of public markets and the financial performance of the Company's peers) and is not a key measure of the Company's operations;

- adjusted EBITDA is widely used by investors to measure a company's operating performance without regard to items, such as net interest income and expense, income tax benefit and expense, depreciation and amortization, employee stock-based compensation expense, incremental expenses related to the delay in migration of the Company's remaining customer accounts from its former processor to its new processor, changes in the fair value of contingent consideration, transaction costs, impairment charges, severance costs related to extraordinary personnel reductions, legal settlement expenses, and other charges and income that can vary substantially from company to company depending upon their respective financing structures and accounting policies, the book values of their assets, their capital structures and the methods by which their assets were acquired; and

- securities analysts use adjusted EBITDA as a supplemental measure to evaluate the overall operating performance of companies.

The Company's management uses the non-GAAP financial measures:

- as measures of operating performance, because they exclude the impact of items not directly resulting from the Company's core operations;

- for planning purposes, including the preparation of the Company's annual operating budget;

- to allocate resources to enhance the financial performance of the Company's business;

- to evaluate the effectiveness of the Company's business strategies;

- to establish metrics for variable compensation; and

- in communications with the Company's board of directors concerning the Company's financial performance.

The Company understands that, although adjusted EBITDA and other non-GAAP financial measures are frequently used by investors and securities analysts in their evaluations of companies, these measures have limitations as an analytical tool, and you should not consider them in isolation or as substitutes for analysis of the Company's results of operations as reported under GAAP. Some of these limitations are:

- that these measures do not reflect the Company's capital expenditures or future requirements for capital expenditures or other contractual commitments;

- that these measures do not reflect changes in, or cash requirements for, the Company's working capital needs;

- that these measures do not reflect interest expense or interest income;

- that these measures do not reflect cash requirements for income taxes;

- that, although depreciation and amortization are non-cash charges, the assets being depreciated or amortized will often have to be replaced in the future, and these measures do not reflect any cash requirements for these replacements; and

- that other companies in the Company's industry may calculate these measures differently than the Company does, limiting their usefulness as comparative measures.

(2)  The Company does not include any income tax impact of the associated non-GAAP adjustment to adjusted EBITDA, as the case may be, because each of these non-GAAP financial measures is provided before income tax expense.

(3)  This expense consists primarily of expenses for employee stock options and restricted stock units (including performance-based restricted stock units). Employee stock-based compensation expense is not comparable from period to period due to

changes in the fair market value of the Company's Class A common stock (which is influenced by external factors like the volatility of public markets and the financial performance of the Company's peers) and is not a key measure of the Company's operations. The Company excludes employee stock-based compensation expense from its non-GAAP financial measures primarily because it consists of non-cash expenses that the Company does not believe are reflective of ongoing operating results. Further, the Company believes that it is not useful to investors to understand the impact of employee stock-based compensation to its results of operations. This expense is included as a component of compensation and benefits expenses on our consolidated statements of operations.

(4)  The Company excludes certain income and expenses that are the result of acquisitions. These acquisition related adjustments include the amortization of acquired intangible assets, changes in the fair value of contingent consideration, settlements of contingencies established at time of acquisition and other acquisition related charges, such as integration charges and professional and legal fees, which result in the Company recording expenses or fair value adjustments in its GAAP financial statements. The Company analyzes the performance of its operations without regard to these adjustments. In determining whether any acquisition related adjustment is appropriate, the Company takes into consideration, among other things, how such adjustments would or would not aid in the understanding of the performance of its operations. These items are included as a component of other general and administrative expenses on our consolidated statements of operations.

(5)  The Company excludes certain income and expenses that are not reflective of ongoing operating results. It is difficult to estimate the amount or timing of these items in advance. Although these events are reflected in the Company's GAAP financial statements, the Company excludes them in its non-GAAP financial measures because the Company believes these items may limit the comparability of ongoing operations with prior and future periods. These adjustments include amortization attributable to deferred financing costs, impairment charges related to internal-use software, legal settlement expenses and other charges, which consists of expenses incurred with our proxy contest. In determining whether any such adjustment is appropriate, the Company takes into consideration, among other things, how such adjustments would or would not aid in the understanding of the performance of its operations. These items, except for amortization of deferred financing costs, which is included as a component of interest expense, are included within other general and administrative expenses on our consolidated statements of operations.

(6)  During the three and nine months ended September 30, 2017, we recorded charges of $0.4 million and $1.6 million, respectively, for severance costs related to extraordinary personnel reductions. Although severance expenses are an ordinary part of our operations, the magnitude and scale of the reduction in workforce we began to implement in the three months ended September 30, 2016 is not expected to be repeated. This expense is included as a component of compensation and benefits expenses on our consolidated statements of operations.

(7)  Represents the tax effect for the related non-GAAP measure adjustments using the Company's year to date non-GAAP effective tax rate.

(8)  Represents the incremental expenses and repayments received associated with the Company's need to continue to support customer accounts on its legacy transaction processor that it had intended to migrate to its new processing platform in 2016. During the three months ended September 30, 2017, we received $6.5 million as a partial recovery of these costs.

(9)  These amounts represent estimated adjustments for net interest expense, income taxes, depreciation and amortization, employee stock-based compensation expense, incremental expenses associated with the Company's need to continue to support customer accounts on its legacy transaction processor that it had intended to migrate to its new processing platform in 2016, contingent consideration, transaction costs, impairment charges, severance costs related to extraordinary personnel reductions, legal settlement expenses, and other income and expenses. Employee stock-based compensation expense includes assumptions about the future fair value of the Company's Class A common stock (which is influenced by external factors like the volatility of public markets and the financial performance of the Company's peers).

# Exhibit F

# S&P Capital IQ

**CONTENTS**

| | |
|---|---|
| CALL PARTICIPANTS | 2 |
| PRESENTATION | 3 |
| QUESTION AND ANSWER | 8 |

# Green Dot Corporation NYSE:GDOT

## *FQ3 2017 Earnings Call Transcripts*

Tuesday, November 07, 2017 10:00 PM GMT

......................................................................................................

## S&P Capital IQ Estimates

| | -FQ3 2017- | | | -FQ4 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | **CONSENSUS** | **ACTUAL** | **SURPRISE** | **CONSENSUS** | **CONSENSUS** | **CONSENSUS** |
| **EPS Normalized** | 0.26 | 0.34 | ▲ 30.77 | 0.24 | 2.05 | 2.39 |
| **Revenue (mm)** | 191.33 | 201.61 | ▲ 5.37 | 200.20 | 867.11 | 952.61 |

Currency: USD
Consensus as of  Oct-20-2017 10:00 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2016** | 0.17 | 0.21 | ▲1 23.53 % |
| **FQ4 2016** | 0.15 | 0.19 | ▲2 26.67 % |
| **FQ1 2017** | 0.84 | 1.00 | ▲3 19.05 % |
| **FQ2 2017** | 0.40 | 0.55 | ▲4 37.50 % |

......................................................................................................

WWW.SPCAPITALIQ.COM
COPYRIGHT © 2017, S&P CAPITAL IQ, A PART OF MCGRAW HILL FINANCIAL.

# Call Participants

**EXECUTIVES**

**Dara Dierks**
*Managing Director*

**Jess Unruh**
*Chief Accounting Officer*

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

**ANALYSTS**

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

**Jeffrey Brian Cantwell**
*Guggenheim Securities, LLC, Research Division*

**Joseph Anthony Vafi**
*Loop Capital Markets LLC, Research Division*

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon, and welcome to the Green Dot Corporation Third Quarter 2017 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Dara Dierks. Please go ahead.

**Dara Dierks**
*Managing Director*

Thank you, and good afternoon, everyone.

On today's call, we will discuss 2017 third quarter performance and thoughts about the remainder of the year. Following these remarks, we'll open the call for questions. For those of you who haven't yet accessed the earnings release that accompanies this call and webcast, it can be found at ir.greendot.com.

As a reminder, our comments include forward-looking statements about, among other things, our expectations regarding future results and performance. Please refer to the cautionary language in the earnings release and in Green Dot's filings with the Securities and Exchange Commission, including our most recent Form 10-K and 10-Q, for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements.

During the call, we will make reference to our financial measures that do not conform to Generally Accepted Accounting Principles. For the sake of clarity, unless otherwise noted, all numbers we talk about today, including revenue per active card, will be on a non-GAAP basis.

Information may be calculated differently than similar non-GAAP data presented by other companies. Quantitative reconciliations of our non-GAAP financial information to the directly comparable GAAP financial information appears in today's press release.

The content of this call is property of the Green Dot Corporation and is subject to copyright protections.

Now I'd like to turn the call over to Steve.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Thank you, Dara, and welcome everyone to Green Dot Corporation's Third Quarter Earnings Call.

Lots to talk about today, including details about the solid growth across our enterprise, especially from our prepaid business lines, details about our new partnership with Intuit and an update on the Apple Pay Cash program. As Mark will discuss in more detail, we are raising our annual guidance for the third consecutive quarter and now expect revenue, EBITDA and EPS to significantly exceed the 2017 forecast we initially projected just 9 months ago.

First, let me provide the high-level financial results for you, and then Mark will add some color during his section of the call.

Q3 total consolidated operating revenue came in at $201.6 million, representing a 30% year-over-year growth rate and accelerating from the 28% reported in Q2. Excluding UniRush, revenue grew 12% year-over-year to $172.8 million, which is the second successive quarter with double-digit year-over-year organic growth despite the year-ago period being a tougher comp this quarter than last. Adjusted EBITDA for the quarter was $33.9 million on a consolidated basis, representing year-over-year growth of 43%. Consolidated non-GAAP EPS for the quarter was $0.34, which equates to year-over-year growth of 62%. This marks the eighth consecutive quarter where top and bottom line results exceeded our expectations, the fifth consecutive quarter of year-over-year margin expansion and the fifth consecutive quarter where we have posted either double or triple-digit year-over-year growth in non-GAAP EPS.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

These terrific bottom line results were achieved while simultaneously incurring incremental expenses associated with the large-scale buildout of both talent and technology needed to support the launches of Apple Pay Cash and the new Intuit program mentioned in our earnings release, which we'll discuss later, despite having no revenue from these programs to offset the spend. In fact, we believe the efficiency of our high-scale operating platform is becoming one of our biggest competitive weapons as it allows us to invest in potential growth for tomorrow while still delivering strong margins today.

Equally compelling are the performance trends leading up to these Q3 results and the business momentum across all of our divisions that we believe provides added confidence that our growth is sustainable. For example, I'm pleased to share that during Q3, Green Dot returned to organic active card growth, posting an increase of 5% year-over-year. This marked the first quarter of organic active card growth since Q2 2015, and we are proud to have achieved this important milestone 2 quarters earlier than we had forecasted. On a consolidated basis, active cards were up 28% to 5.2 million active cards in the period, GDV was up 47%, spend was up 39%, while the percentage of active cards receiving direct deposit was up a spectacular 90% year-over-year.

Another indication of positive momentum is the number of active customers using our mobile apps, which has grown over 200% since launching our new prepaid products in 2016. And savings-involved transactions have grown nearly 150% year-over-year. Speaking of which, hundreds of thousands of Walmart MoneyCard account holders are now using their free price savings account to stash away money for a rainy day, and in just 1 year, have deposited more than $600 million in savings. In fact, Green Dot is proud to say that we just won the American Bankers Association's award for economic inclusion for this innovative savings account that's truly helping our customers with the way to start building a nest egg for themselves and their families, often for the very first time in their lives. Together, all of this positive usage activity across all of our account products drove revenue growth 33% year-over-year for the consumer accounts segment.

Another positive sign of health in our prepaid business is the momentum we're seeing in the retail demand for our products. For example, in Q3, Walgreens added a secondary fixture featuring Green Dot products in their stores nationwide, and Dollar General, Family Dollar and fred's all began selling our new MoneyPak product, bringing total distribution for MoneyPak to approximately 60,000 locations, greatly exceeding our goal of adding 20,000 retailers by year end. We even continued to add new retailers after all these years, like Sheetz and Tops convenience stores adding over 700 new retail locations in the quarter.

But the strongest evidence of the renewed retail demand for our products is coming from the world's biggest retailer. Our long-term partners at Walmart have greatly expanded Green Dot's of distribution footprint starting in late Q3 by adding the Walmart MoneyCard product to over 3,000 supercenter checkout lanes and materially increasing our MoneyCard facings within their money services areas. Walmart also increased shelf space for a Green Dot brand everyday product and expanded the shelf space for Walmart Visa gift card products to enable better inventory levels for the holidays.

In aggregate, this is very significant incremental placement at Walmart. Remember that our products have to compete dollar for dollar, square inch by square inch with every other imaginable consumer product that fights for shelf space in a Walmart, especially at the coveted checkout lane position. So this is quite an achievement that we believe can help provide further momentum for our consumer accounts segment into next year.

My deep thanks and appreciation to our terrific Green Dot Bentonville team that partners with Walmart every day to both grow the business and help our cardholders save money and live better every day. And of course, my great thanks and appreciation to our partners at Walmart, truly a spectacular success story all the way around.

Now I'd like to talk about our increasingly important and relevant Banking as a Service, or BaaS Platform business strategy. With the great advances we made over the past several years in building out our unique enterprise-level, integrated banking and technology platform, Green Dot now benefits from being both a products company and a platform company, meaning we generate revenue from our own internally designed, developed and distributed products and services like Green Dot brand prepaid cards or GoBank brand checking accounts or MoneyPak brand cash processing services, plus many others. And we generate

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

revenue from partnering with America's biggest and best consumer, technology and financial services companies that use Green Dot's platform to design, develop and distribute their own products and services like the Walmart MoneyCard or the Uber Visa debit card. We call this platform business line Banking as a Service or BaaS for short.

Our BaaS revenue model is fairly simple. We make money through the negotiated fees we get paid by the platform partner for services provided, or we generate revenue from our portion of the rev shares negotiated with the platform partner.

Today, we're announcing a new multiyear partnership with Intuit to create a branded prepaid card for their TurboTax customers. This is yet another example of how Green Dot's products and platform business strategy has the opportunity to deliver long-term compounding revenue growth.

We're incredibly excited and proud about working with Intuit in a new partnership, where they're using our BaaS Platform for bank issuing through Green Dot Bank with product design, technology development and ongoing program management through Green Dot Corporation. Let me provide some quick context.

First, TPG, our tax processing business, has been Intuit's long-time partner as the integrated tax refund processor for TurboTax. So it's wonderful to see the revenue and business synergies we talked about when we first acquired TPG back in 2014 continue to materialize. We expect this program to be an incremental driver of active cards and revenue for our consumer accounts division in Q1 2018 and, therefore, a future driver of more reloads through our money processing division as those new customers begin using their cards.

Our expected incremental revenue and EPS contribution from this Intuit program will be included in our full year 2018 guidance, which we will provide as we normally do during our Q4 call.

I want to thank our Green Dot TPG executive team and our talented group of mobile product and technology leaders who worked so hard to bring this opportunity together. And of course, I want to thank Intuit for their trust and confidence in Green Dot.

Now let me update you on another of our Banking as a Service partnerships, Apple Pay Cash. Today is a special day because with the iOS public beta update released earlier today, you can now use Apple Pay to send and receive money with friends and family. My personal belief is that sending and receiving money with Apple Pay and the associated Apple Pay Cash card are elegant and beautifully designed experiences exactly as you would expect from Apple, and I would encourage you to try the service and judge it for yourself.

Our previous commentary still holds that we expect economics related to Apple Pay Cash to be immaterial for the remainder of this year. Our hope is that by the time we report the fourth quarter, we'll have enough usage data to begin to include estimates for this program in our consolidated 2018 outlook.

Speaking more generally, as Green Dot looks to expand the breadth of our mobile banking and mobile payments capabilities, I want to help you all better understand the economic model for spend-based mobile P2P services and mobile payments in general and why we think these types of initiatives deserve our continuing investment.

The easiest way to think about it is that the spend-based P2P mobile payments model is most analogous to a typical Green Dot fee-free prepaid card model, where we incur certain fixed expenses to build out and support the program, like SG&A per people that's ongoing and CapEx for infrastructure that gets depreciated over a multiyear period upon launch. Then we incur ongoing variable costs per transaction for things like payment network fees, processing fees, fraud losses, call center expenses and so forth, which are based on the number of transactions and/or the dollar size of those transactions.

On the revenue side of the income statement, as the issuing bank, we have revenue earned from the issuers interchange on purchase transactions and interest earned on the investment of retained balances that sit on the accounts. But the bigger revenue driver of the 2 is interchange. The more money spent through the account on purchase transactions, the more interchange revenue we earn. The less money spent through the account on purchase transactions, the less revenue we earn.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Given Green Dot's roots in innovation and the successful development of many new products and services over the years, we have a great deal of experience on how new programs tend to launch and scale over time. One thing we've learned is that you never truly know how any new program will behave in the wild until it launches and you learn.

If you think about a standard technology product adoption curve, we believe the mobile payments ecosystem is still quite nascent, with most mobile payment transactions being made today by just those innovators and early adopters of new technologies, perhaps only 10% to 15% of the ultimate opportunity. So we believe it will take some time for the mobile payments ecosystem to fill out, with retail acceptance on the one side and customer adoption on the other. But as the adoption curve expands from early adopters to early majority adopters and then to late majority adopters, it is our belief that mobile payments and spend-based P2P programs have an excellent chance to grow adoption, usage and revenue over time.

So the summary of my portion of today's Q3 call is: great top and bottom organic and consolidated financial results, strong and continuing business momentum across our multiple revenue divisions in both our reporting segments, and exciting new platform partnerships with Intuit starting in Q1 and Apple Pay Cash starting in public beta launch today.

And with that, I'll hand the call over to Mark Shifke for his CFO report. Mark?

**Mark L. Shifke**
*Chief Financial Officer*

Thanks, Steve.

I'd like to start by providing some insight into our performance in the quarter, followed by a commentary on our 2 reporting segments, then I'll provide our revised upward guidance for the remainder of 2017.

I'm pleased to echo Steve's commentary that Q3 2017 was an outstanding quarter for Green Dot, delivering $201.6 million in consolidated total operating revenue, representing a year-over-year growth rate in the quarter of 30%. Both of our operating segments outperformed our expectations.

First, the Account Services segment delivered consolidated revenue of $170.2 million, representing year-over-year growth of approximately 33%. In addition, on a consolidated basis, active cards grew by 28% in the quarter to 5.23 million active cards. GDV increased 47% year-over-year to $7.9 billion, and purchase volume grew by 39% to $5.2 billion.

Along with that robust consolidated growth, we again achieved double-digit organic revenue growth, which was driven by both a return to organic active card growth of 5% year-over-year and significant growth in the percentage of our active base receiving direct deposit.

Total operating revenue also increased in our Processing and Settlement Services segment. The number of cash transfers or reloads increased by 5% year-over-year, which was the strongest year-over-year growth since the fourth quarter of 2014. We also benefited from the continuing trend in improved revenue per cash transfer, along with a strong performance from our SimplyPaid 1099 instant payment solution.

Together, these factors propelled the segment's revenue to $39.1 million in the quarter, representing year-over-year growth of approximately 19%.

Adjusted EBITDA for Q3 came in at $34 million, up 43% year-over-year. This result reflects material outperformance relative to our guidance despite absorbing incremental expenses in the quarter related to the buildout of several large-scale initiatives.

Non-GAAP EPS came in at $0.34 per share, up 62% year-over-year. We achieved this outperformance primarily from a combination of the flow-through from our better-than-expected EBITDA result and a year-over-year decline in depreciation. We also benefited from modestly higher interest income on cash investments held at our bank subsidiaries.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

These positive factors were offset by both a higher effective tax rate and a modestly higher share count compared with the prior year period, attributable primarily to the dilutive impact of the accounting for equity awards against the rising share price.

We also continued to generate excellent cash flow, with $19.6 million in net cash provided by operating activities during the quarter and $163.3 million year-to-date.

We exited Q3 with nearly $56 million of unencumbered cash on our balance sheet.

So now let me talk about guidance for the remainder of 2017.

On the Q2 call, we provided revenue guidance for Q3 of $188 million at the midpoint, but actually achieved $201.6 million. So we exceeded our revenue expectations in the quarter by $13.6 million. We expect that the business drivers of our strong momentum will be sustainable for the rest of the year. As such, we're raising our annual revenue guidance to a range of $878 million to $882 million from our previous range of $855 million to $865 million. This increased range raises the midpoint by $20 million, which is about $6 million more than our Q3 outperformance. Our revised range equates to year-over-year consolidated growth of 22% for the full year at the midpoint.

Now let's discuss full year revised EBITDA guidance. As you'll recall from our Q2 call, our guidance for the second half of the year included a call out that we expected to spend an incremental $6 million beyond our original full year guidance in order to fund the buildout of new initiatives, which you now know also includes the newly announced Intuit program. It turns out we only spent some of that $6 million in Q3, with the majority having shifted into Q4.

Despite that incremental spend, we are pleased to still be able to raise our full year adjusted EBITDA guidance range by an additional $6 million to a new range of $200 million to $202 million, up from the previous range of $194 million to $196 million. The new midpoint of $201 million represents estimated year-over-year consolidated adjusted EBITDA growth of approximately 29%.

That revised adjusted EBITDA range translates to a non-GAAP EPS guidance range of $2.10 to $2.12, up from the previous non-GAAP EPS range of $1.99 to $2.03. At the midpoint, this new non-GAAP EPS range equates to estimated year-over-year growth of approximately 45%.

As you can tell from our financial results for this quarter and the year-to-date as well as the business narrative of all the exciting things happening in the company, we believe Green Dot is in a very good place with its products and services in high demand and 2 exciting new Banking as a Service platform programs set to launch soon that have the opportunity to generate revenue growth next year and beyond.

At the same time, as Steve and I have said previously, there is a good bit of uncertainty in how new programs, in particular, new mobile payments programs, might play out. While we would expect that contribution margins on our established and high-scale product lines will continue to be a positive story in 2018, we would not expect the contribution margin from our new programs to be nearly as robust. In fact, our expectation is that new programs will take time to mature and reach scale before they start to approach the kind of contribution margins consistent with our established business lines. Also, as you think about 2018, we want to remind you that we will annualize the UniRush acquisition in late Q1. And with that, I would like to ask the operator to open the phone for questions. Operator?

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Ramsey El-Assal with Jefferies.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

So I wanted to ask about Intuit. This is effectively the same program that you guys used to service some time ago. It left, and now it's come back. I guess, first, was it a competitive takeaway?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

It is, yes. I think you may know -- or our analysts may know, NetSpend had that contract since 2012 and we were able to sign that contract with Intuit. And it's a great contract for us and a great opportunity. And Intuit's a fabulous company, so clearly, we're quite pleased with it.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Okay, great. And then changing channels, what -- how should we think about your -- I mean, great that you got the active card, the organic active card growth inflecting solidly positive here early. How do we think the sort of normalized growth rate there?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Well, Mark, do you want to take that one? Or I could take it? Okay. So the answer is, look, we beat our internal estimates, oh my gosh, by more than 6 months on the return to active card growth, and that was to breakeven and have that inflection point. So to grow 5% is terrific. And the underlying reason for it, Ramsey, is that all this direct deposit activity means people are using their cards as you would your checking account or your bank account. And that longer retention means that you don't have what we used to call the leaky bucket syndrome, where you have to add 5 new customers to replace the 5 customers you're losing in effect. And so now what's happening is that we're attracting better customers, and that retention is showing up in that active card growth. So that's all good stuff, and we would expect that trend to continue into next year where you're going to see active card growth continue at some pace. It's hard to say exactly what it is until we forecast the year and we continue to see the improving usage of the cards, but at this point, it's a great sign to be positive this early. And we would expect that to kind of single-digit-or-so active card growth to be there for our organic business. Now of course, we have way higher active card growth on a consolidated basis, but organically, we're back in the positive territory and would expect to stay there.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Okay. Lastly for me, I wanted to talk about one of the other -- or ask you about one of the other key drivers in the business more recently. On the -- I guess, the 2016 pricing action that's sort of permeating and penetrating the portfolio, when should we think about sort of full penetration there in terms of a tailwind from those pricing actions fully anniversarying as it were?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Well, it's not quite working that way, and I'll explain it better how to think about it. So we're more than halfway through, but not yet 2/3 through. So we're sort of between 1/2 and 2/3 depending on the portfolio. Remember, Green Dot has many, many different portfolios, and we have something like 40 or 45 different bins in the company. Bins, meaning card programs. So when I give a global statement like

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that, it may mean that 1 program is X% through and the other one, Y% through. But in general, we're between 1/2 and 2/3 through. But it's not the fees necessarily that have driven that increase in year-over-year activity. It's the usage. When you see GDV numbers like this, up quarter after quarter, if you look at the last trend for the last, call it, 6, 7 quarters, and then spend and interchange, it's all that goodness that drives the growth. And now on top of that, you have the benefit of active card growth in general, which is a very helpful tailwind as well. So the answer is, we haven't yet lapped the new fee plans. And because of the customers who are still left over from the old cards are the best customers, these are the folks on direct deposit, who have had the cards for years and years, they're going to be with us for a long time. So I don't know that we'll ever be 100% through the new cards, but all of them together are generating more revenue because they're using it more like you would use your bank account. And that's what's driving that growth. So even when we lap the monthly maintenance fee portion, that's but one part of the revenue generated from the cardholders. And our goal is to have a lot more upside to come in direct deposit and increasing loads, and more spend, and better ways to use the card and all the things you do to grow a portfolio.

**Mark L. Shifke**
*Chief Financial Officer*

That's exactly right. I mean, the direction of the portfolio is a greater mix towards direct deposit customer, greater usage of the card. And as Steve said, that's driving the higher GDV, the higher spend, which we think will continue.

**Operator**

The next question comes from Ashish Sabadra with Deutsche Bank.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

I just wanted to see if you can help us quantify that tailwind there. I think last time in 2013, it was almost $0.5 million -- 0.5 million active card headwind in 2013 when you lost it. So is the program much bigger in size now? Is there a way for us to think about sizing that program?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Oh gosh, it'll be included, the program, meaning both active cards and revenue. And what that throws off for the year will be part of our consolidated 2018 guidance, which we'll give next quarter. And we hesitate to get overly granular about it because it's Intuit's program, and we're respectful of Intuit's need to guide what they want to guide. And at the same time, from our point of view, we want to make sure it's part of our overall portfolio. It's one of many programs we have. So it's hard for me to give precise guidance. If that was your recollection, you have a better memory than I do, going back to 2013. You can certainly use that as a helpful guide, but it's our intent to make the program as big as we can make it and as profitable as we can make it while still serving customers with a great high-value product. So no specific guidance on it, but clearly, it's a great program and a good win.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

That's good. That's good. And just maybe a quick question around the organic growth in the quarter. I believe, Mark, you mentioned double-digit organic growth. I wasn't sure if you gave an exact number on the organic growth. And then just quickly, how we think about organic growth for fourth quarter.

**Mark L. Shifke**
*Chief Financial Officer*

Yes, sure. So I don't think we gave a specific organic growth in this quarter. I think we did. It was a little under 12%.

**Steven W. Streit**

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Founder, Chief Executive Officer, President and Director*

Yes. I think it was part of the prepared remarks, if I remember correctly.

**Mark L. Shifke**
*Chief Financial Officer*

I'm glad someone was listening to me. I try.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Yes.

**Mark L. Shifke**
*Chief Financial Officer*

Yes, so 12%. And I think we've seen great trends throughout the year, and I think we would expect those same positive trends to continue for the remainder of the year. And I think that's what was underlying our guide in excess of the beat in Q3.

**Operator**

The next question comes from Andrew Jeffrey with SunTrust.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

Steve, I appreciate the commentary on usage changes because I think it's pretty important to understand what's going on in your success. Could you talk a little bit about maybe the demographics of your customers, whether those have changed? Green Dot initially was about -- still is about financial inclusion. But I get the sense that perhaps the nature of your customers has changed, and whether or not the demographics has shifted more toward early adopting millennials. And as a corollary, whether payroll in particular, is playing a role -- an important role in the direct deposit success and traction you're seeing.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

The answer is it's -- the direct deposit story is a success across the board, and in some ways, a part of the macroeconomics of the country, just have a higher employment in the service sector, and the economy is rocking, from a historical perspective. So a rising tide that floats all boats. So some of that is just unique to the macro and not unique to Green Dot, but we'll certainly take it. But what is unique to Green Dot is the job we've done with encouraging direct deposit enrollment, designing the products to have an expectation of using it as your full-service bank account as opposed to a disposable product, and that's all helped. But payroll helps, but our retail business is robust, the acquisitions we've made in the direct business, the ones we bought like UniRush and AccountNow over the years, but also our own walmartmoneycard.com and greendot.com are all doing incredibly well with direct deposit enrollment. So we've found a nice niche there in how to do it. And a lot of our marketing efforts will go into doing more of that future years because it's the easiest win you can have and it's with a customer base that you already have today. So if you have 5.3 million active customers, that's a really nice base to mine from to grow your business. And so that's the story with direct deposit. With the usage, it's funny you say that because I literally was looking at a KPI -- unrelated to the earnings call, by the way, but just looking at a KPI before walking into the studio. And we're just doing very, very well with millennials. And I don't know if you asked that question because you saw a research or was just curious about it. But in fact, if you look at -- and I know this because I just read it. If you look at millennials on the Green Dot Everyday product, which is the granddaddy of the industry and the product essentially we invented way back when, that product used to be, if you define millennials as being born 1982 or later, 1982, '83, '84, so that would make you, what, 34, 35 years old -- and everyone has different definitions of millennial, but that's what we cut it off at the company. We used to be in the low 40s -- low 40s percent of millennials, and we're now sitting here looking at 55%, 56% of our customer base for Green Dot Everyday being millennials,

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

which is a definite turn to the younger side relative to where that product used to be, which is, we think, great. And that's part of what you're seeing in the direct deposit and a fabulously healthy sign. On the other side, our cash back products, which are the newer products that we've invented, appear to still be fairly balanced, 50% pre-1982, 50% born younger than 1982, but they're more likely to be direct depositors and more serious customers. So there's something about the message of cash back and being able to write a check to pay your bill and so forth where consumers of all ages who are looking at that as, "Oh, this is an interesting product and it's easy to get. And I'll use this instead of what I was using before." So we've attracted a really nice mix of customers, Andrew. Yes, millennials, in the case of our original product, Green Dot Everyday, but we're not any younger with the cash back products, but the mix is a very healthy mix of people who are serious about using it as their real bank account not as something as a toy or a disposable product. So really good outcome with the new products.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. That's helpful.

**Mark L. Shifke**
*Chief Financial Officer*

And Andrew, I just want to -- just to echo what Steve said and add a little bit. If you think about -- if you go back and look at the TAM we had as a prepaid card-focused company and then you look at us today with the Banking as a Service Platform, that TAM broadens dramatically. And the opportunity to grow GDV and increase our transaction processing volumes, we think, increased materially. So I think it's consistent with what Steve said that we're opening the door to a much broader group of interested and committed customers.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

That's certainly what it seems like. And then I wonder, Mark, as a follow-up, if we can get a little more granularity, appreciating the fact that you do have some new programs out there, and you scaled nicely through investment this year. Is it -- should we think about Green Dot as likely having operating leverage in 2018? Perhaps not as much as you're going to see this year, but directionally, should the margins be up?

**Mark L. Shifke**
*Chief Financial Officer*

Well, look, that's a great question. We're still in the middle of our budgeting process, so we really don't want to, at this point, get into margin direction next year. We're looking forward to giving you more color on that in our next call. I would say, though, at a high level, we would expect a continuation to see the contribution margins on our existing high-scale product lines to still be a positive story in 2018. And at the same time, you would expect to see that balance against low to lower margins on new programs until they have time to mature and reach scale, and then once again start getting into the kind of contribution margins you see on our existing lines.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Yes, it's a balance to manage that, Andrew, because look, we've invested in new products, appropriately so. Really glad we did, obviously, and we've had a really good track record of investing in the right spots. And so you have our existing products that are really doing well with margins. And as Mark pointed out, that'll continue to expand or we think it will. But then you have these new programs, and there's no way they'll be at scale. No new program starts at scale, and every program we've ever launched takes time to build to a margin that we consider strong or acceptable. So we'll see how they go, and we'll model it all together, and we'll give you better results for Q4 when we guide the year. And at the same time, we're in the middle of a lot of expense management programs that we do every year. That's an on -- that's like painting the Golden Gate Bridge. It never ends. But it's really an important part of managing the margins

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

because by definition, every year means investment in this pocket and that pocket, but that means you need to cut here or there. And so you're oftentimes rearranging the furniture a little bit to make sure that you're feeding the programs that need it and starving out the ones that maybe don't longer -- or don't need it any longer to make sure you have the right margin results. So we'll give you more granularity in Q4.

**Operator**

The next question comes from Robert Napoli with William Blair.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

So it's been that long. It's really been 2012 since you lost Intuit. Time flies when you're having fun.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Time flies when you're having misery back in those days. But yes, it was 5 years, yes.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

Yes. The -- so how is UniRush doing? So there's 9 -- about 935,000 UniRush cards? How is that doing versus what you expected?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Oh, I don't know what the expectation was for active cards. The acquisition's been very, very strong for us and performing at or, frankly, way ahead of anything we had forecast for it. So we're very, very pleased with the acquisition. And frankly, all of our acquisitions are rocking. TPG, which Bob, you'll remember, when we bought it back in 2014, our estimates for that acquisition was that if we're lucky, it will be flat because we bought it for diversification of revenue and, more so, diversification of adjusted EBITDA and EPS. And it certainly did that. It's certainly been the gift that keeps on giving. But then we had plans about how could we grow a business that for 20-some-odd years had been somewhat stagnant. And it's worked out incredibly well by selling Green Dot products through that channel and so forth. And now, of course, the Intuit program. So we feel good about all of our acquisitions, but UniRush has been an especially good one. And the team at RushCard, in particular, and then Rapid! pay, which was the other part of UniRush, great management team, and they've done a wonderful job executing. And Dave Petrini, who's the GM who runs that whole direct division for us here at Green Dot, has done a great job. We have a lot of integration left to go, a lot of juice left in the orange, if you will, as we look to right-size expenses and integrate those platforms. But so far, we're very, very pleased.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

And is there -- maybe on Walmart, I had a lot of questions, but I think, just try to hit Walmart. I mean, your competitor was pretty excited about expanding in Walmart, NetSpend and the MoneyCenter, but it sounds like you have a pretty big expansion as well. Is Walmart allocating a lot more resources to prepaid? Or how was -- how do you feel about your position? Is your competition getting a stronger position than they had?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Oh, well, look, I don't know. In the old days, I would have tracked it more closely. I don't -- I think that Walmart -- I don't want to speak for them. Let me think about how to say this. They clearly believe in prepaid, but more importantly, they clearly believe in the products that we make in their brand name and in ours based on the amount of shelf space they've given us historically and on the inclusion of the

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

checkout lanes. From my prepared remarks, it's hard to express how competitive that is, to be on a J hook at the checkout lane of a Walmart. That's like throwing the pass in the Super Bowl if you're a quarterback. And they have our other products in Action Alley. So it's very exciting. I think that our -- I don't know what the percentage of shelf space is, but we're certainly a predominance of sales in Walmart and have been for some time with all of our various brands. Remember, we have many products in Walmart. The MoneyCard, GoBank, Green Dot Everyday MasterCard and Visa, Swipe Reloads and probably some things I'm forgetting. So they're a great partner of ours and a great client. And they've been very generous with expanding our footprint, and we're really proud to have earned it.

**Operator**

The next question comes from Jeff Cantwell with Guggenheim Securities.

**Jeffrey Brian Cantwell**
*Guggenheim Securities, LLC, Research Division*

A question here coming from one of those millennials you were just speaking about. I appreciate all the color you just gave on Apple Pay Cash. I actually just had a similar type of question for you regarding the Intuit deal. It sounds like you want to wait out guidance for that. So I was just hoping to understand, to the fullest extent possible, how your BaaS model may be different depending on the client. If it is different in terms of the revenue you're going to drive, depending on whether it's Apple, Intuit or Walmart. So I thought it would just be helpful if we can compare and contrast the revenue model for Intuit versus Apple Pay Cash.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Yes. Well, so they're all different. What's cool about the platform and that whole strategy is that it's very bespoke. It's like going to a tailor and the tailor has the skills to make any kind of suit you want, and it's up to the purchaser to decide they want it made out of wool or they want it made out of -- I don't know how they made that clothing, a stupid analogy because I wear stuff JCPenney or Walmart, so I don't know. But -- so in any event -- but that's sort of how it works. And the revenue models, therefore, are somewhat bespoke. We have some partners who pay us a per-transaction fee for processing services or services provided. You have other partners, Walmart being the most famous because this is public, where there's a rev share that's negotiated. We don't disclose the rev share nowadays. I don't think we do. And that's a rev share model. And then -- so it's all different. And depending on the nature of the opportunity of the program, some will say, "No. We really only want a fee on that." Others, "We are willing to invest in a rev share if we think the program's high potential." And then the program can be almost anything the sponsor wants it to be, assuming we believe it's a high-quality program for consumers and highly compliant and one that we can appropriately manage the risk on because, ultimately, we own all that. So we're only interested in working with the best and biggest companies for the most impressive and exciting programs. So the revenue models can be different. That's different from our products side of the house, where we're inventing and creating products that we determine for ourselves fit a particular consumer need. And then we market them, and there's no rev share there, expect for whatever we're paying distributors in the normal course. Or if it's Green Dot Direct, which is increasingly a bigger part of our business. There's no rev share. That's just we sell online and you're paying for whatever marketing you have to get the clicks. So that's how the models work between the product and platform sides of the business. Does that kind of answer the question?

**Jeffrey Brian Cantwell**
*Guggenheim Securities, LLC, Research Division*

Yes, yes, it does. I guess, one other question. Could you just clarify one thing on Apple Pay Cash? I think you may have said on another call a few months ago that you generate interest income on those account balances that are in Apple Pay Cash. Is that correct or no?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So any product we have -- and what I was comparing it to was not talking about Apple Pay Cash per se, but how spend-based P2P models work and mobile payments models work in general. And the answer is, just like on our prepaid cards, any balance that remains on account is an account at Green Dot Bank. And those overnight balances are invested, and they're called investable balances. And so we have some return annually. And it shows up as -- at the bank as interest income and impacts EPS, but does not impact adjusted EBITDA. And it's a nice source. At scale, it ends -- I don't what it adds today, Jess would know better, but several cents a share as interest income. And so as that grows, that's a nice plus to our EPS. But of the models in the mobile payments game, like in anything in cards, whether it's on a mobile device or a plastic card, is spend equals revenue. And so you're always looking to get that spend.

**Jeffrey Brian Cantwell**
*Guggenheim Securities, LLC, Research Division*

Got it. Great. I appreciate that. And then, just if I could squeeze one last in, are you going to provide any information on those balances or on the Apple Pay Cash volumes, broken out separately in the future, just curious?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

No, we wouldn't. I know we wouldn't for Intuit. We have the great blessings and fortune to nowadays be a fairly good-sized company that's highly diversified with many, many products. Not including our platform products, we have something like 30 different products in the company, with each division -- as you know, we have 6 revenue divisions having their own group of products that are managed by general managers and product managers. So we don't disclose any one product or any one service. Even Walmart no longer gets disclosed like they did in the old days because we've grown big enough where we no longer have the need to do it, and investors have understood now after so many years how that works. So we won't be disclosing Intuit, Apple or any of our platform programs independently. If Apple chooses to talk about it on their earnings calls, it's their program, and that's one of the rules of being a platform provider to companies of those caliber -- calibers. And that is that it's their business, and they'll talk about the business in the way they want to talk about their business. We're awfully proud to be their bank and their service provider and their enabler to create their dreams. But after that, it's their program.

**Operator**

The next question comes from Tien-tsin Huang with JPMorgan.

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

It's Reggie filling in for Tien-tsin. I had 2 quick questions. One, I wasn't sure if you guys have covered it, but I was curious, I heard that direct deposits were up 90% year-over-year. Just curious if you guys disclosed what proportion of your volume was through direct deposits. Also curious about I guess kind of average life of cards. That's a metric that I haven't heard discussed, I guess, recently. Just curious where the numbers are for both of those 2 measures.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

So we didn't, in the prepared remarks, disclose the percentage, but not for any reason, only because there's only so many metrics I can write in the script for the market and include. But it's about, from memory, I want to say 76%. And Jess will tell me if I'm right.

**Jess Unruh**
*Chief Accounting Officer*

Correct.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Oh, the memory worked. So 76% of all deposits to the company over the quarter were via direct deposit. And the percentage of penetration of direct deposit relative to active cards was up 90%, both because we were up handsomely, I forget a number, on an organic basis, but of course, all of those acquisitions really also propelled that number year-over-year, with UniRush not yet lapping. So that's part of that reason why that was up so much. UniRush, as you remember from the acquisition call, does fabulously well with direct deposit, as do most of our online businesses and, increasingly, our retail businesses. The second question you had was about retention of direct deposit customers. And I don't know that we've ever broken that apart, but I remember way back when in our public disclosures, maybe even in our S-1, going back to the year 2010, that we said that direct deposit customers were worth something like 4x or some number like that of a non-direct deposit customer. I've not looked at an updated metric of that, but I think, Reggie, it's fair to say that a direct deposit customer is worth a great deal more because you've onboarded them. I mean, you're paying the same fee to onboard a customer, whether they use the card for a day or 10 years. So you just have such an advantage of incremental margin flow-through on an established card, using it more, spending it more and keeping it for longer periods of time. So direct deposit customers, clearly, are a big plus to the model.

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

Got you. No, I guess I was actually asking for the broader portfolio, like what the average life of a card was. I think years ago, it was something like 9 months.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Oh, gosh, that was in the K. I have no idea. We should update that. And I don't know. Let Jess get back to you about that later. He's our co-Operational CFO and also the keeper of the keys as Chief Accounting Officer, and he would know those numbers. But you're right, there was a number in the K, and I'm sure it's still there, that blended it altogether, and the number was 8 or 9 months or something like that. Not a great, useful number because with so many portfolios and so many segments that you're blending every card sold a minute ago with every card that's been retained for years, and you put it all in a big cauldron and mix it up, and it comes up with that 8- or 9-month number, but not particularly helpful. But I know we disclosed it because it's something you disclose, and we'll get it for you.

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

Understood. And I guess a follow-up to that, as you think about direct deposit, the penetration is so high, how should we think about money transfers? Does that eventually kind of go away or flat line? Are people still going into the stores and buying reloads?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

They are. Listen, our cash reloaders are fabulous customers. And because of the reasons I just stated, direct deposit gets a lot of the fanfare. But no, our reloads were up in the quarter. What was it, 5%, Mark? Cash transfers? Or is that the....

**Mark L. Shifke**
*Chief Financial Officer*

[indiscernible]

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

What have you noticed? It's in the earnings release, Reggie, if you look at the trend. But no, our reloads are great. In fact, we're now up above pre-MoneyPak, if I remember. Are -- did we -- have we lapped that? We'll get back to you with the number. I don't want to quote it because...

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mark L. Shifke**
*Chief Financial Officer*

But the general point is, yes, the transactions are up 5%, and the revenue per transaction is up as well. So we're seeing a nice, positive trend in both the number of cash transfers as well as the amount we're generating on them. So it's very positive.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Yes. It's still a growth business for us, and so -- and by the way, I want to be clear, direct depositors also load cash. So it isn't one or the other. And some of our best cash reloaders, users of products like MoneyPak or Swipe Reloads are, in fact, direct depositors. You may have a daytime job on direct deposit, but you moonlight at night with cash or you're a waiter or what have you. So it's very, very common that you'll see cash reloads to direct deposit cards. Extremely common. That would be not unusual at all.

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

Understood. And I guess just one last question if I could sneak it in. I saw loan balances were up. I didn't catch the commentary there. Is that related to some of your loan products? Or is that something else?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

What kind of balance was that? Loan balance?

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

Loan balances on the balance sheet, I thought they were up sequentially.

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Okay. It could be -- yes, it could be secured card.

**Mark L. Shifke**
*Chief Financial Officer*

Deposits on the [indiscernible]

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

You know what we'll do? I know we have the after calls coming up. And Reggie, what we'll do is before we get on the phone with you, whenever it's scheduled and sequenced, is Jess will pull some of the accounting data that's part of our public disclosures and he'll have that for you. I do a pretty good job of memorizing most of the stuff, but I don't have that one.

**Mark L. Shifke**
*Chief Financial Officer*

I mean, the only takeaway is we are not -- you're not looking at unsecured credit being extended, and that would not be...

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Oh, no, he knows that, yes. He's just probably asking about the cost [indiscernible]

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, I wasn't sure if you had seen some momentum in the secured card program and if this was kind of the start of that. That's what I was [indiscernible]

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Both. No, listen. Let me riff on that because the secured card -- there's so much stuff to talk about on the call that we don't mean to leave any really good kids by the sideline here. That's a really good program for us, and it's up for a couple of reasons, if that's what you are referring to. One is, remember, we made an acquisition that we announced last call. The name of the portfolio was primor. We didn't pick the brand name. Ultimately, it'll all be part of the Green Dot platinum Visa program, which is our flagship brand for that. So part of it is growth because we bought a portfolio that was about equal in size to our own organic portfolio. And the other reason why is because we're growing organically with it. That secured credit card is a wonderful product for a Green Dot customer. It's safe, it's easy to enroll, you can use our reload network to deposit your initial cash deposit and pay your monthly bill, if you so choose to. And you're -- if you use it responsibly, you're building your credit profile for the future. So it's been a very popular program. And while the size of it pales in comparison to our prepaid division, it's only a division that's not even a year old, and that's one that has legs and one that we continue to be really fond of. And Jess will have more info for you in the after call. Okay.

**Operator**

[Operator Instructions] The next question comes from Joseph Vafi with Loop Capital.

**Joseph Anthony Vafi**
*Loop Capital Markets LLC, Research Division*

Just a high-level question here on some of these strategic partnerships. I know they're all a little different and your partners are looking for different capabilities from you. But is there something you can thematically point to as a technology or industry trend or something that is perhaps kind of driving a little bit of an uptick here in strategic partner deals that's specific to you, and what you're doing broadly with your portfolios and with technology?

**Steven W. Streit**
*Founder, Chief Executive Officer, President and Director*

Oh, yes. It's a great question and one that allows me to brag about our awesome team at Green Dot. Look, we have a unique, integrated offering that -- I don't want to sound braggadocious -- this is pride in our team, not bragging, that everybody wants to have. So now, suddenly having a bank is cool. But when we became a bank, and it took us years to do that, that's a huge bar to have to cross and -- to be a regulated bank. And it's a very hard thing to achieve, and we achieved it some years back, and it's hard to really maintain it. Making sure that we serve our regulators appropriately and that we treat out bank -- and that obligation, to be part of the American banking system, is something that is a mission in the company that we take very, very seriously. And we invest a tremendous amount of time and resources making sure that we are both a great bank and a cool bank. And I think it's fair to say that we may well be the coolest bank holding company in the country. And so number one, we're a bank, and that's very unique. As you know, many have applied for a bank. You've heard a lot of talk about that, but we're it. Then on top of that, we have great chops in mobile technology which is a unique specialty. When you design a mobile app to have a dog face or dog ears on, and that's one thing. That's one kind of mobile app and one kind of technology. For those of you who don't know what I'm talking about, I'm talking about the filters on Snapchat and whatnot, which all our kids play with and, frankly, I do, too. That's one kind of technology. When you're talking about building a bank account on a mobile app, the amount of information security that has to be built in, and customer identification, and passive risk controls, meaning the things you do with device ITs and geo -- IPs and geolocation and everything, that's a very unique kind of programming that is not every day off-the-street program. And you really have to have great chops to build an app like that and do it successfully and run it in a safe and sound and compliant manner. And we know how to do that. You add that to being an at-scale company. So now, you'll say, "Well, how many companies, a, are a bank; and b, have deep mobile and modern, agile technology, Silicon Valley chops?"

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That narrows the field quite a bit. Then you add on top of that, and they can do it at high scale. Meaning that we know how to handle huge enterprise-level programs, whether it's from Walmart where we cut our teeth after 10 years and they've been such a great teacher and mentor. I can't tell you in enough words what a great company Walmart is and what a great partner they've been to me, personally, and to our company over the years. And so you'll learn at their knee about how you do these things at big, big scale. And then that leads to another program, and that leads to another program. So by the time you get a Walmart and an Apple and an Uber and then an Intuit, there's a -- remember back in the 1980s, for those of you old enough to remember this, IBM sort of ruled the roost in technology. And it was very common that people would say, "Well, you're not going to get fired by hiring IBM when you're trying to build a technology stack." I'm very, very proud of the amazing job Kuan Archer, our Chief Operating Officer, has done with his technology and all the people we've hired from big companies over the years, and our executive team coming all together. People understand that if you have a really complex, really big, really sensitive, big-scale program that requires a regulated bank and cutting-edge Silicon Valley technology, there aren't 10 companies you're going to call. And so where our challenge has been is what to say yes to and what to say no to. And while we're very, very proud of the yeses, which we've announced over time, including our call today, what we don't announce are all the programs we say no to. We're very, very protective of our reputation and very protective of the partners we choose to serve and deeply protective of our bank and ensuring that whatever we issue is the gold standard. So -- but I think that's why you're seeing that pace pick up. There just are not a lot of people who do what Green Dot does on the platform side certainly.

What a great call to end the call on. I'm just so proud of our team at Green Dot.

Look, we're out of questions, and we appreciate you joining us today.

We have a couple of conferences coming up in a week or so, right? One with Bob Napoli in Boston or someplace, and then we're going to be in Philly, and we're going to be again in New York. So maybe we'll see you at various conferences or a one-on-one meeting coming up. And we sure do appreciate you listening.

Have a great day, everybody.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The information in the transcripts ("Content") are provided for internal business purposes and should not be used to assemble
or create a database. The Content is based on collection and policies governing audio to text conversion for readable "Transcript"
content and all accompanying derived products that is proprietary to Capital IQ and its Third Party Content Providers.
The provision of the Content is without any obligation on the part of Capital IQ, Inc. or its third party content providers to review
such or any liability or responsibility arising out of your use thereof. Capital IQ does not guarantee or make any representation or
warranty, either express or implied, as to the accuracy, validity, timeliness, completeness or continued availability of any Content
and shall not be liable for any errors, delays, or actions taken in reliance on information. The Content is not intended to provide tax,
legal, insurance or investment advice, and nothing in the Content should be construed as an offer to sell, a solicitation of an offer
to buy, or a recommendation for any security by Capital IQ or any third party. In addition, the Content speaks only as of the date
issued and is based on conference calls that may contain projections of other forward-looking statements. You should not rely on
the Content as expressing Capital IQ's opinion or as representing current information. Capital IQ has not undertaken, and do not
undertake any duty to update the Content or otherwise advise you of changes in the Content.
THE CONTENT IS PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTY OF ANY KIND. USE OF THE CONTENT IS AT THE
USERS OWN RISK. IN NO EVENT SHALL CAPITAL IQ BE LIABLE FOR ANY DECISION MADE OR ACTION OR INACTION TAKEN IN
RELIANCE ON ANY CONTENT, INCLUDING THIRD-PARTY CONTENT. CAPITAL IQ FURTHER EXPLICITLY DISCLAIMS, ANY WARRANTY
OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR
PURPOSE AND NON-INFRINGEMENT. CAPITAL IQ, SUPPLIERS OF THIRD-PARTY CONTENT AND ANY OTHER THIRD PARTY WORKING
WITH CAPITAL IQ SHALL NOT BE RESPONSIBLE OR LIABLE, DIRECTLY OR INDIRECTLY, FOR ANY DAMAGES OR LOSS (INCLUDING
DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL AND ANY AND ALL OTHER FORMS OF DAMAGES OR LOSSES REGARDLESS OF
THE FORM OF THE ACTION OR THE BASIS OF THE CLAIM) CAUSED OR ALLEGED TO BE CAUSED IN CONNECTION WITH YOUR USE
OF THE CONTENT WHETHER OR NOT FORESEEABLE, EVEN IF CAPITAL IQ OR ANY OF THE SUPPLIERS OF THIRD-PARTY CONTENT OR
OTHER THIRD PARTIES WORKING WITH CAPITAL IQ IN CONNECTION WITH THE CONTENT HAS BEEN ADVISED OF THE POSSIBILITY
OR LIKELIHOOD OF SUCH DAMAGES.
© 2017 Capital IQ, Inc.

Copyright © 2017 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Exhibit G

**S&P Global**
Market Intelligence

# Green Dot Corporation NYSE:GDOT
# FQ4 2017 Earnings Call Transcripts

## Wednesday, February 21, 2018 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2017- | | | -FQ1 2018- | -FY 2017- | | | -FY 2018- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | 0.25 | 0.29 | ▲16.00 | 1.18 | 2.13 | 2.16 | ▲1.41 | 2.61 |
| **Revenue (mm)** | 206.07 | 212.99 | ▲3.36 | 293.97 | 883.31 | 890.15 | ▲0.77 | 988.19 |

Currency: USD
Consensus as of  Feb-14-2018 4:19 AM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2017** | 0.84 | 1.00 | ▲1 19.05 % |
| **FQ2 2017** | 0.40 | 0.55 | ▲2 37.50 % |
| **FQ3 2017** | 0.26 | 0.34 | ▲3 30.77 % |
| **FQ4 2017** | 0.25 | 0.29 | ▲4 16.00 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ........................................................................... | 3 |
| Presentation | ........................................................................... | 4 |
| Question and Answer | ........................................................................... | 11 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Call Participants

### EXECUTIVES

**Dara Dierks**
*Managing Director*

**Jess Unruh**
*Chief Accounting Officer*

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, President, CEO & Director*

### ANALYSTS

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey,
Inc., Research Division*

**Bradley Allen Berning**
*Craig-Hallum Capital Group LLC,
Research Division*

**Michael John Grondahl**
*Northland Capital Markets,
Research Division*

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

**Robert Paul Napoli**
*William Blair & Company L.L.C.,
Research Division*

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc.,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, everyone, and welcome to the Green Dot Corporation Fourth Quarter 2017 Earnings Conference Call. [Operator Instructions] And please note that today's event is being recorded.

I would now like to turn the conference over to Dara Dierks. Please go ahead.

**Dara Dierks**
*Managing Director*

Thank you, and good afternoon, everyone. On today's call, we'll discuss 2017 fourth quarter and full year performance and thoughts about 2018. Following those remarks, we'll open the call for questions. For those of you who haven't yet accessed the earnings release that accompanies this call and webcast, it can be found at ir.greendot.com.

As a reminder, our comments include forward-looking statements, among other things, our expectations regarding future results and performance. Please refer to the cautionary language in the earnings release and in Green Dot's filings with the Securities and Exchange Commission, including our most recent Form 10-K and 10-Q, for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements.

During the call, we will make reference to our financial measures that do not conform to generally accepted accounting principles. For the sake of clarity, unless otherwise noted, all numbers we talk about today, including revenue per active card, will be on a non-GAAP basis.

Information may be calculated differently than similar non-GAAP data presented by other companies. Quantitative reconciliations of our non-GAAP financial information to the directly comparable GAAP financial information appears in today's press release.

The content of this call is property of the Green Dot Corporation and is subject to copyright protection.

Now I would like to turn the call over to Steve.

**Steven W. Streit**
*Founder, President, CEO & Director*

Thank you, Dara, and welcome, everyone, to Green Dot Corporation's Q4 2017 Earnings Call. Today, we'll review our financial performance for Q4 and the full year, I'll provide updates on how we did on the execution of our 2017 Six-Step Plan, and then we will unveil our new 2018 Six-Step Plan, which will serve as your syllabus for how we intend to achieve yet another year of double-digit top and bottom line growth. Then Mark will provide additional granularity on our Q4 and full year results, details on how tax reform will positively impact our net earnings and, of course, he'll share our 2018 full year financial outlook and our Q1 directional guidance.

So a lot to cover. Let's begin with the review of our Q4 and full year 2017 financial performance.

Q4 was yet another very strong quarter for Green Dot, capping a year that, on many levels, was, without question, the finest year in Green Dot's history to date. We beat our financial expectations with 4 consecutive quarters of accelerating financial results and raised top and bottom line guidance in every quarter. We achieved record revenue, record profits and expanding margins. We saw the return to active account growth, had multiple new Banking as a Service program wins with world-class partners and we made 2 strategic acquisitions, all while successfully advancing our evolution into an enterprise-scale products and platform model with now 7 revenue divisions, each with its own growth strategies and more than 2 dozen products and services offered across what we believe is the largest and most ubiquitous omni-channel distribution platform of any bank or financial services organization in America.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As both Founder and CEO, I'm so proud of our amazing Green Dot team members across the organization. It's an honor and a privilege to lead the mighty dot, and Mark and I thank our great team for all of their tremendous contributions to our success.

Now let's talk about the quarter. Q4 total consolidated operating revenue came in at $213 million, representing a 31% year-over-year growth rate. Excluding the UniRush acquisition, organic revenue grew 12% year-over-year, which is the third successive quarter of double-digit year-over-year organic growth despite the year-ago period being successively tougher comps. Adjusted; EBITDA for the quarter was $32 million on a consolidated basis, representing a year-over-year growth rate of 47%, with consolidated non-GAAP EPS for the quarter of $0.29, representing a year-over-year growth rate of 53%. This is now the ninth consecutive quarter in which actual results exceeded our expectations, the sixth consecutive quarter of year-over-year margin expansion and the sixth consecutive quarter in which we have posted double-digit or better year-over-year growth in non-GAAP EPS. These terrific bottom line results were achieved despite spending several million dollars in incremental expenses in the period to recruit more people, deploy new and more rigorous risk management tools and processes and continue to build out an increasingly more robust operating platform needed to support the increasing scale and diversity of our growing business.

For the full year 2017, Green Dot posted total GAAP revenue of $890 million, representing a year-over-year growth rate of 24%; adjusted EBITDA of $206 million, which represented a year-over-year growth rate of 32%; and non-GAAP EPS of $2.16, which represented a year-over-year growth of 48%.

We obviously feel great about these outstanding financial results for both Q4 and the full year, but we're even more pleased with how our unique and compelling products and platform model is generating business momentum across both of our reporting segments as well as each of our 7 operating revenue divisions, which gives us the foundation for our optimism regarding growth into 2018 and beyond.

In our Account Services segment, organic growth and total active accounts increased for the second consecutive quarter, growing by 4.5% year-over-year despite a tougher year-ago comp, with active accounts receiving direct deposit, growing by 21% in the quarter. This continuing long-term portfolio mix shift towards higher lifetime value accounts helped push organic Account Services gross dollar volume or GDV flowing through our programs up by 17%, marking the eighth successive quarter of year-over-year growth in organic GDV.

And organic purchase volume, on which we were an interchange revenue, was up by 14%. On a consolidated basis, inclusive of the UniRush acquisition, the number of active accounts grew for the fifth sequential quarter to nearly 5.3 million active accounts, representing year-over-year active account growth of 27%. Within those 5.3 million Q4 actives, the number of customers receiving direct deposit grew by 87% year-over-year, propelling total company consolidated GDV by 51% year-over-year, posting a record-setting $8.6 billion in the quarter, a full $1 billion more in GDV than our nearest prepaid competitor.

Our Processing and Settlement Services segment also achieved record-setting results in the quarter, generating approximately $41 million in revenue, equating to a 19% year-over-year increase. The strong performance in the segment was driven by the number of cash transfers increasing by 6% year-over-year and the revenue we earned for cash transfer transaction improving by 13% year-over-year, marking the seventh quarter in a row with improving year-over-year growth in that metric. We also benefited from strong performance from our SimplyPaid corporate disbursement product where we instantly pay wages to 1099 or gig economy workers, which grew triple digits year-over-year.

It's an exciting time at Green Dot as the strong momentum in our established business lines, as we just detailed, are occurring at the same time as many of our new product lines that were launched as new initiatives just within the last year or so are creating new growth vectors. For example, our Green Dot Platinum Visa Secured Credit Card business line has grown in terms of accounts, assets and revenue to become a sizable portfolio that, while still small relative to our deposit account business, continues to grow rapidly into what we believe can be one of the nation's largest secured credit card portfolios over the next few years.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

From our Money Processing and PayCard divisions, new products like MoneyPak and our SimplyPaid 1099 corporate disbursement solution have quickly grown into meaningful product lines, with sales and revenue growing triple digits over the same period last year.

And looking forward into 2018, we expect our new Banking as a Service programs have recently launched like the Intuit TurboTax card program and the Apple Pay Cash spend-based P2P program to provide additional benefits and synergies. Both programs were off to a good start, and both have the potential to deliver material incremental growth over time on top of our growing established product lines.

On the topic of Apple Pay Cash, we are encouraged by the program's rapid growth so far and the positive reviews from both tech writers and consumers. Consistent with our prior guidance, the program revenue in Q4 was immaterial, and we expect that program revenue will remain immaterial throughout 2018. We believe it'll take time for the spend-based interchange revenue to grow as both the program itself continues to grow and as the mobile payments ecosystem continues to also evolve and grow. We're very pleased with our Apple partnership and believe it positions Green Dot very well for the future of consumer payments and mobile banking.

Now I'm pleased to review our performance and strong execution against our 2017 Six-Step Plan and also introduce our new 2018 Six-Step Plan, which will serve as the foundation for how we expect to again achieve double-digit top and bottom line growth.

In 2017, step 1 was to grow the number of active accounts year-over-year by early 2018. We beat that goal handily with a number of both organic accounts turning positive in Q3, nearly 6 months ahead of our plan, and consolidated active accounts also growing well ahead of plan.

For 2018, step 1 will be to continue to grow the number of active accounts year-over-year and to improve the unit economics of those accounts. In particular, we intend to focus on attracting millennials and other consumer segments who are more likely to enroll in direct deposit, take advantage of our award-winning mobile apps, benefit from our cash back rewards programs and enjoy the other features we've designed into our products to encourage higher deposits and longer-term retention. This, in turn, is expected to deliver increased average revenue per active account and more robust flow-through of that revenue to contribution margin.

Step 2 in 2017 was to secure shelf space for the new MoneyPak, add an additional 20,000 retailers by year-end and to launch a new and compelling use case for the MoneyPak product. We materially beat the distribution goal by having MoneyPak in nearly 65,000 retailers by year-end, with sales having reached levels well beyond our initial expectations. We did build and roll out a pilot in the use case for MoneyPak, but we did not execute a full-scale public launch of that new capability because we decided to reprioritize those efforts after the launches of Apple Pay Cash and Intuit.

So for 2018, step 2 will be the launch of the new use case for MoneyPak that was planned for last year and to continue to increase the number of cash transfer transactions each quarter on a year-over-year basis, thus, driving both top line growth and an expanding contribution margin in the Processing and Settlement segment.

Step 3 in 2017 was to make modest investments in new high potential initiatives. We really overachieved with this step with several large-scale wins. First, our investments in BaaS, our Banking as a Service platform, began to pay meaningful dividends by helping us secure partnerships with leading technology companies like Intuit and Apple.

Second, we invested in organically building a de novo secured credit card program and then supplemented those build efforts with the acquisition of a small bolt-on secured card portfolio. Today, the Green Dot Platinum Visa Credit Card shows real promise of material future revenue growth and contribution margin.

Third, we invested in the build-out of an enterprise-scale corporate disbursement platform and named it SimplyPaid. SimplyPaid is grown rapidly both in terms of transaction of volume and revenue with a growing pipeline of new opportunities.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Fourth, we continue to invest in making our legacy account products better with more capable mobile apps, cash back and purchases, integrated savings accounts and more. These investments, in turn, yielded more engaged than active customers and more revenue per active card.

Fifth, we invested in technology, infrastructure and operations, ensuring we can handle the growth responsibly, improving network performance and security, upgrading our data reporting and model management capabilities while improving the quality of our tools and processes in the areas of risk management and compliance.

And lastly, and perhaps most importantly, we invested in people. As we shared throughout the year, we made the strategic decision to reinvest some of our profit outperformance back into SG&A in order to recruit experienced and highly competent senior talent to more tightly manage our business, ensure we can scale in an orderly way and execute our business plans with precision.

For 2018, step 3 will continue to be about investing prudently for the future. One of the advantages of the significant tax savings we expect to realize this year is that we can selectively afford to deploy a portion of our profit outperformance back into new high potential organic initiatives that we believe had a likely opportunity to generate growth well beyond 2018, including substantial investments in the people, systems and processes necessary to ensure our operating platform and risk management capabilities can safely and assuredly scale well in advance of that growth. Given the large and promising crop of new initiatives generated from our 2017 investments, we expect to balance the number of new investments in 2018 with allocating appropriate follow-on resources to build upon the momentum of the products and services we've already launched.

Step 4 in 2017 was to drive increasing efficiencies across our consolidated operating platform in order to successfully expand margins year-over-year, while still giving us room to invest in growth for tomorrow. We did just that. As detailed in step 3, we invested heavily and smartly to ensure that Green Dot has the opportunity to deliver compounding double-digit revenue growth for years to come, all while still allowing for margin expansion. In fact, despite these platform growth investments adding millions to our expense base in 2017, we delivered full year-over-year adjusted EBITDA margin expansion of 140 basis points and grew EPS year-over-year by 48%.

For 2018, step 4 will remain the same, running an efficient business is always in style and we believe needs to be an ongoing key objective. Despite the incremental year-over-year SG&A from new hires, the ongoing investments into better products for today and new products for tomorrow, the increasing expenses associated with scaling our operating platform to handle the load and the fact that the margins on some of our new BaaS programs are materially lower than those of our established and at scale legacy product lines, we intend to, once again, deliver adjusted EBITDA margin expansion in 2018 of at least another 100 basis points on a full year-over-year basis.

In 2017, steps 5 and 6 were about the smart deployment of capital. Step 5 was about making accretive and strategic acquisitions, and we did just that with the purchase of UniRush in February and the primor secured credit card portfolio in August. Both of these acquisitions, like acquisitions made in prior years, have worked out extremely well for us, achieving the expected financial synergies as planned so far and realizing the desired industrial logic.

Step 6 was about returning capital to shareholders in the form of share repurchases. In March, we completed our multi-year $150 million repurchase authorization by purchasing $50 million of Class A common stock under an accelerated stock repurchase transaction. In aggregate, this repurchase plan was highly accretive, with approximately 11% of our total outstanding shares being retired at an average share price of approximately $23. Over the last 3 years, Green Dot has generated more than $490 million in cash flow from operations, which has afforded us the ability to both deploy significant level of capitals for things like new innovations and acquisitions and building out an increasingly more robust operating platform to handle all that growth. And it afforded us the ability to return significant levels of capital to shareholders through buybacks.

For 2018, step 5 and step 6 will remain the same as evergreen parts of our strategic road map. While we always have our eyes open for acquisitions that meet our stringent criteria for strategic rationale

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**698**

and financial synergies, we plan to focus on the continued integration of UniRush and the secured card portfolio acquisition for the first part of the year, and we would not expect to complete any new M&A activity until Q4 at the soonest, subject to regulatory approval. Our management plan and guidance for 2018 assumes no M&A activity, so any acquisition would be incremental to guidance.

On the topic of share repurchases, last year, our board approved another $150 million share buyback authorization, which, if we sought and received regulatory approval, would give management the ability to repurchase shares as another option in strategically and accretively deploying capital. While it's premature to get specific guidance on whether or when we might consider such a share repurchase, it's pretty clear that Green Dot shares have been a great investment, and we are keen to do more over time.

With a continuing strong momentum in our business, as evidenced by our record-setting Q4 results, we expect an incremental year-over-year contributions from our new large-scale Banking as a Service programs, the 2 incremental months of revenue from the UniRush acquisition, which won't lap until the end of February, and a tremendous benefit from the new tax law, which Mark will detail for you shortly, we believe we have the right strategies, products, people and momentum to make 2018 another year of double-digit top and bottom line growth.

Before handing over the microphone to Mark, I am pleased to update you all on the CFO search. Today, I'm thrilled to be able to announce that Mark Shifke will be staying on as CFO of Green Dot. Over the past year, with more support here at headquarters, Mark has been able to effectively serve as our CFO without as much travel. As you'll recall, commuting regularly to our main offices here in Pasadena from Manhattan was the prime reason for Mark's desire to step down as CFO and return to his former role as Head of Green Dot M&A, which is based in New York. While we met several terrific senior CFO candidates over the course of the recruit, I am very happy that Mark will continue to be my partner as Green Dot's Chief Financial Officer for what we hope will be many years to come.

With that, I'll now hand the call over to Mark Shifke for his CFO report. Mark?

### Mark L. Shifke
*Chief Financial Officer*

Thanks, Steve. I couldn't be more proud of the team that we've assembled and delighted to stay on as CFO with an exciting year ahead of us. To echo Steve's comments, the strong momentum in our 6 revenue divisions, plus our bank, combined to once again deliver better-than-expected results on both an organic and consolidated basis.

Consolidated total operating revenue of $213 million represented a year-over-year growth rate in the quarter of 31%, while organic revenue grew by 12% to $183 million, marking the seventh consecutive quarter of organic double-digit year-over-year revenue growth.

On a consolidated basis, the Account Services segment delivered record Q4 revenue of $180 million, representing year-over-year growth of 33%. That result was driven primarily by 3 key factors. First, active accounts increased 27% year-over-year to approximately 5.3 million active accounts. Second, gross dollar volume, driven by a large 87% year-over-year increase in accounts receiving direct deposit, grew by 51% to deliver approximately $8.6 billion in GDV. And third, that large amount of GDV drove purchase volume up by 41% to approximately $5.6 billion. All combined, this means we had more customers than ever using their accounts to receive more deposits than ever, which, in turn, allowed them to make more purchases and ATM withdrawals than ever, which, in turn, generated more than ever interchange and fee revenue in the quarter.

Our Processing and Settlement Services segment also achieve record-setting results for the quarter, generating approximately $41 million in revenue, equating to a 19% year-over-year increase. That result was driven primarily by the number of cash transfers increasing 6% year-over-year and the revenue we earned per cash transfer transaction improving by 13% year-over-year. The combined operating segments generated adjusted EBITDA of $32 million in the quarter, up 47% year-over-year, reflecting margin expansion of 170 basis points.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**699**

Non-GAAP EPS came in at $0.29 per share, up 53% year-over-year. We achieved this outperformance on EPS primarily from a combination of the flow-through from our better-than-expected EBITDA, a year-over-year decline in depreciation, modestly higher interest income on cash investments held at our bank subsidiary, offset in part by both a higher effective tax rate and a modestly higher share count compared with the prior year period, attributable primarily to the dilutive impact of equity awards.

Green Dot once again generated excellent cash flow from operations of $55 million during the quarter and $218 million for the full year. We exited Q4 with nearly $49 million of unencumbered cash in our balance sheet.

Our strong Q4 results capped the year of tremendous performance across practically every revenue and operating division in the company. For a full year 2017, we delivered revenue of $890 million, representing year-over-year growth of 24%; adjusted EBITDA of $206 million, representing year-over-year growth of 32%; and non-GAAP EPS of $2.16, representing year-over-year growth of 48%.

I would now like to discuss our plan to adjust our presentation of revenues beginning next year in 2019. As Green Dot's business model continues to successfully evolve from what used to be largely a monoline, single channel model of selling prepaid cards and cash reloads at retail stores, into a new kind of bank, a modern, pro-consumer, technology-forward branchless bank that offers many products and services directly to consumers and through enterprise-level partnerships via our Banking as a Service platform. We believe our current presentation of revenues should also evolve to ensure we are properly presenting our company's financial performance in a way that's transparent, easy to follow and fully reflective of our evolution into a unique, growing and increasingly diverse FinTech bank holding company.

As such, starting in 2019, we intend to make the following revisions: First, for GAAP reporting, we intend to present net interest income generated at Green Dot Bank from the investment of customer deposits as a component of GAAP total operating revenues, whereas today, that item is reported below operating income and is consolidated along with net interest income generated outside the bank. Net interest income generated outside of the bank will continue to be reported below the line, as it is currently. So in summary, the only change to our GAAP presentation of total operating revenues will be the inclusion of net interest income generated by the bank.

Second, starting at the same time in 2019, we intend to present a new non-GAAP revenue figure that reduces GAAP total operating revenue by commissions and certain processing-related costs associated with certain BaaS partner programs, where the partner, and not Green Dot, controls customer acquisition. We believe this approach is consistent with that of our FinTech peers and will better reflect our economic revenue in respective certain platform relationships. Whether revenue generated from a BaaS program is treated as gross or net, we'll follow a simple test. If the revenue is generated from a BaaS program where Green Dot controls customer acquisition, then the revenue will be reported in our non-GAAP revenue as gross. If the revenue is generated from a BaaS program where the partner controls customer acquisition, then the revenue will be reported as net. Of course, Steve and I are happy to provide some examples during Q&A or when we talk after the call.

On the matter of reporting net interest income as a component of consolidated GAAP revenues starting in 2019, net interest income at Green Dot Bank is becoming an increasingly important revenue component for the consolidated Green Dot. In fact, our ability to invest our growing customer balances and generate interest income is a truly unique and compelling advantage of Green Dot being not just a FinTech leader but a FinTech leader that is also a regulated bank that can earn revenue in ways that other peer technology companies cannot.

On the matter of reporting non-GAAP net revenue on applicable BaaS programs, we believe that as these kinds of partnerships become more material, continuing to report the associated revenue as gross could have the unintentional effect of overstating our economic revenue from such programs and, therefore, also have the effect of understating our consolidated adjusted EBITDA margins. Of course, you will still have our GAAP reporting presentation to see, which will continue to recognize BaaS program revenue as gross. So you will be able to compare the 2 reports quite easily. Furthermore, in our non-GAAP reporting, whether the revenue is recognized as gross or net, EPS will be the same result under either method.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

700

In order to provide a smooth transition, we will guide, and report results in 2018 as we always have, using our current GAAP presentation and non-GAAP measures. To aid in the smooth transition, we will also provide supplemental reporting that shows what our results would look like under our new presentation of revenues. Our goal is to make sure you are familiar and comfortable with those revised presentations well before they begin in 2019.

Lastly, before turning to guidance, let me briefly comment on the benefits we expect to realize from the significantly lower corporate tax rates resulting from the 2017 Tax Cuts and Jobs Act. First, we expect that in 2018, our effective tax rate will decline to approximately 25%, generating at the midpoint of our guidance an incremental $0.41 of earnings per share or approximately $22 million of incremental after-tax earnings.

Second, Steve and I think lowering the corporate tax rate is a positive step for growing businesses like Green Dot. It means we can take some portion of incremental after-tax cash flow and pay it forward in the form of incremental capital investments that can help us more rapidly build and deploy new infrastructure, products or services that, in turn, can help power more growth for the future.

Further, we intend to invest some of the incremental earnings in improving the financial lives of our team members. Green Dot's amazing team is the reason for our success, and we intend to use a portion of the incremental earnings to improve our 401(k) program, which will help our employees buy more shares at Green Dot stock as part of our employee stock purchase plan or to develop other ways of sharing the wealth with our team.

Lastly, on this topic, the incremental capital investments and SG&A we plan to allocate as a result of tax reform-related investment are already incorporated into the guidance I'm about to share.

For full year 2018, Green Dot is expecting operating revenue to be in a range of $982 million to $997 million, equating to year-over-year revenue growth of between 10.3% and 12% for the full year. We are expecting adjusted EBITDA to be in a range of $236 million to $241 million, equating to year-over-year growth of between 15% and 17% and margin expansion of approximately 100 basis points at the midpoint. And we expect our non-GAAP EPS to be in a range of $2.81 to $2.88 per share, equating to year-over-year growth of between 30% and 33%. On a non-GAAP EPS range, assumes a tax rate of approximately 25%, a fully diluted share count of 54.5 million shares, net interest income of $8.5 million and depreciation and amortization of $40 million.

Finally, let's talk about our thoughts around revenue for Q1, taking into consideration our expectations for our tax refund processing product line, TPG, our new BaaS platform partnerships and the addition of the UniRush acquisition, which doesn't lap until end of February. For Q1, we expect to generate record-breaking revenue of between $295 million to $300 million.
And with that, I would like to ask the operator to open the phone for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 2:19-cv-00701-DAK-E Document 155-17 Filed 04/25/25 Page 150 of 159 Page ID #18299

# Question and Answer

**Operator**

[Operator Instructions] And our first questioner today will be Ramsey El-Assal with Jefferies.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

I wanted to ask about the revenue and EPS kind of cadence in 2018. I know you've got Rush contributing a little bit in the first quarter, you have TurboTax, I would imagine, would be a boost in the first quarter, Walmart is a new year-over-year tailwind in terms of the expansion of that relationship. What is -- what will the cadence look like? Is it the same as a normal year or will it look a little bit different this year?

**Steven W. Streit**
*Founder, President, CEO & Director*

Good question. Mark, go ahead.

**Mark L. Shifke**
*Chief Financial Officer*

Yes. No, great question, Ramsey. I think, ballpark, we're looking at the same cadence as you saw in '17. I think we're, give or take, around 31% in Q1, then continuing in the low-20s for each of Q2, 3 and 4.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Okay. And then 1 follow-up from me. You're changing your reporting format to more sort of accurately reflect the contribution from earnings from your bank. Can you remind us of any commentary [ given in the past ] in terms of earnings sensitivity to higher rates? It feels, obviously, we're in an upward trajectory here in terms of rates. So what, for example, would a 25-bps sort of increase in interest rates translate into in terms of an EPS tailwind? I don't know if you can get that specific. Any color will help.

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, I think a way to think about it is, and I think you all know this, that we have call reports that we issue for the bank that you can pull up separately from the SEC public company reporting. And the reason why that's relevant is it gives you the end-of-period average balances on account, which is roughly equivalent to what you can invest on a nightly basis. And that amount will change quarter-to-quarter. For example, Q1 with tax season would generally be higher, Q3 is usually our lowest and so forth. But at the end of Q1 of the call report, I want to say it was about $1 billion. And so if you just sort of think about what that is for a cash and cash equivalent investment rate, that will give you a sense of how we invest. And how it turns the EPS, I'll let the accounting geniuses answer that. But it gives you a sense of what that revenue from interest is.

**Mark L. Shifke**
*Chief Financial Officer*

Yes. I mean, last year, I think on average, over the year, we had about $600 million or $700 million in investable balances. And so this year, we would expect for that to go up a little bit.

**Operator**

And our next questioner today will be Andrew Jeffrey with SunTrust.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The results, I think, speak for themselves, but what I'd like to understand a little bit is how you think internally and how you might communicate to us your progress toward expanding the TAM. I mean, intuitively, it seems to make sense, the yields are going up, so forth. But are there some benchmarks that you look for or guidepost internally to say, "Ha, this really is a business that's growing beyond the traditional unbanked, underbanked consumer?" I don't know if it's demographic. Do you see that we don't? Or something else that can help us.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. Well, let me try to think about how -- so you know how when these calls, you prepare for all the likely questions, and that's one we didn't prepare for it. It's a really good one. So let me think...

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

I like throwing a curveball, Steve.

**Steven W. Streit**
*Founder, President, CEO & Director*

That's what you get paid for. So let me think about what I can say without giving away some competitive secret sauce. Part of the expansion that you're seeing now is the macroeconomics of the country. We have maximum employment at around 4%, inflation is minimal and the interest rate environment, while it's gotten hotter, is still good and we have people working and depositing money. You have even small businesses now taking advantage of all the modern products offered by online payroll companies, which means that, now, everybody can have direct deposit, whereas -- oh, even 3 years ago, direct deposit was only limited to larger companies. So all these things are macro tailwinds. If you look at our products, in particular, you're seeing that we're growing younger and younger, which is a good thing. I didn't pull up the statistic today, but for the last call, it was about 55% of our customers were millennials, which was up quite a bit from even just a few years ago, and I would expect that trend will continue. And that's helpful because millennials are far more comfortable with digital products. So if you think back to Green Dot, oh, even 6, 7 years ago, the concept of getting a bank account or a checking account at a grocery store or at a Walmart or something like that would have been -- felt very alternative and edgy and [ nitchy ] and something that people would have said, "Oh, that's not for me." But when you look at consumers today and millennials today in 2018, that simply doesn't come up in that amount[indiscernible]. You still get it from older folks but not from people in their 30s and 40s because everything in their world is on a mobile app or on a website. And so the likelihood to view our product offerings as mainstream and cutting-edge and modern as opposed to weird or alternative has been a real positive macro for us. So I think all those things have contributed. Having said that, we have some opportunities in our company that you'll see deploy here or that we will deploy in pilot and then rolling out more broadly if it works, an opportunity, let me think about this, to communicate our benefits in a more unique and differentiated way to a wider set of consumers. And we think if we do that successfully, we can become used more and more as a bank that serves mainstream America, but the digital made of younger side of mainstream America. And we'll never abandon our passion and commitment for a low and moderate-income consumers, which is the core of our history. And we're still very passionate about the concept of democratizing banking, in other words, making the checking account from a regulated bank something that everybody can have. Everybody should be able to have a savings account from a regulated bank. Everyone should be able to have consumer protections that are offered by regulated banks. But that shouldn't be limited to how much money you can afford an overdraft fees or whether or not 19 years ago, you bounced the check and now you're blacklisted on somebody's underwriting score table. And I think we've done a really, really good job of that. And as we branch out just naturally from what began as a service catering to a low income American, it turns out that low prices, no overdraft fees, rate technology, is in fashion, whether you're rich or poor, anything in between, but it's taken some time to evolve. So that's a long way of saying we think the TAM has improved organically, if you will, just as a country moves and technology becomes more familiar. And it's moved because we've designed better products that speak to a broader base of customers, and we expect to do more of that.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mark L. Shifke**
*Chief Financial Officer*

Yes. Just to echo what Steve said. Now if you start from -- if you go back to where we started, it was prepaid card sold at retail, and today, we've got a platform where we're providing broader set of financial services and reaching consumers of enterprises that we partner with. So now if you have an Apple phone, you're getting our financial services. And if you drive for Uber, you're getting our financial services. And it continues on that we can provide broadly for -- as Steve said, for all Americans on demand financial services.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. Just a quick follow-up. What should we interpret or infer from this change in accounting? I mean, I kind of infer that as you look to '19, you think you're going to have more meaningful contribution from some of these platform customers. Is that the right conclusion? Or am I...

**Steven W. Streit**
*Founder, President, CEO & Director*

It is. Yes. I mean, right now -- and the math today, if we were to make the change right now in 2018, which we'll never do, we always want people to have time to get familiar and comfortable with whatever it is we're going to do. But if we were to make the changes here, maybe it would have been a $5 million difference or something like that on the top line. It just wouldn't matter for this year. But as the BaaS programs become bigger, let's say, the Intuit program or maybe if we're lucky and the macro continues to go, the Apple programs and all the other ones we're doing, it will become more meaningful. And in those programs, the gross revenue we get is not the same as the revenue we get from programs where we're controlling the product from inception to consumer acquisition through the life cycle of the customer. They're different. We have different kinds of processing or routing fees that are not customary. We have rev shares or other kinds of expenses with the client where we're not seeing the full dollar because they're, in effect, [ reselling under their ] consumers. And every program is a little bit different. But if we didn't make the change now when it was meaningless, by the time it became meaningful, it would have been maybe too late to make the change. So we want to announce it now, and then by next year, it'll become a little bit more material. And as years go by, we think it will be way more material because we think our BaaS programs will begin to become a big driver, which isn't to say that our own products don't continue to grow beautifully, but it is a different kind of offering, right?

**Operator**

And our next questioner today will be Bob Napoli with William Blair.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

Mark, glad to have you onboard. The -- you guys, I think you mentioned double-digit organic growth continuing for the next few years. The mix of that between growth of active cards and revenue per card, do you have some thoughts around that?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, so we talked about continuing double-digit top and bottom line growth. I don't know that we said organic, not that it wouldn't, but we probably didn't get that precise [ with it ] in our prepared remarks. But I always look forward to you catching on something, so maybe I'm wrong about that. But nevertheless, we appreciate, as always, Bob, your optimism. So the question -- the answer is, yes, we think that our growth generally in the company is driven by more customers depositing more money, therefore, spending more money, thereby, having their accounts longer, which may mean more monthly maintenance fees, more interchange when they spend more money using other ancillary services and so on and so on. So more equals more in our business, obviously. And what I love about the growth we're

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**704**

seeing, in fact, we were commenting on this before coming into the studio, is that the growth isn't from any 1 fee or lapping the fee changes we made a couple of years back, believe it or not, it's already been 2 years since we had our fee changes, it was really in 2016, it's that people are using the products more, which is where you want to see the growth. You don't want it to be about any 1 event or any -- it's about I have a Green Dot Bank account, and I use it as a bank account. And as we continue to have that kind of growth and that kind of macro expansion, that should deliver that growth ongoing.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

And then did you mention the Intuit program is -- I would imagine it's in full swing, how that's progressing?

**Steven W. Streit**
*Founder, President, CEO & Director*

Oh gosh, what can we say? The answer is, it is in full swing, and we love the partnership, but obviously, we couldn't portend the results this early in the Q.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

And just last question on net interest income becoming a bigger part of the pie. Is that -- can you -- are there other products besides the secured card? Or do you expect substantial growth to the secured card or just higher interest rates on deposit balances?

**Steven W. Streit**
*Founder, President, CEO & Director*

It's both. We think the drivers of more interest will clearly be more deposits with more accounts on file that you're investing in your nightly investment opportunities. But today, as you know, the bank can only invest, really, in very short-term, highly liquid cash and cash equivalents, for the most part. We have some pockets of money that can-do things, that are slightly more aggressive, but generally, it's a very, very conservative investment policy for lots of different reasons. And as the Fed has increased their interest rates, that's clearly helped us, and that's been a nice tailwind. But then to your point, we do have the 5 -- I'm sorry, the secured card portfolio, which is done very well, and that interest is in top line as well. Well, today, it's not material in and of itself, all of this creates a tailwind for interest rates and both of those other drivers.

**Operator**

Our next questioner today will be Brad Berning with Craig-Hallum Capital.

**Bradley Allen Berning**
*Craig-Hallum Capital Group LLC, Research Division*

One higher-level question a little bit is, as we see Banking as a Service get expanded into a new distribution channel of employers rather than need necessarily get the branches, can you talk about what are you seeing from employers or a gig employer-type interest in expanding their relationships with their employees and contracted employees? What are you seeing for activity levels out there? And how do you think about opportunities in 2018 to potentially find more partners?

**Steven W. Streit**
*Founder, President, CEO & Director*

So our BaaS platform is used for many different things, SimplyPaid being one of them, which is our 1099 corporate disbursement or wage disbursement product. But it's also anything custom that anybody wants to do would be part of BaaS. When I say anybody, obviously, you have to be a qualified partner, but within reason. And SimplyPaid is a part of our Banking as a Service offering, and the interest is very high in it. I think employers are recognizing that employees want money, sooner not later, how about that? And by

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the way, it's funny, people will say, "Steve, is that because low income people like their money faster?" The answer is, it's because all people, as it turns out, want their money faster. I'm sure folks who work for you as well want it that way. So getting your money faster is in style, and employers are recognizing, especially with the unemployment rate, where it is, so low, that you have to compete for talent. And increasingly, folks are saying, "Wow, I can do this. It's relatively inexpensive, and my employees find it a great value." So we have a tremendous amount of business pipeline activity for SimplyPaid and -- but it's very early on, its meaningful today and becoming better, but we hope that we'll have more and more accounts for SimplyPaid. We think it's a great offering. A lot of people are offering similar services. We're not the only ones. We may have been one of the first to start it and maybe the only one to start it initially at our size and scale with Uber. But a lot of people are offering it, and there's a lot of competition for it. But we think given our unified asset stack of a bank and the technology provider and every -- all the regulation, everything that goes in the middle, we're ideally suited to offer this to enterprise-level clients. And so we hope that, that product will continue to do well. But so far, it's done very, very well.

**Bradley Allen Berning**
*Craig-Hallum Capital Group LLC, Research Division*

And over the longer term, does -- can that be a domestic-only type solution? Or do global employers want to see global solutions? And how do you think about that strategically over time?

**Steven W. Streit**
*Founder, President, CEO & Director*

So the answer is that global employers absolutely want to see global solutions, and it's really, really hard. So we have teams working on how to crack that nut, but it's tough. Clearly, Europe is easier than China, for example. You have certain relatively easy zones you can go into and geographies, and then we have others that are really tough. But we do have people working on how to expand it in a way, but it's highly complex because of regulatory reasons, because of technology reasons, payments don't move the same as they do in the U.S. So it's not an easy thing to solve, but it's one that we would like to solve.

**Bradley Allen Berning**
*Craig-Hallum Capital Group LLC, Research Division*

One technical, quick. I'm sorry if I missed this, but the organic growth for cards in the quarter on a year-over-year basis, what did that look like?

**Steven W. Streit**
*Founder, President, CEO & Director*

4.5%.

**Operator**

And our next questioner today will be Andrew Schmidt with Citi.

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

First question, a few moving parts in FY '18. You have the Intuit ramp, you have Apple Pay Cash ramping, improvements in the core prepaid business. What's the best way to think about active card growth and revenue per active card, just given all those input? Just trying to get a better handle on that?

**Steven W. Streit**
*Founder, President, CEO & Director*

Do you want to -- okay? So the answer is, our guidance is constructed or our forecast is constructed, assuming that we'll continue to have moderate and modest growth in active cards, we're doing 4.5%, 5%, and we think anything like that or close to it will be ample to hit our plan. And so we're assuming that. It could be higher, and if it's higher, that's great. And the revenue per active has, in real life, continued to grow, and we're seeing trends that will lead us to believe that it'll also continue to grow, in large part

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

just because more and more people are using direct deposits. So our guidance assumes modest and achievable growth proactive and a few more actives, but nothing that I would call a stretch or anything crazy.

**Mark L. Shifke**
*Chief Financial Officer*

And to Steve's point earlier in the call, the growth in revenue per active is really no longer from fees. I mean, we've sort of lapped that, and this is really we're getting greater GDV per active and, with that greater purchase volume, use of ATMs and interest income.

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

Understood. That's helpful. And then, clearly, the increased TAM is a positive factor. Huge beneficial driver for longer term, but just -- I was wondering of the way to conceptualize the materiality of the new business lines versus the established business lines and just any way to size that. I know probably small initially, but any thoughts on that.

**Steven W. Streit**
*Founder, President, CEO & Director*

Oh gosh. I mean, obviously, we track our established products versus new products internally, but we disclosed just the segments. The answer is that our -- if you think about our established business lines or legacy business lines being prepaid cards and reloads, right, that would be the historic Green Dot, those 2 lines of business continue to be a good part of our revenue and certainly more than half of our revenue. But the new lines of business are sizable and getting more sizable. So the answer is our bread and butter from the old days is still our bread and butter today. Just like coffee is still important to Starbucks. But the new ads we put in are becoming more and more material, which is, in part, why we're looking at different accounting presentations for next year. And while we've had to build out and have been excited to build out so much more sophistication in our operating platform because you're doing lots of different things simultaneously, and so that's been all part of our growth.

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

Understood. That's helpful. And then my last question. On the tax rate, the 25% tax rate. I was wondering, Mark, could you just walk us through some of the assumptions in there? Is that sort of an initial cut at the tax rate? If you evaluate this, could -- is there potential for this to come down? Just if you could walk us through the puts and takes, that would be helpful.

**Mark L. Shifke**
*Chief Financial Officer*

We just threw spaghetti against the wall and said, "What feels good?" Yes, I'm going to let Jess join in on this as well, our Chief Accounting Officer. But basically, we looked at 21% rate as a starting point, as you know, we're all domestic income, and we're building from there, predominantly from 162(m) adjustments, but there are probably some others as well that would factor in.

**Jess Unruh**
*Chief Accounting Officer*

Yes, you mentioned the majority of it. So I think that's a good cut. It's our best estimate at this point in time. And to Mark's point, the -- there are things that are incremental to the tax rate like 162(m) and the like, but overall, the 25% feels really good.

**Mark L. Shifke**
*Chief Financial Officer*

Yes. We're -- look, as we do with most things, I think we're hopeful that we come in under 25%. We think it's about right, but there's probably some upside to that.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

## Steven W. Streit
*Founder, President, CEO & Director*

A little [ pat ], I guess, right?

## Andrew Garth Schmidt
*Citigroup Inc, Research Division*

It makes sense.

## Steven W. Streit
*Founder, President, CEO & Director*

Yes. We want to be careful.

## Andrew Garth Schmidt
*Citigroup Inc, Research Division*

Of course. It makes perfect sense.

## Operator

And the next questioner today will be Steven Kwok with KBW.

## Wai Ming Kwok
*Keefe, Bruyette, & Woods, Inc., Research Division*

Just when I go back to your prepared remarks on the Six-Step Plan, you mentioned about the new M&A activity being fourth quarter as the earliest you can complete something. Are you guys looking at anything right now just curious [ as ] the pipeline? And then how large of an acquisition could it be? How much room do you have to flex? Do you have the capability to flex up?

## Steven W. Streit
*Founder, President, CEO & Director*

Well, it depends. So we have sort of a range of acquisition targets that we're always looking at. There's nothing particularly hot or burning now, although we get books all the time, and Mark and I will look at them and some excitedly more than others, you know how that works. So you're not always going to see something great. But in theory, depending on our available cash and what we want to do with the balance sheet and everything else, you could make large acquisitions. The biggest one we've ever made was around $400 million or so, which would have been TPG. And we've made a very small acquisition for just a few hundred thousand dollars. So it runs the gamut. But to your point, we did so much activity last year between large share buybacks and 2 acquisitions, one of which was sizable and complex with UniRush, that we're going to want to build up our cash balances, we're going to want [ to look ] -- the year play out, we want to make sure our risk management systems are tight and we want to do all the things that we want to do. And we have a lot of new programs we're integrating as well. So it would feel -- if you're sitting where we're sitting, it would feel out of sequence to haul off and do another large acquisition in the near term. But to answer your specific question, there's nothing burning. I don't think -- you may have a different opinion, but there's nothing burning in the pipeline that I'm flipping out about[indiscernible].

## Mark L. Shifke
*Chief Financial Officer*

Yes, I agree with you entirely. I think we said on the Q3 call that -- and are reiterating here, that right now, our primary focus is on the launch of our platform programs, and we just want to make sure we have the cash to support them, and that's our focus. And as we get to the second half of the year, then we can start turning our attention to other things.

## Wai Ming Kwok
*Keefe, Bruyette, & Woods, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got it. And then just as a follow-up. When we look at the legacy, the cash transfer revenues as a percentage of the number of cash transfers that happens, that fee has continuously been going up. Like is there a ceiling that it would approach at some point? Can you help us think through that?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, the reason that it's been going up is that we continue to sell a lot of reloads and increasing number of cash transfers or reloads, both the reloads, not all. And the reason the average revenue per transaction is going up is, number one, MoneyPak is selling more and more, and MoneyPak sells for $5.95 versus a swipe reload, which is $4.95 in some retailers and $3 at Walmart. So as MoneyPak is more infiltrated, if you will, into that segment, you're going to have some upward pricing on an average there. And then we have products in the past that are no longer in the market that advertise free reloads, and we don't have those anymore, but there's still a lot of those customers out there. So as those portfolios are trite[indiscernible] over years, then they're replaced by customers who are paying for reloads. I think what's so fascinating, and I love learning about consumer behavior because whatever you think you know, you don't, you learn it in the wild only, not in the classroom, is that our reload activity with customers who pay for the reloads is every bit as more robust and, in some cases, more robust than when we thought it would be a good idea to do it for free. So -- but that's why you're seeing that upward pressure because you have more people paying for their reloads, which means less of the free reloads, and you're seeing the MoneyPak infiltrate the overall average.

**Operator**

[Operator Instructions] And our next questioner today will be Mike Grondahl with Northland Securities.

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

Two questions. The first one, on the higher economic cards from early 2016, at Walmart and the non-Walmart locations, what inning do you think you're in, in getting those into your portfolio? And then secondly, what do you think has been the secret sauce into sort of driving direct deposits? It really is done well the last couple of quarters. If you could kind of help us on that, it would be great.

**Steven W. Streit**
*Founder, President, CEO & Director*

Sure. By the way, I think the secret sauce at McDonald's is ketchup and mayonnaise, I think, actually. It was a big debate at one point. Okay, [ that was salad dressing ]. So okay, first thing's first. I think what you're asking is when we rolled up the new fee plans back in January or Q1, really, of 2016, what percentage of our active cardholders today would be on those new fee plans? Is that kind of what you're asking?

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

Yes. For both Walmart and, I guess, what you'd call non-Walmart.

**Mark L. Shifke**
*Chief Financial Officer*

Well, I don't think we would ever differentiate between the two, just on a portfolio-wide basis.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. So what we said is, last quarter, that we're about halfway to 2/3 there, depending on the portfolio, and that's really where it still is. And the reason why, and, Mike, I don't think it's going to change a lot for some time to come, it may go a few percentage points here or there, the reason is, is that the fast turners, if you will, or the fast churners are already churned through, it's been 2 years. The average life of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

==a prepaid card is a lot less than 2 years.== So those are fully done, but then you have your best customers who many of them pay no fees anyhow because they're on direct deposit or they're depositing enough to waive the fee. And so they wouldn't know there was a fee increase one way or the other. And they still retain. So you're never going to get to 100%, or if you did, it would be a bad thing because it meant that you lost all your legacy customers. So we kind of are as lapped as we're going to be within reason. There's no big [ paboom ] left to come. There's no big shoe left to drop. So what you see is what you get. And now the increases we're seeing, which are still sizable in revenue per active, is driven by usage, as Mark addressed earlier. So that's that. The next question is secret sauce for direct deposit. There's a couple of things. One is the macro, as I mentioned earlier, younger people who are more employed using payrolls and small businesses using payroll services that make it easy to enlist your employees on direct deposit. So that's number one, and that's part of what we're benefiting from and everybody. It's not just us. But I would expect that competitors and others in the space are benefiting similarly. In fact, we see that at companies we bought. So you're seeing that as a macro trend. And then Green Dot, in particular, I think has done a good job, although we're going to do a lot better, in making it more and more easy and intuitive to enroll a direct deposit, and that has been a big advance for us. When you have more people using your mobile apps and more people using digital ways to communicate with a bank, you can now market more smartly and provide better life cycle messaging and all the things that you want to do that we really couldn't do in the old days. So part of it is macro and the other part is that we have a good marketing effort that we intend to have better. Thank you, Mike.

**Mark L. Shifke**
*Chief Financial Officer*

Thanks, Mike.

**Steven W. Streit**
*Founder, President, CEO & Director*

Operator, it looks like it's all she wrote on the questions. Is that right?

**Operator**

Yes, sir.

**Steven W. Streit**
*Founder, President, CEO & Director*

Okay. Well, listen, everybody. Thank you for listening in today. Have a wonderful evening on the East Coast and a wonderful day here in beautiful West Coast. And we'll see you at a conference near you. Have a good day, everybody.

**Mark L. Shifke**
*Chief Financial Officer*

Thank you, all.

**Operator**
And the conference has now concluded. Thank you for attending today's presentation. You may now disconnect your lines.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

710

GREEN DOT CORPORATION FQ4 2017 EARNINGS CALL | FEB 21, 2018

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence