# EXHIBIT 12.3

## (Talarides Decl. Exs. I-O)

# Exhibit I



# Green Dot Corporation NYSE:GDOT
# FQ1 2018 Earnings Call Transcripts

## Wednesday, May 09, 2018 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2018- | | | -FQ2 2018- | | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | GUIDANCE | CONSENSUS | CONSENSUS |
| EPS Normalized | 1.29 | 1.40 | ▲8.53 | 0.66 | 0.62 | 2.87 | 3.26 |
| Revenue (mm) | 297.25 | 315.00 | ▲5.97 | 248.17 | 249.00 | 998.23 | 1081.78 |

Currency: USD
Consensus as of  May-04-2018 8:03 PM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise     ▼ Negative EPS Normalized surprise     ● Neutral EPS Normalized surprise

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ2 2017 | 0.40 | 0.55 | ▲1 37.50 % |
| FQ3 2017 | 0.26 | 0.34 | ▲2 30.77 % |
| FQ4 2017 | 0.25 | 0.29 | ▲3 16.00 % |
| FQ1 2018 | 1.29 | 1.40 | ▲4 8.53 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Table of Contents

Call Participants .......................................................................................... 3

Presentation .......................................................................................... 4

Question and Answer .......................................................................................... 11

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Call Participants

## EXECUTIVES

**Dara Dierks**
*Managing Director*

**Jess Unruh**
*Chief Accounting Officer*

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, President, CEO & Director*

**Unknown Executive**

## ANALYSTS

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

**Bradley Allen Berning**
*Craig-Hallum Capital Group LLC, Research Division*

**Damian Justus Wille**
*Jefferies LLC, Research Division*

**Jeffrey Brian Cantwell**
*Guggenheim Securities, LLC, Research Division*

**Joseph Anthony Vafi**
*Loop Capital Markets LLC, Research Division*

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

**Vasundhara Govil**
*Morgan Stanley, Research Division*

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Good afternoon, and welcome to the Green Dot Corporation First Quarter 2018 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded. I would now like to turn the conference over to Dara Dierks, Green Dot Investor Relations. Please go ahead.

**Dara Dierks**
*Managing Director*

Thank you, and good afternoon, everyone. On today's call, we'll discuss 2018 first quarter performance and thoughts about the remainder of the year. Following those remarks, we'll open the call for questions. For those of you who haven't yet accessed the earnings release that accompanies this call and webcast, it can be found at ir.greendot.com.

As a reminder, our comments include forward-looking statements, among other things, our expectations regarding future results and performance. Please refer to the cautionary language in the earnings release and in Green Dot's filings with the Securities and Exchange Commission, including our most recent Form 10-K and 10-Q, for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements.

During the call, we will make reference to our financial measures that do not conform to generally accepted accounting principles. For the sake of clarity, unless otherwise noted, all numbers we talk about today, including revenue per active card, will be on a non-GAAP basis. Information may be calculated differently than similar non-GAAP data presented by other companies. Quantitative reconciliations of our non-GAAP financial information to the directly comparable GAAP financial information appears in today's press release. The content of this call is the property of the Green Dot Corporation and is subject to copyright protection.

Now I'd like to turn the call over to Steve.

**Steven W. Streit**
*Founder, President, CEO & Director*

Thank you, Dara, and welcome, everyone, to Green Dot Corporation's Q1 2018 earnings call. Today, we'll start with a review of our outstanding financial performance in the quarter, which represents another consecutive quarter where we've exceeded our top and bottom line expectations. I'll then provide an update on how we're executing on our 2018 Six-Step Plan, which will be followed by Mark's detailed overview of our quarterly results and an increase to our 2018 full year revenue and earnings outlook.

Our disciplined execution against our long-term strategic plan of building a differentiated products and platform model continues to yield very impressive results. Total consolidated operating revenue came in at $315 million, representing a 25% year-over-year growth rate, an acceleration over last year's Q1 growth rate of 11%.

Excluding the UniRush acquisition, which [ lapped ] in February, organic revenue grew 16% year-over-year. Adjusted EBITDA for the quarter was $104 million on a consolidated basis, representing year-over-year growth rate of 16%. You'll notice that our year-over-year adjusted EBITDA margins compressed by 240 basis points in the quarter. As we shared in our last call, we expected that the newer branded product lines and the large-scale Banking-as-a-Service program launches that were expected to contribute material revenue growth in the quarter would have a much lower contribution margin than our established product lines and that is exactly what happened, causing consolidated margins to compress somewhat year-over-year, with margins on those programs expected to expand over future periods as those programs scale.

Having said that, our annual guidance calling for around 100 basis points of consolidated EBITDA margin expansion for the full year 2018, despite the materially lower margins on those new programs and the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

burden of all the associated large upfront investments, speaks to the powerful leverage in our operating model.

Consolidated non-GAAP EPS for the quarter was $1.40, representing a year-over-year growth rate of 40%. To give you a sense of scale, this $1.40 non-GAAP EPS result in Q1 is more than we achieved in the entire year of 2015 and marks the seventh consecutive quarter in which we have posted double-digit or better year-over-year growth in non-GAAP EPS.

In our Account Services segment on a consolidated basis, total active accounts increased for the fifth consecutive quarter, growing by 21% year-over-year or an additional nearly 1 million more active accounts year-over-year, totaling 6 million active accounts in the quarter, a new record for Green Dot.

What's more impressive than how much we grew is the composition of that growth. Much of this growth came from our new Banking-as-a-Service or BaaS program, as you might expect, given all the business wins we announced last year in that part of the business. But more than 1/3 of that growth came from our own established branded programs.

Of course, in our business, attracting and retaining the right kinds of customers is actually more important than the number of active customers in and of itself. Specifically, we have previously shared that a direct deposit customer typically has a meaningfully higher lifetime value than accounts that do not receive direct deposit. Given the ongoing momentum in our efforts to attract and retain direct deposit accounts, we're proud to share that the number of Green Dot customers who are now receiving direct deposit increased by 930,000 customers year-over-year, meaning that we added 900,000 new direct deposit accounts to our active portfolio as compared to the prior year period, with 80% of all GDV in the quarter being sourced through direct deposit, also setting a new record.

The continuing long-term portfolio mix shift towards higher lifetime value accounts helped push the Account Services gross dollar volume or GDV flowing through our various Account Services products up by 57% year-over-year to more than $11.7 billion, setting another new record for our company.

To put that number into perspective, we added more than $4 billion in GDV just in Q1 2018 over Q1 2017, which itself was up $1.2 billion over Q1 2016. While a good percentage of that growth came from our new Banking-as-a-Service programs, the majority or 62% of that growth came from our own established branded programs, illustrating the tremendous success we're having across our various product lines, both new and established.

All of this positive momentum, including the UniRush acquisition and the launch of our TurboTax product, drove revenue in our Account Services segment to increase by nearly $55 million year-over-year to $222.4 million, an increase of 33% over Q1 2017.

Our Processing and Settlement Services segment also achieved record-setting results for the quarter. The number of cash transfers consisting primarily of at-the-register swipe reloads to prepaid cards and MoneyPak units sold at retail stores totaled 10.1 million cash transfers in the quarter, an increase of 9% year-over-year.

Interesting to note that this is the first time we have exceeded 10 million cash transfers in a quarter since Q1 2015 when we began the discontinuation of MoneyPak version 1. So not only is this excellent result in Q1 a great achievement in its own right, but it's also a sweet victory for our Money Processing team members who have patiently rebuilt this business since that time with great skill and determination.

Looking at our tax processing division called Green Dot TPG, the total number of tax refunds processed in the period increased to 8.75 million, a 2% year-over-year improvement compared to Q1 2017, which was a 5% improvement over Q1 2016. Recall that our expectation for the TPG business when we purchased it back in late 2014 was to achieve only modest growth over the long term, given a mature tax industry and a mature product category while enhancing our margin structure and providing synergistic diversification. So the consecutive annual growth we're achieving is very gratifying, especially in light of the later start to tax season this year, which we would expect to have hindered the year-over-year comp due to a fewer number of tax refunds being processed prior to March 31.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 2:19-cv-10701-DPL-E Document 155 Filed 06/12/25 Page 28 of 207 Page ID #:4318

These 2 product lines, cash transfers and tax refund processing, along with very strong growth in the other products and services offered through our Processing and Settlement segment like, for example, our SimplyPaid 1099 worker disbursement solution and our e-cash and PayPal cash products, combined to deliver overall segment growth of $8.1 million equating to $102 million of revenue in the period, representing a year-over-year growth rate of 9%.

Now I'd like to share some recent business updates followed by a status update of this year's Six-Step Plan so you can see how your management team is performing against our stated objectives. First, let's review the Banking-as-a-Service side of our shop. Of course, you're already aware of the Apple Pay Cash program, which uses our BaaS platform and rolled out in Q4 2017. And in Q1 of this year, our platform powered an increasingly robust list of enterprise-sized programs that added a material amount of revenue to Green Dot in the Q, and we believe over time as they scale, will also add material profits.

For example, the new TurboCard offered by Intuit's TurboTax is off to a very good start with strong customer adoption and a seamless operational and technical launch. Our partnership with Intuit is an excellent example of the Green Dot competitive advantage, which offers platform partner scalable domain expertise across so many mission-critical divisions. Hats off to our awesome Green Dot business development, bank, product, technology, government relations and operating teams who worked so diligently with our partners at Intuit to create such a successful offering. The TurboCard was a material contributor to our year-over-year revenue growth in Q1, and we expect the program will be a nice contributor in Q2 as well.

Next, just a month or so ago, Green Dot launched the all new Uber Debit Rewards card powered by GoBank. It's a new kind of small business bank account that offers cash back rewards and purchases at select retailers, free Instant Pay deposited to the driver's account immediately after their fare is completed and other innovative new features. Uber is a great partner for Green Dot, and we greatly appreciate the opportunity to help them better serve their drivers, another great achievement for our biz dev, bank, technology, products and operations teams.

Lastly of note, Green Dot is pleased to welcome Stash, a leading personal financial services platform that seeks to revolutionize saving and investment for millions of Americans. Similar to other Green Dot Banking-as-a-Service partners, Stash will ultimately launch a new kind of bank account with features and services specially designed for its customer base. We believe Stash is showing tremendous traction in the market with their reported current user base of over 2 million and growing rapidly. We are proud to be their banking and technology partner for this important initiative.

On the branded side of our shop, Green Dot continues to gain traction on nearly all fronts. First, after all these years, Green Dot continues to add new retail distribution for our legacy products and services as we welcome nearly 800 Ahold, Giant and Stop & Shop locations to the family of Green Dot distributors.

We also began offering our PayPal cash Money Processing product through 2,000 Casey's General Store locations, where consumers can use a barcode we securely send to their cell phones to deposit cash to their PayPal account. And we're pleased to let you know we've renewed our distribution agreement with Euronet Worldwide and their ePay retail locations.

Additionally, Green Dot has earned more than 5,000 new incremental shelf facings for its products and services at Safeway Albertson stores and other locations where Green Dot now occupies space formerly occupied by the now defunct American Express prepaid product line.

Lastly, Green Dot continues to earn more shelf placement at the world's largest retailer, where Walmart is adding new facings for Green Dot at more supercenter check lanes, its new Division 1 stores and their highest-volume Walmart Neighborhood Market stores, which are rolling out this month and next. The Walmart MoneyCard Cashback account continues to perform very well, and we greatly appreciate so many years of support and partnership from the Walmart services team.

Now let me review how we're performing against our 2018 Six-Step Plan, our road map for ongoing growth. Step 1 was to continue to grow the number of active accounts year-over-year and to improve the unit economics of those accounts. As you know from the record-breaking results in Q1, we are well ahead

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 2:19-cv-01017-DLR Document 155 Filed 06/24/25 Page 8 of 207 Page ID #:1839
ID #:4319

on this goal, having added nearly 1 million new active accounts while increasing the number of accounts receiving direct deposit by 930,000 on a year-over-year basis.

Our new account products, whether our Green Dot or Walmart branded cards, our new Uber small business checking account, our growing portfolio of rapid pay payroll cards and other products, seem to be appealing to more and more millennials who value the convenience of mobile-centric, on-demand, low-fee bank accounts.

A statistic that illustrates this point really well is not only did we add a record number of active accounts in the quarter, but our products are increasingly becoming a favorite mobile app for our customers, with more than 1.5 million new Green Dot mobile apps being downloaded in just this Q1, a 71% increase over the prior year period. We believe the total addressable market for our account products is quite large, with third-party research commissioned by Green Dot showing that a majority of 18- to 44-year-olds would be interested in opening up a new kind of bank account that you could easily obtain online, via the app stores or in a retail store on a 24/7 basis.

On that topic, you may have seen our new television ads that debuted in Q1 on Comedy Central, MTV, MTV2 and VH1 promoting our Green Dot 5% Cashback Visa debit card as a new kind of bank account. The early results are very positive, supporting our belief that we have a significant opportunity for continued growth in our Account Services division.

Step 2 is to launch a new and compelling use case for the new MoneyPak and to continue to increase the number of retail stores selling MoneyPak. That new use case is now in pilot showing good traction, and we look forward to sharing specifics later this year once we announce our broader rollout. So far, so good.

On the distribution side, our retail sales team is hitting it out of the park with MoneyPak now on sale at 70,000 retail stores, most recently adding most 7-Eleven stores. Given the strong results for their cash transfer product line in the queue, I think it's fair to say that MoneyPak is back.

Step 3 is about continuing to invest prudently for future growth. As you can see from the more than $60 million in year-over-year revenue growth in the quarter, investing in new technologies, new products and new sales channels, along with investing in the people, infrastructure and internal controls to handle it all is an essential part of helping to achieve consistent growth over time.

Altogether, our recent investments into acquiring UniRush; developing a secured credit card product; creating the SimplyPaid disbursement engine; building out our Banking-as-a-Service platform that now powers program from Apple, Intuit, Uber and soon, Stash; and the new product features we've rolled out like Prize Savings at Walmart and the Green Dot 5% Cashback Debit card have been very successful for us, and we believe positions us to drive incremental growth for many quarters to come.

There is, of course, a near-term tradeoff when we make the decision to reinvest some of today's profits back into so many exciting high-potential growth initiatives for tomorrow. Absorbing the associated incremental platform and SG&A expenses on new programs that generally take some time to scale, and therefore, knowing we're going to need to absorb the resulting lower margins on those new programs is a philosophical approach Green Dot has embraced for several years.

The investments we made in the past are helping to propel the strong performance we have today. And we expect that investments we make today will help fuel the growth of tomorrow. For example, in Q1, several new programs drove a material amount of new revenue that had margins well below our established product margins. We discussed this dynamic on our fourth quarter call, but it's actually again worth noting since the year-over-year margin compression in Q1 is actually the net result of us having achieved materially expanded margins on our established product lines being offset by the materially lower margins generated on our large-scale new product lines.

As Mark will share in his section of the call, we are raising full year guidance for revenue and profitability while also reaffirming our expectations for 2018 margin expansion even when considering the growth investments we've made, and will continue to make, in initiatives intended to drive future growth. This ability to invest significant amounts of money into new growth initiatives while still generating year-over-

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

year consolidated margin expansion is, we believe, a very compelling and sustainable part of our products and platform operating model.

Step 4 is part of why Step 3 works so well. That is continuing to drive increasing efficiencies across our consolidated operating platform in order to successfully expand margins year-over-year while still giving us room to invest in growth for tomorrow. While Q1 margins declined for good reasons, as we just discussed, we're anticipating year-over-year margin expansion for the full year. We believe there's still a lot of meat on the bone, so to speak, in terms of opportunities for operating efficiencies and transformational process improvements across the enterprise that we feel can help us continue to achieve these margin goals going forward.

Steps 5 and 6 are about the smart and flexible deployment of capital to enhance shareholder value over time. While we remain focused near term on successfully scaling multiple large platform program launches, we will continue to take a long-term thoughtful approach when considering the best use of our significant cash flow. Our raised outlook, that Mark will provide shortly, does not assume any M&A or share buyback activity, which, of course, would be subject to regulatory approval when and if such an opportunity develops.

So in summary, we are just thrilled how we are executing both on our longer-term corporate strategies and with achieving the right outcomes on our 2018 Six-Step Plan, as evidenced by the results of the Q and the continuing momentum in the business. My thanks to our entire Green Dot leadership team and their team members across the U.S., China and the Philippines. And we thank our investors for your partnership as we continue to build the business.

And with that, I'll now hand the call over to Mark Shifke for his CFO report. Mark?

**Mark L. Shifke**
*Chief Financial Officer*

Thanks, Steve. To echo Steve's comments, the strong momentum in our 6 revenue divisions plus our bank combined to once again deliver better-than-expected results. Total operating revenue of $315 million represented a year-over-year consolidated growth rate in the quarter of 25%. Growth excluding UniRush was also very strong, accelerating by 16%.

As a reminder, on last quarter's call, we said that starting in 2019, we intend to make the following revisions: first, for GAAP reporting, we intend to present net interest income generated at Green Dot Bank from the investment of customer deposits as a component of GAAP total operating revenues, which is more consistent with how other companies report banking net interest income. Historically, we have reported that line item below operating income, which is consolidated along with other net interest income generated outside of the bank.

Second, in an effort to provide more transparency into our economic margins, we intend to present a new non-GAAP revenue figure that reduces GAAP total operating revenue by commissions and certain processing-related costs associated with certain BaaS partner programs, where the partner, and not Green Dot, controls customer acquisition.

In order to provide a smooth transition, we will guide and report results in 2018, as we always have, using our current GAAP presentation and non-GAAP measures. We also will provide supplemental reporting that shows what our results would look like under our new presentation of revenues.

That being said, interest income generated from customer account balances held at the bank was $5.3 million in the first quarter of 2018, reflecting year-over-year growth of 89%. And total commissions and certain processing-related costs associated with certain BaaS partner programs, where the partner, and not Green Dot, controls customer acquisition, was $13.2 million during the quarter. That would mean that consolidated non-GAAP operating revenue under the new presentation would be $307.1 million.

Now moving on to our divisions. The Account Services segment delivered record Q1 revenue of $222.4 million, representing year-over-year growth of 33%. This financial performance is the direct result of executing on our Six-Step Plan.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**720**

GREEN DOT CORPORATION FQ1 2018 EARNINGS CALL | MAY 09, 2018

First, we increased total active accounts 19% year-over-year to approximately 6 million active accounts. Within the active account portfolio, the mix of customers receiving direct deposit of funds grew substantially, as Steve noted, such that now approximately 1/2 of all our active accounts received direct deposit in the quarter. In fact, 80% of all GDV flowing through our Account Services products came from direct deposit.

Second, we generated $11.7 billion in GDV flowing through our accounts, a 57% year-over-year increase. Both the average GDV and revenue generated per active card has increased every quarter since we started reporting 2 segments in 2015, which we believe illustrates the trend of increasing relevance of our products and services to a more engaged customer base.

And finally, the growth in GDV not only drove purchase volume up by 36% year-over-year to approximately $7.5 billion but also was a source of the meaningful bank net interest income contribution I noted earlier. All told, in the quarter, we attracted more highly engaged customers than ever before with better unit economics, as evidenced by the record interchange and fee revenue.

Our Processing and Settlement Services segment also achieved record-setting results for the quarter, generating approximately $102 million in revenue, equating to a 9% year-over-year increase. The strong revenue was driven by healthy growth in the underlying revenue drivers. For example, the number of cash transfers increased 9% year-over-year in part due to the increase in the number of MoneyPak transfers. The revenue we earned for cash transfer transaction improved 11% year-over-year while tax refunds processed were up 2%.

The combined operating segments generated adjusted EBITDA of $104 million in the quarter, up 16% year-over-year. Growth from new BaaS programs was a healthy contributor to revenue but less so to adjusted EBITDA. As is typical in subscription models and as we have shared in our prior calls, new programs historically have initial contribution margins that are well below established product lines.

The reason is that fixed costs, like new staff to run and manage a new program and some variable costs like onboarding cost to register a new customer, supply chain and fulfillment cost to manufacture and mail the card to the new customer's home and call center usage are initially higher with new customers than established customers as they learn to use the product. These are a few examples of the front-loaded new program expenses that Green Dot typically experiences at the start of a new account life, which diminish as a percentage of revenue as the overall program matures and individual accounts age.

That's why the contribution margin on say, a 6-month-old active account, would be far greater than that of a 30-day-old active account. As such, the adjusted EBITDA margin we achieved in Q1 was a result of strong revenue growth and margin expansion from our high-margin established product lines like Green Dot Walmart and GoBank-branded programs, cash transfers as well as tax refund processing, which was offset, as expected, by the rapid revenue growth from lower-margin new programs like the Intuit TurboTax and TaxHawk tax card programs, the Green Dot Platinum Secured credit card program, SimplyPaid disbursement programs and the Apple Pay Cash program.

The net effect was a material growth in both revenue and absolute adjusted EBITDA dollars in the quarter despite adjusted EBITDA margins 240 basis points below the same period last year. Of course, as the new active accounts from Q1 age, we expect the associated margins to improve quite a bit. This is clear in our full year guidance, which assumes consolidated adjusted EBITDA margin expansion of approximately 100 basis points as existing product lines continue to exhibit strong margin expansion while active accounts issued in Q1 show steady margin improvements as they mature. Given our expected first half adjusted EBITDA margin, our implied guidance indicates second half EBITDA margins are expected to expand by approximately 360 basis points year-over-year.

Non-GAAP EPS came in at $1.40 per share, up 40% year-over-year. We achieved this outperformance on non-GAAP EPS primarily from a combination of the flow-through from our better-than-expected EBITDA, a lower effective tax rate and materially higher interest income on cash investments held at our bank subsidiary. While we do not embed interest rate increases in our guidance, a rising rate environment is a tailwind to interest income, considering our bank's asset-sensitive balance sheet. This strong result is

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

net of both a modestly higher share count compared with the prior year period, attributable in part to the dilutive impact of equity awards and a year-over-year increase in depreciation.

The year-over-year non-GAAP EPS benefit attributable to a change in the effective tax rate this quarter relative to our effective tax rate in Q1 '17 is $0.23. Absent the benefit from the lower tax rate, EPS would have grown 17% year-over-year on an apples-to-apples basis. Green Dot once again generated excellent cash flow from operations of $89 million during the quarter. We exited Q1 with nearly $65 million of unencumbered cash on our balance sheet.

Now turning to our updated guidance for 2018 and directional guidance for Q2. We are raising our full year guidance in consideration of our Q1 overperformance and are now expecting operating revenue to be in the range of $1.002 billion to $1.012 billion, equating to year-over-year revenue growth of between 13% and 14% for the full year and a $17.5 million increase at the midpoint from our original guidance range of $982 million to $997 million.

We are expecting adjusted EBITDA to be in a range of $240 million to $245 million, equating to year-over-year growth of between 17% and 19% and full year adjusted EBITDA margin expansion of approximately 100 basis points at the midpoint, which is up from our original guidance range of $236 million to $241 million.

And we now expect our non-GAAP EPS to be in a range of $2.93 to $3 per share, equating to year-over-year growth of between 36% and 39%, which is also up from our original guidance range of $2.81 to $2.88. Our non-GAAP EPS forecast assumes a tax rate of approximately 25%; a fully diluted share count of 54.6 million shares, previously 54.5 million shares; net interest income of $15.5 million, previously $8.5 million; and depreciation and amortization of $42 million, previously $40 million.

Now let's talk about our expectations for Q2. We are estimating Q2 to deliver approximately $249 million in revenue and adjusted EBITDA to be around $52 million, implying an approximate 21% consolidated adjusted EBITDA margin. This margin accounts for expanding margins on revenue from our established product lines, offset by lower-margin revenue from our new product lines as discussed previously. That $52 million in adjusted EBITDA is expected to deliver approximately $0.62 in non-GAAP EPS.

We recognize that a revised full year outlook, while clearly a material raise, implies only an approximate 7% revenue growth in the second half of the year even though our actual growth rate has, in fact, been materially higher. We don't intend to imply that we see a slowdown forthcoming. In fact, as both Steve and I mentioned in our remarks, we feel upbeat about the likelihood of continued strong momentum.

With the strong results in Q1, we felt it was prudent to provide a robust raise in guidance that we have a high degree of confidence in achieving, balanced by our recognition that there is always some level of risk to forecast, given the various new programs and that we have 3 quarters remaining in the year.
And with that, I would like to ask the operator to open the phone for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] The first question comes from Ramsey El-Assal with Jefferies.

**Damian Justus Wille**
*Jefferies LLC, Research Division*

It's actually Damian on for Ramsey. I just wanted to ask on the adjusted EBITDA margin guidance. I'm just wondering if you can kind of help us think through the timing of that for the rest of the year, and what we can expect to the Banking-as-a-Service platform just to scale so that it isn't so dilutive on margins. I know you're guiding to margin expansion for the full year but what should we expect -- or should we expect margin expansion to be relatively muted going forward as you continue to add new clients?

**Mark L. Shifke**
*Chief Financial Officer*

That's a great question. So I think what we've said is during the first half of this year, we are seeing margin compression mainly from the revenue mix being more weighted toward our relatively newer programs. In the back half of the year, we're expecting to see margin expansion, assuming we have the same contribution margin we have today from our established programs as well as our newer programs. And we're expecting to see a little bit more operating leverage in the back half of the year from SG&A being a lower percentage of revenue than it was in the first half. So in general, back half of the year margin expansion; first half of the year, a bit of margin compression.

**Steven W. Streit**
*Founder, President, CEO & Director*

And the question to the point of when the new programs scale, it really depends on the program and the revenue characteristics. But in general, especially in Q1, you have the impact of all the tax programs. Remember, we had the TurboTax program, TaxHawk. We did a tax program with Walmart MoneyCard this year, which did quite well through a lot of TPG pro-tax channel folks. And so you have all these -- so you don't really have the revenue. You have the cards; the cost of issuing; the call center cost; the CIP, which is the customer identification and onboarding cost; supply chain of sending the cards out to people's homes. All that is a cost that happens now and the revenue doesn't play out until those tax refunds hit the card, people start spending money and that kind of thing, and so it tends to get better over time. So it'll scale in the normal course and the margins will, we hope, expand and we plan to have expand year-over-year as they are again this year. But no question in the period, when you issue so many new plastics and it takes time for the money to catch up, you're going to have that moderately compressive reaction, which is something we expected and hopefully signaled okay to you guys.

**Damian Justus Wille**
*Jefferies LLC, Research Division*

Great. And as a follow-up, I wanted to ask on the core business then, the GDV per active card. It seemed to pop this quarter, an implied 27% growth rate. Are there any onetime factors to call out there or is that just kind of overall improvement in the fundamentals? And then kind of along those lines longer term, I mean, how do you think about GDV per active card trending maybe for the remainder of the year and maybe if there's a ceiling coming up on that. It just seems to kind of keep heading north, and I just wanted to see your expectations for that.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. It just turned out fabulously well actually in the sense that, I think I had it in my prepared remarks, that we had a big GDV boost obviously from all the tax cards, right, because an average tax refund is anywhere from, call it, $2,000 to $4,000, give or take. And so that's a big hit of GDV in the quarter to the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

extent those cards have funded. A lot of them will be issued in the quarter but not fund until Q2. But as I mentioned in the prepared remarks, only about 30% of the GDV growth was from those new programs. 60-plus percent, 62%, I think, was the number from the script, is actually from our established product line. So you see this fabulous growth in GDV, yes from the new programs, which is always important. But from just the good old fashioned Walmart MoneyCards and Green Dot classic Visa cards and MasterCards and GoBank, which continues to do extremely well and all the other programs we've launched. So it's pretty broad-based. About 1/3 of that GDV growth from the new tax programs, about 2/3 from our established product lines. So really a success story. When you think about will there be a ceiling? Gosh, there's a theoretical ceiling, of course. But if you think of a regular full-service checking account like one you'd have a Chase or B of A or somewhere being what is typical for the average American consumer and where prepaid cards have been historically, we have a lot of room to grow. And so even though we're up tremendously year-over-year and frankly, several years in a row -- or a lot of quarters, I think GDV has grown every year for as long as we've tracked it. I think we still have a long way to go before we come anywhere near what you'd call maxed out.

**Mark L. Shifke**
*Chief Financial Officer*

Yes. I mean, further to that same point, what you're seeing is an increase in direct deposit penetration in the portfolio. And as that trend continues, we should see continuing growth in GDV per active.

**Operator**

The next question comes from Andrew Jeffrey with SunTrust.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

I guess, the first thing, Steve, just to clarify. When you talk about the platform programs and the extent of the growth they've driven, is that -- can we interpret that as being materially or materially all the new tax programs as opposed to say Uber or Apple Pay Cash? Is that the right way to think about it?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, kind of, sort of. So we can't, as you can imagine, break apart individual programs for you all, but I can give you this guidance only because we kind of had a feeling we would get that question. So if you think about the growth in Q1, think of that in thirds, with 1/3 of that growth being from the Banking-as-a-Service programs, which would include tax but also has Apple Pay Cash and has the Uber programs and some other things in there. But 1/3 is from the new programs, the BaaS programs. 1/3 of that growth is from our established programs, the legacy business, if you will; and 1/3 of that growth was from 2 months of the UniRush acquisition, which had not lapped until March. So it's really 1/3 and 1/3 and 1/3, and again, it shows you, Andrew, this broad-based growth we're enjoying from new products, old products and in this case, the acquisition in the quarter as well.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. And does that hold true for active cards as well that about 1/3 of the growth was UniRush?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, so let me think. You're going to make me disaggregated anyhow, aren't you? Okay, hold on, let me think about this. What can I disclose? So we said -- well, hold on, we had some things in the script, didn't we? On active cards that I can use? Jess, help me, remind me what did I say in the prepared remarks? We know what the internal numbers are. The answer is some of that growth is from -- let's think of it this way, this is not any big deal. I can disclose this because I think it's a really positive number. That's a lot of active cards in the quarter, right, about 1 million more accounts year-over-year. About half of that 1 million came from the new programs and 0.5 million actually came from good old-fashioned Green Dot,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

which again is just a fabulous statistic. We don't normally break apart the accounts that way but that's probably something that I can tell you that isn't too dangerous and it's a great stat.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. That's helpful. And then good to hear the MoneyPak is back, as you say. Can you just describe briefly for us what the value prop is? With all the focus on direct deposit and mobile and changes in the way -- changes in your demographics and changes in the way folks use your cards, who's using MoneyPak? What's the use case? What's the value prop? I'm just trying to understand that distinct from the traditional GPR products.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, well, MoneyPak is a deposit slip. That's the easiest way to think of what the product is, except it's made out of cardboard instead of white paper. But it's a deposit slip. And when you go to reload a prepaid card, whether it's our card or anyone on the Green Dot Network, and we have, as you know, over 200 or maybe now 300 programs on the Green Dot Network, you can swipe your card at the point of sale if it's a card-based program. And you swipe the card and then the money gets put on it, and you don't need the MoneyPak in that one use case. But what if, Andrew, you had a Green Dot card or a card that's on our network, and I wanted to put money on your card. I don't have the card, you do. Well, the MoneyPak is a deposit slip that allows you to do that as a third party and to put money on the card. So people use it that way. It's a very efficient form of domestic money transfer because I can put money on -- in fact, I use it this way: I can put money on my daughter's GoBank account even though I don't have her card with me. She has a card at college, but I can put money on her GoBank account and using that as a very inexpensive form of domestic money transfer. So that's another example. We also use MoneyPak to pay certain bills and for PayPal and other kinds of sources. So it's a -- credit card bill pay is another reason why people buy MoneyPak. So there's a lot of different reasons why folks buy MoneyPak.

I haven't looked at it recently to give you anything more detailed, but my guess is that the majority of MoneyPak, although I may be wrong, Helena Mao, who runs the division would need to tell me, is still that third person domestic money transfer use, a parent to a child, a husband to a wife, a truck driver or somebody who's giving money to a family member on their Green Dot card or it could be another card that's part of our network. So that's still probably the biggest use cases, would be my guess.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. And then one last one for me just as a follow-up on that. Is the growth you're seeing in cash transfers and MoneyPak, in particular, more a function of same-store sales or new distribution partners?

**Steven W. Streit**
*Founder, President, CEO & Director*

It's both. It's growing well month-over-month, year-over-year. And we see expanding growth in the retailers where it's been. And then, of course, as you add new retailers, you get nicer growth from there as well.

**Operator**

The next question comes from Andrew Schmidt with Citi.

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

I guess, a related question then. In the tax season, you had some commentary in your prepared remarks. How did that play out relative to expectations? And what does that imply for the second quarter, I guess, just from a tax revenue perspective?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Steven W. Streit**
*Founder, President, CEO & Director*

So the answer is every -- let me think about this because it could be a great stat. I just want to be accurate. I think, Mark, every product line and KPI we tracked was above expectation. Was there any KPI that was below expectation? I don't think so.

**Mark L. Shifke**
*Chief Financial Officer*

No, I think that the timing of tax season is coming in as we anticipated and we're just outperforming on the actual results.

**Steven W. Streit**
*Founder, President, CEO & Director*

So that went well. So the answer is tax season, but everything went beyond expectation, which drove the revenue beat and the EBITDA beat. And then the other question is what does that mean for Q2. Well, Q2 should be another good second half, if you will -- not half, but a stub period for tax season because while people getting a refund do tend to file their taxes sooner in the quarter and get their money on, the IRS, for good reason, has delayed -- I say for good reason, because Green Dot is a part of how we protect the government from tax fraud and we work with the IRS. And giving those deposits more slowly and more thoughtfully is a big way to protect the government from tax fraud. And so as you may know, the PATH Act, P-A-T-H, PATH Act last year was enacted, which delays deposits to refund filers so we can make sure that they're good filers and some other things. So some of that money and refund money and then revenue that generates from spend and ATM usage and so forth will slip into Q2. And we'll have to see how that does. We can't give you an early read on the quarter. But we would expect, to the extent that there's tax revenue in Q2, that it'll do better than it would have in previous years.

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

Understood. That helps. And then, I guess, on the second quarter, just the EBITDA margin. Is there anything in there in terms of incremental investments that you're making relative to the initial plan? Just curious if there's anything incremental versus just the mix shift towards the newer programs that come in at a lower contribution margin.

**Steven W. Streit**
*Founder, President, CEO & Director*

Mark, you want to take that?

**Mark L. Shifke**
*Chief Financial Officer*

Yes, it's really around the mix shift and it's pretty much consistent with what we were expecting to see in Q2.

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

Got it. And then, I guess, just one last question, more strategic. The SimplyPaid platform, it seems pretty compelling. It fills the void from a B2B, B2C payments perspective. Can you just talk about the strategy in terms of rolling that out to businesses? And I guess, just your experience so far with the adoption of the product.

**Steven W. Streit**
*Founder, President, CEO & Director*

So when you think about adoption in the sales cycle, it's a longer sales cycle, frankly, than I would want. And we have a wonderful sales division and a great revenue division headed by a fellow named Brett

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Narlinger. And Brett -- what I love about Brett is he actually makes me look Type B. That's how Type A Brett is. If you know me, that's saying something maybe. But Brett's fabulous and his team is fabulous. But it's a longer sales cycle because we only pitch, as a general rule, big, large, beefy opportunities because it takes as long to roll out a small client as a big client so you want to get that volume there. But we're working on it and we have a very nice pipeline with SimplyPaid. And I think adoption will ultimately come along. It's done very, very well for us. We're up massively year-over-year with it but would like a lot more activity in the pipeline. Now once it rolls out, the adoption from the end users' point of view, the consumer's point of view or the worker's point of view is tremendous. I was in a funny meeting where the -- or the funny question in a meeting where it was like, "Well, Steve, do low-income people like their money sooner and faster?" And I said, "I think everyone likes their money sooner or faster." I don't care if you're Warren Buffett. Who would want their money -- no, no, delay it, keep it for another week, I like that. So the proposition of simply getting your wages instantly or far quicker than you'd normally get is just very compelling. And it's a very easy proposition for the worker to sign up for. So once you [indiscernible] that, it has tremendous adoption and is very well received. But it's like any enterprise level sale, there's a lot of integration and work that goes into it.

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

Got it. And then, I guess, my last question. Organic card growth for the year. Given the strong start to the year, is -- have your expectations changed at all in terms of just thinking for the year? And I guess correlated to that, just thoughts around converting -- or I guess, efforts around converting the traditional sort of one-and-done tax customers to direct deposit customers? Because I know that's a function of active -- that will be an active function of active card growth for the year.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, you bet. So I think we gave in the guidance call last quarter -- this is just from memory, I could be wrong -- that mid-single digits is what we'd expect active card growth to be. And we'll certainly -- we certainly feel good about achieving at least that. Now the question is, how do we make the most out of all of our tax depositors and make sure that they're not just disbursement customers, that they adopt the product and use it more than that. And we'll have to see how that goes. It's too early. We don't know yet. But early indications are good and we want to retain as many of those customers as we can, and that's why we have features that are good for that. The mobile app, which has been heavily downloaded, you heard me say in the prepared remarks, 1.5 million mobile app downloads for accounts just in Q1 for a company that I don't think 4 years ago had a mobile bank account that -- that was an app-based bank account like that. So pretty impressive numbers. And so the more folks use the mobile app and deposit checks and use the ATM networks and the hope is that people say, "This is actually a really easy account to use and there's no overdraft fees and no bounced check fees. Gosh, I'll use this more and more." And that's how we continue to build our active account base. So as an acquisition portfolio tool, if you will, we think the tax business will generate some good customers for us. What that means numerically, I can't tell you at this point, but we have good hopes for it.

**Operator**

The next question comes from Bob Napoli with William Blair.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

Just a -- on the mobile apps, what programs are driving that? I just -- that number jumped out at me. I don't remember hearing that type of a number out of you for the mobile. Are there certain -- is it tied to the TurboTax or the Intuit program or which --

**Steven W. Streit**
*Founder, President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, it's broad-based. It's Uber, it's Walmart MoneyCard because you need the mobile app to track your cash back. It's the Green Dot 5% Cash Back Visa. Here it gives you a sense of the -- what do I want to call it -- the evolutionary change or the transformational change we're seeing in the company, part because we're driving it, part because sometimes consumers pull you and you learn things of what consumers are doing that even you didn't anticipate. But it used to be, you get the card, you call the call center, you register the card. Maybe if we're lucky, you service your needs on our website as opposed to calling an operator and that kind of thing. But now, people start with the mobile app. And you see the commercial on TV for the Green Dot 5% Visa, whatever it might be, or you get the card from your employer if you're a Rapid! Pay customer or you get it from TurboTax or TaxHawk, whatever it might be. And you just instinctively go to the App Store, you search for the app and you download it. It's just how the world works. So part of it is, yes, we're trying to incite that evolution. Part of it is it's just the behavior and we need to make sure our products easily work in that way. So -- but it's a great sign or a great illustrative data point, which is why I included it in the prepared remarks because those are the kinds of customers you want, that are engaged in the product and more likely to take advantage of the features that we have to offer.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

Great. Are you seeing anything new competitively? I guess, are you noticing Square Cash as a competitor? I mean, obviously, you have some -- the landscape's changed quite a bit over the last few years as you pointed out with Amex.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. No, not in particular. But look, if you think about the landscape of bank accounts, Green Dot, while it's grown very, very nicely, and we have 6 million active customers on the card side of the business, would still be no match for a Chase or a Bank of America or a Wells Fargo or something of that nature. And so to the extent that you have new competitors on the market, I'm sure Green Dot feels some pressure but not to the extent the larger banks would. And it's a very, very big market. So we're not seeing any competitive pressure, and you can see the growth is pretty robust. And we like the fact that there's more and more digital offerings because customers don't see the world as a net zero-sum game. You just become more aware of certain products and a friend has this and another friend has that and the family member has this. And it takes your product category and just makes it feel more mainstream. So the answer is no, we're not feeling competitive pressure from any of those, and Green Dot, I think, would be the king of this kind of disruptive, digitally acquired, in-the-flow bank account. But to the extent there's people out there and if they're beating the drum and advertising, we think that's good for the market in general. But nothing we could point to as a concern at this stage.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

The last question. You guys have continued to generate a lot of cash. You don't have any buybacks or M&A in your outlook. But are -- how aggressively are you looking at M&A opportunities? What type of things would you look to add? And if you don't do M&A, will you plan on buying back stock?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, so the answer is we talk about the right deployment of capital, and we meet for board meetings and Mark and I talk about it and everything from should we pay down debt in advance? Should we keep the money in -- on reserve as the bank grows? We have to have a certain amount of capital in the bank to offset deposits. And different things of that nature, and we don't have a ton of cash in the balance sheet right now relative to our history, although we'll accrue a lot more throughout the year. So I don't think it's any one thing, Bob. We look at M&A. We get a lot of calls, as you can imagine, from bankers. Mark fields those, we talk about them. Some you dismiss out of hand, it's not our cup of tea. Others, you'll investigate further. And if we saw something really exciting, we take a deeper look and maybe seek to engage. But

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the really good acquisitions, at least in our immediate world, we think we've made and we've done a very good job, I think, fair to say on the integrations and getting a lot of value out of those acquisitions and there's a lot more to go. And we deployed about $300 million between UniRush and share buybacks just in the past 2.5, 3 years. That's a lot of cash relative to our size. So it may just be my conservative nature or Mark's nature that we want to take a breather, and let's stockpile some more cash. We have a lot of programs that are growing. We have a lot of new initiatives, many of them organic, the best kind you can have. And so I don't think I would look any time soon for anything dramatic. But we're not against it or anything like that and over time, we'll continue to look at the right ways to deploy capital.

**Operator**

The next question comes from Brad Berning with Craig-Hallum.

**Bradley Allen Berning**
*Craig-Hallum Capital Group LLC, Research Division*

I want to know if I could follow up a little bit further on the app downloads, and maybe you can talk about cost of acquisition for that -- those kind of initiatives. Is that something that you said is just automatically accounts are doing? Are you pushing that from an expense standpoint? And can you talk about how that's impacting cost of acquisitions for the overall kind of mix of business that you're getting now that you're getting more people doing automated downloads to the accounts?

**Steven W. Streit**
*Founder, President, CEO & Director*

Right. Well, the answer is we don't pay any kind of incentives or do any kind of marketing or financial prizes or anything to get people to download the app or, for that matter, even to get them to use the account. We don't like price promotions. We used to do them in the old days. I just hate them, and for lots of different reasons we can go into later. But we don't do price off or discounts or get this free or get that free. Either people like and see value in the product or they don't. And if they don't, shaving $1.00 off something isn't going to change their mind for it. So we focus on the value of it. And so we don't market the app in that way. It's just a natural behavior. And so in that regard, it's been a cost savings for us because to the extent we can have somebody register their account on the website, which does a lot -- have a lot of heavy registration or they can self-service on the website or the mobile app, it's the same effect. Then they're not calling an operator at some amount of money that we have to pay per minute and not generating a lot of follow-up work that is more expensive in the call center. So it's been an overall transition that's helped us become more efficient. But we have a long way to go there in terms of making our customer service empire more efficient and evolving with new tools and chat and all the kinds of things that we need to continue to do to service modern customers who don't want to talk to people. In the old days, people used automation and you were viewed as cheap. "Oh, they're a cheap airline. They made me get my ticket from the kiosk." Now the answer is, "No." You go to check in at Southwest here at Burbank airport. There may be 3 open employees behind the counter, but you just don't even want to make eye contact. You go right to the automated attendant. It's just the modern way, for better or for worse, that people like to conduct their business. So we just want to make sure we have all the automated tools. And the fact that more people are just habitually using the app, just as consumers behave whether with us or any other kind of company, has been a real advantage for the cost base, and we hope that will continue and we'll certainly do our best to drive it, but we don't pay incentives or cost per acquisition for it.

**Bradley Allen Berning**
*Craig-Hallum Capital Group LLC, Research Division*

And the follow-up kind of correlated to this is the margin expansion in the second half that you're talking about. And this just despite the seasonality of some of the revenues. So should we think about that as kind of the new core base to build off of going forward? Or is there like we're going to have chunky investment periods over time? Or should we just be continuing to kind of build off of that second half base? Obviously, there's seasonality of revenues and margins that go [indiscernible] [ impact ] businesses, et cetera. But from a core standpoint, should we think about that as the building place to go from?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, it's really a revenue mix issue, so I'd be careful about thinking it's a platform, good or bad. So every quarter has its unique mix of revenue. Remember, we have over 30 products in the company, 6 divisions plus our bank. Some are very, very high-margin, like interest income at the bank, for example, would be almost all margin, or other kinds of revenue on our legacy accounts. We have customers who have been here 5, 6, 7 years. To the extent they're on direct deposits, those are very, very high margin accounts. We have sort of a mix issue. If you have a whole lot of new customers coming into the company as we did in Q1 in one period, all that cost is up front. It's all loaded up front. So you have almost all cost, no revenue. Then as they age, that'll get a little bit better. So I think it's really a question of revenue mix and the underlying margins on our established product lines continue to grow really, really well. If you think of the second half, the mathematically implied basis point expansion is about 360 basis points year-over-year, in other words, second half of last year compared to second half of this year. And you say, "Well, gosh, what do you have to do to get there?" Well, it's what we're doing already. We already have that on established product lines, it's just that the revenue mix in second half is much more established product lines and much lower -- new product lines because we're not in tax season. So it's really the nature of how you sign up those new programs and as you go. And so I think to the extent we have this margin expansion and the company's been generally expanding if you take, all things being equal, 100 or 150 basis points a year, that's about where we are. We will be again this year. And I think that's probably a better way to think of it. Is that helpful, the way I explained that?

**Bradley Allen Berning**
*Craig-Hallum Capital Group LLC, Research Division*

Yes, it's very helpful actually. And then on the secured card, can you give an update on the status of that and your expectations going forward?

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, it's going very well. We always thought secured card would be a natural extension for our company because you have so many millennials, now 60% of our customer base, using our products. A part of those millennials, by definition, are lower income because young people don't -- unless you're graduating from Harward with a law degree or something, you're not leaving college and making $100,000 a year. So low and moderate income Americans are disproportionately occupied by lower -- by younger people. And so -- I forgot the question. Where was I going with that?

**Unknown Executive**

Secured card.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, secured card. So the opportunity to build a credit file that's good is very popular with our customer base because you have all these young people who want to build a credit file for the future or people who may be in their 40s or 50s but have had a rough time with credit earlier in their life and who want to repair it. So it's just a great line extension for us and it's done very, very well and continues to do well. And the revenue and ultimately, EBIT on that program will build over time. So we feel good about it.

**Operator**

[Operator Instructions] The next question comes from Joseph Vafi with Loop Capital.

**Joseph Anthony Vafi**
*Loop Capital Markets LLC, Research Division*

I think it was PayPal was pretty active here in their commentary here recently, talking about the underbanked as a new segment. I think it's a testament to them, perhaps seeing your business model

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

working well. But just wondering if you have any comments on PayPal, perhaps, looking to get into a business that's a little bit closer than yours. And then secondly, if we look for margins to rebound in some of the new product lines, which cost lines do you think there will be the most leverage on as we look towards the end of this year?

**Steven W. Streit**
*Founder, President, CEO & Director*

You bet. So I'll let Mark take the question about which cost, if you can answer it, [ with sort of the ] most leverage. And then -- and I'll take -- do you want me to do the PayPal question first?

**Mark L. Shifke**
*Chief Financial Officer*

Yes.

**Steven W. Streit**
*Founder, President, CEO & Director*

Okay. So look, we know that all kinds of companies will do all kinds of things and I think the PayPal you mentioned, they talked about doing the pilot with a number of small banks as their partner to see if they could pilot an account. And -- but again, much like the question I had from, I think it was Bob Napoli on Square Cash, Green Dot is a franchise. People do best what they do most. It's just the way it works. And our franchise is pretty big and getting bigger. And the customer just doesn't look at the world that way of zero-sum game. So the more people who are providing digital accounts, the better, as far as I'm concerned. We saw this in the prepaid side of our business. If you remember, there's a big hurrah going back, oh, 2012, maybe -- where you had American Express and you had Western Union and you had MoneyGram, and you had -- I can't remember them all, a whole bunch of -- Chase with Chase Liquid. You had a whole bunch of companies out there competing in the prepaid field, and the question was would that hurt Green Dot? At the time, we didn't know. But the answer is it helped Green Dot because it made the product category feel more mainstream. And admittedly, the PayPal thing is not a big rollout and they've talked about it being an experiment or a pilot. But we think our franchise is quite strong, getting stronger clearly and would only be stronger yet if we had other technology companies issuing digital accounts. And frankly, with our BaaS Platform, we would hope that we're the partner that some of these companies use to get that product to market. So that -- anyway that's, I guess, the best I can say about PayPal. Great company, and of course, they're a good partner of ours on the Processing and Settlement segment of our company as well. And then, Mark, you want to talk about the cost thing, anything you can reveal of great interest?

**Mark L. Shifke**
*Chief Financial Officer*

Not really.

**Steven W. Streit**
*Founder, President, CEO & Director*

How about bad interest?

**Mark L. Shifke**
*Chief Financial Officer*

Yes. We'll go there. So look, I think in general, at a high level, you'll see in the second half of the year just a higher contribution margin because of the mix shift. And SG&A being -- declining as a percentage of revenue. If you dig down a little bit deeper, I think you'll see it in the [ comp and bens ] line. We should be getting some more efficiencies to our call center, people who have had the card, as we said in our prepared remarks. You're not getting as many people calling in, in the second half of the year for people who are already established customers as you do during first half of the year, particularly during tax season. Probably in the sales and marketing line, we'll probably see some pickup relative to supply chain and rev share. I think that's -- those are the main drivers.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Steven W. Streit**
*Founder, President, CEO & Director*

That was a lot -- it's pretty good. That's a lot more detailed than I thought you'd be.

**Mark L. Shifke**
*Chief Financial Officer*

I hate giving details, but I'm tired.

**Steven W. Streit**
*Founder, President, CEO & Director*

I'm just watching you, thinking that was very impressive. Very impressive.

Okay, we're already at the hour mark but we have more questions, and I'm okay to go forward if you guys are. You guys good? You want to go another 15 minutes?

**Mark L. Shifke**
*Chief Financial Officer*

Yes, sure.

**Steven W. Streit**
*Founder, President, CEO & Director*

Let's go to Tien-tsin over at JPMorgan.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Good revenue growth. I just wanted to test your conservatism on revenue in the second half. So correct me if I'm wrong, but the tax refund costs are funded, then it will be either spent or withdrawn, which will influence your economics. So when will you have a good sense of the performance of the new programs? Do you think you'll have that by the time you report second quarter earnings?

**Steven W. Streit**
*Founder, President, CEO & Director*

First of all, we're never conservative, only prudent and thoughtful.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

There you go.

**Steven W. Streit**
*Founder, President, CEO & Director*

So the answer is -- look, we -- the company is doing very well. The momentum is undeniably strong. The numbers are what they are and you can track the trends as well as we can, maybe better given how good you and Reggie are at that stuff. But when we prepare guidance, and as Mark mentioned, the second half implies only about a 7% revenue increase, which is quite a bit below where we have been in reality. But it's only Q1, and we always want to be thoughtful about the fact that we have 3 quarters to go, and we want to guide a number that we know, come hell or high water, we can hit. And we don't want to guide something that's speculative, and that's been part of the charm of Green Dot, so we don't want to get ahead of ourselves, and we don't want Wall Street to get ahead of us. So it is a prudent guide, but I wouldn't say that the guide is a reflection of any concern in the momentum. And to your point, Tien-tsin, things look very good.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Good. That's good to know. And I'll be really quick on the follow-up. Just the pipeline maybe for new Banking as a Service partners. Any change there?

**Steven W. Streit**
*Founder, President, CEO & Director*

It's strong. There's a lot of opportunity there and we're in a very fortunate position. And the revenue team is just so awesome. I mean, so improved over what it was several years ago. We really can pick and choose our partners because it's hard to roll these things out. And so while the partner, in many ways, is interviewing Green Dot, we're interviewing the partner because there's a lot of regulatory diligence that goes into running these programs, a lot of vendor management, a lot of load on the system. And we think we've become really, really good at being the backbone for these large meaty enterprise-level programs. And there's a lot of folks out there who want to do things. And if we're lucky, we'll want to do business with the people who want to do business with us and we'll continue to roll out cool programs but nothing certainly to announce today.

**Operator**

The next question comes from Vasu Govil with Morgan Stanley.

**Vasundhara Govil**
*Morgan Stanley, Research Division*

Quickly, I first wanted to follow up on some other tax-related questions that you guys got before. Is there a good rule of thumb to use for distribution of tax revenue through the year?

**Mark L. Shifke**
*Chief Financial Officer*

You mean like how does, for example, if you issue X hundred thousand accounts in Q1, how the revenue from those cards pay off over the quarters?

**Vasundhara Govil**
*Morgan Stanley, Research Division*

Right, right, exactly.

**Steven W. Streit**
*Founder, President, CEO & Director*

Oh gosh. Good rule of thumb. Should I take a swag at it or not answer? I'm looking at our Chief Accounting Officer.

**Jess Unruh**
*Chief Accounting Officer*

I think it's a really tough question. And in part, this is -- our tax season this year is dramatically different than it was last year. In addition to all the core growth we have, we've added some new partners and new programs. So I would say it's hard to draw any firm conclusions our first year out of the gate.

**Steven W. Streit**
*Founder, President, CEO & Director*

Let me say this, Vasu, to help you out a little bit on your modeling. I think it's pretty obvious, or should be obvious, that all the revenue doesn't come in Q1. And that we expect there to be revenue throughout the year. And so if you think about how a load is received, let's say, you got a $3,000 tax refund and you got it in March or April and how you'd take it off at ATMs and spend it over time, you could probably come up with some spending curve and how that generates revenue over the remaining months of the year. So that may give you some indication as you just think about what would you do with a $3,000 or a $4,000 tax refund if you had it. And how do you think people might spend that over time. You probably wouldn't be far from what it is in reality.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Vasundhara Govil**
*Morgan Stanley, Research Division*

Got it. And then just to follow up on, I think you guys have talked about piloting a prefund -- tax prefund program under the [indiscernible] last year. Was that something that was rolled out more broadly this year? And did that contribute to some of the trends that you saw in active card growth this quarter?

**Steven W. Streit**
*Founder, President, CEO & Director*

It did, yes. So in tax, we had several new programs. We have, of course, Intuit's TurboTax, which is a great program. We have TaxHawk, which is a good program. We sold Walmart MoneyCard, our Walmart product through TPG Pro Channel customers, which was a meaningful add. And then, of course, you have tax promotions just with Green Dot where people buy Green Dot off the shelf as a direct deposit vehicle to receive their tax refund. So all of them were added. The TPG program was not a pilot last year. We had it but it did grow year-over-year.

**Operator**

The next question comes from Jeff Cantwell with Guggenheim Securities.

**Jeffrey Brian Cantwell**
*Guggenheim Securities, LLC, Research Division*

Most of my questions have already been answered, but mine was just a follow-up on your commentary on SimplyPaid. My question is, away from Uber, where are you seeing that product expand the quickest? Is there any sort of color you can give us there? Because we hear a lot about adoption by 1099 workers and from the gig economy very generally but it's always helpful just to be able to think through the various verticals that are seeing adoption of the product. [indiscernible].

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. What's interesting is that our early belief was that it would be all gig economy, and that's turned out not to be the case. There's probably more interest, believe it or not, from regular W-2 employees who are finding -- trying to find ways to keep their W-2 low income wage workers, minimum wage workers, more engaged, showing up to work more often, not calling out sick and paying them daily really helps people to be more engaged with their job. And then a lot of these traditional W-2 workers, retailers and others, have a component of their workforce which is part-time, or it could be 1099, whether it's factory workers, delivery people, that kind of thing. So I would actually say that more traction has come from the more traditional employers side of the aisle than actually the gig side. And I think that just maybe because there are not really that many gigantic gig employers. There are several, clearly, but there's a lot more W-2 employers. So we're getting lots of interest from both but maybe more from traditional employers than I would have first thought.

**Jeffrey Brian Cantwell**
*Guggenheim Securities, LLC, Research Division*

Appreciate that. And then just the last one. On Apple Pay Cash, you've spent time on this but I just want to ask. Is there something in the data that you're seeing that's either making it more optimistic or less optimistic? And what can you kind of point us to in terms of what you're seeing as a value proposition about [ free cash ] relative to maybe some of the other P2P platforms?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, I think yes, you bet, thank you for the question. I think the answer is we love the partnership with Apple because, look, it's Apple. And what a fabulous company to be a technology and banking partner to. It makes us a better company. People underestimate this. Whether you're me, a CEO, or any of our product team members, our legal team, government relations, our great banking team at Green Dot Bank,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

when you're matched up with partners like Apple and Walmart and Intuit and so forth, it makes you a better company because you have to play at their level and it [ matures ] the company and we love that partnership. And so we feel blessed and optimistic every day to work with companies like that. It helps make Green Dot better at these enterprise-level programs. And the value proposition for the customer is pretty clear if you just check out the social media. People believe it's easy and well put together and seamless. And as soon as you get the money, you can spend it. You can also sweep it out to another checking account. You can do the Venmo thing if you want. But you can also just spend it right away with your -- tapping and paying your phone or paying at a taxicab. So I think people enjoy the service and Apple, of course, as you would expect, does a great job in making the screens look good and making the user experience very, very strong. So that's that. And we like the program and the partnership. Mobile payments are early in their macro, as you know, but we love the fact that we have our foot in all these really positive wells of opportunity. Is that the right analogy? To foot, your well -- what do you draw well -- money out of -- water out from the well? [ Are ] pumps -- anyhow, we have a lot of good opportunity.

**Unknown Executive**

Buckets.

**Steven W. Streit**
*Founder, President, CEO & Director*

Buckets, yes. We have a lot of buckets and a lot of wells.

**Operator**

The next question comes from Mike Grondahl with Northland Securities.

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

Steve and Mark, your 1 million new active accounts was a really good number, and I don't know whether to be more excited about the 500,000 roughly legacy Green Dot accounts or the 500,000 sort of new platform cards. But my 2 questions are the TAM that you're going after on those new platforms, how penetrated do you think you were? And do those cards have the ability, over time, to kind of generate the same fees or economics of your legacy cards?

**Steven W. Streit**
*Founder, President, CEO & Director*

I don't know. The answer is if a lot of them turn into heavy direct deposit users over the long term, the answer is it could be. But to the extent that the more legacy products have monthly maintenance fees and so forth, they have higher revenue. So in order for the TAM card -- I'm sorry, for the BaaS cards to equal in revenue they'd have to be mostly direct deposit, which so far, they've been. So it could be, Mike, but they're very different fee schedules and different kinds of products. And I don't know that we have an expectation that margins, because of that revenue, will ever be as rich as our legacy products, but they're all additive and they all do a good job. And over time, to the extent there are heavy deposits and heavy usage, they certainly could be. It's very early to know. And then in terms of the TAM and how penetrated we are, we don't think a whole lot. Look, when we first launched the company, if you think back to the IPO in 2010, we thought the TAM, we described as underbanked and unbanked American families. We said they were 60 million adults, I think is what the quote was, or the number was at that time, and we got that number from one of the federal agencies. And that was the number that was used by a lot of companies, not just ours. But now, the TAM really isn't that. In other words, that TAM has nothing to do with an Apple program or an Intuit program or, for that matter, our Green Dot 5% card. When you see us on MTV or Comedy Central, when you see a Green Dot ad, it has nothing to do with prepaid. It's not -- they don't even know -- the viewer doesn't even know about prepaid. It's just a new kind of bank account that appeals to a different generation with a different value proposition that feels very fair [ and ] organic and not tested on animals and all the cool things that you do with products that go after the millennial and younger audience. And that's a new audience for us. So if you think about the research that I alluded to in my prepared remarks, that a majority of young people, young meaning under 44, indicate that they'd

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

be very open to this kind of account, look, I don't know, we have 6 million accounts. Some are going to be from low-income people, a lot are not, which is why we're having such a great boon in direct deposit and GDV. We added [ $4 billion-plus ] in GDV in the quarter. And I mentioned, Mike, in the prepared remarks, over 2/3 of that -- or 2/3 of that, rather, was not from new programs. It was from old-fashioned Green Dot and Walmart cards. So it shows you that we're still fairly early on in that TAM, and we've clearly been able to realign our sights higher to say, "Look, we'll always want to serve low and moderate income Americans because it's part of our mission. It's been a great part of our mission, and it continues and always will be part of our mission." But it turns out that having a really cool, modern, easy to get, low-cost, penalty-free card is not just for low-income people. Like -- rich people like that, too, as it turns out. So we just seem to have a lot of new energy towards the products because it's not viewed as low income. It's just viewed as smart. And smart is in vogue in any segment.

**Mark L. Shifke**
*Chief Financial Officer*

Just to follow on what Steve said, I think in the sort of the 18- to 44-year-old market, there's about 110 million people that could be part of the target audience. And in terms of margins, one of the things that we need to think about on a go-forward basis is we are accumulating large amounts of deposits. And we have an opportunity, particularly in a rising interest rate environment, to generate higher returns on those deposits. So we think there's great opportunity for that as well.

**Steven W. Streit**
*Founder, President, CEO & Director*

And we have one left, Steven Kwok of KBW.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Just one follow-up around the EBITDA margin. Do we know how much of the drag this quarter was related to the newer branded product lines and Banking as a Service? And then how fast can the margins there ramp up? What's a good long-term profile for them?

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, I mean, it's a good question. I think we've done our best to cover it but the reality is [ at all ]. I don't even want to call it a margin drag. That sounds so negative. It's just a natural mathematical component of launching a new product. So it kind of it is what it is. But the established side of our business, expanded in margins and you can see that expansion by looking at the second half forecast that shows 360 basis points of expansion, not because we're doing anything to make that happen as much as it's just that the revenue mix is more weighted towards established cards. So that kind of gives you a sense of how that's been expanding. So I think the margin compression of 240 basis points in Q1 is a result of all these new fabulous customers we've acquired. But we've paid all those costs without the benefit yet of the majority of that revenue. Does that answer the question?

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

And then as we think about for next year, would these onetime costs reappear or is this just for the first quarter? And so we shouldn't see that impact anymore?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, it's hard to forecast future years. I mean, it depends on how many new programs we have and how many new customers we're getting. But our goal is, as we've been able to achieve year-over-year margin expansion, which is always a mix of lower-margin programs coming into the fold and then maturing over time with our established programs that have matured, and you always have that revenue mix that's keeping you expanded, if we do our jobs properly, at about 100 basis points. But every year is different,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and in theory, if you signed a ton of new programs and we're really growing like a weed, it could be maybe margins didn't expand as much. It could be in years where you were more weighted towards established programs, you could expand massively. It just depends on mix of the year and it would be a little bit early probably to guide '19.

**Mark L. Shifke**
*Chief Financial Officer*

Yes. It is a little early to guide that. But look, I think it's -- in short, it's a really high-class problem. We're investing in great new programs that are clearly paying off. And if we have the opportunity to continue to grow new programs, we'll certainly do so.

**Steven W. Streit**
*Founder, President, CEO & Director*

Listen, we are done. We went a little bit long but we appreciate you hanging on and hope we were able to provide you with good information. We have an investor conference tomorrow in Beverly Hills, somewhat local, although in L.A. from Pasadena to Beverly Hills, it's like a 3-hour drive, so 20 miles in 3 hours. We'll do that tomorrow. And then we're in Boston with JP Morgan the following week, right? So we'll see some of you there. Thank you all for listening, and have a great day. Bye-bye.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

GREEN DOT CORPORATION FQ1 2018 EARNINGS CALL | MAY 09, 2018

**738**

# Exhibit J

**Deutsche Bank**
Markets Research

| | | |
|---|---|---|
| **Rating** | **Company** | **Date** |
| # Hold | # Green Dot Corporation | 9 May 2018 |
| North America | | ## Results |
| United States | | |
| TMT | | |
| Payments, Processors, & IT Services | | |

| Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|
| GDOT.N | GDOT US | NYS | GDOT |

| | |
|---|---|
| Price at 9 May 2018 (USD) | 63.30 |
| Price target | 64.00 |
| 52-week range | 68.79 - 35.69 |

# Beats Conservative Guidance Again

### Guides 2Q18 EBITDA/EPS below street; raises full year guidance

In line with the prior quarters, GDOT beat conservative guidance. EBITDA margins declined y-o-y in 1Q18 and came in below expectations and company guided to 2Q18 EBITDA significantly below street estimates potentially due to lower contribution margin for new programs; however, the company expects 100bps of EBITDA margin expansion for FY18 driven by operating leverage in 2H18. GDOT also raised the full year guidance by the 1Q18 beat. Given the conservatism baked into the guidance, we are raising our FY18E and FY19E EPS to $3.07 and $3.37 respectively and our target price to $64. Maintain Hold.

### Positives

- Revenues of $315m (25% Y/Y, 16% organic) beat company guidance of $295 - $300m and our/consensus est. of $300m/$297m. Organic revenue accelerated to 16% Y/Y, ~8% from TurboTax and the remaining ~8% from core growth.

- We estimate TurboTax contributed ~$20m of revenues in 1Q18 since ~1/3rd of the growth came from TurboTax, ~1/3rd from core growth, and the remaining 1/3rd from 2 months of Unirush acquisition.

- Active cards were roughly inline with our estimates while cash transfer transactions came in below our estimates but the revenues beat our estimates due to higher-than expected revenue per active cards driven by higher fees and interchange revenues. EPS of $1.40 was roughly inline with our est. of $1.42 but significantly beat street est. of $1.29.

- Card and other fees of $130m beat our/ street expectation of $121m/ $120m driven by higher fee per active card. Revenue per active card grew 9% Y/Y to $7.27, significant improvement compared to roughly flat y-o-y increase in 2H17 while average fee per cash transfer transaction also increased 17% Y/Y to $4.39. Processing and settlement service of $100m came roughly inline with our estimate of $101m but beat street estimate of $93m. Interchange totaled $85m beat our/street estimate of $78m/ $77m.

- Active cards increased 18% Y/Y to 5.96m, roughly inline with our estimate of 5.97, and was driven ~50% due to growth in the core and remaining 50% from new programs including TurboTax.

### Valuation & Risks

**Ashish Sabadra**

Research Analyst

+1-415-617-3329

| Key changes | | | |
|---|---|---|---|
| TP | 60.00 to 64.00 ↑ | | 6.7% |
| EPS (USD) | 2.88 to 3.07 ↑ | | 6.5% |
| Revenue (USDm) | 995.1 to 1,026.7 | ↑ | 3.2% |

*Source: Deutsche Bank*

---

Deutsche Bank Securities Inc.                                                     Distributed on: 10/05/2018 03:45:10 GMT

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 091/04/2018.

9 May 2018
Payments, Processors, & IT Services
Green Dot Corporation



- GDOT added 930K new direct deposit customer to their portfolio compared to prior year. Roughly ½ of the active cards received direct deposit in the quarter and 80% of the GDV came from direct deposit consumers (including tax refund from direct deposit). Increase in direct deposit customers led to 35% Y/Y increase in purchase volume to $7.44bn beating our estimate of $6.9bn.

Figure 1: 1Q18 estimates and guidance

| GDOT | Guidance | Consensus | DB est | Actual |
|---|---|---|---|---|
| Card and other fees | | $120.2 | $121.2 | $130.1 |
| Processing and settlement service | | $92.6 | $101.0 | $108.2 |
| Interchange | | $76.8 | $78.1 | $84.7 |
| Operating revenue | $295 - $300 | $297.3 | $300.3 | $315.0 |
| YY Growth | | 17.9% | 19.7% | 34.5% |
| Adj EBITDA | | $100.3 | $109.1 | $104.4 |
| Adj EBITDA margin | | 33.7% | 36.3% | 33.1% |
| Tax rate | | | 25% | 25% |
| Pro forma EPS | | $  1.25 | $1.42 | $1.40 |
| Operting metrics | | | | |
| Active cards | | | 5.97 | 5.98 |
| Cash transfers | | | 11.12 | 10.10 |
| Tax refund transactions | | | 8.78 | 8.75 |
| Purchase volume | | | $6,941.5 | $7,440.0 |

Source: Company data, Deutsche Bank estimates, FactSet

Items to monitor

- EBITDA margins declined 240bps Y/Y to 33.1% due to lower margins on new programs including Intuit TurboTax program. GDOT also expects EBITDA margin compression in 2Q18 but expects 100bps margin expansion for the full year driven by operating leverage in Sales and Marketing as well as Compensation and benefits expenses.

- Cash transfer transactions grew 9% Y/Y to 10.1m but came in below our estimate of 11.1m due to lower cash transfer transaction per active card potentially due to increase in number of direct deposit customers.

- Tax refund transaction grew modest 2% Y/Y to 8.75m, inline with our estimate of 8.78m and company expectation of modest low single digit growth in TPG business but slowdown from 5% Y/Y growth in 1Q17.

2Q18 estimates vs guidance
We are raising our 2Q18 revenues from $251m to $265m above the guidance of $249m while maintaining our EPS of $0.67 above the company guidance of $0.62.

Deutsche Bank Securities Inc.

9 May 2018
Payments, Processors, & IT Services
Green Dot Corporation

Figure 2: 2Q18 estimates and guidance

| GDOT | 2Q18 Guidance | Consensus | DB est | Updated DB est |
|---|---|---|---|---|
| Card revenues | | $119 | $119 | $127 |
| Cash transfer revenues | | $55 | $57 | $59 |
| Interchange revenues | | $72 | $75 | $79 |
| **Revenues** | $249 | $248 | $251 | $265 |
| *Y/Y Growth* | | -2.0% | 12.6% | 19.0% |
| | | | | |
| EBITDA | $52.0 | $56.0 | $55.5 | $54.8 |
| Adj. EBITDA margin | 20.9% | 22.6% | 22.1% | 20.7% |
| | | | | |
| EBITDA growth | | | | |
| **Adjusted EPS** | **$0.62** | **$0.66** | **$0.67** | **$0.67** |

Source: Company data, Deutsche Bank estimates, FactSet

### FY18 estimate vs guidance

We are raising our FY18 revenues from $995m to $1,027m above the updated guidance of $1,002m - $1,012m and EPS from $2.88 to $3.07 above the guidance of $2.93 - $3.

Figure 3: FY18 estimates and guidance

| GDOT | FY18 Consensus | DB est | Updated DB est | Guidance | Prior Guidance |
|---|---|---|---|---|---|
| Card revenues | $467 | $461 | $479 | | |
| Cash transfer revenues | $225 | $230 | $237 | | |
| Interchange revenues | $298 | $295 | $310 | | |
| **Revenues** | $993 | $995 | $1,025.7 | $1,002 - $1,012 | $982 - $997 |
| *Y/Y Growth* | 12.3% | 11.6% | 15.2% | 13.8% - 13.7% | 10.3% - 12.0% |
| | | | | | |
| EBITDA | $240.1 | $238.3 | $248.0 | $240 - $246 | $237 - $241 |
| Adj. EBITDA margin | 24.0% | 23.7% | 24.2% | 24.0% - 24.3% | 24.0% - 24.2% |
| | | | | | |
| EBITDA growth | | | | | |
| **Adjusted EPS** | **$2.87** | **$2.88** | **$3.07** | **$2.93 - $3.00** | **$2.91 - $2.98** |

Source: Company data, Deutsche Bank estimates, FactSet

9 May 2018

Payments, Processors, & IT Services

Green Dot Corporation



# Appendix 1

## Important Disclosures

## *Other information available upon request

| Disclosure checklist | | | |
|---|---|---|---|
| Company | Ticker | Recent price* | Disclosure |
| Green Dot Corporation | GDOT.N | 63.30 (USD) 9 May 2018 | 2, 6, 9 |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors . Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/ Research/Disclosures/CompanySearch. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Topics/Equities? topicId=RB0002. Investors are strongly encouraged to review this information before investing.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

2.      Deutsche Bank and/or its affiliate(s) makes a market in equity securities issued by this company.

6.      Deutsche Bank and/or its affiliate(s) owns one percent or more of a class of common equity securities of this company calculated under computational methods required by US law.

## Important Disclosures Required by Non-U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

2.      Deutsche Bank and/or its affiliate(s) makes a market in equity securities issued by this company.

6.      Deutsche Bank and/or its affiliate(s) owns one percent or more of a class of common equity securities of this company calculated under computational methods required by US law.

9.      Deutsche Bank and/or its affiliate(s) owns one percent or more of any class of common equity securities of this company calculated under computational methods required by India law.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Ashish Sabadra

9 May 2018

Payments, Processors, & IT Services

Green Dot Corporation

## Historical recommendations and target price. Green Dot Corporation (GDOT.N)
*(as of 05/09/2018)*



Current Recommendations

Buy
Hold
Sell
Not Rated
Suspended Rating

** Analyst is no longer at Deutsche Bank

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. | 06/23/2015 | Hold, Target Price Change USD 21,00 Ashish Sabadra | | 6. | 04/26/2017 | Hold, Target Price Change USD 34,00 Ashish Sabadra |
| 2. | 11/06/2015 | Hold, Target Price Change USD 18,00 Ashish Sabadra | | 7. | 05/10/2017 | Hold, Target Price Change USD 37,00 Ashish Sabadra |
| 3. | 02/25/2016 | Hold, Target Price Change USD 23,00 Ashish Sabadra | | 8. | 08/09/2017 | Hold, Target Price Change USD 42,00 Ashish Sabadra |
| 4. | 08/05/2016 | Hold, Target Price Change USD 25,00 Ashish Sabadra | | 9. | 11/08/2017 | Hold, Target Price Change USD 54,00 Ashish Sabadra |
| 5. | 02/27/2017 | Hold, Target Price Change USD 30,00 Ashish Sabadra | | 10. | 01/02/2018 | Hold, Target Price Change USD 60,00 Ashish Sabadra |

## Equity Rating Key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.

Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock.

Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships



9 May 2018
Payments, Processors, & IT Services
Green Dot Corporation

## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness. Hyperlinks to third-party websites in this report are provided for reader convenience only. Deutsche Bank neither endorses the content nor is responsible for the accuracy or security controls of those websites.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies, perspectives or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that may be inconsistent with Deutsche Bank's existing longer-term ratings. Some trade ideas for equities are listed as SOLAR ideas on the Research Website (https://research.db.com/Research/) , and can be found on the general coverage list and also on the covered company ' s page. A SOLAR idea represents a high-conviction belief by an analyst that a stock will outperform or underperform the market and/or a specified sector over a time frame of no less than two weeks and no more than six months. In addition to SOLAR ideas, analysts may occasionally discuss with our clients, and with Deutsche Bank salespersons and traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if an opinion, forecast or estimate changes or becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company-specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst or of the Research Department Management, and the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst ' s judgment. The financial instruments discussed in this report may not be suitable for all investors, and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice, and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Performance calculations exclude transaction costs, unless otherwise indicated. Unless otherwise indicated, prices are current as of the end of the previous trading session and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is also sourced from Deutsche Bank, subject companies, and other parties.

The Deutsche Bank Research Department is independent of other business divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research are available on our website (https://research.db.com/Research/) under Disclaimer.

Deutsche Bank Securities Inc.

Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed-rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss. The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or liquidation of positions), and settlement issues related to local clearing houses are also important risk factors. The sensitivity of fixed-income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. The index fixings may – by construction – lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. Funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Options on swaps (swaptions) the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including market, counterparty default and illiquidity risk. The appropriateness of these products for use by investors depends on the investors' own circumstances, including their tax position, their regulatory environment and the nature of their other assets and liabilities; as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited – up to theoretically unlimited losses. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option, investors must review the "Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp. If you are unable to access the website, please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including: (i) exchange rates can be volatile and are subject to large fluctuations; (ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government-imposed exchange controls, which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Deutsche Bank is not acting as a financial adviser, consultant or fiduciary to you or any of your agents with respect to any information provided in this report. Deutsche Bank does not provide investment, legal, tax or accounting advice, and is not acting as an impartial adviser. Information contained herein is being provided on the basis that the recipient will make an independent assessment of the merits of any investment decision, and is not meant for retirement accounts or for any specific person or account type. The information we provide is directed only to persons we believe to be financially sophisticated, who are capable of evaluating investment risks independently, both in general and with regard to particular transactions and investment strategies, and who understand that Deutsche Bank has financial interests in the offering of its products and services. If this is not the case, or if you or your agent are an IRA or other retail investor receiving this directly from us, we ask that you inform us immediately.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://research.db.com/Research/ on each company ' s research page. Investors are strongly encouraged to review this information before investing.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts located outside of the United States are employed by non-US affiliates that are not subject to FINRA regulations, including those regarding contacts with issuer companies.

**Germany**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany ' s Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong**: Distributed by Deutsche Bank AG, Hong Kong Branch or Deutsche Securities Asia Limited (save that any research relating to futures contracts within the meaning of the Hong Kong Securities and Futures Ordinance Cap. 571 shall be distributed solely by Deutsche Securities Asia Limited). The provisions set out above in the "Additional Information" section shall apply to the fullest extent permissible by local laws and regulations, including without limitation the Code of Conduct for Persons Licensed or Registered with the Securities and Futures Commission. .

**India**: Prepared by Deutsche Equities India Private Limited (DEIPL) having CIN: U65990MH2002PTC137431 and registered office at 14th Floor, The Capital, C-70, G Block, Bandra Kurla Complex Mumbai (India) 400051. Tel: + 91 22 7180 4444. It is registered by the Securities and Exchange Board of India (SEBI) as a Stock broker bearing registration nos.: NSE (Capital Market Segment) - INB231196834, NSE (F&O Segment) INF231196834, NSE (Currency Derivatives Segment) INE231196834, BSE (Capital Market Segment) INB011196830; Merchant Banker bearing SEBI Registration no.: INM000010833 and Research Analyst bearing SEBI Registration no.: INH000001741. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations. The transmission of research through DEIPL is Deutsche Bank's determination and will not make a recipient a client of DEIPL. Deutsche Bank and/or its affiliate(s) may have debt holdings or positions in the subject company. With regard to information on associates, please refer to the "Shareholdings" section in the Annual Report at: https://www.db.com/ir/en/annual-reports.htm.

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless Japan or "Nippon" is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period..

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa**: Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore**: This report is issued by Deutsche Bank AG, Singapore Branch or Deutsche Securities Asia Limited, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, +65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated by Deutsche Bank in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

9 May 2018

Payments, Processors, & IT Services

Green Dot Corporation

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may undertake only the financial services activities that fall within the scope of its existing QFCRA license. Its principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available only to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: The information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia LLC Company (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may undertake only the financial services activities that fall within the scope of its existing CMA license. Its principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may undertake only the financial services activities that fall within the scope of its existing DFSA license. Its principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are available only to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia and New Zealand**: This research is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act, respectively. Please refer to Australia-specific research disclosures and related information at https://australia.db.com/australia/content/research-information.html Where research refers to any particular financial product recipients of the research should consider any product disclosure statement, prospectus or other applicable disclosure document before making any decision about whether to acquire the product.

Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent. Copyright © 2018 Deutsche Bank AG

---

## David Folkerts-Landau
Group Chief Economist and Global Head of Research

| Raj Hindocha | Michael Spencer | Steve Pollard |
|---|---|---|
| Global Chief Operating Officer Research | Head of APAC Research Global Head of Economics | Head of Americas Research Global Head of Equity Research |

| Anthony Klarman | Paul Reynolds | Dave Clark | Pam Finelli |
|---|---|---|---|
| Global Head of Debt Research | Head of EMEA Equity Research | Head of APAC Equity Research | Global Head of Equity Derivatives Research |

Andreas Neubauer
Head of Research - Germany

Spyros Mesomeris
Global Head of Quantitative and QIS Research

## International Production Locations

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Mainzer Landstrasse 11-17
60329 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

**Deutsche Bank AG London**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

# Exhibit K

10-Q 1 form10-qxgdot03312018.htm 10-Q
Table of Contents

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-Q

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the quarterly period ended March 31, 2018**
**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from          to**
**Commission file number 001-34819**

GREEN DOT CORPORATION

*(Exact name of Registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **95-4766827** |
| *(State or other jurisdiction of incorporation or organization)* | *(IRS Employer Identification No.)* |
| **3465 E. Foothill Blvd.** | |
| **Pasadena, California 91107** | **(626) 765-2000** |
| *(Address of principal executive offices, including zip code)* | *(Registrant's telephone number, including area code)* |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☑ | | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ *(Do not check if a smaller reporting company)* | | Smaller reporting company | ☐ |
| | | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

There were 51,925,496 shares of Class A common stock outstanding, par value $.001 per share as of April 30, 2018.

**GREEN DOT CORPORATION**
**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| **PART I – FINANCIAL INFORMATION** | | |
| Item 1. | Financial Statements | 1 |
|  | Consolidated Balance Sheets – March 31, 2018 and December 31, 2017 | 1 |
|  | Consolidated Statements of Operations – Three Months Ended March 31, 2018 and 2017 | 2 |
|  | Consolidated Statements of Comprehensive Income – Three Months Ended March 31, 2018 and 2017 | 3 |
|  | Consolidated Statements of Cash Flows – Three Months Ended March 31, 2018 and 2017 | 4 |
|  | Notes to Consolidated Financial Statements | 5 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 25 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 38 |
| Item 4. | Controls and Procedures | 39 |
| **PART II – OTHER INFORMATION** | | |
| Item 1. | Legal Proceedings | 40 |
| Item 1A. | Risk Factors | 40 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 54 |
| Item 5. | Other Information | 54 |
| Item 6. | Exhibits | 55 |
|  | Signature | 56 |

Table of Contents

## PART I

## ITEM 1. Financial Statements

### GREEN DOT CORPORATION
### CONSOLIDATED BALANCE SHEETS

| | March 31, 2018 | December 31, 2017 |
|---|---|---|
| | (unaudited) | |
| **Assets** | (In thousands, except par value) | |
| Current assets: | | |
| Unrestricted cash and cash equivalents | $ 1,268,137 | $ 919,243 |
| Restricted cash | 86,608 | 90,852 |
| Investment securities available-for-sale, at fair value | 15,875 | 11,889 |
| Settlement assets | 179,520 | 209,399 |
| Accounts receivable, net | 29,337 | 35,277 |
| Prepaid expenses and other assets | 53,219 | 47,086 |
| Income tax receivable | — | 7,459 |
| Total current assets | 1,632,696 | 1,321,205 |
| Investment securities available-for-sale, at fair value | 132,673 | 141,620 |
| Loans to bank customers, net of allowance for loan losses of $451 and $291 as of March 31, 2018 and December 31, 2017, respectively | 19,713 | 18,570 |
| Prepaid expenses and other assets | 8,157 | 8,179 |
| Property and equipment, net | 100,358 | 97,282 |
| Deferred expenses | 14,608 | 21,791 |
| Net deferred tax assets | 6,639 | 6,507 |
| Goodwill and intangible assets | 574,141 | 582,377 |
| Total assets | $ 2,488,985 | $ 2,197,531 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 32,398 | $ 34,863 |
| Deposits | 1,293,272 | 1,022,180 |
| Obligations to customers | 69,874 | 95,354 |
| Settlement obligations | 11,672 | 6,956 |
| Amounts due to card issuing banks for overdrawn accounts | 1,239 | 1,371 |
| Other accrued liabilities | 105,640 | 123,397 |
| Deferred revenue | 22,999 | 30,875 |
| Note payable | 20,906 | 20,906 |
| Income tax payable | 2,818 | 74 |
| Total current liabilities | 1,560,818 | 1,335,976 |
| Other accrued liabilities | 31,612 | 30,520 |
| Note payable | 53,478 | 58,705 |
| Net deferred tax liabilities | 7,786 | 7,780 |
| Total liabilities | 1,653,694 | 1,432,981 |
| Commitments and contingencies (Note 16) | | |
| Stockholders' equity: | | |
| Class A common stock, $0.001 par value; 100,000 shares authorized as of March 31, 2018 and December 31, 2017; 51,841 and 51,136 shares issued and outstanding as of March 31, 2018 and December 31, 2017, respectively | 52 | 51 |
| Additional paid-in capital | 356,052 | 354,789 |
| Retained earnings | 480,471 | 410,440 |
| Accumulated other comprehensive loss | (1,284) | (730) |

| | | | |
|---|---|---:|---:|
| Total stockholders' equity | | 835,291 | 764,550 |
| Total liabilities and stockholders' equity | $ | 2,488,985 | $ 2,197,531 |

**See notes to unaudited consolidated financial statements**

1

Table of Contents

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(UNAUDITED)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2018** | **2017** |
| | **(In thousands, except per share data)** | |
| Operating revenues: | | |
| Card revenues and other fees | $ **130,060** | $ 100,969 |
| Processing and settlement service revenues | **100,240** | 90,675 |
| Interchange revenues | **84,698** | 61,357 |
| Total operating revenues | **314,998** | 253,001 |
| Operating expenses: | | |
| Sales and marketing expenses | **91,968** | 71,685 |
| Compensation and benefits expenses | **54,507** | 41,218 |
| Processing expenses | **48,425** | 40,942 |
| Other general and administrative expenses | **43,718** | 37,780 |
| Total operating expenses | **238,618** | 191,625 |
| Operating income | **76,380** | 61,376 |
| Interest income | **5,600** | 2,854 |
| Interest expense | **(1,516)** | (1,665) |
| Income before income taxes | **80,464** | 62,565 |
| Income tax expense | **10,433** | 21,811 |
| Net income | $ **70,031** | $ 40,754 |
| | | |
| Basic earnings per common share: | $ **1.36** | $ 0.81 |
| Diluted earnings per common share: | $ **1.29** | $ 0.78 |
| Basic weighted-average common shares issued and outstanding: | **51,439** | 50,458 |
| Diluted weighted-average common shares issued and outstanding: | **54,234** | 52,497 |

**See notes to unaudited consolidated financial statements**

2

Table of Contents

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
**(UNAUDITED)**

| | | Three Months Ended March 31, | | |
|---|---|---|---|---|
| | | 2018 | | 2017 |
| | | (In thousands) | | |
| Net income | $ | 70,031 | $ | 40,754 |
| Other comprehensive (loss) income | | | | |
| Unrealized holding (losses) gains, net of tax | | (554) | | 13 |
| Comprehensive income | $ | 69,477 | $ | 40,767 |

**See notes to unaudited consolidated financial statements**

3

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(UNAUDITED)**

| | Three Months Ended March 31, | |
|---|---|---|
| | 2018 | 2017 |
| | (In thousands) | |
| **Operating activities** | | |
| Net income | $ 70,031 | $ 40,754 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization of property and equipment | 8,922 | 8,749 |
| Amortization of intangible assets | 8,236 | 6,557 |
| Provision for uncollectible overdrawn accounts | 18,385 | 18,246 |
| Employee stock-based compensation | 9,360 | 6,534 |
| Amortization of premium on available-for-sale investment securities | 320 | 322 |
| Amortization of deferred financing costs | 398 | 394 |
| Impairment of capitalized software | — | 156 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | (12,626) | 5,451 |
| Prepaid expenses and other assets | (6,111) | 968 |
| Deferred expenses | 7,183 | 5,565 |
| Accounts payable and other accrued liabilities | (18,936) | (13,267) |
| Deferred revenue | (6,480) | (8,128) |
| Income tax receivable/payable | 10,136 | 21,629 |
| Other, net | 51 | 929 |
| Net cash provided by operating activities | 88,869 | 94,859 |
| | | |
| **Investing activities** | | |
| Purchases of available-for-sale investment securities | (13,774) | (19,961) |
| Proceeds from maturities of available-for-sale securities | 17,676 | 28,989 |
| Proceeds from sales of available-for-sale securities | 124 | 15,318 |
| Payments for acquisition of property and equipment | (13,386) | (11,844) |
| Net increase in loans | (1,143) | (1,199) |
| Acquisition, net of cash acquired | — | (139,256) |
| Net cash used in investing activities | (10,503) | (127,953) |
| | | |
| **Financing activities** | | |
| Borrowings from notes payable | — | 20,000 |
| Repayments of borrowings from notes payable | (5,625) | (25,625) |
| Borrowings on revolving line of credit | — | 205,000 |
| Repayments on revolving line of credit | — | (155,000) |
| Proceeds from exercise of options | 7,802 | 5,155 |
| Taxes paid related to net share settlement of equity awards | (15,898) | (2,162) |
| Net increase in deposits | 271,092 | 88,947 |
| Net increase in obligations to customers | 9,115 | 8,269 |
| Contingent consideration payments | (202) | (192) |
| Repurchase of Class A common stock | — | (50,000) |
| Deferred financing costs | — | (164) |
| Net cash provided by financing activities | 266,284 | 94,228 |

| | | | |
|---|---|---|---|
| Net increase in unrestricted cash, cash equivalents and restricted cash | | **344,650** | 61,134 |
| Unrestricted cash, cash equivalents and restricted cash, beginning of period | | **1,010,095** | 744,761 |
| Unrestricted cash, cash equivalents and restricted cash, end of period | $ | **1,354,745** | $ 805,895 |
| | | | |
| Cash paid for interest | $ | **1,118** | $ 1,271 |
| Cash paid for income taxes | $ | **80** | $ 122 |
| | | | |
| **Reconciliation of unrestricted cash, cash equivalents and restricted cash at end of period:** | | | |
| Unrestricted cash and cash equivalents | $ | **1,268,137** | $ 785,838 |
| Restricted cash | | **86,608** | 20,057 |
| Total unrestricted cash, cash equivalents and restricted cash, end of period | $ | **1,354,745** | $ 805,895 |

**See notes to unaudited consolidated financial statements**

4

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### Note 1—Organization

Green Dot Corporation ("we," "our," or "us" refer to Green Dot Corporation and its consolidated subsidiaries) is a pro-consumer bank holding company and financial technology innovator with a mission to reinvent personal banking for the masses. We employ a unique "products and platform" operating model whereby we use our banking and technology assets to design, build and distribute our branded financial services products directly to consumers through a large-scale omni-channel national distribution platform, while also allowing qualified third party partners to access those same banking and technology assets to design, build and distribute their own bespoke financial services directly to their consumers through their own distribution platforms. Through our six revenue divisions and our subsidiary bank, Green Dot Bank, we are a leading provider of prepaid cards, debit cards, checking accounts, secured credit cards, payroll debit cards, consumer cash processing services, wage disbursements and tax refund processing services. With approximately 100,000 major name U.S. retail stores selling our products, several leading direct-to-consumer websites, thousands of tax preparation offices, several apps available in the two leading app stores and distribution through several enterprise-scale "Banking as a Service," or "BaaS," partnerships, we are one of the most broadly distributed banking franchises in the United States. We are headquartered in Pasadena, California, with additional facilities throughout the United States and in Shanghai, China.

As the regulated entity and issuing bank for substantially all products and services we provide, whether our own or on behalf of a BaaS platform partner, we are directly accountable for all aspects of each program's integrity, inclusive of ensuring the program's compliance with all applicable banking regulations, applicable state and federal law and our various internal governance policies and procedures related to all areas of risk and compliance, in addition to deploying enterprise-class risk management practices and procedures to ensure each program's initial and ongoing safety and soundness.

**Our products and services:**

We offer consumers a broad collection of financial products and services managed through several diverse business lines which are then made available to consumers through a widely-available "branchless" distribution network in the United States. Many of the products and services we internally create and distribute are marketed under the Green Dot brand name, which we believe is both a well-known and highly trusted brand name for millions of consumers. Our branchless network consists of:

- distribution arrangements with approximately 100,000 mostly major chain retail locations, which we refer to as "retail distributors" and thousands of neighborhood Financial Service Center locations;

- several differently branded, Green Dot-owned and operated direct-to-consumer online and direct mail customer acquisition platforms;

- corporate distribution partnerships with businesses that provide payroll cards to their employees to receive wage disbursements;

- more than 25,000 small and large tax preparation companies and individual tax preparers, which are sometimes referred to as electronic return originators, or "EROs", who are able to offer our products and services to their customers through the use of various tax preparation industry software packages with which our products are integrated;

- apps compatible with the iOS and Android operating systems downloaded through the corresponding app store; and

- platform partners' distribution channels that those partners use to acquire customers for their bespoke products and services that are powered by our BaaS Platform.

Our products and services include several deposit account programs, such as network-branded reloadable prepaid debit cards marketed under several leading consumer brand names, which we collectively refer to as "GPR cards," consumer checking accounts, small business checking accounts, network-branded gift cards (known as open-loop), secured credit cards and other financial services.

We also offer several products and services that specialize in facilitating the movement cash on behalf of consumers and businesses. These products and services include: our proprietary swipe reload system for crediting cash onto an enabled payment card by swiping the payment card at the point of sale at any Green Dot Network participating retailer; MoneyPak, a product that allows a consumer to add funds to accounts we issue or accounts issued by other United States chartered and regulated third party banks; and e-cash remittance services, a service that allows a consumer

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

## Note 1—Organization (continued)

to transfer money to a smartphone for fulfillment at a Green Dot participating retailer. We refer to these services collectively as our cash transfer products. We also provide disbursement services through our Simply Paid platform that enables a payment solution for companies to pay their workforce and customers in the time and manner they desire and provide tax refund transfers that provide the processing technology to facilitate receipt of a taxpayers' refund proceeds.

### Our BaaS Platform:

Through our BaaS Platform, we currently power the following types of products and services on behalf of several of America's largest retail, consumer, technology and financial services companies:

- Mobile banking;

- Loan disbursement accounts;

- Spend-based Mobile P2P services, such as Apple Pay Cash;

- Money transfer services;

- GPR cards;

- Network branded "open loop" gift cards;

- Instant payment and wage disbursements;

- Small business checking accounts and debit cards; and

- Consumer checking accounts.

## Note 2—Summary of Significant Accounting Policies

### Basis of Presentation

The accompanying unaudited consolidated financial statements are prepared in accordance with generally accepted accounting principles in the United States of America, or GAAP. We consolidated our wholly-owned subsidiaries and eliminated all significant intercompany balances and transactions.

We have also prepared the accompanying unaudited consolidated financial statements in conformity with the instructions to Form 10-Q and Article 10 of Regulation S-X and, consequently, they do not include all of the annual disclosures required by GAAP. Reference is made to our Annual Report on Form 10-K for the year ended December 31, 2017 for additional disclosures, including a summary of our significant accounting policies. There have been no material changes to our significant accounting policies during the three months ended March 31, 2018, other than the adoption of the accounting pronouncements discussed below. In our opinion, the accompanying unaudited consolidated financial statements contain all adjustments, consisting of normal and recurring items, except as otherwise noted, necessary for the fair presentation of our financial position, results of operations and cash flows for the interim periods presented.

### Recent Accounting Pronouncements

#### Recently issued accounting pronouncements not yet adopted

In January 2017, the FASB issued ASU No. 2017-04, *Intangibles - Goodwill and Other* ("ASU 2017-04"): *Simplifying the Test for Goodwill Impairment*, which simplifies the existing two-step guidance for goodwill impairment testing by eliminating the second step resulting in a write-down to goodwill equal to the initial amount of impairment determined in step one. The ASU is to be applied prospectively for reporting periods beginning after December 15, 2019. Early adoption is permitted for interim or annual goodwill impairment tests performed after January 1, 2017. We are currently evaluating the impact of the provisions of ASU 2017-04 on our consolidated financial statements, however, we do not anticipate it will have a material impact upon adoption.

In June 2016, the FASB issued ASU No. 2016-13, *Financial Instruments – Credit Losses (Topic 326): Measurement of Credit Losses on Financial Instruments* ("ASU 2016-13") that requires financial assets measured at amortized cost be presented at the net amount expected to be collected. Credit losses on available-for-sale debt securities should be recorded through an allowance for credit losses limited by the amount that the fair value is less than amortized cost. ASU 2016-13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. Early adoption is permitted. We are currently evaluating the impact of ASU 2016-13 on our consolidated financial statements.

6

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 2—Summary of Significant Accounting Policies (continued)**

In February 2016, the FASB issued ASU No. 2016-02, *Leases (Topic 842)* ("ASU 2016-02") in order to increase transparency and comparability among organizations by recognizing lease assets and lease liabilities on the balance sheet for those leases classified as operating leases under previous GAAP. ASU 2016-02 requires that a lessee should recognize a liability to make lease payments and a right-of-use asset representing its right to use the underlying asset for leases with a term greater than 12 months. ASU 2016-02 is effective for fiscal years beginning after December 15, 2018, including interim periods within those periods, using a modified retrospective approach and early adoption is permitted. We are currently in the process of evaluating the impact of ASU 2016-02 on our consolidated financial statements.

*Recently adopted accounting pronouncements*

In May 2014, the FASB issued ASU No. 2014-09, *Revenue from Contracts with Customers (Topic 606)* ("ASU 2014-09"), and has since been modified through additional technical corrections since its original issuance (collectively ASC 606). ASU 2014-09 supersedes nearly all existing revenue recognition guidance under current GAAP. The core principle of ASU 2014-09, is to recognize revenues when promised goods or services are transferred to customers in an amount that reflects the consideration to which an entity expects to be entitled for those goods or services. The standard defines a five step process to achieve this core principle and, in doing so, more judgment and estimates may be required within the revenue recognition process than are required under previous GAAP. The standard allows companies to apply either a full retrospective approach, which requires applying the standard to each prior year reporting period presented, or a modified retrospective approach with a cumulative effect adjustment recognized upon adoption. We adopted the provisions of the standard on January 1, 2018 using the modified retrospective approach, which did not result in any cumulative adjustment to opening retained earnings nor did it have a material impact on our consolidated financial statements. The adoption of ASU 2014-09, however, requires expanded disclosures under the new guidance. See *Note 3 - Revenues* for further information and additional discussion around changes identified to our policies under the new accounting pronouncement.

In January 2016, the FASB issued ASU No. 2016-01, *Financial Instruments – Overall (Subtopic 825-10): Recognition and Measurement of Financial Assets and Financial Liabilities* ("ASU 2016-01"). ASU 2016-01 revises the classification and measurement of investments in certain equity investments and the presentation of certain fair value changes for certain financial liabilities measured at fair value. ASU 2016-01 requires the change in fair value of many equity investments to be recognized in net income. We adopted the provisions of ASU 2016-01 on January 1, 2018, the result of which did not have any impact upon our consolidated financial statements.

In November 2016, the FASB issued ASU No. 2016-18, *Restricted Cash* ("ASU 2016-18"), to require that restricted cash and restricted cash equivalents be included with cash and cash equivalents when reconciling the beginning-of-period and end-of-period total cash amounts shown on the statement of cash flows. Consequently, transfers between cash and restricted cash will not be presented as a separate line item in the operating, investing or financing sections of the cash flow statement. The amendments should be applied retrospectively to each period presented. We adopted the provisions of ASU 2016-18 on January 1, 2018, the effect of which resulted in an immaterial reclassification in presentation on our statement of cash flows, but had no affect on our consolidated financial results.

In February 2018, the FASB issued ASU No. 2018-02, *Reclassification of Certain Tax Effects from Accumulated Other Comprehensive Income* ("ASU 2018-02"). Under existing U.S. GAAP, the effects of changes in tax rates and laws on deferred tax balances are recorded as a component of income tax expense in the period in which the law was enacted. When deferred tax balances related to items originally recorded in accumulated other comprehensive income are adjusted, certain tax effects become stranded in accumulated other comprehensive income. The amendments in ASU 2018-02 allow a reclassification from accumulated other comprehensive income to retained earnings for stranded tax effects resulting from the 2017 Tax Cuts and Jobs Act. The amendments in this ASU also require certain disclosures about stranded tax effects. We adopted the provisions of ASU 2018-02 as of December 31, 2017, the result of which did not have a material impact upon our consolidated financial statements.

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 3—Revenues**

**Adoption of ASC 606**

On January 1, 2018, we adopted ASC 606 using the modified retrospective method applied to contracts which were not completed upon adoption, the impact of which did not result in any cumulative adjustment to our retained earnings. Results for reporting periods beginning after January 1, 2018 are presented under ASC 606, while prior period amounts have not been adjusted and continue to be reported in accordance with our historical accounting policies.

The impact of our adoption of ASC 606 was limited to a change in presentation of certain incentive agreements. Prior to the adoption of ASC 606, incentive payments with our retail distributors and other partners had generally been recorded as a reduction to revenues over the related period of benefit the incentive payment related. Upon the adoption of ASC 606, such payments are classified as sales and marketing expenses since these contractual arrangements have been determined to be outside the scope of contracts with our customers under the new accounting standard. The total amount of incentive payments recognized was $1.8 million and $1.1 million for the three months ended March 31, 2018 and 2017.

**Accounting Policy Update**

Our operating revenues consist of card revenues and other fees, processing and settlement service revenues and interchange revenues. The core principle of the new revenue standard is that these revenues will be recognized when control of the promised goods or services is transferred to our customers, in an amount that reflects the consideration we expect to be entitled to in exchange for those goods or services, as determined under a five-step process.

A description of our principal revenue generating activities is as follows:

*Card Revenues and Other Fees*

Card revenues and other fees consist of monthly maintenance fees, new card fees, ATM fees, and other card revenues. We earn these fees based upon the underlying terms and conditions with each of our cardholders that obligate us to stand ready to provide account services to each of our cardholders over the contract term. Agreements with our cardholders are considered daily service contracts as they are not fixed in duration.

We charge maintenance fees on a monthly basis pursuant to the terms and conditions in the applicable cardholder agreements. We recognize monthly maintenance fees ratably over each day in the monthly bill cycle in which the fee is assessed, which represents the period our cardholders receive the benefits of our services and our performance obligation is satisfied.

We charge new card fees when a consumer purchases a new card in a retail store. The new card fee provides our cardholders a material right and accordingly, we defer and recognize new card fee revenues on a straight-line basis over our average card lifetime, which is currently five months for our GPR cards and six months for our gift cards. We determine the average card lifetime based on our recent historical data for comparable products. We measure card lifetime for our GPR cards as the time, inclusive of reload activity, between sale (or activation) of the card and the date of the last positive balance. We measure the card lifetime for our gift cards as the redemption period during which cardholders initiate the substantial majority of their transactions. We reassess average card lifetime quarterly. We report the unearned portion of new card fees as a component of deferred revenue in our consolidated balance sheets. See Contract Balances below for further information.

We charge ATM fees to cardholders when they withdraw money at certain ATMs in accordance with the terms and conditions in our cardholder agreements. We recognize ATM fees when the withdrawal is made by the cardholder, which is the point in time our performance obligation is satisfied and service is transferred. Since our cardholder agreements are considered daily service contracts, our performance obligations for these types of transactional based fees are satisfied on a daily basis, or as each transaction occurs.

Other revenues consist primarily of revenue associated with our gift card program, transaction-based fees and fees associated with optional products or services, which we offer our cardholders at their election. Since our performance obligations are settled daily, we recognize most of these fees at the point in time the transactions occur which is when the underlying control of the services are transferred. In the case of our gift card program, we record the related revenues using the redemption method.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 3—Revenues (continued)

Substantially all our fees are collected from our cardholders at the time the fees are assessed and debited from their account balance.

*Processing and Settlement Service Revenues*

Our processing and settlement services consist of cash transfer revenues, Simply Paid disbursement revenues, and tax refund processing service revenues.

We generate cash transfer revenues when consumers purchase our cash transfer products (reload services) in a retail store. Our reload services are subject to the same terms and conditions in each of the applicable cardholder agreements as discussed above. We recognize these revenues at the point in time the reload services are completed. Similarly, we earn Simply Paid disbursement fees from our business partners as payment disbursements are made.

We earn tax refund processing service revenues when a customer of a third-party tax preparation company chooses to pay their tax preparation fee through the use of our tax refund processing services. Revenues we earn from these services are generated from our contractual relationships with the tax software transmitters. These contracts may be multi-year agreements and vary in length, however, our underlying promise obligates us only to process each refund transfer on a transaction by transaction basis as elected by the taxpayer. Accordingly, we recognize tax refund processing service revenues at the point in time we remit each taxpayer's proceeds from his or her tax return.

*Interchange*

We earn interchange revenues from fees remitted by the merchant's bank, which are based on rates established by the payment networks, such as Visa and MasterCard, when account holders make purchase transactions using our card products and services. We recognize interchange revenues at the point in time the transactions occur, as our performance obligation is satisfied.

*Principal vs Agent*

For all our significant revenue-generating arrangements, we record revenues on a gross basis except for our tax refund processing service revenues which are recorded on a net basis.

## Disaggregation of Revenues

Our products and services are offered only to customers within the United States. We determine our operating segments based on how our chief operating decision maker manages our operations, makes operating decisions and evaluates operating performance. Within our segments, we believe that the nature, amount, timing and uncertainty of our revenue and cash flows and how they are affected by economic factors can be further illustrated based on the timing in which revenue for each of our products and services is recognized.

The following table disaggregates our revenues by the timing in which the revenue is recognized:

| | Three Months Ended March 31, 2018 | |
| | Account Services | Processing and Settlement Services |
| Timing of revenue recognition | (In thousands) | |
| Transferred at a point in time | $ 136,526 | $ 100,235 |
| Transferred over time | 77,346 | 891 |
| Operating revenues | $ 213,872 | $ 101,126 |

Within our Account Services segment, revenues recognized at a point in time are comprised of ATM fees, interchange, and other similar transaction-based fees. Revenues recognized over time consists of new card fees, monthly maintenance fees and revenue earned from gift cards. Substantially all of our processing and settlement services are recognized at a point in time.

Refer to *Note 18- Segment Information* for our revenues disaggregated by our products and services and the components to our total operating revenues on our Consolidated Statements of Operations for additional information.

9

[Table of Contents]

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 3—Revenues (continued)

#### Significant Judgments and Estimates

Transaction prices related to our account services are based on stand-alone fees stated within the terms and conditions, however, may also include certain elements of variable consideration depending upon the product's features, such as cardholder incentives, monthly fee concessions and reserves on accounts that may become overdrawn. We estimate such amounts using historical data or customer behavior patterns to determine these estimates which are allocated accordingly as a reduction to the corresponding fee revenue. Additionally, while the number of transactions that a cardholder may perform is unknown, any uncertainty is resolved at the end of each daily service contract.

#### Contract Balances

As disclosed on our Consolidated Balance Sheets, we record deferred revenue for any upfront payments received in advance of our performance obligations being satisfied. These contract liabilities consist principally of unearned new card fees and monthly maintenance fees, of which we recognized approximately $18.9 million for the three months ended March 31, 2018 that were included in deferred revenue at the beginning of the period. We did not recognize any revenue during the three months ended March 31, 2018 from performance obligations satisfied in previous periods. Changes in the deferred revenue balance are driven primarily by the amount of new card fees recognized during the period, offset by the amount of new cards sold.

#### Costs to Obtain or Fulfill a Contract

Our incremental direct costs of obtaining a contract are derived primarily from revenue share payments we make to our retail partners associated with new card sales. These commissions are generally capitalized upon payment and expensed over the period the corresponding revenue is recognized. These deferred commissions are not material and are included in deferred expenses on our Consolidated Balance Sheets.

#### Practical Expedients and Exemptions

Any unsatisfied performance obligations at the end of the period relate to contracts with customers that either have an original expected length of one year or less or are contracts for which we recognize revenue at the amount to which we have the right to invoice for services performed. Therefore, no additional disclosure is provided for these performance obligations.

### Note 4—Business Combination

On February 28, 2017, we completed our acquisition of all the membership interests of UniRush, LLC ("UniRush"), an online direct-to-consumer GPR card and corporate payroll card provider. The fair value of the total consideration in connection with the acquisition was approximately $163.7 million, which included cash and contingent consideration in the form of an earn-out. We financed the transaction with $142.2 million in cash, of which $95 million was raised from a combination of our Revolving Facility, as discussed in *Note 10 — Note Payable*, and subordinated notes payable of $20 million to the selling shareholders of UniRush. The subordinated notes were repaid during the three months ended March 31, 2017. The transaction terms include an earn-out equal to the greater of (i) a specified percentage of the revenue generated by the online direct-to-consumer GPR card portfolio for the five-year period following the closing or (ii) $20 million, payable quarterly over the five years.

The following table summarizes the fair value of consideration transferred:

| | Consideration |
|---|---|
| | (In thousands) |
| Cash, including proceeds from notes payable | $ 142,154 |
| Fair value of contingent consideration | 21,500 |
| Total consideration | $ 163,654 |

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 4—Business Combination (continued)

The allocation of the purchase price was as follows:

|  | February 28, 2017 |
| --- | --- |
|  | (In thousands) |
| **Assets:** |  |
| Cash and cash equivalents | $ 656 |
| Accounts receivable, net | 5,745 |
| Prepaid expenses and other assets | 5,146 |
| Property and equipment, net | 4,233 |
| Intangible assets | 69,000 |
| Goodwill | 93,435 |
| Total assets: | 178,215 |
|  |  |
| **Liabilities:** |  |
| Accounts payable | 10,861 |
| Other liabilities | 3,700 |
| Total liabilities: | 14,561 |
|  |  |
| **Net assets acquired** | $ 163,654 |

Goodwill of approximately $93.4 million represents the excess of the purchase price over the estimated fair value of the underlying identifiable tangible and intangible assets acquired and liabilities assumed. The goodwill arises from the opportunity for synergies and economies of scale from the combined companies, and expanding our reach into the online direct-to-consumer and corporate payroll distribution channels. Although the goodwill will not be amortized for financial reporting purposes, it is anticipated that substantially all of the goodwill will be deductible for federal tax purposes over the statutory period of 15 years.

Intangible assets consist primarily of customer relationships and trade name of approximately $58.5 million and $5.5 million, respectively. The customer relationships will be amortized over its estimated useful life of 5-10 years and the trade name will be amortized over a period of 15 years.

Our acquisition of UniRush was accounted for under the acquisition method of accounting, with the operating results of UniRush included in our consolidated statements of operations beginning March 1, 2017. Transaction costs incurred in connection with the acquisition were not material.

*Unaudited pro forma financial information*

The following unaudited pro forma summary financial results present the consolidated results of operations as if the acquisition of UniRush had occurred as of January 1, 2017, after the effect of certain adjustments, including interest expense on the debt used to fund the purchase, amortization of certain identifiable intangible assets, income and expense items not attributable to ongoing operations and related tax effects. The unaudited pro forma condensed consolidated statements of operations does not include any adjustments for any restructuring activities, operating efficiencies or cost savings. The pro forma results have been presented for comparative purposes only and are not indicative of what would have occurred had the UniRush acquisition been made as of January 1, 2017, or of any potential results which may occur in the future.

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2018 | 2017 |
|  | (In thousands, except per share data) | |
| Net revenues | $ 314,998 | $ 272,286 |
| Net income attributable to common stock | $ 70,031 | $ 34,150 |
| Basic earnings per common share | $ 1.36 | $ 0.68 |

| | | | |
|---|---|---|---|
| Diluted earnings per common share | $ | **1.29** | $ 0.65 |
| Basic weighted-average common shares issued and outstanding | | **51,439** | 50,458 |
| Diluted weighted-average common shares issued and outstanding | | **54,234** | 52,497 |

11

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 5—Investment Securities

Our available-for-sale investment securities were as follows:

| | Amortized cost | Gross unrealized gains | Gross unrealized losses | Fair value |
|---|---|---|---|---|
| | | (In thousands) | | |
| **March 31, 2018** | | | | |
| Negotiable certificate of deposit | $ 5,000 | $ — | $ — | $ 5,000 |
| U.S. Treasury notes | 10,912 | — | (37) | 10,875 |
| Agency securities | 4,941 | — | (1) | 4,940 |
| Agency mortgage-backed securities | 117,531 | 25 | (1,623) | 115,933 |
| Municipal bonds | 604 | — | (15) | 589 |
| Asset-backed securities | 11,316 | — | (105) | 11,211 |
| Total investment securities | $ 150,304 | $ 25 | $ (1,781) | $ 148,548 |
| | | | | |
| **December 31, 2017** | | | | |
| Corporate bonds | $ 1,000 | $ — | $ — | $ 1,000 |
| U.S. Treasury notes | 10,921 | — | (46) | 10,875 |
| Agency mortgage-backed securities | 121,037 | 52 | (1,055) | 120,034 |
| Municipal bonds | 742 | 4 | (7) | 739 |
| Asset-backed securities | 20,952 | — | (91) | 20,861 |
| Total investment securities | $ 154,652 | $ 56 | $ (1,199) | $ 153,509 |

As of March 31, 2018 and December 31, 2017, the gross unrealized losses and fair values of available-for-sale investment securities that were in unrealized loss positions were as follows:

| | Less than 12 months | | 12 months or more | | Total fair value | Total unrealized loss |
|---|---|---|---|---|---|---|
| | Fair value | Unrealized loss | Fair value | Unrealized loss | | |
| | | | (In thousands) | | | |
| **March 31, 2018** | | | | | | |
| U.S. Treasury notes | $ 2,290 | $ (11) | $ 8,585 | $ (26) | $ 10,875 | $ (37) |
| Agency securities | 4,940 | (1) | — | — | 4,940 | (1) |
| Agency mortgage-backed securities | 52,155 | (541) | 48,870 | (1,082) | 101,025 | (1,623) |
| Municipal bonds | 429 | (10) | 160 | (5) | 589 | (15) |
| Asset-backed securities | — | — | 11,211 | (105) | 11,211 | (105) |
| Total investment securities | $ 59,814 | $ (563) | $ 68,826 | $ (1,218) | $ 128,640 | $ (1,781) |
| | | | | | | |
| **December 31, 2017** | | | | | | |
| U.S. Treasury notes | $ 4,588 | $ (21) | $ 6,288 | $ (25) | $ 10,876 | $ (46) |
| Agency mortgage-backed securities | 62,683 | (453) | 44,159 | (602) | 106,842 | (1,055) |
| Municipal bonds | — | — | 193 | (7) | 193 | (7) |
| Asset-backed securities | 2,134 | (2) | 18,727 | (89) | 20,861 | (91) |
| Total investment securities | $ 69,405 | $ (476) | $: 69,367 | $ (723) | $ 138,772 | $ (1,199) |

We did not record any other-than-temporary impairment losses during the three months ended March 31, 2018 or 2017 on our available-for-sale investment securities. We do not intend to sell these investments and we have determined that it

is more likely than not that we will not be required to sell these investments before recovery of their amortized cost bases, which may be at maturity.

12

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 5—Investment Securities (continued)

As of March 31, 2018, the contractual maturities of our available-for-sale investment securities were as follows:

|  | Amortized cost | | Fair value | |
|---|---|---|---|---|
|  | (In thousands) | | | |
| Due in one year or less | $ | 15,912 | $ | 15,875 |
| Due after one year through five years | | 4,941 | | 4,940 |
| Due after five years through ten years | | — | | — |
| Due after ten years | | 604 | | 589 |
| Mortgage and asset-backed securities | | 128,847 | | 127,144 |
| Total investment securities | $ | 150,304 | $ | 148,548 |

The expected payments on mortgage-backed and asset-backed securities may not coincide with their contractual maturities because the issuers have the right to call or prepay certain obligations.

### Note 6—Accounts Receivable

Accounts receivable, net consisted of the following:

|  | March 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
|  | (In thousands) | | | |
| Overdrawn account balances due from cardholders | $ | 19,651 | $ | 17,856 |
| Reserve for uncollectible overdrawn accounts | | (15,796) | | (14,471) |
| Net overdrawn account balances due from cardholders | | 3,855 | | 3,385 |
| Trade receivables | | 7,479 | | 4,231 |
| Reserve for uncollectible trade receivables | | (69) | | (3) |
| Net trade receivables | | 7,410 | | 4,228 |
| Receivables due from card issuing banks | | 7,790 | | 6,309 |
| Fee advances | | 2,646 | | 16,194 |
| Other receivables | | 7,636 | | 5,161 |
| Accounts receivable, net | $ | 29,337 | $ | 35,277 |

Activity in the reserve for uncollectible overdrawn accounts consisted of the following:

|  | Three Months Ended March 31, | | | |
|---|---|---|---|---|
|  | 2018 | | 2017 | |
|  | (In thousands) | | | |
| Balance, beginning of period | $ | 14,471 | $ | 11,932 |
| Provision for uncollectible overdrawn accounts: | | | | |
| Fees | | 15,779 | | 16,959 |
| Purchase transactions | | 2,606 | | 1,287 |
| Charge-offs | | (17,060) | | (17,945) |
| Balance, end of period | $ | 15,796 | $ | 12,233 |

13

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 7—Loans to Bank Customers

The following table presents total outstanding loans, gross of the related allowance for loan losses, and a summary of the related payment status:

| | 30-59 Days Past Due | 60-89 Days Past Due | 90 Days or More Past Due | Total Past Due | Total Current or Less Than 30 Days Past Due | Total Outstanding |
|---|---|---|---|---|---|---|
| | | | (In thousands) | | | |
| **March 31, 2018** | | | | | | |
| Residential | $ 2 | $ — | $ — | $ 2 | $ 4,122 | $ 4,124 |
| Commercial | — | — | — | — | 278 | 278 |
| Installment | — | — | — | — | 1,084 | 1,084 |
| Secured credit card | 1,007 | 968 | 308 | 2,283 | 12,395 | 14,678 |
| Total loans | $ 1,009 | $ 968 | $ 308 | $ 2,285 | $ 17,879 | $ 20,164 |
| Percentage of outstanding | 5.0% | 4.8% | 1.5% | 11.3% | 88.7% | 100.0% |
| | | | | | | |
| **December 31, 2017** | | | | | | |
| Residential | $ — | $ — | $ — | $ — | $ 3,554 | $ 3,554 |
| Commercial | — | — | — | — | 315 | 315 |
| Installment | 1 | — | — | 1 | 1,378 | 1,379 |
| Secured credit card | 1,223 | 593 | 424 | 2,240 | 11,373 | 13,613 |
| Total loans | $ 1,224 | $ 593 | $ 424 | $ 2,241 | $ 16,620 | $ 18,861 |
| Percentage of outstanding | 6.5% | 3.1% | 2.3% | 11.9% | 88.1% | 100.0% |

*Secured Credit Card Loans*

On August 31, 2017, we completed an asset acquisition of a secured credit card portfolio for approximately $8.1 million. In exchange for the payment, we received approximately $8.2 million of secured credit card receivables. All of our credit card receivables are collateralized by the cardholders' security deposits, which also acts as the cardholders' credit limit.

*Nonperforming Loans*

The following table presents the carrying value, gross of the related allowance for loan losses, of our nonperforming loans. See *Note 2 — Summary of Significant Accounting Policies* to the Consolidated Financial Statements of our Annual Report on Form 10-K for the year ended December 31, 2017 for further information on the criteria for classification as nonperforming.

| | March 31, 2018 | December 31, 2017 |
|---|---|---|
| | (In thousands) | |
| Residential | $ 485 | $ 502 |
| Installment | 187 | 191 |
| Total loans | $ 672 | $ 693 |

*Credit Quality Indicators*

We closely monitor and assess the credit quality and credit risk of our loan portfolio on an ongoing basis. We continuously review and update loan risk classifications. We evaluate our loans using non-classified or classified as the primary credit quality indicator. Classified loans are those loans that have demonstrated credit weakness where we believe there is a heightened risk of principal loss, including all impaired loans. Classified loans are generally internally categorized as substandard, doubtful or loss, consistent with regulatory guidelines.

14

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 7—Loans to Bank Customers (continued)**

The table below presents the carrying value, gross of the related allowance for loan losses, of our loans within the primary credit quality indicators related to our loan portfolio:

| | March 31, 2018 | | December 31, 2017 | |
| | Non-Classified | Classified | Non-Classified | Classified |
| --- | --- | --- | --- | --- |
| | (In thousands) | | | |
| Residential | $ 3,634 | $ 490 | $ 3,038 | $ 516 |
| Commercial | 249 | 29 | 315 | — |
| Installment | 678 | 406 | 1,059 | 320 |
| Secured credit card | 14,678 | — | 13,613 | — |
| Total loans | $ 19,239 | $ 925 | $ 18,025 | $ 836 |

*Impaired Loans and Troubled Debt Restructurings*

When, for economic or legal reasons related to a borrower's financial difficulties, we grant a concession for other than an insignificant period of time to a borrower that we would not otherwise consider, the related loan is classified as a Troubled Debt Restructuring, or TDR. Our TDR modifications involve an extension of the maturity date at a stated interest rate lower than the current market rate for new debt with similar risk. The following table presents our impaired loans and loans that we modified as TDRs as of March 31, 2018 and December 31, 2017:

| | March 31, 2018 | | December 31, 2017 | |
| | Unpaid Principal Balance | Carrying Value | Unpaid Principal Balance | Carrying Value |
| --- | --- | --- | --- | --- |
| | (In thousands) | | | |
| Residential | $ 490 | $ 361 | $ 516 | $ 452 |
| Commercial | 29 | 28 | — | — |
| Installment | 223 | 101 | 262 | 120 |

*Allowance for Loan Losses*

Activity in the allowance for loan losses consisted of the following:

| | Three Months Ended March 31, | |
| | 2018 | 2017 |
| --- | --- | --- |
| | (In thousands) | |
| Balance, beginning of period | $ 291 | $ 277 |
| Provision for loans | 268 | — |
| Loans charged off | (756) | (5) |
| Recoveries of loans previously charged off | 648 | 9 |
| Balance, end of period | $ 451 | $ 281 |

**Note 8—Employee Stock-Based Compensation**

We currently grant restricted equity awards to employees and directors under our 2010 Equity Incentive Plan. Additionally, through our 2010 Employee Stock Purchase Plan, employees are able to purchase shares of our Class A common stock at a discount through payroll deductions. We have reserved shares of our Class A common stock for issuance under these plans.

*Restricted Stock Units*

The following table summarizes restricted stock units with only service conditions granted under our 2010 Equity Incentive Plan:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| | (In thousands, except per share data) | |
| Restricted stock units granted | 63 | 115 |
| Weighted-average grant-date fair value | $ 61.26 | $ 27.44 |

15

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 8—Employee Stock-Based Compensation (continued)

*Performance Based Restricted Stock Units*

We grant performance-based restricted stock units to certain employees which are subject to the attainment of minimum pre-established annual performance targets. The majority of these awards are tied to the achievement of an annual non-GAAP earnings per share target for the grant year. The actual number of shares subject to the award is determined at the end of the annual performance period and may range from zero to 150% percent of the target shares granted. These awards contain an additional service component after each annual performance period is concluded and the unvested balance of the shares determined at the end of the annual performance period will vest over the remaining requisite service period. Compensation expense related to these awards is recognized using the accelerated attribution method over the four-year vesting period based on the fair value of the closing market price of our Class A common stock on the date of the grant and the estimated performance that is expected to be achieved. In the case of our Chief Executive Officer, vesting of the award is based on the achievement of a total shareholder return ("TSR") relative to the S&P 600 index over the three-year performance period. Compensation expense related to these awards is recognized over the performance period based on the grant date fair value through the use of a Monte Carlo simulation and are not subsequently re-measured.

The following table summarizes the performance-based restricted stock units granted under our 2010 Equity Incentive Plan:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| | (In thousands, except per share data) | |
| Performance based restricted stock units granted [1] | 444 | 287 |
| Weighted-average grant-date fair value | $ 39.50 | $ 33.29 |

(1) Performance awards granted also reflects the impact of any incremental shares awarded during the periods ended for performance periods completed. The grant date fair value for these awards are based on the grant price at the time of the initial award.

The total stock-based compensation expense recognized was $9.4 million and $6.5 million for the three months ended March 31, 2018 and 2017, respectively. Total stock-based compensation expense includes amounts related to awards of stock options, restricted stock units (including performance-based restricted stock units) and purchases under our 2010 Employee Stock Purchase Plan.

### Note 9—Deposits

Deposits are categorized as non-interest or interest-bearing deposits as follows:

| | March 31, 2018 | December 31, 2017 |
| --- | --- | --- |
| | (In thousands) | |
| Non-interest bearing deposit accounts | | |
| GPR deposits | $ 1,046,496 | $ 803,549 |
| Other demand deposits | 109,381 | 61,264 |
| Total non-interest bearing deposit accounts | 1,155,877 | 864,813 |
| Interest-bearing deposit accounts | | |
| Checking accounts | 117,527 | 140,555 |
| Savings | 10,148 | 10,523 |
| GPR deposits | 3,942 | — |
| Time deposits, denominations greater than or equal to $100 | 4,435 | 4,752 |
| Time deposits, denominations less than $100 | 1,343 | 1,537 |
| Total interest-bearing deposit accounts | 137,395 | 157,367 |
| Total deposits | $ 1,293,272 | $ 1,022,180 |

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 9—Deposits (continued)**

The scheduled contractual maturities for total time deposits are presented in the table below:

| | March 31, 2018 |
|---|---|
| | (In thousands) |
| Due in 2018 | $ 1,965 |
| Due in 2019 | 1,030 |
| Due in 2020 | 1,166 |
| Due in 2021 | 820 |
| Due in 2022 | 797 |
| Thereafter | — |
| Total time deposits | $ 5,778 |

**Note 10—Note Payable**

In October 2014, we entered into a $225.0 million secured credit agreement with Bank of America, N.A., as an administrative agent, Wells Fargo Bank, National Association, and the other lenders party thereto. The credit agreement provides for 1) a $75.0 million five year revolving facility (the "Revolving Facility") and 2) a five year $150.0 million term loan facility ("Term Facility" and, together with the Revolving Facility, the "Senior Credit Facility"). The credit agreement also includes an accordion feature that, subject to securing additional commitments from existing lenders or new lending institutions, will allow us to increase the aggregate amount of these facilities by up to an additional $50.0 million.

As of March 31, 2018 and December 31, 2017, our outstanding debt, net of deferred financing costs of $2.5 million and $2.9 million, respectively, consisted of the following:

| | March 31, 2018 | December 31, 2017 |
|---|---|---|
| | (In thousands) | |
| Term facility | $ 74,384 | $ 79,611 |
| Revolving facility | — | — |
| Total notes payable | $ 74,384 | $ 79,611 |

Quarterly principal payments of $5.6 million are payable on the loans under the Term Facility. During each of the three months ended March 31, 2018 and 2017, we made scheduled quarterly principal payments totaling $5.6 million. The Senior Credit Facility matures on October 23, 2019 and any amounts then outstanding are due upon maturity.

*Interest*

At our election, loans made under the credit agreement bear interest at 1) a LIBOR rate (the "LIBOR Rate") or 2) a base rate determined by reference to the highest of (a) the Bank of America prime rate, (b) the United States federal funds rate plus 0.50% and (c) a daily rate equal to one-month LIBOR rate plus 1.0% (the "Base Rate"), plus in either case an applicable margin. The applicable margin for borrowings depends on our total leverage ratio and varies from 2.50% to 3.00% for LIBOR Rate loans and 1.50% to 2.00% for Base Rate loans. The effective interest rate on borrowings outstanding as of March 31, 2018 was 4.38%. Interest expense, excluding the amortization of debt issuance costs, related to our Senior Credit Facility was $0.9 million and $1.2 million for the three months ended March 31, 2018 and 2017, respectively.

*Covenants and restrictions*

The Senior Credit Facility contains customary representations and warranties relating to us and our subsidiaries. Obligations under the Senior Credit Facility are secured by first priority liens on, and security interests in, substantially all of our company assets and each Guarantor, as defined in the agreement. The Senior Credit Facility also contains certain affirmative and negative covenants including negative covenants that limit or restrict, among other things, liens, indebtedness, investments and acquisitions, mergers and fundamental changes, asset sales, restricted payments, changes in the nature of the business, transactions with affiliates and other matters customarily restricted in such agreements. We must maintain a minimum fixed charge coverage ratio and a maximum consolidated leverage ratio at the end of each fiscal quarter, as set forth in the credit agreement. At March 31, 2018, we were in compliance with all such covenants.

17

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 11—Income Taxes

Income tax expense for the three months ended March 31, 2018 and 2017 differs from the amount computed by applying the statutory federal income tax rate to income before income taxes. The sources and tax effects of the differences are as follows:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| U.S. federal statutory tax rate | 21.0 % | 35.0 % |
| State income taxes, net of federal tax benefit | 0.9 | 1.4 |
| General business credits | (0.6) | (1.0) |
| Employee stock-based compensation | (10.0) | (1.0) |
| Other | 1.6 | 0.5 |
| Effective tax rate | 12.9 % | 34.9 % |

On December 22, 2017, H.R. 1, known as the Tax Cuts and Jobs Act (the "Tax Act") was signed into law and makes significant changes to U.S. income tax law. Effective in 2018, the Tax Act reduced the US federal corporate tax rate from 35% to 21%, created new taxes on certain foreign-sourced earnings and certain related-party payments, eliminated certain deductions and enhanced and extended through 2026 the option to claim accelerated depreciation deductions on qualified property.

Due to the timing of the enactment and the complexity involved in applying the provisions of the Tax Act, we have made reasonable estimates of the effects and recorded provisional amounts in our financial statements as of December 31, 2017. We remeasured deferred tax assets and liabilities resulting from the permanent reduction in the U.S. statutory corporate tax rate from 35% to 21% and recorded a provisional tax benefit of $6.3 million. We also analyzed the transition tax on accumulated foreign subsidiary earnings and made a provisional determination that we have no additional tax obligation. As we collect and prepare necessary data, and interpret the Tax Act and any additional guidance issued by the U.S. Treasury Department, the IRS, and other standard-setting bodies, we may make adjustments to the provisional amounts including estimates for certain employment compensation. Those adjustments may materially impact our provision for income taxes and effective tax rate in the period in which the adjustments are made. The SEC has provided up to a one-year measurement period for companies to finalize the accounting for the impacts of this new legislation and we anticipate finalizing our accounting over the coming quarters.

The effective tax rate for the three months ended March 31, 2018 and 2017 differs from the statutory federal income tax rate of 21% and 35%, respectively, primarily due to state income taxes, net of federal tax benefits, general business credits and employee stock-based compensation. The decrease in the effective tax rate for the three months ended March 31, 2018 as compared to the three months ended March 31, 2017 is primarily due to the decrease in the statutory federal tax rate noted above and higher excess tax benefits related to stock compensation as a result of an increase in the value of our stock price.

We establish a valuation allowance when we consider it more-likely-than-not that some portion or all of the deferred tax assets will not be realized. As of March 31, 2018 and 2017, we did not have a valuation allowance on any of our deferred tax assets as we believed it was more-likely-than-not that we would realize the benefits of our deferred tax assets.

We are subject to examination by the Internal Revenue Service, or IRS, and various state tax authorities. We remain subject to examination of our federal income tax return for the years ended December 31, 2014 through 2016. We generally remain subject to examination of our various state income tax returns for a period of four to five years from the respective dates the returns were filed.

As of March 31, 2018, we have net operating loss carryforwards of approximately $37.7 million and $33.7 million for federal and state tax purposes, respectively, which will be available to offset future income. If not used, these carryforwards will expire between 2020 and 2035. In addition, we have state business tax credits of approximately $9.8 million that can be carried forward indefinitely and other state business tax credits of approximately $1.2 million that will expire between 2023 and 2027.

As of March 31, 2018 and December 31, 2017, we had a liability of $6.7 million and $5.6 million, respectively, for unrecognized tax benefits related to various federal and state income tax matters excluding interest, penalties and related

tax benefits. The reconciliation of the beginning unrecognized tax benefits balance to the ending balance is as follows:

18

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 11—Income Taxes (continued)**

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | 2018 | | 2017 | |
| | (In thousands) | | | |
| Beginning balance | $ | 5,560 | $ | 7,314 |
| Increases related to positions taken during prior years | | — | | — |
| Increases related to positions taken during the current year | | 1,099 | | 1,038 |
| Decreases related to positions settled with tax authorities | | — | | — |
| Decreases as a result of a lapse of applicable statute of limitations | | — | | — |
| Ending balance | $ | 6,659 | $ | 8,352 |
| The total amount of unrecognized tax benefits that, if recognized, would affect the effective tax rate | $ | 6,659 | $ | 8,352 |

As of March 31, 2018 and 2017, we recognized accrued interest and penalties related to unrecognized tax benefits of approximately $1.3 million and $1.2 million, respectively.

**Note 12—Stockholders' Equity**

**Stock Repurchase Program**

In June 2015, our Board of Directors authorized, subject to regulatory approval, a repurchase of shares of our Class A Common Stock in an amount up to $150 million under a stock repurchase program with no expiration date. As of November 2017, we have repurchased all $150 million of Class A common stock under the repurchase program.

*Accelerated Share Repurchases*

We have entered into accelerated share repurchase arrangements ("ASRs") with a financial institution from time to time under our stock repurchase program. The following table summarizes our ASR activity for the prior year comparative period:

| | Purchase Period End Date | Number of Shares (In thousands) | Average Repurchase Price Per Share | ASR Amount (In thousands) | |
|---|---|---|---|---|---|
| March 2017 ASR | November 2017 | 1,326 | $ 38.64 | $ 50,000 | (1) |

(1) We elected to cash settle approximately $2.0 million worth of shares owed back to the counterparty under our March 2017 accelerated share repurchase agreement.

In exchange for an up-front payment in March 2017, the financial institution delivered 1.3 million shares of our Class A common stock.

The up-front payments are accounted for as a reduction to shareholders' equity on our consolidated balance sheets in the periods the payments are made. The ASRs are accounted for in two separate transactions: 1) a treasury stock repurchase for the initial shares received and 2) a forward stock purchase contract indexed to our own stock for the unsettled portion of the ASR. The par value of the shares received are recorded as a reduction to common stock with the remainder recorded as a reduction to additional paid-in capital and retained earnings. The ASRs meet all of the applicable criteria for equity classification, and therefore are not accounted for as derivative instruments. The initial repurchase of shares result in an immediate reduction of the outstanding shares used to calculate the weighted-average common shares outstanding for basic and diluted earnings per share. The final number of shares received upon settlement for the ASR is determined based on the volume-weighted average price of our common stock over the term of the agreement less an agreed upon discount and subject to adjustments pursuant to the terms and conditions of the ASR. The shares received are retired in the periods they are delivered, but remain authorized for registration and issuance in the future.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 13—Earnings per Common Share

The calculation of basic and diluted EPS was as follows:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| | (In thousands, except per share data) | |
| **Basic earnings per Class A common share** | | |
| Numerator: | | |
| Net income | $ 70,031 | $ 40,754 |
| Denominator: | | |
| Weighted-average Class A shares issued and outstanding | 51,439 | 50,458 |
| Basic earnings per Class A common share | $ 1.36 | $ 0.81 |
| | | |
| **Diluted earnings per Class A common share** | | |
| Numerator: | | |
| Net income | $ 70,031 | $ 40,754 |
| Denominator: | | |
| Weighted-average Class A shares issued and outstanding | 51,439 | 50,458 |
| Dilutive potential common shares: | | |
| Stock options | 535 | 603 |
| Restricted stock units | 1,337 | 1,186 |
| Performance based restricted stock units | 915 | 231 |
| Employee stock purchase plan | 8 | 19 |
| Diluted weighted-average Class A shares issued and outstanding | 54,234 | 52,497 |
| Diluted earnings per Class A common share | $ 1.29 | $ 0.78 |

For the periods presented, we excluded certain restricted stock units and stock options outstanding (as applicable) which could potentially dilute basic EPS in the future, from the computation of diluted EPS as their effect was anti-dilutive. Additionally, we have excluded any performance based restricted stock units for which the performance contingency has not been met as of the end of the period. The following table shows the weighted-average number of shares excluded from the diluted EPS calculation:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| | (In thousands) | |
| **Class A common stock** | | |
| Options to purchase Class A common stock | — | 55 |
| Performance based restricted stock units | 22 | — |
| Total options and restricted stock units | 22 | 55 |

## Note 14—Fair Value Measurements

Under applicable accounting guidance, fair value is defined as the exchange price that would be received for an asset or paid to transfer a liability (an exit price) in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants on the measurement date.

We determine the fair values of our financial instruments based on the fair value hierarchy established under applicable accounting guidance which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. There are three levels of inputs used to measure fair value.

For more information regarding the fair value hierarchy and how we measure fair value, see *Note 2—Summary of Significant Accounting Policies* to the Consolidated Financial Statements of our Annual Report on Form 10-K for the year ended December 31, 2017.

20

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 14—Fair Value Measurements (continued)

As of March 31, 2018 and December 31, 2017, our assets and liabilities carried at fair value on a recurring basis were as follows:

| | Level 1 | Level 2 | Level 3 | Total Fair Value |
|---|---|---|---|---|
| **March 31, 2018** | | (In thousands) | | |
| Assets | | | | |
| Negotiable certificate of deposit | $ — | $ 5,000 | $ — | $ 5,000 |
| U.S. Treasury notes | — | 10,875 | — | 10,875 |
| Agency securities | — | 4,940 | — | 4,940 |
| Agency mortgage-backed securities | — | 115,933 | — | 115,933 |
| Municipal bonds | — | 589 | — | 589 |
| Asset-backed securities | — | 11,211 | — | 11,211 |
| Total assets | $ — | $ 148,548 | $ — | $ 148,548 |
| | | | | |
| Liabilities | | | | |
| Contingent consideration | $ — | $ — | $ 17,156 | $ 17,156 |
| | | | | |
| **December 31, 2017** | | | | |
| Assets | | | | |
| Corporate bonds | $ — | $ 1,000 | $ — | $ 1,000 |
| U.S. Treasury notes | — | 10,875 | — | 10,875 |
| Agency mortgage-backed securities | — | 120,034 | — | 120,034 |
| Municipal bonds | — | 739 | — | 739 |
| Asset-backed securities | — | 20,861 | — | 20,861 |
| Total assets | $ — | $ 153,509 | $ — | $ 153,509 |
| | | | | |
| Liabilities | | | | |
| Contingent consideration | $ — | $ — | $ 17,358 | $ 17,358 |

We based the fair value of our fixed income securities held as of March 31, 2018 and December 31, 2017 on quoted prices in active markets for similar assets. We had no transfers between Level 1, Level 2 or Level 3 assets or liabilities during the three months ended March 31, 2018 or 2017.

The following table presents changes in our contingent consideration payable for the three months ended March 31, 2018 and 2017, which is categorized in Level 3 of the fair value hierarchy:

| | Three Months Ended March 31, | |
|---|---|---|
| | 2018 | 2017 |
| | (In thousands) | |
| Balance, beginning of period | $ 17,358 | $ 8,634 |
| Issuance | — | 18,000 |
| Payments of contingent consideration | (202) | (192) |
| Balance, end of period | $ 17,156 | $ 26,442 |

21

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 15—Fair Value of Financial Instruments**

The following describes the valuation technique for determining the fair value of financial instruments, whether or not such instruments are carried at fair value on our consolidated balance sheets.

*Short-term Financial Instruments*

Our short-term financial instruments consist principally of unrestricted and restricted cash and cash equivalents, settlement assets and obligations, and obligations to customers. These financial instruments are short-term in nature, and, accordingly, we believe their carrying amounts approximate their fair values. Under the fair value hierarchy, these instruments are classified as Level 1.

*Investment Securities*

The fair values of investment securities have been derived using methodologies referenced in *Note 2–Summary of Significant Accounting Policies* to the Consolidated Financial Statements of our Annual Report on Form 10-K for the year ended December 31, 2017. Under the fair value hierarchy, our investment securities are classified as Level 2.

*Loans*

We determined the fair values of loans by discounting both principal and interest cash flows expected to be collected using a discount rate commensurate with the risk that we believe a market participant would consider in determining fair value. Under the fair value hierarchy, our loans are classified as Level 3.

*Deposits*

The fair value of demand and interest checking deposits and savings deposits is the amount payable on demand at the reporting date. We determined the fair value of time deposits by discounting expected future cash flows using market-derived rates based on our market yields on certificates of deposit, by maturity, at the measurement date. Under the fair value hierarchy, our deposits are classified as Level 2.

*Contingent Consideration*

The fair value of contingent consideration obligations, such as the earn-outs associated with our acquisitions of TPG and UniRush, are estimated through valuation models designed to estimate the probability of such contingent payments based on various assumptions.  Estimated payments are discounted using present value techniques to arrive at an estimated fair value.  Our contingent consideration payable is classified as Level 3 because we use unobservable inputs to estimate fair value, including the probability of achieving certain earnings thresholds and appropriate discount rates. Changes in fair value of contingent consideration are recorded through operating expenses.

*Note Payable*

The fair value of our note payable is based on borrowing rates currently available to a market participant for loans with similar terms or maturity. The carrying amount of our note payable approximates fair value because the base interest rate charged varies with market conditions and the credit spread is commensurate with current market spreads for issuers of similar risk. The fair value of the note payable is classified as a Level 2 liability in the fair value hierarchy.

*Fair Value of Financial Instruments*

The carrying values and fair values of certain financial instruments that were not carried at fair value, excluding short-term financial instruments for which the carrying value approximates fair value, at March 31, 2018 and December 31, 2017 are presented in the table below.

| | March 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| | Carrying Value | Fair Value | Carrying Value | Fair Value |
| | (In thousands) | | | |
| **Financial Assets** | | | | |
| Loans to bank customers, net of allowance | $ 19,713 | $ 19,074 | $ 18,570 | $ 18,102 |

**Financial Liabilities**

| | | | | |
|---|---|---|---|---|
| Deposits | $ 1,293,272 | $ 1,293,215 | $ 1,022,180 | $ 1,022,102 |
| Note payable | $ 74,384 | $ 74,384 | $ 79,611 | $ 79,611 |

22

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 16—Commitments and Contingencies**

*Litigation and Claims*

In the ordinary course of business, we are a party to various legal proceedings, including, from time to time, actions which are asserted to be maintainable as class action suits. We review these actions on an ongoing basis to determine whether it is probable and estimable that a loss has occurred and use that information when making accrual and disclosure decisions. We have provided reserves where necessary for all claims and, based on current knowledge and in part upon the advice of legal counsel, all matters are believed to be adequately covered by insurance, or, if not covered, we do not expect the outcome in any legal proceedings, individually or collectively, to have a material adverse impact on our financial condition or results of operations.

The third and final performance period under an earn-out provision for the acquisition of our tax refund processing business ended on June 30, 2017. We believe that our tax refund processing business did not achieve its earn-out performance target for the fiscal year performance period based on the provisions of the contract and therefore, the total potential payout of $26 million has not been accrued on our balance sheet as of March 31, 2018. We are currently in the process of resolving the final earn-out calculation with the selling shareholders with the assistance of a neutral third party who will make a determination of the final outcome. To the extent there is an unfavorable resolution for the earn-out payment, we may be required to make payment of up to $26 million.

During the quarter ended June 30, 2016, we continued our planned conversion of customer files from our legacy third-party card processor to our current third-party card processor. As part of the conversion process, a small percentage of our active account holders experienced limited disruptions in service. As a result of this limited disruption in service, two putative class action complaints were filed during the second quarter of 2016. Any settlement amount paid to resolve the consolidated class actions will be borne equally between us and our third-party card processor. We have recorded an estimated accrual of approximately $2.3 million, which represents our portion of the estimated total settlement amount, all of which our insurance carrier has agreed to reimburse us. This amount is recorded in other accrued liabilities and accounts receivable on our consolidated balance sheet as of March 31, 2018.

*Other Matters*

We monitor the laws of all 50 states to identify state laws or regulations that apply (or may apply) to our products and services. We have obtained money transmitter licenses (or similar such licenses) where applicable, based on advice of counsel or when we have been requested to do so. If we were found to be in violation of any laws and regulations governing banking, money transmitters, electronic fund transfers, or money laundering in the United States or abroad, we could be subject to penalties or could be forced to change our business practices.

From time to time we enter into contracts containing provisions that contingently require us to indemnify various parties against claims from third parties. These contracts primarily relate to: (i) contracts with our card issuing banks, under which we are responsible to them for any unrecovered overdrafts on cardholders' accounts; (ii) certain real estate leases, under which we may be required to indemnify property owners for environmental and other liabilities, and other claims arising from our use of the premises; (iii) certain agreements with our officers, directors, and employees, under which we may be required to indemnify these persons for liabilities arising out of their relationship with us; and (iv) contracts under which we may be required to indemnify our retail distributors, suppliers, vendors and other parties with whom we have contracts against claims arising from certain of our actions, omissions, violations of law and/or infringement of patents, trademarks, copyrights and/or other intellectual property rights.

Generally, a maximum obligation under these contracts is not explicitly stated. Because the obligated amounts associated with these types of agreements are not explicitly stated, the overall maximum amount of the obligation cannot be reasonably estimated. With the exception of overdrafts on cardholders' accounts, historically, we have not been required to make payments under these and similar contingent obligations, and no liabilities have been recorded for these obligations in our consolidated balance sheets.

For additional information regarding overdrafts on cardholders' accounts, refer to *Note 6 — Accounts Receivable*.

As of March 31, 2018 and December 31, 2017, we had restricted cash balances of $86.6 million and $90.9 million, which consist principally of funds required to collateralize a prefunding obligation with a business partner.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 17—Significant Retailer Concentration**

A credit concentration may exist if customers are involved in similar industries, economic sectors, and geographic regions. Our retail distributors operate in similar economic sectors but diverse domestic geographic regions. The loss of a significant retail distributor could have a material adverse effect upon our card sales, profitability, and revenue growth.

Revenues derived from our products sold at retail distributors constituting greater than 10% of our total operating revenues were as follows:

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | **2018** | **2017** |
| Walmart | **33%** | 37% |

Settlement assets derived from our products sold at retail distributors constituting greater than 10% of the settlement assets outstanding on our consolidated balance sheets were as follows:

|  | **March 31, 2018** | **December 31, 2017** |
| --- | --- | --- |
| Walmart | **32%** | 33% |

**Note 18—Segment Information**

Our operations are comprised of two reportable segments: 1) Account Services and 2) Processing and Settlement Services. We identified our reportable segments based on factors such as how we manage our operations and how our chief operating decision maker views results. Our chief operating decision maker organizes and manages our business primarily on the basis of product and service offerings and uses operating income to assess profitability.

The Account Services segment consists of revenues and expenses derived from the Company's deposit account programs, such as prepaid cards, debit cards, consumer and small business checking accounts, secured credit cards, payroll debit cards and gift cards. These deposit account programs are marketed under several of the Company's leading consumer brand names and under the brand names of the Company's Banking as a Service, or "BaaS," partners. The Processing and Settlement Services segment consists of revenues and expenses derived from the Company's products and services that specialize in facilitating the movement of cash on behalf of consumers and businesses, such as consumer cash processing services, wage disbursements and tax refund processing services. The Corporate and Other segment primarily consists of eliminations of intersegment revenues and expenses, unallocated corporate expenses, depreciation and amortization, and other costs that are not considered when management evaluates segment performance. We do not evaluate performance or allocate resources based on segment asset data, and therefore such information is not presented.

The following tables present certain financial information for each of our reportable segments for the periods then ended:

|  | Three Months Ended March 31, 2018 | | | |
| --- | --- | --- | --- | --- |
|  | **Account Services** | **Processing and Settlement Services** | **Corporate and Other** | **Total** |
|  | (In thousands) | | | |
| Operating revenues | $ **222,434** | $ **101,858** | $ **(9,294)** | $ **314,998** |
| Operating expenses | **169,488** | **50,673** | **18,457** | **238,618** |
| Operating income | $ **52,946** | $ **51,185** | $ **(27,751)** | $ **76,380** |

|  | Three Months Ended March 31, 2017 | | | |
| --- | --- | --- | --- | --- |
|  | **Account Services** | **Processing and Settlement Services** | **Corporate and Other** | **Total** |
|  | (In thousands) | | | |
| Operating revenues | $ 167,693 | $ 93,710 | $ (8,402) | $ 253,001 |
| Operating expenses | 126,677 | 45,103 | 19,845 | 191,625 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Operating income | $ | 41,016 | $ | 48,607 | $ | (28,247) | $ | 61,376 |

**ITEM 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*This Quarterly Report on Form 10-Q, including this Management's Discussion and Analysis of Financial Condition and Results of Operations, contains forward-looking statements regarding future events and our future results that are subject to the safe harbors created under the Securities Act of 1933 and the Securities Exchange Act of 1934 (the "Exchange Act"). All statements other than statements of historical facts are statements that could be deemed to be forward-looking statements. These statements are based on current expectations, estimates, forecasts and projections about the industries in which we operate and the beliefs and assumptions of our management. Words such as "expects," "anticipates," "targets," "goals," "projects," "intends," "plans," "believes," "seeks," "estimates," "continues," "endeavors," "strives," "may" and "assumes," variations of such words and similar expressions are intended to identify forward-looking statements. In addition, any statements that refer to projections of our future financial performance, our anticipated growth and trends in our businesses, and other characterizations of future events or circumstances are forward-looking statements. Readers are cautioned that these forward-looking statements are subject to risks, uncertainties, and assumptions that are difficult to predict, including those identified below, under "Part II, Item 1A. Risk Factors," and elsewhere herein. Therefore, actual results may differ materially and adversely from those expressed in any forward-looking statements. We undertake no obligation to revise or update any forward-looking statements for any reason.*

*In this Quarterly Report, unless otherwise specified or the context otherwise requires, "Green Dot," "we," "us," and "our" refer to Green Dot Corporation and its consolidated subsidiaries.*

## Overview

Green Dot Corporation is a pro-consumer bank holding company and financial technology innovator with a mission to reinvent personal banking for the masses. We employ a unique "products and platform" operating model whereby we use our banking and technology assets to design, build and distribute our branded financial services products directly to consumers through a large-scale, omni-channel national distribution platform; while also allowing qualified third party partners to access those same banking and technology assets to design, build and distribute their own bespoke financial services directly to their consumers through their own distribution platforms. Through our six revenue divisions and our subsidiary bank, Green Dot Bank, we are a leading provider of prepaid cards, debit cards, checking accounts, secured credit cards, payroll debit cards, consumer cash processing services, wage disbursements and tax refund processing services. With approximately 100,000 major name U.S. retail stores selling our products, several leading direct-to-consumer websites, thousands of tax preparation offices, several apps available in the two leading app stores and distribution through several enterprise-scale "Banking as a Service,"or "BaaS," partnerships, we are one of the most broadly distributed banking franchises in the United States. We are headquartered in Pasadena, California, with additional facilities throughout the United States and in Shanghai, China.

As the regulated entity and issuing bank for substantially all products and services we provide, whether our own or on behalf of a BaaS platform partner, we are directly accountable for all aspects of each program's integrity, inclusive of ensuring the program's compliance with all applicable banking regulations, applicable state and federal law and our various internal governance policies and procedures related to all areas of risk and compliance, in addition to deploying enterprise-class risk management practices and procedures to ensure each program's initial and ongoing safety and soundness.

## Our products and services

We offer consumers a broad collection of financial products and services managed through several diverse business lines which are then made available to consumers through a widely-available "branchless" distribution network in the United States. Many of the products and services we internally create and distribute are marketed under the Green Dot brand name, which we believe is both a well-known and highly trusted brand name for millions of consumers. Our branchless network consists of:

- distribution arrangements with approximately 100,000 mostly major chain retail locations, which we refer to as "retail distributors" and thousands of neighborhood Financial Service Center locations;

- several differently branded, Green Dot-owned and operated direct-to-consumer online and direct mail customer acquisition platforms;

- corporate distribution partnerships with businesses that provide payroll cards to their employees to receive wage disbursements;

- more than 25,000 small and large tax preparation companies and individual tax preparers, which are sometimes referred to as electronic return originators, or "EROs", who are able to offer our products and services to their

25

Table of Contents

customers through the use of various tax preparation industry software packages with which our products are integrated;

- apps compatible with the iOS and Android operating systems downloaded through the corresponding app store; and

- platform partners' distribution channels that those partners use to acquire customers for their bespoke products and services that are powered by our BaaS Platform.

Our products and services include several deposit account programs, such as network-branded reloadable prepaid debit cards marketed under several leading consumer brand names, which we collectively refer to as "GPR cards," consumer checking accounts, small business checking accounts, network-branded gift cards (known as open-loop), secured credit cards and other financial services.

We also offer several products and services that specialize in facilitating the movement of cash on behalf of consumers and businesses. These products and services include: our proprietary swipe reload system for crediting cash onto an enabled payment card by swiping the payment card at the point-of-sale at any Green Dot Network participating retailer; MoneyPak, a product that allows a consumer to add funds to accounts we issue or accounts issued by other United States chartered and regulated third party banks; and e-cash remittance services, a service that allows a consumer to transfer funds to a smartphone for fulfillment at a Green Dot participating retailer. We refer to these services collectively as our cash transfer products. We also provide disbursement services through our Simply Paid platform that enables a payment solution for companies to pay their workforce and customers in the time and manner they desire and provide tax refund transfers that provide the processing technology to facilitate receipt of a taxpayers' refund proceeds.

**Our BaaS Platform**

Through our BaaS Platform, we currently power the following types of products and services on behalf of several of America's largest retail, consumer, technology and financial services companies:

- Mobile banking;

- Loan disbursement accounts;

- Spend-based Mobile P2P services, such as Apple Pay Cash;

- Money transfer services;

- GPR cards;

- Network branded "open loop" gift cards;

- Instant payment and wage disbursements;

- Small business checking accounts and debit cards; and

- Consumer checking accounts.

**Our Segments and Distribution Channels**

Our products and services and BaaS Platform are divided among our two reportable segments: Account Services and Processing and Settlement Services. Each segment is comprised of multiple "revenue divisions" that each focus on a distinct set of products or distribution channels, as follows:

*Account Services*

**Consumer Accounts**

We offer several deposit account programs that can be acquired through our omni-channel distribution platform. These products include:

- Network-branded reloadable prepaid debit cards marketed under several leading consumer brand names, collectively referred to as GPR cards;

- Innovative consumer and small business checking account products, such as our GoBank product, that allow customers to acquire and manage their checking account entirely through a mobile application available on smartphone devices; and

- Network-branded gift cards (known as open-loop) that are sold at participating retail stores.

26

**Green Dot Direct**

We also offer GPR cards, checking accounts products and secured credit cards directly to consumers through several different online direct-to-consumer websites. Our direct-to-consumer websites include: greendot.com; walmartmoneycard.com; rushcard.com; accountnow.com; achievecard.com; gobank.com; and ReadyDebit.com.

**Consumer Credit Card**

We offer a secured credit card nationwide on a direct-to-consumer basis via both greendot.com/platinum and securedcardchoice.com. Our secured credit cards are designed to help people establish or rehabilitate their national credit bureau score. The credit line offered to the customer is backed by the customer's own security deposit held on deposit at Green Dot Bank or other banks in accounts held under our control. As such, we have no risk of material loss resulting from the customer's non-payment of their obligation. As the customer successfully uses their credit card and repays their obligations in accordance with the card's terms and conditions, that successful repayment history is reported to the national credit bureaus which, in turn, can help improve the customer's overall credit score. Customers have the option of funding their security deposits with cash and making monthly payments at Green Dot Network retail locations.

**PayCard and Corporate Disbursement**

We offer payroll cards and other wage disbursement services to over 2,500 corporate customers, such as Einstein Bagels, Nordstrom and Rite Aid. Our solutions address both the W-2 and 1099 work force.

**Green Dot Bank**

Through our subsidiary bank, Green Dot Bank, we offer issuing, settlement and capital management services principally to support those applicable products across all six revenue divisions in both reporting segments. Our banking services include:

- Issuing services as the payment network member bank and settlement bank for our GPR card, spend-based P2P programs, gift card and checking account products;

- Credit card issuing and capital lending services for our Green Dot Platinum Visa Secured Credit Card; and

- Settlement bank for our reload and tax refund services within our Processing and Settlement Services segment.

Green Dot Bank also generates interest income through management of its capital and the increasing deposits it receives in respect of our products and services as well as the products and services we enable for BaaS platform partners.

Products within our Account Services segment are generally issued by Green Dot Bank. As a result of acquisitions over the past few years, we also manage programs issued by third-party issuing banks.

*Processing and Settlement Services*

**Money Processing**

We offer several products and services that all specialize in facilitating the movement of funds on behalf of consumers and businesses. These products and services include:

- Our "Reload@TheRegister" swipe reload service allows consumers to add funds to accounts we issue or manage and accounts issued by any third party bank or program manager, which we refer to as network acceptance members, that has enabled its cards to accept funds through our processing system.

- Our MoneyPak PIN product provides consumers the ability to add funds to accounts we issue or manage and accounts issued by any third party bank or program manager that has enabled its cards to accept funds through our processing system.

- Our e-cash remittance service enables consumers to add funds to accounts we issue or manage and accounts issued by any third party bank or program manager that has enabled its accounts to accept funds through our processing system. Consumers can also cash-out money sent to them by a business through the use of our e-cash remittance service when Green Dot sends a unique barcode to the customer's smartphone, which is then presented to a cashier at a participating retailer who then scans the barcode to fulfill the transfer.

- Our Simply Paid Disbursement service that enables wages and any type of authorized funds disbursement to be sent to accounts we issue or manage and accounts issued by any third party bank or program manager that has enabled its cards to accept funds through our processing system.

27

Table of Contents

**Tax Processing**

We offer several services designed for participants in the tax industry. Those services include:

- Tax refund transfers that provide the processing technology to facilitate receipt of a taxpayers' refund proceeds. When a customer of a third party tax preparation provider chooses to pay their tax preparation fees using our processing services, we deduct the tax preparation service fee and our processing service fee from the customer's refund, and remit the remaining balance to the customer's account;

- Small business lending to independent tax preparation providers that seek small loans in order to help provide working capital in advance of generating income during the tax filing season;

- GPR card offerings that are integrated into the tax preparation software that enables a tax preparation provider to offer its customers a Green Dot Bank-issued GPR card for the purpose of receiving tax refunds more rapidly and securely than check disbursements; and

- Fast Cash Advance, a consumer-friendly loan that enables tax refund recipients utilizing our tax processing services the opportunity to receive a portion of their expected tax refund amount in advance of receiving their actual tax refund.

*2018 Six Step Plan*

In February 2018, we announced our 2018 Six Step Plan (the "2018 Plan") outlining our strategy to grow revenue, reduce expenses and appropriately allocate capital, all with the objective of driving EPS growth. The following describes each of the six steps within the 2018 Plan.

**Step 1:** Continue growing our number of active accounts year over year, and improve the unit economics of those accounts.

**Step 2:** Launch a new use case for MoneyPak and continue to increase the number of cash transfer transactions year over year.

**Step 3:** Make strategic investments in new, high potential initiatives.

**Step 4:** Drive increasing efficiencies across our consolidated operating platform to successfully expand margins year over year.

**Step 5:** Continue integration of 2017 acquisitions and look for new strategic acquisitions.

**Step 6:** Return capital to shareholders through share buy-backs.

*Financial Results and Trends*

Our consolidated results of operations for the three months ended March 31, 2018 and 2017 were as follows:

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | Change | % |
| | (In thousands, except percentages) | | | |
| Total operating revenues | $ 314,998 | $ 253,001 | $ 61,997 | 24.5% |
| Total operating expenses | 238,618 | 191,625 | 46,993 | 24.5% |
| Net income | 70,031 | 40,754 | 29,277 | 71.8% |

**Total operating revenues**

Our total operating revenues for the three months ended March 31, 2018 increased $62.0 million, or 24.5%, over the prior year comparable period. Our growth was driven by a 19% increase in our active accounts and greater customer engagement as evidenced by growth in gross dollar volume and purchase volume within our Account Services segment. Total operating revenues also increased as a result of year-over-year growth in the total number of cash transfers and the number of tax refunds processed within our Processing and Settlement Services segment. In the first quarter of 2018, our Account Services segment had a mix of revenue from both our established product lines and several new product lines. Our new product lines currently have margins below our established product lines and as a result, we experienced year-over-year margin compression during the quarter. In the second half of 2018, we expect the revenue growth from our established product lines, as well as the maturation of our new products will offset the unfavorable mix impact in the first quarter.

28

Table of Contents

**Total operating expenses**

Our total operating expenses for the three months ended March 31, 2018 increased $47.0 million, or 24.5% over the prior year comparable period. This increase was principally the result of higher sales and marketing expenses attributable to the year-over-year increase in operating revenues generated from products that are subject to revenue share payments to our distributors and partners, increases in processing expenses as a result of higher transactional usage and an increase in compensation and benefits expenses attributable to a growth in employee headcount, principally in late 2017, and third-party contractor costs to support our growth initiatives in 2018.

**Income taxes**

Income tax expense for the three months ended March 31, 2018 decreased $11.4 million, or 52.2%, from the prior year comparable period. This decrease was the result of a lower effective tax rate. On December 22, 2017, the Tax Cuts and Jobs Act (the "Tax Act") was signed into law and introduced significant changes to U.S. income tax law. Effective in 2018, the Tax Act reduced the US federal corporate tax rate from 35% to 21%, created new taxes on certain foreign-sourced earnings and certain related-party payments, eliminates certain deductions and enhances and extends through 2026 the option to claim accelerated depreciation deductions on qualified property.

**Key Metrics**

Our key business metrics described in the latest Annual Report on Form 10-K have been revised to include additional product lines or services that have grown to become sufficiently material to warrant inclusion. Previously reported metrics have been restated herein for comparative purposes.

We review a number of metrics to help us monitor the performance of, and identify trends affecting, our business. We believe the following measures are the primary indicators of our quarterly and annual revenues.

*Gross Dollar Volume* — represents the total dollar volume of funds loaded to our account products. Our dollar volume was $11.7 billion and $7.5 billion for the three months ended March 31, 2018 and 2017, respectively. We use this metric to analyze the total amount of money moving onto our account programs, determine the overall engagement and usage patterns of our account holder base and serves as a leading indicator of revenue generated through our Account Services segment products, inclusive of interest income generated on deposits held at Green Dot Bank, fees charged to account holders and interchange revenues generated through the spending of account balances. The increases in dollar volume of 57% during the three months ended March 31, 2018, from the comparable prior year period was principally driven by higher dollar volume from direct deposit onto our products.

*Number of Active Accounts* — represents any bank account within our Account Services segment that is subject to United States Patriot Act compliance and, therefore, requires customer identity verification prior to use and is intended to accept ongoing customer cash or ACH deposits. This includes general purpose reloadable prepaid card accounts, demand deposit or "checking" accounts, and credit card accounts in our portfolio that had a purchase, deposit or ATM withdrawal transaction during the applicable quarter. We had 6.01 million and 5.05 million active accounts outstanding as of March 31, 2018 and 2017, respectively. We use this metric to analyze the overall size of our active customer base and to analyze multiple metrics expressed as an average across this active account base. The increase in the number of active accounts of 19% was primarily driven by the launch of new products during the first quarter of 2018 and growth from our existing account programs.

*Purchase Volume* — represents the total dollar volume of purchase transactions made by our account holders. This metric excludes the dollar volume of ATM withdrawals. Our purchase volume was $7.5 billion and $5.5 billion for the three months ended March 31, 2018 and 2017, respectively. We use this metric to analyze interchange revenue, which is a key component of our financial performance. The increases in purchase volume of 36% during the three months ended March 31, 2018 from the comparable prior year period was driven by an increase in Gross Dollar Volume, as described above.

*Number of Cash Transfers* — represents the total number of cash transfer transactions conducted by consumers, such as a point-of-sale swipe reload transaction, the purchase of a MoneyPak or an e-cash mobile remittance transaction marketed under various brand names, that we conducted through our retail distributors in a specified period. This metric excludes disbursements made through our Simply Paid wage disbursement platform. We processed 10.10 million and 9.30 million reload transactions in the three months ended March 31, 2018 and 2017, respectively. We review this metric as a measure of the size and scale of our retail cash processing network, as an indicator of customer engagement and usage of our products and services, and to analyze cash transfer revenue, which is a key component of our financial performance. Our cash transfers increased 9% during the three months ended March 31, 2018 over the prior year comparable period due to growth in our updated MoneyPak PIN product utilized by our accounts holders as well as third-party programs. Our swipe reload service also increased, driven by the increase in active accounts,

29

Table of Contents

partially offset by an increase in direct deposit penetration in our active account portfolio as direct deposit customers, on average, perform fewer cash reloads.

**Number of Tax Refunds Processed** — represents the total number of tax refunds processed in a specified period. We processed 8.75 million and 8.60 million tax refund transactions in the three months ended March 31, 2018 and 2017, respectively. Due to seasonality, the number of tax refunds processed is most concentrated during the first half of each year and is minimal during the second half of each year. We review this metric as a measure of the size and scale of our tax refund processing platform and as an indicator of customer engagement and usage of its products and services. The 2% increase in the number of tax refunds processed for the three months ended March 31, 2018 from the comparable prior year period was primarily driven by an increase of refunds processed through online tax filing software platforms, partially offset by a decrease in the number of refunds processed by traditional tax preparation providers.

**Key components of our results of operations**

**Operating Revenues**

We classify our operating revenues into the following three categories:

*Card Revenues and Other Fees* — Card revenues consist of monthly maintenance fees, ATM fees, new card fees and other revenues. We charge maintenance fees on GPR cards, checking accounts and certain cash transfer products, such as MoneyPak, pursuant to the terms and conditions in our customer agreements. We charge ATM fees to cardholders when they withdraw money at certain ATMs in accordance with the terms and conditions in our cardholder agreements. We charge new card fees, if applicable, when a consumer purchases a GPR card, gift card, or a checking account product. Other revenues consist primarily of revenue associated with our gift card program, annual fees associated with our secured credit card portfolio, transaction-based fees and fees associated with optional products or services, which we offer to cardholders from time to time.

Our aggregate monthly maintenance fee revenues vary primarily based upon the number of active accounts in our portfolio and the average fee assessed per account. Our average monthly maintenance fee per active account depends upon the mix of products in our portfolio at any given point in time and upon the extent to which fees are waived based on various incentives provided to customers in an effort to encourage higher usage and retention. Our aggregate ATM fee revenues vary based upon the number of cardholder ATM transactions and the average fee per ATM transaction. The average fee per ATM transaction depends upon the mix of products in our portfolio at any given point in time and the extent to which cardholders use ATMs within our free network that carry no fee for cash withdrawal transactions. Our aggregate new card fee revenues vary based upon the number of GPR cards and checking accounts activated and the average new card fee. The average new card fee depends primarily upon the mix of products that we sell since there are variations in new account fees based on the product and/or the location or source where our products are purchased. Our aggregate other fees vary primarily based upon account sales of all types, gift card sales, purchase transactions and the number of active accounts in our portfolio.

*Processing and Settlement Service Revenues* — Processing and settlement service revenues consist of cash transfer revenues, tax refund processing service revenues and Simply Paid disbursement revenues. We earn cash transfer revenues when consumers fund their cards through a reload transaction at a Green Dot Network retail location. Our aggregate cash transfer revenues vary based upon the mix of locations where reload transactions occur, since reload fees vary by location. We earn tax refund processing service revenues at the point in time when a customer of a third party tax preparation company chooses to pay their tax preparation fee through the use of our tax refund processing services. We earn Simply Paid disbursement fees from our business partners at the point in time payment disbursements are made.

*Interchange Revenues* — We earn interchange revenues from fees remitted by the merchant's bank, which are based on rates established by the payment networks, at the point in time when customers make purchase transactions using our products. Our aggregate interchange revenues vary based primarily on the number of active accounts in our portfolio, the average transactional volume of the active accounts in our portfolio and on the mix of cardholder purchases between those using signature identification technologies and those using personal identification numbers and the corresponding rates.

**Operating Expenses**

We classify our operating expenses into the following four categories:

*Sales and Marketing Expenses* — Sales and marketing expenses consist primarily of the commissions we pay to our retail distributors, brokers and platform partners, advertising and marketing expenses, and the costs of manufacturing and distributing card packages, placards and promotional materials to our retail distributors and

Table of Contents

personalized GPR and GoBank cards to consumers who have activated their cards. We generally establish commission percentages in long-term distribution agreements with our retail distributors and platform partners. Aggregate commissions with our retail distributors are determined by the number of prepaid cards, checking account products and cash transfers sold at their respective retail stores. Commissions with our platform partners and, in certain cases, our retail distributors are determined by the revenue generated from the ongoing use of the associated card programs. We incur advertising and marketing expenses for television, sponsorships, online and in-store promotions. Advertising and marketing expenses are recognized as incurred and typically deliver a benefit over an extended period of time. For this reason, these expenses do not always track changes in our operating revenues. Our manufacturing and distribution costs vary primarily based on the number of GPR and GoBank accounts activated by consumers.

*Compensation and Benefits Expenses* — Compensation and benefits expenses represent the compensation and benefits that we provide to our employees and the payments we make to third-party contractors. While we have an in-house customer service function, we employ third-party contractors to conduct call center operations, handle routine customer service inquiries and provide consulting support in the area of IT operations and elsewhere. Compensation and benefits expenses associated with our customer service and loss management functions generally vary in line with the size of our active account portfolio, while the expenses associated with other functions do not.

*Processing Expenses* — Processing expenses consist primarily of the fees charged to us by the payment networks, which process transactions for us, the third-party card processors that maintains the records of our customers' accounts and processes transaction authorizations and postings for us and the third-party banks that issue our accounts. These costs generally vary based on the total number of active accounts in our portfolio and gross dollar volume transacted by those accounts. Also included in processing expenses are bank fees associated with our tax refund processing services and gateway and network fees associated with our Simply Paid disbursement services. Bank fees generally vary based on the total number of tax refund transfers processed and gateway and network fees vary based on the numbers of disbursements made.

*Other General and Administrative Expenses* — Other general and administrative expenses consist primarily of professional service fees, telephone and communication costs, depreciation and amortization of our property and equipment and intangible assets, changes in contingent consideration, transaction losses (losses from customer disputed transactions, unrecovered customer purchase transaction overdrafts and fraud), rent and utilities, and insurance. We incur telephone and communication costs primarily from customers contacting us through our toll-free telephone numbers. These costs vary with the total number of active accounts in our portfolio, as do losses from customer disputed transactions, unrecovered customer purchase transaction overdrafts and fraud. Costs associated with professional services, depreciation and amortization of our property and equipment, amortization of our acquired intangible assets, rent and utilities vary based upon our investment in infrastructure, business development, risk management and internal controls and are generally not correlated with our operating revenues or other transaction metrics.

### Income Tax Expense

Our income tax expense consists of the federal and state corporate income taxes accrued on income resulting from the sale of our products and services.

### Critical Accounting Policies and Estimates

Reference is made to the critical accounting policies and estimates disclosed in Management's Discussion and Analysis of Financial Condition and Results of Operations included in our Annual Report on Form 10-K for the year ended December 31, 2017. Except as disclosed in *Note 2 — Summary of Significant Accounting Policies* under *Recently Adopted Accounting Pronouncements* to the Consolidated Financial Statements included herein, there have been no changes to our critical accounting policies and estimates during the three months ended March 31, 2018.

### Recent Accounting Pronouncements

Reference is made to the recent accounting pronouncements disclosed in *Note 2 — Summary of Significant Accounting Policies* to the Consolidated Financial Statements included herein.

31

Table of Contents

**Comparison of Three-Month Periods Ended March 31, 2018 and 2017**

*Operating Revenues*

The following table presents a breakdown of our operating revenues among card revenues and other fees, processing and settlement service revenues and interchange revenues:

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2018 | | 2017 | |
| | Amount | % of Total Operating Revenues | Amount | % of Total Operating Revenues |
| | (In thousands, except percentages) | | | |
| Operating revenues: | | | | |
| Card revenues and other fees | $ 130,060 | 41.3% | $ 100,969 | 39.9% |
| Processing and settlement service revenues | 100,240 | 31.8 | 90,675 | 35.8 |
| Interchange revenues | 84,698 | 26.9 | 61,357 | 24.3 |
| Total operating revenues | $ 314,998 | 100.0% | $ 253,001 | 100.0% |

*Card Revenues and Other Fees* — Card revenues and other fees totaled $130.1 million for the three months ended March 31, 2018, an increase of $29.1 million, or 29%, from the comparable prior year period. The increase is attributable to the year-over-year growth in the number of active accounts and the improved engagement by our account holders, resulting in increased revenues associated with ATM fees, monthly maintenance fees, transaction-based fees and new card fees earned within our Account Services segment.

*Processing and Settlement Service Revenues* — Processing and settlement service revenues totaled $100.2 million for the three months ended March 31, 2018, an increase of $9.5 million, or 10%, from the comparable prior year period. The increase was driven primarily by a higher transaction volume and revenue earned per cash transfer, higher volume of tax refunds processed and an increase in disbursement transactions processed by our Simply Paid platform.

*Interchange Revenues* — Interchange revenues totaled $84.7 million for the three months ended March 31, 2018, an increase of $23.3 million, or 38%, from the comparable prior year period. The increase was primarily due to an increase in purchase volume during the three months ended March 31, 2018.

*Operating Expenses*

The following table presents a breakdown of our operating expenses among sales and marketing, compensation and benefits, processing, and other general and administrative expenses:

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2018 | | 2017 | |
| | Amount | % of Total Operating Revenues | Amount | % of Total Operating Revenues |
| | (In thousands, except percentages) | | | |
| Operating expenses: | | | | |
| Sales and marketing expenses | $ 91,968 | 29.2% | $ 71,685 | 28.3% |
| Compensation and benefits expenses | 54,507 | 17.3 | 41,218 | 16.3 |
| Processing expenses | 48,425 | 15.4 | 40,942 | 16.2 |
| Other general and administrative expenses | 43,718 | 13.9 | 37,780 | 14.9 |
| Total operating expenses | $ 238,618 | 75.8% | $ 191,625 | 75.7% |

*Sales and Marketing Expenses* — Sales and marketing expenses totaled $92.0 million for the three months ended March 31, 2018, an increase of $20.3 million, or 28% from the comparable prior year period. This increase was primarily driven by an $18.4 million increase in sales commissions associated with higher revenues generated from products that are subject to revenue-sharing agreements and an increase of $1.7 million in advertising expenses.

*Compensation and Benefits Expenses* — Compensation and benefits expenses totaled $54.5 million for the three months ended March 31, 2018, an increase of $13.3 million or 32% from the comparable prior year period. The increase was primarily the result of $9.6 million in higher salaries and wages and third party contractor expenses, both in support of our growth initiatives in 2018, and a $2.8 million increase in stock-based compensation.

*Processing Expenses* — Processing expenses totaled $48.4 million for the three months ended March 31, 2018, an increase of $7.5 million or 18% from the comparable prior year period. This increase was principally the result of

32

higher volume of ATM and purchase transactions initiated by our account holders within our Account Services segment and higher merchant acquiring costs associated with peer-to-peer payment activity on our mobile-only accounts. The year-over-year increase was also attributable to the growth in disbursement transactions processed by our Simply Paid platform within our Processing and Settlement Services segment.

*Other General and Administrative Expenses* — Other general and administrative expenses totaled $43.7 million for the three months ended March 31, 2018, an increase of $5.9 million or 16%, from the comparable prior year period primarily due to increases of $4.4 million in transaction losses correlated with the increase in purchase volume, $1.7 million in amortization of acquired intangible assets and $0.9 million of telecommunication expenses. These increases were partially offset by a year-over-year decrease of $1.3 million in professional services expenses.

### Income Tax Expense

The following table presents a breakdown of our effective tax rate among federal, state and other:

| | Three Months Ended March 31, | |
|---|---|---|
| | 2018 | 2017 |
| U.S. federal statutory tax rate | 21.0 % | 35.0 % |
| State income taxes, net of federal tax benefit | 0.9 | 1.4 |
| General business credits | (0.6) | (1.0) |
| Employee stock-based compensation | (10.0) | (1.0) |
| Other | 1.6 | 0.5 |
| Effective tax rate | 12.9 % | 34.9 % |

Our income tax expense decreased year-over-year by $11.4 million to $10.4 million for the three months ended March 31, 2018 due to a decrease in our effective tax rate from 34.9% to 12.9%. Our effective tax rate decreased primarily due to the Tax Act, which reduced the US federal corporate tax rate from 35% to 21%, as well as excess tax benefits recognized during the period related to our stock based compensation expense.

The "Other" category in our effective tax rate consists of a variety of permanent differences, none of which were individually significant.

### Liquidity and Capital Resources

The following table summarizes our major sources and uses of cash for the periods presented:

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | 2018 | | 2017 | |
| | (In thousands) | | | |
| Total cash provided by (used in) | | | | |
| Operating activities | $ | 88,869 | $ | 94,859 |
| Investing activities | | (10,503) | | (127,953) |
| Financing activities | | 266,284 | | 94,228 |
| Increase in unrestricted cash, cash equivalents and restricted cash | $ | 344,650 | $ | 61,134 |

For the three months ended March 31, 2018 and 2017, we financed our operations primarily through our cash flows from operations and certain financing activities. As of March 31, 2018, our primary source of liquidity was unrestricted cash and cash equivalents totaling $1.3 billion. We also consider our $148.5 million of available-for-sale investment securities to be highly-liquid instruments.

We use trend and variance analysis as well as our detailed budgets and forecasts to project future cash needs, making adjustments to the projections when needed. We believe that our current unrestricted cash and cash equivalents, cash flows from operations and borrowing capacity under our senior credit facility will be sufficient to meet our working capital, capital expenditure and debt service requirements, as discussed below.

#### Cash Flows from Operating Activities

Our $88.9 million of net cash provided by operating activities during the three months ended March 31, 2018 was primarily the result of $70.0 million of net income, adjusted for certain non-cash operating items of $27.2 million and decreases in net changes in our working capital assets and liabilities of $8.4 million. Our $94.9 million of net cash provided by operating activities in the three months ended March 31, 2017 was primarily the result of $40.8 million of

33

net income, adjusted for certain non-cash operating items of $22.7 million and increases in net changes in our working capital assets and liabilities of $31.4 million, driven principally by changes in our income taxes payable.

### Cash Flows from Investing Activities

Our $10.5 million of net cash used in investing activities in the three months ended March 31, 2018 was due to the acquisition of property and equipment of $13.4 million, offset by proceeds from available-for-sale investment securities, net of purchases, sales and maturities, of $4.0 million. Our $128.0 million of net cash used in investing activities in the three months ended March 31, 2017 reflects payments related to our acquisition of UniRush of $139.3 million (net of cash acquired), the acquisition of property and equipment of $11.8 million offset by proceeds from available-for-sale investment securities, net of purchases, sales and maturities, of $24.3 million.

### Cash Flows from Financing Activities

Our $266.3 million of net cash provided from financing activities during the three months ended March 31, 2018 was primarily the result of an increase of $271.1 million in customer deposits and $9.1 million in obligations to customers, offset by $15.9 million in tax payments made to net settle equity awards, and $5.6 million in repayments of our notes payable. Our $94.2 million of net cash provided by financing activities during the three months ended March 31, 2017 was primarily the result of increases of $88.9 million in customer deposits and $8.3 million in obligations to customers, and increases in net borrowings on our Revolving Facility of $50.0 million. In connection with our acquisition of UniRush, we borrowed $75 million under our Revolving Facility and additional subordinated notes payable of $20 million to the selling shareholders of UniRush. These amounts were repaid during the three months ended March 31, 2017. Additionally, we drew an aggregate of $130 million on our Revolving Facility for working capital needs, of which we repaid $80 million during the three months ended March 31, 2017. These increases were offset by $50.0 million used for our stock repurchase program and $5.6 million in repayments of our notes payable.

## Commitments

We anticipate that we will continue to purchase property and equipment as necessary in the normal course of our business. The amount and timing of these purchases and the related cash outflows in future periods is difficult to predict and is dependent on a number of factors including the hiring of employees, the rate of change of computer hardware and software used in our business and our business outlook. During 2018, we intend to continue to invest in new products and programs, new features for our existing products and IT infrastructure to scale and operate effectively to meet our strategic objectives. We expect these capital expenditures will exceed the amount of our capital expenditures in 2017 as we reinvest a portion of the incremental cash flow we expect to generate as a result of the Tax Act and the expected lower effective tax rate.

We have used cash to acquire businesses and technologies and we anticipate that we may continue to do so in the future. The nature of these transactions makes it difficult to predict the amount and timing of such cash requirements. We may also be required to raise additional financing to complete future acquisitions. As discussed above in *Note 4—Business Combination* to the Consolidated Financial Statements included herein, on February 28, 2017, we completed our acquisition of all the membership interests of UniRush for $142.2 million plus a minimum $4 million annual earn-out payment for five years following the closing. The earn-out payments will be made each year, with the minimum payment potentially becoming greater if certain revenue growth targets for the RushCard GPR card program are met in a given year, although any potential increase is not expected to be material to the overall purchase price.

Additionally, we may make periodic cash contributions to our subsidiary bank, Green Dot Bank, to maintain its capital, leverage and other financial commitments at levels we have agreed to with our regulators.

*Senior Credit Facility*

In October 2014, we entered into a $225 million credit agreement with Bank of America, N.A., as administrative agent, Wells Fargo Bank, National Association, and other lenders party thereto. The agreement provides for (i) a $75 million five-year revolving facility (the "Revolving Facility") and (ii) a five-year $150 million term loan facility (the "Term Facility" and, together with the Revolving Facility, the "Senior Credit Facility"). At our election, loans made under the credit agreement bear interest at (1) a LIBOR rate or (2) a base rate as defined in the agreement, plus an applicable margin (4.38% as of March 31, 2018). The balance outstanding on the Term Facility was $74.4 million and $79.6 million at March 31, 2018 and December 31, 2017, respectively, net of deferred financing fees. Quarterly principal payments of $5.6 million are payable on the loans under the Term Facility. The loans made under the Term Facility mature and all amounts then outstanding thereunder are payable on October 23, 2019. There were no borrowings outstanding on our Revolving Facility at March 31, 2018. We are also subject to certain financial covenants, which include maintaining a minimum fixed charge coverage ratio and a maximum consolidated leverage ratio at the end of each fiscal quarter, as defined in the agreement, as amended. At March 31, 2018, we were in compliance with all such covenants.

34

Table of Contents

*Stock Repurchase Program*

In May 2017, our Board of Directors authorized, subject to regulatory approval, expansion of our stock repurchase program by an additional $150 million. In light of the number of new enterprise-level programs launched in late 2017 and early 2018 that may require additional capital to support our internal and regulatory capital and liquidity requirements, management and our Board of Directors do not intend to seek regulatory approval until such time we believe we have sufficient liquidity to support a repurchase program, which we believe would be, at the earliest, in the latter part of 2018.

## Contractual Obligations

There have been no material changes in our contractual obligations disclosed in Management's Discussion and Analysis of Financial Condition and Results of Operations included in our Annual Report on Form 10-K for the year ended December 31, 2017.

## Off-Balance Sheet Arrangements

As of and for the three months ended March 31, 2018 and 2017, we did not have any relationships with unconsolidated organizations or financial partnerships, such as structured finance or special purpose entities that would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

Table of Contents

**Capital Requirements for Bank Holding Companies**

Our subsidiary bank, Green Dot Bank, is a member bank of the Federal Reserve System and our primary regulators are the Federal Reserve Board and the Utah Department of Financial Institutions. We are subject to various regulatory capital requirements administered by the banking agencies. Failure to meet minimum capital requirements can initiate certain mandatory actions by regulators that, if undertaken, could have a direct material effect on our financial statements. Under capital adequacy guidelines, we must meet specific capital guidelines that involve quantitative measures of the assets, liabilities and certain off-balance sheet items as calculated under regulatory accounting practices. The capital amounts and classification are also subject to qualitative judgments by the regulators about components, risk weightings and other factors.

In July 2013, the Federal Reserve and other U.S. banking regulators approved final rules regarding new risk-based capital, leverage and liquidity standards, known as "Basel III." The Basel III rules, which became effective for us and our bank on January 1, 2015, are subject to certain phase-in periods that occur over several years. The U.S. Basel III rules contain new capital standards that change the composition of capital, increase minimum capital ratios and strengthen counter-party credit risk capital requirements. The Basel III rules also include a new definition of common equity Tier 1 capital and require that certain levels of such common equity Tier 1 capital be maintained. The rules also include a new capital conservation buffer, which impose a common equity requirement above the new minimum that can be depleted under stress, and could result in restrictions on capital distributions and discretionary bonuses under certain circumstances, as well as a new standardized approach for calculating risk-weighted assets. Under the Basel III rules, we must maintain a ratio of common equity Tier 1 capital to risk-weighted assets of at least 4.5%, a ratio of Tier 1 capital to risk-weighted assets of at least 6%, a ratio of total capital to risk-weighted assets of at least 8% and a minimum Tier 1 leverage ratio of 4.0%.

As of March 31, 2018 and December 31, 2017, we were categorized as "well capitalized" under the regulatory framework for prompt corrective action. To be categorized as "well capitalized," we must maintain specific total risk-based, Tier 1 risk-based and Tier 1 leverage ratios as set forth in the table below. There are no conditions or events since March 31, 2018 which management believes would have changed our category as "well capitalized."

The definitions associated with the amounts and ratios below are as follows:

| Ratio | Definition |
|---|---|
| Tier 1 leverage ratio | Tier 1 capital divided by average total assets |
| Common equity Tier 1 capital ratio | Common equity Tier 1 capital divided by risk-weighted assets |
| Tier 1 capital ratio | Tier 1 capital divided by risk-weighted assets |
| Total risk-based capital ratio | Total capital divided by risk-weighted assets |

| Terms | Definition |
|---|---|
| Tier 1 capital and Common equity Tier 1 capital | Primarily includes common stock, retained earnings and accumulated OCI, net of deductions and adjustments primarily related to goodwill, deferred tax assets and intangibles. Under the regulatory capital rules, certain deductions and adjustments to these capital figures are phased in through January 1, 2018. |
| Total capital | Tier 1 capital plus supplemental capital items such as the allowance for loan losses, subject to certain limits |
| Average total assets | Average total consolidated assets during the period less deductions and adjustments primarily related to goodwill, deferred tax assets and intangibles assets |
| Risk-weighted assets | Represents the amount of assets or exposure multiplied by the standardized risk weight (%) associated with that type of asset or exposure. The standardized risk weights are prescribed in the bank capital rules and reflect regulatory judgment regarding the riskiness of a type of asset or exposure |

Table of Contents

The actual amounts and ratios, and required "well capitalized" minimum capital amounts and ratios at March 31, 2018 and December 31, 2017 were as follows:

|  | March 31, 2018 | | | |
|---|---|---|---|---|
|  | Amount | Ratio | Regulatory Minimum | "Well-capitalized" Minimum |
|  | (In thousands, except ratios) | | | |
| **Green Dot Corporation:** | | | | |
| Tier 1 leverage | $ 246,457 | 14.1% | 4.0% | n/a |
| Common equity Tier 1 capital | $ 246,457 | 58.5% | 4.5% | n/a |
| Tier 1 capital | $ 246,457 | 58.5% | 6.0% | 6.0% |
| Total risk-based capital | $ 250,787 | 59.5% | 8.0% | 10.0% |
| **Green Dot Bank:** | | | | |
| Tier 1 leverage | $ 147,730 | 11.0% | 4.0% | 5.0% |
| Common equity Tier 1 capital | $ 147,730 | 73.7% | 4.5% | 6.5% |
| Tier 1 capital | $ 147,730 | 73.7% | 6.0% | 8.0% |
| Total risk-based capital | $ 148,181 | 74.0% | 8.0% | 10.0% |

|  | December 31, 2017 | | | |
|---|---|---|---|---|
|  | Amount | Ratio | Regulatory Minimum | "Well-capitalized" Minimum |
|  | (In thousands, except ratios) | | | |
| **Green Dot Corporation:** | | | | |
| Tier 1 leverage | $ 236,885 | 15.6% | 4.0% | n/a |
| Common equity Tier 1 capital | $ 236,885 | 45.3% | 4.5% | n/a |
| Tier 1 capital | $ 236,885 | 45.3% | 6.0% | 6.0% |
| Total risk-based capital | $ 240,509 | 46.0% | 8.0% | 10.0% |
| **Green Dot Bank:** | | | | |
| Tier 1 leverage | $ 95,461 | 10.2% | 4.0% | 5.0% |
| Common equity Tier 1 capital | $ 95,461 | 37.5% | 4.5% | 6.5% |
| Tier 1 capital | $ 95,461 | 37.5% | 6.0% | 8.0% |
| Total risk-based capital | $ 95,752 | 37.6% | 8.0% | 10.0% |

Table of Contents

**ITEM 3. Quantitative and Qualitative Disclosures about Market Risk**

Market risk is the potential for economic losses from changes in market factors such as foreign currency exchange rates, credit, interest rates and equity prices. We believe that we have limited exposure to risks associated with changes in foreign currency exchange rates, interest rates and equity prices. We have no significant foreign operations. We do not hold or enter into derivatives or other financial instruments for trading or speculative purposes.

*Interest rates*

We do not consider our cash and cash equivalents or our investment securities to be subject to significant interest rate risk due to their short duration.

As of March 31, 2018, we had $74.4 million in total debt outstanding under our $225.0 million credit agreement. Refer to *Note 10 — Note Payable* to the Consolidated Financial Statements included herein for additional information. Our term loan and revolving credit facility are, and are expected to be, at variable rates of interest and expose us to interest rate risk. If interest rates increase, our debt service obligations on the variable rate indebtedness would increase even though the amount borrowed remained the same, and our net income would decrease. Although any short-term borrowings under our revolving credit facility would likely be insensitive to interest rate changes, interest expense on short-term borrowings will increase and decrease with changes in the underlying short-term interest rates. Assuming our credit agreement is drawn up to its maximum borrowing capacity of $225.0 million, based on the applicable LIBOR and margin in effect as of March 31, 2018, each quarter point of change in interest rates would result in a $0.6 million change in our annual interest expense. We actively monitor our interest rate exposure and our objective is to reduce, where we deem appropriate to do so, fluctuations in earnings and cash flows associated with changes in interest rates. In order to accomplish this objective, we may enter into derivative financial instruments, such as forward contracts and interest rate hedge contracts only to the extent necessary to manage our exposure. We do not hold or enter into derivatives or other financial instruments for trading or speculative purposes.

*Credit and liquidity risk*

We do have exposure to credit and liquidity risk associated with the financial institutions that hold our cash and cash equivalents, restricted cash, available-for-sale investment securities, settlement assets due from our Simply Paid distribution partners and retail distributors that collect funds and fees from our customers, and amounts due from our issuing banks for fees collected on our behalf.

We manage the credit and liquidity risk associated with our cash and cash equivalents, available-for-sale investment securities and amounts due from issuing banks by maintaining an investment policy that restricts our correspondent banking relationships to approved, well capitalized institutions and restricts investments to highly liquid, low credit risk assets. Our policy has limits related to liquidity ratios, the concentration that we may have with a single institution or issuer and effective maturity dates as well as restrictions on the type of assets that we may invest in. The management Asset Liability Committee is responsible for monitoring compliance with our Capital Asset Liability Management policy and related limits on an ongoing basis, and reports regularly to the audit committee of our board of directors.

Our exposure to credit risk associated with our retail distributors and Simply Paid distribution partners is mitigated due to the short time period, currently an average of two days that retailer settlement assets are outstanding. We perform an initial credit review and assign a credit limit to each new retail distributor and Simply Paid distribution partner. We monitor each retail distributor's and Simply Paid distribution partner's settlement asset exposure and its compliance with its specified contractual settlement terms on a daily basis and assess their credit limit and financial condition on a periodic basis. Our management's Enterprise Risk Management Committee is responsible for monitoring our retail distributor and Simply Paid distribution partner exposure and assigning credit limits and reports regularly to the audit committee of our board of directors.

Table of Contents

**ITEM 4. Controls and Procedures**

*Disclosure controls and procedures* — Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, has evaluated the effectiveness of our disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 13d-15(e)), and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) at the end of the period covered by this report. Based on such evaluation of our disclosure controls and procedures, our Chief Executive Officer and Chief Financial Officer have concluded that, at the end of such period, our disclosure controls and procedures were effective to ensure that information required to be disclosed by us in reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosure.

*Change in internal control over financial reporting* — There was no material change in our internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) during the three months ended March 31, 2018 that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

*Limitations on Effectiveness of Controls* — Our management, including our Chief Executive Officer and Chief Financial Officer, does not expect that our disclosure controls and procedures or our internal controls will prevent all errors and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within our company have been detected.

39

PART II

## ITEM 1. Legal Proceedings

Refer to *Note 16 — Commitments and Contingencies* to the Consolidated Financial Statements included herein for information regarding our legal proceedings.

## ITEM 1A. Risk Factors

### Risks Related to Our Business

***Our operating results may fluctuate in the future, which could cause our stock price to decline.***

Our quarterly and annual results of operations may fluctuate in the future as a result of a variety of factors, many of which are outside of our control. If our results of operations fall below the expectations of investors or any securities analysts who follow our Class A common stock, the trading price of our Class A common stock could decline substantially. Fluctuations in our quarterly or annual results of operations might result from a number of factors, including, but not limited to:

- the timing and volume of purchases, use and reloads of our prepaid cards and other products and services;

- the timing and volume of tax refunds processed by us, including the impact of any general delays in tax refund disbursements from the U.S. and State Treasuries;

- the timing and success of new product or service introductions by us or our competitors;

- seasonality in the purchase or use of our products and services;

- changes in the level of interchange rates that can be charged;

- fluctuations in customer retention rates;

- changes in the mix of products and services that we sell;

- changes in the mix of retail distributors through which we sell our products and services;

- the timing of commencement, renegotiation or termination of relationships with significant retail distributors and network acceptance members;

- the timing of commencement of new product development and initiatives, the timing of costs of existing product roll-outs to new retail distributors and the length of time we must invest in those new products, channels or retail distributors before they generate material operating revenues;

- our ability to effectively sell our products through online and direct mail marketing initiatives;

- changes in our or our competitors' pricing policies or sales terms;

- significant changes in our risk policies and controls;

- the amount and timing of costs related to fraud losses;

- the amount and timing of commencement and termination of major advertising campaigns, including sponsorships;

- the amount and timing of costs related to the development or acquisition of complementary businesses;

- the amount and timing of costs of any major litigation to which we are a party;

- disruptions in the performance of our products and services, including interruptions in the services we provide to other businesses, and the associated financial impact thereof;

- the amount and timing of capital expenditures and operating costs related to the maintenance and expansion of our business, operations and infrastructure;

- accounting charges related to impairment of goodwill and other intangible assets;

- our ability to control costs, including third-party service provider costs and sales and marketing expenses in an increasingly competitive market;

- volatility in the trading price of our Class A common stock, which may lead to higher or lower stock-based compensation expenses; and

Table of Contents

- changes in the political or regulatory environment affecting the banking or electronic payments industries generally or the industries for prepaid financial services and tax refund processing specifically.

***The loss of operating revenues from Walmart or any of our largest retail distributors would adversely affect our business.***

Most of our operating revenues are derived from prepaid financial services sold at our four largest retail distributors. As a percentage of total operating revenues, operating revenues derived from products and services sold at the store locations of Walmart was approximately 33% for the three months ended March 31, 2018. We expect that Walmart will continue to have a significant impact on our operating revenues in future periods, particularly in our Account Services segment. It would be difficult to replace Walmart and the operating revenues derived from products and services sold at their stores. Accordingly, the loss of Walmart would have a material adverse effect on our business and results of operations. In addition, any publicity associated with the loss of any of our large retail distributors could harm our reputation, making it more difficult to attract and retain consumers and other retail distributors, and could lessen our negotiating power with our remaining and prospective retail distributors.

The term of our Walmart Money Card agreement (which governs the MoneyCard program) expires on May 1, 2020, unless renewed under its automatic renewal provision which provide for a two-year extension. Our contracts with our three other largest retail distributors have terms that expire at various dates through 2021. Our contracts with Walmart and our three other largest retail distributors can in limited circumstances, such as our material breach or insolvency or, in the case of Walmart, our failure to meet agreed-upon service levels, certain changes in control, and our inability or unwillingness to agree to requested pricing changes, be terminated by these retail distributors on relatively short notice. There can be no assurance that we will be able to continue our relationships with our largest retail distributors on the same or more favorable terms in future periods or that our relationships will continue beyond the terms of our existing contracts with them. Our operating revenues and results of operations could suffer if, among other things, any of our retail distributors renegotiates, terminates or fails to renew, or to renew on similar or favorable terms, its agreement with us or otherwise chooses to modify the level of support it provides for our products.

***Our base of tax preparation partners is concentrated and the performance of our Processing and Settlement Services segment depends in part on our ability to retain existing partners.***

If one or more of our major tax preparation partners were to substantially reduce or stop offering our services to their customers, our tax refund processing services business, a component of our Processing and Settlement Services segment, results of operations and financial condition would be harmed. Substantially all the revenues we generate from our tax refund processing services business have come from sales through a relatively small number of tax preparation firms. We do not have long-term contractual commitments from any of our current tax preparation partners and our tax preparation partners may elect to not renew their contracts with us with little or no advance notice. As a result, we cannot be assured that any of our current tax preparation partners will continue to partner with us past the terms in their current agreements. A termination of our relationships with certain tax preparation partners that provide commercial tax preparation software would result in lost revenue and the loss of the ability to secure future relationships with new or existing tax preparation firms that use such tax software.

***Our future success depends upon the active and effective promotion of our products and services by retail distributors and tax preparation partners, but their interests and operational decisions might not always align with our interests.***

Most of our operating revenues are derived from our products and services sold at the stores of our retail distributors. In addition, a large portion of our Processing and Settlement Services revenues are dependent on tax preparation partners as the revenues we generate from our tax refund processing services are largely derived from products and services sold through retail tax preparation businesses and income tax software providers. Revenues from our retail distributors and tax preparation partners depend on a number of factors outside our control and may vary from period to period. Because we compete with many other providers of products and services, including competing prepaid cards and tax refund processing services, for placement and promotion of products in the stores of our retail distributors or in conjunction with the delivery of tax preparation services by our tax preparation providers, our success depends on our retail distributors and tax preparation partners and their willingness to promote our products and services successfully. In general, our contracts with these third parties allow them to exercise significant discretion over the placement and promotion of our products and services; they could give higher priority to the products and services of other companies for a variety of reasons. Accordingly, losing the support of our retail distributors and tax preparation partners might limit or reduce the sales of our products and services. Our operating revenues and operating expenses may also be negatively affected by operational decisions by our retail distributors and tax preparation partners. For example, if a retail distributor reduces shelf space for our products or implements changes in its systems that disrupt the integration between its systems and ours, our product sales could be reduced or decline and we may incur additional

41

Case 2:19-cv-10701-FLA-E    Document 155-3    Filed 04/25/25    Page 111 of 207    Page ID #:4421

Table of Contents

merchandising costs to ensure our products are appropriately stocked. Similarly, for a variety of reasons, many of our tax preparation partners that provide commercial income tax preparation software offer their customers several types for tax refund processing services, including those of our competitors. Even if our retail distributors and tax preparation partners actively and effectively promote our products and services, there can be no assurance that their efforts will maintain or result in growth of our operating revenues.

### *We make significant investments in products and services that may not be successful.*

Our prospects for growth depend on our ability to innovate by offering new, and adding value to our existing, product and service offerings and on our ability to effectively commercialize such innovations. We will continue to make investments in research, development, and marketing for new products and services, such as these or others. Investments in new products and services are speculative. Commercial success depends on many factors, including innovativeness, price, the competitive environment and effective distribution and marketing. If customers do not perceive our new offerings as providing significant value, they may fail to accept our new products and services, which would negatively impact our operating revenues. We may not achieve significant operating revenues from new product and service investments for a number of years, if at all. Moreover, new products and services may not be profitable, and even if they are profitable, operating margins for new products and services may not be as high as the margins we have experienced in the past.

### *Our operating revenues for a particular period are difficult to predict, and a shortfall in our operating revenues may harm our results of operations.*

Our operating revenues for a particular period are difficult to predict. Our total operating revenues may decline or grow at a slower rate than in prior periods. Our ability to meet financial expectations could be adversely affected by various factors, such as delays in implementing or realizing expected benefits from revenue growth activities and BaaS programs, increased competition within the store locations of many of our largest retail distributors and reputational damage and unreimbursed losses associated with disruption in the performance of our products and services.

Our ability to increase account usage and account holder retention and to attract new long-term users of our products can also have a significant effect on our operating revenues. We may be unable to generate increases in account usage, account holder retention or attract new long-term users of our products for a number of reasons, including our inability to maintain our existing distribution channels, the failure of our cardholder retention and usage incentives to influence account holder behavior, our inability to predict accurately consumer preferences or industry changes and to modify our products and services on a timely basis in response thereto, and our inability to produce new features and services that appeal to existing and prospective customers. As a result, our results of operations could vary materially from period to period based on the degree to which we are successful in increasing usage and retention and attracting long-term users of our products.

Either of the above factors could have a material adverse impact on our business, operating results and financial condition.

### *Seasonal fluctuations in the use of our products and services impact our results of operations and cash flows.*

Our results of operations and cash flows vary from quarter to quarter, and periodically decline, due to the seasonal nature of the use of our products and services. For example, our results of operations for the first half of each year have been favorably affected by large numbers of taxpayers electing to receive their tax refunds via direct deposit on our accounts, which caused our operating revenues to be typically higher in the first halves of those years than they were in the corresponding second halves of those years. Our tax refund processing services business is also highly seasonal as it generates the substantial majority of its revenue in the first quarter, and substantially all of its revenue in the first half of each calendar year. Additionally, since the first quarter of 2018, our new business relationship with Intuit's TurboTax software has been an incremental driver of active accounts and revenue for our Account Services segment, particularly during tax season. To the extent that seasonal fluctuations become more pronounced, or are not offset by other factors, our results of operations and cash flows from operating activities could fluctuate materially from period to period.

### *The industries in which we compete are highly competitive, which could adversely affect our results of operations.*

The prepaid financial services and tax refund services industries are highly competitive and include a variety of financial and non-financial services vendors. We expect conditions in the markets in which we compete will remain highly competitive. For example, Walmart, CVS and other retail distributors have been selling competitive products at their store locations for the past several years. Competition is expected to negatively impact our operating revenues, and could cause us to compete on the basis of price or increase our sales and marketing expenses, any of which

42

would likely seriously harm our business, results of operations and financial condition. Our current and potential competitors include:

- prepaid card program managers, such as American Express, First Data, Total Systems Services, and traditional banks, such as J.P. Morgan Chase;

- reload network providers, such as Visa, Western Union and MoneyGram;

- prepaid card distributors, such as InComm and Blackhawk Network; and

- providers of tax refund processing services, including tax preparation businesses with their own internally-developed products and services and independent providers, such as Republic Bank & Trust Company.

Some of these vendors compete with us in more than one of the vendor categories described above, while others are primarily focused in a single category. In addition, competitors in one category have worked or are working with competitors in other categories to compete with us. We also face actual and potential competition from retail distributors or from other companies that have decided or may in the future decide to compete, or compete more aggressively, in the prepaid financial services industry. Similarly, some of our tax preparation partners have developed or may seek to develop their own products and services that compete with our tax refund processing services.

We also compete with businesses outside of the prepaid financial services industry, including traditional providers of financial services, such as banks that offer demand deposit accounts and card issuers that offer credit cards, private label retail cards and gift cards. In particular, our GoBank and secured card products are designed to compete directly with traditional service providers, such as banks and credit card companies, by providing products and services that they have traditionally provided. These and other competitors in the larger electronic payments industry are introducing innovative products and services that may compete with ours. We expect that this competition will continue as the prepaid financial services industry and the larger banking and electronic payments industry continues to evolve. We also expect to compete with businesses outside the traditional tax refund processing services industry in the future as new entrants seek to develop software solutions that may replace the need for our tax refund processing services.

Many existing and potential competitors have longer operating histories and greater name recognition than we do. In addition, many of our existing and potential competitors are substantially larger than we are, may already have or could develop substantially greater financial and other resources than we have, may offer, develop or introduce a wider range of programs and services than we offer or may use more effective advertising and marketing strategies than we do to achieve broader brand recognition, customer awareness and retail penetration. We could also experience increased price competition. If this happens, we expect that the purchase and use of our products and services would decline. If price competition materially intensifies, we may have to increase the incentives that we offer to our retail distributors and our tax preparation partners and decrease the prices of our products and services, any of which would likely adversely affect our results of operations.

Our long-term success depends on our ability to compete effectively against existing and potential competitors that seek to provide prepaid cards or other electronic payment products and services or tax refund processing services. If we fail to compete effectively against these competitors, our revenues, results of operations, prospects for future growth and overall business could be materially and adversely affected.

***Acquisitions or investments could disrupt our business and harm our financial condition.***

We have in the past acquired, and we expect to acquire in the future, other businesses and technologies. The process of integrating an acquired business, product, service or technology can involve a number of special risks and challenges, including:

- increased regulatory and compliance requirements;

- implementation or remediation of controls, procedures and policies at the acquired company;

- diversion of management time and focus from operation of our then-existing business;

- integration and coordination of product, sales, marketing, program and systems management functions;

- transition of the acquired company's users and customers onto our systems;

- integration of the acquired company's accounting, information management, human resource and other administrative systems and operations generally with ours;

- integration of employees from the acquired company into our organization;

- loss or termination of employees, including costs associated with the termination or replacement of those employees;

43

Table of Contents

- liability for activities of the acquired company prior to the acquisition, including violations of law, commercial disputes, and tax and other known and unknown liabilities; and

- increased litigation or other claims in connection with the acquired company, including claims brought by terminated employees, customers, former stockholders or other third parties.

If we are unable to successfully integrate an acquired business or technology or otherwise address these special risks and challenges or other problems encountered in connection with an acquisition, we might not realize the anticipated benefits of that acquisition, we might incur unanticipated liabilities or we might otherwise suffer harm to our business generally. Unanticipated costs, delays or other operational or financial problems related to integrating the acquired company and business with our company may result in the diversion of our management's attention from other business issues and opportunities. To integrate acquired businesses, we must implement our technology systems in the acquired operations and integrate and manage the personnel of the acquired operations. We also must effectively integrate the different cultures of acquired business organizations into our own in a way that aligns various interests, and may need to enter new markets in which we have no or limited experience and where competitors in such markets have stronger market positions. Failures or difficulties in integrating the operations of the businesses that we acquire, including their personnel, technology, compliance programs, risk management systems, financial systems, distribution and general business operations and procedures, marketing, promotion and other relationships, may affect our ability to grow and may result in us incurring asset impairment or restructuring charges. Furthermore, acquisitions and investments are often speculative in nature and the actual benefits we derive from them could be lower or take longer to materialize than we expect.

To the extent we pay the consideration for any future acquisitions or investments in cash, it would reduce the amount of cash available to us for other purposes. Future acquisitions or investments could also result in dilutive issuances of our equity securities or the incurrence of debt, contingent liabilities, amortization expenses, or goodwill impairment charges, any of which could harm our financial condition and negatively impact our stockholders.

***Fraudulent and other illegal activity involving our products and services could lead to reputational damage to us, reduce the use and acceptance of our cards and reload network, reduce the use of our tax refund processing services, and may adversely affect our financial position and results of operations.***

Criminals are using increasingly sophisticated methods to engage in illegal activities involving prepaid cards, reload products, checking accounts or customer information. Illegal activities involving our products and services often include malicious social engineering schemes, where people are asked to provide a prepaid card or reload product in order to obtain a loan or purchase goods or services. Illegal activities may also include fraudulent payment or refund schemes and identity theft. We rely upon third parties for transaction processing services, which subjects us and our customers to risks related to the vulnerabilities of those third parties. A single significant incident of fraud, or increases in the overall level of fraud, involving our cards and other products and services, have in the past and could in the future result in reputational damage to us. Such damage could reduce the use and acceptance of our cards and other products and services, cause retail distributors or network acceptance members to cease doing business with us or lead to greater regulation that would increase our compliance costs. Fraudulent activity could also result in the imposition of regulatory sanctions, including significant monetary fines, which could adversely affect our business, results of operations and financial condition.

In addition, to address the challenges we face with respect to fraudulent activity, we have implemented risk control mechanisms that have made it more difficult for all customers, including legitimate customers, to obtain and use our products and services. We believe it is likely that our risk control mechanisms may continue to adversely affect our new card activations from legitimate customers for the foreseeable future and that our operating revenues will be negatively impacted as a result.

***As a bank holding company, we are subject to extensive and potentially changing regulation and may be required to serve as a source of strength for Green Dot Bank, which may adversely affect our business, financial position and results of operations.***

As a bank holding company, we are subject to comprehensive supervision and examination by the Federal Reserve Board and the State of Utah Department of Financial Institutions and must comply with applicable regulations and other commitments we have agreed to, including financial commitments in respect to minimum capital and leverage requirements. If we fail to comply with any of these requirements, we may become subject to formal or informal enforcement actions, proceedings, or investigations, which could result in regulatory orders, restrictions on our business operations or requirements to take corrective actions, which may, individually or in the aggregate, affect our results of operations and restrict our ability to grow. If we fail to comply with the applicable capital and leverage requirements, or if our subsidiary bank fails to comply with its applicable capital and leverage commitments, the Federal Reserve Board may limit our ability to pay dividends or fund stock repurchases, or if we become less than adequately capitalized,

44

Table of Contents

require us to raise additional capital. In addition, as a bank holding company and a financial holding company, we are generally prohibited from engaging, directly or indirectly, in any activities other than those permissible for bank holding companies and financial holding companies. This restriction might limit our ability to pursue future business opportunities which we might otherwise consider but which might fall outside the scope of permissible activities.

***A substantial portion of Green Dot Bank's deposit liabilities are currently classified as brokered deposits, and the failure by Green Dot Bank to maintain its status as a "well-capitalized" institution could have a serious adverse effect on Green Dot Bank's ability to conduct key portions of its current deposit-taking activity.***

On January 5, 2015, the FDIC published industry guidance in the form of Frequently Asked Questions ("FAQs") with respect to, among other things, the categorization of deposit liabilities as "brokered" deposits.  This guidance was later supplemented on November 13, 2015, and June 30, 2016. Based on this guidance, a vast majority of Green Dot Bank's deposits are currently classified as brokered. If Green Dot Bank ceases to be categorized as "well capitalized" under banking regulations, it could be prohibited from accepting, renewing or rolling over brokered deposits without the consent of the FDIC. In such a case, the FDIC's refusal to grant consent to our accepting, renewing or rolling over brokered deposits could materially adversely effect the financial condition and operations of Green Dot Bank and the Company and could effectively restrict the ability of Green Dot Bank to operate its business lines as presently conducted.

***Changes in laws and regulations to which we are subject, or to which we may become subject, may increase our costs of operation, decrease our operating revenues and disrupt our business.***

The provision of banking services, prepaid financial services and tax refund processing services is highly regulated and, from time to time, the laws and regulations affecting these industries, and the manner in which they are interpreted, are subject to change and legal action. Accordingly, changes in laws and regulations or the interpretation or enforcement thereof may occur that could increase our compliance and other costs of doing business, require significant systems redevelopment, or render our products or services less profitable or obsolete, any of which could have an adverse effect on our results of operations. For example, we could face more stringent anti-money laundering rules and regulations, as well as more stringent licensing rules and regulations, compliance with which could be expensive and time consuming. In addition, adverse rulings relating to the industries in which we participate could cause our products and services to be subject to additional laws and regulations, which could make our products and services less profitable.

If additional regulatory requirements were imposed on the sale of our products and services and our bank, the requirements could lead to a loss of retail distributors, tax preparation partners or other business partners, which, in turn, could materially and adversely impact our operations. Moreover, if our products are adversely impacted by the interpretation or enforcement of these regulations or we or any of our retail distributors or tax preparation partners were unwilling or unable to make any such operational changes to comply with the interpretation or enforcement thereof, we would no longer be able to sell our products and services through that noncompliant retail distributor or tax preparation partner, which could have a material adverse effect on our business, financial position and results of operations.

State and federal legislators and regulatory authorities are increasingly focused on the banking and consumer financial services industries, and may propose and adopt new legislation that could result in significant adverse changes in the regulatory landscape for financial institutions and financial services companies.

If new regulations or laws result in changes in the way we are regulated, these regulations could expose us to increased regulatory oversight, more burdensome regulation of our business, and increased litigation risk, each of which could increase our costs and decrease our operating revenues. Furthermore, limitations placed on fees we charge or the disclosures that must be provided with respect to our products and services could increase our costs and decrease our operating revenues.

***Changes in laws and regulations, or our failure to comply with existing laws and regulations, applicable to our tax refund-related services could have a material adverse effect on our business, prospects, results of operations, and financial condition.***

We derive a significant portion of our total operating revenues and earnings from tax refund processing and settlement services. The tax preparation industry is regulated under a variety of statutes in addition to those regulations currently applicable to our prepaid products and services, all of which are subject to change and which may impose significant costs, limitations or prohibitions on the way we conduct or expand our tax refund processing and related services.  In recent years, state legislators, state attorneys general, and regulators have increased their focus on the tax preparation industry including tax refund processing services and the use thereof by tax preparation firms.  Laws making such services less profitable, or even unprofitable, could be passed in any state at any time or existing laws could expire or be amended, any of which could have a material adverse effect on our business, prospects, results of operations, and financial condition. State regulators have broad discretionary power and may impose new

Table of Contents

requirements, interpret or enforce existing regulatory requirements in different ways or issue new administrative rules, even if not contained in state statutes, and state attorneys general could take actions, that affect the way we offer our tax refund-related services and may force us to terminate, modify, or cease our operations in particular states. State or federal regulators could also impose rules that are generally adverse to our tax refund-related services. Any new requirements or rules, or new interpretations of existing requirements or rules, or failure to follow requirements or rules, or future lawsuits or rulings, could have a material adverse effect on our business, prospects, results of operations, and financial condition.

***We operate in a highly regulated environment, and failure by us, the banks that issue our cards, the businesses that participate in our reload network, the banks that assist with our tax refund processing services, and our tax preparation partners to comply with applicable laws and regulations could have an adverse effect on our business, financial position and results of operations.***

We operate in a highly regulated environment, and failure by us, the banks that issue our cards or the businesses that participate in our reload network or other business partners to comply with the laws and regulations to which we are subject could negatively impact our business. We are subject to state money transmission licensing requirements and a wide range of federal and other state laws and regulations. In particular, our products and services are subject to an increasingly strict set of legal and regulatory requirements intended to protect consumers and to help detect and prevent money laundering, terrorist financing and other illicit activities.

Many of these laws and regulations are evolving, unclear and inconsistent across various jurisdictions, and ensuring compliance with them is difficult and costly. For example, with increasing frequency, federal and state regulators are holding businesses like ours to higher standards of training, monitoring and compliance, including monitoring for possible violations of laws by the businesses that participate in our reload network. Failure by us or those businesses to comply with the laws and regulations to which we are or may become subject could result in fines, penalties or limitations on our ability to conduct our business, or federal or state actions, any of which could significantly harm our reputation with consumers and other network participants, banks that issue our cards and regulators, and could materially and adversely affect our business, operating results and financial condition.

***Changes in rules or standards set by the payment networks, such as Visa and MasterCard, or changes in debit network fees or products or interchange rates, could adversely affect our business, financial position and results of operations.***

We are subject to association rules that could subject us to a variety of fines or penalties that may be levied by the card associations or networks for acts or omissions by us or businesses that work with us, including card processors, such as MasterCard PTS. The termination of the card association registrations held by us or any changes in card association or other debit network rules or standards, including interpretation and implementation of existing rules or standards, that increase the cost of doing business or limit our ability to provide our products and services could have an adverse effect on our business, operating results and financial condition. In addition, from time to time, card associations may increase the fees that they charge, which could increase our operating expenses, reduce our profit margin and adversely affect our business, results of operations and financial condition.

Furthermore, a substantial portion of our operating revenues is derived from interchange fees. For the three months ended March 31, 2018, interchange revenues represented 26.9% of our total operating revenues, and we expect interchange revenues to continue to represent a significant percentage of our total operating revenues. The amount of interchange revenues that we earn is highly dependent on the interchange rates that the payment networks set and adjust from time to time.

The enactment of the Dodd-Frank Act required the Federal Reserve Board to implement regulations that have substantially limited interchange fees for many issuers. While the interchange rates that may be earned by us and our subsidiary bank are exempt from the limitations imposed by the Dodd-Frank Act, there can be no assurance that future regulation or changes by the payment networks will not impact our interchange revenues substantially. If interchange rates decline, whether due to actions by the payment networks or future regulation, we would likely need to change our fee structure to offset the loss of interchange revenues. However, our ability to make these changes is limited by the terms of our contracts and other commercial factors, such as price competition. To the extent we increase the pricing of our products and services, we might find it more difficult to acquire consumers and to maintain or grow card usage and customer retention, and we could suffer reputational damage and become subject to greater regulatory scrutiny. We also might have to discontinue certain products or services. As a result, our total operating revenues, operating results, prospects for future growth and overall business could be materially and adversely affected.

46

***Our actual operating results may differ significantly from our guidance.***

From time to time, we issue guidance in our quarterly earnings conference calls, or otherwise, regarding our future performance that represents our management's estimates as of the date of release. This guidance, which constitutes forward-looking statements, is based upon a number of management's assumptions and estimates that, while presented with numerical specificity, are inherently subject to significant business, economic and competitive uncertainties and contingencies, many of which are beyond our control, and are based upon specific assumptions with respect to future business decisions, some of which will change. While we have stated and we intend to continue to state possible outcomes as high and low ranges that are intended to provide a sensitivity analysis as variables are changed, we can provide no assurances that actual results will not fall outside of the suggested ranges.

The principal reason that we release guidance is to provide a basis for our management to discuss our business outlook with analysts and investors. We do not accept any responsibility for any projections or reports published by any of these persons.

Guidance is necessarily speculative in nature, and it can be expected that some or all of the assumptions underlying the guidance furnished by us will prove to be incorrect or will vary significantly from actual results. For example, on a number of occasions over the last several years we adjusted our revenue guidance when actual results varied from our assumptions. Accordingly, our guidance is only an estimate of what management believes is realizable as of the date of release. Actual results will vary from our guidance and the variations may be material.

Any failure to implement our operating strategy successfully or the occurrence of any of the events or circumstances set forth in this Item 1A could result in our actual operating results being different from our guidance, and such differences may be adverse and material.

***We receive important services from third-party vendors. Replacing them would be difficult and disruptive to our business.***

Some services relating to our business, including fraud management and other customer verification services, transaction processing and settlement, card production, and customer service, are outsourced to third-party vendors. We also depend on third-party banks to assist with our tax refund processing services. It would be difficult to replace some of our third-party vendors in a timely manner if they were unwilling or unable to provide us with these services during the term of their agreements with us and our business and operations could be adversely affected. In particular, due to the seasonality in our business, any material service interruptions or service delays with key vendors during the tax season could result in losses that have an even greater adverse effect on that business than would be the case with our overall business.

***Our business could suffer if there is a decline in the use of prepaid cards as a payment mechanism or there are adverse developments with respect to the prepaid financial services industry in general.***

As the prepaid financial services industry evolves, consumers may find prepaid financial services to be less attractive than traditional or other financial services. Consumers might not use prepaid financial services for any number of reasons, including the general perception of our industry. If consumers do not continue or increase their usage of prepaid cards, including making changes in the way prepaid cards are loaded, our operating revenues may decline. Any projected growth for the industry may not occur or may occur more slowly than estimated. If consumer acceptance of prepaid financial services does not continue to develop or develops more slowly than expected or if there is a shift in the mix of payment forms, such as cash, credit cards, traditional debit cards and prepaid cards, away from our products and services, it could have a material adverse effect on our financial position and results of operations.

***Our business is dependent on the efficient and uninterrupted operation of computer network systems and data centers.***

Our ability to provide reliable service to customers and other network participants depends on the efficient and uninterrupted operation of our computer network systems and data centers as well as those of our retail distributors, network acceptance members and third-party processors. Our business involves movement of large sums of money, processing of large numbers of transactions and management of the data necessary to do both. Our success in our account programs, including our BaaS programs, as well as our processing and settlement services, depends upon the efficient and error-free handling of the money that is collected, remitted or deposited in connection with the provision of our products and services. We rely on the ability of our employees, systems and processes and those of the banks that issue our cards, our retail distributors, tax refund preparation partners, our network acceptance members, other business partners and third-party processors to process and facilitate these transactions in an efficient, uninterrupted and error-free manner. Their failure to do so could materially and adversely impact our operating revenues and results of operations,

particularly during the tax season, when we derive substantially all of operating revenues for our tax refund processing services and a significant portion of our other operating revenues.

47

Table of Contents

Our systems are susceptible to outages and interruptions due to fire, natural disaster, power loss, telecommunications failures, software or hardware defects, terrorist attacks and similar events. Furthermore, we currently ultilize third-party data center hosting facilities located in the United States and other countries. Interruptions in our service may result for a number of reasons. For example, the data center hosting facilities that we use could be closed without adequate notice or suffer unanticipated problems resulting in lengthy interruptions in our service. Moreover, as we continue to add data centers and add capacity in our existing data centers, we could experience problems transferring customer accounts and data, impairing the delivery of our service. Any damage to, or failure of, our processes or systems generally, or those of our vendors (including as a result of disruptions at our third-party data center hosting facilities), or an improper action by our employees, agents or third-party vendors, could result in interruptions in our service, causing customers, retail distributors and other partners to become dissatisfied with our products and services or obligate us to issue credits or pay fines or other penalties to them. Sustained or repeated process or system failures could reduce the attractiveness of our products and services, including our BaaS platform, and result in contract terminations, thereby reducing operating revenue and harming our results of operations. Further, negative publicity arising from these types of disruptions could be damaging to our reputation and may adversely impact use of our products and services, including our BaaS platform, and adversely affect our ability to attract new customers and business partners. Additionally, some of our contracts with retail distributors, including our contract with Walmart, contain service level standards pertaining to the operation of our systems, and provide the retail distributor with the right to collect damages and potentially to terminate its contract with us for system downtime exceeding stated limits. If we face system interruptions or failures, our business interruption insurance may not be adequate to cover the losses or damages that we incur.

### A data security breach could expose us to liability and protracted and costly litigation, and could adversely affect our reputation and operating revenues.

We and our retail distributors, tax preparation partners, network acceptance members, third-party processors and the merchants that accept our cards receive, transmit and store confidential customer and other information in connection with the sale and use of our products and services. Our encryption software and the other technologies we use to provide security for storage, processing and transmission of confidential customer and other information may not be effective to protect against data security breaches by third parties. The risk of unauthorized circumvention of our security measures has been heightened by advances in computer capabilities and the increasing sophistication of hackers. Our retail distributors, tax preparation partners, network acceptance members, other business partners, third-party processors and the merchants that accept our cards also may experience similar security breaches involving the receipt, transmission and storage of our confidential customer and other information. Improper access to our or these third parties' systems or databases could result in the theft, publication, deletion or modification of confidential customer and other information.

A data security breach of the systems on which sensitive cardholder or other customer or end-customer data and account information are stored could lead to fraudulent activity involving our products and services, reputational damage and claims or regulatory actions against us. If we are sued in connection with any data security breach, we could be involved in protracted and costly litigation. If unsuccessful in defending that litigation, we might be forced to pay damages and/or change our business practices, any of which could have a material adverse effect on our operating revenues and profitability. We would also likely have to pay (or indemnify the banks that issue our cards for) fines, penalties and/or other assessments imposed by Visa or MasterCard as a result of any data security breach. Further, a significant data security breach could lead to additional regulation, which could impose new and costly compliance obligations. In addition, a data security breach at one of the third-party banks that issue our cards or at our retail distributors, tax preparation partners, network acceptance members, other business partners, third-party processors or the merchants that accept our cards could result in significant reputational harm to us and cause the use and acceptance of our cards or other products and services to decline, either of which could have a significant adverse impact on our operating revenues and future growth prospects. Moreover, it may require substantial financial resources to address and remediate any such breach, including additional costs for replacement cards, manufacturing, distribution, re-stocking fees, fraud monitoring and other added security measures, amongst others, which could have a significant adverse impact on our operating results.

### Litigation or investigations could result in significant settlements, fines or penalties.

We are subject to regulatory oversight in the normal course of our business, and have been and from time to time may be subject to securities class actions and other litigation or regulatory or judicial proceedings or investigations. The outcome of litigation and regulatory or judicial proceedings or investigations is difficult to predict. Plaintiffs or regulatory agencies or authorities in these matters may seek recovery of very large or indeterminate amounts, seek to have aspects of our business suspended or modified or seek to impose sanctions, including significant monetary fines. The monetary and other impact of these actions, litigations, proceedings or investigations may remain unknown

48

for substantial periods of time. The cost to defend, settle or otherwise resolve these matters may be significant. Further, an unfavorable resolution of litigation, proceedings or investigations against us could have a material adverse effect on our business, operating results, or financial condition. In this regard, such costs could make it more difficult to maintain the capital, leverage and other financial commitments at levels we have agreed to with the Federal Reserve Board and the Utah Department of Financial Institutions. If regulatory or judicial proceedings or investigations were to be initiated against us by private or governmental entities, adverse publicity that may be associated with these proceedings or investigations could negatively impact our relationships with retail distributors, tax preparation partners, network acceptance members, other business partners and card processors and decrease acceptance and use of, and loyalty to, our products and related services, and could impact the price of our Class A common stock. In addition, such proceedings or investigations could increase the risk that we will be involved in litigation. The outcome of any such litigation is difficult to predict and the cost to defend, settle or otherwise resolve these matters may be significant. For the foregoing reasons, if regulatory or judicial proceedings or investigations were to be initiated against us by private or governmental entities, our business, results of operations and financial condition could be adversely affected or our stock price could decline.

***We must adequately protect our brand and our intellectual property rights related to our products and services and avoid infringing on the proprietary rights of others.***

The Green Dot, GoBank, MoneyPak, TPG and other brands and marks are important to our business, and we utilize trademark registrations and other means to protect them. Our business would be harmed if we were unable to protect our brand against infringement and its value was to decrease as a result.

We rely on a combination of patent, trademark and copyright laws, trade secret protection and confidentiality and license agreements to protect the intellectual property rights related to our products and services. We currently have 11 issued patents and 14 patent applications pending. Although we generally seek patent protection for inventions and improvements that we anticipate will be incorporated into our products and services, there is always a chance that our patents or patent applications could be challenged, invalidated or circumvented, or that an issued patent will not adequately cover the scope of our inventions or improvements incorporated into our products or services. Additionally, our patents could be circumvented by third-parties.

We may unknowingly violate the intellectual property or other proprietary rights of others and, thus, may be subject to claims by third parties. These assertions may increase over time as a result of our growth and the general increase in the pace of patent claims assertions, particularly in the United States. Because of the existence of a large number of patents in the mobile technology field, the secrecy of some pending patents, and the rapid rate of issuance of new patents, it is not economically practical or even possible to determine in advance whether a product or any of its elements infringes or will infringe on the patent rights of others. Regardless of the merit of these claims, we may be required to devote significant time and resources to defending against these claims or to protecting and enforcing our own rights. We might also be required to develop a non-infringing technology or enter into license agreements and there can be no assurance that licenses will be available on acceptable terms and conditions, if at all. Some of our intellectual property rights may not be protected by intellectual property laws, particularly in foreign jurisdictions. The loss of our intellectual property or the inability to secure or enforce our intellectual property rights or to defend successfully against an infringement action could harm our business, results of operations, financial condition and prospects.

***We are exposed to losses from customer accounts.***

Fraudulent activity involving our products may lead to customer disputed transactions, for which we may be liable under banking regulations and payment network rules. Our fraud detection and risk control mechanisms may not prevent all fraudulent or illegal activity. To the extent we incur losses from disputed transactions, our business, results of operations and financial condition could be materially and adversely affected.

Additionally, our cardholders can incur charges in excess of the funds available in their accounts, and we may become liable for these overdrafts. While we decline authorization attempts for amounts that exceed the available balance in a cardholder's account, the application of card association rules, the timing of the settlement of transactions and the assessment of the card's monthly maintenance fee, among other things, can result in overdrawn accounts.

Maintenance fee assessment overdrafts occur as a result of our charging a cardholder, pursuant to the card's terms and conditions, the monthly maintenance fee at a time when he or she does not have sufficient funds in his or her account. Our remaining overdraft exposure arises primarily from late-posting. A late-post occurs when a merchant posts a transaction within a payment network-permitted timeframe but subsequent to our release of the authorization for that transaction, as permitted by card association rules. Under card association rules, we may be liable for the amount of the transaction even if the cardholder has made additional purchases in the intervening period and funds are no longer available on the card at the time the transaction is posted.

We consider overdrawn account balances to be our receivables due from cardholders. We maintain reserves to cover the risk that we may not recover these receivables due from our cardholders, but our exposure may increase above these reserves for a variety of reasons, including our failure to predict the actual recovery rate accurately. To the extent we incur losses from overdrafts above our reserves or we determine that it is necessary to increase our reserves substantially, our business, results of operations and financial condition could be materially and adversely affected.

***An impairment charge of goodwill or other intangible assets could have a material adverse impact on our financial condition and results of operations.***

Because we have grown in part through acquisitions, our net goodwill and intangible assets represent a significant portion of our consolidated assets. Our net goodwill and intangible assets were $574.1 million as of March 31, 2018. Under accounting principles generally accepted in the United States, or U.S. GAAP, we are required to test the carrying value of goodwill and intangible assets at least annually or sooner if events occur that indicate impairment could exist. These events or circumstances could include a significant change in the business climate, including a significant sustained decline in a reporting unit's fair value, legal and regulatory factors, operating performance indicators, competition and other factors.

U.S. GAAP requires us to assign and then test goodwill at the reporting unit level. If over a sustained period of time we experience a decrease in our stock price and market capitalization, which may serve as an estimate of the fair value of our reporting unit, this may be an indication of impairment. If the fair value of our reporting unit is less than its net book value, we may be required to record goodwill impairment charges in the future. In addition, if the revenue and cash flows generated from any of our other intangible assets is not sufficient to support its net book value, we may be required to record an impairment charge. The amount of any impairment charge could be significant and could have a material adverse impact on our financial condition and results of operations for the period in which the charge is taken.

***If we are unable to keep pace with the rapid technological developments in our industry and the larger electronic payments industry necessary to continue providing our network acceptance members and cardholders with new and innovative products and services, the use of our cards and other products and services could decline.***

The electronic payments industry is subject to rapid and significant technological changes. We cannot predict the effect of technological changes on our business. We rely in part on third parties, including some of our competitors and potential competitors, for the development of, and access to, new technologies. We expect that new services and technologies applicable to our industry will continue to emerge, and these new services and technologies may be superior to, or render obsolete, the technologies we currently utilize in our products and services. Additionally, we may make future investments in, or enter into strategic alliances to develop, new technologies and services or to implement infrastructure change to further our strategic objectives, strengthen our existing businesses and remain competitive. However, our ability to transition to new services and technologies that we develop may be inhibited by a lack of industry-wide standards, by resistance from our retail distributors, network acceptance members, third-party processors or consumers to these changes, or by the intellectual property rights of third parties. Our future success will depend, in part, on our ability to develop new technologies and adapt to technological changes and evolving industry standards. These initiatives are inherently risky, and they may not be successful or may have an adverse effect on our business, financial condition and results of operations.

***We face settlement risks from our distributors and banking partners, which may increase during an economic downturn.***

The majority of our business is conducted through retail distributors that sell our products and services to consumers at their store locations. Our retail distributors collect funds from the consumers who purchase our products and services and then must remit these funds directly to accounts established for the benefit of these consumers at the banks that issue our cards. The remittance of these funds by the retail distributor takes on average two business days. If a retail distributor becomes insolvent, files for bankruptcy, commits fraud or otherwise fails to remit proceeds to our card issuing bank from the sales of our products and services, we are liable for any amounts owed to our customers. As of March 31, 2018, we had assets subject to settlement risk of $179.5 million. Given the possibility of recurring volatility in global financial markets, the approaches we use to assess and monitor the creditworthiness of our retail distributors may be inadequate, and we may be unable to detect and take steps to mitigate an increased credit risk in a timely manner.

Economic downturns could result in settlement losses, whether or not directly related to our business. We are not insured against these risks. Significant settlement losses could have a material adverse effect on our business, results of operations and financial condition.

Table of Contents

***Economic, political and other conditions may adversely affect trends in consumer spending.***

The electronic payments industry, including the prepaid financial services segment within that industry, depends heavily upon the overall level of consumer spending. If conditions in the United States become uncertain or deteriorate, we may experience a reduction in the number of our accounts that are purchased or reloaded, the number of transactions involving our cards and the use of our reload network and related services. A sustained reduction in the use of our products and related services, either as a result of a general reduction in consumer spending or as a result of a disproportionate reduction in the use of card-based payment systems, would materially harm our business, results of operations and financial condition.

***We must be able to operate and scale our technology effectively.***

Our ability to continue to provide our products and services to network participants, as well as to enhance our existing products and services and offer new products and services, is dependent on our information technology systems. If we are unable to manage and scale the technology associated with our business effectively, we could experience increased costs, reductions in system availability and losses of our network participants. Any failure of our systems in scalability and functionality would adversely impact our business, financial condition and results of operations.

***Our future success depends on our ability to attract, integrate, retain and incentivize key personnel.***

Our future success will depend, to a significant extent, on our ability to attract, integrate, retain and recognize key personnel, namely our management team and experienced sales, marketing and program and technology development personnel. Replacing departing key personnel can involve organizational disruption and uncertainty. We experience transitions among our executive officers from time to time. If we fail to manage any future transitions successfully, we could experience significant delays or difficulty in the achievement of our development and strategic objectives and our business, financial condition and results of operations could be materially and adversely harmed. We must retain and motivate existing personnel, and we must also attract, assimilate and motivate additional highly-qualified employees. We may experience difficulty in managing transitions and assimilating our newly-hired personnel, which may adversely affect our business. Competition for qualified management, sales, marketing and program and technology development personnel can be intense. Competitors have in the past and may in the future attempt to recruit our top management and employees. If we fail to attract, integrate, retain and incentivize key personnel, our ability to manage and grow our business could be harmed.

***We might require additional capital to support our business in the future, and this capital might not be available on acceptable terms, or at all.***

If our unrestricted cash and cash equivalents balances and any cash generated from operations are not sufficient to meet our future cash requirements, we will need to access additional capital to fund our operations. We may also need to raise additional capital to take advantage of new business or acquisition opportunities. We may seek to raise capital by, among other things:

- issuing additional shares of our Class A common stock or other equity securities;
- issuing convertible or other debt securities; and
- borrowing funds under a credit facility.

We may not be able to raise needed cash in a timely basis on terms acceptable to us or at all. Financings, if available, may be on terms that are dilutive or potentially dilutive to our stockholders. The holders of new securities may also receive rights, preferences or privileges that are senior to those of existing holders of our Class A common stock. In addition, if we were to raise cash through a debt financing, the terms of the financing might impose additional conditions or restrictions on our operations that could adversely affect our business. If we require new sources of financing but they are insufficient or unavailable, we would be required to modify our operating plans to take into account the limitations of available funding, which would harm our ability to maintain or grow our business.

***The occurrence of catastrophic events could damage our facilities or the facilities of third parties on which we depend, which could force us to curtail our operations.***

We and some of the third-party service providers on which we depend for various support functions, such as customer service and card processing, are vulnerable to damage from catastrophic events, such as power loss, natural disasters, terrorism and similar unforeseen events beyond our control. Our principal offices, for example, are situated in southern California near known earthquake fault zones. If any catastrophic event were to occur, our ability to operate our business could be seriously impaired. In addition, we might not have adequate insurance to cover our losses resulting from catastrophic events or other significant business interruptions. Any significant losses that are not

recoverable under our insurance policies, as well as the damage to, or interruption of, our infrastructure and processes, could seriously impair our business and financial condition.

***If we fail to maintain proper and effective internal controls, our ability to produce accurate financial statements on a timely basis could be impaired, which could result in a loss of investor confidence in our financial reports and have an adverse effect on our stock price.***

Our management is responsible for establishing and maintaining adequate internal control over financial reporting to provide reasonable assurance regarding the reliability of our financial reporting and the preparation of financial statements for external purposes in accordance with U.S. GAAP. If we are unable to maintain adequate internal control over financial reporting, we might be unable to report our financial information on a timely basis and might suffer adverse regulatory consequences or violate NYSE listing standards. There could also be a negative reaction in the financial markets due to a loss of investor confidence in us and the reliability of our financial statements. We have in the past and may in the future discover areas of our internal financial and accounting controls and procedures that need improvement. Our internal control over financial reporting will not prevent or detect all error and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system will be met. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within our company will be detected. If we are unable to maintain proper and effective internal controls, we may not be able to produce accurate financial statements on a timely basis, which could adversely affect our ability to operate our business and could result in regulatory action, and could require us to restate, our financial statements. Any such restatement could result in a loss of public confidence in the reliability of our financial statements and sanctions imposed on us by the SEC.

***Changes in accounting standards or inaccurate estimates or assumptions in the application of accounting policies could adversely affect our financial condition and results of operations.***

Our accounting policies and methods are fundamental to how we record and report our financial condition and results of operations. Some of these policies require use of estimates and assumptions that may affect the reported value of our assets or liabilities and results of operations and are critical because they require management to make difficult, subjective and complex judgments about matters that are inherently uncertain. If those assumptions, estimates or judgments were incorrectly made, we could be required to correct and restate prior period financial statements. Accounting standard-setters and those who interpret the accounting standards (such as the Financial Accounting Standards Board, the SEC and banking regulators) may also amend or even reverse their previous interpretations or positions on how various standards should be applied. These changes can be difficult to predict and can materially impact how we record and report our financial condition and results of operations. In some cases, we could be required to apply a new or revised standard retroactively, resulting in the need to revise and republish prior period financial statements.

***Our debt agreements contain restrictive covenants and financial ratio tests that restrict or prohibit our ability to engage in or enter into a variety of transactions. If we fail to comply with these covenants or tests, our indebtedness under these agreements could become accelerated, which could adversely affect us.***

In October 2014 we entered into a $225.0 million term credit agreement with Bank of America, N.A., as an administrative agent, Wells Fargo Bank, National Association, and other lenders. This agreement contains various covenants that may have the effect of limiting, among other things, our ability and the ability of certain of our subsidiaries to: merge with other entities, enter into a transaction resulting in a change in control, create new liens, incur additional indebtedness, sell assets outside of the ordinary course of business, enter into transactions with affiliates (other than subsidiaries) or substantially change the general nature of our and our subsidiaries' business, taken as a whole, make certain investments, enter into restrictive agreements, or make certain dividends or other distributions. These restrictions could limit our ability to take advantage of financing, merger, acquisition or other opportunities, to fund our business operations or to fully implement our current and future operating strategies.

Under the agreement, we have agreed to maintain compliance with a maximum consolidated leverage ratio and a minimum consolidated fixed charge coverage ratio of 1.75 and 1.25, respectively, at the end of any fiscal quarter. Our ability to meet these financial ratios and tests will be dependent upon our future performance and may be affected by events beyond our control (including factors discussed in this "Risk Factors" section). If we fail to satisfy these requirements, our indebtedness under these agreements could become accelerated and payable at a time when we are unable to pay them. This would adversely affect our ability to implement our operating strategies and would have a material adverse effect on our financial condition.

Table of Contents

**Risks Related to Ownership of Our Class A Common Stock**

*The price of our Class A common stock may be volatile.*

In the recent past, stocks generally, and financial services company stocks in particular, have experienced high levels of volatility. The trading price of our Class A common stock has been highly volatile since our initial public offering and may continue to be subject to wide fluctuations. The trading price of our Class A common stock depends on a number of factors, including those described in this "Risk Factors" section, many of which are beyond our control and may not be related to our operating performance. Factors that could cause fluctuations in the trading price of our Class A common stock include the following:

- price and volume fluctuations in the overall stock market from time to time;

- significant volatility in the market prices and trading volumes of financial services company stocks;

- actual or anticipated changes in our results of operations or fluctuations in our operating results;

- actual or anticipated changes in the expectations of investors or the recommendations of any securities analysts who follow our Class A common stock;

- actual or anticipated developments in our business or our competitors' businesses or the competitive landscape generally;

- the public's reaction to our press releases, other public announcements and filings with the SEC;

- business disruptions and costs related to shareholder activism;

- litigation and investigations or proceedings involving us, our industry or both or investigations by regulators into our operations or those of our competitors;

- new laws or regulations or new interpretations of existing laws or regulations applicable to our business;

- changes in accounting standards, policies, guidelines, interpretations or principles;

- general economic conditions;

- changes to the indices in which our Class A common stock is included; and

- sales of shares of our Class A common stock by us or our stockholders.

In the past, many companies that have experienced volatility in the market price of their stock have become subject to securities class action litigation. We may be the target of this type of litigation in the future. Securities litigation against us could result in substantial costs and divert our management's attention from other business concerns, which could seriously harm our business.

*Our charter documents, Delaware law and our status as bank holding company could discourage, delay or prevent a takeover that stockholders consider favorable and could also reduce the market price of our stock.*

Our certificate of incorporation and bylaws contain provisions that could delay or prevent a change in control of our company. These provisions could also make it more difficult for stockholders to nominate directors for election to our board of directors and take other corporate actions. These provisions, among other things:

- provide for non-cumulative voting in the election of directors;

- provide for a classified board of directors;

- authorize our board of directors, without stockholder approval, to issue preferred stock with terms determined by our board of directors and to issue additional shares of our Class A common stock;

- limit the voting power of a holder, or group of affiliated holders, of more than 24.9% of our common stock to 14.9%;

- provide that only our board of directors may set the number of directors constituting our board of directors or fill vacant directorships;

- prohibit stockholder action by written consent and limit who may call a special meeting of stockholders; and

- require advance notification of stockholder nominations for election to our board of directors and of stockholder proposals.

Table of Contents

These and other provisions in our certificate of incorporation and bylaws, as well as provisions under Delaware law, could discourage potential takeover attempts, reduce the price that investors might be willing to pay in the future for shares of our Class A common stock and result in the trading price of our Class A common stock being lower than it otherwise would be.

In addition to the foregoing, under the BHC Act and the Change in Bank Control Act, and their respective implementing regulations, Federal Reserve Board approval is necessary prior to any person or company acquiring control of a bank or bank holding company, subject to certain exceptions. Control, among other considerations, exists if an individual or company acquires 25% or more of any class of voting securities, and may be presumed to exist if a person acquires 10% or more of any class of voting securities. These restrictions could affect the willingness or ability of a third party to acquire control of us for so long as we are a bank holding company.

***If securities analysts do not continue to publish research or reports about our business or if they publish negative evaluations of our Class A common stock, the trading price of our Class A common stock could decline.***

We expect that the trading price for our Class A common stock will be affected by any research or reports that securities analysts publish about us or our business. If one or more of the analysts who currently cover us or our business downgrade their evaluations of our Class A common stock, the price of our Class A common stock would likely decline. If one or more of these analysts cease coverage of our company, we could lose visibility in the market for our Class A common stock, which in turn could cause our stock price to decline.

**ITEM 2. Unregistered Sales of Equity Securities and Use of Proceeds**

None

**ITEM 5. Other Information**

None

54

## ITEM 6. Exhibits

The following documents are filed as exhibits to this report:

| Exhibit Number | Description of Exhibits |
| --- | --- |
| 10.1† | Amendment No. 5 to Amended and Restated Walmart MoneyCard Program Agreement dated as of March 8, 2018 by and among Green Dot Corporation, Wal-Mart Stores, Inc., Wal-Mart Stores Texas L.L.C., Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, L.P. and Wal-Mart Puerto Rico, Inc. and Green Dot Bank. |
| 31.1 | Certification of Steven W. Streit, Chief Executive Officer, pursuant to Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2 | Certification of Mark Shifke, Chief Financial Officer, pursuant to Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.1 | Certification of Steven W. Streit, Chief Executive Officer, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2 | Certification of Mark Shifke, Chief Financial Officer, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101.INS | XBRL Instance Document* |
| 101.SCH | XBRL Taxonomy Extension Schema Document* |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document* |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document* |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document* |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document* |

---

\*    Pursuant to Rule 406T of Regulation S-T, the Interactive Data Files on Exhibit 101 hereto are deemed not filed or part of a registration statement or prospectus for purposes of Sections 11 or 12 of the Securities Act of 1933, as amended, are deemed not filed for purposes of Section 18 of the Securities and Exchange Act of 1934, as amended, and otherwise are not subject to liability under those sections.

†    Confidential treatment has been requested with regard to certain portions of this document. Such portions were filed separately with the Commission.

Table of Contents

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Green Dot Corporation**

| | | |
|---|---|---|
| Date: | May 10, 2018 | By: | /s/ Mark Shifke |
| | | Name: | Mark Shifke |
| | | Title: | Chief Financial Officer |

56

# Exhibit L

Case 2:19-cv-10701-DPE  Document 66-3  Filed 06/24/25  Page 134 of 207  Page ID #:4444

*May 10, 2018 04:01 AM GMT*

## Green Dot Corp

# Strong Tax Season Adds to Core Underlying Strength

| ⬈ Stock Rating | 👁 Industry View | ◎ Price Target |
|---|---|---|
| Equal-weight | In-Line | $67.00 |

We like GDOT's positioning in the SMID cap space, but prefer LC (OW) on a relative basis given that it is significantly more undervalued. We see potential for upside to GDOT's Consensus estimates if trends persist through the remainder of the year. Raise PT to $67 (from $62), stay EW on valuation.

**Macro, digitization, and execution:** GDOT continues to see solid underlying trends, both in the legacy prepaid card portfolios as well as new products and new Banking as a Service (BaaS) partner (Intuit, ApplePay Cash, Uber, etc.) enrollments. We belive mgmt's solid execution is being aided by a strong macro environment (with low unemployment rates) and larger millennial customer base (60% of total accounts) where digital usage is likely to be significantly higher. We see upside to Consensus 2018 estimates but remain EW as we believe this upside potential is largely captured in valuation. While we like GDOT's positioning in the SMID cap space, we prefer LC (OW) on a relative basis given that it is significantly more undervalued. Faster than anticipated adoption and usage of ApplePay Cash and/or signing of incremental strategic partnerships (like Uber, Apple, etc) could make us more constructive on GDOT.

**1Q18 review:** GDOT delivered revenue upside of ~$17mn during the quarter vs. MSe/Cons $299/$297mn, driven by better active card growth (+19% YoY) in both legacy and new programs as well as better usage/revenue metrics across its broader product portfolio. Revenue benefits yielded Adjusted EBITDA of $104mn, which outperformed Cons at $100mn but missed MSe ($109mn). We note this was attributable to a mix shift towards newer products and BaaS programs that are relatively unscaled. Adj EPS of $1.40 was in-line with MSe and ahead of Cons at $1.29.

**Key developments during the quarter:**

- **Positive: Strong metrics across the board:** Active cards grew 19% on an organic basis, vs. mid single digit growth the last 2 quarters, with the acceleration driven by a combination of tax driven strength in both legacy portfolios and new programs including Intuit and ApplePay Cash. Cash transfers accelerated 240bps to 9% YoY growth driven by expanded retail distribution. Finally GDV growth was +57% YoY, of which >60% was driven by the legacy portfolios, with the remaining coming from new programs. We believe tax refunds were a big contributor to growth in both legacy and new portfolios and this trend could continue in 2Q.

MORGAN STANLEY & CO. LLC

**Vasundhara Govil**
EQUITY ANALYST
Vasundhara.Govil@morganstanley.com    +1 212 761-3609

**James E Faucette**
EQUITY ANALYST
James.Faucette@morganstanley.com    +1 212 296-5771

**Priscilla Russo**
RESEARCH ASSOCIATE
Priscilla.Russo@morganstanley.com    +1 212 296-4563

**Green Dot Corp ( GDOT.N, GDOT US )**

**Payments and Processing / United States of America**

| Stock Rating | | | Equal-weight |
|---|---|---|---|
| Industry View | | | In-Line |
| Price target | | | $67.00 |
| Shr price, close (May 9, 2018) | | | $63.30 |
| Mkt cap, curr (mm) | | | $3,428 |
| 52-Week Range | | | $69.36-33.99 |

| Fiscal Year Ending | 12/17 | 12/18e | 12/19e | 12/20e |
|---|---|---|---|---|
| ModelWare EPS ($) | 1.79 | 2.13 | 2.41 | 2.86 |
| Prior ModelWare EPS ($) | - | 1.86 | 2.26 | 2.66 |
| P/E | 33.7 | 29.8 | 26.3 | 22.1 |
| Consensus EPS ($)§ | 2.13 | 2.87 | 3.26 | 3.80 |
| Div yld (%) | - | - | - | - |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Thomson Reuters Estimates
e = Morgan Stanley Research estimates

**QUARTERLY MODELWARE EPS ($)**

| Quarter | 2017 | 2018e Prior | 2018e Current | 2019e Prior | 2019e Current |
|---|---|---|---|---|---|
| Q1 | 0.87 | - | 1.29a | 1.30 | 1.22 |
| Q2 | 0.45 | 0.42 | 0.36 | 0.52 | 0.49 |
| Q3 | 0.26 | 0.22 | 0.25 | 0.29 | 0.35 |
| Q4 | 0.23 | 0.08 | 0.23 | 0.14 | 0.34 |

e = Morgan Stanley Research estimates, a = Actual Company reported data

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

- **Positive: Direct Deposit card base continues to grow rapidly:** We believe that a growing Direct Deposit user base is one of the key drivers for GDOT's improved revenue profile given benefits of higher engagement and lifetime revenues. GDOT noted that 50% of its active card portfolio is now on Direct Deposits, which denotes a very healthy mix with positive revenue implications. We believe that 50% Direct Deposit user base also implies that there is ample remaining runway for growth.

- **Mixed: Back end loaded EBITDA margin expansion:** GDOT's adjusted EBITDA margins compressed 240 bps YoY during the quarter due to mix shift towards newer branded product lines and BaaS program launches that come with upfront expenses. Margins are expected to remain pressured in 2Q, but should expand notably (>350bps YoY) in 2H as some of these programs start to scale, combined with leverage on SG&A expenses.

- **Neutral: No impact from seemingly increased competition:** While there has been a growing list of providers that are starting to offer virtual checking account type products —— PYPL, SQ, and potentially AMZN, to name a few —— GDOT has seen no impact in its customer acquisition or attrition and views the increased interest in the space as a net positive, given beneficial effects of mainstreaming the product. While we see no imminent risk, the increasing interest in the space bears monitoring, in our view.

**Changes to our model:** We raise our 2018 revenues to $1,020mn (vs. $1,001mn) aligned above the high end of guidance range. We raise our Adjusted EBITDA to $247mn from $239mn. Our Adjusted EPS goes higher to $2.97 (from $2.88). We raise our C19 Adjusted EPS to $3.39 (from $3.25) mostly on higher revenues and interest income, offset by slightly lower margin expansion than we previously anticiapted. Our PT goes to $67 (from $62) and is based on our base-case DCF analysis. Key assumptions for our DCF include 7.2% net revenue CAGR from 2017 through 2025, 2.5% terminal growth rate, and 9% WACC.

**GDOT.N**

We have an Equal-weight rating on GDOT with a $67 Price Target, derived from our base case DCF analysis. Key assumptions for our 2.5% terminal growth rate and 9% WACC. Key downside risks are 1) Potential for competition to heat up again, 2) Pressure on margins as GDOT invests in implementing new partnership programs, 3) New product initiatives fail to take off. Key upside risks are 1) Better than anticipated contribution from new partnerships, especially ApplePay Cash where visibility is limited, and 2) Potential for new partnership wins as GDOT's scale/bank ownership gives it an edge vs. competition.

**LC.N**

Our $6 price target for LC is derived from our base case Discounted Cash Flow analysis which assumes a 15% WACC and a 2% terminal growth rate. Key downside risks are 1) Higher-than-expected credit losses that could hurt investors' confidence and lead to lower funds availability to lend on the platform, 2) Increased regulation that increases operating costs and/or limit access for LC to operate in certain states, 3) Inability to lower opex in accordance with slower origination growth resulting in lower profitability, and 4) A rise in interest rates could reduce LC's appeal.

![Morgan Stanley | RESEARCH]  **UPDATE**

**Risk Reward**

# Risk reward is fairly balanced



Source: Thomson Reuters, Morgan Stanley Research

## Price Target    $67
Derived from our base-case DCF analysis. Key assumptions for our 2.5% terminal growth rate and 9% WACC.

## Bull    $86
**DCF, Implied 26x CY19e EPS (ex-SBC) of $3.32**
**Strong rebound in active card growth, revenue per card growth remains elevated, new products contribute meaningfully.** Underlying key metrics improve while revenue per active card growth remains elevated. GDOT delivers high teens organic revenue CAGR over 2017-2019 with 150bps EBITDA expansion and ~30% EPS growth.

## Base    $67
**DCF, Implied 23x CY19e EPS (ex-SBC) of $2.90**
**Growth in core business stabilizes.** 2017-2019 top line growth in the low teens aided by Intuit win and minimal contribution from new products. ~200bps EBITDA margin expansion and 20s EPS growth.

## Bear    $47
**DCF, Implied 19x CY19e EPS (ex-SBC) of $2.51**
**Competition keeps growth in core prepaid business challenged.** Meaningful gains from new growth initiatives fail to take hold, GDOT manages to keep pace with industry resulting in organic revenue CAGR in the mid single digits. Platform efficiencies still yield margin expansion resulting in 2017-2019 EPS CAGR in the mid teens.

## Investment Thesis

■ We believe GDOT's double digit topline and bottom line growth is sustainable over the near-to-medium term due to our increased confidence in its ability to leverage the GoBank mobile banking platform for strategic partnerships (e.g. Uber, Apple, Intuit deals).

■ While we see upward bias to Street's 2018 and 2019 estimates, we believe that it is fairly captured in its premium valuation (22x 2019 EPS, in-line with leading merchant acquirers).

## Key Debates

■ **What is the normalized organic growth profile ?** Mix shift towards higher priced product and stickier direct deposit user is helping GDOT offset pressure on active card growth. As active card growth resumes, growth in revenue per active card moderates, and contribution from Intuit win, we believe GDOT should be able to sustain low double digit organic growth over the next 2 years.

■ **How sustainable is the margin expansion?** We believe the mix shift towards higher priced and direct deposit users as well cost synergies from the UniRush acquisition could support ~100bps EBITDA margin expansion in the medium term. We expect margin expansion to be balanced by continued investments in growth initiatives to maintain the topline growth profile.

## Potential Catalysts

■ Better than anticipated contribution from New wins
■ Accretive M&A

## Risks to Achieving Price Target

■ New product initiatives fail to take off meaningfully
■ Market becomes concerned about stock comp expense

3

# Morgan Stanley | RESEARCH



## Financials

**Exhibit 1:** GDOT Income Statement (USD, in millions expect per share data)

| INCOME STATEMENT ($ in millions except per share data) | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 1Q18A | 2Q18E | 3Q18E | 4Q18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Card revenues | 209 | 227 | 227 | 253 | 318 | 338 | 415 | 130 | 130 | 122 | 123 | 506 | 561 | 619 |
| YoY % change | 25.1% | 8.6% | -0.1% | 11.4% | 25.6% | 6.2% | 22.8% | 28.8% | 21.3% | 21.5% | 16.4% | 21.9% | 10.9% | 10.4% |
| as a % of Total Revenue | 43.2% | 40.8% | 39.0% | 41.5% | 45.6% | 47.0% | 46.6% | 41.3% | 51.3% | 54.9% | 54.0% | 49.6% | 50.2% | 51.1% |
| Card transfer revenues | 134 | 165 | 183 | 179 | 183 | 184 | 217 | 100 | 55 | 39 | 40 | 234 | 250 | 264 |
| YoY % change | 32.1% | 23.2% | 11.0% | -2.2% | 1.9% | 0.9% | 18.0% | 10.5% | 6.0% | 6.0% | 5.0% | 7.7% | 6.6% | 5.7% |
| as a % of Total Revenue | 27.7% | 29.6% | 31.5% | 29.4% | 26.2% | 25.6% | 24.4% | 31.8% | 21.6% | 17.4% | 17.7% | 23.0% | 22.4% | 21.8% |
| Interchange revenues | 141 | 165 | 172 | 178 | 197 | 197 | 258 | 85 | 69 | 62 | 65 | 280 | 306 | 328 |
| YoY % change | 30.2% | 16.6% | 4.4% | 3.7% | 10.4% | 0.0% | 31.2% | 38.0% | 8.0% | -3.7% | -6.3% | 8.4% | 9.5% | 7.0% |
| as a % of Total Revenue | 29.1% | 29.5% | 29.5% | 29.2% | 28.2% | 27.4% | 29.0% | 26.9% | 27.1% | 27.7% | 28.3% | 27.4% | 27.4% | 27.1% |
| Less: Stock-based retailer incentive compensation (WMT) | (17) | (8) | (9) | (9) | (3) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| as a % of Total Revenue | -3.7% | -1.5% | -1.5% | -1.5% | -0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Revenue** | **467** | **549** | **574** | **602** | **695** | **719** | **890** | **315** | **254** | **223** | **228** | **1,020** | **1,117** | **1,211** |
| **YoY % change** | **28.4%** | **17.5%** | **4.5%** | **4.9%** | **15.5%** | **3.5%** | **23.8%** | **24.5%** | **13.9%** | **10.7%** | **7.0%** | **14.5%** | **9.5%** | **8.4%** |
| **Adjusted revenue (add: WMT Equity)** | **485** | **557** | **582** | **610** | **697** | **719** | **890** | **315** | **254** | **223** | **228** | **1,020** | **1,117** | **1,211** |
| YoY % change | 28.5% | 15.0% | 4.5% | 4.8% | 14.2% | 3.1% | 23.8% | 24.5% | 13.9% | 10.7% | 7.0% | 14.5% | 9.5% | 8.4% |
| Sales/marketing | 169 | 210 | 218 | 235 | 230 | 249 | 281 | 92 | 83 | 74 | 78 | 327 | 355 | 378 |
| as a % of Total Revenue | 34.8% | 37.7% | 37.5% | 38.5% | 33.1% | 34.7% | 31.5% | 29.7% | 32.8% | 33.2% | 34.3% | 32.1% | 31.8% | 31.2% |
| Compensation and benefits | 88 | 115 | 127 | 123 | 168 | 159 | 195 | 55 | 61 | 53 | 59 | 227 | 244 | 258 |
| as a % of Total Revenue | 18.1% | 20.6% | 21.9% | 20.2% | 24.1% | 22.2% | 21.9% | 17.6% | 23.9% | 23.6% | 25.9% | 22.3% | 21.9% | 21.3% |
| Processing/issuing | 71 | 77 | 90 | 79 | 102 | 108 | 152 | 48 | 44 | 37 | 40 | 169 | 180 | 189 |
| as a % of Total Revenue | 14.6% | 13.9% | 15.4% | 12.9% | 14.7% | 15.0% | 17.0% | 15.7% | 17.4% | 16.4% | 17.4% | 16.6% | 16.1% | 15.6% |
| Other G&A expenses | 57 | 72 | 86 | 105 | 129 | 139 | 156 | 44 | 41 | 44 | 37 | 166 | 177 | 191 |
| as a % of Total Revenue | 11.7% | 12.9% | 14.7% | 17.2% | 18.5% | 19.4% | 17.5% | 14.1% | 16.3% | 19.8% | 16.1% | 16.3% | 15.8% | 15.7% |
| **Operating Income - GAAP** | **83** | **75** | **52** | **59** | **65** | **63** | **108** | **76** | **24** | **16** | **14** | **131** | **161** | **195** |
| **Operating Margin** | 17.9% | 13.7% | 9.2% | 9.8% | 9.4% | 8.8% | 12.1% | 24.2% | 9.6% | 7.1% | 6.3% | 12.8% | 14.4% | 16.1% |
| **EBITDA (MS method)** | **113** | **101** | **88** | **105** | **124** | **126** | **172** | **94** | **43** | **35** | **33** | **205** | **239** | **275** |
| **YoY % change** | 25.3% | -10.4% | -12.9% | 18.8% | 18.3% | 1.4% | 37.0% | 15.0% | 4.2% | 18.2% | 66.6% | 18.9% | 16.4% | 15.3% |
| **EBITDA Margin** | 23.3% | 18.2% | 15.2% | 17.2% | 17.8% | 17.5% | 19.4% | 29.7% | 17.0% | 15.6% | 14.7% | 20.1% | 21.4% | 22.7% |
| **EBITDA (GDOT method)** | **123** | **114** | **103** | **132** | **152** | **156** | **206** | **104** | **54** | **45** | **44** | **247** | **283** | **321** |
| **YoY % change** | 26.2% | -6.9% | -9.7% | 28.0% | 15.4% | 2.7% | 31.6% | 16.2% | 7.3% | 33.2% | 36.9% | 20.1% | 14.4% | 13.7% |
| **EBITDA Margin** | 25.3% | 20.5% | 17.7% | 21.6% | 21.8% | 21.8% | 23.1% | 33.1% | 21.2% | 20.3% | 19.3% | 24.2% | 25.3% | 26.5% |
| Interest Expense/(Income) | (1) | (4) | (3) | (10) | 1 | 2 | (5) | (4) | (4) | (4) | (4) | (15) | (16) | (16) |
| Income Before Taxes, etc. | 84.0 | 79.0 | 55.9 | 68.9 | 64.0 | 61.6 | 112.8 | 80.5 | 28.0 | 19.5 | 18.2 | 146.3 | 176.6 | 211.1 |
| Income Taxes | 32 | 30 | 19 | 26 | 20 | 20 | 18 | 10 | 8 | 6 | 5 | 30 | 44 | 53 |
| Tax Rate | 38.0% | 38.0% | 34.7% | 38.0% | 30.8% | 32.4% | 15.9% | 13.0% | 30.0% | 30.0% | 30.0% | 20.6% | 25.0% | 25.0% |
| **Net Income GAAP** | **52** | **49** | **37** | **37** | **37** | **40** | **86** | **70** | **20** | **14** | **13** | **116** | **132** | **158** |
| YoY % change | 23.1% | -6.0% | -25.5% | 1.7% | 0.5% | 8.1% | 112.9% | 71.8% | 1.8% | 0.3% | 4.4% | 35.2% | 14.1% | 19.5% |
| **Pro-Forma - MS Method** | **63** | **54** | **42** | **48** | **40** | **58** | **90** | **67** | **26** | **20** | **19** | **129** | **160** | **186** |
| **YoY % change** | 24.6% | -13.9% | -22.0% | 14.3% | -16.7% | 45.1% | 55.2% | 39.2% | 26.7% | 83.2% | 162.7% | 42.7% | 23.7% | 16.4% |
| Pro-Forma - GDOT Method | 69 | 62 | 52 | 63 | 72 | 76 | 115 | 76 | 33 | 27 | 26 | 162 | 186 | 214 |
| YoY % change | 21.9% | -9.4% | -17.1% | 13.9% | 1.9% | 8.2% | 48.3% | 40.4% | 8.4% | 46.9% | 64.0% | 36.7% | 13.9% | 14.3% |
| **Diluted EPS** | | | | | | | | | | | | | | |
| GAAP | $1.18 | $1.11 | $0.81 | $0.78 | $0.70 | $0.81 | $1.62 | $1.29 | $0.36 | $0.25 | $0.23 | $2.13 | $2.41 | $2.86 |
| YoY % change | 19.9% | -5.6% | -26.9% | -3.5% | -10.3% | 14.6% | 101.7% | 64.6% | -2.1% | -3.1% | 3.0% | 30.9% | 13.2% | 19.1% |
| Pro-Forma - MS Method | $1.42 | $1.23 | $0.94 | $1.02 | $0.76 | $1.13 | $1.71 | $1.23 | $0.47 | $0.36 | $0.34 | $2.36 | $2.90 | $3.36 |
| YoY % change | 21.4% | -13.6% | -23.5% | 8.4% | -25.7% | 49.6% | 50.8% | 34.9% | 22.0% | 76.9% | 158.4% | 38.5% | 22.7% | 16.0% |
| **Pro-Forma - GDOT Method** | **$1.55** | **$1.41** | **$1.17** | **$1.33** | **$1.35** | **$1.47** | **$2.17** | **$1.40** | **$0.61** | **$0.50** | **$0.48** | **$2.97** | **$3.39** | **$3.87** |
| **YoY % change** | 21.9% | -9.4% | -17.1% | 13.9% | 1.9% | 8.2% | 48.3% | 40.4% | 8.4% | 46.9% | 64.0% | 36.7% | 13.9% | 14.3% |
| Diluted Shares o/s | 44 | 44 | 45 | 47 | 53 | 50 | 53 | 54 | 55 | 55 | 55 | 55 | 55 | 55 |

Source: Company Data, Morgan Stanley Research

**892**

4

**Morgan Stanley** | RESEARCH

UPDATE

**Exhibit 2:** GDOT Cash Flow Statement (USD, in millions)

| CASH FLOW STATEMENT ($ in millions) | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 1Q18A | 2Q18E | 3Q18E | 4Q18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income | 52 | 47 | 34 | 43 | 38 | 42 | 86 | 70 | 20 | 14 | 13 | 116 | 132 | 158 |
| Depreciation and amortization | 12 | 18 | 27 | 37 | 62 | 62 | 65 | 17 | 19 | 19 | 19 | 74 | 78 | 80 |
| Provision for uncollectible overdrawn accounts | 61 | 62 | 47 | 38 | 63 | 75 | 77 | 18 | 18 | 18 | 18 | 74 | 74 | 74 |
| Stock-based compensation | 10 | 13 | 15 | 20 | 27 | 28 | 41 | 9 | 10 | 10 | 10 | 41 | 44 | 46 |
| Stock-based retailer incentive compensation | 17 | 8 | 9 | 9 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization of premium on available-for-sale investment | 0 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Realized gains on investment securities | 0 | (0) | (0) | (0) | 0 | (1) | (8) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (Recovery) provision for uncollectible trade receivables | 0 | (0) | (0) | (0) | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Impairment of capitalized software | 0 | 1 | 5 | 0 | 6 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred income tax (benefit) expense | 0 | 6 | 5 | 1 | (0) | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Excess tax benefits from exercise of options | (3) | (3) | (3) | (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in operating assets and liabilities: | | | | | | | | | | | | | | |
| Settlement assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts receivable | (71) | (66) | (50) | (32) | (56) | (75) | (68) | (13) | 7 | (2) | (14) | (21) | (23) | (5) |
| Prepaid expense and other assets | (3) | (21) | 5 | (11) | (6) | 1 | (17) | (6) | 16 | (3) | (10) | (3) | (5) | (5) |
| Deferred expenses | (3) | 0 | (3) | (2) | 3 | (2) | (2) | 7 | 3 | 0 | (12) | (2) | (2) | (2) |
| Accounts payable and accrued liabilities | (4) | 31 | 28 | (2) | 15 | (19) | 28 | (19) | (6) | (10) | 35 | 0 | 18 | 17 |
| Settlement obligations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts due to card issuing banks for overdrawn accour | 7 | 8 | (1) | (49) | (0) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred revenue | 4 | (2) | 5 | (0) | (2) | 2 | 5 | (6) | (7) | 0 | 17 | 4 | 3 | 3 |
| Income taxes payable (receivable) | 13 | (1) | (3) | 4 | 10 | (7) | 5 | 10 | 0 | 0 | 0 | 10 | 0 | 0 |
| **Net cash provided by (used in) operating activities** | **94** | **102** | **121** | **52** | **157** | **112** | **218** | **89** | **80** | **48** | **77** | **294** | **320** | **366** |
| | | | | | | | | | | | | | | |
| Purchases of available-for-sale investment securities | (45) | (272) | (274) | (212) | (195) | (136) | (59) | (14) | 0 | 0 | 0 | (14) | 0 | 0 |
| Proceeds from maturities of available-for-sale securities | 20 | 38 | 173 | 153 | 84 | 106 | 71 | 18 | 0 | 0 | 0 | 18 | 0 | 0 |
| Proceeds from sales of available-for-sale securities | 0 | 81 | 85 | 136 | 48 | 1 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decrease (increase) in restricted cash | (8) | 12 | (2) | 1 | (0) | (6) | (79) | 4 | 30 | (13) | (28) | (6) | (10) | (9) |
| Payments for acquisition of property and equipment | (23) | (40) | (36) | (31) | (48) | (43) | (44) | (13) | (10) | (9) | (9) | (42) | (45) | (48) |
| Net principal collections on loans | 0 | 2 | 1 | 0 | 0 | 0 | (13) | (1) | 0 | 0 | 0 | (1) | 0 | 0 |
| Acquisitions, net of cash acquired | 5 | (32) | 0 | (227) | (65) | 0 | (141) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash used in investing activities** | **(50)** | **(210)** | **(53)** | **(179)** | **(176)** | **(78)** | **(224)** | **(6)** | **20** | **(22)** | **(37)** | **(45)** | **(54)** | **(58)** |
| | | | | | | | | | | | | | | |
| Proceeds from exercise of options | 6 | 4 | 14 | 7 | (2) | 4 | 24 | 8 | 0 | 0 | 0 | 8 | 0 | 0 |
| Excess tax benefits from exercise of options | 3 | 3 | 3 | 4 | 0 | 3 | (18) | (16) | 0 | 0 | 0 | (16) | 0 | 0 |
| Net increase in deposits | 5 | 159 | 21 | 346 | 87 | 85 | 285 | 271 | 0 | 0 | 0 | 271 | 0 | 0 |
| Net increase in obligations to customers | 0 | 14 | 21 | (79) | 45 | (83) | (21) | 9 | 14 | (9) | (21) | (6) | (86) | (86) |
| Net increase in funds held on behalf of customers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repayments on line of credit | 0 | 0 | 0 | 0 | (53) | (168) | (378) | (6) | 0 | 0 | 0 | (6) | 0 | 0 |
| Borrowings on line of credit | 0 | 0 | 0 | 150 | 30 | 145 | 355 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Exercise of call options on warrants | 0 | 0 | 0 | (0) | 0 | 0 | (3) | (0) | 0 | 0 | 0 | (0) | 0 | 0 |
| Redemption of preferred and common shares | 0 | 0 | 0 | 0 | (41) | (59) | (52) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash used in financing activities** | **14** | **179** | **59** | **427** | **66** | **(73)** | **192** | **266** | **14** | **(9)** | **(21)** | **251** | **(86)** | **(86)** |
| | | | | | | | | | | | | | | |
| **Net inc/(dec) in cash and cash equivalents** | **58** | **71** | **127** | **301** | **47** | **(39)** | **187** | **349** | **115** | **17** | **18** | **499** | **179** | **223** |
| **Cash and equivs - beginning of period** | **168** | **225** | **297** | **424** | **725** | **772** | **733** | **919** | **1,268** | **1,383** | **1,400** | **919** | **1,419** | **1,598** |
| **Cash and equivs - end of period** | **225** | **297** | **424** | **725** | **772** | **733** | **919** | **1,268** | **1,383** | **1,400** | **1,419** | **1,419** | **1,598** | **1,820** |

Source: Company Data, Morgan Stanley Research

**893**

**Morgan Stanley** | **RESEARCH**

**Exhibit 3:** Balance Sheet (USD, in millions)

| BALANCE SHEET ($ in millions) | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 1Q18A | 2Q18E | 3Q18E | 4Q18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unrestricted cash and cash equivalents | 223 | 294 | 423 | 724 | 772 | 733 | 919 | 1,268 | 1,383 | 1,400 | 1,419 | 1,419 | 1,598 | 1,820 |
| Federal funds sold | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investment Securities available for sale | 21 | 115 | 116 | 47 | 49 | 47 | 12 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| Settlement assets | 27 | 36 | 37 | 149 | 69 | 137 | 209 | 180 | 144 | 134 | 137 | 137 | 150 | 163 |
| Accounts receivable, net | 41 | 40 | 48 | 49 | 44 | 40 | 35 | 29 | 22 | 24 | 38 | 38 | 60 | 66 |
| Prepaid expenses and other assets | 12 | 32 | 27 | 35 | 31 | 32 | 47 | 53 | 37 | 40 | 50 | 50 | 55 | 60 |
| Income taxes receivable | 3 | 7 | 16 | 16 | 6 | 13 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net deferred tax assets | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Current Assets** | **337** | **530** | **668** | **1,020** | **972** | **1,001** | **1,230** | **1,546** | **1,603** | **1,614** | **1,659** | **1,659** | **1,879** | **2,125** |
| Restricted cash | 13 | 1 | 3 | 4 | 6 | 12 | 91 | 87 | 56 | 69 | 97 | 97 | 107 | 116 |
| Investment Securities available for sale | 11 | 69 | 83 | 74 | 132 | 162 | 142 | 133 | 133 | 133 | 133 | 133 | 133 | 133 |
| Accounts receivable, net | 4 | 11 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loans to bank customers, net of allowance | 10 | 8 | 7 | 7 | 6 | 6 | 19 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Prepaid expenses and other assets | 0 | 2 | 1 | 6 | 6 | 4 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Property and equipment, net | 27 | 58 | 60 | 71 | 79 | 83 | 97 | 100 | 91 | 81 | 72 | 72 | 38 | 7 |
| Deferred expenses | 13 | 13 | 15 | 18 | 15 | 17 | 22 | 15 | 12 | 12 | 23 | 23 | 26 | 28 |
| Net deferred tax assets | 0 | 5 | 3 | 6 | 4 | 5 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Goodwill and intangible assets | 12 | 31 | 31 | 420 | 474 | 451 | 582 | 574 | 574 | 574 | 574 | 574 | 574 | 574 |
| **Total Assets** | **426** | **726** | **877** | **1,626** | **1,693** | **1,740** | **2,197** | **2,489** | **2,504** | **2,517** | **2,593** | **2,593** | **2,791** | **3,017** |
| **LIABILITIES & EQUITY** | | | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | 15 | 31 | 35 | 36 | 37 | 23 | 35 | 32 | 31 | 29 | 34 | 34 | 37 | 39 |
| Deposits | 39 | 198 | 220 | 565 | 652 | 737 | 1,022 | 1,293 | 1,293 | 1,293 | 1,293 | 1,293 | 1,293 | 1,293 |
| Obligations to customers | 0 | 46 | 67 | 98 | 61 | 46 | 95 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Settlement obligations | 27 | 4 | 5 | 4 | 5 | 5 | 7 | 12 | 9 | 8 | 8 | 8 | 9 | 10 |
| Amounts due to card issuing banks for overdrawn accounts | 42 | 51 | 50 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 |
| Other accrued liabilities | 16 | 29 | 36 | 81 | 90 | 102 | 123 | 106 | 108 | 103 | 132 | 132 | 145 | 158 |
| Deferred revenue | 22 | 20 | 25 | 24 | 23 | 25 | 31 | 23 | 16 | 16 | 33 | 33 | 36 | 39 |
| Net deferred tax liabilities | 0 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income tax payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Funds held on behalf of customers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Current Liabilities** | **162** | **379** | **441** | **815** | **869** | **940** | **1,315** | **1,540** | **1,531** | **1,523** | **1,575** | **1,575** | **1,595** | **1,614** |
| Other accrued liabilities | 6 | 19 | 34 | 31 | 38 | 12 | 31 | 32 | 25 | 22 | 23 | 23 | 25 | 27 |
| Deferred revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net deferred tax liabilities | 5 | 0 | 0 | 0 | 1 | 4 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Total Liabilities** | **173** | **398** | **475** | **997** | **1,030** | **1,057** | **1,433** | **1,654** | **1,639** | **1,628** | **1,680** | **1,680** | **1,702** | **1,723** |
| Series D redeemable convertible preferred stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Convertible Series A preferred stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Common stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class B convertible common stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Additional paid-in capital | 131 | 159 | 199 | 383 | 379 | 358 | 355 | 356 | 367 | 377 | 388 | 388 | 432 | 478 |
| Retained earnings | 122 | 169 | 203 | 246 | 284 | 326 | 410 | 480 | 500 | 514 | 527 | 527 | 659 | 817 |
| Accumulated other comprehensive income | 0 | 0 | (0) | (0) | (0) | (0) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) |
| Related party notes receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Stockholders' Equity** | **253** | **328** | **402** | **629** | **663** | **684** | **765** | **835** | **865** | **890** | **913** | **913** | **1,089** | **1,294** |
| **Total Liabilities & Stockholders' Equity** | **426** | **726** | **877** | **1,626** | **1,693** | **1,740** | **2,198** | **2,489** | **2,504** | **2,517** | **2,593** | **2,593** | **2,791** | **3,017** |

Source: Company Data, Morgan Stanley Research

**894**

# Morgan Stanley | RESEARCH

**Exhibit 4:** Discounted Cash Flow Analysis

| | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenue** | **549.0** | **573.6** | **601.6** | **694.7** | **718.8** | **890.2** | **1,019.5** | **1,116.6** | **1,210.8** | 1,304.0 | 1,387.5 | 1,458.3 | 1,513.7 | 1,551.5 |
| YoY % change | | 4.5% | 4.9% | 15.5% | 3.5% | 23.8% | 14.5% | 9.5% | 8.4% | 7.7% | 6.4% | 5.1% | 3.8% | 2.5% |
| **Expenses** | | | | | | | | | | | | | | |
| Sales/marketing | 209.9 | 218.4 | 235.2 | 230.4 | 249.1 | 280.6 | 327.3 | 354.7 | 378.1 | 403.3 | 424.9 | 442.2 | 454.5 | 461.2 |
| % of revenues | 38.2% | 38.1% | 39.1% | 33.2% | 34.7% | 31.5% | 32.1% | 31.8% | 31.2% | 30.9% | 30.6% | 30.3% | 30.0% | 29.7% |
| Compensation and benefits expenses | 114.9 | 127.3 | 123.1 | 168.2 | 159.5 | 194.7 | 227.0 | 244.2 | 258.2 | 274.9 | 289.0 | 300.1 | 307.7 | 312.3 |
| % of revenues | 20.9% | 22.2% | 20.5% | 24.2% | 22.2% | 21.9% | 22.3% | 21.9% | 21.3% | 21.1% | 20.8% | 20.6% | 20.3% | 20.1% |
| Processing/issuing | 77.4 | 89.9 | 79.1 | 102.1 | 107.6 | 151.6 | 168.8 | 180.3 | 188.9 | 200.2 | 209.5 | 216.5 | 221.0 | 222.6 |
| % of revenues | 14.1% | 15.7% | 13.1% | 14.7% | 15.0% | 17.0% | 16.6% | 16.1% | 15.6% | 15.3% | 15.1% | 14.8% | 14.6% | 14.3% |
| Other G&A expenses | 71.8 | 85.6 | 105.2 | 128.7 | 139.3 | 155.6 | 165.7 | 176.8 | 190.5 | 201.3 | 210.7 | 217.8 | 222.3 | 224.0 |
| % of revenues | 13.1% | 14.9% | 17.5% | 18.5% | 19.4% | 17.5% | 16.3% | 15.8% | 15.7% | 15.4% | 15.2% | 14.9% | 14.7% | 14.4% |
| **Operating income** | **75.0** | **52.5** | **59.0** | **65.2** | **63.3** | **107.7** | **130.8** | **160.6** | **195.1** | **224.4** | **253.4** | **281.6** | **308.2** | **331.4** |
| **Operating margin** | **13.7%** | **9.2%** | **9.8%** | **9.4%** | **8.8%** | **12.1%** | **12.8%** | **14.4%** | **16.1%** | **17.2%** | **18.3%** | **19.3%** | **20.4%** | **21.4%** |
| YoY change in margin (bps) | | (451.0) | 65.5 | (41.9) | (57.7) | 329.1 | 72.7 | 155.8 | 172.6 | 110.0 | 105.0 | 105.0 | 105.0 | 100.0 |
| Interest exp(inc) | (4.0) | (3.4) | (9.9) | 1.2 | 1.8 | (5.1) | (15.5) | (16.0) | (16.0) | (17.2) | (18.3) | (19.3) | (20.0) | (20.5) |
| % of revenues | -0.7% | -0.6% | -1.6% | 0.2% | 0.2% | -0.6% | -1.5% | -1.4% | -1.3% | -1.3% | -1.3% | -1.3% | -1.3% | -1.3% |
| EBT | 79.0 | 55.9 | 68.9 | 64.0 | 61.6 | 112.8 | 146.3 | 176.6 | 211.1 | 241.7 | 271.7 | 300.9 | 328.2 | 351.9 |
| Tax exp/(bene) | 30.0 | 19.4 | 26.2 | 19.7 | 20.0 | 18.0 | 30.2 | 44.2 | 52.8 | 60.4 | 67.9 | 75.2 | 82.1 | 88.0 |
| Tax rate | 38.0% | 34.7% | 38.0% | 30.8% | 32.4% | 15.9% | 20.6% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| **Net income** | **49.0** | **36.5** | **42.7** | **44.3** | **41.6** | **94.9** | **116.1** | **132.5** | **158.3** | **181.3** | **203.8** | **225.7** | **246.2** | **263.9** |
| YoY % change | | -25.5% | 17.0% | 3.8% | -6.1% | 128.1% | 22.3% | 14.1% | 19.5% | 14.5% | 12.4% | 10.7% | 9.1% | 7.2% |
| **Other Cash Impacts** | | | | | | | | | | | | | | |
| Depreciation and amortization | 18.1 | 27.1 | 37.0 | 61.7 | 62.5 | 64.6 | 74.2 | 78.0 | 80.0 | 80.9 | 80.6 | 78.9 | 75.8 | 77.7 |
| Depr. and amort. % of revenues | 3.3% | 4.7% | 6.1% | 8.9% | 8.7% | 7.3% | 7.3% | 7.0% | 6.6% | 6.2% | 5.8% | 5.4% | 5.0% | 5.0% |
| Capital Expenditure | (40.4) | (35.7) | (30.7) | (47.8) | (43.3) | (44.1) | (41.6) | (44.7) | (48.4) | (52.2) | (55.5) | (58.3) | (75.8) | (77.7) |
| Capex % of revenues | -7.4% | -6.2% | -5.1% | -6.9% | -6.0% | -5.0% | -4.1% | -4.0% | -4.0% | -4.0% | -4.0% | -4.0% | -5.0% | -5.0% |
| Change in Net working capital/other | (51.6) | (19.2) | (92.4) | (36.0) | (99.5) | (49.6) | (11.7) | (8.5) | 8.2 | 8.8 | 9.4 | 9.9 | 10.2 | 10.5 |
| NWC/other % of revenues | -9.4% | -3.3% | -15.4% | -5.2% | -13.8% | -5.6% | -1.1% | -0.8% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% |
| Other non-cash items | 62.3 | 47.3 | 38.3 | 63.3 | 74.8 | 77.1 | 73.5 | 73.5 | 73.5 | 72.7 | 70.4 | 66.7 | 61.7 | 55.4 |
| Other % of revenues | 11.4% | 8.2% | 6.4% | 9.1% | 10.4% | 8.7% | 7.2% | 6.6% | 6.1% | 5.6% | 5.1% | 4.6% | 4.1% | 3.6% |
| Subtract Charge-offs | | | (37.4) | (66.5) | (70.9) | (71.2) | (71.4) | (72.6) | (72.6) | (73.0) | (72.2) | (70.0) | (66.6) | (62.1) |
| Other % of revenues | | | -6.2% | -9.6% | -9.9% | -8.0% | -7.0% | -6.5% | -6.0% | -5.6% | -5.2% | -4.8% | -4.4% | -4.0% |
| **Free cash flow to firm** | **37.4** | **56.0** | **(42.6)** | **19.0** | **(34.8)** | **71.7** | **139.2** | **158.3** | **199.0** | **218.5** | **236.5** | **252.7** | **251.4** | **267.8** |
| PV factor | | | | | | | | 1.03 | 1.11 | 1.21 | 1.32 | 1.44 | 1.57 | 1.71 |
| PV of Free Cash Flows | | | | | | | | 114.9 | 178.6 | 180.0 | 178.7 | 175.2 | 159.9 | 156.3 |
| **Terminal Value** | | | | | | | | | | | | | | 4,223.2 |

| Inputs | |
|---|---|
| WACC | 9.0% |
| 2015-2016 rev growth rate | 3.5% |
| 2017-2025 rev growth rate | 7.2% |
| Terminal FCF multiple | 15.8x |
| Terminal Growth Rate | 2.50% |
| Bull | 2.50% |
| Base | 2.50% |
| Bear | 1.50% |

| Valuation | |
|---|---|
| PV of cash flows in years 2017-2020 | 294 |
| PV of cash flows in years 2021-2025 | 850 |
| PV of terminal value | 2,465 |
| **Total PV of FCF** | **3,608** |
| Less: Debt | 74 |
| Plus: Cash & corp investments | 100 |
| **Equity value** | **3,634** |
| Diluted shares outstanding | 54.2 |
| **Implied share price in one year** | **$67** |

**DCF Sensitivity Analysis**

| | | Discount Rate | | | | |
|---|---|---|---|---|---|---|
| | | 8.0% | 8.5% | 9.0% | 9.5% | 10.0% |
| | 1.50% | $69 | $64 | $59 | $56 | $53 |
| Terminal | 2.00% | $73 | $68 | $63 | $59 | $55 |
| Growth | 2.50% | $79 | $73 | $67 | $62 | $58 |
| Rate | 3.00% | $86 | $78 | $72 | $66 | $62 |
| | 3.50% | $94 | $85 | $77 | $71 | $65 |

Source: Company Data, Morgan Stanley Research



# Morgan Stanley | RESEARCH

**UPDATE**

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: James E Faucette; Vasundhara Govil.

Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies.

## Important US Regulatory Disclosures on Subject Companies

As of April 30, 2018, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Automatic Data Processing Inc, LendingClub Corp, MasterCard Inc, Square Inc, Visa Inc..

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of First Data Corp., MasterCard Inc, Worldpay Inc.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Automatic Data Processing Inc, First Data Corp., MasterCard Inc, PayPal Holdings, Inc., Worldpay Inc.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Automatic Data Processing Inc, Evertec Inc, First Data Corp., Fleetcor Technologies Inc, Global Payments Inc, **Green Dot Corp**, LendingClub Corp, MasterCard Inc, MoneyGram International Inc, On Deck Capital Inc, Paychex Inc, PayPal Holdings, Inc., Square Inc, Total System Services Inc., TriNet Group Inc, Visa Inc., Western Union Co, Worldpay Inc.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Automatic Data Processing Inc, First Data Corp., Fleetcor Technologies Inc, MasterCard Inc, Paychex Inc, PayPal Holdings, Inc., VeriFone Systems Inc., Western Union Co, WEX Inc, Worldpay Inc.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Automatic Data Processing Inc, Evertec Inc, First Data Corp., Fleetcor Technologies Inc, Global Payments Inc, **Green Dot Corp**, LendingClub Corp, MasterCard Inc, MoneyGram International Inc, On Deck Capital Inc, Paychex Inc, PayPal Holdings, Inc., Square Inc, Total System Services Inc., TriNet Group Inc, Visa Inc., Western Union Co, Worldpay Inc.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Automatic Data Processing Inc, First Data Corp., Fleetcor Technologies Inc, LendingClub Corp, MasterCard Inc, MoneyGram International Inc, Paychex Inc, PayPal Holdings, Inc., TriNet Group Inc, VeriFone Systems Inc., Visa Inc., Western Union Co, WEX Inc, Worldpay Inc.

An employee, director or consultant of Morgan Stanley is a director of LendingClub Corp. This person is not a research analyst or a member of a research analyst's household.

Morgan Stanley & Co. LLC makes a market in the securities of Automatic Data Processing Inc, Evertec Inc, Fleetcor Technologies Inc, Global Payments Inc, **Green Dot Corp**, LendingClub Corp, MasterCard Inc, On Deck Capital Inc, Paychex Inc, PayPal Holdings, Inc., Square Inc, Total System Services Inc., TriNet Group Inc, VeriFone Systems Inc., Visa Inc., Western Union Co, WEX Inc, Worldpay Inc.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of April 30, 2018)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm.

For disclosure purposes only (in accordance with NASD and NYSE requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see

# Morgan Stanley | RESEARCH



definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1168 | 38% | 305 | 40% | 26% | 550 | 39% |
| Equal-weight/Hold | 1337 | 43% | 371 | 49% | 28% | 641 | 46% |
| Not-Rated/Hold | 53 | 2% | 5 | 1% | 9% | 7 | 0% |
| Underweight/Sell | 539 | 17% | 83 | 11% | 15% | 207 | 15% |
| TOTAL | 3,097 | | 764 | | | 1405 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)

**897**

9

# Morgan Stanley | RESEARCH

UPDATE



Green Dot Corp (GDOT.N) – As of 5/9/18 in USD
Industry : Payments and Processing

Stock Rating History: 5/1/15 : E/I

Price Target History: 1/30/15 : 19; 5/8/15 : 18; 6/23/15 : 20; 8/5/15 : 19; 11/5/15 : 18; 5/5/16 : 20;
8/5/16 : 23; 2/23/17 : 28; 5/10/17 : 35; 8/8/17 : 38; 11/20/17 : 60; 2/22/18 : 62

Source: Morgan Stanley Research         Date Format : MM/DD/YY         Price Target ‑‑·         No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) ▬         Stock Price (Covered by Current Analyst) ▬
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O) Equal-weight (E) Underweight (U) Not-Rated (NR)  No Rating Available (NA)
Industry View: Attractive (A)   In-line (I)   Cautious (C)   No Rating (NR)

Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry
(or industry team's) coverage.

Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country
index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

**UPDATE**



Stock Rating History: 5/1/15 : E/I; 5/19/15 : O/I; 5/10/16 : NR/I; 5/31/16 : E/I; 11/3/16 : O/I

Price Target History: 2/25/15 : 23; 10/30/15 : 25; 1/20/16 : 20; 2/11/16 : 18; 5/6/16 : 16; 5/10/16 : NA; 11/3/16 : 7; 11/7/16 : 8; 7/6/17 : 7; 11/8/17 : 6.5; 12/8/17 : 6

Source: Morgan Stanley Research    Date Format : MM/DD/YY    Price Target —∙—    No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) ——    Stock Price (Covered by Current Analyst) ▬▬
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O) Equal-weight (E) Underweight (U) Not-Rated (NR)  No Rating Available (NA)
Industry View: Attractive (A)  In-line (I)  Cautious (C)   No Rating (NR)

*Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.*

*Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.*

## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Automatic Data Processing Inc, First Data Corp., LendingClub Corp, MasterCard Inc, PayPal Holdings, Inc., Square Inc, Visa Inc., Western Union Co.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions.

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's

# Morgan Stanley | RESEARCH

UPDATE

circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important US Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A.; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Indonesia by PT. Morgan Stanley Sekuritas Indonesia; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany by Morgan Stanley Bank AG, Frankfurt am Main and Morgan Stanley Private Wealth Management Limited, Niederlassung Deutschland, regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that Morgan Stanley Research has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and regulated by the Financial Services Board in South Africa. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

**900**

# Morgan Stanley | RESEARCH

UPDATE

The following companies do business in countries which are generally subject to comprehensive sanctions programs administered or enforced by the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and by other countries and multi-national bodies: MasterCard Inc.
The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.
Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

### INDUSTRY COVERAGE: Payments and Processing

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (05/09/2018) |
|---|---|---|
| **James E Faucette** | | |
| Automatic Data Processing Inc (ADP.O) | E (11/14/2017) | $127.04 |
| First Data Corp. (FDC.N) | E (06/28/2017) | $19.50 |
| LendingClub Corp (LC.N) | O (11/03/2016) | $3.40 |
| MasterCard Inc (MA.N) | O (03/28/2016) | $190.63 |
| MoneyGram International Inc (MGI.O) | E (06/18/2013) | $6.57 |
| On Deck Capital Inc (ONDK.N) | E (05/05/2016) | $5.91 |
| Paychex Inc (PAYX.O) | E (08/16/2017) | $62.21 |
| PayPal Holdings, Inc. (PYPL.O) | O (10/11/2017) | $77.01 |
| Square Inc (SQ.N) | E (03/28/2016) | $54.26 |
| VeriFone Systems Inc. (PAY.N) | E (06/10/2014) | $22.89 |
| Visa Inc. (V.N) | O (03/28/2016) | $130.84 |
| Western Union Co (WU.N) | U (02/02/2015) | $19.92 |
| | | |
| **Vasundhara Govil** | | |
| Evertec Inc (EVTC.N) | E (08/08/2013) | $21.45 |
| Fleetcor Technologies Inc (FLT.N) | O (10/16/2014) | $204.11 |
| Global Payments Inc (GPN.N) | E (10/03/2014) | $114.60 |
| Green Dot Corp (GDOT.N) | E (02/18/2014) | $63.30 |
| Total System Services Inc. (TSS.N) | E (06/18/2013) | $87.82 |
| TriNet Group Inc (TNET.N) | E (04/04/2018) | $51.95 |
| WEX Inc (WEX.N) | E (07/09/2014) | $172.20 |
| Worldpay Inc (WP.N) | O (01/22/2018) | $84.49 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2018 Morgan Stanley

**901**

13

# Exhibit M

**S&P Global**
Market Intelligence

# Green Dot Corporation NYSE:GDOT
# Company Conference Presentation

**Wednesday, May 16, 2018 8:00 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .................................................................................. 3

Presentation .................................................................................. 4

Question and Answer .................................................................................. 6

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, President, CEO & Director*

**ANALYSTS**

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research
Division*

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research
Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**

# Presentation

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

All right. It looks like we're already live. So I'll do a quick intro, and we'll get right into it. My name is Tien-tsin Huang. I cover payments, processing and IT services at JPMorgan. And always a pleasure to have, I got my card showing off here, have Green Dot with us to give us an update. So I got the full management team, Steve Streit, Founder, CEO; Mark Shifke, CFO, next to him; Dara's here as well. So we're doing fireside chat.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, with the fire.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Thank you. Thank you for being here. No fire. We can't afford it. We'll do fireside chat. We'll also take questions from the audience. But I know we have a collective group here, so maybe just to kick it off, just to give a commercial on Green Dot, what you look like today, what's the vision going forward, Steve, and then we can go into more details from there. But thanks again for being here.

**Steven W. Streit**
*Founder, President, CEO & Director*

Oh, always a pleasure to be here. And can you all hear me? Is this okay? I think it's -- good. Okay. So for those of you -- out of curiosity, is Green Dot new -- a new name -- if Green Dot is new to you, raise your hand.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

There you go.

**Steven W. Streit**
*Founder, President, CEO & Director*

Wow, it's pretty good. Good room. Okay, very good. Well, I'll start sort of with a high level. Green Dot is a technology-first bank holding company that invents and markets on-demand bank accounts and other banking kinds of products for millennials and others who are looking for a low-fee and easy-to-access bank account. And we're a -- 2 sides to our business: the product side and the platform side. And on the product side of our business, we have several types of branded bank account products in the Green Dot brand name, primarily in the GoBank brand name. You may have seen our TV spots that we run for the Green Dot brand. And we also sell other products from the cash processing side, a product called MoneyPak, and also our Swipe Reload system, where you put money under different accounts.

And our product side is pretty mature and well distributed and still continues to grow after almost 20 years. We'll be a 20-year-old company next year. We have about 100,000 retailers selling our products and 6 direct-to-consumer websites, and you can also buy our products through the leading app stores, the Apple App Store and Android. And we believe this makes us, in fact, if you look statistically, the most broadly distributed bank holding company in the United States. So a lot of, if you will, service locations or branches or retailers where you can buy our products and everywhere online.

And then we have the platform side, and this is the newer side of the business. We announced our Banking as a Service platform or BaaS, as we call it, maybe not even a year ago, and it's really done very, very well for us. The platform side is a platform that allows us to take large partners and have them utilize our bank, our program management assets, our technology group and other assets that we have in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the company to create their own custom products for their respective customer bases. Our largest BaaS partners would be companies like Apple and Uber and Intuit, Walmart and then some smaller ones like OneMain and some others who have custom accounts that may be within our assets.

And our goal is to have our products where our customers are in the flow, at the moment, when they need a bank account, which is the hallmark of people under 40. So if you're over 40, you're more likely to do things when you plan. Like, "Oh, we're going to Europe. Let me make sure I get my passport 6 months in advance." A 30-year-old says, "Oh, I'm going to Europe. Can I get it tomorrow?" And that's how it works. Everything is instant right now, immediate, as digital natives are trying to get things on demand instantly from the Internet. And so we tried to design our products to do that, and it's worked out well.

So that's sort of what we do and what we sell. And does that make sense, a few sense?

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

It does.

**Steven W. Streit**
*Founder, President, CEO & Director*
Okay.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

So maybe to dig further, help sort of eliminate against to that, I think we're talking to Mark earlier. You talked about, what, 6 revenue divisions at Green Dot?

**Mark L. Shifke**
*Chief Financial Officer*

Yes.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

You got, what, 30-plus products? You named a few. So who -- how are you targeting these different users? Who uses it for what reason? What's the -- what are you trying to ultimately deliver to these users?

**Steven W. Streit**
*Founder, President, CEO & Director*

The problem we're trying to solve -- and consumer products, which is what we do, technology products, making products, you need to solve the consumer problem. Otherwise, people won't value what you are selling, and we're fortunate we sell a lot of them. So here's sort of the way to think about it. I'll go by division. I actually have notes because we have so many divisions, Tien-tsin.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Did you? Yes, yes, yes. It's all new to me as well, so I'm always learning.

**Steven W. Streit**
*Founder, President, CEO & Director*

Okay. Our consumer accounts segment, which houses the legacy Green Dot, if you will, these are where we have our Green Dot brand and GoBank products, some of our other accounts, and is an Account Services product, meaning bank accounts are going to be in this division. And these are products that, on our legacy side, appeal to low and moderate-income Americans, that's where we started, who need an account. But more recently, millennials have increasingly embraced our products as well. They're high-tech. They're available on retailers everywhere, and they're available online and they're increasingly designed to be this regular everyday checking accounts, except with modern features. And so low-income people like them, but more mainstream lately as well. And you can see that in our direct deposit numbers and some of our metrics that have been accelerating quite a bit.

In our direct-to-consumer business, we're selling those same products but in a direct-to-consumer way, meaning we're not paying a retailer or another distributor rev share, and that would include our primary product, meaning the Green Dot 5% Cash Back Visa. Curious if anyone has seen the TV ad. We advertise heavily on the Viacom networks, MTV and VH1, Comedy Central. It does well for us. But it's a new kind of bank account with no overdraft fees or bounce check fees. We have our 5% cash back on purchases, and that bank account does very well. And it has nothing to do with prepaid, which was what we invented and what brought us to fame, if you will. It's just a new kind of bank account, which is what we call it, and it's done very well for us. Our next division is our cash processing division, and there, it's about sending friends and family money or adding money to an account you may have, typically a prepaid card, but it can be another kind of bank account from a community bank or to pay a bill. We also, for example, in that the division, have our PayPal CASH product, which is how you get cash onto a PayPal account. We also use our SimplyPaid -- house our SimplyPaid wage disbursement division in that part of our company. And Uber uses that and many others to pay drivers instantly or employees instantly, 1099 workers. And that's

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a fairly new product that has become quite sizable, actually. So think about paying workers instantly and on demand as they earn the money. Our next division is our -- and I have to say I wrote this down. Our PayCard division, which has done very well for us. This has about 3,000 corporate clients. You use this to provide pay cards to the workers. We don't have another bank account in order to receive wages, so "Hey, Mr. New Employee, welcome to such and so company. We need to direct deposit your wages." "'I don't have a bank account." "Well, you do now. Here's your PayCard. Please sign up, and this is how we're going to pay you." And then we have our newer products, one of our newer products, our secured credit card division, helps customers build a better credit rating down the road, so they can qualify for bank loans, traditional credit cards and the like. The secured credit card itself has been around for -- oh, my gosh, it has to be 40 years.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Yes, at least.

**Steven W. Streit**
*Founder, President, CEO & Director*

At least. But this is kind of what we do. It's about new distribution, and our customers come to us online, and we say, hey, would you like to open a bank account -- or improve your credit, rather. And the answer is yes, we would. Well, we have a wonderful companion account for you. Since you already have a deposit account, how about a secured credit card? And we're able to do that, again, digitally online through the App Store and elsewhere. So those are our divisions. And of course, our bank, I don't want to neglect our bank. It is such an important part of who we are. In 2011, we took the plunge and became a bank holding company, and we're not regulated by the Federal Reserve and the state of Utah. And it really helps make us a better company and a bigger company. But in terms of the business strategy, we're a bank, so we don't need to use a third-party bank or rely on a third-party bank for issuing services. We're able to issue our own products, invent and deploy our own products. And Mark's able to take the balance sheet and invest it, which is part of our increasingly important part of our EPS. So that's gone well also.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

When we first met, we talked a lot about the TAM, and we were defining that in different ways, right, unbanked, underbanked, $60 million. We carved out a certain income level to think about who might use it. No, I don't remember the numbers exactly. $60 million, I think it was something like that. So how was it different now, given the wide range of different products that you have?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, so a couple of things have happened. One is the Green Dot 5% Cash Back Visa. As I say that to you, I don't think anyone in here is low income, but you probably think, hey, a 5% Cash Back Visa card that has no overdraft fees or penalty fees or bounced check fees of any kind ever, with an award-winning mobile app that you can get just by going to the App Store and downloading it, it sounds probably okay. That's not a bad bank account. So that's brought a lot of mainstream, more upscale people into the brand. And then our BaaS platform, when you are banking people -- hey, Reggie, I didn't see you there. When you're banking people like Apple and Uber and Intuit, you have a whole different customer base. It has nothing to do with our legacy business. And so together, our TAM is really just digital native. So if you think about 18- to 44-year-olds, there may be 110 million or so American in that broad group. It doesn't mean that older people don't use this. We have a lot of legacy customers, in particular, who are older than that. But when you think about people who are comfortable getting a bank account online from an App Store, it begins to tap out closer towards 50 that you get. So it's a much larger TAM than it used to be.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Just to round it out, thinking about the old days and current days, competition, right? Competition's evolved a ton. We were just talking about Square. I'm curious now, so how do you define competition? Is it still the traditional banks? Is it some of these digital-first banks? I know that even in Europe, you've got a lot of challenger banks that are mobile-first as well. So how do you define -- what are you looking out as potential threats?

**Steven W. Streit**
*Founder, President, CEO & Director*

It's everybody. It's so many that we don't really define it internally and really talk about it. But from a -- if you were to be asking me on a very formal sense what it'd be on a broad base, all banks in the country, including us, and there's a lot of them, there's several thousand of them, but all banks, big and small, and any technology company that offers a banking service. You mentioned Square. They're not a bank, but they have a bank-like product that they use a third-party bank to issue. But very few of these companies would have our depth of products and our breadth for distribution, and none, to our knowledge, would have our brand name appeal because Green Dot, in many parts of the country, is a household brand name, and that's really sustained us even through very tough times. Remember during the American Express battle?

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Sure.

**Steven W. Streit**
*Founder, President, CEO & Director*

Remember that? And the Western Union battle and the Chase battle, which we remember so well. We were scared to death. We had huge competitors in those days, many times bigger than we were. Chase and Amex, in particular, are spending hundreds of millions of dollars on bus ventures and TV campaigns and this and that and no fees, lower fees, we'll pay you. And the Green Dot brand sustained, and we actually moved through those years, which is pretty amazing. But it gives you the benefit of that 20-year-old brand name that's known to be a good friend to the community, if you will. So on the product side, we have a unique offering and a lot of distribution and great brand. On the product side -- on the platform side, rather, we get asked often, why does Green Dot win so many large enterprise-level accounts, the Apples and the Intuits and so forth? And we have a great revenue and a great client relationship team. That's part of it. But we have an asset stack that's hard to replicate. When you're going into speak with an enterprise-level customer, they need to know, number one, you're a large company, and we're a good-sized public company. They need to know you have a big balance sheet, and we have a fabulous balance sheet. They need to know you have Silicon Valley technology that can lead teams of their technologists to integrate and deploy very high-tech and highly regulated technology products and services. And we have that, right? And then you need a program management, meaning call centers around the world and supply chain and the ability to do things at very high scale. When you're concurrently and simultaneously the bank of Walmart and Apple and Uber and Intuit and our own products and 100,000 retailers, nobody questions our ability to handle high-scale demanding partners. And so all that leads to the ability for us to win those accounts. We never take it for granted, and every account is unique and separate and different. But we've done a very good job of landing those large enterprise-level accounts because we're so integrated.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

So the stock has [ worked ], which is great, really happy for you guys. We've missed it, unfortunately, but we've had different chances, and I'm sure we'll have others. But let me ask you or Mark, if you want to chime in on this, just thinking about the numbers and what this all means. And what has really driven the financials to get the stock to where it is today, in your mind?

**Mark L. Shifke**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I wish I knew. No. Look, I think if we go back, it really starts with execution, and so in 2016, we sort of relaunched the company. We took down all of our...

**Steven W. Streit**
*Founder, President, CEO & Director*

At this conference, remember?

**Mark L. Shifke**
*Chief Financial Officer*

Yes.

**Steven W. Streit**
*Founder, President, CEO & Director*

We read the road map -- what was it? The road map to growth. And pretty much what we laid out that day 2 years ago...

**Mark L. Shifke**
*Chief Financial Officer*

Yes, it was December of '15.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, that's what we've done.

**Mark L. Shifke**
*Chief Financial Officer*

And so at that point, we took down all of our GPR products, GoBank was the only thing that stayed on the shelf. And in '16, revenue grew a healthy 3%, and our margins compressed year-over-year to 15%. But the vision -- we had a Six-Step Plan. We executed, I think, very, very well and...

**Steven W. Streit**
*Founder, President, CEO & Director*

To those listening only, you can't see Mark's face. There's a healthy dose of sarcasm in his expression, I just wanted to relay that.

**Mark L. Shifke**
*Chief Financial Officer*

And then in '17, everything clicked. So what we started in '16 -- and in '16, we actually announced this would be a 2-year process. We said 2 years to get this to work. By the end of 2017, we'll be at $1.75. There was not a single...

**Steven W. Streit**
*Founder, President, CEO & Director*

In EPS.

**Mark L. Shifke**
*Chief Financial Officer*

In EPS. Not a single analyst or investor that thought we'd get near $1.75. They thought we were doing too many things at the same time, that execution would be difficult and such is life. But in 2017, we actually grew nearly 24% year-over-year, double-digit organic growth. And now, in 2018, at the midpoint, our full year guide would put us at 13% year-over-year growth. In Q1, we had 16% organic growth. So that was pretty good execution, and at the same time, we've done a fairly good job in managing our costs and expanding our margins. As I said in '16, we were flat to modestly down on margin. In 2017, we were up

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

140 bps in margin expansion, and this year, launching the BaaS program, growing as we've said, we're still targeting 100 bps of margin expansion. So I think it's a great execution, and the business is moving forward. I think underlying that is the fact that we've concentrated on focusing on our direct deposit customer base. We've grown that very nicely. Now about 80% of our GDV comes from direct deposit. Nearly 50% of our active customers are on direct deposit. And with that, GDV is growing phenomenally, and that's driving the engine to get the fees, ATMs, purchase volume, interest income.

**Steven W. Streit**
*Founder, President, CEO & Director*

It's a wonderful story and one of discipline and a strategy that was carried out quite well. And through it all, we survived the nasty proxy fight, as you know, and went through that. And it's just amazing when you look at the history of the company like ours. But the products are all working, and we have such a wonderful team at Green Dot, and we're honored to be a bank holding company regulated by the Fed, and that is felt through the company. And we're an [indiscernible] bank company. And it's worked extraordinarily well. Great technology in a great bank and products that people want to buy.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Yes. No, sincerely happy to see you sort of fight through a lot of change, including the proxy, a lot of competition to see where it is. It is, like I said, happy to see it happen. But let me ask this. So you're still -- like a lot of tech companies that we've been interviewing at this conference, you still have old and new, right, legacy and new, so there's this constant transition. You're going through this transition now. It feels like, as you transition to the newer products, there's going to be potentially even better growth in margin. How should we weigh that transition here?

**Steven W. Streit**
*Founder, President, CEO & Director*

I can take some of it if you want. So the products you see are the products we have. So all the new stuff has been on the shelf now for about 1.5 years. And so I would say it's about people finding us more and more. We always want to grow our product side. It's is our brand, and we always want to market our brand, as we're doing, and introduce new people to that brand. That's gone phenomenally well. And it's so funny when you meet newer customers or even new partners. I was at an Apple conference. It was about 1.5 years ago, the Money20/20 [indiscernible]. You've been there before.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Yes, sir.

**Steven W. Streit**
*Founder, President, CEO & Director*

We had lunch there once before.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

I think I've had coffee or a drink with you guys a couple of times.

**Steven W. Streit**
*Founder, President, CEO & Director*

And I was with a bunch of guys from Apple in the Apple meeting. And somebody mentioned something about prepaid, and the guy said, "Oh, yes, Steve, congratulations on inventing the prepaid thing." I said, "Oh, thank you." And the other guy said, "Oh, do you know anything about prepaid?" The guy said, "That's Green Dot." Then he said, "Oh, I didn't know. I thought they were a technology company." And he was embarrassed. I took it as a huge compliment, but the truth is that our newer customers and our partners have no idea that we were even in that industry. But if you're -- for example, our great partners

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

at Walmart, that's what they think of us, technology and prepaid and low income. But to me, that's a hallmark of a great company and a great team is that we're all those things, and we focus on each and execute. And so I think the transition has happened. Now it's a question of continuing to add scale under our fixed expense base. We're always going to have to invest more SG&A year-over-year, and we do that. But as long as our revenue is growing and our profits are growing, that's okay and something we need to do to make sure we're always one step ahead of the new programs that we roll out.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

So you're a B2B company as well as a B2C company. How do you get more of your cards or get more direct deposit up? What's the reach? How do you drive awareness? I know when we used to talk in the old days, prepaid, there was a lot of education there that may or may not have driven growth to where people thought it would be. So talk to us about marketing and driving awareness.

**Steven W. Streit**
*Founder, President, CEO & Director*

So it depends. On the BaaS side, we don't do any marketing or drive awareness...

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

On the B2B front, right?

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. Because that's up to the partner. It's our product that we're manufacturing, but it's the partner's design. It's a bespoke product for their customer base, and it's up to Intuit, in the case of Intuit, or Uber, in the case of Uber, to market that product to their customer base. And we're the program manager of the [ issuing ] bank and the technology partner. In the case of our own branded products, we market them because, number one, we're in 100,000 retail stores with large Green Dot displays, and that's a wonderful marketing vehicle for us and the packaging, which is colorful, and you can see the debit card through the window, if you haven't seen our packaging. You probably have and you may not have noticed it if you're not using it, but we're everywhere. We can't sit here and tell you where you're not or you can't find a Green Dot product. We're just so ubiquitous in the U.S. And then we market it lately with a TV campaign on the youth networks, so Viacom youth network. That's worked wonderfully well because these are customers who've never heard of prepaid and don't know [indiscernible] said, "Oh, that new bank. Oh, that new bank that the girl on Teen Mom talks about." "Oh, yes, that new bank." And you can see that in the social media thread. In fact I think you commented on that earlier, right? And that's what's so great about it is that you can be whatever company you want to be to the segment who knows you best. And so we're very efficient with our marketing spend. And once you get an account, increasingly, you use it more and keep it longer. So it's been a wonderful model and a wonderful evolution but not without effort and a lot of pain along the way and, frankly, a little luck. Don't ever estimate -- underestimate luck in the money business. That's important.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Can we -- let me open it up to the audience here, but first, can I ask about Apple Pay Cash? Because people did want me to ask you that and sort of how that -- it looks like some heads nodding. So how does that business model work? I mean, I have it. I have a virtual card in my wallet. I've used it. But what is your role exactly? And what's the revenue model?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, Green Dot has partnered with Apple. It's a BaaS program, a Banking as a Service program, where we are the issuing bank for the Apple Pay Cash card, which is how you tap and spend. Here's my

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

iPhone. Here's my iPhone X, which works really well, by the way. And you can use it to pay anywhere [indiscernible] accept it, which many of you may have done. And if you're using Apple Pay Cash to pay, you're using a Green Dot issued -- Green Dot Bank issued card. When you send the money using Green Dot technology married to Apple technology, you send the money. And when you provision the money off the card to send to your friend, like if you're sending me money or sending somebody money, a Green Dot merchant acquiring is hitting your provision card that you have in your Apple Pay device to take the money and send it to whomever you're sending to. So it's Green Dot banking, Green Dot technology in the middle and at the end. And Apple, of course, controlling their appliances and doing this in the U.S. So it's a wonderful partnership, and that's our role in it. The business model, not speaking about Apple but just in general, talking about how what's called spend-based P2P work, whether that's Square Cash or our product or -- and like Venmo's [indiscernible] as well spending, is you're making money when somebody uses the balance on their P2P account to buy something somewhere at a merchant that generates interchange on whatever the brand of card that you have. So we're not making money in a spend-based P2P program unless somebody is spending money and tapping and spending with that card. And we knew when it started, if you remember the guidance we gave, people were very excited about the partnership with Apple, and they should be. It says something about our technology. It says something about the quality of our leadership and the quality of our balance sheet and our infrastructure. Whether you're with Apple or Walmart, none of these guys are passive partners, and so I think it says something about the company that we are. But we said early on to have very low expectations in revenue. We said it would be immaterial, and it's actually turned out that way. And that has nothing to do with Apple or the program or the millions of users we have. It has everything to do with the fact that the macro of P2P -- I'm sorry, of mobile payments is just small. And this crowd is a younger crowd, and some of you use mobile payments. But even if you use it, you're using it sporadically, not every day for everything. But over time, you will and at the same way that, 10 years ago, not everybody read e-mail on your PalmPilot or BlackBerry and then later, your iPhone, but ultimately, you did. Not everybody today pays through the mobile phone, but ultimately, you will. I promise you that. And so we wanted to make sure that we have the technology and the wherewithal to compete in that market and to make sure that Green Dot is always evolving to the next best thing. And that's how you [indiscernible] a long-term public company.

### Tien-Tsin Huang
*JP Morgan Chase & Co, Research Division*

That's helpful. Questions? Happy to take them. Yes, if you don't mind waiting for the mic.

### Unknown Analyst

Can you just talk about your revenue drivers? Is it NII? Is it more transaction fees, service fees? Just kind of what are your top -- obviously, you have several different kind of business models. Like kind of what are the top 3...

### Steven W. Streit
*Founder, President, CEO & Director*

Yes, they're all -- unless you want to do it by segment. [indiscernible]

### Mark L. Shifke
*Chief Financial Officer*

Sure. So in general, we have both an Account Services segment and a transaction settlement processing segment. On the Account Services side, this is all card-based, and everything starts with GDV. And so we have customers who are putting money on deposit. For those who are not waiving out of their monthly maintenance fees, there's monthly maintenance fee or subscription fee. There are ATM fees. There's interchange and interest income on deposits with us. So those are the 4 key elements of how that side of the business generates revenue. And then on the other side, it's generally a pay-per-click. So we're either processing tax refunds through our TPG software, or there's a money transfer transaction or a SimplyPaid transfer. So that's the other side. And then on the BaaS program, so BaaS is basically -- we have everything we do for ourselves we have on a platform. And the APIs can be opened up to allow any kind of financial services to be provided by our partners. And so Uber is one good example of where both

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of our segments are involved. If you want to sign up to be a driver, in the flow of that application, you need to have an account. And if you want the Uber GoBank checking account, we instantly provision that or decline, but as long as you're who you are, we instantly provision that. So there's no waiting around. There's no, hey, I hope this turns out okay, and I have to come back to the application, which is really critical. So the drivers who have that account now can spend it, go to ATMs, and so it's generating the same type of revenue we would generate from our own products. On the other side, if they want to get paid in any particular time, and Saturday night is always a great time to get paid for everything you've been doing all week, we instantly provision those funds. So even though it's a weekend and banks are generally closed, we're not, and we're making sure those funds are available for immediate spend. So that's both sides of the business being opened up to Uber. Is there anything else you want to cover?

**Steven W. Streit**
*Founder, President, CEO & Director*

No, it's good. Yes, just those 4 fees on the banking segment and then on the processing -- like any process gets per click, but we do clicks at scale, and that's where we get the $1 billion-plus of revenue.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Reggie?

**Mark L. Shifke**
*Chief Financial Officer*

Anyone else who want to...

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

A question on, I guess, kind of where your new customers are coming from these days. I know in the past, Walmart was a big driver of new accounts. But today, you've got the websites. You've got the apps. Like is there a way to possibly rank kind of where your new customers are kind of coming from?

**Steven W. Streit**
*Founder, President, CEO & Director*

So Reggie lately, luckily which is why the company is doing so well everywhere, every one of our products is hitting it and is either at or above plan, which is not common. I can tell you that. I've run companies for a long time. It's like you can't always say that. But I think we have found the right mix of products at the right time for the right target, and they're all doing well. So I don't know how to rank them. I mean, retail would still be probably the largest. [ I mean, we have ] 100,000 stores, and it's all the big ones selling the products. So it's just part of the landscape of America Green Dot system, part of the wallpaper of retail [indiscernible] and has been for probably a decade. But our digital platform has really been taking off, and the customers who get it online through the app stores are many times more profitable than retail customers as they tend to be -- use the account in a more sustainable, higher-quality way. They're more likely to be on direct deposit. They're more likely have bought it or opening account for a specific reason. And so they tend to be -- but they're all good customers, and all those channels are really cooking. The BaaS programs are terrific. As Mark mentioned, they're designed to be in the flow. That's the whole hallmark of Green Dot products. It's on-demand banking. When does a young person watch Grey's Anatomy? When they go on their Apple computer, open it and double click on the icon. That's when they watch Grey's Anatomy, not 9:00 on ABC on a Saturday night, whenever it's on. When does that same customer want a bank account? Right when they want it on demand, just like watching that episode of Grey's Anatomy. It's really just like that. And so we have to make sure our products are designed and developed to be that kind of a product, and then they need to find the right kinds of partners to insert you in that flow. So if you're TurboTax, congratulations, you just got a $4,000 refund. Would you like it to your bank account? Or would you like it to a Turbo debit card powered by Green Dot Bank? And if you do, you get A, B and C. Well, maybe I'll take that debit card. Maybe you won't. But it's right there in the flow, same with the Uber analogy that Mark gave or Apple Pay when you like to send money to friends. I

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

like that. Great. Click here, and we'll do that for you. Boom. Just open up a Green Dot account, and you don't even know it. It's just a part of how we work in the flow. So we acquire customers from everywhere, but I think if you had to rank them in terms of the revenue per customer, our digital customers tend to be higher-revenue customers. But once our retail customers turn into regular direct deposit customers, they tend to [indiscernible]. Is that a fair summary?

**Mark L. Shifke**
*Chief Financial Officer*

Yes, I think it is. And then as we're growing those customers, it's really more direct deposit customers than others. And I think that's why you're seeing active growth up year-over-year and probably for the entire year, up 5% or more, up even at retail, where 2 years ago, I would have said it's a really tough slog to get direct deposit there. We're seeing wonderful inroads. So we're really concentrating our efforts in terms of the businesses we own and in terms of how we communicate to our customers on the benefits of direct deposit and how to make it really easy.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Anyone else? Yes?

**Unknown Analyst**

So on the -- just back on Apple Cash real quickly. So you said it's kind of immaterial, and you did say that a year ago, although you get very excited about Uber and Apple Cash. Do you think -- when do you -- is it better or worse than you would have thought a year ago? Are you making any money? Or when do you expect to be making some money?

**Steven W. Streit**
*Founder, President, CEO & Director*

I would say that our models -- we give credit to Helena Mao, who runs our cash processing division, who owns that program [indiscernible] almost depending on the revenue side. So we thought it would be immaterial only because you can look at who are using mobile payments, and there's a lot of research [ certainly when you ] look to that. So we knew it was not going to be a big program, and we wanted to make sure we moderated investors' expectations. The company's revenue has gone fabulously, as you know, but it's been from our other program. So I think I've said -- probably all I can say -- that's a better question. Not to be cheeky about it, but for Apple, it's their program, and we always respect our partners and their program. But we're certainly proud that it's worked flawlessly and has a great customer experience, and that's much to do with both Green Dot and Apple working together.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

That's a big endorsement. Anyone else?

**Steven W. Streit**
*Founder, President, CEO & Director*

Huge.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

I wanted to ask on acquisitions and where that might go. I think that we've seen you do a lot of different things, whether it be looped way back when, TPG on the tax front. You bought some card portfolios as well. So what's next that you might want to add inorganically?

**Steven W. Streit**
*Founder, President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So we get interested in all kinds of things, and Mark reviews them and I look at them. There's nothing lately. Anything that was low-hanging fruit [indiscernible], I think we bought. And our team has done a wonderful job at Green Dot of integrating those companies, and we still have more integration to go. Integration is, for us, a multiyear experience and a project and highly documented, and we're now in year 2 on Rush. We're nearly 3 on AccountNow. So these things take time to do. But we've done, I think, a really great job of buying companies, generating the synergies and then some that we promised [indiscernible] to do. But we spent about $300 million in just the last 2.5 years between share buybacks and buying companies. And we're not a huge company, so that's a material amount of money. Yes, we generate a lot of free cash every year, and that's been a good thing, and we continue to do that, so we'll build our cash balances back up. But remember, we're also a regulated bank. So a lot of what we think about, what I think about and Mark and I talk about, is we want to be prudent with these cash reserves. We want to be thoughtful about all the new programs we're rolling out with our large [indiscernible] enterprise-level program. You always want to be cognizant of the risks and all the things that can go wrong when you run a bank and a large bank holding company. And so we're taking it easy a little bit on the M&A. But if a great deal were to come and excite us, it doesn't mean we wouldn't dive into it. But we feel really good about where we are right now, both in terms of integrating the food on our plate, if you will, and also making sure that we have enough cash to support all the many programs we've rolled out.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Great, very good. We're over 2 minutes left. Last question? So, yes, sure.

**Unknown Analyst**

You mentioned earlier sort of efforts to move upmarket with younger millennials as they make more money. Can you talk a little bit about those opportunities with older demographics? Speaking as someone like -- I use the Fidelity Cash Management sort of debit account. It's not really a bank with a location. I imagine that's something you're involved in. Or is that an opportunity you see going forward for more growth?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, to the extent that -- listen, it's too bad Fidelity already has a banking partner, but it would be a wonderful Banking as a Service partner for them. Maybe the opportunities on the BaaS platform are almost unlimited. There's so many large companies like Fidelity, like anybody who's...

**Unknown Analyst**

Stash.

**Steven W. Streit**
*Founder, President, CEO & Director*

Stash, [indiscernible] a company called Stash [indiscernible] private company [indiscernible] in terms of Stash going [indiscernible] You know what I'm saying? Yes. And we can invest money in a very creative -- and they're using our platform to build a custom checking account. That's a recent addition to that.

So we could work with any of those companies as a source of growth on the Banking as a Service side. On the branded side, it is going older. I mean, look, I'm 56, but I'm a heavy tech user. I discount myself because we run a tech company, so I'm going to be more fluent, hopefully, or at least I can set the clock on my VCR. How about that? But generally, you see that tech adoption in terms of being a digital native tap out of 50. But below 50 -- and that will get older. As people get older, that will get older and expand. But we have a lot of older customers, a lot of them, but those older customers tend to all be legacy customers, the Walmart MoneyCard customer and the original Green Dot classic, which we're still selling after all these years. It worked really well for us. So there's still a big market for that. But the newer products have definitely skewed to younger and more mainstream, more heavily employed, less benefits

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

recipients and those kinds of things. But all of it together makes a portfolio. And we have wonderful customers who rely on us, and it's worked extremely well.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Okay. We'll let you go. I'll ask one last one. And for what it's worth, I have a card. I was going to show everybody. My daughter designed the card. It's got her bunny and everything else, which is pretty cool.

**Steven W. Streit**
*Founder, President, CEO & Director*

When you go back, you can design your own card.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Yes, definitely some modern stuff with it. So I'll ask you one last one and let you guys get out of here. So if we'd have you back in a year, is the focus going to be more on nurturing what you have, the Apple Pay Cash, the Ubers of the world? Or are there some other big deals and, perhaps, a big pipeline that you could close that we'll be talking about on top of that?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, our sales division, led by our wonderful revenue executive named Brett Narlinger, Brett always has a robust pipeline of opportunities. You never know when you're going to close till you know when you're going to close. But we've done our fair share maybe more recently, and we certainly have high hopes, and we'll continue that progress, but nothing that we could obviously tease today. But obviously, there's a rigid pipeline of opportunity in front of us, so I would think that we'll be closing more between now and next year. And then the ones we have now, we'll continue to grow. And our branded side continues to grow. If Green Dot were nothing but Green Dot-branded bank accounts, it'd still be one of the biggest banks in the country. And we're a top 10 issuer today on the Visa platform of all banks in the country. So I can say it's already a large institution. We just don't lend at scale, which is a good thing. I think it's good for our multiple, and it's good for our risk profile. So hopefully, you'll see us continue to grow and do that. We certainly continue to thus far.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Steve, Mark, thank you for the update. Thanks for the time.

**Mark L. Shifke**
*Chief Financial Officer*

Thank you. I appreciate it.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

It's always good to be with you guys.

**Steven W. Streit**
*Founder, President, CEO & Director*
Thanks, Reggie. Thank you, everybody.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

# Exhibit N

**COMPANY NOTE**

Assuming Coverage

USA | Technology | Payments, Processors & IT Services

July 10, 2018

# Jefferies

# Green Dot Corp. (GDOT)
## Assuming Coverage of GDOT; BaaS Driving Fundamental Inflection & Green in '18

**Key Takeaway**

**We assume coverage of GDOT with a Buy rating and an $89 PT. Herein, we highlight our take on key topics influencing the stock including: i) GDOT is uniquely poised to benefit from scarcity value in the prepaid/underbanked space; ii) BaaS is fundamentally transforming the business and contributing to material revenue and EPS beats; and iii) competitive threats have largely abated and GDOT remains an industry leader.**

**Fundamentals are at an inflection point**. We think the past several quarters have begun to show GDOT's true earnings power and that the company is in the midst of a fundamental shift in terms of its business model; after several quarters of investment, a strong top-line margin and earnings power are starting to take hold. Fundamentals have beaten consensus estimates on the top and bottom line for the past 9+ quarters and we think the Street is underestimating the traction that GDOT is gaining in the market.

**Large TAM, with an estimated 60M US consumers underbanked, nearly 12x the number of current cardholders**. We think GDOT benefits from its scarcity value among investors looking to play the prepaid theme. We estimate the underbanked population at ~60M consumers - nearly 12x the number of active cards at GDOT.

**BaaS is fundamentally transforming the business — driving revenue and margin upside**. We believe one of the key drivers at Green Dot is the BaaS platform. At scale, we see BaaS driving recurring revenues off a largely fixed cost base, with correspondingly high incremental margins. Although this dynamic will take time to materialize, it makes us incrementally bullish about the long-term margin expansion trajectory of the business.

**Competition ebbs and flows but GDOT is still the go-to.** Currently, the largest two competitors in the US general purpose reloadable (GPR) card market are TSYS (TSS, Hold) and GDOT. Although we believe competitive trends are worth monitoring and that new entrants, particularly smaller industry participants, may drive headline risk, we believe a core differentiator in the industry is breadth of retail locations and distribution. We believe GDOT retains a significant advantage in this area.

**Valuation looks attractive in the context of growth and margin potential.** GDOT shares have rallied over the past 12 months, but we believe the stock still has room to run, with multiple expansion and potential upside to Street estimates as drivers. In our view, 2018 could be the year that consistent growth and a potential beat and rise rhythm help the stock re-rate higher and return to its > 25x multiple.

## BUY
Price target $89.00
(from $83.00)
Price $76.84^

EQUITY RESEARCH

### Financial Summary

| | |
|---|---|
| Book Value (MM): | $835.3 |
| Book Value/Share: | $15.40 |
| Net Debt (MM): | ($1,193.8) |

### Market Data

| | |
|---|---|
| 52 Week Range: | $79.12 - $38.96 |
| Total Entprs. Value (MM): | $26,546.2 |
| Market Cap. (MM): | $27,739.9 |
| Shares Out. (MM): | 361.0 |
| Float (MM): | 46.7 |
| Avg. Daily Vol.: | 382,408 |

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Mark Drucker** *
Equity Associate
(415) 229-1546 mdrucker@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC

| USD | Prev. | 2016A | Prev. | 2017A | Prev. | 2018E | Prev. | 2019E |
|---|---|---|---|---|---|---|---|---|
| Cons. EPS Adjusted | -- | -- | -- | -- | -- | 3.01 | -- | 3.42 |
| **EPS Adjusted** | | | | | | | | |
| Mar | -- | 0.78 | -- | 1.00 | -- | 1.40A | -- | 1.49 |
| Jun | -- | 0.27 | -- | 0.55 | -- | 0.62 | -- | 0.78 |
| Sep | -- | 0.21 | -- | 0.34 | -- | 0.51 | -- | 0.57 |
| Dec | -- | 0.19 | -- | 0.29 | -- | 0.47 | -- | 0.58 |
| FY Dec | -- | 1.47 | -- | 2.17 | -- | 2.99 | -- | 3.41 |
| FY P/E | | 52.3x | | 35.4x | | 25.7x | | 22.5x |

### Price Performance



^Prior trading day's closing price unless otherwise noted.

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 18 to 22 of this report.

**GDOT**

Assuming Coverage

July 10, 2018

# Green Dot Corporation (GDOT)

## Buy: $89 Price Target

## Scenarios

### Base Case

- Banking-as-a-Service (BaaS) offerings contribute to growth
- Trend of higher revenue per account continues
- Margin expansion
- Continued periodic share buybacks
- Competitive landscape remains benign
- 2019 EPS: $3.41; Target Multiple: 26x; Price Target: $89 (incl. DCF)

### Upside Scenario

- Apple Pay Cash drives high incremental volumes
- BaaS offerings (eg, on-demand workforce, UBER, Apple Pay Cash, etc.) ramp faster than expected
- New distribution or private label contracts signed
- Credible buyers for the company emerge
- 2019 EPS: $3.70; Target Multiple: 27x; Price Target: $100 (incl. DCF)

### Downside Scenario

- Competition re-intensifies
- WMT cuts prices
- Significant new business investment announced
- Regulatory scrutiny increases
- BaaS offerings stumble
- Revenue per account growth stalls
- 2019 EPS: $2.90; Target Multiple: 18x; Price Target: $55 (incl. DCF)

## Investment Thesis / Where We Differ

- Success continues with core GPR business
- New channels (check cashers, Uber, Apple) should continue to drive overall growth
- Regulatory environment stable, though warrants monitoring
- BaaS becomes a key growth driver

## Catalysts

- Announcements of large new distribution contracts
- Regulatory announcements
- Prepaid product announcements by competitors
- New contract announcements that expand addressable market (eg, on-demand workforce, P2P payments, etc)

## Long Term Analysis

### Long Term Financial Model Drivers

| | |
|---|---|
| Gross Dollar Volume Growth | **5.0%** |
| Active Card Growth | **3.0%** |

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

## Executive Summary

We assume coverage of GDOT with a Buy rating and $89 price target. In this report we highlight our take on five key topics outlined below.

1) **Fundamentals are at an inflection point**. We believe that the past several quarters have begun to show the true earnings power at Green Dot and that the company is amid a fundamental shift in terms of its business model (e.g., focus on BaaS) and, following several quarters of investment, a strong top-line margin and earnings power are just starting to take-hold. The company's fundamentals have beaten consensus estimates at the top and bottom line for the past 9+ quarters and we believe the Street is fundamentally underestimating the traction that Green Dot is gaining in the marketplace.

2) **Large TAM with an estimated 60M US consumers underbanked, nearly 12x the number of active cardholders at GDOT currently**. We believe Green Dot benefits from its scarcity value among investors looking to play the prepaid theme. We think this market continues to gain traction among the un/underbanked demographic, putting Visa/Mastercard-branded cards in the hands of consumers previously excluded from these products, thereby enabling them to participate in transactions such as e-commerce. We estimate the underbanked population at ~60M consumers – nearly 12x the number of active cards at Green Dot.

3) **BaaS is fundamentally transforming the business – driving revenue and margin upside potential**. We think the BaaS platform is a key driver at Green Dot. This is an important inflection point, in our view, demonstrating that Green Dot's oft-discussed TAM (Total Addressable Market) expansion from Banking-as-a-Service (BaaS) is beginning to drive material growth. At scale, we see BaaS driving recurring revenues off a largely fixed cost base, with correspondingly high incremental margins. This dynamic will take time to materialize, but it makes us incrementally bullish about the long-term margin expansion trajectory of the business.

4) **Competition ebbs and flows but Green Dot is still the go-to.** Currently, the largest two competitors in the US GPR card market are TSYS and Green Dot. We believe other noteworthy players in this vertical include Chase and American Express. PayPal and Square also have offerings that target this consumer, though we believe they have yet to reach significant scale. We believe competitive trends are worth monitoring and that new entrants, particularly smaller industry participants, may drive headline risk. That said, we believe a core differentiator in the industry is breadth of retail locations and distribution, an area in which we believe Green Dot retains a significant advantage, relative to smaller market participants.

5) **Valuation looks attractive in the context of growth and margin potential.** GDOT shares rallied over the past 12 months, but we believe the stock still has room to run, with multiple expansion and potential upside to Street estimates as drivers. The stock currently trades at 21.0x our 2019 EPS estimates, compared to its 3-year average of 17x, though we believe many past issues/overhangs have prevented multiple expansion. Moreover, we think 2018 could be the year that consistent growth and a potential beat and rise rhythm help the stock re-rate higher and return to its > 25x multiple.

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

# Fundamentals Starting to Reflect a New Green Dot

We believe that the past several quarters have started to show the true earnings power at Green Dot and that the company is amid a fundamental shift in terms of its business model (e.g. focus on BaaS). Following several quarters of investment, strong top-line margin and earnings power are just starting to take hold.

### Fundamental tailwinds from BaaS (Banking as a Service) and Execution in the Core Business

We believe one of the key drivers of the recent strength at Green Dot and some of the more optimistic tone from investors was management's statement on the 1Q18 earnings call that one third of the quarter's 25% constant currency growth came from the BaaS platform. We believe this represents an important inflection point, demonstrating that Green Dot's oft-discussed TAM (Total Addressable Market) expansion from Banking-as-a-Service is beginning to drive material growth. Management again emphasized that it was still early days for BaaS, with very significant growth runway ahead. We discuss these topics later in this report, although we emphasize that these are some of the more salient sources of growth for the company.

**Chart 1: Number of Active Cards (M)**



**Chart 2: GDV & Purchase Volume ($M)**



Source: Jefferies, company data

Source: Jefferies, company data

As Chart 3 suggests, the past several quarters are starting to show the true earnings power at Green Dot. Fundamentals have beaten consensus estimates at the top and bottom line for the past 9+ quarters and we believe the Street is fundamentally underestimating the traction that Green Dot is gaining in the marketplace.

**Chart 3: GDOT Earnings on a Roll**

| | Revenue (Actual) | Revenue (Estimated) | Revenue Surprise | Earnings (Actual) | Earnings (Estimated) | EPS Surprise | Guidance |
|---|---|---|---|---|---|---|---|
| 1Q18 | $ 315 | $ 297 | 6.1% | $ 1.40 | $ 1.29 | 8.5% | Raised full-year revenue and EPS guidance |
| 4Q17 | $ 212 | $ 206 | 2.9% | $ 0.29 | $ 0.25 | 16.0% | 2018 revenue guidance initiated above Street estimates |
| 3Q17 | $ 202 | $ 191 | 5.5% | $ 0.34 | $ 0.27 | 25.9% | Raised full-year revenue and EPS guidance |
| 2Q17 | $ 223 | $ 209 | 6.7% | $ 0.55 | $ 0.40 | 37.5% | Raised full-year revenue and EPS guidance |
| 1Q17 | $ 253 | $ 234 | 8.1% | $ 1.00 | $ 0.84 | 19.0% | Raised full-year revenue and EPS guidance |
| 4Q16 | $ 163 | $ 157 | 4.2% | $ 0.19 | $ 0.15 | 26.7% | Raised full-year revenue and EPS guidance |
| 3Q16 | $ 154 | $ 151 | 2.0% | $ 0.21 | $ 0.17 | 23.5% | Guidance reiterated although "toward higher end" |
| 2Q16 | $ 174 | $ 169 | 2.6% | $ 0.27 | $ 0.23 | 17.4% | Raised full-year revenue and re-affirmed EPS guidance |
| 1Q16 | $ 228 | $ 213 | 7.0% | $ 0.78 | $ 0.71 | 9.9% | Raised full-year revenue and EPS guidance |

Source: Jefferies, company data, Factset
Note: earnings surprises measured against Factset consensus

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

# US Underbanked Represents a Large Growth Opportunity

We believe Green Dot benefits from its scarcity value among investors looking to play the prepaid theme. We believe this market continues to gain traction among the un/underbanked demographic, putting Visa/Mastercard-branded cards in the hands of consumers previously excluded from these products and enabling them to participate in transactions such as e-commerce.

In the US today, it is estimated that roughly 53 million people are without a FICO score because their credit history is either insufficient or nonexistent. Although many of these are creditworthy borrowers, traditional credit reports have limited the ability of traditional financial services companies to extend credit to this population.

**Chart 4: Unscored Universe Represents a Meaningful Opportunity for Prepaid Card Products**



**Source: Jefferies, FICO**

As the alternative finance industry continues to grow, lending professionals and risk management executives are increasingly looking to expand the credit opportunity to previously "unscorable" borrowers. There are several reasons why this particular cohort of borrowers may be unscorable, according to traditional methodologies, namely:

- No credit usage history
- Limited recent credit history
- Limited but recent usage of traditional forms of credit

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

## Credit Invisible Market Opportunity — Insights from the Unbanked in the US

As mentioned earlier, 'credit invisibles' or underbanked households typically do not have traditional credit histories, or they have credit files that lack sufficient details/data to create a traditional score. These consumers may have never had a credit card and have thus likely relied on the alternative consumer finance industry for their financial needs. In its latest biannual national survey of underbanked households, the FDIC concluded that approximately one in four total households (banked and unbanked) used alternative financial services, and noted that the proportion of these unbanked households using non-bank credit services is nearly twice that of the overall population.

**Chart 5: Unbanked Nearly Twice as Likely to Use Alternative Financial Services (Percentage of Households)**



**Chart 6: Percentage of Banked and Unbanked Households Usage of Alternative Financial Services, by Product**



Source: Jefferies, 2015 FDIC Survey of Underbanked and Underbanked Households

Source: Jefferies, FDIC, 2015 FDIC Survey of Underbanked and Underbanked Households

We believe alternative financial services are a decent proxy for the unmet potential for Green Dot as we believe prepaid products typically align with the needs of those unbanked and underbanked households that typically have thin or no credit files.

As Chart 5 and 6 show, although many households are unserved by traditional lenders, the use of alternative financial services varies widely. Underserved consumers use a variety of products. Again, although not a perfect proxy for the potential market opportunity for Green Dot, we believe the overall market size serves as a useful insight into the revenue potential. According to CFSI, underserved customers spent nearly $175B in fees and interest in 2016 across all products.

Although prepaid will likely remain Green Dot's core offering for some time, we believe that management has a more expansive view of the utility and TAM of the company's underlying product capabilities. Building on ancillary products such as Uber Instant Pay/SimplyPaid, secure credit cards, and tax-related products, we would not be surprised to see the GDOT investment thesis evolve into more of a 'flywheel' — where an increasing number and variety of transactions flow over a central processing platform. For this reason, we believe GDOT's TAM is moving from just prepaid card users to a much broader set of use cases involving more general funds disbursement/money movement. This, in turn, should give investors incremental comfort regarding the long-term growth potential of the business.

page 6 of 22
John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

## BaaS Segment— A Driving Force Behind a Revenue Inflection

As a refresher, Green Dot uses its own bank, Green Dot Bank, and its own high-scale and robust Banking-as-a-Service (BaaS) platform to create, design, develop, and distribute its own branded financial products and services via a large omni-channel consumer distribution network in addition to distributing Green Dot's own proprietary branded financial products and services. In this sense, the company is both a "product" company and a "platform" company. We believe the "platform" side of the business is starting to gain traction and that this represents a transformational shift in the banking industry and, more specifically, the prepaid card segment.

On the 1Q18 earnings call, Steven Streit, CEO and Founder, stated:

> "If you think about growth in Q1, think of that in thirds, with 1/3 of that growth coming from the Banking-as-a Service programs, which would include tax but also has Apple Pay Cash and has the Uber programs and some other things in there. But 1/3 is from the new programs, the BaaS programs."

These comments about the ongoing growth rate of BaaS, alongside a timeline of the BaaS partnerships (discussed later in this report), help us to map out the timing of the inflection within overall revenue growth, and to gauge its sustainability.



**Chart 7: BaaS Growth Starting to Inflect**

Card Revenue + Interchange Revenue ($M, LHS) — YoY Growth (RHS)

**Chart 8: BaaS Tailwinds to GDV**

GDV ($M) — GDV YoY Growth (RHS)

Source: Jefferies estimates, company data     Source: Jefferies estimates, company data

As shown in Chart 7 and Chart 8, we believe that BaaS has had a beneficial impact on revenue as well as on overall GDV (Gross Dollar Volume) at Green Dot.  Given that most of these partnerships are relatively new (<2 years old) we believe the segment may be at an inflection point as the onboarding (and therefore upfront) costs associated with them have largely been accounted for, particularly with Uber and ApplePay. Moreover, we believe there may be some delay between the initial announcement of a partnership and the eventual revenue onset. As a reference, the Uber announcement was initially announced in March 2016 (1Q16) and management did provide guidance that it did not expect any material impact on 2016 financials. This suggests at least a three-quarter lag between initial announcement/onboarding and revenue growth, in our opinion.

page 7 of 22                                    John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

**Chart 9: Green Dot Partnerships Overview**

| BaaS Partner | Announced | Description / Potential Impact |
|---|---|---|
| Intuit | 4Q17 | Management announced a new deal win with Intuit for a TurboTax private label card offering during its 3Q17 earnings release, which should be deployed by 1Q18. We note GDOT has a long history with the product, having provided it prior to Q1 2011 when NetSpend took over program management. We believe the announcement represents a competitive takeaway for GDOT winning the deal back from NetSpend. This agreement complements the offering already provided by Green Dot as Intuit's long-time partner as the integrated tax refund processor for TurboTax, which was largely the result of the TPG acquisition in 2014. |
| ApplePay | 3Q17 | Under this agreement,  GDOT processes Apple Pay transactions funded by accrued P2P balances. Management has noted that GDOT makes the federal funds overnight rate on the balance of the funds on Apple Pay Cash Cards and also takes 160 bps of signature debit interchange on spend transactions. Green Dot will serve in the role of merchants of record that accepts credit and debit card using Apple Pay to fund person-to-person money sending transaction. Then, when users receive money in Apple Pay cash, their money is securely kept in a Green Dot bank-issued, Apple Pay cash account that is then available for the recipient to spend with Apple Pay in stores, in apps, and on the Web, or they can send it to someone else, or transfer to their bank account. At a high level, the business model is that, as the issuing bank for the Apple Pay cash account, Green Dot generates interchange revenue when customers use Apple Pay cash to spend the fund. On the expense side, we'll have the merchant processing expenses to accept Applered deposits. All Walmart MoneyCard products are reloadable exclusively on the Green Dot Network. In addition to Walmart MoneyCards, Green Dot offers its Green Dot-branded cards and its GoBank checking account product at Walmart, providing consumers the choice to purchase either Green Dot-branded products or Walmart MoneyCard products. Total operating revenues derived from the several products and services through Walmart stores and other Walmart distribution avenues in aggregate represented approximately 40%, 45%, and 46% of total operating revenues for the years ended December 31, 2017, 2016, and 2015, respectively.we believe the AAPL deal illustrates GDOT's expanding addressable market and we continue to see the company's banking-as-a-service (BaaS) offering as representing a growing opportunity for the company as Apple represents a material win and codification of the value-add GDOT can provide. |
| Uber | 1Q16 | In March 2016, Green Dot announced a partnership with Uber called Instant Pay, which allowed Uber drivers to receive more immediate payments for fares. Instant Pay users can cash out accrued fares up to five times daily. Funds can either be sent to an Uber GDOT/GoBank Debit commercial prepaid debit card (ie, that drivers can sign up for), or have fare payments transferred to an existing debit card from (ie, from another bank). Payments to the GoBank Uber product are free, while those to unaffiliated debit cards are assessed a $0.50 fee. Following this, in May 2018, Green Dot launched a new debit rewards card that offers cash back rewards and purchases at select retailers, free instant pay deposited to the driver's account immediately after their fare is completed, along with other features. We believe the partnership has been effectively rolled-out and is already contributing to financial metrics at the company - namely in year-over-year increases in disbursement revenues (cited in 3Q17 10Q). |
| OneMain | 1Q16 | In conjunction with the company's 4Q16 earnings release, management announced its multiyear agreement with OneMain Financial to provide an integrated prepaid card solution for OneMain customers who apply for and receive loans. One of the initiatives is for borrowers to have the option to place their loan proceeds on a Green Dot / OneMain branded prepaid card in lieu of a check or traditional bank deposit, thereby allowing the customer access to their loan proceeds more quickly and conveniently. We believe given the underbanked / unbanked profile of the OneMain borrower this partnership makes strategic sense. |
| Walmart | 2007 | Walmart is Green Dot's longest customer and the company provides a suite of products for the company including the Walmart Visa Gift Card collection, Checking Accounts with Walmart, Prepaid Cards with Walmart, and cash transfer services with their Rapid Reload business. In addition to partnering with Walmart to provide its own branded financial services products, Walmart is also Green Dot's largest retail distributor. Green Dot has been the provider of Walmart-branded GPR cards sold at Walmart since the initiation of the Walmart MoneyCard program in 2007, and Green Dot Bank has been the issuer of those card accounts since early 2014. Green Dot designs and delivers the Walmart MoneyCard product and provides all ongoing program support, including network IT, regulatory and legal compliance, website functionality, customer service and loss management. Walmart provides Green Dot with shelf space to display and offer the card accounts to consumers. As the issuing bank, Green Dot Bank holds the associated FDIC-insured deposits. All Walmart MoneyCard products are reloadable exclusively on the Green Dot Network. In addition to Walmart MoneyCards, Green Dot offers its Green Dot-branded cards and its GoBank checking account product at Walmart, providing consumers the choice to purchase either Green Dot-branded products or Walmart MoneyCard products. Total operating revenues derived from the several products and services through Walmart stores and other Walmart distribution avenues in aggregate represented approximately 40%, 45%, and 46% of total operating revenues for the years ended December 31, 2017, 2016, and 2015, respectively. |

**Source: Jefferies, company data**

Green Dot continues to leverage its integrated technology platform to win in the marketplace. We believe Green Dot's ability to offer its clients a "one-stop shopping"

page 8 of 22

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

Case 2:19-cv-10701-FLA-E     Document 155-3     Filed 04/25/25     Page 174 of 207   Page ID #:4484

experience (i.e., where products/services can be designed and rolled out by Green Dot alone, without the involvement of multiple third-party banking and technology partners) is a key competitive advantage and a factor in Green Dot's ability to win key deals with high-profile brands. We note separately that Green Dot's deep involvement/experience with regulators and law makers—whether in the context of Green Dot's own bank business, or related to senior management's outside participation in key regulatory committees and activities—is also a competitive advantage. We believe large national brands require a high level of regulatory-/compliance-related sophistication, and that many of Green Dot's competitors may lack this.

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

# Consistent Growth + EPS Upside = Multiple Expansion

Given strengthening fundamentals and focused, accountable management, we believe that Green Dot should achieve more consistent revenue-growth and margin-expansion. We believe Green Dot's normalized organic revenue run-rate is in the high single digit range, with operating leverage inherent to the model driving a 30%+ EPS growth rate through 2019 and low-teens thereafter.

We view this growth rate as attainable given growth of the larger general purpose reloadable (GPR) card category. As shown in Exhibit 1, for the three years ending in 2020, Mercator Advisory Group projects GPR load volumes to grow at a 5% CAGR.

**Chart 10: Money/Financial General Purpose Reloadable Cards in the U.S.**



**Source: Mercator Advisory Group and Jefferies**

We believe that 2020 and beyond may see a continued growth tailwind, given the potential to increase penetration into the underbanked/unbanked population of the US, in addition to potential pricing increases (similar to the pricing increases completed in 2017). This would imply three large drivers behind organic revenue growth: i) recurring revenue from existing customers through interchange, reload fees, card fees, etc; ii) new account growth; and iii) potential pricing increases.

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

# Competitive Landscape Is Intense – Green Dot Has Persisted & Remains the Go-To

Will banks become competitors? To compensate for lost revenue from regulatory reform, we believe banks will increasingly look to the prepaid market. Banks have historically not been too interested/effective in marketing to Green Dot's demographic but we believe they could become serious competitors.

Currently, the largest two competitors in the US GPR card market are TSYS and Green Dot. We believe other noteworthy players in this vertical include Chase and American Express. PayPal and Square also have offerings that target this consumer, but we believe they have yet to reach significant scale.

As shown below, TSYS has the largest retail/reload network among the GPR issuers, with a reload capability at 130,000 locations, with Green Dot not far behind.



**Chart 11: GPR Reload Locations by Issuer / Product**

**Chart 12: NetSpend & Green Dot TPV ($M)**

Source: Jefferies estimates, company data

Source: Jefferies, company data

We believe competitive trends are worth monitoring and that new entrants, particularly smaller industry participants, may drive headline risk. That said, we believe a core differentiator in the industry is breadth of retail locations and distribution. To some extent, we think product features are also a competitive differentiator, although to the underbanked, these are likely secondary to convenience and access. To this end, we believe Green Dot has among the most competitive offerings on the market today.

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

# Model Overview & Guidance

Green Dot raised full year guidance on the back of strong Q1 results and momentum in the core business. Below we outline our expectations for 2Q18 and FY18 key financial metrics.

Full-year guidance includes:

- Revenue of $1,002M-$1,012M

- Adjusted EBITDA of $240M-$245M (24.1% implied margin pressured by investment in BaaS partnerships)

- Non-GAAP EPS of $2.93-$3.00. EPS guidance is predicated on a 25% tax rate and 54.6M diluted weighted-average shares outstanding. The non-GAAP EPS guidance assumes 2018 depreciation and amortization expense of $42M and net interest income of $15.5M

Second-quarter guidance includes:

- Revenues of $249M

- Adjusted EBITDA of ~$52M

- Non-GAAP EPS of ~$0.62

We are modeling reported net revenue growth of 14.2% in 2018, which is in line with consensus, driven by our card revenue estimate of $475M, cash transfer revenue of $235M, and $305M in interchange revenue.

**Chart 13: JEFe vs. Consensus (2Q18E)**

|  | Q2 2018 | |
| --- | --- | --- |
|  | JEFe | Street |
| Revenue ($M) | $249.9 | $251.0 |
| Non-GAAP EPS | $0.62 | $0.63 |
| EBITDA | $53.3 | $53.0 |

Source: Jefferies estimates, Factset

**Chart 14: JEFe vs. Consensus (FY18E)**

|  | FY 2018 | |
| --- | --- | --- |
|  | JEFe | Street |
| Revenue ($M) | $1,016.1 | $1,018.00 |
| Non-GAAP EPS | $2.99 | $3.01 |
| EBITDA | $249.6 | $243.0 |

Source: Jefferies estimates, Factset

We are also modeling operating margins of 15.7% in 2018, an increase of 7bp y/y, as we expect near-term business investment in BaaS to weigh on operating expenses in the near term. Looking through periods of business reinvestment, we see long-term margin expansion potential on the grounds that BaaS provides a long-term margin expansion opportunity for Green Dot. At scale, we see BaaS driving recurring revenues off a largely fixed cost base, with correspondingly high incremental margins. Although this dynamic will take time to materialize, it makes us incrementally bullish about the long-term margin expansion trajectory of the business.

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

## Valuation

We used a blend of two valuation techniques to calculate our 12-month price target for GDOT: 1) relative P/E valuation, which yields a value of $85 per share; and 2) our discounted cash flow model, which yields a value of $89. As Chart 15 shows, the equal-weighted average of these two results yields a $89 price target for GDOT.

**Chart 15: GDOT Price Target Calculation**

|  | Calculated | Weighting |
|---|---|---|
|  | $ | % |
| DCF Valuation | $89 | 50% |
| PE | $89 | 50% |
| **Wtd avg PT** | **$89** |  |

Source: Jefferies

This $89 price target reflects ~15% upside from current trading levels, supporting our Buy rating.

Shares in GDOT have rallied over the past 12 months, but we believe the stock still has room to run, with multiple expansion and potential upside to Street estimates as drivers. The stock currently trades at 21.0x our 2019 EPS estimates, compared to its 3-year average of 17x, although we believe many past issues/overhangs have prevented multiple expansion. Moreover, we think 2018 could be the year that consistent growth and a potential beat and rise rhythm help the stock re-rate higher and return to its > 25x multiple.

**Chart 16: Historical CY2 P/E Multiple vs Payments Industry**

Source: Factset

**Chart 17: Historical CY2 P/E Multiple vs TSS**

Source: Factset

Our P/E valuation for GDOT is based on a 26x multiple applied to our projected CY2019 non-GAAP EPS of $3.41 and DCF. While we acknowledge that GDOT's business model or competitive moat are likely not as strong as that of V and MA, and V/MA enjoy much higher margins with greater operating leverage, we see GDOT as a scarce investment opportunity -- a large-cap stock growing the top line by 15%+, with a large TAM, valuable brand, secular tailwinds, and limited regulatory/legislative risk. Alongside the benefit of being the only true pure-play GPR payment provider at scale, we believe GDOT deserves

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

Case 2:19-cv-10701-FLA-E     Document 155-3     Filed 04/25/25     Page 179 of 207   Page ID #:4489

a modest multiple premium to the payments comp group (and peer TSS as shown on Chart 17).

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

**Exhibit 2: GDOT — income statement ($ millions)**

| | 2017 FY | Mar '18A | June '18E | Sept '18E | Dec '18E | 2018 FY | Mar '19E | June '19E | Sept '19E | Dec '19E | 2019 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| Operating Revenues | | | | | | | | | | | |
| Card revenues (new card fees, monthly maint. fees, ATM fees + other) | 414.8 | 130.1 | 121.3 | 109.9 | 114.1 | 475.3 | 139.2 | 132.2 | 118.6 | 123.3 | 513.3 |
| year-over-year growth | 22.8% | 28.8% | 13.0% | 9.0% | 8.0% | 14.6% | 7.0% | 9.0% | 8.0% | 8.0% | 8.0% |
| Cash Transfer revenues (reload fees via MoneyPak or at POS) | 217.5 | 100.2 | 55.3 | 38.9 | 40.7 | 235.1 | 104.2 | 59.2 | 40.8 | 43.2 | 247.4 |
| year-over-year growth | 18.0% | 10.5% | 7.0% | 6.0% | 6.0% | 8.1% | 4.0% | 7.0% | 5.0% | 6.0% | 5.2% |
| Interchange revenues | 257.9 | 84.7 | 73.4 | 72.4 | 75.1 | 305.6 | 92.0 | 80.7 | 79.7 | 80.4 | 332.8 |
| year-over-year growth | 31.2% | 38.0% | 15.5% | 12.9% | 9.1% | 18.5% | 8.7% | 10.0% | 10.0% | 7.0% | 8.9% |
| **Adjusted Operating Revenue (before Wal-Mart stock award)** | 890.2 | 315.0 | 249.9 | 221.2 | 230.0 | 1,016.1 | 335.4 | 272.1 | 239.2 | 246.8 | 1,093.5 |
| year-over-year growth | 23.8% | 24.5% | 12.3% | 9.7% | 8.0% | 14.2% | 6.5% | 8.9% | 8.1% | 7.3% | 7.6% |
| **Total Revenue (GAAP)** | 890.2 | 315.0 | 249.9 | 221.2 | 230.0 | 1,016.1 | 335.4 | 272.1 | 239.2 | 246.8 | 1,093.5 |
| **year-over-year growth** | 23.8% | 24.5% | 12.3% | 9.7% | 8.0% | 14.2% | 6.5% | 8.9% | 8.1% | 7.3% | 7.6% |
| Sales and marketing expenses | 280.6 | 92.0 | 78.0 | 70.3 | 77.3 | 317.6 | 90.9 | 83.3 | 72.9 | 79.5 | 326.6 |
| year-over-year growth | 12.6% | 28.3% | 11.2% | 7.2% | 5.7% | 13.2% | -1.2% | 6.8% | 3.7% | 2.8% | 2.8% |
| Compensation and benefits expenses | 194.7 | 54.5 | 56.5 | 53.5 | 57.5 | 222.0 | 53.0 | 59.9 | 57.9 | 59.2 | 230.0 |
| year-over-year growth | 22.1% | 32.2% | 11.0% | 13.2% | 4.0% | 14.1% | -2.8% | 6.0% | 8.1% | 3.0% | 3.6% |
| Processing expenses | 161.0 | 48.4 | 48.5 | 39.1 | 43.7 | 179.8 | 49.6 | 51.4 | 42.1 | 43.2 | 186.4 |
| year-over-year growth | 49.7% | 18.3% | 8.3% | 15.0% | 5.8% | 11.6% | 2.5% | 6.0% | 7.5% | -1.2% | 3.7% |
| Other general and administrative expenses | 155.6 | 43.7 | 40.0 | 44.2 | 42.8 | 170.7 | 43.6 | 43.0 | 45.9 | 44.4 | 176.9 |
| year-over-year growth | 11.7% | 15.7% | 9.3% | 6.1% | 8.2% | 9.7% | -0.3% | 7.5% | 3.8% | 3.9% | 3.6% |
| **Total Operating Expenses** | 791.8 | 238.6 | 222.9 | 207.2 | 221.3 | 890.1 | 237.2 | 237.5 | 218.8 | 226.3 | 919.8 |
| year-over-year growth | 20.8% | 24.5% | 10.2% | 9.9% | 5.7% | 12.4% | -0.6% | 6.5% | 5.6% | 2.3% | 3.3% |
| **EBITDA** | 125.6 | 85.3 | 36.0 | 24.9 | 23.7 | 170.0 | 106.3 | 42.6 | 28.3 | 28.5 | 205.7 |
| year-over-year growth | 24.7% | 21.6% | 25.9% | 17.7% | 316.1% | 35.3% | 24.6% | 18.2% | 13.6% | 20.0% | 21.0% |
| **Adjusted EBITDA (excludes stock expense+Non-recurring items)** | 205.7 | 104.1 | 53.3 | 46.5 | 45.7 | 249.6 | 103.7 | 63.8 | 50.2 | 52.4 | 270.2 |
| year-over-year growth | 39.1% | 16.2% | 6.4% | 37.0% | 42.4% | 21.3% | -0.4% | 19.8% | 7.9% | 14.7% | 8.2% |
| as a % of adj. Revenue ( adj. EBITDA margin) | 23.1% | 33.1% | 21.3% | 21.0% | 19.9% | 24.6% | 30.9% | 23.5% | 21.0% | 21.2% | 24.7% |
| **Operating Income (EBIT)** | 98.3 | 76.4 | 27.0 | 13.9 | 8.7 | 126.0 | 98.3 | 34.6 | 20.3 | 20.5 | 173.7 |
| year-over-year growth | 55.3% | 24.4% | 33.7% | 6.8% | 135.9% | 28.2% | 28.7% | 28.0% | 45.9% | 134.4% | 37.8% |
| **Adjusted Operating Income (EBIT)** | 139.1 | 85.7 | 35.0 | 21.9 | 16.7 | 159.4 | 106.3 | 42.6 | 28.3 | 28.5 | 205.7 |
| year-over-year growth | 43.7% | 26.3% | 16.5% | -8.8% | -1.8% | 14.6% | 24.0% | 21.6% | 29.2% | 70.2% | 29.0% |
| as a % of Revenue | 15.6% | 27.2% | 14.0% | 9.9% | 7.3% | 15.7% | 31.7% | 15.6% | 11.8% | 11.5% | 18.8% |
| Interest income (expense)/Other | 5.1 | 4.1 | 4.0 | 4.0 | 3.5 | 15.5 | 4.0 | 4.4 | 4.4 | 3.8 | 16.6 |
| year-over-year growth | -392.5% | 243.5% | 406.2% | 221.6% | 80.0% | 202.2% | -1.4% | 10.0% | 10.5% | 10.5% | 7.2% |
| **Income Before Taxes (EBT)** | 103.5 | 80.5 | 31.0 | 17.9 | 12.2 | 141.6 | 102.3 | 39.0 | 24.7 | 24.3 | 190.3 |
| year-over-year growth | 68.1% | 28.6% | 47.7% | 25.4% | 116.8% | 36.8% | 27.2% | 25.7% | 38.0% | 99.3% | 34.4% |
| Income Taxes | 17.6 | 10.4 | 7.7 | 4.5 | 3.0 | 25.7 | 25.6 | 9.7 | 6.2 | 6.1 | 47.6 |
| year-over-year growth | -12.0% | -52.2% | 351.8% | 588.0% | -146.1% | 46.3% | 145.2% | 25.7% | 38.0% | 99.3% | 85.1% |
| Tax Rate | 17.0% | 13.0% | 25.0% | 25.0% | 25.0% | 18.2% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| **Net Income (GAAP)** | 85.9 | 70.0 | 23.2 | 13.4 | 9.1 | 115.9 | 76.7 | 29.2 | 18.5 | 18.2 | 142.7 |
| year-over-year growth | 106.5% | 71.8% | 20.6% | -1.5% | -25.2% | 34.9% | 9.6% | 25.7% | 38.0% | 99.3% | 23.2% |
| **Adjusted Net Income (ex. stock expense + extraordinary items)** | 114.9 | 75.9 | 33.7 | 27.9 | 25.5 | 163.0 | 82.2 | 43.6 | 32.0 | 32.6 | 190.4 |
| year-over-year growth | 0.0% | 44.9% | 16.3% | 56.3% | 62.4% | 0.0% | 8.3% | 29.5% | 14.6% | 27.7% | 0.0% |
| **GAAP EPS** | $1.63 | $1.29 | $0.43 | $0.25 | $0.17 | $2.13 | $1.39 | $0.53 | $0.33 | $0.32 | $2.57 |
| year-over-year growth | 102.6% | 66.3% | 16.3% | -4.6% | -26.1% | 31.0% | 7.6% | 23.0% | 34.6% | 93.7% | 20.5% |
| **Adjusted EPS (ex. stock expense+non-recurring items)** | $2.17 | $1.40 | $0.62 | $0.51 | $0.47 | $2.99 | $1.49 | $0.78 | $0.57 | $0.58 | $3.41 |
| year-over-year growth | 47.5% | 40.3% | 12.1% | 51.4% | 60.5% | 37.9% | 6.3% | 26.7% | 11.8% | 24.1% | 14.1% |
| Non-GAAP Wtd. Avg. Diluted Shares | 53.0 | 54.2 | 54.4 | 54.6 | 54.8 | 54.5 | 55.2 | 55.6 | 56.0 | 56.4 | 55.8 |
| Increase/(Decrease) in Shares | 3.1 | 1.2 | 0.2 | 0.2 | 0.2 | 1.8 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 |

Source: Company data and Jefferies

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

**Exhibit 3: GDOT — cash flow statement ($millions)**

| | 2017 FY | Mar '18A | June '18E | Sept '18E | Dec '18E | 2018 FY | Mar '19E | June '19E | Sept '19E | Dec '19E | 2019 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities** | | | | | | | | | | | |
| Net income | 85.9 | 70.0 | 23.2 | 13.4 | 9.1 | 115.9 | 76.7 | 29.2 | 18.5 | 18.2 | 142.7 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | | | | | | | | |
| Depreciation and amortization | 64.6 | 17.2 | 19.0 | 16.0 | 20.0 | 72.2 | 8.0 | 8.0 | 8.0 | 8.0 | 32.0 |
| Provision for uncollectible overdrawn accounts | 77.1 | 18.4 | 18.0 | 18.0 | 18.0 | 72.4 | 18.0 | 18.0 | 18.0 | 18.0 | 72.0 |
| Stock-based compensation | 40.7 | 9.4 | 8.0 | 8.0 | 8.0 | 33.4 | 8.0 | 8.0 | 8.0 | 8.0 | 32.0 |
| Stock-based retailer incentive compensation (WMT award) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Provision (benefit) for uncollectible trade receivables | | | | | | | | | | | |
| Impairment of capitalized software | 1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred income tax (benefit) expense | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Excess tax benefits from exercise of options | 2.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | (6.6) | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Changes in operating assets and liabilities: | | | | | | | | | | | |
| Settlement assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts receivable | (68.4) | (12.6) | (7.2) | 5.4 | (4.6) | (19.1) | 12.3 | 12.8 | 6.1 | 1.8 | 33.0 |
| Prepaid expenses and other assets | (16.8) | (6.1) | (1.2) | (1.2) | (1.2) | (9.7) | (1.2) | (1.2) | (1.2) | (1.2) | (4.8) |
| Deferred expenses | (2.1) | 7.2 | 3.0 | 1.3 | (0.4) | 11.1 | (4.9) | 2.9 | 1.5 | (0.4) | (0.8) |
| Accounts payable and accrued liabilities | 28.0 | (18.9) | (6.7) | (3.0) | 0.9 | (27.7) | (9.2) | (6.5) | (3.4) | 0.8 | (18.3) |
| Settlement obligations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.9 | (2.3) | (1.2) | 0.3 | 0.6 |
| Amounts due to card issuing banks for overdrawn accounts | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.0 | (1.7) | (0.9) | 0.2 | 5.6 |
| Deferred revenue | 6.7 | (6.5) | (4.8) | (2.1) | 0.6 | (12.7) | 7.7 | (4.6) | (2.4) | 0.6 | 1.2 |
| Income taxes payable (receivable) | 5.1 | 10.2 | 4.2 | (10.4) | (9.6) | (5.6) | (8.0) | (8.0) | (8.0) | (8.0) | (32.0) |
| **Net cash provided by (used in) operating activities** | 218.3 | 88.9 | 55.6 | 45.5 | 40.9 | 230.1 | 119.4 | 54.6 | 43.1 | 46.3 | 263.4 |
| **Cash flows from investing activities** | | | | | | | | | | | |
| Purchase of available for sale securities | (58.7) | (13.8) | 0.0 | 0.0 | 0.0 | (13.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Restricted cash | (78.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Purchase of property and equipment | (44.1) | (13.4) | (10.6) | (9.4) | (9.8) | (43.2) | (14.3) | (11.6) | (10.2) | (10.5) | (46.5) |
| Other | (12.5) | (1.1) | 0.0 | 0.0 | 0.0 | (1.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net cash provided by (used in) investing activities** | (223.9) | (10.5) | (10.6) | (9.4) | (9.8) | (58.1) | (14.3) | (11.6) | (10.2) | (10.5) | (46.5) |
| **Cash flows from financing activities** | | | | | | | | | | | |
| Principal payments on short-term debt | (22.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Repayments on line of credit | (335.0) | (5.6) | 0.0 | 0.0 | 0.0 | (5.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Borrowings from line of credit | 335.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from exercise of warrants and options | 24.2 | 7.8 | 6.2 | 5.5 | 5.7 | 25.2 | 8.3 | 6.7 | 5.9 | 6.1 | 27.1 |
| Excess tax benefits from exercise of options | (18.1) | (15.9) | 0.0 | 0.0 | 0.0 | (15.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Exercise of call option on warrant | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Issuance of preferred shares and freestanding warrant | 284.8 | 271.1 | 0.0 | 0.0 | 0.0 | 271.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Redeption of preferred and common shares | (20.9) | 9.1 | 0.0 | 0.0 | 0.0 | 9.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from the repayment of related party notes receivable | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net increase in deposits and other | | | | | | | | | | | |
| **Net cash provided by (used in) financing activities** | 192.2 | 266.3 | 6.2 | 5.5 | 5.7 | 283.9 | 8.3 | 6.7 | 5.9 | 6.1 | 27.1 |
| Net (decrease) increase in unrestricted cash and cash equivalents | 181.0 | 344.7 | 51.2 | 41.5 | 36.8 | 474.2 | 113.4 | 49.8 | 38.9 | 41.9 | 244.0 |
| Unrestricted cash and cash equivalents, beginning of period | 733.0 | 1,010.1 | 1,354.7 | 1,405.9 | 1,447.5 | 1,010.1 | 1,484.3 | 1,597.7 | 1,647.5 | 1,686.3 | 1,484.3 |
| Unrestricted cash and cash equivalents, end of period | 914.1 | 1,354.7 | 1,405.9 | 1,447.5 | 1,484.3 | 1,484.3 | 1,597.7 | 1,647.5 | 1,686.3 | 1,728.2 | 1,728.2 |
| Cash paid for interest | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash paid for income taxes, net of refunds | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

**Source: Company data and Jefferies**

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

## Exhibit 4: GDOT — balance sheet ($ millions)

| | 2017 FY | Mar '18A | June '18E | Sept '18E | Dec '18E | 2018 FY | Mar '19E | June '19E | Sept '19E | Dec '19E | 2019 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | |
| Unrestricted cash and cash equivalents | 919.2 | 1,268.1 | 1,405.9 | 1,447.5 | 1,484.3 | 1,484.3 | 1,597.7 | 1,647.5 | 1,686.3 | 1,728.2 | 1,728.2 |
| Federal funds sold | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Investment securities, available-for-sale | 11.9 | 15.9 | 12.6 | 11.1 | 11.6 | 11.6 | 16.9 | 13.7 | 12.1 | 12.4 | 12.4 |
| Settlement assets | 209.4 | 179.5 | 142.4 | 126.0 | 131.1 | 131.1 | 191.2 | 155.0 | 136.3 | 140.7 | 140.7 |
| Accounts receivable, net | 35.3 | 29.3 | 46.6 | 41.2 | 95.8 | 95.8 | 73.5 | 50.7 | 44.6 | 102.8 | 102.8 |
| Days sales outstanding | | | | | | | | | | | |
| Prepaid expenses and other assets | 47.1 | 53.2 | 42.2 | 37.4 | 38.9 | 38.9 | 56.7 | 46.0 | 40.4 | 41.7 | 41.7 |
| Income taxes receivable | 7.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net deferred tax assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Current Assets** | 1,321.2 | 1,632.7 | 1,649.8 | 1,663.2 | 1,761.6 | 1,761.6 | 1,935.9 | 1,912.9 | 1,919.6 | 2,025.8 | 2,025.8 |
| | | | | | | | | | | | |
| Restricted cash | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Investment securities, available-for-sale (non-current) | 141.6 | 132.7 | 105.3 | 93.2 | 96.9 | 96.9 | 141.3 | 114.6 | 100.7 | 104.0 | 104.0 |
| Accounts receivable, net | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Prepaid expenses and other assets | 8.2 | 8.2 | 6.5 | 5.7 | 6.0 | 6.0 | 8.7 | 7.0 | 6.2 | 6.4 | 6.4 |
| Property and equipment, net | 97.3 | 100.4 | 79.6 | 70.5 | 73.3 | 73.3 | 106.9 | 86.7 | 76.2 | 78.6 | 78.6 |
| Deferred expenses | 21.8 | 14.6 | 11.6 | 10.3 | 10.7 | 10.7 | 15.6 | 12.6 | 11.1 | 11.4 | 11.4 |
| Loans | 18.6 | 19.7 | 15.6 | 13.8 | 14.4 | 14.4 | 21.0 | 17.0 | 15.0 | 15.4 | 15.4 |
| Goodwill | 582.4 | 574.1 | 455.6 | 403.1 | 419.2 | 419.2 | 611.4 | 495.9 | 435.9 | 449.9 | 449.9 |
| **TOTAL ASSETS** | 2,197.5 | 2,489.0 | 2,329.2 | 2,264.5 | 2,386.8 | 2,386.8 | 2,847.8 | 2,652.4 | 2,569.8 | 2,696.8 | 2,696.8 |
| | | | | | | | | | | | |
| **LIABILITIES & EQUITY** | | | | | | | | | | | |
| Current liabilities: | | | | | | | | | | | |
| Accounts payable | 34.9 | 32.4 | 25.7 | 22.7 | 23.7 | 23.7 | 34.5 | 28.0 | 24.6 | 25.4 | 25.4 |
| Deposits | 1022.2 | 1293.3 | 1209.8 | 1188.8 | 1285.4 | 1285.4 | 1482.8 | 1374.8 | 1337.1 | 1431.8 | 1431.8 |
| Funds held of behalf of customers | 0.0 | 69.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Settlement obligations | 7.0 | 11.7 | 9.3 | 8.2 | 8.5 | 8.5 | 12.4 | 10.1 | 8.9 | 9.1 | 9.1 |
| Amounts due to card issuing banks for overdrawn accounts | 1.4 | 1.2 | 1.0 | 0.9 | 0.9 | 0.9 | 8.9 | 7.2 | 6.3 | 6.6 | 6.6 |
| Other accrued liabilities | 123.4 | 105.6 | 83.8 | 74.2 | 77.1 | 77.1 | 112.5 | 91.2 | 80.2 | 82.8 | 82.8 |
| Deferred revenue | 30.9 | 23.0 | 18.2 | 16.1 | 16.8 | 16.8 | 24.5 | 19.9 | 17.5 | 18.0 | 18.0 |
| Income tax payable | 0.1 | 2.8 | 2.2 | 2.0 | 2.1 | 2.1 | 3.0 | 2.4 | 2.1 | 2.2 | 2.2 |
| **Total Current Liabilities** | 1,240.6 | 1,560.8 | 1,366.7 | 1,327.6 | 1,429.7 | 1,429.7 | 1,678.6 | 1,533.6 | 1,476.7 | 1,575.9 | 1,575.9 |
| | | | | | | | | | | | |
| Long term debt | 58.7 | 53.5 | 145.0 | 142.0 | 142.0 | 142.0 | 145.0 | 145.0 | 142.0 | 142.0 | 142.0 |
| Other accrued liabilities | 30.5 | 31.6 | 25.1 | 22.2 | 23.1 | 23.1 | 33.7 | 27.3 | 24.0 | 24.8 | 24.8 |
| Deferred revenue | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net deferred tax liabilities | 7.8 | 7.8 | 6.2 | 5.5 | 5.7 | 5.7 | 8.3 | 6.7 | 5.9 | 6.1 | 6.1 |
| **Total Liabilities** | 1,337.6 | 1,653.7 | 1,542.9 | 1,497.3 | 1,600.5 | 1,600.5 | 1,865.6 | 1,712.6 | 1,648.6 | 1,748.8 | 1,748.8 |
| | | | | | | | | | | | |
| **Shareholders' Equity:** | | | | | | | | | | | |
| Series D redeemable convertible preferred stock, $0.001 par value | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stockholders equity: | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Convertible preferred stock, $0.001 par value | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Class A common stock, $0.001 par value | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| Class B common stock, $0.001 par value | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additional paid-in capital | 354.8 | 356.1 | 282.5 | 250.0 | 260.0 | 260.0 | 379.2 | 307.5 | 270.3 | 279.0 | 279.0 |
| Related party notes receivable | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Retained Earnings (accumulated deficit) | 410.4 | 480.5 | 503.7 | 517.2 | 526.3 | 526.3 | 603.0 | 632.2 | 650.8 | 669.0 | 669.0 |
| Accumulated other comprehensive income | 0.0 | (1.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Shareholders Equity** | 765.3 | 835.3 | 786.3 | 767.2 | 786.3 | 786.3 | 982.2 | 939.8 | 921.1 | 948.1 | 948.1 |
| | | | | | | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 2,102.9 | 2,489.0 | 2,329.2 | 2,264.5 | 2,386.8 | 2,386.8 | 2,847.8 | 2,652.4 | 2,569.8 | 2,696.8 | 2,696.8 |

Source: Company data and Jefferies

page 17 of 22

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

## Company Description

**Green Dot Corp.**

Green Dot is a leading prepaid financial services company providing money management solutions primarily to the un/underbanked demographic in the United States. Green Dot sells its cards and offers reload services nationwide at tens of thousands of retail store locations.

## Company Valuation/Risks

**Green Dot Corp.**

Our PT of $89 is 26x our F19 EPS estimate of $3.41 (incl. DCF). Risks include: re-intensification of competition, WMT cuts prices, regulation.

**Total System Services, Inc.**

Our new $55 PT is based on 17x C17 FCF/share est of $3.23 and DCF. Risks include consumer spending, regulatory environment, competition

## Analyst Certification:

I, John Hecht, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Michael Del Grosso, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Kyle Joseph, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Mark Drucker, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

Recommendation Published                         , 00:52 ET. July 10, 2018
Recommendation Distributed                       , 00:52 ET. July 10, 2018

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Total System Services, Inc.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.                                    Jefferies

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

**Jefferies Franchise Picks**

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- Green Dot Corp. (GDOT: $76.84, BUY)
- Total System Services, Inc. (TSS: $87.11, HOLD)



Rating and Price Target History for: Green Dot Corp. (GDOT) as of 06-21-2018

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. | | JIL Mkt Serv./Past 12 Mos. | |
|---|---|---|---|---|---|---|
| | | | Count | Percent | Count | Percent |
| BUY | 1124 | 53.81% | 69 | 6.14% | 15 | 1.33% |
| HOLD | 834 | 39.92% | 19 | 2.28% | 1 | 0.12% |
| UNDERPERFORM | 131 | 6.27% | 1 | 0.76% | 0 | 0.00% |

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

## Other Important Disclosures

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443), Research Analyst (INH000000701) and a Stock Broker with Bombay Stock Exchange Limited (INB011491033) and National Stock Exchange of India Limited (INB231491037) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient,

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2018 Jefferies Group LLC

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

# Exhibit O


**S&P Global**
Market Intelligence

# Green Dot Corporation NYSE:GDOT
# FQ2 2018 Earnings Call Transcripts

## Wednesday, August 08, 2018 9:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ2 2018- | | | -FQ3 2018- | | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | GUIDANCE | CONSENSUS | CONSENSUS |
| EPS Normalized | 0.63 | 0.74 | ▲17.46 | 0.49 | 0.41 | 3.03 | 3.43 |
| Revenue (mm) | 250.18 | 258.35 | ▲3.27 | 220.02 | 222.00 | 1019.76 | 1110.35 |

Currency: USD
Consensus as of Aug-08-2018 9:50 PM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise　▼ Negative EPS Normalized surprise　● Neutral EPS Normalized surprise

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ3 2017 | 0.26 | 0.34 | ▲ 1 30.77 % |
| FQ4 2017 | 0.25 | 0.29 | ▲ 2 16.00 % |
| FQ1 2018 | 1.29 | 1.40 | ▲ 3 8.53 % |
| FQ2 2018 | 0.63 | 0.74 | ▲ 4 17.46 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

# Table of Contents

Call Participants ....................................................................................... 3

Presentation ............................................................................................. 4

Question and Answer ............................................................................... 10

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

Case 2:19-cv-01070-DBP Document 86-3 Filed 06/24/25 Page 191 of 207 Page ID #:4501

# Call Participants

## EXECUTIVES

**Dara Dierks**
*Managing Director*

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, President, CEO & Director*

## ANALYSTS

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey,
Inc., Research Division*

**Joseph Anthony Vafi**
*Loop Capital Markets LLC,
Research Division*

**Robert Paul Napoli**
*William Blair & Company L.L.C.,
Research Division*

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research
Division*

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc.,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

## Operator

Good day, everyone, and welcome to Green Dot Corporation Second Quarter 2018 Earnings Conference Call. Please note that the contents of this call are being recorded.

And I would now like to turn the conference over to Dara Dierks, please go ahead.

## Dara Dierks
*Managing Director*

Thank you, and good afternoon, everyone. On today's call, we'll discuss 2018 second quarter performance and talk about the remainder of the year. Following those remarks, we'll open the call for questions. For those of you haven't yet accessed the earnings release that accompanies this call and webcast, it can be found at ir.greendot.com.

As a reminder, our comments include forward-looking statements, among other things, our expectations regarding future results and performance. Please refer to the cautionary language in earnings release and in Green Dot's filings with the Securities and Exchange Commission, including our most recent Form 10-K and 10-Q for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements.

During the call, we will make reference to our financial measures that do not conform to generally accepted accounting principles. For the sake of clarity, unless otherwise noted, all numbers we talk about today will be on a non-GAAP basis. Information may be calculated differently than similar non-GAAP data presented by other companies. Quantitative reconciliations of our non-GAAP financial information to the directly comparable GAAP financial information appears in today's press release. The content of this call is the property of Green Dot Corporation and is subject to copyright protection.

Now I'd like to turn the call over to Steve.

## Steven W. Streit
*Founder, President, CEO & Director*

Thank you, Dara, and welcome, everyone, to Green Dot Corporation's Q2 2018 earnings call. Today, we'll start with a review of our outstanding financial results in yet another consecutive quarter, with performance that exceeded our expectations. I'll then provide an update on how we're executing on our 2018 Six-Step Plan, which will then be followed by Mark's overview of our quarterly results, including details of a significant increase to our 2018 full year revenue and earnings outlook.

We're pleased to say that our long-term strategic plan to be a new kind of bank is yielding very impressive results. By new kind Of bank, we mean one that uses technology, ubiquitous digital and retail brick-and-mortar distribution and large partnerships to acquire customers instead of branches. And a bank that generates revenue from increasing customer satisfaction not from increasing customer penalty fees. As evidenced by our ongoing operating and financial momentum, Green Dot continues to provide unique products and services for consumers as well as one-of-a-kind platform solutions for our BaaS partners.

Consolidated GAAP total operating revenue came in at $258.3 million, representing a year-over-year growth rate of just over 16%. We would note that this quarter's performance was entirely organic, with material growth being driven for both our established product lines and our new BaaS platform programs. And despite a more challenging year-over-year comparison, organic growth accelerated again, reaching its fastest rate since 2012.

Adjusted EBITDA for the quarter was $57.6 million on a consolidated basis, representing a year-over-year growth rate of 15%, exceeding our adjusted EBITDA margin expectations by over 140 basis points. And consolidated non-GAAP EPS for the quarter was $0.74, representing a year-over-year growth rate of 35%

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**743**

Case 2:19-cv-01070-DBP Document 86-15 Filed 06/24/25 PageID #:4503 Page 193 of 207

marking the eighth consecutive quarter in which we have posted double-digit or better year-over-year growth in non-GAAP EPS.

In our Account Services segment, total revenue in the segment jumped by 17% to $204.3 million as total active accounts jumped for the sixth consecutive quarter, growing by 14% year-over-year to 5.9 million active accounts or an additional 700,000 more active accounts, in which approximately 500,000 were new direct deposit accounts. Again, this growth was 100% organic.

In addition to having more active customers year-over-year, those active customers use their accounts more than ever and generated more revenue than ever with deposit volume, purchase volume and ATM usage all increasing double digits year-over-year. The continuing long-term portfolio mix shift towards higher lifetime value accounts helped push the gross dollar volume, or GDV, flowing through our various products to more than $9.4 billion, representing organic year-over-year GDV growth of 25%.

Our Processing and Settlement segment continues to build on its growth momentum, achieving record-setting results in the quarter. Revenue increased 12% in the quarter to $61.9 million, driven by increasing transaction counts in all of our product lines in the segment, including cash transfers, tax refunds and SimplyPaid corporate disbursements, which all grew year-over-year transactional volume by double digits.

Now I'd like to share some recent business updates and then I'll share the status of our Six-Step Plan for 2018. As you know, we operate under a unique products and platform model where we generate revenue through the issuance of our own internally designed and branded products that we distribute to the mass market and through our platform, which allows qualified outside partners to use our bank, technology and program management capabilities to design and brand their own products that they then distribute to their own customers. So, first, let me discuss some of the more notable programs on the platform side of our business called BaaS, or Banking-as-a-Service.

First, Apple Pay Cash continues to grow very nicely and while program revenue isn't expected to be material, Apple Pay Cash is already serving millions of customers across the U.S. less than 8 months since its launch. The Intuit Turbo card program has delivered wonderful results since its Q1 launch and has continued to do very well for us in Q2 as result of the tax refund volume that occurred in April and because a large number of customers have made additional deposits to their cards beyond the initial tax refund disbursement and are seemingly using the debit card as an ongoing bank account beyond tax season. Our Uber GoBank rewards account continues to grow very nicely, with new drivers increasing adoption of the account and existing account holders using it more often, while development continues on our new bank account products and partnership with Stash, which will be released later this year. In all, our BaaS programs collectively contributed materially to our year-over-year GDV growth, active card growth and revenue growth.

On the product side of our shop, Green Dot continues to gain traction. First, Green Dot's long-term retail distribution partners continue to increase their support for our products and services with Dollar General, Family Dollar, 7-Eleven, Rite Aid, Albertson's and Walgreens stores all adding either new incremental displays, expanded placement on those displays or increased in-store signage designed to increase sales of Green Dot brand products across their store locations nationwide.

We're also proud to announce that Green Dot launched the new placement of the Walmart MoneyCard at the check lanes in 600 incremental Walmart stores, and Green Dot products and services can now be found in all Walmart Puerto Rico stores.

Now let me review how we're performing against our 2018 Six-Step Plan.

Step 1, as you'll recall, is to continue to grow the number of active accounts year-over-year and to improve unit economics of those accounts. As you know from our Q2 results and our first half results more broadly, we're hitting the step 1 objective out of the park. Every metric in the Account Services segment reflects the powerful dynamic of an increasing number of active account holders who are generating far more usage and engagement with our products. The result continues to be an ongoing tailwind to the profitability and value of our account active portfolio. So I think it's fair to say that we are in a very good place with step #1.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Step #2 is to launch a new and compelling use case for the new MoneyPak and to continue to increase the number of retail stores selling MoneyPak. MoneyPak continued to gain traction with sales nearly doubling year-over-year and an additional nearly 8,000 retail locations now selling the products in the quarter up to nearly 78,000 retailers now selling MoneyPak. To put that number into perspective, at the beginning of last year, we only had around 30,000 retailers selling MoneyPak. The rapid expansion of retail distribution for MoneyPak speaks to Green Dot's brand power at many of America's best retailers. That new use case is now in pilot and showing good traction. We've decided to delay the official launch in order to make certain product improvements based on learnings from the pilot. So check the box in step #2 as it relates to distribution and unit sales of MoneyPak with a half check so for on the new use case.

Step #3 is about continuing to invest prudently for future growth. I think we've done a disciplined job here with significant allocations of capital being deployed to build new products and improve current ones, while investing in people, recruiting more senior leaders and highly capable team members to ensure we can manage our growth responsibly and in keeping with our strong cultural values around risk management, compliance and internal controls. We've also been continuing to invest in making our BaaS platform flexible, powerful and rigorous with the set of tools and capabilities that can allow us to scale quickly, safely and efficiently so that we can readily absorb the many opportunities ahead. Despite our philosophical commitment to reinvesting some of our financial performance back into an array of existing growth initiatives, we have protected profitability as seen in our continued expectations that 2018 margins will expand. So I believe we can say we are on track with step #3.

Step #4 is about continuing to drive increasing efficiencies across our consolidated operating platform in order to drive margin expansion as part of our standard operating rhythm. While we've had a lot of success with these platform initiatives over time contributing to an over 600 basis point improvement to consolidated adjusted EBITDA margins over the past 5 years, we still have a tremendous amount of innovation yet to come around the customer delivery platform and other parts of our business, like how we provide customer service, card delivery, fraud monitoring and that type of thing in ways that are more satisfying for the customer and yet much more scalable and more efficient for Green Dot. Of course, these innovations require targeted investments to successfully bring them to market. But we expect these investments to be more than offset over time by the resulting cost savings and improved customer satisfaction , which, of course, drives more favorable retention and usage.

When you consider our margin performance in this Q2 being 140 basis points ahead of our expectations and our forecast calling for expanded year-over-year margins for the full year despite the elevated level of investment in new product launches, platform improvements and people, you can see why we feel good about how things are developing here, and so we will check the box on this step #4.

Steps 5 and 6 are about the smart and accretive use of capital to enhance shareholder value over time. The past few years had been a period of heavy and rapid capital deployment at Green Dot, including buying UniRush and several other companies, and then completing a very successful and highly accretive $150 million share repurchase authorization last year. Then as we completed the last installment of our share repurchase plan, we launched our BaaS platform business, which has been successful beyond our greatest expectations.

Given the success of our recently launched BaaS programs, the number of potential BaaS deals in the pipeline that may require capital and the tremendous growth we're seeing in our established product lines and the new product opportunities coming in the pipeline on the product side of the house, we believe that digesting all the activity from the last few years and focusing on flawless execution is the right strategy at this time. As such, we will continue to build our capital reserves, which will only enhance our flexibility to pursue future M&A opportunities, share repurchases or other activities that meet or return objectives. So for step 5 and 6, I think it's fair to say we're investing in what we believe will be highly successful and accretive activities with an eye towards share buybacks or acquisitions down the road.

So in summary, today, we're very pleased with how we're balancing the execution against our longer-term corporate strategies with our focus towards hitting our targets in the 2018 Six-Step Plan. Mark and I feel terrific about being able to deliver such outstanding results for you, our investors, and greatly appreciate your partnership and confidence in Green Dot.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

With that, I'll now hand the call over to Mark Shifke for his CFO report. Mark?

**Mark L. Shifke**
*Chief Financial Officer*

Thanks, Steve. The strong momentum in the Account Services segment, including strong results from both the products and platform parts of our business and the Processing and Settlement segment, inclusive of our various cash processing and tax refund processing product lines, combined once again to deliver truly outstanding results for the quarter. GAAP total operating revenue of $258.3 million represented a year-over-year consolidated organic growth rate in the quarter of just over 16%. This is the strongest organic growth rate our company has posted in 6 years, back when Green Dot was a much smaller company. We're quite proud to achieve such strong organic growth rate at our company's current size.

As we discussed on last quarter's call, starting in 2019, we will begin using a new presentation for non-GAAP revenue, which will include net interest income generated at Green Dot Bank from the investment of customer deposits and will be reduced by commissions and certain processing-related costs associated with certain BaaS partner programs, where the partner and not Green Dot controls customer acquisition. Under that presentation, we would have added $5.3 million of interest income this quarter and subtracted $10.9 million of processing costs and commissions, resulting in $252.7 million of consolidated non-GAAP operating revenue in the quarter.

Now diving into the segments. The Account Services segment delivered GAAP revenue of $204.3 million, representing organic year-over-year growth of 17%. We increased total active accounts in the quarter by 14% year-over-year to approximately 5.9 million active accounts. This active account growth was spectacular and well ahead of our internal expectations. Even more encouraging is that the growth in active accounts is being driven both by our newer BaaS Platform programs and our own products. As Steve alluded to in his remarks, the larger portfolio of actives also continues to demonstrate healthy growth metrics and a more profitable average account. Consider that direct deposit accounts grew by 28% year-over-year, which helped drive GDV to $9.4 billion in the quarter, which was 25% higher than last year. Again, all this growth is organic.

Our Processing and Settlement Services segment generated approximately $61.9 million in GAAP revenue, equating to a 12% year-over-year increase. The strong revenue was driven by healthy growth in all the segment's various products lines, including the number of cash transfers, which increased approximately 11% year-over-year, and the number of tax refunds processed, which increased by 16% year-over-year.

The combined operating segments generated adjusted EBITDA of $57.6 million in the quarter, which equates to a year-over-year organic growth of 15%. Adjusted EBITDA margins in the quarter were 22.3%, a full 140 basis points better than our expectations. While a portion of that better-than-expected margin was a result of a timing shift of few million dollars of expenses that will get pushed into Q3, the remainder of this upside reflected better-than-expected margin flow-through at some of our new BaaS programs and the continuing trend of dramatically improving margins on our established product lines, where incremental revenue from higher deposits and higher spend falls to the bottom line at very high incremental margins.

Non-GAAP EPS came in at $0.74 per share, up 35% year-over-year. As Steve noted, this is the eighth consecutive quarter of double-digit or better non-GAAP EPS growth. We believe this is even more notable given that we have been in a period of heightened investments to support the build-out of our BaaS Platform and many other technology and infrastructural projects. We achieved this outperformance on non-GAAP EPS primarily from a combination of the flow-through from our better-than-expected EBITDA, higher interest income on the investment of cash deposits held at the bank and a lower effective tax rate.

Green Dot once again generated excellent cash flow from operations of $167.7 million during the quarter. We exited Q2 with $182.6 million of unencumbered cash on our balance sheet or nearly $100 million more than Q2 of last year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now turning to our updated guidance for the full year 2018 and directional guidance for Q3. We are very pleased with both our results and the underlying strategies and initiatives driving those results. And this strong performance enables us to once again raising both top and bottom line full year guidance for 2018.

First, let's talk about full year revenue guidance. We overperformed our revenue expectations in Q2 by $9 million. Furthermore, based on our actual performance trends, we expect that the revenue momentum across all of our business lines will continue for the remainder of the year. As such, we are raising our current full year revenue guidance range of $1.002 billion to $1.012 billion, by $20 million, which reflects the $9 million of overperformance in Q2 as well as an additional $11 million of upside we expect in the second half based on the momentum we are forecasting for the remainder of the year. So the new GAAP revenue guidance range for full year 2018 is $1.022 billion to $1.032 billion, which equates to a year-over-year revenue growth forecast range of between 15% and 16% for the full year. It is worth noting, the midpoint of our new revenue guidance range is $37.5 million above the midpoint of our original 2018 guidance range provided in February.

Now let's talk about full year adjusted EBITDA guidance. We overperformed our adjusted EBITDA expectations in Q2 by $5.6 million. But around $3 million of that overperformance was a result of a shift in timing of certain expenses that we originally expected to come in Q2 but we now expect will instead come in Q3. So in considering the spend that was originally earmarked for Q2, we would have generated incremental adjusted EBITDA of approximately $2.5 million on the $9 million of revenue overperformance in the quarter, which implies an adjusted EBITDA contribution margin of around 30% on that revenue overperformance. We would expect that approximate margin percentage to apply to our entire full year revenue guidance increase of $20 million, which would generate an incremental $6 million-or-so of adjusted EBITDA for the full year. If we guided the full amount of that incremental margin, we would be adding around $6 million to our previous adjusted EBITDA range of $240 million to $245 million.

However, considering the robust pipeline of new opportunities across the company, including new potential BaaS partnerships and new internally designed products and platform enhancements that we believe deserve some higher investment than originally planned, we are prudently going to raise our annual guidance by $3.5 million at the midpoint, which gives us additional flexibility to fund those investment opportunities. As such, our revised full year adjusted EBITDA guidance range is now $244 million to $248 million, equating to a year-over-year projected growth rate of between 19% and 21% and represents a $7.5 million raise compared to the original EBITDA guidance we gave in February. At the midpoint of $246 million, this revised guidance implies second half adjusted EBITDA margins are expected to expand by approximately 270 basis points year-over-year and approximately 85 basis points for the full year.

We now expect our non-GAAP EPS to be in the range of $3.03 to $3.08 per share, equating to year-over-year growth of between 40% and 43%, and a $0.09 per share increase at the midpoint from our prior guidance range of $2.93 per share to $3 per share. Our non-GAAP EPS forecast assumes a tax rate of approximately 24.2%, previously 25%; a fully diluted share count of 54.6 million shares; net interest income of $16 million, previously $15.5 million; and depreciation and amortization of $42 million.

Now let's talk about our expectations for Q3. We are estimating Q3 to deliver approximately $222 million in GAAP revenue and adjusted EBITDA to be around $38 million, implying an approximate 17.1% consolidated adjusted EBITDA margin, an improvement of approximately 30 basis points over Q3 2017. That $38 million in adjusted EBITDA is expected to deliver Q3 non-GAAP EPS of approximately $0.41. This Q3 guide at the midpoint implies that we expect Q4 GAAP revenue to be around $232 million and Q4 adjusted EBITDA to be around $46 million, equating to an implied Q4 margin of approximately 20%, an improvement of approximately 500 basis points over Q4 2017. The primary reason why our implied Q4 year-over-year margin comparison is so strong is that in Q4 of 2017, we were investing heavily in the development and deployment of several large BaaS programs, including programs for Apple, Intuit and Uber. At this year's Q4, while we still plan to invest incrementally in new development, on a percentage of revenue basis, it's less than what we spent last year in Q4.

Furthermore, this year, we're benefiting from the revenue that those new BaaS programs are generating. So, if you will, last year's Q4 was planting time for those new programs, whereas this year's Q4 is expected to be harvest time.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

All told, the midpoint of our revised full year guidance imply expected second half GAAP revenue of $454 million and adjusted EBITDA of $84 million, which equates to an adjusted EBITDA margin of approximately 18.6%, which, as previously noted, equates to an approximate 270 basis point improvement over second half of 2017.

And with that, I would like to ask the operator to open the phone for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And the first questioner today will be Andrew Schmidt with Citi.

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

Question on the -- just the longer-term margin outlook for the business -- the longer-term opportunity in terms of margins. Wondering if you can help just frame the opportunity here. Clearly, incremental margins, upper 20%, low 30%, given the way you currently report. What's the right way to think about just -- and I understand there are investments that are required, obviously ramping partners, et cetera. What's the right way to think about the longer-term margin progression of the business and the ultimate opportunity here?

**Steven W. Streit**
*Founder, President, CEO & Director*

Right. Well, we've expanded quite a bit as you heard from the prepared remarks. In fact, in looking at the data, I was shocked to see how much we've grown when you think of it over a 5-year span, 600 basis points of margin added to the business. Mark, do you want to take it about the longer-term concept of where we think we should be?

**Mark L. Shifke**
*Chief Financial Officer*

Yes. I don't think about it in terms of a specific EBITDA margin I'd like to be at. We are in a fortunate position of having a fantastic TAM in front of us, a great opportunity set for growth. And we're trying to strike the right balance of continuing to expand our margins as we grow at the same time. So just as we're doing this year, we could have if -- in the alternative, we could have just taken margins up if we didn't see great opportunities for investment in our growth over the long term. So I'd rather answer it qualitatively and say, I think we have plenty of room for margin expansion while we continue to grow.

**Steven W. Streit**
*Founder, President, CEO & Director*

I think that's a fair question. We have a goal that I think I've said on various earnings calls, margin expansion every year, and generally, we start off with a slate and look at 100 basis points and what we've want to do. But some years, again, and if we have big investment years, we may not hit it. This year we're got to do it pretty much. But that's the way to look at it. If you think about margins this year, by the end of the full year, I think about 100 bps of expansion, while not every year we'll hit it, some years will be bigger investment years, that's a good cadence that we would look to, to be successful.

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

Got it. That's helpful. And then just a follow-up. The Banking-as-a-Service pipeline, can you just frame, I guess, the -- how that's shaping up? Can you add multiple partners in a given year? What's -- anything just to conceptualize just the size and just the demand you're seeing for just Banking-as-a-Service partnerships. Clearly hitting nice demand trends here from just powering new FinTech use cases. So just curious if you could help just frame up the opportunity.

**Steven W. Streit**
*Founder, President, CEO & Director*

So there's a lot of opportunity for BaaS. And my gut is as you look at the sales pipeline, that we're just scratching the surface. At the end of the day, if you think about where banking is going and the power of banking in the hands of a few large organizations or regulated institutions that then have all the accounts,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

if you will. The future just like technology in general is putting the power of banking in the hands of individuals and corporates and others. And Green Dot has something unique, which is this platform that allows people to do that successfully at scale, and we're doing it. And that's very, very unique in the country. There's -- I'm not aware of anyone. There's a company out there that does the technology part but only that, not the banking, not the program management part, not the regulatory piece. There are other companies that may do something with something else. But only Green Dot has that vertically integrated asset stack of the regulated bank and the technology to build things de novo, from scratch, really complex things as well. And the program management skills, meaning, risk management and compliance and call centers all over the world and all the things that you have to do. A card design, just think of all the pieces; package design; distribution; fulfillment centers, all those things that go with it that people don't think about until they try to do one of these programs and they say, "Oh yes, what about that?" So I do think we have a great opportunity ahead of us and that we're just scratching the surface of pipeline. When you talk about, can we do multiple programs in a year? The answer is yes. We did 3 last year, and that's part of what we're building though is the opportunity to do more and to build that scale and to do it safely. A lot goes into rolling out an enterprise-level program. When you think of the size of the programs we're doing, these are large programs with very large partners. And so the level of governance and precision that has to go into it is extreme. And we do a very, very good job of that. We've got an amazing team. I'm just so proud of them because it isn't just what you see, "Oh, look, I got my card in the mail." When you think of all that goes into, including the regulatory parts of it, and all the things that have to happen to make sure that it works every time the right way at scale, we do a very, very good job. And I think the future on that is very bright. And I wouldn't be surprised that at some point if the BaaS side of our business eclipses the product side of our business. Right now they're about even. But BaaS is growing very quickly.

## Operator

And the next questioner today will be Bob Napoli with William Blair.

## Robert Paul Napoli
*William Blair & Company L.L.C., Research Division*

The account growth, obviously, very, very strong and accelerating. Can you give some color on where -- what is driving the incremental growth? Is it Uber? Is it -- I mean, is -- Apple is not in those numbers. So the Apple Pay Cash accounts are not in those numbers. What is driving that?

## Steven W. Streit
*Founder, President, CEO & Director*

Yes. Apple is not in those numbers. So it's all of it, frankly. The BaaS side of the business grew a lot of accounts, obviously, with programs like the TurboTax program and the Uber driver program, those are active cards. But our established product lines, Bob, are just really doing well. So we're seeing growth from both. In fact, if you size sort of the revenue growth, where did the revenue growth come from? It's pretty much split along the middle, half from our established product lines and half from our BaaS products. And if you look at the GDV growth, it's about half and half. So everything's growing in relative lockstep. So it's coming from all of those things and we have a healthy macro. And we have a huge TAM. And all those things are contributing to the growth.

## Robert Paul Napoli
*William Blair & Company L.L.C., Research Division*

Now within the BaaS segment, the Uber or the gig economy type of business seems like a really good fit for your product. Are more of those types of businesses in the BaaS pipeline? Or what does -- what businesses fit best to the BaaS product?

## Steven W. Streit
*Founder, President, CEO & Director*

Oh gosh, we have such a wide variety. I mean, think of the variety we have now. We have Apple Pay Cash, which is about money movement and technology and mobile tokens. You have traditional card programs

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

like what we're doing with tax disbursements. We have a very complex and really great rewards product with Uber that is unlike any product we have in the company. In fact, I often talk to our product team who runs that, it may be the best product we have in the entire company, frankly. And they're all different. So what's so cool about Banking-as-a-Service and that platform keeps getting better and better with each iterative release, technology release, is that you have this whole menu of things that you can do and you're limited in large part only to your creativity as a product designer. So if this person wants cash back rewards, great. This other partner, no, I don't want cash back rewards, I want interest on a savings account. Okay, that's fine. This other person wants something else. The point is, is that you can select it all in a matrix and put it together in a very customizable way all existing on a platform. So I think the kinds of partners we have run the gamut of opportunity and I think that's kind of what our pipeline looks like now. There's so many businesses -- here's what I think about it, Bob, there's so many businesses that have the desire or the need to communicate to their customer base in a financial way. In other words, how I get wages to them or how people engage in their business, offering rewards. Just think of all the different ways that people communicate to people in an intimate way through their money. And as BaaS becomes more and more known and as more and more companies wake up to the fact that, "Wait a second, I don't have to take that off-the-shelf product from that large mainstream bank. I can make my own product and do what I want to do with it and use it to build my loyalty or use it to build my business the faster that pipeline grows." And we're very blessed to have so many fabulous marquee name clients early on in BaaS' life. But the fact is that there are just a tremendous number of opportunities out there that run the gamut.

## Robert Paul Napoli
*William Blair & Company L.L.C., Research Division*

Last quick question, if I may. The accounts that you're adding, #1 out of 6 of your target achievements is higher revenue per account. That is a lot of different types of accounts coming on. Do you still expect to have increasing revenue per account or profitability per account even given the huge growth?

## Steven W. Streit
*Founder, President, CEO & Director*

Well, since it's not a metric we guide, let me answer it a different way instead of saying what we expect. What we've seen is that more accounts and more revenue per account, because revenue is driven primarily by spend and retention. So they're all sort of a wheel of synergy that creates that outcome of more revenue. So we think that to the extent we can continue to issue more accounts and that our existing users like the products, they enroll in direct deposit, I think in the prepared remarks we said that of the 700,000 new accounts year-over-year, 500,000 were direct deposit accounts. And as you know, we had a spectacular statistic in Q1 on that as well. That's big stuff, right, because the more they use it, the more they will use it, unless we do something to alienate the customer, but we hope not. And that's what generates that increasing revenue over time because accounts grow in revenue over time as they become more seasoned with the customer. So we think we have a lot of good stuff ahead of us. That's probably the best way I can answer it.

## Mark L. Shifke
*Chief Financial Officer*

Yes. And I think just to further Steve's point. As you see the ==portfolio mix move more towards direct deposit customers as a percentage of total and away from one-and-dones,== by definition, you'll have more revenue per active on the direct deposit customers than you will on your one-and-dones.

## Operator

And the next questioner today will be Andrew Jeffrey with SunTrust.

## Andrew William Jeffrey
*SunTrust Robinson Humphrey, Inc., Research Division*

Maybe to elaborate a little better or ask you to elaborate a little bit on Bob's question, which I think is a good one. Recognizing that today your growth is roughly split half and half between traditional and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

BaaS, and also recognizing that -- and I'll just take Uber as an example, that it's probably a relatively immature product, it's a new product, can we think about a runway whereby an Uber driver is likely to use his rewards card more frequently with time? I guess, asked another way, how penetrated are you? And should we be thinking over the next couple of years that penetration and usage would increase such that more than half your growth is coming from these, and maybe a lot more than half of your growth is coming from BaaS as opposed to the core business?

**Steven W. Streit**
*Founder, President, CEO & Director*

Right. Well, the answer is, look, BaaS is going great and that's what I'm saying about seasoning before. If you look at the life of an account, the customer acquires it on day 1. By day 365, without question, that customer will be using it more. That's true. The more comfortable you get, the more money you put on it, it becomes top of wallet. So yes, the more those portfolios age, the better they get. Not just Uber, any of them. And so to your point, we're still very early on in the life cycle -- a lot of these new customers coming on, and we would expect all of those programs to be bigger year-over-year just as the organic snowball rolling downhill gets bigger. And as they get older and people use them more and like them more, we would expect them to have their own organic growth curves. The question of whether BaaS is bigger depends on how our product side continues to grow, and that's also been growing really, really well. I mean, we experienced growth with our -- I hate to use the word legacy because the products aren't legacy, they've been redone many, many times. But that original part of the business, if you will, selling cards and retail and whatnot. That's really going well for us. And the direct deposit penetration, the usage on that also continues to grow very, very well. So it's all growing and that's what's giving the kind of growth we had. I mean, for a company to be at our size and having record-setting organic growth, it's one thing to grow 15% or 16% organically when you're a $200 million company. At over $1 billion, that gets a little bit harder, and yet we're doing it rather handily, and that's exciting to see. And that's because right now everything's growing in lockstep. So it's hard to say what will grow faster. BaaS has the potential to grow faster because the power of many is always greater from the power of one. So it's creative, as our Green Dot designers are, and as wonderful as our distribution channels are, both consumer direct with the various online properties and our retail displays, when you have many, many companies using BaaS, you have just exponential growth opportunities ahead. So I do think that BaaS over time will eclipse our established product lines, but they're all doing well right now.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. That's helpful. And as a follow-up, Steve, I know you mentioned the new use for MoneyPak is kind of a work in progress and you haven't guided '19. But when you think about your budgeting and how you may have factored that into '19, is that disappointing? Is that net slippage? Or is it really just more kind of a speed bump?

**Steven W. Streit**
*Founder, President, CEO & Director*

When you say '19, you mean '18, 2018?

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

Well, no. I'm thinking about if that product rolls out this year or at the end of this year, the impact will be on '19. You guys are always thinking ahead. I'm just wondering if that altered your internal view of what '19 growth might be to the extent you're delaying it.

**Steven W. Streit**
*Founder, President, CEO & Director*

No, no, no.

**Andrew William Jeffrey**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**752**

*SunTrust Robinson Humphrey, Inc., Research Division*

Okay, so not a material impact.

**Steven W. Streit**
*Founder, President, CEO & Director*

It is. And we -- MoneyPak, as it is right now, is selling very, very, very well. And we think that the new use case will open up MoneyPak to a broader selection of customers. But when you think of the size and scale of the company, no one product really is going to make or break the company. But we think it will be a nice add for sure.

**Operator**

And the next questioner today will be Joseph Vafi with Loop Capital.

**Joseph Anthony Vafi**
*Loop Capital Markets LLC, Research Division*

I was wondering since this is the BaaS quarter, throw another BaaS question in. In terms of marketing the BaaS capabilities, is this an inbound effort still? Are companies more reaching out to you, they're hearing about this? Or do you have an outbound sales and marketing effort to drive awareness for this capability? And then I have a follow-up.

**Steven W. Streit**
*Founder, President, CEO & Director*

I think it would be fair -- if Brett Narlinger is in the studio, although he's right down the hall, let me go grab him. Imagine doing that, he'd freaked out, what are you doing? If he were in the studio, what he'd say is that, we can be more organized and better still. Most of our activity is inbound, although we know folks and we're well connected and we have a connected board. So obviously, we'll make calls to folks as we might. But today, we don't have a powerful marketing program for BaaS. Yet we've been so busy with just the inbound and that's what we've been working off of. But we absolutely will have a much more organized outreach to large companies that we think can benefit from creating a bank account in their own image that ties them more closely to their customer base or their employee base. We think the opportunities are just tremendous. And it's actually one of the things that Brett and I are working on is how do we get more efficient and better at finding those BaaS partnerships upsize and value because you don't want to waste your time on small ones. But so far, it's mostly inbound.

**Joseph Anthony Vafi**
*Loop Capital Markets LLC, Research Division*

Okay, that's helpful. And then if you think about your incremental investment that you're making in the BaaS Platform, is it more company specific still? Or if you make, say, an incremental investment over the next 6 months of X dollars, it kind of potentially opens it up as a much broader, more widely applicable platform that could be applicable to a much larger TAM that's not as customer-specific?

**Steven W. Streit**
*Founder, President, CEO & Director*

Right. It's a good question. Today, BaaS can be pretty much anything the partner wants it to be because it does money transfer, it does -- remember, we have the Green Dot Network, which we don't talk a lot about in these calls. The Account Services segment usually overshadows that segment. But that's still a powerful segment with all kinds of money transfer capabilities and we do a lot of business in that segment. So you have them all the money transfer stuff, you have all the account [ banky ] kinds of things, if you will, and then you have all the technology pieces, all the mobile banking pieces and all the mobile payments pieces are in there, too. So the capabilities today are fairly robust, and it's rare that we would have a partner needs something that isn't there. Having said that, we do make custom things all the time like we made the savings vault originally for Walmart. That was their request. And yes, we have other things that will come up from time to time. And once we develop those, they become a permanent

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**753**

part, generally, of that platform for other people to use. Most of the work that we invest in on BaaS has to do with the back end. Let me think about this. First of all, you have to have scale. In other words, when you think about the numbers of transactions, whether it's $2 billion or $3 billion authorizations or transactions a year, you have to be able to support that without going down, right? You need to have 99.999% uptime or more depending on your SLAs, and you need to make sure you can deliver a regulated product that's consistent all the time. And that means you have to have bandwidth and scale and the right kinds of governance and operational procedures around running large networks, which we do. We've done it for years. But you're always adding to that and building to that. So that's part of it. The other part is the back end. So if you think of a -- here's an analogy we used internally recently at a meeting. If you think of a large neighborhood, it's one thing to say, hey, we now know how to efficiently build houses and condominiums and townhomes, and so we're going to build a community out of the Earth, 90 days, we're going to have a whole city with homes and apartment buildings." Okay, that's great. But then what about the sewage treatment plants and the electric power plants and the roads. And it's not the sexiest part, you'd much rather show a model home and the furniture and get everybody excited. But the truth is a lot of investment has to be made in infrastructure. And even though we don't talk about it on earnings calls, that's a big part of what I think about as CEO, it's a big part of what Kuan Archer, our Chief Operating Officer, thinks about. That -- all that stuff, right, so that you don't have toilets overflowing. The equivalent of a toilet overflowing in our world would be a call center with long wait times, or fraud monitoring tools that are too blunt and they don't get the job done or they block cards needlessly and this kind of thing. So you have to really invest in all that back end stuff so that as you're building new neighborhoods, you can elegantly service those neighborhoods and have traffic move smoothly and everything work properly. And so a lot of our work goes into that. The benefit though of that is it almost always turns into a much more cost efficient operation because as you build out a new way to handle customer care inbound inquiries or a new more smart way to monitor fraud, it always relies on new automation, new techniques that costs less than and does more than whatever it is we have no that we're replacing. So that investment is ongoing at constant and normally, that's the kinds of things we're referring to when we talk about investment.

### Operator

And the next questioner today will be Steven Kwok with KBW.

### Wai Ming Kwok
*Keefe, Bruyette, & Woods, Inc., Research Division*

Just around outperformance on the revenue side by $9 million this quarter, can you elaborate on what drove the outperformance?

### Steven W. Streit
*Founder, President, CEO & Director*

Sure. Mark, can you...

### Mark L. Shifke
*Chief Financial Officer*

Yes, yes. Well, as I think Steve alluded to, roughly half of it is coming from our BaaS programs, half of it is coming from our established programs. We had great overperformance in our actives and in direct deposit and so that was a key driver on the Account Services side. And then we also had a very nice pick up on the Processing and Settlement side. And I'd say a nice contributor with both MoneyPak and a little bit of overperformance on our RT transfers, new refund transfers.

### Steven W. Streit
*Founder, President, CEO & Director*

So it's coming from everywhere. I mean, I don't think we have a division -- PayCard, all of it. I don't think we have a division that isn't growing at the rate we have forecast or better. So it's, I think, a unified effort.

### Wai Ming Kwok
*Keefe, Bruyette, & Woods, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got it. And then just as I look at the guidance -- revenue guidance to the back half of the year. It seems like this quarter, the reported was 16% growth. If you take out the outperformance, it was 12%. Using your guidance, coming down 10%. Can you just walk us through like what's leading to that sequential decline? Is it tougher year-over-year comps? And then how should we think about what revenue growth is over like a longer-term?

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, that's a great question. And Mark can tell you the answer.

**Mark L. Shifke**
*Chief Financial Officer*

That is a great question, Steve, and thanks. Look, let me think about several points that we can put out there to put that -- to put our guidance into context. First, as you just noted, we are growing successively over successively tougher comps. For example, in Q3 last year, we grew organically by about 11%. In Q4 last year, we grew organically by about 12%. So you can see the comps are getting tougher year-over-year. Also, in the first half of this year, our year-over-year organic growth was helped by Intuit, and you know that's a large de novo program where most of the revenue is coming in the first half of the year. So that's accentuating our year-over-year organic growth rate in those quarters. Next, you may have observed, we take a prudent risk-adjusted approach to our guidance. And as such, we provide numbers in our outlook that we're highly confident we can achieve. So you're correct, our guidance does call for a lower percentage of organic growth in Q3 and Q4 that we actually achieved in the first half of the year, but we're not intending to say that our actual results may not be more robust if the performance continues as it has.

**Steven W. Streit**
*Founder, President, CEO & Director*

We have just one more. And that is -- looks like Tien-tsin.

**Operator**

And our next questioner will be Tien-tsin Huang with JPMorgan.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

I think on the margins, you mentioned that you saw better flow-through of the BaaS program. So I was curious, can we apply the 30% incremental margin to the BaaS division as well?

**Steven W. Streit**
*Founder, President, CEO & Director*

Gosh, how do we break that down for a call like this? I think...

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

I'm asking because it sounds like, obviously, a lot the future growth is going to come there, you're quite bullish about the prospects in the pipeline. So just thinking about if that growth could come at a lower incremental margin at some point if we're already there?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, here's what I'd say. We know from previous discussion, anyone who looks at the model, the revenue performance on our established product lines are certainly greater than new product lines. They're older, they've been acquired for longer and so seasoned portfolios generate better margins. So without going into a breakout of the numbers or analysis of it, if we're doing about a 30% margin on that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

755

outperformance, that would imply that a lot of that is being driven by the legacy or established products customers have had for a long period of time. But on the BaaS side, as people have those products, they too become higher-margin products because they have longer time to use it and they use it more. So the margins are there, strong as well, but you have the rev share component. And that's why, as you know in our presentation starting next year, we're going to back out commissions and rev shares. We wouldn't expect our overall blended margins to be hindered by growth in BaaS materially. But the 30% also, certainly, is a normalized margin all mixed in. I think we had a pretty good contribution from our legacy and our established product lines.

**Mark L. Shifke**
*Chief Financial Officer*

Yes. I mean, just to follow on Steve's point, the back half of the year is going to be more weighted towards our established product lines rather than to our BaaS programs. And then for the long term, I think Steve's spot on, where you're looking at basically not having real sales and marketing but distributing cards through partners and having predominantly direct deposit relationships with their customers. And then on cash transfer side, I think there's an opportunity, we're still early days, with SimplyPaid. But that, and our cash transfer capabilities on that platform should also, ultimately, I think be fairly decent margins, too.

**Steven W. Streit**
*Founder, President, CEO & Director*

We feel -- I think, a global statement, Tien-tsin, is we feel good about margins because there's just so much opportunity for efficiency when you look at our platform and the way we do things and how customers are using the card. And the margin expansion from a direct deposit customer, whether they're from a BaaS partner or from a product we're selling ourselves on a shelf at a retail store, is so greater -- so much greater than the mix of customers that we used to have that would turn more quickly with the product, that we have plenty of opportunity to continue to expand margin, which is why we've been so bullish. It's very hard to expand margins the way we've been expanding them historically and what we're guiding for this year and still do the kinds of investments we're doing. But we are, in fact, doing that. And I think as you know a lot of public companies would very fairly say, "Look, we're investing in growth and, therefore, we're going to hold back EBITDA or we're going to have decreasing margins but we're doing it because we're growing." And there's nothing wrong with that, that's a very fair statement to make and there's nothing wrong with that. We're saying sort of that but we're also growing margins. We're saying, yes, we're investing in growth, new platforms, building both neighborhoods, if you will, and water treatment plants and electric plants, to use my analogy on one of the previous calls, we're doing all of that and we're expanding margins. And I think that does speak to the efficiency that we have in the business and more to come.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Right. And you will reinvest, which is great. So let me just ask one more on the Banking-as-a-Service. I like your answer on the being vertically integrated and doing program management, have the bank, et cetera. But I'm curious, how are the bake-offs for new potential partnerships being handled today? Is it -- are these sole-source negotiated deals? Are they RFPs? Are partners potentially looking at buying just components instead of looking at the vertically integrated piece? I'm just curious how it might be evolving?

**Steven W. Streit**
*Founder, President, CEO & Director*

I think -- yes, a good question. So I think what you said, I didn't understand at first, but I think you said bake-off. In other words, why are clients choosing us, is that what you're asking?

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well, how are they going about selecting their partners, right? So is it a sole-negotiated situation? Are they doing RFPs? That's what I was talking about.

## Steven W. Streit
*Founder, President, CEO & Director*

You know what, most all are RFPs, I think most large companies do that for governance, if for nothing else, they're RFPs. Where we generally win, and I'm not aware that we've lost a lot of them, but I guess -- I mean, I've known all of them. But the reason we generally win is that they usually come to Green Dot first because of our technology. And they fall in love with the technology and, oh, my gosh, you can do that, you can do that and you can lead those teams and you're -- oh, you do Agile and they get -- and they get all excited about the technology capabilities, and we usually start talking tech with their tech teams. That's how our relationship normally begins. It blossoms though, once it becomes more real and they go, wait a second, you are the bank. Oh, you have your own risk management organization. Oh, wow, you have your own compliance. Oh, I see, okay. And then they realize that, wait a second, they're controlling compliance and risk management and the bank issuing and the balance sheet and capital deployment and the investment strategy, and oh, you also have worldwide call centers and -- that are highly scaled, we do millions of millions of calls a month, and on and on and on. And usually by the time the end of the RFP comes, what they're excited about is our capability set, that we're vertically integrated with all the pieces you need to make it happen. And then if that didn't win them over, the final piece is that -- I don't want to sound braggadocious because we feel very blessed and proud of it. But a lot of big partners have chosen us and are really happy they chose us. So when that prospective partner makes a call to one of our current partners, they hear really good things. And Tien-tsin, you may remember, you're -- we're both too young maybe to remember this, but back in the '80s, when IBM was the cat's meow, they had a sales slogan they used to use. And they said, you know, Joe -- this is back in the 80s -- you know, Joe, nobody gets fired for hiring IBM because it's very risky for head of IT in those days to choose a technology provider, nobody wanted to get fired to have their system blow up. And I think there's a lot of that today with Green Dot legitimately so, in that if you're choosing Green Dot and you're that buyer for that big enterprise-level headline risk-averse company, I think you take a lot of comfort that we are the bank and the provider for Walmart and Apple and Uber and Intuit. And that our products are sold nationwide in all these big name brand retailers and that we're part of a bank regulated by the Federal Reserve and that we operate in all 50 states and so forth and so on. I think there's a lot of comfort that big headline risk-averse clients take in that and they should.

## Mark L. Shifke
*Chief Financial Officer*

Yes. I mean, my team always told me it was because of the finance department, but I suppose what you're saying may be correct.

## Steven W. Streit
*Founder, President, CEO & Director*

Folks, this may be a record for the shortest call we have. We have no more questions in queue. We'll have the one-on-ones after and maybe we'll see you at a conference or 2 coming your way soon. Thank you, all for listening and have a wonderful day.

## Operator
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect your lines.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

757

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.