# EXHIBIT 12.4
## (Talarides Decl. Exs. P-S)

# Exhibit P

10-Q 1 form10-qxgdot06302018.htm 10-Q
Table of Contents

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-Q

☑    QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the quarterly period ended June 30, 2018
OR

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from          to
Commission file number 001-34819



*(Exact name of Registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **95-4766827** |
| *(State or other jurisdiction of Incorporation or organization)* | *(IRS Employer Identification No.)* |
| **3465 E. Foothill Blvd.** | |
| **Pasadena, California 91107** | **(626) 765-2000** |
| *(Address of principal executive offices, including zip code)* | *(Registrant's telephone number, including area code)* |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | | | |
|---|---|---|---|---|---|
| Large accelerated filer | ☑ | | Accelerated filer | | ☐ |
| Non-accelerated filer | ☐ | *(Do not check if a smaller reporting company)* | Smaller reporting company | | ☐ |
| | | | Emerging growth company | | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

There were 52,566,602 shares of Class A common stock outstanding, par value $.001 per share as of July 31, 2018.

**GREEN DOT CORPORATION**
**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| **PART I – FINANCIAL INFORMATION** | | |
| Item 1. | Financial Statements | 1 |
|  | Consolidated Balance Sheets – June 30, 2018 and December 31, 2017 | 1 |
|  | Consolidated Statements of Operations – Three and Six Months Ended June 30, 2018 and 2017 | 2 |
|  | Consolidated Statements of Comprehensive Income – Three and Six Months Ended June 30, 2018 and 2017 | 3 |
|  | Consolidated Statements of Cash Flows – Six Months Ended June 30, 2018 and 2017 | 4 |
|  | Notes to Consolidated Financial Statements | 5 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 26 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 40 |
| Item 4. | Controls and Procedures | 41 |
| **PART II – OTHER INFORMATION** | | |
| Item 1. | Legal Proceedings | 42 |
| Item 1A. | Risk Factors | 42 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 56 |
| Item 5. | Other Information | 56 |
| Item 6. | Exhibits | 57 |
|  | Signature | 58 |

Table of Contents

## PART I

## ITEM 1. Financial Statements

## GREEN DOT CORPORATION
## CONSOLIDATED BALANCE SHEETS

|  | June 30, 2018 | December 31, 2017 |
|---|---:|---:|
|  | (unaudited) | |
| **Assets** | (In thousands, except par value) | |
| Current assets: | | |
| Unrestricted cash and cash equivalents | $ 1,117,937 | $ 919,243 |
| Restricted cash | 757 | 90,852 |
| Investment securities available-for-sale, at fair value | 15,000 | 11,889 |
| Settlement assets | 208,151 | 209,399 |
| Accounts receivable, net | 24,840 | 35,277 |
| Prepaid expenses and other assets | 42,057 | 47,086 |
| Income tax receivable | — | 7,459 |
| Total current assets | 1,408,742 | 1,321,205 |
| Investment securities available-for-sale, at fair value | 176,030 | 141,620 |
| Loans to bank customers, net of allowance for loan losses of $1,173 and $291 as of June 30, 2018 and December 31, 2017, respectively | 21,628 | 18,570 |
| Prepaid expenses and other assets | 7,930 | 8,179 |
| Property and equipment, net | 104,716 | 97,282 |
| Deferred expenses | 9,348 | 21,791 |
| Net deferred tax assets | 6,620 | 6,507 |
| Goodwill and intangible assets | 565,965 | 582,377 |
| Total assets | $ 2,300,979 | $ 2,197,531 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 39,693 | $ 34,863 |
| Deposits | 1,068,067 | 1,022,180 |
| Obligations to customers | 75,269 | 95,354 |
| Settlement obligations | 13,078 | 6,956 |
| Amounts due to card issuing banks for overdrawn accounts | 1,819 | 1,371 |
| Other accrued liabilities | 108,600 | 123,397 |
| Deferred revenue | 19,642 | 30,875 |
| Note payable | 20,906 | 20,906 |
| Income tax payable | 49 | 74 |
| Total current liabilities | 1,347,123 | 1,335,976 |
| Other accrued liabilities | 21,100 | 30,520 |
| Note payable | 48,252 | 58,705 |
| Net deferred tax liabilities | 7,791 | 7,780 |
| Total liabilities | 1,424,266 | 1,432,981 |
| Commitments and contingencies (Note 16) | | |
| Stockholders' equity: | | |
| Class A common stock, $0.001 par value; 100,000 shares authorized as of June 30, 2018 and December 31, 2017; 52,390 and 51,136 shares issued and outstanding as of June 30, 2018 and December 31, 2017, respectively | 52 | 51 |
| Additional paid-in capital | 367,454 | 354,789 |
| Retained earnings | 510,298 | 410,440 |
| Accumulated other comprehensive loss | (1,091) | (730) |

| | | | |
|---|---|---:|---:|
| Total stockholders' equity | | 876,713 | 764,550 |
| Total liabilities and stockholders' equity | $ | 2,300,979 | $ 2,197,531 |

**See notes to unaudited consolidated financial statements**

1

Table of Contents

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(UNAUDITED)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | (In thousands, except per share data) | | | |
| Operating revenues: | | | | |
| Card revenues and other fees | $ 120,783 | $ 107,340 | $ 250,843 | $ 208,309 |
| Processing and settlement service revenues | 60,618 | 51,675 | 160,858 | 142,350 |
| Interchange revenues | 76,948 | 63,533 | 161,646 | 124,890 |
| Total operating revenues | 258,349 | 222,548 | 573,347 | 475,549 |
| Operating expenses: | | | | |
| Sales and marketing expenses | 82,478 | 70,144 | 174,446 | 141,829 |
| Compensation and benefits expenses | 54,478 | 50,866 | 108,985 | 92,084 |
| Processing expenses | 46,363 | 44,754 | 94,788 | 85,696 |
| Other general and administrative expenses | 47,849 | 36,593 | 91,567 | 74,373 |
| Total operating expenses | 231,168 | 202,357 | 469,786 | 393,982 |
| Operating income | 27,181 | 20,191 | 103,561 | 81,567 |
| Interest income | 5,789 | 2,323 | 11,389 | 5,177 |
| Interest expense | (1,626) | (1,533) | (3,142) | (3,198) |
| Income before income taxes | 31,344 | 20,981 | 111,808 | 83,546 |
| Income tax expense | 1,517 | 1,715 | 11,950 | 23,526 |
| Net income | $ 29,827 | $ 19,266 | $ 99,858 | $ 60,020 |
| | | | | |
| Basic earnings per common share: | $ 0.57 | $ 0.39 | $ 1.93 | $ 1.19 |
| Diluted earnings per common share: | $ 0.55 | $ 0.37 | $ 1.84 | $ 1.14 |
| Basic weighted-average common shares issued and outstanding: | 52,105 | 50,013 | 51,774 | 50,234 |
| Diluted weighted-average common shares issued and outstanding: | 54,390 | 52,452 | 54,301 | 52,577 |

**See notes to unaudited consolidated financial statements**

2

Table of Contents

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
**(UNAUDITED)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | (In thousands) | | | |
| Net income | $ 29,827 | $ 19,266 | $ 99,858 | $ 60,020 |
| Other comprehensive income (loss) | | | | |
| Unrealized holding gains (losses), net of tax | 193 | (20) | (361) | (7) |
| Comprehensive income | $ 30,020 | $ 19,246 | $ 99,497 | $ 60,013 |

**See notes to unaudited consolidated financial statements**

3

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(UNAUDITED)**

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | **2018** | **2017** |
| | (In thousands) | |
| **Operating activities** | | |
| Net income | $ **99,858** | $ 60,020 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization of property and equipment | **18,216** | 17,142 |
| Amortization of intangible assets | **16,411** | 14,742 |
| Provision for uncollectible overdrawn accounts | **41,817** | 37,438 |
| Employee stock-based compensation | **20,602** | 16,392 |
| Amortization of premium on available-for-sale investment securities | **704** | 692 |
| Change in fair value of contingent consideration | **—** | (7,500) |
| Amortization of deferred financing costs | **797** | 792 |
| Impairment of capitalized software | **175** | 1,014 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | **(31,380)** | (7,954) |
| Prepaid expenses and other assets | **5,278** | (893) |
| Deferred expenses | **12,443** | 9,249 |
| Accounts payable and other accrued liabilities | **(16,383)** | (9,286) |
| Deferred revenue | **(9,992)** | (13,267) |
| Income tax receivable/payable | **7,460** | 24,548 |
| Other, net | **1,684** | 576 |
| Net cash provided by operating activities | **167,690** | 143,705 |
| | | |
| **Investing activities** | | |
| Purchases of available-for-sale investment securities | **(79,026)** | (57,818) |
| Proceeds from maturities of available-for-sale securities | **29,283** | 43,232 |
| Proceeds from sales of available-for-sale securities | **11,028** | 18,666 |
| Payments for acquisition of property and equipment | **(27,376)** | (20,924) |
| Net increase in loans | **(4,292)** | (2,763) |
| Acquisition, net of cash acquired | **—** | (141,493) |
| Net cash used in investing activities | **(70,383)** | (161,100) |
| | | |
| **Financing activities** | | |
| Borrowings from notes payable | **—** | 20,000 |
| Repayments of borrowings from notes payable | **(11,250)** | (31,250) |
| Borrowings on revolving line of credit | **—** | 335,000 |
| Repayments on revolving line of credit | **—** | (335,000) |
| Proceeds from exercise of options | **16,440** | 15,994 |
| Taxes paid related to net share settlement of equity awards | **(24,376)** | (7,893) |
| Net increase (decrease) in deposits | **45,887** | (33,090) |
| Net (decrease) increase in obligations to customers | **(12,715)** | 3,658 |
| Contingent consideration payments | **(2,694)** | (723) |
| Repurchase of Class A common stock | **—** | (50,000) |
| Deferred financing costs | **—** | (164) |

| | | | | |
|---|---|---|---|---|
| Net cash provided by (used in) financing activities | | **11,292** | | (83,468) |
| | | | | |
| Net increase (decrease) in unrestricted cash, cash equivalents and restricted cash | | **108,599** | | (100,863) |
| Unrestricted cash, cash equivalents and restricted cash, beginning of period | | **1,010,095** | | 744,761 |
| Unrestricted cash, cash equivalents and restricted cash, end of period | $ | **1,118,694** | $ | 643,898 |
| | | | | |
| Cash paid for interest | $ | **2,345** | $ | 2,406 |
| Cash paid for/(refund from) income taxes | $ | **4,285** | $ | (1,057) |
| | | | | |
| **Reconciliation of unrestricted cash, cash equivalents and restricted cash at end of period:** | | | | |
| Unrestricted cash and cash equivalents | $ | **1,117,937** | $ | 594,538 |
| Restricted cash | | **757** | | 49,360 |
| Total unrestricted cash, cash equivalents and restricted cash, end of period | $ | **1,118,694** | $ | 643,898 |

**See notes to unaudited consolidated financial statements**

4

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### Note 1—Organization

Green Dot Corporation ("we," "our," or "us" refer to Green Dot Corporation and its consolidated subsidiaries) is a pro-consumer bank holding company and financial technology innovator with a mission to reinvent personal banking for the masses. We employ a unique "products and platform" operating model whereby we use our banking and technology assets to design, build and distribute our branded financial services products directly to consumers through a large-scale omni-channel national distribution platform, while also allowing qualified third party partners to access those same banking and technology assets to design, build and distribute their own bespoke financial services which we provide directly to consumers through their own distribution platforms. Through our six revenue divisions and our subsidiary bank, Green Dot Bank, we are a leading provider of prepaid cards, debit cards, checking accounts, secured credit cards, payroll debit cards, consumer cash processing services, wage disbursements and tax refund processing services. With approximately 100,000 mostly major name U.S. retail stores selling our products, several leading direct-to-consumer websites, thousands of tax preparation offices, several apps available in the two leading app stores and distribution through several enterprise-scale "Banking as a Service," or "BaaS," partnerships, we are one of the most broadly distributed banking franchises in the United States. We are headquartered in Pasadena, California, with additional facilities throughout the United States and in Shanghai, China.

As the regulated entity and issuing bank for substantially all products and services we provide, whether our own or on behalf of a BaaS platform partner, we are directly accountable for all aspects of each program's integrity, inclusive of ensuring the program's compliance with all applicable banking regulations, applicable state and federal law and our various internal governance policies and procedures related to all areas of risk and compliance, in addition to deploying enterprise-class risk management practices and procedures to ensure each program's initial and ongoing safety and soundness.

**Our products and services:**

We offer consumers a broad collection of financial products and services managed through several diverse business lines which are then made available to consumers through a widely-available "branchless" distribution network in the United States. Many of the products and services we internally create and distribute are marketed under the Green Dot brand name, which we believe is both a well-known and highly trusted brand name for millions of consumers. Our branchless network consists of:

- distribution arrangements with approximately 100,000 mostly major chain retail locations, which we refer to as "retail distributors" and thousands of neighborhood Financial Service Center locations;

- several differently branded, Green Dot-owned and operated direct-to-consumer online and direct mail customer acquisition platforms;

- corporate distribution partnerships with businesses that provide payroll cards to their employees to receive wage disbursements;

- more than 25,000 small and large tax preparation companies and individual tax preparers, which are sometimes referred to as electronic return originators, or "EROs", who are able to offer our products and services to their customers through the use of various tax preparation industry software packages with which our products are integrated;

- apps compatible with the iOS and Android operating systems downloaded through the corresponding app store; and

- platform partners' distribution channels that those partners use to acquire customers for their bespoke products and services that are powered by our BaaS Platform.

Our products and services include several deposit account programs, such as network-branded reloadable prepaid debit cards marketed under several leading consumer brand names, which we collectively refer to as "GPR cards," consumer checking accounts, small business checking accounts, network-branded gift cards (known as open-loop), secured credit cards and other financial services.

We also offer several products and services that specialize in facilitating the movement cash on behalf of consumers and businesses. These products and services include: our proprietary swipe reload system for crediting cash onto an enabled payment card by swiping the payment card at the point of sale at any Green Dot Network participating retailer; MoneyPak, a product that allows a consumer to add funds to accounts we issue or accounts issued by other United States chartered and regulated third party banks; and e-cash remittance services, a service that allows a consumer

5

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### Note 1—Organization (continued)

to transfer money to a smartphone for fulfillment at a Green Dot participating retailer. We refer to these services collectively as our cash transfer products. We also provide disbursement services through our Simply Paid platform that enables a payment solution for companies to pay their workforce and customers in the time and manner they desire and provide tax refund transfers that provide the processing technology to facilitate receipt of a taxpayers' refund proceeds.

**Our BaaS Platform:**

Through our BaaS Platform, we currently offer the following types of products and services in partnership with several of America's largest retail, consumer, technology and financial services companies:

- Mobile banking;

- Loan disbursement accounts;

- Spend-based Mobile P2P services, such as Apple Pay Cash;

- Money transfer services;

- GPR cards;

- Network branded "open loop" gift cards;

- Instant payment and wage disbursements;

- Small business checking accounts and debit cards; and

- Consumer checking accounts.

### Note 2—Summary of Significant Accounting Policies

**Basis of Presentation**

The accompanying unaudited consolidated financial statements are prepared in accordance with generally accepted accounting principles in the United States of America, or GAAP. We consolidated our wholly-owned subsidiaries and eliminated all significant intercompany balances and transactions.

We have also prepared the accompanying unaudited consolidated financial statements in conformity with the instructions to Form 10-Q and Article 10 of Regulation S-X and, consequently, they do not include all of the annual disclosures required by GAAP. Reference is made to our Annual Report on Form 10-K for the year ended December 31, 2017 for additional disclosures, including a summary of our significant accounting policies. There have been no material changes to our significant accounting policies during the six months ended June 30, 2018, other than the adoption of the accounting pronouncements discussed below. In our opinion, the accompanying unaudited consolidated financial statements contain all adjustments, consisting of normal and recurring items, except as otherwise noted, necessary for the fair presentation of our financial position, results of operations and cash flows for the interim periods presented.

**Recent Accounting Pronouncements**

***Recently issued accounting pronouncements not yet adopted***

In January 2017, the FASB issued ASU No. 2017-04, *Intangibles - Goodwill and Other* ("ASU 2017-04")*: Simplifying the Test for Goodwill Impairment*, which simplifies the existing two-step guidance for goodwill impairment testing by eliminating the second step resulting in a write-down to goodwill equal to the initial amount of impairment determined in step one. The ASU is to be applied prospectively for reporting periods beginning after December 15, 2019. Early adoption is permitted for interim or annual goodwill impairment tests performed after January 1, 2017. We are currently evaluating the impact of the provisions of ASU 2017-04 on our consolidated financial statements, however, we do not anticipate it will have a material impact upon adoption.

In June 2016, the FASB issued ASU No. 2016-13, *Financial Instruments – Credit Losses (Topic 326): Measurement of Credit Losses on Financial Instruments* ("ASU 2016-13") that requires financial assets measured at amortized cost be presented at the net amount expected to be collected. Credit losses on available-for-sale debt securities should be recorded through an allowance for credit losses limited by the amount that the fair value is less than amortized cost. ASU 2016-13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. Early adoption is permitted. We are currently evaluating the impact of ASU 2016-13 on our consolidated financial statements.

6

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 2—Summary of Significant Accounting Policies (continued)**

In February 2016, the FASB issued ASU No. 2016-02, *Leases (Topic 842)* ("ASU 2016-02") in order to increase transparency and comparability among organizations by recognizing lease assets and lease liabilities on the balance sheet for those leases classified as operating leases under previous GAAP. ASU 2016-02 requires that a lessee should recognize a liability to make lease payments and a right-of-use asset representing its right to use the underlying asset for leases with a term greater than 12 months. ASU 2016-02 is effective for fiscal years beginning after December 15, 2018, including interim periods within those periods, using a modified retrospective approach and early adoption is permitted. We are currently assessing the impact of the adoption of this principle on our consolidated financial statements. We have reviewed the requirements under the new standard, but have not yet quantified its effect on our consolidated financial statements upon adoption, or assessed its impact on our related disclosures or our internal controls over financial reporting. We anticipate adopting this ASU on January 1, 2019.

*Recently adopted accounting pronouncements*

In May 2014, the FASB issued ASU No. 2014-09, *Revenue from Contracts with Customers (Topic 606)* ("ASU 2014-09"), and has been modified through additional technical corrections since its original issuance (collectively ASC 606). ASU 2014-09 supersedes nearly all existing revenue recognition guidance under current GAAP. The core principle of ASU 2014-09, is to recognize revenues when promised goods or services are transferred to customers in an amount that reflects the consideration to which an entity expects to be entitled for those goods or services. The standard defines a five step process to achieve this core principle and, in doing so, more judgment and estimates may be required within the revenue recognition process than are required under previous GAAP. The standard allows companies to apply either a full retrospective approach, which requires applying the standard to each prior year reporting period presented, or a modified retrospective approach with a cumulative effect adjustment recognized upon adoption. We adopted the provisions of the standard on January 1, 2018 using the modified retrospective approach, which did not result in any cumulative adjustment to opening retained earnings nor did it have a material impact on our consolidated financial statements. The adoption of ASU 2014-09, however, requires expanded disclosures under the new guidance. See *Note 3 - Revenues* for further information and additional discussion around changes identified to our policies under the new accounting pronouncement.

In January 2016, the FASB issued ASU No. 2016-01, *Financial Instruments – Overall (Subtopic 825-10): Recognition and Measurement of Financial Assets and Financial Liabilities* ("ASU 2016-01"). ASU 2016-01 revises the classification and measurement of investments in certain equity investments and the presentation of certain fair value changes for certain financial liabilities measured at fair value. ASU 2016-01 requires the change in fair value of many equity investments to be recognized in net income. We adopted the provisions of ASU 2016-01 on January 1, 2018, the result of which did not have any impact upon our consolidated financial statements.

In November 2016, the FASB issued ASU No. 2016-18, *Restricted Cash* ("ASU 2016-18"), to require that restricted cash and restricted cash equivalents be included with cash and cash equivalents when reconciling the beginning-of-period and end-of-period total cash amounts shown on the statement of cash flows. Consequently, transfers between cash and restricted cash will not be presented as a separate line item in the operating, investing or financing sections of the cash flow statement. The amendments should be applied retrospectively to each period presented. We adopted the provisions of ASU 2016-18 on January 1, 2018, the effect of which resulted in an immaterial reclassification in presentation on our statement of cash flows, but had no effect on our consolidated financial results.

In February 2018, the FASB issued ASU No. 2018-02, *Reclassification of Certain Tax Effects from Accumulated Other Comprehensive Income* ("ASU 2018-02"). Under existing U.S. GAAP, the effects of changes in tax rates and laws on deferred tax balances are recorded as a component of income tax expense in the period in which the law was enacted. When deferred tax balances related to items originally recorded in accumulated other comprehensive income are adjusted, certain tax effects become stranded in accumulated other comprehensive income. The amendments in ASU 2018-02 allow a reclassification from accumulated other comprehensive income to retained earnings for stranded tax effects resulting from the 2017 Tax Cuts and Jobs Act. The amendments in this ASU also require certain disclosures about stranded tax effects. We adopted the provisions of ASU 2018-02 as of December 31, 2017, the result of which did not have a material impact upon our consolidated financial statements.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 3—Revenues**

**Adoption of ASC 606**

On January 1, 2018, we adopted ASC 606 using the modified retrospective method applied to contracts which were not completed upon adoption, the impact of which did not result in any cumulative adjustment to our retained earnings. Results for reporting periods beginning after January 1, 2018 are presented under ASC 606, while prior period amounts have not been adjusted and continue to be reported in accordance with our historical accounting policies.

The impact of our adoption of ASC 606 was limited to a change in presentation of certain incentive agreements. Prior to the adoption of ASC 606, incentive payments with our retail distributors and other partners had generally been recorded as a reduction to revenues over the related period of benefit the incentive payment related. Upon the adoption of ASC 606, such payments are classified as sales and marketing expenses since these contractual arrangements have been determined to be outside the scope of contracts with our customers under the new accounting standard. The total amount of incentive payments recognized was $1.8 million and $1.2 million for the three months ended June 30, 2018 and 2017, respectively, and $3.5 million and $2.3 million for the six months ended June 30, 2018 and 2017, respectively.

**Accounting Policy Update**

Our operating revenues consist of card revenues and other fees, processing and settlement service revenues and interchange revenues. The core principle of the new revenue standard is that these revenues will be recognized when control of the promised goods or services is transferred to our customers, in an amount that reflects the consideration we expect to be entitled to in exchange for those goods or services, as determined under a five-step process.

A description of our principal revenue generating activities is as follows:

*Card Revenues and Other Fees*

Card revenues and other fees consist of monthly maintenance fees, new card fees, ATM fees, and other card revenues. We earn these fees based upon the underlying terms and conditions with each of our cardholders that obligate us to stand ready to provide account services to each of our cardholders over the contract term. Agreements with our cardholders are considered daily service contracts as they are not fixed in duration.

We charge maintenance fees on a monthly basis pursuant to the terms and conditions in the applicable cardholder agreements. We recognize monthly maintenance fees ratably over each day in the monthly bill cycle in which the fee is assessed, which represents the period our cardholders receive the benefits of our services and our performance obligation is satisfied.

We charge new card fees when a consumer purchases a new card in a retail store. The new card fee provides our cardholders a material right and accordingly, we defer and recognize new card fee revenues on a straight-line basis over our average card lifetime, which is currently five months for our GPR cards and six months for our gift cards. We determine the average card lifetime based on our recent historical data for comparable products. We measure card lifetime for our GPR cards as the time, inclusive of reload activity, between sale (or activation) of the card and the date of the last positive balance. We measure the card lifetime for our gift cards as the redemption period during which cardholders initiate the substantial majority of their transactions. We reassess average card lifetime quarterly. We report the unearned portion of new card fees as a component of deferred revenue in our consolidated balance sheets. See Contract Balances below for further information.

We charge ATM fees to cardholders when they withdraw money at certain ATMs in accordance with the terms and conditions in our cardholder agreements. We recognize ATM fees when the withdrawal is made by the cardholder, which is the point in time our performance obligation is satisfied and service is performed. Since our cardholder agreements are considered daily service contracts, our performance obligations for these types of transactional based fees are satisfied on a daily basis, or as each transaction occurs.

Other revenues consist primarily of revenue associated with our gift card program, transaction-based fees and fees associated with optional products or services, which we offer our cardholders at their election. Since our performance obligations are settled daily, we recognize most of these fees at the point in time the transactions occur which is when the underlying performance obligation is satisfied. In the case of our gift card program, we record the related revenues using the redemption method.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 3—Revenues (continued)

Substantially all our fees are collected from our cardholders at the time the fees are assessed and debited from their account balance.

*Processing and Settlement Service Revenues*

Our processing and settlement services consist of cash transfer revenues, Simply Paid disbursement revenues, and tax refund processing service revenues.

We generate cash transfer revenues when consumers purchase our cash transfer products (reload services) in a retail store. Our reload services are subject to the same terms and conditions in each of the applicable cardholder agreements as discussed above. We recognize these revenues at the point in time the reload services are completed. Similarly, we earn Simply Paid disbursement fees from our business partners as payment disbursements are made.

We earn tax refund processing service revenues when a customer of a third-party tax preparation company chooses to pay their tax preparation fee through the use of our tax refund processing services. Revenues we earn from these services are generated from our contractual relationships with the tax software transmitters. These contracts may be multi-year agreements and vary in length, however, our underlying promise obligates us to process each refund transfer on a transaction by transaction basis as elected by the taxpayer. Accordingly, we recognize tax refund processing service revenues at the point in time we satisfy our performance obligation by remitting each taxpayer's proceeds from his or her tax return.

*Interchange*

We earn interchange revenues from fees remitted by the merchant's bank, which are based on rates established by the payment networks, such as Visa and MasterCard, when account holders make purchase transactions using our card products and services. We recognize interchange revenues at the point in time the transactions occur, as our performance obligation is satisfied.

*Principal vs Agent*

For all our significant revenue-generating arrangements, we record revenues on a gross basis except for our tax refund processing service revenues which are recorded on a net basis.

### Disaggregation of Revenues

Our products and services are offered only to customers within the United States. We determine our operating segments based on how our chief operating decision maker manages our operations, makes operating decisions and evaluates operating performance. Within our segments, we believe that the nature, amount, timing and uncertainty of our revenue and cash flows and how they are affected by economic factors can be further illustrated based on the timing in which revenue for each of our products and services is recognized.

The following table disaggregates our revenues by the timing in which the revenue is recognized:

| | Three Months Ended June 30, 2018 | | Six Months Ended June 30, 2018 | |
| --- | --- | --- | --- | --- |
| | Account Services | Processing and Settlement Services | Account Services | Processing and Settlement Services |
| **Timing of revenue recognition** | (In thousands) | | | |
| Transferred at a point in time | $ 124,785 | $ 60,613 | $ 261,311 | $ 160,848 |
| Transferred over time | 72,070 | 881 | 149,416 | 1,772 |
| Operating revenues | $ 196,855 | $ 61,494 | $ 410,727 | $ 162,620 |

Within our Account Services segment, revenues recognized at a point in time are comprised of ATM fees, interchange, and other similar transaction-based fees. Revenues recognized over time consists of new card fees, monthly maintenance fees and revenue earned from gift cards. Substantially all of our processing and settlement services are recognized at a point in time.

Refer to *Note 18- Segment Informatio*n for our revenues disaggregated by our products and services and the components to our total operating revenues on our Consolidated Statements of Operations for additional information.

9

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 3—Revenues (continued)

### Significant Judgments and Estimates

Transaction prices related to our account services are based on stand-alone fees stated within the terms and conditions, however, may also include certain elements of variable consideration depending upon the product's features, such as cardholder incentives, monthly fee concessions and reserves on accounts that may become overdrawn. We estimate such amounts using historical data and customer behavior patterns to determine these estimates which are recorded as a reduction to the corresponding fee revenue. Additionally, while the number of transactions that a cardholder may perform is unknown, any uncertainty is resolved at the end of each daily service contract.

### Contract Balances

As disclosed on our Consolidated Balance Sheets, we record deferred revenue for any upfront payments received in advance of our performance obligations being satisfied. These contract liabilities consist principally of unearned new card fees and monthly maintenance fees. We recognized approximately $9.4 million and $28.3 million for the three and six months ended June 30, 2018, respectively, or substantially all of the amount of contract liabilities included in deferred revenue at the beginning of the period, and did not recognize any revenue during these periods from performance obligations satisfied in previous periods. Changes in the deferred revenue balance are driven primarily by the amount of new card fees recognized during the period, offset by the deferral of new card fees associated with cards sold during the period.

### Costs to Obtain or Fulfill a Contract

Our incremental direct costs of obtaining a contract consist primarily of revenue share payments we make to our retail partners associated with new card sales. These commissions are generally capitalized upon payment and expensed over the period the corresponding revenue is recognized. These deferred commissions are not material and are included in deferred expenses on our Consolidated Balance Sheets.

### Practical Expedients and Exemptions

Any unsatisfied performance obligations at the end of the period relate to contracts with customers that either have an original expected length of one year or less or are contracts for which we recognize revenue at the amount to which we have the right to invoice for services performed. Therefore, no additional disclosure is provided for these performance obligations.

### Note 4—Business Combination

On February 28, 2017, we completed our acquisition of all the membership interests of UniRush, LLC ("UniRush"), an online direct-to-consumer GPR card and corporate payroll card provider. The fair value of the total consideration in connection with the acquisition was approximately $163.7 million, which included cash and contingent consideration in the form of an earn-out. We financed the transaction with $142.2 million in cash, of which $95 million was raised from a combination of our Revolving Facility, as discussed in *Note 10 — Note Payable*, and subordinated notes payable of $20 million to the selling shareholders of UniRush. The subordinated notes were repaid during the three months ended March 31, 2017. The transaction terms include an earn-out equal to the greater of (i) a specified percentage of the revenue generated by the online direct-to-consumer GPR card portfolio for the five-year period following the closing or (ii) $20 million, payable quarterly over the five years.

The following table summarizes the fair value of consideration transferred:

|  | Consideration |
| --- | ---: |
|  | (In thousands) |
| Cash, including proceeds from notes payable | $ 142,154 |
| Fair value of contingent consideration | 21,500 |
| Total consideration | $ 163,654 |

10

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 4—Business Combination (continued)

The allocation of the purchase price was as follows:

|  | February 28, 2017 |
|---|---|
|  | (In thousands) |
| **Assets:** |  |
| Cash and cash equivalents | $ 656 |
| Accounts receivable, net | 5,745 |
| Prepaid expenses and other assets | 5,146 |
| Property and equipment, net | 4,233 |
| Intangible assets | 69,000 |
| Goodwill | 93,435 |
| Total assets: | 178,215 |
|  |  |
| **Liabilities:** |  |
| Accounts payable | 10,861 |
| Other liabilities | 3,700 |
| Total liabilities: | 14,561 |
|  |  |
| **Net assets acquired** | $ 163,654 |

Goodwill of approximately $93.4 million represents the excess of the purchase price over the estimated fair value of the underlying identifiable tangible and intangible assets acquired and liabilities assumed. The goodwill arises from the opportunity for synergies and economies of scale from the combined companies, and expanding our reach into the online direct-to-consumer and corporate payroll distribution channels. Although the goodwill will not be amortized for financial reporting purposes, it is anticipated that substantially all of the goodwill will be deductible for federal tax purposes over the statutory period of 15 years.

Intangible assets consist primarily of customer relationships and trade names of approximately $58.5 million and $5.5 million, respectively. The customer relationships will be amortized over its estimated useful life of 5-10 years and the trade names will be amortized over a period of 15 years.

Our acquisition of UniRush was accounted for under the acquisition method of accounting, with the operating results of UniRush included in our consolidated statements of operations beginning March 1, 2017. Transaction costs incurred in connection with the acquisition were not material.

*Unaudited pro forma financial information*

The following unaudited pro forma summary financial results for the six months ended June 30, 2017 present the consolidated results of operations as if the acquisition of UniRush had occurred as of January 1, 2016, after the effect of certain adjustments, including interest expense on the debt used to fund the purchase, amortization of certain identifiable intangible assets, income and expense items not attributable to ongoing operations and related tax effects. The unaudited pro forma condensed consolidated statements of operations does not include any adjustments for any restructuring activities, operating efficiencies or cost savings. The pro forma results for the six months ended June 30, 2017 have been presented for comparative purposes only and are not indicative of what would have occurred had the UniRush acquisition been made as of January 1, 2016, or of any potential results which may occur in the future.

|  | Six Months Ended June 30, | |
|---|---|---|
|  | 2018 | 2017 |
|  | (In thousands, except per share data) | |
|  |  | (Pro forma) |
| Net revenues | $ 573,347 | $ 494,834 |
| Net income attributable to common stock | $ 99,858 | $ 52,737 |
| Basic earnings per common share | $ 1.93 | $ 1.05 |

| | | | | |
|---|---|---|---|---|
| Diluted earnings per common share | $ | **1.84** | $ | 1.00 |
| Basic weighted-average common shares issued and outstanding | | **51,774** | | 50,234 |
| Diluted weighted-average common shares issued and outstanding | | **54,301** | | 52,577 |

11

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 5—Investment Securities

Our available-for-sale investment securities were as follows:

| | Amortized cost | | Gross unrealized gains | | Gross unrealized losses | | Fair value |
|---|---|---|---|---|---|---|---|
| | | | (In thousands) | | | | |
| **June 30, 2018** | | | | | | | |
| Negotiable certificate of deposit | $ | 20,000 | $ | — | $ | — | $ 20,000 |
| Agency bond securities | | 14,952 | | — | | (48) | 14,904 |
| Agency mortgage-backed securities | | 118,350 | | 32 | | (1,514) | 116,868 |
| Municipal bonds | | 604 | | — | | (21) | 583 |
| Asset-backed securities | | 38,756 | | — | | (81) | 38,675 |
| Total investment securities | $ | 192,662 | $ | 32 | $ | (1,664) | $ 191,030 |
| | | | | | | | |
| **December 31, 2017** | | | | | | | |
| Corporate bonds | $ | 1,000 | $ | — | $ | — | $ 1,000 |
| U.S. Treasury notes | | 10,921 | | — | | (46) | 10,875 |
| Agency mortgage-backed securities | | 121,037 | | 52 | | (1,055) | 120,034 |
| Municipal bonds | | 742 | | 4 | | (7) | 739 |
| Asset-backed securities | | 20,952 | | — | | (91) | 20,861 |
| Total investment securities | $ | 154,652 | $ | 56 | $ | (1,199) | $ 153,509 |

As of June 30, 2018 and December 31, 2017, the gross unrealized losses and fair values of available-for-sale investment securities that were in unrealized loss positions were as follows:

| | Less than 12 months | | | | 12 months or more | | | | Total fair value | | Total unrealized loss |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fair value | | Unrealized loss | | Fair value | | Unrealized loss | | | | |
| | | | | | (In thousands) | | | | | | |
| **June 30, 2018** | | | | | | | | | | | |
| Agency bond securities | $ | 14,904 | $ | (48) | $ | — | $ | — | $ 14,904 | $ | (48) |
| Agency mortgage-backed securities | | 52,114 | | (366) | | 45,236 | | (1,148) | 97,350 | | (1,514) |
| Municipal bonds | | 427 | | (12) | | 156 | | (9) | 583 | | (21) |
| Asset-backed securities | | 29,436 | | (13) | | 9,238 | | (68) | 38,674 | | (81) |
| Total investment securities | $ | 96,881 | $ | (439) | $ | 54,630 | $ | (1,225) | $ 151,511 | $ | (1,664) |
| | | | | | | | | | | | |
| **December 31, 2017** | | | | | | | | | | | |
| U.S. Treasury notes | $ | 4,588 | $ | (21) | $ | 6,288 | $ | (25) | $ 10,876 | $ | (46) |
| Agency mortgage-backed securities | | 62,683 | | (453) | | 44,159 | | (602) | 106,842 | | (1,055) |
| Municipal bonds | | — | | — | | 193 | | (7) | 193 | | (7) |
| Asset-backed securities | | 2,134 | | (2) | | 18,727 | | (89) | 20,861 | | (91) |
| Total investment securities | $ | 69,405 | $ | (476) | $ | 69,367 | $ | (723) | $ 138,772 | $ | (1,199) |

We did not record any other-than-temporary impairment losses during the three and six months ended June 30, 2018 or 2017 on our available-for-sale investment securities. We do not intend to sell these investments and we have determined that it is more likely than not that we will not be required to sell these investments before recovery of their amortized cost bases, which may be at maturity.

12

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 5—Investment Securities (continued)

As of June 30, 2018, the contractual maturities of our available-for-sale investment securities were as follows:

| | Amortized cost | | Fair value | |
|---|---|---|---|---|
| | (In thousands) | | | |
| Due in one year or less | $ | 15,000 | $ | 15,000 |
| Due after one year through five years | | 19,952 | | 19,904 |
| Due after five years through ten years | | — | | — |
| Due after ten years | | 604 | | 583 |
| Mortgage and asset-backed securities | | 157,106 | | 155,543 |
| Total investment securities | $ | 192,662 | $ | 191,030 |

The expected payments on mortgage-backed and asset-backed securities may not coincide with their contractual maturities because the issuers have the right to call or prepay certain obligations.

## Note 6—Accounts Receivable

Accounts receivable, net consisted of the following:

| | June 30, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| | (In thousands) | | | |
| Overdrawn account balances due from cardholders | $ | 21,391 | $ | 17,856 |
| Reserve for uncollectible overdrawn accounts | | (17,087) | | (14,471) |
| Net overdrawn account balances due from cardholders | | 4,304 | | 3,385 |
| | | | | |
| Trade receivables | | 3,878 | | 4,231 |
| Reserve for uncollectible trade receivables | | (67) | | (3) |
| Net trade receivables | | 3,811 | | 4,228 |
| | | | | |
| Receivables due from card issuing banks | | 7,267 | | 6,309 |
| Fee advances | | 232 | | 16,194 |
| Other receivables | | 9,226 | | 5,161 |
| Accounts receivable, net | $ | 24,840 | $ | 35,277 |

Activity in the reserve for uncollectible overdrawn accounts consisted of the following:

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | 2018 | | 2017 | |
| | (In thousands) | | | | | | | |
| Balance, beginning of period | $ | 15,796 | $ | 12,233 | $ | 14,471 | $ | 11,932 |
| Provision for uncollectible overdrawn accounts: | | | | | | | | |
| Fees | | 20,353 | | 17,310 | | 36,132 | | 34,269 |
| Purchase transactions | | 3,079 | | 1,882 | | 5,685 | | 3,169 |
| Charge-offs | | (22,141) | | (17,806) | | (39,201) | | (35,751) |
| Balance, end of period | $ | 17,087 | $ | 13,619 | $ | 17,087 | $ | 13,619 |

13

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 7—Loans to Bank Customers

The following table presents total outstanding loans, gross of the related allowance for loan losses, and a summary of the related payment status:

| | 30-59 Days Past Due | 60-89 Days Past Due | 90 Days or More Past Due | Total Past Due | Total Current or Less Than 30 Days Past Due | Total Outstanding |
|---|---|---|---|---|---|---|
| | | | (In thousands) | | | |
| **June 30, 2018** | | | | | | |
| Residential | $ — | $ 4 | $ 7 | $ 11 | $ 4,043 | $ 4,054 |
| Commercial | — | — | — | — | 323 | 323 |
| Installment | 1 | — | — | 1 | 1,056 | 1,057 |
| Secured credit card | 1,402 | 1,259 | 546 | 3,207 | 14,160 | 17,367 |
| Total loans | $ 1,403 | $ 1,263 | $ 553 | $ 3,219 | $ 19,582 | $ 22,801 |
| Percentage of outstanding | 6.2% | 5.5% | 2.4% | 14.1% | 85.9% | 100.0% |
| | | | | | | |
| **December 31, 2017** | | | | | | |
| Residential | $ — | $ — | $ — | $ — | $ 3,554 | $ 3,554 |
| Commercial | — | — | — | — | 315 | 315 |
| Installment | 1 | — | — | 1 | 1,378 | 1,379 |
| Secured credit card | 1,223 | 593 | 424 | 2,240 | 11,373 | 13,613 |
| Total loans | $ 1,224 | $ 593 | $ 424 | $ 2,241 | $ 16,620 | $ 18,861 |
| Percentage of outstanding | 6.5% | 3.1% | 2.3% | 11.9% | 88.1% | 100.0% |

*Secured Credit Card Loans*

On August 31, 2017, we completed an asset acquisition of a secured credit card portfolio for approximately $8.1 million. In exchange for the payment, we received approximately $8.2 million of secured credit card receivables. All of our credit card receivables are collateralized by the cardholders' security deposits, which also act as the cardholders' credit limit.

*Nonperforming Loans*

The following table presents the carrying value, gross of the related allowance for loan losses, of our nonperforming loans. See *Note 2 — Summary of Significant Accounting Policies* to the Consolidated Financial Statements of our Annual Report on Form 10-K for the year ended December 31, 2017 for further information on the criteria for classification as nonperforming.

| | June 30, 2018 | December 31, 2017 |
|---|---|---|
| | (In thousands) | |
| Residential | $ 649 | $ 502 |
| Installment | 214 | 191 |
| Total loans | $ 863 | $ 693 |

*Credit Quality Indicators*

We closely monitor and assess the credit quality and credit risk of our loan portfolio on an ongoing basis. We continuously review and update loan risk classifications. We evaluate our loans using non-classified or classified as the primary credit quality indicator. Classified loans are those loans that have demonstrated credit weakness where we believe there is a heightened risk of principal loss, including all impaired loans. Classified loans are generally internally categorized as substandard, doubtful or loss, consistent with regulatory guidelines.

14

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 7—Loans to Bank Customers (continued)**

The table below presents the carrying value, gross of the related allowance for loan losses, of our loans within the primary credit quality indicators related to our loan portfolio:

| | June 30, 2018 | | December 31, 2017 | |
| | Non-Classified | Classified | Non-Classified | Classified |
| | (In thousands) | | | |
| Residential | $ 3,405 | $ 649 | $ 3,038 | $ 516 |
| Commercial | 323 | — | 315 | — |
| Installment | 695 | 362 | 1,059 | 320 |
| Secured credit card | 17,367 | — | 13,613 | — |
| Total loans | $ 21,790 | $ 1,011 | $ 18,025 | $ 836 |

*Impaired Loans and Troubled Debt Restructurings*

When, for economic or legal reasons related to a borrower's financial difficulties, we grant a concession for other than an insignificant period of time to a borrower that we would not otherwise consider, the related loan is classified as a Troubled Debt Restructuring, or TDR. Our TDR modifications involve an extension of the maturity date at a stated interest rate lower than the current market rate for new debt with similar risk. The following table presents our impaired loans and loans that we modified as TDRs as of June 30, 2018 and December 31, 2017:

| | June 30, 2018 | | December 31, 2017 | |
| | Unpaid Principal Balance | Carrying Value | Unpaid Principal Balance | Carrying Value |
| | (In thousands) | | | |
| Residential | $ 649 | $ 529 | $ 516 | $ 452 |
| Installment | 214 | 63 | 262 | 120 |

*Allowance for Loan Losses*

Activity in the allowance for loan losses consisted of the following:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| | 2018 | 2017 | 2018 | 2017 |
| | (In thousands) | | | |
| Balance, beginning of period | $ 451 | $ 281 | $ 291 | $ 277 |
| Provision for loans | 966 | 63 | 1,234 | 63 |
| Loans charged off | (328) | (26) | (634) | (31) |
| Recoveries of loans previously charged off | 84 | 1 | 282 | 10 |
| Balance, end of period | $ 1,173 | $ 319 | $ 1,173 | $ 319 |

**Note 8—Employee Stock-Based Compensation**

We currently grant restricted equity awards to employees and directors under our 2010 Equity Incentive Plan. Additionally, through our 2010 Employee Stock Purchase Plan, employees are able to purchase shares of our Class A common stock at a discount through payroll deductions. We have reserved shares of our Class A common stock for issuance under these plans.

*Restricted Stock Units*

The following table summarizes restricted stock units with only service conditions granted under our 2010 Equity Incentive Plan:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |

|  | 2018 | 2017 | 2018 | 2017 |
|---|---|---|---|---|
|  | (In thousands, except per share data) | | | |
| Restricted stock units granted | 120 | 94 | 183 | 195 |
| Weighted-average grant-date fair value | $ 71.20 | $ 35.60 | $ 67.17 | $ 31.23 |

15

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 8—Employee Stock-Based Compensation (continued)

*Performance Based Restricted Stock Units*

We grant performance-based restricted stock units to certain employees which are subject to the attainment of minimum pre-established annual performance targets. The majority of these awards are tied to the achievement of an annual non-GAAP earnings per share target for the grant year. The actual number of shares subject to the award is determined at the end of the annual performance period and may range from zero to 150% percent of the target shares granted. These awards contain an additional service component after each annual performance period is concluded and the unvested balance of the shares determined at the end of the annual performance period will vest over the remaining requisite service period. Compensation expense related to these awards is recognized using the accelerated attribution method over the four-year vesting period based on the fair value of the closing market price of our Class A common stock on the date of the grant and the estimated performance that is expected to be achieved. In the case of our Chief Executive Officer, vesting of the award is based on the achievement of a total shareholder return ("TSR") relative to the S&P 600 index over the three-year performance period. Compensation expense related to these awards is recognized over the performance period based on the grant date fair value through the use of a Monte Carlo simulation and are not subsequently re-measured.

The following table summarizes the performance-based restricted stock units granted under our 2010 Equity Incentive Plan:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | (In thousands, except per share data) | | | |
| Performance based restricted stock units granted [1] | 168 | 329 | 612 | 616 |
| Weighted-average grant-date fair value | $ 71.47 | $ 36.35 | $ 49.04 | $ 36.01 |

(1)  Performance awards granted also reflects the impact of any incremental shares awarded during the periods ended for performance periods completed. The grant date fair value for these awards are based on the grant price at the time of the initial award.

The total stock-based compensation expense recognized was $11.2 million and $9.9 million for the three months ended June 30, 2018 and 2017, respectively, and $20.6 million and $16.4 million for the six months ended June 30, 2018 and 2017, respectively. Total stock-based compensation expense includes amounts related to awards of stock options, restricted stock units (including performance-based restricted stock units) and purchases under our 2010 Employee Stock Purchase Plan.

### Note 9—Deposits

Deposits are categorized as non-interest or interest-bearing deposits as follows:

| | June 30, 2018 | December 31, 2017 |
| --- | --- | --- |
| | (In thousands) | |
| Non-interest bearing deposit accounts | | |
| GPR deposits | $ 834,693 | $ 803,549 |
| Other demand deposits | 92,475 | 61,264 |
| Total non-interest bearing deposit accounts | 927,168 | 864,813 |
| Interest-bearing deposit accounts | | |
| Checking accounts | 119,112 | 140,555 |
| Savings | 10,042 | 10,523 |
| GPR deposits | 6,195 | — |
| Time deposits, denominations greater than or equal to $100 | 4,133 | 4,752 |
| Time deposits, denominations less than $100 | 1,417 | 1,537 |
| Total interest-bearing deposit accounts | 140,899 | 157,367 |
| Total deposits | $ 1,068,067 | $ 1,022,180 |

16

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 9—Deposits (continued)

The scheduled contractual maturities for total time deposits are presented in the table below:

|  | June 30, 2018 |
| --- | --- |
|  | (In thousands) |
| Due in 2018 | $ 1,126 |
| Due in 2019 | 1,272 |
| Due in 2020 | 1,280 |
| Due in 2021 | 822 |
| Due in 2022 | 788 |
| Thereafter | 262 |
| Total time deposits | $ 5,550 |

### Note 10—Note Payable

In October 2014, we entered into a $225.0 million secured credit agreement with Bank of America, N.A., as an administrative agent, Wells Fargo Bank, National Association, and the other lenders party thereto. The credit agreement provides for 1) a $75.0 million five year revolving facility (the "Revolving Facility") and 2) a five year $150.0 million term loan facility ("Term Facility" and, together with the Revolving Facility, the "Senior Credit Facility"). The credit agreement also includes an accordion feature that, subject to securing additional commitments from existing lenders or new lending institutions, will allow us to increase the aggregate amount of these facilities by up to an additional $50.0 million.

As of June 30, 2018 and December 31, 2017, our outstanding debt, net of deferred financing costs of $2.1 million and $2.9 million, respectively, consisted of the following:

|  | June 30, 2018 | December 31, 2017 |
| --- | --- | --- |
|  | (In thousands) | |
| Term facility | $ 69,158 | $ 79,611 |
| Revolving facility | — | — |
| Total notes payable | $ 69,158 | $ 79,611 |

Quarterly principal payments of $5.6 million are payable on the loans under the Term Facility. During each of the six months ended June 30, 2018 and 2017, we made scheduled quarterly principal payments totaling $11.3 million. The Senior Credit Facility matures on October 23, 2019 and any amounts then outstanding are due upon maturity.

*Interest*

At our election, loans made under the credit agreement bear interest at 1) a LIBOR rate (the "LIBOR Rate") or 2) a base rate determined by reference to the highest of (a) the Bank of America prime rate, (b) the United States federal funds rate plus 0.50% and (c) a daily rate equal to one-month LIBOR rate plus 1.0% (the "Base Rate"), plus in either case an applicable margin. The applicable margin for borrowings depends on our total leverage ratio and varies from 2.50% to 3.00% for LIBOR Rate loans and 1.50% to 2.00% for Base Rate loans. The effective interest rate on borrowings outstanding as of June 30, 2018 was 4.59%. Interest expense, excluding the amortization of debt issuance costs, related to our Senior Credit Facility was $0.9 million and $1.1 million for the three months ended June 30, 2018 and 2017, respectively, and $1.7 million and $2.3 million for the six months ended June 30, 2018 and 2017, respectively.

*Covenants and restrictions*

The Senior Credit Facility contains customary representations and warranties relating to us and our subsidiaries. Obligations under the Senior Credit Facility are secured by first priority liens on, and security interests in, substantially all of our company assets and each Guarantor, as defined in the agreement. The Senior Credit Facility also contains certain affirmative and negative covenants including negative covenants that limit or restrict, among other things, liens, indebtedness, investments and acquisitions, mergers and fundamental changes, asset sales, restricted payments, changes in the nature of the business, transactions with affiliates and other matters customarily restricted in such agreements. We must maintain a minimum fixed charge coverage ratio and a maximum consolidated leverage ratio at the end of each fiscal quarter, as set forth in the credit agreement. At June 30, 2018, we were in compliance with all such covenants.

17

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 11—Income Taxes

Income tax expense for the six months ended June 30, 2018 and 2017 differs from the amount computed by applying the statutory federal income tax rate to income before income taxes. The sources and tax effects of the differences are as follows:

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2018 | 2017 |
| U.S. federal statutory tax rate | 21.0 % | 35.0 % |
| State income taxes, net of federal tax benefit | 0.6 | (0.4) |
| General business credits | (0.7) | (2.1) |
| Employee stock-based compensation | (12.2) | (5.1) |
| Other | 1.9 | 0.8 |
| Effective tax rate | 10.6 % | 28.2 % |

On December 22, 2017, H.R. 1, known as the Tax Cuts and Jobs Act (the "Tax Act") was signed into law and makes significant changes to U.S. income tax law. Effective in 2018, the Tax Act reduced the US federal corporate tax rate from 35% to 21%, created new taxes on certain foreign-sourced earnings and certain related-party payments, eliminated certain deductions and enhanced and extended through 2026 the option to claim accelerated depreciation deductions on qualified property.

Due to the timing of the enactment and the complexity involved in applying the provisions of the Tax Act, we made reasonable estimates of the effects and recorded provisional amounts in our financial statements as of December 31, 2017. We remeasured deferred tax assets and liabilities resulting from the permanent reduction in the U.S. statutory corporate tax rate from 35% to 21% and recorded a provisional tax benefit of $6.3 million. We also analyzed the transition tax on accumulated foreign subsidiary earnings and made a provisional determination that we have no additional tax obligation. As we collect and prepare necessary data, and interpret the Tax Act and any additional guidance issued by the U.S. Treasury Department, the IRS, and other standard-setting bodies, we may make adjustments to the provisional amounts including estimates for certain employment compensation. Those adjustments may materially impact our provision for income taxes and effective tax rate in the period in which the adjustments are made. The SEC has provided up to a one-year measurement period for companies to finalize the accounting for the impacts of this new legislation and we anticipate finalizing our accounting over the coming quarters.

The effective tax rate for the six months ended June 30, 2018 and 2017 differs from the statutory federal income tax rate of 21% and 35%, respectively, primarily due to state income taxes, net of federal tax benefits, general business credits and employee stock-based compensation. The decrease in the effective tax rate for the six months ended June 30, 2018 as compared to the six months ended June 30, 2017 is primarily due to the decrease in the statutory federal tax rate noted above and higher excess tax benefits related to stock compensation as a result of an increase in the value of our stock price at the time equity awards are vested or exercised.

We establish a valuation allowance when we consider it more-likely-than-not that some portion or all of the deferred tax assets will not be realized. As of June 30, 2018 and 2017, we did not have a valuation allowance on any of our deferred tax assets as we believed it was more-likely-than-not that we would realize the benefits of our deferred tax assets.

We are subject to examination by the Internal Revenue Service, or IRS, and various state tax authorities. We remain subject to examination of our federal income tax return for the years ended December 31, 2014 through 2016. We generally remain subject to examination of our various state income tax returns for a period of four to five years from the respective dates the returns were filed.

As of June 30, 2018, we have net operating loss carryforwards of approximately $37.7 million and $33.7 million for federal and state tax purposes, respectively, which will be available to offset future income. If not used, these carryforwards will expire between 2020 and 2035. In addition, we have state business tax credits of approximately $9.8 million that can be carried forward indefinitely and other state business tax credits of approximately $1.2 million that will expire between 2023 and 2027.

As of June 30, 2018 and December 31, 2017, we had a liability of $6.7 million and $5.6 million, respectively, for unrecognized tax benefits related to various federal and state income tax matters excluding interest, penalties and related

tax benefits. The reconciliation of the beginning unrecognized tax benefits balance to the ending balance is as follows:

18

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 11—Income Taxes (continued)

| | Six Months Ended June 30, | | |
| --- | --- | --- | --- |
| | 2018 | | 2017 |
| | (In thousands) | | |
| Beginning balance | $ | 5,560 | $ | 7,314 |
| Increases related to positions taken during prior years | | — | | 321 |
| Increases related to positions taken during the current year | | 1,099 | | 1,039 |
| Decreases related to positions settled with tax authorities | | — | | (1,189) |
| Decreases as a result of a lapse of applicable statute of limitations | | — | | (636) |
| Ending balance | $ | 6,659 | $ | 6,849 |
| The total amount of unrecognized tax benefits that, if recognized, would affect the effective tax rate | $ | 6,659 | $ | 6,849 |

As of June 30, 2018 and 2017, we recognized accrued interest and penalties related to unrecognized tax benefits of approximately $0.6 million and $0.5 million, respectively.

### Note 12—Stockholders' Equity

### Stock Repurchase Program

In June 2015, our Board of Directors authorized, subject to regulatory approval, a repurchase of shares of our Class A Common Stock in an amount up to $150 million under a stock repurchase program with no expiration date. As of November 2017, we have repurchased all $150 million of Class A common stock under the repurchase program.

*Accelerated Share Repurchases*

We have entered into accelerated share repurchase arrangements ("ASRs") with a financial institution from time to time under our stock repurchase program. The following table summarizes our ASR activity for the prior year comparative period:

| | Purchase Period End Date | Number of Shares (In thousands) | Average Repurchase Price Per Share | ASR Amount (In thousands) | |
| --- | --- | --- | --- | --- | --- |
| March 2017 ASR | November 2017 | 1,326 | $ 38.64 | $ 50,000 | (1) |

(1) We elected to cash settle approximately $2.0 million worth of shares owed back to the counterparty under our March 2017 accelerated share repurchase agreement.

In exchange for an up-front payment in March 2017, the financial institution delivered 1.3 million shares of our Class A common stock.

The up-front payments are accounted for as a reduction to shareholders' equity on our consolidated balance sheets in the periods the payments are made. The ASRs are accounted for in two separate transactions: 1) a treasury stock repurchase for the initial shares received and 2) a forward stock purchase contract indexed to our own stock for the unsettled portion of the ASR. The par value of the shares received are recorded as a reduction to common stock with the remainder recorded as a reduction to additional paid-in capital and retained earnings.  The ASRs meet all of the applicable criteria for equity classification, and therefore are not accounted for as derivative instruments. The initial repurchase of shares result in an immediate reduction of the outstanding shares used to calculate the weighted-average common shares outstanding for basic and diluted earnings per share. The final number of shares received upon settlement for the ASR is determined based on the volume-weighted average price of our common stock over the term of the agreement less an agreed upon discount and subject to adjustments pursuant to the terms and conditions of the ASR. The shares received are retired in the periods they are delivered, but remain authorized for registration and issuance in the future.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 13—Earnings per Common Share

The calculation of basic and diluted EPS was as follows:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | (In thousands, except per share data) | | | |
| **Basic earnings per Class A common share** | | | | |
| Numerator: | | | | |
| Net income | $ 29,827 | $ 19,266 | $ 99,858 | $ 60,020 |
| Denominator: | | | | |
| Weighted-average Class A shares issued and outstanding | 52,105 | 50,013 | 51,774 | 50,234 |
| Basic earnings per Class A common share | $ 0.57 | $ 0.39 | $ 1.93 | $ 1.19 |
| | | | | |
| **Diluted earnings per Class A common share** | | | | |
| Numerator: | | | | |
| Net income | $ 29,827 | $ 19,266 | $ 99,858 | $ 60,020 |
| Denominator: | | | | |
| Weighted-average Class A shares issued and outstanding | 52,105 | 50,013 | 51,774 | 50,234 |
| Dilutive potential common shares: | | | | |
| Stock options | 343 | 759 | 441 | 706 |
| Restricted stock units | 1,236 | 1,418 | 1,296 | 1,368 |
| Performance based restricted stock units | 705 | 259 | 789 | 268 |
| Employee stock purchase plan | 1 | 3 | 1 | 1 |
| Diluted weighted-average Class A shares issued and outstanding | 54,390 | 52,452 | 54,301 | 52,577 |
| Diluted earnings per Class A common share | $ 0.55 | $ 0.37 | $ 1.84 | $ 1.14 |

For the periods presented, we excluded certain restricted stock units and stock options outstanding (as applicable) which could potentially dilute basic EPS in the future, from the computation of diluted EPS as their effect was anti-dilutive. Additionally, we have excluded any performance based restricted stock units for which the performance contingency has not been met as of the end of the period. The following table shows the weighted-average number of shares excluded from the diluted EPS calculation:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | (In thousands) | | | |
| **Class A common stock** | | | | |
| Options to purchase Class A common stock | — | 56 | — | 73 |
| Performance based restricted stock units | 134 | 424 | 101 | 216 |
| Total options and restricted stock units | 134 | 480 | 101 | 289 |

## Note 14—Fair Value Measurements

Under applicable accounting guidance, fair value is defined as the exchange price that would be received for an asset or paid to transfer a liability (an exit price) in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants on the measurement date.

We determine the fair values of our financial instruments based on the fair value hierarchy established under applicable accounting guidance which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. There are three levels of inputs used to measure fair value.

For more information regarding the fair value hierarchy and how we measure fair value, see *Note 2–Summary of Significant Accounting Policies* to the Consolidated Financial Statements of our Annual Report on Form 10-K for the year ended December 31, 2017.

20

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 14—Fair Value Measurements (continued)**

As of June 30, 2018 and December 31, 2017, our assets and liabilities carried at fair value on a recurring basis were as follows:

| | Level 1 | Level 2 | Level 3 | Total Fair Value |
|---|---|---|---|---|
| **June 30, 2018** | | (In thousands) | | |
| Assets | | | | |
| Negotiable certificate of deposit | $ — | $ 20,000 | $ — | $ 20,000 |
| Agency bond securities | — | 14,904 | — | 14,904 |
| Agency mortgage-backed securities | — | 116,868 | — | 116,868 |
| Municipal bonds | — | 583 | — | 583 |
| Asset-backed securities | — | 38,675 | — | 38,675 |
| Total assets | $ — | $ 191,030 | $ — | $ 191,030 |
| | | | | |
| Liabilities | | | | |
| Contingent consideration | $ — | $ — | $ 14,664 | $ 14,664 |
| | | | | |
| **December 31, 2017** | | | | |
| Assets | | | | |
| Corporate bonds | $ — | $ 1,000 | $ — | $ 1,000 |
| U.S. Treasury notes | — | 10,875 | — | 10,875 |
| Agency mortgage-backed securities | — | 120,034 | — | 120,034 |
| Municipal bonds | — | 739 | — | 739 |
| Asset-backed securities | — | 20,861 | — | 20,861 |
| Total assets | $ — | $ 153,509 | $ — | $ 153,509 |
| | | | | |
| Liabilities | | | | |
| Contingent consideration | $ — | $ — | $ 17,358 | $ 17,358 |

We based the fair value of our fixed income securities held as of June 30, 2018 and December 31, 2017 on quoted prices in active markets for similar assets. We had no transfers between Level 1, Level 2 or Level 3 assets or liabilities during the three and six months ended June 30, 2018 or 2017.

The following table presents changes in our contingent consideration payable for the three and six months ended June 30, 2018 and 2017, which is categorized in Level 3 of the fair value hierarchy:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| | | (In thousands) | | |
| Balance, beginning of period | $ 17,156 | $ 26,442 | $ 17,358 | $ 8,634 |
| Issuance | — | — | — | 18,000 |
| Payments of contingent consideration | (2,492) | (531) | (2,694) | (723) |
| Purchase accounting adjustment | — | 3,500 | — | 3,500 |
| Change in fair value of contingent consideration | — | (7,500) | — | (7,500) |
| Balance, end of period | $ 14,664 | $ 21,911 | $ 14,664 | $ 21,911 |

21

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 15—Fair Value of Financial Instruments**

The following describes the valuation technique for determining the fair value of financial instruments, whether or not such instruments are carried at fair value on our consolidated balance sheets.

*Short-term Financial Instruments*

Our short-term financial instruments consist principally of unrestricted and restricted cash and cash equivalents, settlement assets and obligations, and obligations to customers. These financial instruments are short-term in nature, and, accordingly, we believe their carrying amounts approximate their fair values. Under the fair value hierarchy, these instruments are classified as Level 1.

*Investment Securities*

The fair values of investment securities have been derived using methodologies referenced in *Note 2–Summary of Significant Accounting Policies* to the Consolidated Financial Statements of our Annual Report on Form 10-K for the year ended December 31, 2017. Under the fair value hierarchy, our investment securities are classified as Level 2.

*Loans*

We determined the fair values of loans by discounting both principal and interest cash flows expected to be collected using a discount rate commensurate with the risk that we believe a market participant would consider in determining fair value. Under the fair value hierarchy, our loans are classified as Level 3.

*Deposits*

The fair value of demand and interest checking deposits and savings deposits is the amount payable on demand at the reporting date. We determined the fair value of time deposits by discounting expected future cash flows using market-derived rates based on our market yields on certificates of deposit, by maturity, at the measurement date. Under the fair value hierarchy, our deposits are classified as Level 2.

*Contingent Consideration*

The fair value of contingent consideration obligations, such as the earn-outs associated with our acquisitions of TPG and UniRush, are estimated through valuation models designed to estimate the probability of such contingent payments based on various assumptions. Estimated payments are discounted using present value techniques to arrive at an estimated fair value. Our contingent consideration payable is classified as Level 3 because we use unobservable inputs to estimate fair value, including the probability of achieving certain earnings thresholds and appropriate discount rates. Changes in fair value of contingent consideration are recorded through operating expenses.

*Note Payable*

The fair value of our note payable is based on borrowing rates currently available to a market participant for loans with similar terms or maturity. The carrying amount of our note payable approximates fair value because the base interest rate charged varies with market conditions and the credit spread is commensurate with current market spreads for issuers of similar risk. The fair value of the note payable is classified as a Level 2 liability in the fair value hierarchy.

*Fair Value of Financial Instruments*

The carrying values and fair values of certain financial instruments that were not carried at fair value, excluding short-term financial instruments for which the carrying value approximates fair value, at June 30, 2018 and December 31, 2017 are presented in the table below.

| | June 30, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| | Carrying Value | Fair Value | Carrying Value | Fair Value |
| | (In thousands) | | | |
| **Financial Assets** | | | | |
| Loans to bank customers, net of allowance | $ 21,628 | $ 20,845 | $ 18,570 | $ 18,102 |

**Financial Liabilities**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Deposits | $ | 1,068,067 | $ | 1,068,005 | $ | 1,022,180 | $ | 1,022,102 |
| Note payable | $ | 69,158 | $ | 69,158 | $ | 79,611 | $ | 79,611 |

22

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 16—Commitments and Contingencies**

*Litigation and Claims*

In the ordinary course of business, we are a party to various legal proceedings, including, from time to time, actions which are asserted to be maintainable as class action suits. We review these actions on an ongoing basis to determine whether it is probable and estimable that a loss has occurred and use that information when making accrual and disclosure decisions. We have provided reserves where necessary for all claims and, based on current knowledge and in part upon the advice of legal counsel, all matters are believed to be adequately covered by insurance, or, if not covered, we do not expect the outcome in any legal proceedings, individually or collectively, to have a material adverse impact on our financial condition or results of operations.

The third and final performance period under an earn-out provision for the acquisition of our tax refund processing business ended on June 30, 2017. We believe that our tax refund processing business did not achieve its earn-out performance target for the fiscal year performance period based on the provisions of the contract and therefore, the total potential payout of $26 million has not been accrued on our balance sheet as of June 30, 2018. We are currently in the process of resolving the final earn-out calculation with the selling shareholders with the assistance of a neutral third party who will make a determination of the final outcome. To the extent there is an unfavorable resolution for the earn-out payment, we may be required to make payment of up to $26 million.

During the quarter ended June 30, 2016, we were in the process of our planned conversion of customer files from our legacy third-party card processor to our current third-party card processor. As part of the conversion process, a small percentage of our active account holders experienced limited disruptions in service. As a result of this limited disruption in service, two putative class action complaints were filed during the second quarter of 2016. We agreed with our third-party card processor that any payments to resolve the consolidated class actions would be borne equally between us and our third-party card processor. We previously recorded an accrual of approximately $2.3 million, which represented our portion of the estimated total settlement amount, all of which our insurance carrier agreed to reimburse us. During the three months ended June 30, 2018, we settled the class actions and began making payments to those members of the class. As of June 30, 2018, we have paid approximately $2.2 million of the accrued liability, the balance of which is expected to be paid to remaining class members shortly thereafter.

*Other Matters*

We monitor the laws of all 50 states to identify state laws or regulations that apply (or may apply) to our products and services. We have obtained money transmitter licenses (or similar such licenses) where applicable, based on advice of counsel or when we have been requested to do so. If we were found to be in violation of any laws and regulations governing banking, money transmitters, electronic fund transfers, or money laundering in the United States or abroad, we could be subject to penalties or could be forced to change our business practices.

From time to time we enter into contracts containing provisions that contingently require us to indemnify various parties against claims from third parties. These contracts primarily relate to: (i) contracts with our card issuing banks, under which we are responsible to them for any unrecovered overdrafts on cardholders' accounts; (ii) certain real estate leases, under which we may be required to indemnify property owners for environmental and other liabilities, and other claims arising from our use of the premises; (iii) certain agreements with our officers, directors, and employees, under which we may be required to indemnify these persons for liabilities arising out of their relationship with us; and (iv) contracts under which we may be required to indemnify our retail distributors, suppliers, vendors and other parties with whom we have contracts against claims arising from certain of our actions, omissions, violations of law and/or infringement of patents, trademarks, copyrights and/or other intellectual property rights.

Generally, a maximum obligation under these contracts is not explicitly stated. Because the obligated amounts associated with these types of agreements are not explicitly stated, the overall maximum amount of the obligation cannot be reasonably estimated. With the exception of overdrafts on cardholders' accounts, historically, we have not been required to make payments under these and similar contingent obligations, and no liabilities have been recorded for these obligations in our consolidated balance sheets.

For additional information regarding overdrafts on cardholders' accounts, refer to *Note 6 — Accounts Receivable*.

As of June 30, 2018 and December 31, 2017, we had restricted cash balances of $0.8 million and $90.9 million, which consist principally of funds required to collateralize a prefunding obligation with a business partner.

23

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 17—Significant Retailer Concentration

A credit concentration may exist if customers are involved in similar industries, economic sectors, and geographic regions. Our retail distributors operate in similar economic sectors but diverse domestic geographic regions. The loss of a significant retail distributor could have a material adverse effect upon our card sales, profitability, and revenue growth.

Revenues derived from our products sold at retail distributors constituting greater than 10% of our total operating revenues were as follows:

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2018 | 2017 | 2018 | 2017 |
| Walmart | 37% | 40% | 35% | 38% |

Settlement assets derived from our products sold at retail distributors constituting greater than 10% of the settlement assets outstanding on our consolidated balance sheets were as follows:

|  | June 30, 2018 | December 31, 2017 |
| --- | --- | --- |
| Walmart | 29% | 33% |

### Note 18—Segment Information

Our operations are comprised of two reportable segments: 1) Account Services and 2) Processing and Settlement Services. We identified our reportable segments based on factors such as how we manage our operations and how our chief operating decision maker views results. Our chief operating decision maker organizes and manages our business primarily on the basis of product and service offerings and uses operating income to assess profitability.

The Account Services segment consists of revenues and expenses derived from our deposit account programs, such as prepaid cards, debit cards, consumer and small business checking accounts, secured credit cards, payroll debit cards and gift cards. These deposit account programs are marketed under several of our leading consumer brand names and under the brand names of our Banking as a Service, or "BaaS," partners. The Processing and Settlement Services segment consists of revenues and expenses derived from our products and services that specialize in facilitating the movement of cash on behalf of consumers and businesses, such as consumer cash processing services, wage disbursements and tax refund processing services. The Corporate and Other segment primarily consists of eliminations of intersegment revenues and expenses, unallocated corporate expenses, depreciation and amortization, and other costs that are not considered when management evaluates segment performance. We do not evaluate performance or allocate resources based on segment asset data, and therefore such information is not presented.

The following tables present certain financial information for each of our reportable segments for the periods then ended:

|  | Three Months Ended June 30, 2018 | | | |
| --- | --- | --- | --- | --- |
|  | Account Services | Processing and Settlement Services | Corporate and Other | Total |
|  | (In thousands) | | | |
| Operating revenues | $ 204,265 | $ 61,906 | $ (7,822) | $ 258,349 |
| Operating expenses | 165,748 | 42,849 | 22,571 | 231,168 |
| Operating income | $ 38,517 | $ 19,057 | $ (30,393) | $ 27,181 |

|  | Three Months Ended June 30, 2017 | | | |
| --- | --- | --- | --- | --- |
|  | Account Services | Processing and Settlement Services | Corporate and Other | Total |
|  | (In thousands) | | | |
| Operating revenues | $ 175,114 | $ 55,064 | $ (7,630) | $ 222,548 |
| Operating expenses | 141,536 | 38,578 | 22,243 | 202,357 |
| Operating income | $ 33,578 | $ 16,486 | $ (29,873) | $ 20,191 |

24

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 18—Segment Information (continued)

| | Six Months Ended June 30, 2018 | | | |
|---|---|---|---|---|
| | Account Services | Processing and Settlement Services | Corporate and Other | Total |
| | (In thousands) | | | |
| Operating revenues | $ 426,699 | $ 163,764 | $ (17,116) | $ 573,347 |
| Operating expenses | 335,236 | 93,522 | 41,028 | 469,786 |
| Operating income | $ 91,463 | $ 70,242 | $ (58,144) | $ 103,561 |

| | Six Months Ended June 30, 2017 | | | |
|---|---|---|---|---|
| | Account Services | Processing and Settlement Services | Corporate and Other | Total |
| | (In thousands) | | | |
| Operating revenues | $ 342,807 | $ 148,774 | $ (16,032) | $ 475,549 |
| Operating expenses | 268,213 | 83,681 | 42,088 | 393,982 |
| Operating income | $ 74,594 | $ 65,093 | $ (58,120) | $ 81,567 |

Table of Contents

**ITEM 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*This Quarterly Report on Form 10-Q, including this Management's Discussion and Analysis of Financial Condition and Results of Operations, contains forward-looking statements regarding future events and our future results that are subject to the safe harbors created under the Securities Act of 1933 and the Securities Exchange Act of 1934 (the "Exchange Act"). All statements other than statements of historical facts are statements that could be deemed to be forward-looking statements. These statements are based on current expectations, estimates, forecasts and projections about the industries in which we operate and the beliefs and assumptions of our management. Words such as "expects," "anticipates," "targets," "goals," "projects," "intends," "plans," "believes," "seeks," "estimates," "continues," "endeavors," "strives," "may" and "assumes," variations of such words and similar expressions are intended to identify forward-looking statements. In addition, any statements that refer to projections of our future financial performance, our anticipated growth and trends in our businesses, and other characterizations of future events or circumstances are forward-looking statements. Readers are cautioned that these forward-looking statements are subject to risks, uncertainties, and assumptions that are difficult to predict, including those identified below, under "Part II, Item 1A. Risk Factors," and elsewhere herein. Therefore, actual results may differ materially and adversely from those expressed in any forward-looking statements. We undertake no obligation to revise or update any forward-looking statements for any reason.*

*In this Quarterly Report, unless otherwise specified or the context otherwise requires, "Green Dot," "we," "us," and "our" refer to Green Dot Corporation and its consolidated subsidiaries.*

## Overview

Green Dot Corporation is a pro-consumer bank holding company and financial technology innovator with a mission to reinvent personal banking for the masses. We employ a unique "products and platform" operating model whereby we use our banking and technology assets to design, build and distribute our branded financial services products directly to consumers through a large-scale, omni-channel national distribution platform, while also allowing qualified third party partners to access those same banking and technology assets to design, build and distribute their own bespoke financial services which we provide directly to consumers through their own distribution platforms. Through our six revenue divisions and our subsidiary bank, Green Dot Bank, we are a leading provider of prepaid cards, debit cards, checking accounts, secured credit cards, payroll debit cards, consumer cash processing services, wage disbursements and tax refund processing services. With approximately 100,000 mostly major name U.S. retail stores selling our products, several leading direct-to-consumer websites, thousands of tax preparation offices, several apps available in the two leading app stores and distribution through several enterprise-scale "Banking as a Service," or "BaaS," partnerships, we are one of the most broadly distributed banking franchises in the United States. We are headquartered in Pasadena, California, with additional facilities throughout the United States and in Shanghai, China.

As the regulated entity and issuing bank for substantially all products and services we provide, whether our own or on behalf of a BaaS platform partner, we are directly accountable for all aspects of each program's integrity, inclusive of ensuring the program's compliance with all applicable banking regulations, applicable state and federal law and our various internal governance policies and procedures related to all areas of risk and compliance, in addition to deploying enterprise-class risk management practices and procedures to ensure each program's initial and ongoing safety and soundness.

## Our products and services

We offer consumers a broad collection of financial products and services managed through several diverse business lines which are then made available to consumers through a widely-available "branchless" distribution network in the United States. Many of the products and services we internally create and distribute are marketed under the Green Dot brand name, which we believe is both a well-known and highly trusted brand name for millions of consumers. Our branchless network consists of:

- distribution arrangements with approximately 100,000 mostly major chain retail locations, which we refer to as "retail distributors" and thousands of neighborhood Financial Service Center locations;

- several differently branded, Green Dot-owned and operated direct-to-consumer online and direct mail customer acquisition platforms;

- corporate distribution partnerships with businesses that provide payroll cards to their employees to receive wage disbursements;

- more than 25,000 small and large tax preparation companies and individual tax preparers, which are sometimes referred to as electronic return originators, or "EROs", who are able to offer our products and services to their

26

Table of Contents

customers through the use of various tax preparation industry software packages with which our products are integrated;

- apps compatible with the iOS and Android operating systems downloaded through the corresponding app store; and

- platform partners' distribution channels that those partners use to acquire customers for their bespoke products and services that are powered by our BaaS Platform.

Our products and services include several deposit account programs, such as network-branded reloadable prepaid debit cards marketed under several leading consumer brand names, which we collectively refer to as "GPR cards," consumer checking accounts, small business checking accounts, network-branded gift cards (known as open-loop), secured credit cards and other financial services.

We also offer several products and services that specialize in facilitating the movement of cash on behalf of consumers and businesses. These products and services include: our proprietary swipe reload system for crediting cash onto an enabled payment card by swiping the payment card at the point-of-sale at any Green Dot Network participating retailer; MoneyPak, a product that allows a consumer to add funds to accounts we issue or accounts issued by other United States chartered and regulated third party banks; and e-cash remittance services, a service that allows a consumer to transfer funds to a smartphone for fulfillment at a Green Dot participating retailer. We refer to these services collectively as our cash transfer products. We also provide disbursement services through our Simply Paid platform that enables a payment solution for companies to pay their workforce and customers in the time and manner they desire and provide tax refund transfers that provide the processing technology to facilitate receipt of a taxpayers' refund proceeds.

**Our BaaS Platform**

Through our BaaS Platform, we currently offer the following types of products and services in partnership with several of America's largest retail, consumer, technology and financial services companies:

- Mobile banking;

- Loan disbursement accounts;

- Spend-based Mobile P2P services, such as Apple Pay Cash;

- Money transfer services;

- GPR cards;

- Network branded "open loop" gift cards;

- Instant payment and wage disbursements;

- Small business checking accounts and debit cards; and

- Consumer checking accounts.

**Our Segments and Distribution Channels**

Our products and services and BaaS Platform are divided among our two reportable segments: Account Services and Processing and Settlement Services. Each segment is comprised of multiple "revenue divisions" that each focus on a distinct set of products or distribution channels, as follows:

*Account Services*

**Consumer Accounts**

We offer several deposit account programs that can be acquired through our omni-channel distribution platform. These products include:

- Network-branded reloadable prepaid debit cards marketed under several leading consumer brand names, collectively referred to as GPR cards;

- Innovative consumer and small business checking account products, such as our GoBank product, that allow customers to acquire and manage their checking account entirely through a mobile application available on smartphone devices; and

- Network-branded gift cards (known as open-loop) that are sold at participating retail stores.

27

Table of Contents

**Green Dot Direct**

We also offer GPR cards, checking accounts products and secured credit cards directly to consumers through several different online direct-to-consumer websites. Our direct-to-consumer websites include: greendot.com; walmartmoneycard.com; rushcard.com; accountnow.com; achievecard.com; gobank.com; and ReadyDebit.com.

**Consumer Credit Card**

We offer a secured credit card nationwide on a direct-to-consumer basis via both greendot.com/platinum and securedcardchoice.com. Our secured credit cards are designed to help people establish or rehabilitate their national credit bureau score. The credit line offered to the customer is backed by the customer's own security deposit held on deposit at Green Dot Bank or other banks in accounts held under our control. As such, we have no risk of material loss resulting from the customer's non-payment of their obligation. As the customer successfully uses their credit card and repays their obligations in accordance with the card's terms and conditions, that successful repayment history is reported to the national credit bureaus which, in turn, can help improve the customer's overall credit score. Customers have the option of funding their security deposits with cash and making monthly payments at Green Dot Network retail locations.

**PayCard and Corporate Disbursement**

We offer payroll cards and other wage disbursement services to over 2,500 corporate customers, such as Einstein Bagels, Nordstrom and Rite Aid. Our solutions address both the W-2 and 1099 work force.

**Green Dot Bank**

Through our subsidiary bank, Green Dot Bank, we offer issuing, settlement and capital management services principally to support those applicable products across all six revenue divisions in both reporting segments. Our banking services include:

- Issuing services as the payment network member bank and settlement bank for our GPR card, spend-based P2P programs, gift card and checking account products;

- Credit card issuing and capital lending services for our Green Dot Platinum Visa Secured Credit Card; and

- Settlement bank for our reload and tax refund services within our Processing and Settlement Services segment.

Green Dot Bank also generates interest income through management of its capital and the increasing deposits it receives in respect of our products and services as well as the products and services we enable for our BaaS platform partners.

Products within our Account Services segment are generally issued by Green Dot Bank. As a result of acquisitions over the past few years, we also manage programs issued by third-party issuing banks.

*Processing and Settlement Services*

**Money Processing**

We offer several products and services that all specialize in facilitating the movement of funds on behalf of consumers and businesses. These products and services include:

- Our "Reload@TheRegister" swipe reload service allows consumers to add funds to accounts we issue or manage and accounts issued by any third party bank or program manager, which we refer to as network acceptance members, that has enabled its cards to accept funds through our processing system.

- Our MoneyPak PIN product provides consumers the ability to add funds to accounts we issue or manage and accounts issued by any third party bank or program manager that has enabled its cards to accept funds through our processing system.

- Our e-cash remittance service enables consumers to add funds to accounts we issue or manage and accounts issued by any third party bank or program manager that has enabled its accounts to accept funds through our processing system. Consumers can also cash-out money sent to them by a business through the use of our e-cash remittance service when Green Dot sends a unique barcode to the customer's smartphone, which is then presented to a cashier at a participating retailer who then scans the barcode to fulfill the transfer.

- Our Simply Paid Disbursement service that enables wages and any type of authorized funds disbursement to be sent to accounts we issue or manage and accounts issued by any third party bank or program manager that has enabled its cards to accept funds through our processing system.

28

Table of Contents

**Tax Processing**

We offer several services designed for participants in the tax industry. Those services include:

- Tax refund transfers that provide the processing technology to facilitate receipt of a taxpayers' refund proceeds. When a customer of a third party tax preparation provider chooses to pay their tax preparation fees using our processing services, we deduct the tax preparation service fee and our processing service fee from the customer's refund, and remit the remaining balance to the customer's account;

- Small business lending to independent tax preparation providers that seek small advances in order to help provide working capital prior to generating income during the tax filing season;

- GPR card offerings that are integrated into the tax preparation software that enables a tax preparation provider to offer its customers a Green Dot Bank-issued GPR card for the purpose of receiving tax refunds more rapidly and securely than check disbursements; and

- Fast Cash Advance, a consumer-friendly loan that enables tax refund recipients utilizing our tax processing services the opportunity to receive a portion of their expected tax refund amount in advance of receiving their actual tax refund.

*2018 Six Step Plan*

In February 2018, we announced our 2018 Six Step Plan (the "2018 Plan") outlining our strategy to grow revenue, reduce expenses and appropriately allocate capital, all with the objective of driving EPS growth. The following describes each of the six steps within the 2018 Plan.

**Step 1:** Continue growing our number of active accounts year over year, and improve the unit economics of those accounts.

**Step 2:** Launch a new use case for MoneyPak and continue to increase the number of cash transfer transactions year over year.

**Step 3:** Make strategic investments in new, high potential initiatives.

**Step 4:** Drive increasing efficiencies across our consolidated operating platform to successfully expand margins year over year.

**Step 5:** Continue integration of 2017 acquisitions and look for new strategic acquisitions.

**Step 6:** Return capital to shareholders through share buy-backs.

*Financial Results and Trends*

Our consolidated results of operations for the three and six months ended June 30, 2018 and 2017 were as follows:

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2018 | 2017 | Change | % | 2018 | 2017 | Change | % |
| | (In thousands, except percentages) | | | | | | | |
| Total operating revenues | $ 258,349 | $ 222,548 | $ 35,801 | 16.1% | $ 573,347 | $ 475,549 | $ 97,798 | 20.6% |
| Total operating expenses | 231,168 | 202,357 | 28,811 | 14.2% | 469,786 | 393,982 | 75,804 | 19.2% |
| Net income | 29,827 | 19,266 | 10,561 | 54.8% | 99,858 | 60,020 | 39,838 | 66.4% |

**Total operating revenues**

Our total operating revenues for the three and six months ended June 30, 2018 increased $35.8 million and $97.8 million, respectively, or 16.1% and 20.6%, respectively, over the prior year comparable periods. Our growth was driven by a 14% increase year-over-year in our active accounts and greater customer engagement as evidenced by growth in gross dollar volume and purchase volume within our Account Services segment. Total operating revenues also increased as a result of year-over-year growth in the total number of cash transfers and the number of tax refunds processed within our Processing and Settlement Services segment. In the first half of 2018, our Account Services segment had a mix of revenue from both our established product lines and several new product lines. Our new product lines currently have margins below our established product lines and as a result, we experienced year-over-year margin compression during the three and six months ended June 30, 2018. In the second half of 2018, we expect the revenue growth from our established product lines, as well as the maturation of our new products will offset the unfavorable mix impact in the first half of the year.

29

**Total operating expenses**

Our total operating expenses for the three and six months ended June 30, 2018 increased $28.8 million and $75.8 million, respectively, or 14.2% and 19.2%, respectively, over the prior year comparable periods. This increase was principally the result of higher sales and marketing expenses attributable to the year-over-year increases in operating revenues generated from products that are subject to revenue share payments to our distributors and partners, other general and administrative expenses due to transaction losses correlated with higher purchase volume and the absence of a favorable reduction in our contingent consideration liability taken in the prior year, processing expenses as a result of higher transactional usage and compensation and benefits expenses attributable to a growth in employee headcount, principally in late 2017, and third-party contractor costs to support our growth initiatives in 2018.

**Income taxes**

Income tax expense for the three and six months ended June 30, 2018 decreased $0.2 million and $11.6 million, respectively, or 11.5% and 49.2%, respectively, from the prior year comparable period. This decrease was the result of a lower effective tax rate. On December 22, 2017, the Tax Cuts and Jobs Act (the "Tax Act") was signed into law and introduced significant changes to U.S. income tax law. Effective in 2018, the Tax Act reduced the US federal corporate tax rate from 35% to 21%, created new taxes on certain foreign-sourced earnings and certain related-party payments, eliminates certain deductions and enhances and extends through 2026 the option to claim accelerated depreciation deductions on qualified property.

***Key Metrics***

Our key business metrics described in the latest Annual Report on Form 10-K have been revised to include additional product lines or services that have grown to become sufficiently material to warrant inclusion. Previously reported metrics have been restated herein for comparative purposes.

We review a number of metrics to help us monitor the performance of, and identify trends affecting, our business. We believe the following measures are the primary indicators of our quarterly and annual revenues.

***Gross Dollar Volume*** — represents the total dollar volume of funds loaded to our account products. Our dollar volume was $9.4 billion and $7.5 billion for the three months ended June 30, 2018 and 2017, respectively, and $21.1 billion and $15.0 billion for the six months ended June 30, 2018 and 2017, respectively. We use this metric to analyze the total amount of money moving onto our account programs, determine the overall engagement and usage patterns of our account holder base and serves as a leading indicator of revenue generated through our Account Services segment products, inclusive of interest income generated on deposits held at Green Dot Bank, fees charged to account holders and interchange revenues generated through the spending of account balances. The increases in dollar volume of 25% and 41% during the three and six months ended June 30, 2018, respectively, from the comparable prior year periods were principally driven by higher dollar volume from direct deposit onto our products and the launch of several new product lines.

***Number of Active Accounts*** — represents any bank account within our Account Services segment that is subject to United States Patriot Act compliance and, therefore, requires customer identity verification prior to use and is intended to accept ongoing customer cash or ACH deposits. This includes general purpose reloadable prepaid card accounts, demand deposit or "checking" accounts, and credit card accounts in our portfolio that had a purchase, deposit or ATM withdrawal transaction during the applicable quarter. We had 5.86 million and 5.15 million active accounts outstanding as of June 30, 2018 and 2017, respectively. We use this metric to analyze the overall size of our active customer base and to analyze multiple metrics expressed as an average across this active account base. The increase in the number of active accounts of 14% was primarily driven by the launch of new products during the first quarter of 2018 and growth from our existing account programs.

***Purchase Volume*** — represents the total dollar volume of purchase transactions made by our account holders. This metric excludes the dollar volume of ATM withdrawals. Our purchase volume was $6.3 billion and $5.2 billion for the three months ended June 30, 2018 and 2017, respectively, and $13.8 billion and $10.7 billion for the six months ended June 30, 2018 and 2017, respectively. We use this metric to analyze interchange revenue, which is a key component of our financial performance. The increases in purchase volume of 21% and 28% during the three and six months ended June 30, 2018, respectively, from the comparable prior year periods were driven by an increase in Gross Dollar Volume, as described above.

***Number of Cash Transfers*** — represents the total number of cash transfer transactions conducted by consumers, such as a point-of-sale swipe reload transaction, the purchase of a MoneyPak or an e-cash mobile remittance transaction marketed under various brand names, that we conducted through our retail distributors in a specified period. This metric

excludes disbursements made through our Simply Paid wage disbursement platform. We processed 10.56 million and 9.55 million reload transactions in the three months ended June 30, 2018 and 2017, respectively, and 20.66

30

million and 18.85 million reload transactions in the six months ended June 30, 2018 and 2017, respectively. We review this metric as a measure of the size and scale of our retail cash processing network, as an indicator of customer engagement and usage of our products and services, and to analyze cash transfer revenue, which is a key component of our financial performance. Our cash transfers increased 11% and 10% during the three and six months ended June 30, 2018, respectively, over the prior year comparable periods due to growth in our updated MoneyPak PIN product utilized by our accounts holders as well as third-party programs. Our swipe reload service also increased, driven by the increase in active accounts, partially offset by an increase in direct deposit penetration in our active account portfolio as direct deposit customers, on average, perform fewer cash reloads.

*Number of Tax Refunds Processed* — represents the total number of tax refunds processed in a specified period. We processed 2.79 million and 2.41 million tax refund transactions in the three months ended June 30, 2018 and 2017, respectively, and 11.54 million and 11.01 million tax refund transactions in the six months ended June 30, 2018 and 2017, respectively. Due to seasonality, the number of tax refunds processed is most concentrated during the first half of each year and is minimal during the second half of each year. We review this metric as a measure of the size and scale of our tax refund processing platform and as an indicator of customer engagement and usage of its products and services. The increases in the number of tax refunds processed of 16% and 5% for the three and six months ended June 30, 2018, respectively, from the comparable prior year periods were primarily driven by an increase of refunds processed through online tax filing software platforms, partially offset by a decrease in the number of refunds processed by traditional tax preparation providers.

**Key components of our results of operations**

*Operating Revenues*

We classify our operating revenues into the following three categories:

*Card Revenues and Other Fees* — Card revenues consist of monthly maintenance fees, ATM fees, new card fees and other revenues. We charge maintenance fees on GPR cards, checking accounts and certain cash transfer products, such as MoneyPak, pursuant to the terms and conditions in our customer agreements. We charge ATM fees to cardholders when they withdraw money at certain ATMs in accordance with the terms and conditions in our cardholder agreements. We charge new card fees, if applicable, when a consumer purchases a GPR card, gift card, or a checking account product. Other revenues consist primarily of revenue associated with our gift card program, annual fees associated with our secured credit card portfolio, transaction-based fees and fees associated with optional products or services, which we offer to cardholders from time to time.

Our aggregate monthly maintenance fee revenues vary primarily based upon the number of active accounts in our portfolio and the average fee assessed per account. Our average monthly maintenance fee per active account depends upon the mix of products in our portfolio at any given point in time and upon the extent to which fees are waived based on various incentives provided to customers in an effort to encourage higher usage and retention. Our aggregate ATM fee revenues vary based upon the number of cardholder ATM transactions and the average fee per ATM transaction. The average fee per ATM transaction depends upon the mix of products in our portfolio at any given point in time and the extent to which cardholders use ATMs within our free network that carry no fee for cash withdrawal transactions. Our aggregate new card fee revenues vary based upon the number of GPR cards and checking accounts activated and the average new card fee. The average new card fee depends primarily upon the mix of products that we sell since there are variations in new account fees based on the product and/or the location or source where our products are purchased. Our aggregate other fees vary primarily based upon account sales of all types, gift card sales, purchase transactions and the number of active accounts in our portfolio.

*Processing and Settlement Service Revenues* — Processing and settlement service revenues consist of cash transfer revenues, tax refund processing service revenues and Simply Paid disbursement revenues. We earn cash transfer revenues when consumers fund their cards through a reload transaction at a Green Dot Network retail location. Our aggregate cash transfer revenues vary based upon the mix of locations where reload transactions occur, since reload fees vary by location. We earn tax refund processing service revenues at the point in time when a customer of a third party tax preparation company chooses to pay their tax preparation fee through the use of our tax refund processing services. We earn Simply Paid disbursement fees from our business partners at the point in time payment disbursements are made.

*Interchange Revenues* — We earn interchange revenues from fees remitted by the merchant's bank, which are based on rates established by the payment networks, at the point in time when customers make purchase transactions using our products. Our aggregate interchange revenues vary based primarily on the number of active accounts in our portfolio, the average transactional volume of the active accounts in our portfolio and on the mix of cardholder purchases between those using signature identification technologies and those using personal identification numbers and the corresponding rates.

Table of Contents

***Operating Expenses***

We classify our operating expenses into the following four categories:

*Sales and Marketing Expenses* — Sales and marketing expenses consist primarily of the commissions we pay to our retail distributors, brokers and platform partners, advertising and marketing expenses, and the costs of manufacturing and distributing card packages, placards and promotional materials to our retail distributors and personalized GPR and GoBank cards to consumers who have activated their cards. We generally establish commission percentages in long-term distribution agreements with our retail distributors and platform partners. Aggregate commissions with our retail distributors are determined by the number of prepaid cards, checking account products and cash transfers sold at their respective retail stores. Commissions with our platform partners and, in certain cases, our retail distributors are determined by the revenue generated from the ongoing use of the associated card programs. We incur advertising and marketing expenses for television, sponsorships, online and in-store promotions. Advertising and marketing expenses are recognized as incurred and typically deliver a benefit over an extended period of time. For this reason, these expenses do not always track changes in our operating revenues. Our manufacturing and distribution costs vary primarily based on the number of GPR and GoBank accounts activated by consumers.

*Compensation and Benefits Expenses* — Compensation and benefits expenses represent the compensation and benefits that we provide to our employees and the payments we make to third-party contractors. While we have an in-house customer service function, we employ third-party contractors to conduct call center operations, handle routine customer service inquiries and provide consulting support in the area of IT operations and elsewhere. Compensation and benefits expenses associated with our customer service and loss management functions generally vary in line with the size of our active account portfolio, while the expenses associated with other functions do not.

*Processing Expenses* — Processing expenses consist primarily of the fees charged to us by the payment networks, which process transactions for us, the third-party card processors that maintains the records of our customers' accounts and processes transaction authorizations and postings for us and the third-party banks that issue our accounts. These costs generally vary based on the total number of active accounts in our portfolio and gross dollar volume transacted by those accounts. Also included in processing expenses are bank fees associated with our tax refund processing services and gateway and network fees associated with our Simply Paid disbursement services. Bank fees generally vary based on the total number of tax refund transfers processed and gateway and network fees vary based on the numbers of disbursements made.

*Other General and Administrative Expenses* — Other general and administrative expenses consist primarily of professional service fees, telephone and communication costs, depreciation and amortization of our property and equipment and intangible assets, changes in contingent consideration, transaction losses (losses from customer disputed transactions, unrecovered customer purchase transaction overdrafts and fraud), rent and utilities, and insurance. We incur telephone and communication costs primarily from customers contacting us through our toll-free telephone numbers. These costs vary with the total number of active accounts in our portfolio, as do losses from customer disputed transactions, unrecovered customer purchase transaction overdrafts and fraud. Costs associated with professional services, depreciation and amortization of our property and equipment, amortization of our acquired intangible assets, rent and utilities vary based upon our investment in infrastructure, business development, risk management and internal controls and are generally not correlated with our operating revenues or other transaction metrics.

***Income Tax Expense***

Our income tax expense consists of the federal and state corporate income taxes accrued on income resulting from the sale of our products and services.

**Critical Accounting Policies and Estimates**

Reference is made to the critical accounting policies and estimates disclosed in Management's Discussion and Analysis of Financial Condition and Results of Operations included in our Annual Report on Form 10-K for the year ended December 31, 2017. Except as disclosed in *Note 2 — Summary of Significant Accounting Policies* under *Recently Adopted Accounting Pronouncements* to the Consolidated Financial Statements included herein, there have been no changes to our critical accounting policies and estimates during the six months ended June 30, 2018.

**Recent Accounting Pronouncements**

Reference is made to the recent accounting pronouncements disclosed in *Note 2 — Summary of Significant Accounting Policies* to the Consolidated Financial Statements included herein.

Table of Contents

**Comparison of Three-Month Periods Ended June 30, 2018 and 2017**

*Operating Revenues*

The following table presents a breakdown of our operating revenues among card revenues and other fees, processing and settlement service revenues and interchange revenues:

| | Three Months Ended June 30, | | | | |
| | 2018 | | 2017 | | |
| | Amount | % of Total Operating Revenues | | Amount | % of Total Operating Revenues |
| | | (In thousands, except percentages) | | | |
| Operating revenues: | | | | | |
| Card revenues and other fees | $ 120,783 | 46.7% | $ | 107,340 | 48.2% |
| Processing and settlement service revenues | 60,618 | 23.5 | | 51,675 | 23.2 |
| Interchange revenues | 76,948 | 29.8 | | 63,533 | 28.6 |
| Total operating revenues | $ 258,349 | 100.0% | $ | 222,548 | 100.0% |

*Card Revenues and Other Fees* — Card revenues and other fees totaled $120.8 million for the three months ended June 30, 2018, an increase of $13.5 million, or 13%, from the comparable prior year period. The increase is attributable to the year-over-year growth in the number of active accounts and the improved engagement by our account holders, resulting in increased revenues associated with ATM fees, monthly maintenance fees, transaction-based fees and new card fees earned within our Account Services segment.

*Processing and Settlement Service Revenues* — Processing and settlement service revenues totaled $60.6 million for the three months ended June 30, 2018, an increase of $8.9 million, or 17%, from the comparable prior year period. The increase was driven primarily by a higher transaction volume and revenue earned per cash transfer, higher volume of tax refunds processed and an increase in disbursement transactions processed by our Simply Paid platform.

*Interchange Revenues* — Interchange revenues totaled $76.9 million for the three months ended June 30, 2018, an increase of $13.4 million, or 21%, from the comparable prior year period. The increase was primarily due to an increase in purchase volume during the three months ended June 30, 2018.

*Operating Expenses*

The following table presents a breakdown of our operating expenses among sales and marketing, compensation and benefits, processing, and other general and administrative expenses:

| | Three Months Ended June 30, | | | | |
| | 2018 | | 2017 | | |
| | Amount | % of Total Operating Revenues | | Amount | % of Total Operating Revenues |
| | | (In thousands, except percentages) | | | |
| Operating expenses: | | | | | |
| Sales and marketing expenses | $ 82,478 | 31.9% | $ | 70,144 | 31.5% |
| Compensation and benefits expenses | 54,478 | 21.1 | | 50,866 | 22.9 |
| Processing expenses | 46,363 | 17.9 | | 44,754 | 20.1 |
| Other general and administrative expenses | 47,849 | 18.5 | | 36,593 | 16.5 |
| Total operating expenses | $ 231,168 | 89.4% | $ | 202,357 | 91.0% |

*Sales and Marketing Expenses* — Sales and marketing expenses totaled $82.5 million for the three months ended June 30, 2018, an increase of $12.4 million, or 18% from the comparable prior year period. This increase was primarily driven by an increase in sales commissions associated with higher revenues generated from products that are subject to revenue-sharing agreements, partially offset by a year-over-year decrease of $1.2 million in advertising expenses.

*Compensation and Benefits Expenses* — Compensation and benefits expenses totaled $54.5 million for the three months ended June 30, 2018, an increase of $3.6 million or 7% from the comparable prior year period. The increase was primarily the result of $2.6 million in higher third party contractor expenses in support of our growth initiatives in 2018 and a $1.4 million increase in employee stock-based compensation.

*Processing Expenses* — Processing expenses totaled $46.4 million for the three months ended June 30, 2018, an increase of $1.6 million or 4% from the comparable prior year period. This increase was principally the result of higher volume of ATM and purchase transactions initiated by our account holders and higher merchant acquiring costs

33

*Processing Expenses* — Processing expenses totaled $46.4 million for the three months ended June 30, 2018, an increase of $1.6 million or 4% from the comparable prior year period. This increase was principally the result of higher volume of ATM and purchase transactions initiated by our account holders and higher merchant acquiring costs

associated with peer-to-peer payment activity on our mobile-only accounts by our cardholders within our Account Services segment. The year-over-year increase was also attributable to the growth in disbursement transactions processed by our Simply Paid platform within our Processing and Settlement Services segment.

*Other General and Administrative Expenses* — Other general and administrative expenses totaled $47.8 million for the three months ended June 30, 2018, an increase of $11.2 million or 31%, from the comparable prior year period primarily due to an increase in transaction losses correlated with the increase in purchase volume relative to the comparable prior year period. Additionally, the comparable prior year period had a favorable reduction in our contingent consideration liability of $7.5 million and there was no such reduction for the three months ended June 30, 2018. These increases were partially offset by a year-over-year decrease in legal expenses primarily resulting from a $3.5 million legal settlement during the three months ended June 30, 2017.

### Income Tax Expense

The following table presents a breakdown of our effective tax rate among federal, state and other:

| | Three Months Ended June 30, | |
| --- | --- | --- |
| | **2018** | **2017** |
| U.S. federal statutory tax rate | **21.0 %** | 35.0 % |
| State income taxes, net of federal tax benefit | **(0.3)** | (5.7) |
| General business credits | **(0.8)** | (5.4) |
| Employee stock-based compensation | **(17.8)** | (17.3) |
| Other | **2.6** | 1.6 |
| Effective tax rate | **4.7 %** | 8.2 % |

Our income tax expense decreased year-over-year by $0.2 million to $1.5 million for the three months ended June 30, 2018 due to a decrease in our effective tax rate from 8.2% to 4.7%. Our effective tax rate decreased primarily due to the Tax Act, which reduced the US federal corporate tax rate from 35% to 21%, as well as excess tax benefits recognized during the period related to our employee stock-based compensation expense. These decreases were offset by higher business credits and state income tax benefits recorded in the comparable prior year period.

The "Other" category in our effective tax rate consists of a variety of permanent differences, none of which were individually significant.

### Comparison of Six-Month Periods Ended June 30, 2018 and 2017

### Operating Revenues

The following table presents a breakdown of our operating revenues among card revenues and other fees, processing and settlement service revenues and interchange revenues:

| | Six Months Ended June 30, | | | | |
| --- | --- | --- | --- | --- | --- |
| | **2018** | | | **2017** | |
| | **Amount** | **% of Total Operating Revenues** | | **Amount** | **% of Total Operating Revenues** |
| | | (In thousands, except percentages) | | | |
| Operating revenues: | | | | | |
| Card revenues and other fees | $ **250,843** | **43.8%** | $ | 208,309 | 43.8% |
| Processing and settlement service revenues | **160,858** | **28.1** | | 142,350 | 29.9 |
| Interchange revenues | **161,646** | **28.1** | | 124,890 | 26.3 |
| Total operating revenues | $ **573,347** | **100.0%** | $ | 475,549 | 100.0% |

*Card Revenues and Other Fees* — Card revenues and other fees totaled $250.8 million for the six months ended June 30, 2018, an increase of $42.5 million, or 20%, from the comparable prior year period. This increase was driven by the same factors discussed above under "Comparison of Three-Month Periods Ended June 30, 2018 and 2017—Operating Revenues—Card Revenues and Other Fees."

*Processing and Settlement Service Revenues* — Processing and settlement service revenues totaled $160.9 million for the six months ended June 30, 2018, an increase of $18.5 million, or 13%, from the comparable prior year period. This increase was driven by the same factors discussed above under "Comparison of Three-Month Periods Ended June 30, 2018 and 2017—Operating Revenues—Processing and Settlement Service Revenues."

34

Table of Contents

*Interchange Revenues* — Interchange revenues totaled $161.6 million for the six months ended June 30, 2018, an increase of $36.7 million, or 29%, from the comparable prior year period. This increase was driven by the same factors discussed above under "Comparison of Three-Month Periods Ended June 30, 2018 and 2017—Operating Revenues—Interchange Revenues."

### Operating Expenses

The following table presents a breakdown of our operating expenses among sales and marketing, compensation and benefits, processing, and other general and administrative expenses:

| | Six Months Ended June 30, | | | | |
| | 2018 | | | 2017 | |
| | Amount | % of Total Operating Revenues | | Amount | % of Total Operating Revenues |
| | | (In thousands, except percentages) | | | |
|---|---|---|---|---|---|
| Operating expenses: | | | | | |
| Sales and marketing expenses | $ 174,446 | 30.4% | $ | 141,829 | 29.8% |
| Compensation and benefits expenses | 108,985 | 19.0 | | 92,084 | 19.4 |
| Processing expenses | 94,788 | 16.5 | | 85,696 | 18.0 |
| Other general and administrative expenses | 91,567 | 16.0 | | 74,373 | 15.6 |
| Total operating expenses | $ 469,786 | 81.9% | $ | 393,982 | 82.8% |

*Sales and Marketing Expenses* — Sales and marketing expenses totaled $174.4 million for the six months ended June 30, 2018, an increase of $32.6 million, or 23% from the comparable period in 2017. This increase was principally the result of an increase in sales commissions associated with higher revenues generated from products that are subject to revenue-sharing agreements.

*Compensation and Benefits Expenses* — Compensation and benefits expenses totaled $109.0 million for the six months ended June 30, 2018, an increase of $16.9 million or 18% from the comparable prior year period. The increase was principally the result of $11.4 million in higher salaries and wages and third party contractor expenses in support of our growth initiatives in 2018 and a $4.2 million increase in employee stock-based compensation.

*Processing Expenses* — Processing expenses totaled $94.8 million for the six months ended June 30, 2018, an increase of $9.1 million or 11% from the comparable period in 2017. This increase was driven by the same factors discussed above under "Comparison of Three-Month Periods Ended June 30, 2018 and 2017—Operating Expenses—Processing Expenses."

*Other General and Administrative Expenses* — Other general and administrative expenses totaled $91.6 million for the six months ended June 30, 2018, an increase of $17.2 million or 23%, from the comparable period in 2017 primarily due to an increase in transaction losses correlated with the increase in purchase volume relative to the comparable prior year period. Additionally, the comparable prior year period had a favorable reduction in our contingent consideration liability of $7.5 million, of which there was no such reduction for the six months ended June 30, 2018 and an increase of $2.7 million in depreciation and amortization expense of property and equipment and intangible assets. These increases were partially offset by a year-over-year decrease in legal expenses primarily resulting from a $3.5 million legal settlement during the six months ended June 30, 2017.

### Income Tax Expense

The following table presents a breakdown of our effective tax rate among federal, state and other:

| | Six Months Ended June 30, | |
| | 2018 | 2017 |
|---|---|---|
| U.S. federal statutory tax rate | 21.0 % | 35.0 % |
| State income taxes, net of federal tax benefit | 0.6 | (0.4) |
| General business credits | (0.7) | (2.1) |
| Employee stock-based compensation | (12.2) | (5.1) |
| Other | 1.9 | 0.8 |
| Effective tax rate | 10.6 % | 28.2 % |

35

Table of Contents

Our income tax expense decreased by $11.6 million to $12.0 million for the six months ended June 30, 2018 from the comparable period in 2017 due to the same factors discussed above under "Comparison of Three-Month Periods Ended June 30, 2018 and 2017—Income Tax Expense."

The "Other" category in our effective tax rate consists of a variety of permanent differences, none of which were individually significant.

**Liquidity and Capital Resources**

The following table summarizes our major sources and uses of cash for the periods presented:

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2018 | 2017 |
| | (In thousands) | |
| Total cash provided by (used in) | | |
| Operating activities | $ 167,690 | $ 143,705 |
| Investing activities | (70,383) | (161,100) |
| Financing activities | 11,292 | (83,468) |
| Increase (decrease) in unrestricted cash, cash equivalents and restricted cash | $ 108,599 | $ (100,863) |

For the six months ended June 30, 2018 and 2017, we financed our operations primarily through our cash flows generated from operations. As of June 30, 2018, our primary source of liquidity was unrestricted cash and cash equivalents totaling $1.1 billion. We also consider our $191.0 million of available-for-sale investment securities to be highly-liquid instruments.

We use trend and variance analysis as well as our detailed budgets and forecasts to project future cash needs, making adjustments to the projections when needed. We believe that our current unrestricted cash and cash equivalents, cash flows from operations and borrowing capacity under our senior credit facility will be sufficient to meet our working capital, capital expenditure and debt service requirements, as discussed below.

*Cash Flows from Operating Activities*

Our $167.7 million of net cash provided by operating activities during the six months ended June 30, 2018 was primarily the result of $99.9 million of net income, adjusted for certain non-cash operating items of $56.9 million and increases in net changes in our working capital assets and liabilities of $10.9 million. Our $143.7 million of net cash provided by operating activities in the six months ended June 30, 2017 was primarily the result of $60.0 million of net income, adjusted for certain non-cash operating items of $43.3 million and increases in net changes in our working capital assets and liabilities of $40.4 million, driven principally by the utilization of our prior year income tax receivable to offset current year payments and the collection of short term advances from ERO tax partners.

*Cash Flows from Investing Activities*

Our $70.4 million of net cash used in investing activities in the six months ended June 30, 2018 was due to the purchase of available-for-sale investment securities, net of proceeds from sales and maturities, of $38.7 million and the acquisition of property and equipment of $27.4 million. Our $161.1 million of net cash used in investing activities in the six months ended June 30, 2017 reflects payments related to our acquisition of UniRush of $141.5 million (net of cash acquired) and the acquisition of property and equipment of $20.9 million, offset by proceeds from available-for-sale investment securities, net of purchases, sales and maturities, of $4.1 million.

*Cash Flows from Financing Activities*

Our $11.3 million of net cash provided by financing activities during the six months ended June 30, 2018 was primarily the result of an increase of $45.9 million in customer deposits and $16.4 million in stock option exercise proceeds, offset by $24.4 million in tax payments made to net settle equity awards, a decrease of $12.7 million in obligations to customers and $11.3 million in repayments of our notes payable.

Our $83.5 million of net cash used in financing activities during the six months ended June 30, 2017 was primarily the result of $50.0 million used for repurchases under our stock repurchase program, a decrease of $33.1 million in customer deposits and $11.3 million in net repayments of our notes payable, offset by stock option exercise proceeds of $16 million. In connection with our acquisition of UniRush, we borrowed $75 million under our Revolving Facility and issued additional subordinated notes payable of $20 million to the selling shareholders of UniRush. These amounts

Table of Contents

were repaid during the six months ended June 30, 2017. Additionally, during the six months ended June 30, 2017, we borrowed and repaid in full an aggregate of $260 million under our Revolving Facility in connection with managing our short term working capital needs.

## Commitments

We anticipate that we will continue to purchase property and equipment as necessary in the normal course of our business. The amount and timing of these purchases and the related cash outflows in future periods is difficult to predict and is dependent on a number of factors including the hiring of employees, the rate of change of computer hardware and software used in our business and our business outlook. During the remainder of 2018, we intend to continue to invest in new products and programs, new features for our existing products and IT infrastructure to scale and operate effectively to meet our strategic objectives. We expect these capital expenditures will exceed the amount of our capital expenditures in 2017 as we reinvest a portion of the incremental cash flow we expect to generate as a result of the Tax Act and the expected lower effective tax rate.

We have used cash to acquire businesses and technologies and we anticipate that we may continue to do so in the future. The nature of these transactions makes it difficult to predict the amount and timing of such cash requirements. We may also be required to raise additional financing to complete future acquisitions. As discussed above in *Note 4—Business Combination* to the Consolidated Financial Statements included herein, on February 28, 2017, we completed our acquisition of all the membership interests of UniRush for $142.2 million plus a minimum $4 million annual earn-out payment for five years following the closing. The earn-out payments will be made each year, with the minimum payment potentially becoming greater if certain revenue growth targets for the RushCard GPR card program are met in a given year, although any potential increase is not expected to be material to the overall purchase price.

Additionally, we may make periodic cash contributions to our subsidiary bank, Green Dot Bank, to maintain its capital, leverage and other financial commitments at levels we have agreed to with our regulators.

### Senior Credit Facility

In October 2014, we entered into a $225 million credit agreement with Bank of America, N.A., as administrative agent, Wells Fargo Bank, National Association, and other lenders party thereto. The agreement provides for (i) a $75 million five-year revolving facility (the "Revolving Facility") and (ii) a five-year $150 million term loan facility (the "Term Facility" and, together with the Revolving Facility, the "Senior Credit Facility"). At our election, loans made under the credit agreement bear interest at (1) a LIBOR rate or (2) a base rate as defined in the agreement, plus an applicable margin (4.59% as of June 30, 2018). The balance outstanding on the Term Facility was $69.2 million and $79.6 million at June 30, 2018 and December 31, 2017, respectively, net of deferred financing fees. Quarterly principal payments of $5.6 million are payable on the loans under the Term Facility. The loans made under the Term Facility mature and all amounts then outstanding thereunder are payable on October 23, 2019. There were no borrowings outstanding on our Revolving Facility at June 30, 2018. We are also subject to certain financial covenants, which include maintaining a minimum fixed charge coverage ratio and a maximum consolidated leverage ratio at the end of each fiscal quarter, as defined in the agreement, as amended. At June 30, 2018, we were in compliance with all such covenants.

### Stock Repurchase Program

Over the course of 2015, 2016 and 2017, we repurchased 6.5 million shares of our Class A Common Stock at an average price of approximately $23 under our then authorized $150 million stock repurchase program. In May 2017, our Board of Directors authorized, subject to regulatory approval, expansion of our stock repurchase program by an additional $150 million. Management and our Board of Directors periodically review opportunities for responsible and prudent capital allocation, including investing capital to support our strategic initiatives. Stock repurchases and certain other uses of capital are subject to regulatory approval and compliance with our internal and regulatory capital and liquidity requirements.

## Contractual Obligations

There have been no material changes in our contractual obligations disclosed in Management's Discussion and Analysis of Financial Condition and Results of Operations included in our Annual Report on Form 10-K for the year ended December 31, 2017.

## Off-Balance Sheet Arrangements

As of and for the six months ended June 30, 2018 and 2017, we did not have any relationships with unconsolidated organizations or financial partnerships, such as structured finance or special purpose entities that would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

Table of Contents

**Capital Requirements for Bank Holding Companies**

Our subsidiary bank, Green Dot Bank, is a member bank of the Federal Reserve System and our primary regulators are the Federal Reserve Board and the Utah Department of Financial Institutions. We are subject to various regulatory capital requirements administered by the banking agencies. Failure to meet minimum capital requirements can initiate certain mandatory actions by regulators that, if undertaken, could have a direct material effect on our financial statements. Under capital adequacy guidelines, we must meet specific capital guidelines that involve quantitative measures of the assets, liabilities and certain off-balance sheet items as calculated under regulatory accounting practices. The capital amounts and classification are also subject to qualitative judgments by the regulators about components, risk weightings and other factors.

In July 2013, the Federal Reserve and other U.S. banking regulators approved final rules regarding new risk-based capital, leverage and liquidity standards, known as "Basel III." The Basel III rules, which became effective for us and our bank on January 1, 2015, are subject to certain phase-in periods that occur over several years. The U.S. Basel III rules contain new capital standards that change the composition of capital, increase minimum capital ratios and strengthen counter-party credit risk capital requirements. The Basel III rules also include a new definition of common equity Tier 1 capital and require that certain levels of such common equity Tier 1 capital be maintained. The rules also include a new capital conservation buffer, which impose a common equity requirement above the new minimum that can be depleted under stress, and could result in restrictions on capital distributions and discretionary bonuses under certain circumstances, as well as a new standardized approach for calculating risk-weighted assets. Under the Basel III rules, we must maintain a ratio of common equity Tier 1 capital to risk-weighted assets of at least 4.5%, a ratio of Tier 1 capital to risk-weighted assets of at least 6%, a ratio of total capital to risk-weighted assets of at least 8% and a minimum Tier 1 leverage ratio of 4.0%.

As of June 30, 2018 and December 31, 2017, we were categorized as "well capitalized" under the regulatory framework for prompt corrective action. To be categorized as "well capitalized," we must maintain specific total risk-based, Tier 1 risk-based and Tier 1 leverage ratios as set forth in the table below. There are no conditions or events since June 30, 2018 which management believes would have changed our category as "well capitalized."

The definitions associated with the amounts and ratios below are as follows:

| Ratio | Definition |
| --- | --- |
| Tier 1 leverage ratio | Tier 1 capital divided by average total assets |
| Common equity Tier 1 capital ratio | Common equity Tier 1 capital divided by risk-weighted assets |
| Tier 1 capital ratio | Tier 1 capital divided by risk-weighted assets |
| Total risk-based capital ratio | Total capital divided by risk-weighted assets |

| Terms | Definition |
| --- | --- |
| Tier 1 capital and Common equity Tier 1 capital | Primarily includes common stock, retained earnings and accumulated OCI, net of deductions and adjustments primarily related to goodwill, deferred tax assets and intangibles. Under the regulatory capital rules, certain deductions and adjustments to these capital figures are phased in through January 1, 2018. |
| Total capital | Tier 1 capital plus supplemental capital items such as the allowance for loan losses, subject to certain limits |
| Average total assets | Average total consolidated assets during the period less deductions and adjustments primarily related to goodwill, deferred tax assets and intangibles assets |
| Risk-weighted assets | Represents the amount of assets or exposure multiplied by the standardized risk weight (%) associated with that type of asset or exposure. The standardized risk weights are prescribed in the bank capital rules and reflect regulatory judgment regarding the riskiness of a type of asset or exposure |

Table of Contents

The actual amounts and ratios, and required "well capitalized" minimum capital amounts and ratios at June 30, 2018 and December 31, 2017 were as follows:

| | June 30, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Amount | Ratio | Regulatory Minimum | "Well-capitalized" Minimum |
| | (In thousands, except ratios) | | | |
| **Green Dot Corporation:** | | | | |
| Tier 1 leverage | $ 309,480 | 16.9% | 4.0% | n/a |
| Common equity Tier 1 capital | $ 309,480 | 72.9% | 4.5% | n/a |
| Tier 1 capital | $ 309,480 | 72.9% | 6.0% | 6.0% |
| Total risk-based capital | $ 314,086 | 74.0% | 8.0% | 10.0% |
| **Green Dot Bank:** | | | | |
| Tier 1 leverage | $ 154,055 | 11.1% | 4.0% | 5.0% |
| Common equity Tier 1 capital | $ 154,055 | 65.2% | 4.5% | 6.5% |
| Tier 1 capital | $ 154,055 | 65.2% | 6.0% | 8.0% |
| Total risk-based capital | $ 155,255 | 65.7% | 8.0% | 10.0% |

| | December 31, 2017 | | | |
| --- | --- | --- | --- | --- |
| | Amount | Ratio | Regulatory Minimum | "Well-capitalized" Minimum |
| | (In thousands, except ratios) | | | |
| **Green Dot Corporation:** | | | | |
| Tier 1 leverage | $ 236,885 | 15.6% | 4.0% | n/a |
| Common equity Tier 1 capital | $ 236,885 | 45.3% | 4.5% | n/a |
| Tier 1 capital | $ 236,885 | 45.3% | 6.0% | 6.0% |
| Total risk-based capital | $ 240,509 | 46.0% | 8.0% | 10.0% |
| **Green Dot Bank:** | | | | |
| Tier 1 leverage | $ 95,461 | 10.2% | 4.0% | 5.0% |
| Common equity Tier 1 capital | $ 95,461 | 37.5% | 4.5% | 6.5% |
| Tier 1 capital | $ 95,461 | 37.5% | 6.0% | 8.0% |
| Total risk-based capital | $ 95,752 | 37.6% | 8.0% | 10.0% |

Table of Contents

**ITEM 3. Quantitative and Qualitative Disclosures about Market Risk**

Market risk is the potential for economic losses from changes in market factors such as foreign currency exchange rates, credit, interest rates and equity prices. We believe that we have limited exposure to risks associated with changes in foreign currency exchange rates, interest rates and equity prices. We have no significant foreign operations. We do not hold or enter into derivatives or other financial instruments for trading or speculative purposes.

*Interest rates*

We do not consider our cash and cash equivalents or our investment securities to be subject to significant interest rate risk due to their short duration.

As of June 30, 2018, we had $69.2 million in total debt outstanding under our $225.0 million credit agreement. Refer to *Note 10 — Note Payable* to the Consolidated Financial Statements included herein for additional information. Our term loan and revolving credit facility are, and are expected to be, at variable rates of interest and expose us to interest rate risk. If interest rates increase, our debt service obligations on the variable rate indebtedness would increase even though the amount borrowed remained the same, and our net income would decrease. Although any short-term borrowings under our revolving credit facility would likely be insensitive to interest rate changes, interest expense on short-term borrowings will increase and decrease with changes in the underlying short-term interest rates. Assuming our credit agreement is drawn up to its maximum borrowing capacity of $225.0 million, based on the applicable LIBOR and margin in effect as of June 30, 2018, each quarter point of change in interest rates would result in a $0.6 million change in our annual interest expense. We actively monitor our interest rate exposure and our objective is to reduce, where we deem appropriate to do so, fluctuations in earnings and cash flows associated with changes in interest rates. In order to accomplish this objective, we may enter into derivative financial instruments, such as forward contracts and interest rate hedge contracts only to the extent necessary to manage our exposure. We do not hold or enter into derivatives or other financial instruments for trading or speculative purposes.

*Credit and liquidity risk*

We do have exposure to credit and liquidity risk associated with the financial institutions that hold our cash and cash equivalents, restricted cash, available-for-sale investment securities, settlement assets due from our Simply Paid distribution partners and retail distributors that collect funds and fees from our customers, and amounts due from our issuing banks for fees collected on our behalf.

We manage the credit and liquidity risk associated with our cash and cash equivalents, available-for-sale investment securities and amounts due from issuing banks by maintaining an investment policy that restricts our correspondent banking relationships to approved, well capitalized institutions and restricts investments to highly liquid, low credit risk assets. Our policy has limits related to liquidity ratios, the concentration that we may have with a single institution or issuer and effective maturity dates as well as restrictions on the type of assets that we may invest in. The management Asset Liability Committee is responsible for monitoring compliance with our Capital Asset Liability Management policy and related limits on an ongoing basis, and reports regularly to the audit committee of our board of directors.

Our exposure to credit risk associated with our retail distributors and Simply Paid distribution partners is mitigated due to the short time period, currently an average of two days that retailer settlement assets are outstanding. We perform an initial credit review and assign a credit limit to each new retail distributor and Simply Paid distribution partner. We monitor each retail distributor's and Simply Paid distribution partner's settlement asset exposure and its compliance with its specified contractual settlement terms on a daily basis and assess their credit limit and financial condition on a periodic basis. Our management's Enterprise Risk Management Committee is responsible for monitoring our retail distributor and Simply Paid distribution partner exposure and assigning credit limits and reports regularly to the audit committee of our board of directors.

Table of Contents

**ITEM 4. Controls and Procedures**

*Disclosure controls and procedures* — Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, has evaluated the effectiveness of our disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 13d-15(e)), and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) at the end of the period covered by this report. Based on such evaluation of our disclosure controls and procedures, our Chief Executive Officer and Chief Financial Officer have concluded that, at the end of such period, our disclosure controls and procedures were effective to ensure that information required to be disclosed by us in reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosure.

*Change in internal control over financial reporting* — There was no material change in our internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) during the three months ended June 30, 2018 that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

*Limitations on Effectiveness of Controls* — Our management, including our Chief Executive Officer and Chief Financial Officer, does not expect that our disclosure controls and procedures or our internal controls will prevent all errors and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within our company have been detected.

Table of Contents

PART II

## ITEM 1. Legal Proceedings

Refer to *Note 16 — Commitments and Contingencies* to the Consolidated Financial Statements included herein for information regarding our legal proceedings.

## ITEM 1A. Risk Factors

### Risks Related to Our Business

***Our operating results may fluctuate in the future, which could cause our stock price to decline.***

Our quarterly and annual results of operations may fluctuate in the future as a result of a variety of factors, many of which are outside of our control. If our results of operations fall below the expectations of investors or any securities analysts who follow our Class A common stock, the trading price of our Class A common stock could decline substantially. Fluctuations in our quarterly or annual results of operations might result from a number of factors, including, but not limited to:

- the timing and volume of purchases, use and reloads of our prepaid cards and other products and services;
- the timing and volume of tax refunds processed by us, including the impact of any general delays in tax refund disbursements from the U.S. and State Treasuries;
- the timing and success of new product or service introductions by us or our competitors;
- seasonality in the purchase or use of our products and services;
- changes in the level of interchange rates that can be charged;
- fluctuations in customer retention rates;
- changes in the mix of products and services that we sell;
- changes in the mix of retail distributors through which we sell our products and services;
- the timing of commencement, renegotiation or termination of relationships with significant retail distributors and network acceptance members;
- the timing of commencement of new product development and initiatives, the timing of costs of existing product roll-outs to new retail distributors and the length of time we must invest in those new products, channels or retail distributors before they generate material operating revenues;
- our ability to effectively sell our products through online and direct mail marketing initiatives;
- changes in our or our competitors' pricing policies or sales terms;
- significant changes in our risk policies and controls;
- the amount and timing of costs related to fraud losses;
- the amount and timing of commencement and termination of major advertising campaigns, including sponsorships;
- the amount and timing of costs related to the development or acquisition of complementary businesses;
- the amount and timing of costs of any major litigation to which we are a party;
- disruptions in the performance of our products and services, including interruptions in the services we provide to other businesses, and the associated financial impact thereof;
- the amount and timing of capital expenditures and operating costs related to the maintenance and expansion of our business, operations and infrastructure;
- accounting charges related to impairment of goodwill and other intangible assets;
- our ability to control costs, including third-party service provider costs and sales and marketing expenses in an increasingly competitive market;
- volatility in the trading price of our Class A common stock, which may lead to higher or lower stock-based compensation expenses; and

42

Table of Contents

- changes in the political or regulatory environment affecting the banking or electronic payments industries generally or the industries for prepaid financial services and tax refund processing specifically.

***The loss of operating revenues from Walmart or any of our largest retail distributors would adversely affect our business.***

Most of our operating revenues are derived from prepaid financial services sold at our four largest retail distributors. As a percentage of total operating revenues, operating revenues derived from products and services sold at the store locations of Walmart was approximately 37% and 35% for the three and six months ended June 30, 2018, respectively. We expect that Walmart will continue to have a significant impact on our operating revenues in future periods, particularly in our Account Services segment. It would be difficult to replace Walmart and the operating revenues derived from products and services sold at their stores. Accordingly, the loss of Walmart would have a material adverse effect on our business and results of operations. In addition, any publicity associated with the loss of any of our large retail distributors could harm our reputation, making it more difficult to attract and retain consumers and other retail distributors, and could lessen our negotiating power with our remaining and prospective retail distributors.

The term of our Walmart Money Card agreement (which governs the MoneyCard program) expires on May 1, 2020, unless renewed under its automatic renewal provision which provide for a two-year extension. Our contracts with our three other largest retail distributors have terms that expire at various dates through 2021. Our contracts with Walmart and our three other largest retail distributors can in limited circumstances, such as our material breach or insolvency or, in the case of Walmart, our failure to meet agreed-upon service levels, certain changes in control, and our inability or unwillingness to agree to requested pricing changes, be terminated by these retail distributors on relatively short notice. There can be no assurance that we will be able to continue our relationships with our largest retail distributors on the same or more favorable terms in future periods or that our relationships will continue beyond the terms of our existing contracts with them. Our operating revenues and results of operations could suffer if, among other things, any of our retail distributors renegotiates, terminates or fails to renew, or to renew on similar or favorable terms, its agreement with us or otherwise chooses to modify the level of support it provides for our products.

***Our base of tax preparation partners is concentrated and the performance of our Processing and Settlement Services segment depends in part on our ability to retain existing partners.***

If one or more of our major tax preparation partners were to substantially reduce or stop offering our services to their customers, our tax refund processing services business, a component of our Processing and Settlement Services segment, results of operations and financial condition would be harmed. Substantially all the revenues we generate from our tax refund processing services business have come from sales through a relatively small number of tax preparation firms. We do not have long-term contractual commitments from any of our current tax preparation partners and our tax preparation partners may elect to not renew their contracts with us with little or no advance notice. As a result, we cannot be assured that any of our current tax preparation partners will continue to partner with us past the terms in their current agreements. A termination of our relationships with certain tax preparation partners that provide commercial tax preparation software would result in lost revenue and the loss of the ability to secure future relationships with new or existing tax preparation firms that use such tax software.

***Our future success depends upon the active and effective promotion of our products and services by retail distributors and tax preparation partners, but their interests and operational decisions might not always align with our interests.***

Most of our operating revenues are derived from our products and services sold at the stores of our retail distributors. In addition, a large portion of our Processing and Settlement Services revenues are dependent on tax preparation partners as the revenues we generate from our tax refund processing services are largely derived from products and services sold through retail tax preparation businesses and income tax software providers. Revenues from our retail distributors and tax preparation partners depend on a number of factors outside our control and may vary from period to period. Because we compete with many other providers of products and services, including competing prepaid cards and tax refund processing services, for placement and promotion of products in the stores of our retail distributors or in conjunction with the delivery of tax preparation services by our tax preparation providers, our success depends on our retail distributors and tax preparation partners and their willingness to promote our products and services successfully. In general, our contracts with these third parties allow them to exercise significant discretion over the placement and promotion of our products and services; they could give higher priority to the products and services of other companies for a variety of reasons. Accordingly, losing the support of our retail distributors and tax preparation partners might limit or reduce the sales of our products and services. Our operating revenues and operating expenses may also be negatively affected by operational decisions by our retail distributors and tax preparation partners. For example, if a retail distributor reduces shelf space for our products or implements changes in its systems that disrupt the integration between its systems and ours, our product sales could be reduced or decline and we may incur additional

43

Table of Contents

merchandising costs to ensure our products are appropriately stocked. Similarly, for a variety of reasons, many of our tax preparation partners that provide commercial income tax preparation software offer their customers several types for tax refund processing services, including those of our competitors. Even if our retail distributors and tax preparation partners actively and effectively promote our products and services, there can be no assurance that their efforts will maintain or result in growth of our operating revenues.

### We make significant investments in products and services that may not be successful.

Our prospects for growth depend on our ability to innovate by offering new, and adding value to our existing, product and service offerings and on our ability to effectively commercialize such innovations. We will continue to make investments in research, development, and marketing for new products and services, such as these or others. Investments in new products and services are speculative. Commercial success depends on many factors, including innovativeness, price, the competitive environment and effective distribution and marketing. If customers do not perceive our new offerings as providing significant value, they may fail to accept our new products and services, which would negatively impact our operating revenues. We may not achieve significant operating revenues from new product and service investments for a number of years, if at all. Moreover, new products and services may not be profitable, and even if they are profitable, operating margins for new products and services may not be as high as the margins we have experienced in the past.

### Our operating revenues for a particular period are difficult to predict, and a shortfall in our operating revenues may harm our results of operations.

Our operating revenues for a particular period are difficult to predict. Our total operating revenues may decline or grow at a slower rate than in prior periods. Our ability to meet financial expectations could be adversely affected by various factors, such as delays in implementing or realizing expected benefits from revenue growth activities and BaaS programs, increased competition within the store locations of many of our largest retail distributors and reputational damage and unreimbursed losses associated with disruption in the performance of our products and services.

Our ability to increase account usage and account holder retention and to attract new long-term users of our products can also have a significant effect on our operating revenues. We may be unable to generate increases in account usage, account holder retention or attract new long-term users of our products for a number of reasons, including our inability to maintain our existing distribution channels, the failure of our cardholder retention and usage incentives to influence account holder behavior, our inability to predict accurately consumer preferences or industry changes and to modify our products and services on a timely basis in response thereto, and our inability to produce new features and services that appeal to existing and prospective customers. As a result, our results of operations could vary materially from period to period based on the degree to which we are successful in increasing usage and retention and attracting long-term users of our products.

Either of the above factors could have a material adverse impact on our business, operating results and financial condition.

### Seasonal fluctuations in the use of our products and services impact our results of operations and cash flows.

Our results of operations and cash flows vary from quarter to quarter, and periodically decline, due to the seasonal nature of the use of our products and services. For example, our results of operations for the first half of each year have been favorably affected by large numbers of taxpayers electing to receive their tax refunds via direct deposit on our accounts, which caused our operating revenues to be typically higher in the first halves of those years than they were in the corresponding second halves of those years. Our tax refund processing services business is also highly seasonal as it generates the substantial majority of its revenue in the first quarter, and substantially all of its revenue in the first half of each calendar year. Additionally, since the first quarter of 2018, our new business relationship with Intuit's TurboTax software has been an incremental driver of active accounts and revenue for our Account Services segment, particularly during tax season. To the extent that seasonal fluctuations become more pronounced, or are not offset by other factors, our results of operations and cash flows from operating activities could fluctuate materially from period to period.

### The industries in which we compete are highly competitive, which could adversely affect our results of operations.

The prepaid financial services and tax refund services industries are highly competitive and include a variety of financial and non-financial services vendors. We expect conditions in the markets in which we compete will remain highly competitive. For example, Walmart, CVS and other retail distributors have been selling competitive products at their store locations for the past several years. Competition is expected to negatively impact our operating revenues, and could cause us to compete on the basis of price or increase our sales and marketing expenses, any of which

Table of Contents

would likely seriously harm our business, results of operations and financial condition. Our current and potential competitors include:

- prepaid card program managers, such as American Express, First Data, Total Systems Services, and traditional banks, such as J.P. Morgan Chase;

- reload network providers, such as Visa, Western Union and MoneyGram;

- prepaid card distributors, such as InComm and Blackhawk Network; and

- providers of tax refund processing services, including tax preparation businesses with their own internally-developed products and services and independent providers, such as Republic Bank & Trust Company.

Some of these vendors compete with us in more than one of the vendor categories described above, while others are primarily focused in a single category. In addition, competitors in one category have worked or are working with competitors in other categories to compete with us. We also face actual and potential competition from retail distributors or from other companies that have decided or may in the future decide to compete, or compete more aggressively, in the prepaid financial services industry. Similarly, some of our tax preparation partners have developed or may seek to develop their own products and services that compete with our tax refund processing services.

We also compete with businesses outside of the prepaid financial services industry, including traditional providers of financial services, such as banks that offer demand deposit accounts and card issuers that offer credit cards, private label retail cards and gift cards. In particular, our GoBank and secured card products are designed to compete directly with traditional service providers, such as banks and credit card companies, by providing products and services that they have traditionally provided. These and other competitors in the larger electronic payments industry are introducing innovative products and services that may compete with ours. We expect that this competition will continue as the prepaid financial services industry and the larger banking and electronic payments industry continues to evolve. We also expect to compete with businesses outside the traditional tax refund processing services industry in the future as new entrants seek to develop software solutions that may replace the need for our tax refund processing services.

Many existing and potential competitors have longer operating histories and greater name recognition than we do. In addition, many of our existing and potential competitors are substantially larger than we are, may already have or could develop substantially greater financial and other resources than we have, may offer, develop or introduce a wider range of programs and services than we offer or may use more effective advertising and marketing strategies than we do to achieve broader brand recognition, customer awareness and retail penetration. We could also experience increased price competition. If this happens, we expect that the purchase and use of our products and services would decline. If price competition materially intensifies, we may have to increase the incentives that we offer to our retail distributors and our tax preparation partners and decrease the prices of our products and services, any of which would likely adversely affect our results of operations.

Our long-term success depends on our ability to compete effectively against existing and potential competitors that seek to provide prepaid cards or other electronic payment products and services or tax refund processing services. If we fail to compete effectively against these competitors, our revenues, results of operations, prospects for future growth and overall business could be materially and adversely affected.

***Acquisitions or investments could disrupt our business and harm our financial condition.***

We have in the past acquired, and we expect to acquire in the future, other businesses and technologies. The process of integrating an acquired business, product, service or technology can involve a number of special risks and challenges, including:

- increased regulatory and compliance requirements;

- implementation or remediation of controls, procedures and policies at the acquired company;

- diversion of management time and focus from operation of our then-existing business;

- integration and coordination of product, sales, marketing, program and systems management functions;

- transition of the acquired company's users and customers onto our systems;

- integration of the acquired company's accounting, information management, human resource and other administrative systems and operations generally with ours;

- integration of employees from the acquired company into our organization;

- loss or termination of employees, including costs associated with the termination or replacement of those employees;

45

- liability for activities of the acquired company prior to the acquisition, including violations of law, commercial disputes, and tax and other known and unknown liabilities; and

- increased litigation or other claims in connection with the acquired company, including claims brought by terminated employees, customers, former stockholders or other third parties.

If we are unable to successfully integrate an acquired business or technology or otherwise address these special risks and challenges or other problems encountered in connection with an acquisition, we might not realize the anticipated benefits of that acquisition, we might incur unanticipated liabilities or we might otherwise suffer harm to our business generally. Unanticipated costs, delays or other operational or financial problems related to integrating the acquired company and business with our company may result in the diversion of our management's attention from other business issues and opportunities. To integrate acquired businesses, we must implement our technology systems in the acquired operations and integrate and manage the personnel of the acquired operations. We also must effectively integrate the different cultures of acquired business organizations into our own in a way that aligns various interests, and may need to enter new markets in which we have no or limited experience and where competitors in such markets have stronger market positions. Failures or difficulties in integrating the operations of the businesses that we acquire, including their personnel, technology, compliance programs, risk management systems, financial systems, distribution and general business operations and procedures, marketing, promotion and other relationships, may affect our ability to grow and may result in us incurring asset impairment or restructuring charges. Furthermore, acquisitions and investments are often speculative in nature and the actual benefits we derive from them could be lower or take longer to materialize than we expect.

To the extent we pay the consideration for any future acquisitions or investments in cash, it would reduce the amount of cash available to us for other purposes. Future acquisitions or investments could also result in dilutive issuances of our equity securities or the incurrence of debt, contingent liabilities, amortization expenses, or goodwill impairment charges, any of which could harm our financial condition and negatively impact our stockholders.

***Fraudulent and other illegal activity involving our products and services could lead to reputational damage to us, reduce the use and acceptance of our cards and reload network, reduce the use of our tax refund processing services, and may adversely affect our financial position and results of operations.***

Criminals are using increasingly sophisticated methods to engage in illegal activities involving prepaid cards, reload products, checking accounts or customer information. Illegal activities involving our products and services often include malicious social engineering schemes, where people are asked to provide a prepaid card or reload product in order to obtain a loan or purchase goods or services. Illegal activities may also include fraudulent payment or refund schemes and identity theft. We rely upon third parties for transaction processing services, which subjects us and our customers to risks related to the vulnerabilities of those third parties. A single significant incident of fraud, or increases in the overall level of fraud, involving our cards and other products and services, have in the past and could in the future result in reputational damage to us. Such damage could reduce the use and acceptance of our cards and other products and services, cause retail distributors or network acceptance members to cease doing business with us or lead to greater regulation that would increase our compliance costs. Fraudulent activity could also result in the imposition of regulatory sanctions, including significant monetary fines, which could adversely affect our business, results of operations and financial condition.

In addition, to address the challenges we face with respect to fraudulent activity, we have implemented risk control mechanisms that have made it more difficult for all customers, including legitimate customers, to obtain and use our products and services. We believe it is likely that our risk control mechanisms may continue to adversely affect our new card activations from legitimate customers for the foreseeable future and that our operating revenues will be negatively impacted as a result.

***As a bank holding company, we are subject to extensive and potentially changing regulation and may be required to serve as a source of strength for Green Dot Bank, which may adversely affect our business, financial position and results of operations.***

As a bank holding company, we are subject to comprehensive supervision and examination by the Federal Reserve Board and the State of Utah Department of Financial Institutions and must comply with applicable regulations and other commitments we have agreed to, including financial commitments in respect to minimum capital and leverage requirements. If we fail to comply with any of these requirements, we may become subject to formal or informal enforcement actions, proceedings, or investigations, which could result in regulatory orders, restrictions on our business operations or requirements to take corrective actions, which may, individually or in the aggregate, affect our results of operations and restrict our ability to grow. If we fail to comply with the applicable capital and leverage requirements, or if our subsidiary bank fails to comply with its applicable capital and leverage commitments, the Federal Reserve Board may limit our ability to pay dividends or fund stock repurchases, or if we become less than adequately capitalized,

46

Case 2:19-cv-10701-FLA-E   Document 155-4   Filed 04/25/25   Page 84 of 140   Page ID #:4601

Table of Contents

require us to raise additional capital. In addition, as a bank holding company and a financial holding company, we are generally prohibited from engaging, directly or indirectly, in any activities other than those permissible for bank holding companies and financial holding companies. This restriction might limit our ability to pursue future business opportunities which we might otherwise consider but which might fall outside the scope of permissible activities.

***A substantial portion of Green Dot Bank's deposit liabilities are currently classified as brokered deposits, and the failure by Green Dot Bank to maintain its status as a "well-capitalized" institution could have a serious adverse effect on Green Dot Bank's ability to conduct key portions of its current deposit-taking activity.***

On January 5, 2015, the FDIC published industry guidance in the form of Frequently Asked Questions ("FAQs") with respect to, among other things, the categorization of deposit liabilities as "brokered" deposits. This guidance was later supplemented on November 13, 2015, and June 30, 2016. Based on this guidance, a vast majority of Green Dot Bank's deposits are currently classified as brokered. If Green Dot Bank ceases to be categorized as "well capitalized" under banking regulations, it could be prohibited from accepting, renewing or rolling over brokered deposits without the consent of the FDIC. In such a case, the FDIC's refusal to grant consent to our accepting, renewing or rolling over brokered deposits could materially adversely effect the financial condition and operations of Green Dot Bank and the Company and could effectively restrict the ability of Green Dot Bank to operate its business lines as presently conducted.

***Changes in laws and regulations to which we are subject, or to which we may become subject, may increase our costs of operation, decrease our operating revenues and disrupt our business.***

The provision of banking services, prepaid financial services and tax refund processing services is highly regulated and, from time to time, the laws and regulations affecting these industries, and the manner in which they are interpreted, are subject to change and legal action. Accordingly, changes in laws and regulations or the interpretation or enforcement thereof may occur that could increase our compliance and other costs of doing business, require significant systems redevelopment, or render our products or services less profitable or obsolete, any of which could have an adverse effect on our results of operations. For example, we could face more stringent anti-money laundering rules and regulations, as well as more stringent licensing rules and regulations, compliance with which could be expensive and time consuming. In addition, adverse rulings relating to the industries in which we participate could cause our products and services to be subject to additional laws and regulations, which could make our products and services less profitable.

If additional regulatory requirements were imposed on the sale of our products and services and our bank, the requirements could lead to a loss of retail distributors, tax preparation partners or other business partners, which, in turn, could materially and adversely impact our operations. Moreover, if our products are adversely impacted by the interpretation or enforcement of these regulations or we or any of our retail distributors or tax preparation partners were unwilling or unable to make any such operational changes to comply with the interpretation or enforcement thereof, we would no longer be able to sell our products and services through that noncompliant retail distributor or tax preparation partner, which could have a material adverse effect on our business, financial position and results of operations.

State and federal legislators and regulatory authorities are increasingly focused on the banking and consumer financial services industries, and may propose and adopt new legislation that could result in significant adverse changes in the regulatory landscape for financial institutions and financial services companies.

If new regulations or laws result in changes in the way we are regulated, these regulations could expose us to increased regulatory oversight, more burdensome regulation of our business, and increased litigation risk, each of which could increase our costs and decrease our operating revenues. Furthermore, limitations placed on fees we charge or the disclosures that must be provided with respect to our products and services could increase our costs and decrease our operating revenues.

***Changes in laws and regulations, or our failure to comply with existing laws and regulations, applicable to our tax refund-related services could have a material adverse effect on our business, prospects, results of operations, and financial condition.***

We derive a significant portion of our total operating revenues and earnings from tax refund processing and settlement services. The tax preparation industry is regulated under a variety of statutes in addition to those regulations currently applicable to our prepaid products and services, all of which are subject to change and which may impose significant costs, limitations or prohibitions on the way we conduct or expand our tax refund processing and related services. In recent years, state legislators, state attorneys general, and regulators have increased their focus on the tax preparation industry including tax refund processing services and the use thereof by tax preparation firms. Laws making such services less profitable, or even unprofitable, could be passed in any state at any time or existing laws could expire or be amended, any of which could have a material adverse effect on our business, prospects, results of operations, and financial condition. State regulators have broad discretionary power and may impose new

Table of Contents

requirements, interpret or enforce existing regulatory requirements in different ways or issue new administrative rules, even if not contained in state statutes, and state attorneys general could take actions, that affect the way we offer our tax refund-related services and may force us to terminate, modify, or cease our operations in particular states. State or federal regulators could also impose rules that are generally adverse to our tax refund-related services. Any new requirements or rules, or new interpretations of existing requirements or rules, or failure to follow requirements or rules, or future lawsuits or rulings, could have a material adverse effect on our business, prospects, results of operations, and financial condition.

***We operate in a highly regulated environment, and failure by us, the banks that issue our cards, the businesses that participate in our reload network, the banks that assist with our tax refund processing services, and our tax preparation partners to comply with applicable laws and regulations could have an adverse effect on our business, financial position and results of operations.***

We operate in a highly regulated environment, and failure by us, the banks that issue our cards or the businesses that participate in our reload network or other business partners to comply with the laws and regulations to which we are subject could negatively impact our business. We are subject to state money transmission licensing requirements and a wide range of federal and other state laws and regulations. In particular, our products and services are subject to an increasingly strict set of legal and regulatory requirements intended to protect consumers and to help detect and prevent money laundering, terrorist financing and other illicit activities.

Many of these laws and regulations are evolving, unclear and inconsistent across various jurisdictions, and ensuring compliance with them is difficult and costly. For example, with increasing frequency, federal and state regulators are holding businesses like ours to higher standards of training, monitoring and compliance, including monitoring for possible violations of laws by the businesses that participate in our reload network. Failure by us or those businesses to comply with the laws and regulations to which we are or may become subject could result in fines, penalties or limitations on our ability to conduct our business, or federal or state actions, any of which could significantly harm our reputation with consumers and other network participants, banks that issue our cards and regulators, and could materially and adversely affect our business, operating results and financial condition.

***Changes in rules or standards set by the payment networks, such as Visa and MasterCard, or changes in debit network fees or products or interchange rates, could adversely affect our business, financial position and results of operations.***

We are subject to association rules that could subject us to a variety of fines or penalties that may be levied by the card associations or networks for acts or omissions by us or businesses that work with us, including card processors, such as MasterCard PTS. The termination of the card association registrations held by us or any changes in card association or other debit network rules or standards, including interpretation and implementation of existing rules or standards, that increase the cost of doing business or limit our ability to provide our products and services could have an adverse effect on our business, operating results and financial condition. In addition, from time to time, card associations may increase the fees that they charge, which could increase our operating expenses, reduce our profit margin and adversely affect our business, results of operations and financial condition.

Furthermore, a substantial portion of our operating revenues is derived from interchange fees. For the three months ended June 30, 2018, interchange revenues represented 29.8% of our total operating revenues, and we expect interchange revenues to continue to represent a significant percentage of our total operating revenues. The amount of interchange revenues that we earn is highly dependent on the interchange rates that the payment networks set and adjust from time to time.

The enactment of the Dodd-Frank Act required the Federal Reserve Board to implement regulations that have substantially limited interchange fees for many issuers. While the interchange rates that may be earned by us and our subsidiary bank are exempt from the limitations imposed by the Dodd-Frank Act, there can be no assurance that future regulation or changes by the payment networks will not impact our interchange revenues substantially. If interchange rates decline, whether due to actions by the payment networks or future regulation, we would likely need to change our fee structure to offset the loss of interchange revenues. However, our ability to make these changes is limited by the terms of our contracts and other commercial factors, such as price competition. To the extent we increase the pricing of our products and services, we might find it more difficult to acquire consumers and to maintain or grow card usage and customer retention, and we could suffer reputational damage and become subject to greater regulatory scrutiny. We also might have to discontinue certain products or services. As a result, our total operating revenues, operating results, prospects for future growth and overall business could be materially and adversely affected.

48

Table of Contents

### *Our actual operating results may differ significantly from our guidance.*

From time to time, we issue guidance in our quarterly earnings conference calls, or otherwise, regarding our future performance that represents our management's estimates as of the date of release. This guidance, which constitutes forward-looking statements, is based upon a number of management's assumptions and estimates that, while presented with numerical specificity, are inherently subject to significant business, economic and competitive uncertainties and contingencies, many of which are beyond our control, and are based upon specific assumptions with respect to future business decisions, some of which will change. While we have stated and we intend to continue to state possible outcomes as high and low ranges that are intended to provide a sensitivity analysis as variables are changed, we can provide no assurances that actual results will not fall outside of the suggested ranges.

The principal reason that we release guidance is to provide a basis for our management to discuss our business outlook with analysts and investors. We do not accept any responsibility for any projections or reports published by any of these persons.

Guidance is necessarily speculative in nature, and it can be expected that some or all of the assumptions underlying the guidance furnished by us will prove to be incorrect or will vary significantly from actual results. For example, on a number of occasions over the last several years we adjusted our revenue guidance when actual results varied from our assumptions. Accordingly, our guidance is only an estimate of what management believes is realizable as of the date of release. Actual results will vary from our guidance and the variations may be material.

Any failure to implement our operating strategy successfully or the occurrence of any of the events or circumstances set forth in this Item 1A could result in our actual operating results being different from our guidance, and such differences may be adverse and material.

### *We receive important services from third-party vendors. Replacing them would be difficult and disruptive to our business.*

Some services relating to our business, including fraud management and other customer verification services, transaction processing and settlement, card production, and customer service, are outsourced to third-party vendors. We also depend on third-party banks to assist with our tax refund processing services. It would be difficult to replace some of our third-party vendors in a timely manner if they were unwilling or unable to provide us with these services during the term of their agreements with us and our business and operations could be adversely affected. In particular, due to the seasonality in our business, any material service interruptions or service delays with key vendors during the tax season could result in losses that have an even greater adverse effect on that business than would be the case with our overall business.

### *Our business could suffer if there is a decline in the use of prepaid cards as a payment mechanism or there are adverse developments with respect to the prepaid financial services industry in general.*

As the prepaid financial services industry evolves, consumers may find prepaid financial services to be less attractive than traditional or other financial services. Consumers might not use prepaid financial services for any number of reasons, including the general perception of our industry. If consumers do not continue or increase their usage of prepaid cards, including making changes in the way prepaid cards are loaded, our operating revenues may decline. Any projected growth for the industry may not occur or may occur more slowly than estimated. If consumer acceptance of prepaid financial services does not continue to develop or develops more slowly than expected or if there is a shift in the mix of payment forms, such as cash, credit cards, traditional debit cards and prepaid cards, away from our products and services, it could have a material adverse effect on our financial position and results of operations.

### *Our business is dependent on the efficient and uninterrupted operation of computer network systems and data centers.*

Our ability to provide reliable service to customers and other network participants depends on the efficient and uninterrupted operation of our computer network systems and data centers as well as those of our retail distributors, network acceptance members and third-party processors. Our business involves movement of large sums of money, processing of large numbers of transactions and management of the data necessary to do both. Our success in our account programs, including our BaaS programs, as well as our processing and settlement services, depends upon the efficient and error-free handling of the money that is collected, remitted or deposited in connection with the provision of our products and services. We rely on the ability of our employees, systems and processes and those of the banks that issue our cards, our retail distributors, tax refund preparation partners, our network acceptance members, other business partners and third-party processors to process and facilitate these transactions in an efficient, uninterrupted and error-free manner. Their failure to do so could materially and adversely impact our operating revenues and results of operations,

particularly during the tax season, when we derive substantially all of operating revenues for our tax refund processing services and a significant portion of our other operating revenues.

49

Table of Contents

Our systems are susceptible to outages and interruptions due to fire, natural disaster, power loss, telecommunications failures, software or hardware defects, terrorist attacks and similar events. Furthermore, we currently utilize third-party data center hosting facilities located in the United States and other countries. Interruptions in our service may result for a number of reasons. For example, the data center hosting facilities that we use could be closed without adequate notice or suffer unanticipated problems resulting in lengthy interruptions in our service. Moreover, as we continue to add data centers and add capacity in our existing data centers, we could experience problems transferring customer accounts and data, impairing the delivery of our service. Any damage to, or failure of, our processes or systems generally, or those of our vendors (including as a result of disruptions at our third-party data center hosting facilities), or an improper action by our employees, agents or third-party vendors, could result in interruptions in our service, causing customers, retail distributors and other partners to become dissatisfied with our products and services or obligate us to issue credits or pay fines or other penalties to them. Sustained or repeated process or system failures could reduce the attractiveness of our products and services, including our BaaS platform, and result in contract terminations, thereby reducing operating revenue and harming our results of operations. Further, negative publicity arising from these types of disruptions could be damaging to our reputation and may adversely impact use of our products and services, including our BaaS platform, and adversely affect our ability to attract new customers and business partners. Additionally, some of our contracts with retail distributors, including our contract with Walmart, contain service level standards pertaining to the operation of our systems, and provide the retail distributor with the right to collect damages and potentially to terminate its contract with us for system downtime exceeding stated limits. If we face system interruptions or failures, our business interruption insurance may not be adequate to cover the losses or damages that we incur.

*A data security breach could expose us to liability and protracted and costly litigation, and could adversely affect our reputation and operating revenues.*

We and our retail distributors, tax preparation partners, network acceptance members, third-party processors and the merchants that accept our cards receive, transmit and store confidential customer and other information in connection with the sale and use of our products and services. Our encryption software and the other technologies we use to provide security for storage, processing and transmission of confidential customer and other information may not be effective to protect against data security breaches by third parties. The risk of unauthorized circumvention of our security measures has been heightened by advances in computer capabilities and the increasing sophistication of hackers. Our retail distributors, tax preparation partners, network acceptance members, other business partners, third-party processors and the merchants that accept our cards also may experience similar security breaches involving the receipt, transmission and storage of our confidential customer and other information. Improper access to our or these third parties' systems or databases could result in the theft, publication, deletion or modification of confidential customer and other information.

A data security breach of the systems on which sensitive cardholder or other customer or end-customer data and account information are stored could lead to fraudulent activity involving our products and services, reputational damage and claims or regulatory actions against us. If we are sued in connection with any data security breach, we could be involved in protracted and costly litigation. If unsuccessful in defending that litigation, we might be forced to pay damages and/or change our business practices, any of which could have a material adverse effect on our operating revenues and profitability. We would also likely have to pay (or indemnify the banks that issue our cards for) fines, penalties and/or other assessments imposed by Visa or MasterCard as a result of any data security breach. Further, a significant data security breach could lead to additional regulation, which could impose new and costly compliance obligations. In addition, a data security breach at one of the third-party banks that issue our cards or at our retail distributors, tax preparation partners, network acceptance members, other business partners, third-party processors or the merchants that accept our cards could result in significant reputational harm to us and cause the use and acceptance of our cards or other products and services to decline, either of which could have a significant adverse impact on our operating revenues and future growth prospects. Moreover, it may require substantial financial resources to address and remediate any such breach, including additional costs for replacement cards, manufacturing, distribution, re-stocking fees, fraud monitoring and other added security measures, amongst others, which could have a significant adverse impact on our operating results.

*Litigation or investigations could result in significant settlements, fines or penalties.*

We are subject to regulatory oversight in the normal course of our business, and have been and from time to time may be subject to securities class actions and other litigation or regulatory or judicial proceedings or investigations. The outcome of litigation and regulatory or judicial proceedings or investigations is difficult to predict. Plaintiffs or regulatory agencies or authorities in these matters may seek recovery of very large or indeterminate amounts, seek to have aspects of our business suspended or modified or seek to impose sanctions, including significant monetary fines. The monetary and other impact of these actions, litigations, proceedings or investigations may remain unknown

50

for substantial periods of time. The cost to defend, settle or otherwise resolve these matters may be significant. Further, an unfavorable resolution of litigation, proceedings or investigations against us could have a material adverse effect on our business, operating results, or financial condition. In this regard, such costs could make it more difficult to maintain the capital, leverage and other financial commitments at levels we have agreed to with the Federal Reserve Board and the Utah Department of Financial Institutions. If regulatory or judicial proceedings or investigations were to be initiated against us by private or governmental entities, adverse publicity that may be associated with these proceedings or investigations could negatively impact our relationships with retail distributors, tax preparation partners, network acceptance members, other business partners and card processors and decrease acceptance and use of, and loyalty to, our products and related services, and could impact the price of our Class A common stock. In addition, such proceedings or investigations could increase the risk that we will be involved in litigation. The outcome of any such litigation is difficult to predict and the cost to defend, settle or otherwise resolve these matters may be significant. For the foregoing reasons, if regulatory or judicial proceedings or investigations were to be initiated against us by private or governmental entities, our business, results of operations and financial condition could be adversely affected or our stock price could decline.

***We must adequately protect our brand and our intellectual property rights related to our products and services and avoid infringing on the proprietary rights of others.***

The Green Dot, GoBank, MoneyPak, TPG and other brands and marks are important to our business, and we utilize trademark registrations and other means to protect them. Our business would be harmed if we were unable to protect our brand against infringement and its value was to decrease as a result.

We rely on a combination of patent, trademark and copyright laws, trade secret protection and confidentiality and license agreements to protect the intellectual property rights related to our products and services. We currently have 11 issued patents and 14 patent applications pending. Although we generally seek patent protection for inventions and improvements that we anticipate will be incorporated into our products and services, there is always a chance that our patents or patent applications could be challenged, invalidated or circumvented, or that an issued patent will not adequately cover the scope of our inventions or improvements incorporated into our products or services. Additionally, our patents could be circumvented by third-parties.

We may unknowingly violate the intellectual property or other proprietary rights of others and, thus, may be subject to claims by third parties. These assertions may increase over time as a result of our growth and the general increase in the pace of patent claims assertions, particularly in the United States. Because of the existence of a large number of patents in the mobile technology field, the secrecy of some pending patents, and the rapid rate of issuance of new patents, it is not economically practical or even possible to determine in advance whether a product or any of its elements infringes or will infringe on the patent rights of others. Regardless of the merit of these claims, we may be required to devote significant time and resources to defending against these claims or to protecting and enforcing our own rights. We might also be required to develop a non-infringing technology or enter into license agreements and there can be no assurance that licenses will be available on acceptable terms and conditions, if at all. Some of our intellectual property rights may not be protected by intellectual property laws, particularly in foreign jurisdictions. The loss of our intellectual property or the inability to secure or enforce our intellectual property rights or to defend successfully against an infringement action could harm our business, results of operations, financial condition and prospects.

***We are exposed to losses from customer accounts.***

Fraudulent activity involving our products may lead to customer disputed transactions, for which we may be liable under banking regulations and payment network rules. Our fraud detection and risk control mechanisms may not prevent all fraudulent or illegal activity. To the extent we incur losses from disputed transactions, our business, results of operations and financial condition could be materially and adversely affected.

Additionally, our cardholders can incur charges in excess of the funds available in their accounts, and we may become liable for these overdrafts. While we decline authorization attempts for amounts that exceed the available balance in a cardholder's account, the application of card association rules, the timing of the settlement of transactions and the assessment of the card's monthly maintenance fee, among other things, can result in overdrawn accounts.

Maintenance fee assessment overdrafts occur as a result of our charging a cardholder, pursuant to the card's terms and conditions, the monthly maintenance fee at a time when he or she does not have sufficient funds in his or her account. Our remaining overdraft exposure arises primarily from late-posting. A late-post occurs when a merchant posts a transaction within a payment network-permitted timeframe but subsequent to our release of the authorization for that transaction, as permitted by card association rules. Under card association rules, we may be liable for the amount of the transaction even if the cardholder has made additional purchases in the intervening period and funds are no longer available on the card at the time the transaction is posted.

We consider overdrawn account balances to be our receivables due from cardholders. We maintain reserves to cover the risk that we may not recover these receivables due from our cardholders, but our exposure may increase above these reserves for a variety of reasons, including our failure to predict the actual recovery rate accurately. To the extent we incur losses from overdrafts above our reserves or we determine that it is necessary to increase our reserves substantially, our business, results of operations and financial condition could be materially and adversely affected.

***An impairment charge of goodwill or other intangible assets could have a material adverse impact on our financial condition and results of operations.***

Because we have grown in part through acquisitions, our net goodwill and intangible assets represent a significant portion of our consolidated assets. Our net goodwill and intangible assets were $566.0 million as of June 30, 2018. Under accounting principles generally accepted in the United States, or U.S. GAAP, we are required to test the carrying value of goodwill and intangible assets at least annually or sooner if events occur that indicate impairment could exist. These events or circumstances could include a significant change in the business climate, including a significant sustained decline in a reporting unit's fair value, legal and regulatory factors, operating performance indicators, competition and other factors.

U.S. GAAP requires us to assign and then test goodwill at the reporting unit level. If over a sustained period of time we experience a decrease in our stock price and market capitalization, which may serve as an estimate of the fair value of our reporting unit, this may be an indication of impairment. If the fair value of our reporting unit is less than its net book value, we may be required to record goodwill impairment charges in the future. In addition, if the revenue and cash flows generated from any of our other intangible assets is not sufficient to support its net book value, we may be required to record an impairment charge. The amount of any impairment charge could be significant and could have a material adverse impact on our financial condition and results of operations for the period in which the charge is taken.

***If we are unable to keep pace with the rapid technological developments in our industry and the larger electronic payments industry necessary to continue providing our network acceptance members and cardholders with new and innovative products and services, the use of our cards and other products and services could decline.***

The electronic payments industry is subject to rapid and significant technological changes. We cannot predict the effect of technological changes on our business. We rely in part on third parties, including some of our competitors and potential competitors, for the development of, and access to, new technologies. We expect that new services and technologies applicable to our industry will continue to emerge, and these new services and technologies may be superior to, or render obsolete, the technologies we currently utilize in our products and services. Additionally, we may make future investments in, or enter into strategic alliances to develop, new technologies and services or to implement infrastructure change to further our strategic objectives, strengthen our existing businesses and remain competitive. However, our ability to transition to new services and technologies that we develop may be inhibited by a lack of industry-wide standards, by resistance from our retail distributors, network acceptance members, third-party processors or consumers to these changes, or by the intellectual property rights of third parties. Our future success will depend, in part, on our ability to develop new technologies and adapt to technological changes and evolving industry standards. These initiatives are inherently risky, and they may not be successful or may have an adverse effect on our business, financial condition and results of operations.

***We face settlement risks from our distributors and banking partners, which may increase during an economic downturn.***

The majority of our business is conducted through retail distributors that sell our products and services to consumers at their store locations. Our retail distributors collect funds from the consumers who purchase our products and services and then must remit these funds directly to accounts established for the benefit of these consumers at the banks that issue our cards. The remittance of these funds by the retail distributor takes on average two business days. If a retail distributor becomes insolvent, files for bankruptcy, commits fraud or otherwise fails to remit proceeds to our card issuing bank from the sales of our products and services, we are liable for any amounts owed to our customers. As of June 30, 2018, we had assets subject to settlement risk of $208.2 million. Given the possibility of recurring volatility in global financial markets, the approaches we use to assess and monitor the creditworthiness of our retail distributors may be inadequate, and we may be unable to detect and take steps to mitigate an increased credit risk in a timely manner.

Economic downturns could result in settlement losses, whether or not directly related to our business. We are not insured against these risks. Significant settlement losses could have a material adverse effect on our business, results of operations and financial condition.

52

Table of Contents

***Economic, political and other conditions may adversely affect trends in consumer spending.***

The electronic payments industry, including the prepaid financial services segment within that industry, depends heavily upon the overall level of consumer spending. If conditions in the United States become uncertain or deteriorate, we may experience a reduction in the number of our accounts that are purchased or reloaded, the number of transactions involving our cards and the use of our reload network and related services. A sustained reduction in the use of our products and related services, either as a result of a general reduction in consumer spending or as a result of a disproportionate reduction in the use of card-based payment systems, would materially harm our business, results of operations and financial condition.

***We must be able to operate and scale our technology effectively.***

Our ability to continue to provide our products and services to network participants, as well as to enhance our existing products and services and offer new products and services, is dependent on our information technology systems. If we are unable to manage and scale the technology associated with our business effectively, we could experience increased costs, reductions in system availability and losses of our network participants. Any failure of our systems in scalability and functionality would adversely impact our business, financial condition and results of operations.

***Our future success depends on our ability to attract, integrate, retain and incentivize key personnel.***

Our future success will depend, to a significant extent, on our ability to attract, integrate, retain and recognize key personnel, namely our management team and experienced sales, marketing and program and technology development personnel. Replacing departing key personnel can involve organizational disruption and uncertainty. We experience transitions among our executive officers from time to time. If we fail to manage any future transitions successfully, we could experience significant delays or difficulty in the achievement of our development and strategic objectives and our business, financial condition and results of operations could be materially and adversely harmed. We must retain and motivate existing personnel, and we must also attract, assimilate and motivate additional highly-qualified employees. We may experience difficulty in managing transitions and assimilating our newly-hired personnel, which may adversely affect our business. Competition for qualified management, sales, marketing and program and technology development personnel can be intense. Competitors have in the past and may in the future attempt to recruit our top management and employees. If we fail to attract, integrate, retain and incentivize key personnel, our ability to manage and grow our business could be harmed.

***We might require additional capital to support our business in the future, and this capital might not be available on acceptable terms, or at all.***

If our unrestricted cash and cash equivalents balances and any cash generated from operations are not sufficient to meet our future cash requirements, we will need to access additional capital to fund our operations. We may also need to raise additional capital to take advantage of new business or acquisition opportunities. We may seek to raise capital by, among other things:

- issuing additional shares of our Class A common stock or other equity securities;

- issuing convertible or other debt securities; and

- borrowing funds under a credit facility.

We may not be able to raise needed cash in a timely basis on terms acceptable to us or at all. Financings, if available, may be on terms that are dilutive or potentially dilutive to our stockholders. The holders of new securities may also receive rights, preferences or privileges that are senior to those of existing holders of our Class A common stock. In addition, if we were to raise cash through a debt financing, the terms of the financing might impose additional conditions or restrictions on our operations that could adversely affect our business. If we require new sources of financing but they are insufficient or unavailable, we would be required to modify our operating plans to take into account the limitations of available funding, which would harm our ability to maintain or grow our business.

***The occurrence of catastrophic events could damage our facilities or the facilities of third parties on which we depend, which could force us to curtail our operations.***

We and some of the third-party service providers on which we depend for various support functions, such as customer service and card processing, are vulnerable to damage from catastrophic events, such as power loss, natural disasters, terrorism and similar unforeseen events beyond our control. Our principal offices, for example, are situated in southern California near known earthquake fault zones. If any catastrophic event were to occur, our ability to operate our business could be seriously impaired. In addition, we might not have adequate insurance to cover our losses resulting from catastrophic events or other significant business interruptions. Any significant losses that are not

recoverable under our insurance policies, as well as the damage to, or interruption of, our infrastructure and processes, could seriously impair our business and financial condition.

***If we fail to maintain proper and effective internal controls, our ability to produce accurate financial statements on a timely basis could be impaired, which could result in a loss of investor confidence in our financial reports and have an adverse effect on our stock price.***

Our management is responsible for establishing and maintaining adequate internal control over financial reporting to provide reasonable assurance regarding the reliability of our financial reporting and the preparation of financial statements for external purposes in accordance with U.S. GAAP. If we are unable to maintain adequate internal control over financial reporting, we might be unable to report our financial information on a timely basis and might suffer adverse regulatory consequences or violate NYSE listing standards. There could also be a negative reaction in the financial markets due to a loss of investor confidence in us and the reliability of our financial statements. We have in the past and may in the future discover areas of our internal financial and accounting controls and procedures that need improvement. Our internal control over financial reporting will not prevent or detect all error and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system will be met. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within our company will be detected. If we are unable to maintain proper and effective internal controls, we may not be able to produce accurate financial statements on a timely basis, which could adversely affect our ability to operate our business and could result in regulatory action, and could require us to restate, our financial statements. Any such restatement could result in a loss of public confidence in the reliability of our financial statements and sanctions imposed on us by the SEC.

***Changes in accounting standards or inaccurate estimates or assumptions in the application of accounting policies could adversely affect our financial condition and results of operations.***

Our accounting policies and methods are fundamental to how we record and report our financial condition and results of operations. Some of these policies require use of estimates and assumptions that may affect the reported value of our assets or liabilities and results of operations and are critical because they require management to make difficult, subjective and complex judgments about matters that are inherently uncertain. If those assumptions, estimates or judgments were incorrectly made, we could be required to correct and restate prior period financial statements. Accounting standard-setters and those who interpret the accounting standards (such as the Financial Accounting Standards Board, the SEC and banking regulators) may also amend or even reverse their previous interpretations or positions on how various standards should be applied. These changes can be difficult to predict and can materially impact how we record and report our financial condition and results of operations. In some cases, we could be required to apply a new or revised standard retroactively, resulting in the need to revise and republish prior period financial statements.

***Our debt agreements contain restrictive covenants and financial ratio tests that restrict or prohibit our ability to engage in or enter into a variety of transactions. If we fail to comply with these covenants or tests, our indebtedness under these agreements could become accelerated, which could adversely affect us.***

In October 2014 we entered into a $225.0 million term credit agreement with Bank of America, N.A., as an administrative agent, Wells Fargo Bank, National Association, and other lenders. This agreement contains various covenants that may have the effect of limiting, among other things, our ability and the ability of certain of our subsidiaries to: merge with other entities, enter into a transaction resulting in a change in control, create new liens, incur additional indebtedness, sell assets outside of the ordinary course of business, enter into transactions with affiliates (other than subsidiaries) or substantially change the general nature of our and our subsidiaries' business, taken as a whole, make certain investments, enter into restrictive agreements, or make certain dividends or other distributions. These restrictions could limit our ability to take advantage of financing, merger, acquisition or other opportunities, to fund our business operations or to fully implement our current and future operating strategies.

Under the agreement, we have agreed to maintain compliance with a maximum consolidated leverage ratio and a minimum consolidated fixed charge coverage ratio of 1.75 and 1.25, respectively, at the end of any fiscal quarter. Our ability to meet these financial ratios and tests will be dependent upon our future performance and may be affected by events beyond our control (including factors discussed in this "Risk Factors" section). If we fail to satisfy these requirements, our indebtedness under these agreements could become accelerated and payable at a time when we are unable to pay them. This would adversely affect our ability to implement our operating strategies and would have a material adverse effect on our financial condition.

Table of Contents

**Risks Related to Ownership of Our Class A Common Stock**

*The price of our Class A common stock may be volatile.*

In the recent past, stocks generally, and financial services company stocks in particular, have experienced high levels of volatility. The trading price of our Class A common stock has been highly volatile since our initial public offering and may continue to be subject to wide fluctuations. The trading price of our Class A common stock depends on a number of factors, including those described in this "Risk Factors" section, many of which are beyond our control and may not be related to our operating performance. Factors that could cause fluctuations in the trading price of our Class A common stock include the following:

- price and volume fluctuations in the overall stock market from time to time;

- significant volatility in the market prices and trading volumes of financial services company stocks;

- actual or anticipated changes in our results of operations or fluctuations in our operating results;

- actual or anticipated changes in the expectations of investors or the recommendations of any securities analysts who follow our Class A common stock;

- actual or anticipated developments in our business or our competitors' businesses or the competitive landscape generally;

- the public's reaction to our press releases, other public announcements and filings with the SEC;

- business disruptions and costs related to shareholder activism;

- litigation and investigations or proceedings involving us, our industry or both or investigations by regulators into our operations or those of our competitors;

- new laws or regulations or new interpretations of existing laws or regulations applicable to our business;

- changes in accounting standards, policies, guidelines, interpretations or principles;

- general economic conditions;

- changes to the indices in which our Class A common stock is included; and

- sales of shares of our Class A common stock by us or our stockholders.

In the past, many companies that have experienced volatility in the market price of their stock have become subject to securities class action litigation. We may be the target of this type of litigation in the future. Securities litigation against us could result in substantial costs and divert our management's attention from other business concerns, which could seriously harm our business.

*Our charter documents, Delaware law and our status as bank holding company could discourage, delay or prevent a takeover that stockholders consider favorable and could also reduce the market price of our stock.*

Our certificate of incorporation and bylaws contain provisions that could delay or prevent a change in control of our company. These provisions could also make it more difficult for stockholders to nominate directors for election to our board of directors and take other corporate actions. These provisions, among other things:

- provide for non-cumulative voting in the election of directors;

- authorize our board of directors, without stockholder approval, to issue preferred stock with terms determined by our board of directors and to issue additional shares of our Class A common stock;

- limit the voting power of a holder, or group of affiliated holders, of more than 24.9% of our common stock to 14.9%;

- provide that only our board of directors may set the number of directors constituting our board of directors or fill vacant directorships;

- prohibit stockholder action by written consent and limit who may call a special meeting of stockholders; and

- require advance notification of stockholder nominations for election to our board of directors and of stockholder proposals.

These and other provisions in our certificate of incorporation and bylaws, as well as provisions under Delaware law, could discourage potential takeover attempts, reduce the price that investors might be willing to pay in the future

Table of Contents

for shares of our Class A common stock and result in the trading price of our Class A common stock being lower than it otherwise would be.

In addition to the foregoing, under the BHC Act and the Change in Bank Control Act, and their respective implementing regulations, Federal Reserve Board approval is necessary prior to any person or company acquiring control of a bank or bank holding company, subject to certain exceptions. Control, among other considerations, exists if an individual or company acquires 25% or more of any class of voting securities, and may be presumed to exist if a person acquires 10% or more of any class of voting securities. These restrictions could affect the willingness or ability of a third party to acquire control of us for so long as we are a bank holding company.

***If securities analysts do not continue to publish research or reports about our business or if they publish negative evaluations of our Class A common stock, the trading price of our Class A common stock could decline.***

We expect that the trading price for our Class A common stock will be affected by any research or reports that securities analysts publish about us or our business. If one or more of the analysts who currently cover us or our business downgrade their evaluations of our Class A common stock, the price of our Class A common stock would likely decline. If one or more of these analysts cease coverage of our company, we could lose visibility in the market for our Class A common stock, which in turn could cause our stock price to decline.

**ITEM 2. Unregistered Sales of Equity Securities and Use of Proceeds**

None

**ITEM 5. Other Information**

None

Table of Contents

## ITEM 6. Exhibits

The following documents are filed as exhibits to this report:

| Exhibit Number | Description of Exhibits |
|---|---|
| 10.1† | Amendment No. 6 to Amended and Restated Walmart MoneyCard Program Agreement dated as of May 1, 2018 by and among Green Dot Corporation, Wal-Mart Stores, Inc., Wal-Mart Stores Texas L.L.C., Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, L.P. and Wal-Mart Puerto Rico, Inc. and Green Dot Bank. |
| 31.1 | Certification of Steven W. Streit, Chief Executive Officer, pursuant to Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2 | Certification of Mark Shifke, Chief Financial Officer, pursuant to Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.1 | Certification of Steven W. Streit, Chief Executive Officer, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2 | Certification of Mark Shifke, Chief Financial Officer, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101.INS | XBRL Instance Document* |
| 101.SCH | XBRL Taxonomy Extension Schema Document* |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document* |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document* |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document* |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document* |

---

\*     Pursuant to Rule 406T of Regulation S-T, the Interactive Data Files on Exhibit 101 hereto are deemed not filed or part of a registration statement or prospectus for purposes of Sections 11 or 12 of the Securities Act of 1933, as amended, are deemed not filed for purposes of Section 18 of the Securities and Exchange Act of 1934, as amended, and otherwise are not subject to liability under those sections.

†     Confidential treatment has been requested with regard to certain portions of this document. Such portions were filed separately with the Commission.

57

Table of Contents

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Green Dot Corporation**

| | | |
|---|---|---|
| Date: | August 9, 2018 | By: | /s/ Mark Shifke |

By:    /s/ Mark Shifke

Name:    Mark Shifke

Title:    Chief Financial Officer

58

# Exhibit Q



# Green Dot Corporation NYSE:GDOT
# FQ3 2018 Earnings Call Transcripts
## Wednesday, November 07, 2018 9:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2018- | | | -FQ4 2018- | | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | GUIDANCE | CONSENSUS | CONSENSUS |
| EPS Normalized | 0.43 | 0.59 | ▲37.21 | 0.52 | - | 3.08 | 3.51 |
| Revenue (mm) | 223.95 | 230.58 | ▲2.96 | 234.50 | 232.00 | 1032.22 | 1132.21 |

Currency: USD
Consensus as of  Oct-01-2018 1:48 PM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ4 2017 | 0.25 | 0.29 | ▲1 16.00 % |
| FQ1 2018 | 1.29 | 1.40 | ▲2 8.53 % |
| FQ2 2018 | 0.63 | 0.74 | ▲3 17.46 % |
| FQ3 2018 | 0.43 | 0.59 | ▲4 37.21 % |

COPYRIGHT © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

Case 2:19-cv-10701-DPAE Document 66-4 Filed 06/04/25 Page 104 of 140 Page ID #:4621

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ..................................................... | 3 |
| Presentation | ..................................................... | 4 |
| Question and Answer | ..................................................... | 11 |

Case 2:19-cv-10701-DPAE Document 66-4 Filed 06/04/25 Page 104 of 140 Page ID #:4621

COPYRIGHT © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Call Participants

## EXECUTIVES

**Dara Dierks**
*Investor Relations*

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, President, CEO & Director*

## ANALYSTS

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey,
Inc., Research Division*

**Bradley Allen Berning**
*Craig-Hallum Capital Group LLC,
Research Division*

**Joseph Anthony Vafi**
*Loop Capital Markets LLC,
Research Division*

**Robert Paul Napoli**
*William Blair & Company L.L.C.,
Research Division*

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Green Dot Corporation Third Quarter 2018 Earnings Conference Call. Please note that the contents of this call are being recorded.

I would now like to turn the conference over to Dara Dierks. Please go ahead.

**Dara Dierks**
*Investor Relations*

Thank you, and good afternoon, everyone. On today's call, we'll discuss the third quarter 2018 performance and thoughts about the remainder of the year.

Following those remarks, we'll open the call for questions. For those of you who haven't yet accessed our earnings release that accompanies this call and webcast, it can be found at ir.greendot.com.

As a reminder, our comments include forward-looking statements, among other things, our expectations regarding future results and performance. Please refer to the cautionary language in earnings release and in Green Dot's filings with the Securities and Exchange Commission, including our most recent Form 10-K and 10-Q for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements.

During the call, we will make reference to our financial measures that do not conform to generally accepted accounting principles. For the sake of clarity, unless otherwise noted, all numbers we'll talk about today will be on a non-GAAP basis.

Information may be calculated differently than similar non-GAAP data presented by other companies. Quantitative reconciliations of our non-GAAP financial information to the directly comparable GAAP financial information appears in today's press release.

The content of this call is the property of the Green Dot Corporation and is subject to copyright protection.

Now I'd like to turn the call over to Steve.

**Steven W. Streit**
*Founder, President, CEO & Director*

Thank you, Dara, and welcome, everyone, to the Green Dot Corporation Q3 2018 Earnings Call. Today, we'll start with a review of yet another outstanding quarter of performance, where our business momentum and financial results exceeded our already high expectations. I'll then provide an update on how we've been executing on our 2018 Six-Step Plan, which will be followed by Mark's overview of our quarterly results, including yet another upward revision to our outlook on how we expect the rest of the year to play out.

As evidenced by our ongoing operating and financial results, we believe Green Dot's products and platform strategy is in the right place at the right time.

Q3 total consolidated operating revenue grew by 14% to $231 million, and we note that this growth is 100% organic and quite robust, especially given the tougher year-over-year comp as Q3 last year was very strong.

Adjusted EBITDA for the quarter was $45 million on a consolidated basis, representing a year-over-year growth rate of 33%. The inherent leverage in our operating model was notable, with very strong margin expansion of 280 basis points on a year-over-year basis, with this impressive profitability achieved despite the material increase in spending in the quarter associated with new programs, new technologies and infrastructure and more robust spending across the organization, especially in the areas of bank

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

management, risk management, compliance, audit, and other control and governance parts of the company.

Consolidated non-GAAP EPS for the quarter was $0.59, representing a year-over-year growth rate of 74%, marking the ninth consecutive quarter in which we have posted double-digit or better year-over-year growth in non-GAAP EPS.

As Founder and CEO, I'm so proud to announce these results, and that even more proud, humbled in fact, to know that these results are derived from the coordinated efforts of so many Green Dot people across the United States, the Philippines and at our Shanghai Technology Development Center, all coming together to deliver this outperformance.

Given the size of our partnerships, the fast-moving evolution of payments and financial technology and the highly regulated nature of our business, Green Dot can be a complex organization to run. But our team sure makes it looks easy. And since our big annual Thanksgiving luncheon is tomorrow, at our Pasadena headquarters, I'm looking forward to breaking bread with you all together and sharing my appreciation and giving my thanks to you all in person.

Now let me take a second to step back and share how management thinks of our company and its future prospects.

Green Dot has a long-term strategic plan to be a leader in 2 distinct go-to-market verticals that both serve very large total addressable markets. First, we want to be the leading bank of tomorrow, a 0 branch yet solid-state always available consumer technology centric bank with awesome products that delight customers and get the job done.

The core of this market segment is 18 to 44 years of age. Generations generally known as millennials, and Gen Zers and it makes up a good 100 million plus Americans who aren't afraid to try new apps and often use more than one bank account.

To appeal to this segment, our bank account products need to increasingly look and act like an app that oh by the way comes with a debit card and less like a debit card, that oh by the way, comes with an app. This means that we need to be a serious bank with serious technology chops and app designers who live the lifestyle and can build apps that compete with the best of the best.

Second, we want BaaS to be the most unique, most feature-rich, most industrial-strength and most versatile bank tech platform available, such that it's a hand down default go-to-solution for all the many large enterprises that themselves want to provide modern financial solutions for their customer segments.

When a large enterprise decides that they want to create a highly customized and seamlessly integrated bank-like product for their customer base, we want them to automatically think Green Dot BaaS, who else would you choose? We believe Green Dot's BaaS platform has established itself as the platform of choice for anyone serious. And our business development pipeline of new Banking-as-a-Service platform partnerships is extremely robust and well ahead of our expectations.

Based on the size and scale of these potential partnerships, we believe our BaaS platform alone has the potential to drive consolidated double-digit revenue growth for Green Dot several years into the future.

We believe the TAM for our Banking-as-a-Service product line is as big as the customer bases of all our current and future BaaS partners in aggregate. So perhaps it's fair to say that anyone over 18 that uses technology could at some point come in contact with the banking product that's provided by Green Dot.

The most recent Federal Reserve study pegs the number of Americans who hold a bank account at 92% of the U.S. adult population. Of course, the total addressable market for our own branded banking products that I mentioned earlier, is a subset of the BaaS total addressable market, but in any event, we believe that whether it's our own products that we market directly to potential customers or products created by the partners of our BaaS platform, that they then market to their customers. It's fair to say that Green Dot's products and services are financial staples of the types that most everyone needs and uses every day. Our goal is to increase our penetration therein and grow accordingly.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In our Account Services segment, total revenue increased by 14% to $194 million, with a seventh consecutive quarter of active card growth of 3%, now to 5.4 million active accounts. While the ==number of active accounts receiving direct deposit grew by 13% year-over-year.==

To put this into perspective, looking back to Q3 2016, in the last 2 years, Green Dot has added 1.3 million new active accounts and added 1.1 million direct deposit active accounts, a ==2-year growth rate of 33% in actives and 114% in direct deposit actives== over the previous 2Q, 3 periods, a quarter that is typically our seasonally softest quarter.

While active account growth, and more specifically the direct deposit mix have been important drivers of our results, the account usage and engagement metrics illustrate how integral Green Dot products are in our customers' lives.

For example, total GDV in the quarter was up 18% to nearly $9.1 billion, marking the seventh quarter in a row with double-digit GDV growth, with more than 70% of that coming in through direct deposit.

Our Processing and Settlement Services segment continues to build on its growth momentum, achieving another record-setting results in the quarter. Revenue in the segment grew 13% to $44 million, driven by increasing transaction counts and cash transfers and SimplyPaid corporate disbursements.

Now I'd like to share some recent business updates, and then I'll share the status of our Six-Step Plan.

Let's start with new business updates of note in our Banking-as-a-Service business line, or BaaS. First, you may have seen the headlines a few weeks ago about a new partnership with PayPal and Walmart, whereby PayPal customers can opt to receive a barcode to their mobile phone and then redeem that code at any Walmart store to receive cash off your PayPal account.

We're proud to let you know that this is a Green Dot BaaS-powered program, with both Walmart using our platform to facilitate the transaction on the store side and PayPal using our platform to generate the barcode to the PayPal customer's cell phone on the web mobile side.

Green Dot's BaaS platform facilitates the connection between the retail point-of-sale and mobile barcode technology, handles customer service and processes and settles the crediting and debiting of funds for all the parties involved in the transaction.

There are many parts to a complex program like this, but we think it's a great example of the seemingly endless variety of products and services that great companies like Walmart and PayPal can create with our unique and highly versatile BaaS platform.

Next, during the Money20/20 Conference a few weeks back in Las Vegas, TaxSlayer announced their new TaxSlayer Prepaid Visa Card, built upon and managed by Green Dot's Banking-as-a-Service platform. This new product is integrated into the TaxSlayer online tax preparation service and will be available to customers in this coming tax season. We thank TaxSlayer for their trust and partnership and believe the program will be highly successful for them.

Also at Money20/20, Stash, the BaaS-powered super modern debit account that's integrated into the Stash money invest app, made its first prelaunch debut at a special press function that Stash hosted at the conference.

It's quite a product, and the app designers at Stash seemingly used just about every ounce of our platform and its growing library of restful APIs to create a debit account product that integrate seamlessly into the Stash experience.

I was able to demo the app over dinner with the Stash management team, and I got to say, they used their platform to create an amazing customer experience.

As Stash announced at the press event in Las Vegas, they've already signed up 80,000 fully-funded customers. At that point, we'll be first in line to get the new Stash debit account, when it's released to the public later this month.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Meanwhile, other previously announced BaaS programs continue to grow nicely, and add new features and functionality from new product variations on some programs to rewards and new types of enrollment incentives on others.

The point is that the platform effect of BaaS with new partners launching new programs and existing partners expanding existing programs is expected to help drive compounding growth in our business over time.

While still early days, with much infrastructural work still to be done to ensure our platform can stay ahead of all that potential growth, as a highly regulated financial institution and as a key technology provider to many of America's largest companies, we believe Green Dot's BaaS platform has already become the go-to-solution for serious high-scaled partners, and we believe is already on its way to becoming the FinTech engine that powers how digital natives will increasingly consume core banking services with a click or tap or the download of an app.

In addition to all the positive business developments on our BaaS platform, Green Dot continues to have robust business development in our other revenue divisions across the company as well.

Highlights include the ongoing expansion of our industry-leading Green Dot RapidPay PayCard product, where we won the PayCard contracts with another 177 corporate clients in just Q3 alone, and over 500 new contracts year-to-date.

RapidPay is known as a high-touch partner-driven company that provides PayCard services to the employees of great corporate partners like Nordstrom's, Crate and Barrel, IKEA and more than 3,000 other companies across America that rely on Green Dot RapidPay for PayCard and other worker disbursement solutions.

I'm also pleased to let you know that Green Dot's heritage retail distribution channel continues to grow after all these years, both with new retail stores selling our products and new products being sold in those retail stores.

First, we're proud to welcome Giant Eagle, Price Chopper and QuickChek to our list of major name retail stores that sell Green Dot products and services. In all, this represents expansion of around 500 new retail locations for us, bringing our total retail channel distribution count to approximately 100,000 retail locations from coast-to-coast plus Alaska, Hawaii and Puerto Rico.

Next, I'm happy to announce that our highly regarded and award-winning mobile app-centric checking account, GoBank, went on sale in Q3 at more than 12,000 retail stores, including CVS and 7-Eleven, with a total of 48,000 Green Dot retailers contracted to begin selling GoBank by the end of the year. This is the first expansion of GoBank in the retail channel since the product was first launched in Walmart 4 years ago.

Lastly, we added significant incremental placement for our products at Rite Aid stores nationwide, where we also extended our agreement for another 2 years, and fred's, where we earned significantly more shelf space for the Green Dot brand across their chain of stores.

Now let me review how we're performing against our 2018 Six-Step Plan.

Step 1 is to continue to grow the number of active accounts year-over-year and to improve the unit economics on those accounts. Total active accounts have grown 12% year-to-date compared to the same period last year and more interesting perhaps than the total number of active accounts is the number of active accounts that receive direct deposit, which grew by 13% in the quarter, with 230,000 more accounts receiving direct deposit this Q3 than in the prior year period, with a very strong growth in GDV spend and revenue per active account compared to 2017.

So we are on track with step 1 and feel like our future prospects for further growth in both actives and the quality of those actives are very strong.

Step 2 is to launch a new and compelling use case for the new MoneyPak, and to continue to increase the number of retail stores selling MoneyPak. Both unit sales and the number of stores selling MoneyPak

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 2:19-cv-01070-DBP Document 66-15 Filed 04/24/25 Page 110 of 140 Page ID #:4627

continues to grow, with the total number of retailers now selling MoneyPak in nearly 80,000 stores. We continue to refine the new use case, although this will be most likely a 2019 launch, as we've decided to redesign the product to position it for a larger and broader based TAM.

Step 3 is about continuing to invest prudently for future growth. I think we've done a disciplined job here, with significant incremental allocations of capital being deployed to invest in the potential opportunities of tomorrow, including the continuing build out of solid risk management and operational people, processes and technologies, to ensure we can amply handle those opportunities.

As the revenue growth and margin performance shows, we believe we have invested in the right things thus far, and intend to continue investing in the right parts of the business, with the goal of generating controlled growth and acceptable return expectations in 2019 and beyond. So I believe it's fair to say, we are on track with step #3.

Step 4 is about continuing to drive increasing efficiencies across our consolidated operating platform, so that absent more compelling investments, we can continue to drive margin expansion as part of our standard operating rhythm. We're proud of our track record here, and we intend to do more.

The goal isn't so much to save money that drops to the bottom line, although that certainly always a good thing, and much of our savings has, in fact, done that. But the bigger goal is to reallocate spending away from lower value areas of the company, so that we can have the option to spend much more on higher value areas of the company.

We think we have the opportunity to save millions more over time in areas like customer care, loss management, processing, and other traditional areas of big spend that could be reimagined to be more robust and get more cost-efficient than they are today.

Of course, innovations require targeted investments to successfully bring them to market, but we believe these investments to be more than offset over time by the resulting cost savings and improved customer satisfaction. We feel good about how things are developing here, and so we'll check the box on this step #4.

Step 5 and 6 are about the smart and accretive allocation of capital to enhance shareholder value over time. We continue to review acquisition opportunity, share buybacks and other uses of cash, that management and the board feel are accretive, strategic, and of course, subject to regulatory approval.

While we have nothing new to disclose on today's call, we feel good about our growing cash position and the optionality it creates to roll out large Baas programs, return to buying our own stock or consider acquisitions.

So in summary, [indiscernible] very pleased with this quarter's report and feel very good not just about the strong double-digit organic growth in 2018 thus far, but also about the opportunities before us that we believe put us in a great position to deliver another year of organic top and bottom line growth in 2019 as well.

We greatly appreciate your partnership and confidence in Green Dot.

And with that, I'll now hand the call over to Mark Shifke for his CFO report. Mark?

**Mark L. Shifke**
*Chief Financial Officer*

Thanks, Steve. The continuing strong momentum in both the Account Services and Processing and Settlement segments combined once again to deliver truly outstanding results for the quarter.

GAAP total operating revenue was $231 million, representing 14% year-over-year consolidated growth all of it organic, despite lapping record-breaking third quarter revenue in 2017.

This was the sixth consecutive quarter of double-digit year-over-year organic revenue growth, a trend we expect to continue into the fourth quarter.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

767

Q3 adjusted EBITDA of $45 million represents a year-over-year consolidated growth rate of 33%, with the adjusted EBITDA margin in the quarter coming in at 19.6%. As Steve noted earlier, the strong year-over-year margin expansion of 280 basis points was achieved despite ongoing investments into BaaS growth initiatives and corporate infrastructure. This performance is a result of improving margin flow-through on some of our new BaaS programs and the continuing trend of dramatically improving margins on our established product lines, on top of an increasingly efficient, high-scale operating platform.

Non-GAAP EPS came in at $0.59 per share, up 74% year-over-year. This is the ninth consecutive quarter of double-digit or better non-GAAP EPS growth. We believe this extreme level of growth is even more notable because we have been in a period of heightened investments to support the buildout of our BaaS platform, and many associated technology and governance projects, along with the associated incremental non-capitalized expenses that go along with that kind of buildout.

The outperformance on non-GAAP EPS was primarily driven by better-than-expected adjusted EBITDA, combined with strong interest income from the investment of cash deposits, held at Green Dot Bank and a lower year-over-year effective tax rate. Green Dot once again generated excellent cash flow from operations, with $214 million of cash from operations through the first 9 months of 2018 or a 31% year-over-year increase.

We ended Q3 with $162 million of unencumbered cash on our balance sheet or approximately $106 million more than Q3 of last year.

I would like to point out an accounting item in our GAAP earnings presentation this quarter, that could benefit from some additional commentary. You will notice that GAAP net income and GAAP diluted EPS are down 66% and 69% in the period, respectively, while adjusted EBITDA and non-GAAP EPS are up 33% and 74%, respectively.

The 2 principal reasons for the difference in our GAAP and non-GAAP measures are first, we agreed to pay $13.5 million to the sellers of TPG, as the final and only earnout payment under the 2014 acquisition agreement. Consistent with GAAP, this earnout payment is reflected as a component of other G&A on our Q3 consolidated income statement.

Second, we accelerated $4.2 million of stock-based compensation associated with the retirement eligible employees, pursuant to our recently adopted retirement policy, which is also accounted for under GAAP as an operating expense.

Speaking of accounting, as we discussed previously, starting in 2019, we will begin using a new presentation for non-GAAP revenue, which we believe better reflects the economics of Green Dot's business and more closely conforms to how banking institutions treat interest income on customer deposits.

As a reminder, the new non-GAAP revenue presentation format will include net interest income generated at Green Dot Bank from the investment of customer deposits, and will be reduced by commissions and certain processing-related costs associated with certain BaaS partner programs, where the partner and not Green Dot controls customer acquisition.

So that you can be better prepared for how to think about our non-GAAP revenue under that new presentation, our Q3 non-GAAP revenue result would have been $227 million, including $5.7 million of interest income this quarter, offset by $9.2 million of processing costs and commissions.

Now diving into the segments. The Account Services segment delivered GAAP revenue of approximately $194 million, representing organic year-over-year growth of 14%.

We are seeing strong organic momentum across practically all of our various revenue divisions and product lines, with GDV growth of 18% and purchase volume growth of 13%, coming equally from both new and established product lines.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our Processing and Settlement Services segment generated approximately $44 million in GAAP revenue, equating to more than a 13% year-over-year increase. The strong results were driven by organic growth in all the segment's various product lines, including cash transfers and SimplyPaid worker disbursements.

Now turning to our updated guidance for the full year 2018. We are very pleased with both our results and the underlying strategies and initiatives driving those results. And as such, this strong performance enables us to once again raise both top and bottom line full year guidance for the remainder of the year.

First, let's talk about full year revenue guidance. We overperformed our revenue expectations in Q3 by approximately $8.5 million. Based on the strong business trends we experienced in Q3, continuing into October, we are raising our current full year guidance by $13 million at the midpoint, which incorporates the $8.5 million of Q3 outperformance as well as an additional $4.5 million of upside, we now expect for Q4 when compared to the guidance we provided in August.

As such, we now expect 2018 GAAP revenue to be between $1.38 billion to $1.42 billion, which at the midpoint, reflects a $13 million increase from our prior guidance range of $1.22 billion to $1.32 billion.

We are now projecting consolidated year-over-year organic revenue growth of 17% at the midpoint. Now let's talk about our adjusted EBITDA guidance. We overperformed our adjusted EBITDA expectations in Q3 by about $7 million.

On top of that, we would expect another approximately $1.5 million of adjusted EBITDA to flow-through from the incremental $4.5 million of higher revenue we are now forecasting for Q4. So together, this means we would be adding another $1.5 million to our previous implied Q4 expectation to around $46 million in adjusted EBITDA, and the full year forecast would be $8.5 million higher than our previous full year guidance range of $244 million to $248 million.

However, considering the robust pipeline of new opportunities across the company, including the development of new BaaS programs and enhancements to existing programs, plus the new hires and new systems investments we are making to grow and improve vitally important control areas of the company, like risk management, compliance, AML and BSA programs, InfoSec, and other areas that enable our growth to take place on a platform that intends to expand to become more robust in advance of that new business growth, we are not going to add the full $8.5 million of expected incremental adjusted EBITDA to our full year guidance range.

Instead, we are planning to reinvest approximately $5.5 million of the $8.5 million of adjusted EBITDA upside, which means we will be raising our annual EBITDA expectations by $3 million at the midpoint. As such, our revised full year adjusted EBITDA guidance range is now $247 million to $251 million, equating to a year-over-year projected growth rate of between 20% and 22%.

At the midpoint of $249 million, this revised guidance implies adjusted EBITDA margins are expected to expand on a year-over-year basis by approximately 83 basis points for the full year. We now expect our non-GAAP EPS to be in a range of $3.18 to $3.22 per share, equating to a year-over-year growth of 48% at the midpoint, and about a $0.35 per share increase to the midpoint of our original annual guidance range of $2.81 to $2.88.

Our non-GAAP EPS forecast assumes a tax rate of approximately 23.5%, a fully diluted share count of 54.6 million shares, net interest income of $19 million, and depreciation and amortization of $40 million. And with that, I would like to ask the operator to open the phone for questions. Operator?

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question comes from Bob Napoli of William Blair.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

And one, I would like to understand, the business is changing so rapidly. I mean, it does -- the revenue was up, I think, 14% organic revenue growth, but the cards were up 3%, so the revenue per card is up pretty materially. I was just trying to understand, what we should expect as we think forward to 2019, '20? And I think Steve you suggested that the pipeline of BaaS' suggest double-digit organic growth for years to come, if I heard that correct?

**Steven W. Streit**
*Founder, President, CEO & Director*

I think it -- what we said is it has the potential to it. Of course, it depends how that pipeline materializes. But the pipeline is pretty robust and the platform effect has the opportunity to do that. But let me comment on the active card number, because it is goofy. And we knew it stand out. It certainly stood out with us. So we guide mid to single digits, as you know, which most people take as 5. And if you think about the 3 months that make up the quarter, we were that or better. We were about 7% or 8% in July, 7% or 8% in August. And then September fell out of bed, and was like 2% or something. And that's why the average is where it is. So we actually went back and looked and there were some year-over-year comp issues in September discretely as it related to the natural disasters that happened last year and a large number of cards that we sold related to Disaster Relief and FEMA funds and other things that go into cards for that purpose. So it was just a wacky comp, if you will, but not indicative of anything related to the business. And in fact, for Q4, we think we'll be at 5% or above based on how we're tracking in October. So it is a strange number, and we knew it would stand out and so I'm glad you asked the question because it allowed me to explain it. But not anything we should focus on. Absent September, it would have been that same 5%, 6%, 7% average growth. So that's number one. But you bring up a good point that it is changing. We sell fewer one-and-done, for lack of a better word, or nonreloadable is a phrase we use, and not one and done, that's a wrong phrase because they may use it several times, but nonreloadable versus reloadable. The percentage of people who acquire our accounts now are far more likely to reload and when they reload, they're far more likely to do it through electronic means, meaning direct deposit. And that does mean more revenue per card. That is real, and is a trend we see continuing. It has been there for a very, very long time, at least 1.5 or 2 years. And we see that opportunity continue. So we don't see anything slowing down with that, but we do think that, over time, in the absence of new products, which we certainly have a slate of new products we'll roll out, which we think will be compelling and attract customers and new BaaS programs that we think will continue to attract customers and then new programs that will attract new customers. We think the opportunity for active card growth will continue there as it has been. But don't be distracted. And I'm really glad you asked it, to other investors listening, the 3% number is a little goofy, and I wouldn't put much into it, except for that September comp.

**Operator**

Our next question comes from Andrew Jeffrey of SunTrust.

**Andrew William Jeffrey**
*SunTrust Robinson Humphrey, Inc., Research Division*

Nice to see the momentum in your business. Mark, I think you made the comment, it may have been you Steve, correct me, if I'm wrong, but about the BaaS business alone being able to support 10% organic revenue growth. And I know better than to ask you to quantify BaaS, because you're not going to. But I wonder if you can frame that up. Is that an aspirational goal? Is that something that we should

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Case 2:19-cv-10701-DMF-E   Document 155-20   Filed 04/25/25   Page 114 of 140   Page ID #18631

think about for '19 in the context of your goal to support 10% revenue growth? What are you trying to communicate, I guess with that?

## Steven W. Streit
*Founder, President, CEO & Director*

Well, when you look at BaaS and you think -- first of all, as a company, as I mentioned in the prepared remarks, I think Mark did in his script too, that we certainly have our goal as we have for a long time to have 10% or better growth year-over-year on top and bottom line. We've done that handily last few years and we want to do it again in 2019, and so we're certainly setting ourselves up to do that. We're not guiding the year. I don't want to say that, but clearly, it's no secret that our goal is to continue to do that. And my comment of BaaS is when you look at just the pipeline of opportunities, it doesn't mean we'll close them all and it doesn't mean when we close them that the BaaS partner will be successful in hitting it out of the park every -- as you know, every partner does their own marketing and they're responsible for selling it to their constituency, right? But when I see the quality of the pipeline and the numbers of customers in aggregate that pipeline represents, you can see this platform effect happening, where you have 2 components. One is the existing group of BaaS partners, are all the ones you know, whether it's Apple or Intuit and Uber and the rest, all developing plans to issue more products to their customer bases and as the products mature, more people get them and generate more revenue from those products. As you know, portfolios that age do better than those that are young. And then we see new programs coming on with de novo programs that will generate growth by themselves. A good example of that is Stash, that as I mentioned, as of a few weeks ago at the Money20/20 conference already had about 80,000 customers signed up and funded before the product is even available. And there's others like that. So I think the answer is if you were to look at the pipeline and assume we close a percentage of that pipeline and then the size of the customer bases that each of those companies believes that they could penetrate with the product, it could generate enough revenue to grow us 10%. So that's what the comment means. But I want to be clear in no way are we saying that we closed them all, or that we're going to close them all, but it is a comment and the reason we put it in there. It is a comment to the size of BaaS and the opportunity that we're seeing with this platform effect of existing programs growing and new program starting growth from scratch. And then unrelated to BaaS, of course, we have our own legacy products and established business lines, which are no slouches. I mean, those are doing very well and continue to grow. So we feel pretty good about the future prospects and that's what I was trying to relay. Does that make sense?

## Andrew William Jeffrey
*SunTrust Robinson Humphrey, Inc., Research Division*

Yes, it does. I appreciate the clarification or the elaboration. Maybe I could dig in just a little more as a follow-up. You talk about continued growth in the installed base of BaaS customers. I think Intuit I know has a seasonal aspect to it, but maybe Uber, as an example, reference customer, can you just characterize the rate of growth in the installed base? It is -- has it remained relatively constant? Has it accelerated? Has it decelerated. Just trying to parse a little bit more the growth drivers.

## Steven W. Streit
*Founder, President, CEO & Director*

So the -- yes, the answer is, let me think about how to help you with this and others listening. So absent the seasonal aspects of those programs that are highly seasonal, we know what those are, the tax programs, we'll have more next year with TaxSlayer that we announced and others. So absent the seasonal run, the answer is the BaaS platform grows, because the nonseasonal components, if you will, the Uber, the retained portion of Intuit customers who use the card for beyond just the disbursement, the Walmart MoneyCard I'm trying to think of what else is on there. The Apple program although Apple is not included in active cards. Those are all growing in and of themselves as well. The growth is somewhat hard to isolate because you do have this massive influx of accounts in Q1 and Q2 related to the tax business. So that does kind of make it a little bit harder for an analyst to maybe pull it out. But the answer is absent those seasonality -- seasonally heavy programs, yes, it's growing. And the legacy side is growing. So we feel really good about all of it. And then we have a slate of new products next year on our own side. In other words, I'll tell you what I think was an interesting story, but I love meeting with our partners

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and our clients. And when I saw the job BaaS -- Stash did with our own platform, I said to our product designer, I said, this is a case of the cobbler's kids have no shoes. It's our platform and our APIs and our technology and our people and the Stash product is so much more beautiful than anything we have had at Green Dot under our brand name to be honest with you. And Uber product is amazing as well. And it's interesting because it's all Green Dot, but it shows you how we all learn from each other and this all kind of drives the ambition on the quality higher. But we have our own products that we're using that also consume our own BaaS platform. In other words, we alone use our same stuff. And we have our own new products that we'll roll out, and we think we'll generate more consumer interest, just like we have 2 years ago when we brought in all the rewards products. So there's a lot of activity happening there and we feel really good about all of that.

**Operator**

Our next question comes from Andrew Schmidt of Citi.

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

So I hate to beat a dead horse, but in the context of the double-digit organic revenue growth in 2019, that commentary, I guess if you could just drill down a little bit more and talk about how the drivers in 2019 might be different from 2018, especially since you're coming off a pretty strong growth in '18? And I guess just a definitional question, when you talk about double-digit growth, that would assume the new operating revenue definition, which includes a benefit from interest income?

**Steven W. Streit**
*Founder, President, CEO & Director*

That's a fair point. And because this statement is general, I don't think I've gone through the generality of netting out what programs would be double-digit absent the accounting treatment and so forth. But if you think about our midpoint, which is 1 0 4 2 -- is that the new midpoint of revenue?

**Mark L. Shifke**
*Chief Financial Officer*

1.040.

**Steven W. Streit**
*Founder, President, CEO & Director*

0 4 0. Okay. By the way, I hope you all notice this. But when Mark was reading his script, we tried to throw ice water on him. But he said 1 4 2 0, but I think you all know he met 1 0 4 0, not 1 4 0. Anyhow I think you all -- well, I get to see the transcripts tomorrow. Green Dot raises revenue by -- anyhow, so but when you think of that midpoint, and you think of 10% on top of that, right, so 10% on top of 1 0 4 0, we think we can achieve that based on the natural momentum of our portfolios. And you can see how the momentum goes. As portfolios age, people put more money on them. You get more GDV which means more spend. More spend means more interchange. Those programs that have a monthly subscription fee pay those subscription fees and on and on and on, and as they retain longer and put more money on, we make more revenue which is how we've been growing for some time. So you're going to have new accounts, but we actually make much more money on the established accounts as they age and use them more heavily. So if you look at this natural momentum of those accounts, and then our other businesses that are not about active accounts, things like our Money Transfer business, which has been very healthy and new programs like we talked about with -- of Walmart and PayPal and our SimplyPaid platform. Our PayCard business, which I decided to highlight this quarter, I don't normally. And shame on me for not because it's a wonderful business, and Chris Ruppel and his team at RapidPay do a fabulous job of growing that business. And all these things come together. Beyond just our established card business, if you will. And so when you look at the natural trajectory of those, plus new deals that we expect to sign, plus deals that we've already signed that are rolling out, like let's say a Stash or the PayPal-Walmart deal, all this comes together to generate that extra $100 million plus, that we think we need to get to a 10% top line growth and something similar or better on the bottom line as a percentage. So that's the simple math

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**772**

of how we do it. And when you see just the actives and the programs for next year, that's how it comes together, so it's fairly straightforward.

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

Got it. That's good context. And then if we think about the Banking-as-a-Service platform, you have your existing set of products, but there's also a component in terms of growth that involves adding new use cases and things like that. I'm sure you have a roadmap for capabilities you can support. I guess when you think about just the vast roadmap, what sort of things or use cases do you envision that's incremental relative to today?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, gosh, let's think how I'll answer this without saying things I shouldn't. So for those of you who are technology centric, the way a platform works is you have what's called a library of APIs or "Restful" capital R-e-s-t-f-u-l, in small letters, APIs, that allow a developer to come in and take a software development kit or an owner's manual for lack of a better word or an instruction manual like when you're building a piece of IKEA furniture but hopefully ours is easier. I always have parts left over. But that they can come in and use our APIs and say, "Oh, gosh. I want to add this free ATM network. Okay, I'll enable that API. Oh, I want to do rewards. Okay I'll utilize that API." And invariably, when you have a big program partner with us, they will have requests for things that we don't do. It's just as old as the hills in terms of how these businesses work, and they'll say, "Gosh, we love the 14 APIs you have, but we want to do a thing where a guy goes up to a Burger King and does this and then that happens and then something else happens." And you end up building a custom API for that program, that then becomes a permanent part of that API library. So with each partner, you expand your capabilities and as those capabilities expand, we can use them for other things or other partners can do it for other things. It's not at all uncommon that an existing BaaS partner will hear through an earnings call or through a press release or they'll try another product made by another Green Dot partner and they'll say, "Hey! I didn't know you could do that. Can we do that on ours too?" And their account rep will come in and say, "Hey, such and so would like to add rewards. They want to add this or that or they want to use the Walgreens ATM network," whatever it might be. So this is how it sort of plays out. And then what we do as product designers inside Green Dot, and I'm frankly still part of that after all these years. I enjoy it, and it's something that I'm decent at doing with our team. So we say, "Well, look. What are the needs in the market? What can we build under the Green Dot or GoBank or Walmart brand names that we can use to expand that customer base, make it more compelling for our existing customers and then draw new customers in? And so it's a constant. It's like painting the Golden Gate Bridge. You're never done. You're just at a certain point of the bridge and then you go back and start all over again. And that's the way it is with consumer product development. We can never look stale or be complacent with the features and the functionality. But the platform of having so many talented product designers from so many fabulous companies, small and large, who are innovative, drives us to do better things and we think we're going to continue to have some of the coolest products that are out there. And I want to say this because it's so important as to who we are and to have them out there in a manner that's safe and consistent with the fact that Green Dot, at the end of day, is a bank holding company that has tremendous obligations that we take very seriously in the areas of risk management and BSA and AML protective measures and all the various compliance rules that we follow as a regulated bank and we try to do a really great job of that. So you're always building ahead of your growth to make sure that you don't outgrow or outstrip your foundation.

**Operator**

Our next question comes from Brad Berning of Craig-Hallum Capital Group.

**Bradley Allen Berning**
*Craig-Hallum Capital Group LLC, Research Division*

To follow up on the partnership opportunities. One thing I think would be interesting to hear is the maturity of that pipeline. You've obviously been working on a number of things. In different times, you

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**773**

guys have announced partnerships at various, I think, stages of implementation. I think Intuit wasn't really announced until you were actually ready to execute. I guess, give us a kind of a view on where that pipeline is? Do you have deals that you've already signed and you're working on implementation? Do you actually have to announce deals once you've signed them? Just help us understand the maturity of the pipeline and where you're at in the progress, because I know you guys are working on a lot of different potential partners and opportunities out there? Give us some context, if you don't mind.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, so the answer is yes, we're currently working on deals that we have not announced. Most of our big partners, maybe all of them, frankly, have various rules and cultures that do not allow a product to be announced until literally it rolls out or right before it rolls out. And that's actually very common, especially with technology companies. That's the norm. So to answer the question directly, there are a couple of programs right now that we're working on that we haven't announced. That's number one. Number two, how are we doing with the maturity of the pipeline? I think the pipeline is so new, I'll give you a sense. I wish Brett were here. Is Brett going to be at the Citibank thing? So you'll meet Brett Narlinger, who's our Chief Revenue Officer and we have him out at some of our investor meetings and conferences and he'll be with us. The pace of business development has just become so rapid. I think as people are finally getting to understand that, "Wait a second. Somebody does this? Wait, you can actually call somebody and they can do this?" And that's what generates the activity. We were at Money20/20, and this is just anecdotal, it gives you an honest sense of why we feel like we're onto something. I had a suite, obviously, where you have meetings. And I must have gone from 7 a.m. to 8:00 at night, 8:30, with meeting after meeting after meeting with my wonderful admin who's been with me 15 years, bringing food in so we could eat in between -- because the pace was so hectic. And then on top of that, there were other people who are existing clients who were all very large who needed time and we're happy to -- and honored to do that as well. But if you can just sort of gauge a conference like that where you're meeting with, not only your existing partners, but all the people who just said, "Hey, Steve, we've never met, but I run such and so and is it true that you guys can do this?" Or I was talking to somebody at some company and they said that you actually can make this happen because "We were trying to do this but we couldn't because of a, b and c." "Yes, we can do that. Do you want to meet?" And then we meet about it. Look, I've been in sales a long time, and only a fool would count their chickens before they're hatched and in no matter, shape or form am I doing that. And I want to be clear about that.

At the same time, you know when you have a hit record just based on, in the old days, where you used to say, "How'd they dance to it and how's the beat?" If you have an offering in the market that generates that kind of excitement and demand for conversations that generate then follow-up demands and then phone calls on top of that, it's pretty certain that you're onto something. I think for me, the biggest, Brad, additional color I can share is that traditionally, even I was thinking of BaaS for our partners who will go directly to consumers, in other words, people who use the account as a personal bank account.

But I'm going to say the hottest interest we had was actually from small business providers who are looking to provide small business account solutions. We do that today for Uber, as you know. The Uber account is a small business account. But the activity on that side of our world was actually hotter than even the consumer side, which is a vertical that, frankly, I don't think we would have thought about, 2 weeks prior to the conference. So it just shows you how when you have an exciting product or platform that you know what you think you're doing but then other partners and customers will have other ideas. And we're always interested in listening. Some things we just can't do because we think it's not something we can do or should do or maybe we think it's too risky or just not something that fits our culture. But then, there are other things that are right down the alley and right in our wheelhouse and you think, "Gosh, what a wonderful use of our platform. That makes a lot of sense." So I think it's more of a commentary on how we feel about the potential pipeline and the vitality of what we've created here. But to be clear, we're not forecasting the future or anything else, but if you thought about the extra $100 million or so in revenue that we would need to hit to do 10% next year, the comment that BaaS between its current products and partnerships, new ones coming on announced and unannounced, and others that we may close because they together, could certainly deliver that $100 million. I think that's what I'm trying to communicate, and I hope we can. But we'll guide the year when we guide the year. I wouldn't

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

get in front of us, but I think what you should be taking away from it -- what I took away from it is I think we're on to something here that has the potential to be market changing and disruptive and I'm really glad we're doing it and we're going to continue to do our best.

## Bradley Allen Berning
*Craig-Hallum Capital Group LLC, Research Division*

One follow-up. The account growth is one thing, but I think there's some programs that don't get into card numbers because of various definitions of things. If you were to look at the real just kind of user whether they're recurring, non-recurring, what -- whether they're various programs. The number of people that you're touching on a year-over-year basis, what's the real kind of underlying trend?

## Steven W. Streit
*Founder, President, CEO & Director*

Well, the trend is certainly bigger. I can't give you a percentage or quantify it. That would probably be ill advised and I'm not sure I know it. But if you think of just numbers of customers that are outside of what we call active card users, it's -- we're a pretty big company. I mean TPG alone in taxes does, 11 million, 12 million, 13 million something like that, tax refunds annually. And then you have the tax cards. You have our MoneyPak consumers who were not counted. You have our gift card customers were not counted. All of Apple, which as Tim Cook -- I always want to be very respectful that Apple announces Apple's news, but he's used in his earnings calls several million or millions and I think that's certainly true. So if you add it all together, there's probably another, oh, I don't know, 15 or 20 million customers who regularly use Green Dot that have nothing whatsoever to do with our active card business. And if we were to start the company again today, I've never used the word active cards. It wouldn't even be relevant to our business. But remember when we went public in 2010, we were a monoline, 1-product company, which was a prepaid card, of which 70% of the revenue or something like that came from Walmart. So it's a very different company today and the active card number is somewhat passé, but we're also afraid to get rid of it, because we don't want people like you and other analysts to think that we're trying to get rid of a metric they've become accustomed to so we keep it, but the truth is in and of itself, it's not as relevant as it was 5, 6, 8 years ago.

## Operator

Our next question comes from Joseph Vafi of Loop Capital.

## Joseph Anthony Vafi
*Loop Capital Markets LLC, Research Division*

I was wondering if you could circle back to the Walmart-PayPal deal. Neither of those companies are technology slouches in their own right and maybe helpful to get an idea of why you are involved in putting that -- helping them put that product together instead of them doing it by themselves.

## Steven W. Streit
*Founder, President, CEO & Director*

Well, listen, company -- first of all, to your point, PayPal is an amazing company and could certainly build or deploy anything they want in any way, shape, form or concept and they're incredibly innovative partners. And people don't automatically think of Walmart as a technology company, but to your point, they are. If you're ever in Bentonville -- first of all, it's an amazing company in any respect you can think of any company. But they have this gorgeous new David Glass Technology Center, which is just massive. I don't know how big it is, but it looked to me the size of 2 football fields, for real, that house technology employees as far as the eye can see. I've never seen anything like it in all my years. And they -- David Glass, by the way, was their first technology officer and then Sam's closest partner back when they had big tapes of those machines. Not UNIVACs, but the big reel-to-reel machines that they had in the old days. And they named the building after him. I think he's still alive and it's a cool culture. So you're right. Between either of those companies that they can build whatever they want to build and I want to make sure that, that is absolutely clear. I think the reason why companies that can do it whatever they want like Apple or anyone else, it's a question of what can you do and what is it wise to do. And in the case of

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**775**

Walmart, we already have so many cash products that we support there, and so many products we sell there that we're integrated into. Remember that we already have the Green Dot network. They call it -- I'm losing my mind. Not rapid -- Rapid Reload, right? Rapid Reload, I would've known by heart. I'm sorry. It's not -- it's been a long day. But they have the Rapid Reload system, which is Green Dot's network and then they also tie in other networks that compete with Green Dot to make that a very robust service. So we're already integrated into their point of sale and integrated meaning both as a settlement partner and as a regulated entity and all the things we do with Walmart on a daily basis. And we also have the technology that allows the cashiers to put money in and out on an auditable safe way. So we have that advantage there. And we already operate some of those businesses for them. On the PayPal side, I think you may know that for some years we've already done -- have been doing PayPal CASH on. So the way you get cash on to a PayPal account is you go on PayPal.com, they'll tell you how to do it. You request a barcode gets sent to your smartphone and that's a Green Dot service, and we've done that for a long time. So we already had the barcode technology built. We already have the cash inside built. We already have the ability to, in a safe and audited way, issue the barcodes, which you can't fake or forward to one another. It's a secure barcode. And, so we already had that built. So I think it just makes sense to say, "Look, can we use a partner that knows how to do this and can they do this quickly? And as part of the services we already do, it wouldn't make sense -- just like Green Dot is no technology slouch, but we use a ton of partners to do things like the back-end, the bill pay. Why would I build that on my own when you can use FIS or Fiserv or somebody else?" So I think technology and payments in particular is a large sandbox business where people play to get along and do what they do best. And I think they just simply made a wise decision.

**Joseph Anthony Vafi**
*Loop Capital Markets LLC, Research Division*

And then just 1 follow-up on EBITDA margins relative to BaaS. I'm trying to get a sense for -- we saw good expansion in EBITDA margins, but you also indicated that you're still investing in the business. Is it fair to say that BaaS is EBITDA accretive at this point to the business, despite ongoing investment and potentially some of these new clients that haven't been announced yet? Just trying to get a feel for that EBITDA capability or contribution?

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, you bet. It's a good question. So again, BaaS is one part of the business. The reason why we hope you invest in Green Dot -- you, meaning investors and the analysts who help them make their decisions more wisely, is that we're highly diversified. So it's not just BaaS and it's not just our collection of GoBank and Green Dot brands and legacy products and RushCard and the other brands we have account [ balance over ]. But it's -- and RapidPay. I mean, it's become a large collection of products and a lot of divisions doing their thing. And so BaaS is 1 part of that. So we get margin from different products and different segments at different times of the year and different components. So it's not as simple as BaaS and non-BaaS, I guess. But to your point, Mark said earlier in the year that we expected the BaaS programs to contribute at a lower margin than our established programs. I think that's true. They have. And then he said -- prognosticated that as we got into the second half of the year, we'd have margin expansion that seemed pretty large because as those accounts age, they'd throw off margin because you're not paying the onetime cost of acquisition as you did in Q1 and Q2. And at the time, if you remember some investors, appropriately, were nervous said, "Wow, that's a lot of margin expansion in the second half. Can you really pull that off?" And I thought, Mark, you eloquently described almost an abridged slide kind of way how you could make margin on each of those components increasing over time. And I think it's played out exactly as you called it and so the margin expansion, maybe more than we expected, is there because we're getting margin from most of our business lines. There may be some new products we're not so I can't be overly specific, not because I'm hiding it. I just don't know. But to your point, as a group of -- as a collection of products, we're doing very well on revenue dropping to the bottom line despite investing in a lot of compliance and what I'll call safety and soundness and issues and that platform and investing in new programs. So we've been very blessed that we've had an opportunity to make a lot of money and spend a lot of money. And we don't take that for granted. You've really got to run the business. It doesn't happen on its own, and the annual budgeting process is a big part of it. But so far, so good.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I think, Operator, that's all she wrote on the question list. And if I'm not missing anything, I'll tell you all thank you, and have a wonderful day. Thanks for listening to the call. We'll see you at the Citibank Conference for those of you in attendance in New York next week.

Bye-bye.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2018 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2018 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2018 S&P Global Market Intelligence.

778

# Exhibit R

**Deutsche Bank Research**

| | | |
|---|---|---|
| **Rating** | **Company** | **Date** |
| # Hold | # Green Dot Corporation | 7 November 2018 |
| | | ## Forecast Change |
| North America United States | | |

**TMT**
Payments, Processors, & IT Services

| | | | |
|---|---|---|---|
| **Reuters** | **Bloomberg** | **Exchange** | **Ticker** |
| GDOT.N | GDOT US | NYS | GDOT |

| Price at 7 Nov 2018 (USD) | 86.02 |
|---|---|
| Price target | 79.00 |
| 52-week range | 90.93 - 55.87 |

# Clarification on 2019 Revenue Growth

The CEO highlighted 10% revenue growth in 2019; however, on the call back, management clarified that they are positioned to deliver the growth, but were not guiding for the revenue growth. Revenue growth of 10% wasn't necessarily organic growth and could include acquisitions as well. Given the difficult comps from the Turbo Tax anniversary, we will continue to monitor for the ability to deliver double–digit organic revenue growth in 2019.

### Card attrition picks up

Active card growth moderated to 3% Y/Y in 3Q18, which the company blamed on difficult comps in September and reiterated mid-single-digit growth for 4Q18 and going forward. However, we would highlight that net active cards declined 430K from 2Q to 3Q, which the company attributed to normal seasonality and highlighted 250K direct deposit additions in the quarter. We will continue to monitor for the ability to reaccelerate net card addition in 4Q18. We will continue to monitor competition from Square Cash and PayPal Venmo. Please refer to the note by our Payments, Processors, and IT Services analyst Bryan Keane, " Payments : Monetizing the Underbanked " for details.

### Beat conservative guidance again

In line with prior quarters, the company had guided conservatively and then beat the conservative guidance. 3Q18 revenue growth came in roughly in line with our estimate but beat street estimates and conservative guidance. Revenue guidance implies moderation in revenue growth in 4Q18. Interestingly, consensus EBITDA for 3Q18 was $45m, when the company guided to $38m of EBITDA in 2Q18 and then delivered $45m of EBITDA. EPS of $0.59 (includes $0.03 benefit from lower taxes) beat consensus/our estimates of $0.43/$0.59. We would also note that consensus estimates were $0.52 prior to the company guiding to $0.41 in EPS for 3Q18 on the 2Q18 earnings call.

## Valuation & Risks

**Ashish Sabadra**

Research Analyst

+1-415-617-3329

**Alexis-M Phili**

Research Associate

+1-212-250-0794

**Key changes**

| | | | |
|---|---|---|---|
| TP | 76.00 to 79.00 | ↑ | 3.9% |
| EPS (USD) | 3.124 to 3.210 | ↑ | 2.7% |
| Revenue (USDm) | 1,046.0 to 1,044.9 | ↓ | -0.1% |

*Source: Deutsche Bank*

---

Deutsche Bank Securities Inc.

Distributed on: 08/11/2018 04:15:08 GMT

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 091/04/2018.

7 November 2018

Payments, Processors, & IT Services

Green Dot Corporation

Figure 1: 3Q18 results vs estimates and guidance

| GDOT | 3Q18 | | | |
|---|---|---|---|---|
| | Guidance | Consensus | DB est | Actual |
| Card and other fees | | $109.9 | $112.7 | $115.5 |
| Processing and settlement service | | $44.4 | $42.9 | $45.0 |
| Interchange | | $69.6 | $75.5 | $74.1 |
| Operating revenue | $222 | $223.9 | $231.2 | $230.6 |
| Y/Y Growth | 10.1% | 11.1% | 14.7% | 14.4% |
| Adj EBITDA | $38.0 | $39.3 | $43.0 | $45.1 |
| Adj EBITDA margin | 17.1% | 17.5% | 18.6% | 19.6% |
| Tax rate | | | 24% | 20% |
| Pro forma EPS | $0.41 | $0.43 | $0.51 | $0.59 |

Source: Company data, Deutsche Bank estimates, FactSet

## Operating metrics growth moderate

In addition to moderation in active cards growth, cash transfer growth also moderated to 9% Y/Y in 3Q18, while the purchase-volume growth moderated from 21% Y/Y in 2Q18 to 13% Y/Y in 3Q18. We believe the operating metrics could continue to moderate going forward as the Turbo Tax win anniversaries.

Figure 2: Operating metrics

| | 3Q17 | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 3Q18 DB est |
|---|---|---|---|---|---|---|
| Active cards | 21.8% | 20.3% | 19.0% | 13.3% | 5.0% | 11.5% |
| Cash transfers | 4.7% | 4.3% | 8.0% | 10.5% | 9.0% | 10.1% |
| Purchase Volume | 18.3% | 41.5% | 32.7% | 30.9% | 13.0% | 30.3% |

Source: Company data, Deutsche Bank estimates

## 4Q18 guidance implies further moderation

Company FY18 guidance implies 4Q18 revenues of $234-$238m (10-12% Y/Y), which was slightly above street expectations of $234m but the implied EBITDA and EPS guidance of $40 - $44m and $0.45 - $0.49 were below street expectations of $45m and $0.52 respectively.

Deutsche Bank Securities Inc.

7 November 2018

Payments, Processors, & IT Services

Green Dot Corporation

**Figure 3: 4Q18 Implied guidance vs estimates**

| GDOT | Implied Guidance | Consensus | Prior DB est | Updated DB est |
|---|---|---|---|---|
| Card revenues | | $113 | $118 | $117 |
| Cash transfer revenues | | $43 | $43 | $45 |
| Interchange revenues | | $78 | $81 | $79 |
| Revenues | $234 - $238 | $234 | $241 | $241 |
| YY Growth | | 10.1% | 13.4% | 13.1% |
| EBITDA | $40 - $44 | $45.4 | $43.2 | $42.2 |
| Adj. EBITDA margin | 17.1% - 18.5% | 19.3% | 17.9% | 17.5% |
| EBITDA growth | | | | |
| Adjusted EPS | $0.45 - $0.49 | $0.52 | $0.48 | $0.49 |

*Source: Company data, Deutsche Bank estimates, FactSet*

**Figure 4: FY18 Guidance vs Estimates**

| GDOT | Consensus | | Implied Guidance | Current Guidance | DB est |
|---|---|---|---|---|---|
| | | | | | |
| Revenues | | | | | |
| YY Growth | | | | | |
| EBITDA | | | | | |
| Adj. EBITDA margin | | | | | |
| Adjusted EPS | | | | | |

*Source: Company data, Deutsche Bank estimates, FactSet*

## Capital allocation focused on acquisition

GDOT has $162m of unencumbered cash, which, along with potentially leveraging equity, could be used for acquisitions.

7 November 2018

Payments, Processors, & IT Services

Green Dot Corporation

# Appendix 1

## Important Disclosures

*Other information available upon request

| Disclosure checklist | | | |
|---|---|---|---|
| Company | Ticker | Recent price* | Disclosure |
| Green Dot Corporation | GDOT.N | 80.46 (USD) 6 Nov 2018 | 2, 6, 9 |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors . Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/ Research/Disclosures/CompanySearch. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Topics/Equities? topicId=RB0002. Investors are strongly encouraged to review this information before investing.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

2.      Deutsche Bank and/or its affiliate(s) makes a market in equity securities issued by this company.

6.      Deutsche Bank and/or its affiliate(s) owns one percent or more of a class of common equity securities of this company calculated under computational methods required by US law.

## Important Disclosures Required by Non-U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

2.      Deutsche Bank and/or its affiliate(s) makes a market in equity securities issued by this company.

6.      Deutsche Bank and/or its affiliate(s) owns one percent or more of a class of common equity securities of this company calculated under computational methods required by US law.

9.      Deutsche Bank and/or its affiliate(s) owns one percent or more of any class of common equity securities of this company calculated under computational methods required by India law.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Ashish Sabadra

7 November 2018

Payments, Processors, & IT Services

Green Dot Corporation

## Historical recommendations and target price. Green Dot Corporation (GDOT.N)

*(as of 11/07/2018)*



Current Recommendations

Buy
Hold
Sell
Not Rated
Suspended Rating

** Analyst is no longer at Deutsche Bank

| | | |
|---|---|---|
| 1. | 02/25/2016 | Hold, Target Price Change USD 23.00 Ashish Sabadra |
| 2. | 08/05/2016 | Hold, Target Price Change USD 25.00 Ashish Sabadra |
| 3. | 02/27/2017 | Hold, Target Price Change USD 30.00 Ashish Sabadra |
| 4. | 04/26/2017 | Hold, Target Price Change USD 34.00 Ashish Sabadra |
| 5. | 05/10/2017 | Hold, Target Price Change USD 37.00 Ashish Sabadra |
| 6. | 08/09/2017 | Hold, Target Price Change USD 42.00 Ashish Sabadra |
| 7. | 11/08/2017 | Hold, Target Price Change USD 54.00 Ashish Sabadra |
| 8. | 01/02/2018 | Hold, Target Price Change USD 60.00 Ashish Sabadra |
| 9. | 05/10/2018 | Hold, Target Price Change USD 64.00 Ashish Sabadra |
| 10. | 08/09/2018 | Hold, Target Price Change USD 76.00 Ashish Sabadra |

## Equity Rating Key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.

Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock.

Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships



## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness. Hyperlinks to third-party websites in this report are provided for reader convenience only. Deutsche Bank neither endorses the content nor is responsible for the accuracy or security controls of those websites.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies, perspectives or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that may be inconsistent with Deutsche Bank's existing longer-term ratings. Some trade ideas for equities are listed as Catalyst Calls on the Research Website ( https://research.db.com/Research/ ) , and can be found on the general coverage list and also on the covered company ' s page. A Catalyst Call represents a high-conviction belief by an analyst that a stock will outperform or underperform the market and/or a specified sector over a time frame of no less than two weeks and no more than three months. In addition to Catalyst Calls, analysts may occasionally discuss with our clients, and with Deutsche Bank salespersons and traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if an opinion, forecast or estimate changes or becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company-specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst or of the Research Department Management, and the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst ' s judgment. The financial instruments discussed in this report may not be suitable for all investors, and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice, and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Performance calculations exclude transaction costs, unless otherwise indicated. Unless otherwise indicated, prices are current as of the end of the previous trading session and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is also sourced from Deutsche Bank, subject companies, and other parties.

The Deutsche Bank Research Department is independent of other business divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research are available on our website ( https://research.db.com/Research/ ) under Disclaimer.

Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed-rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss. The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or liquidation of positions), and settlement issues related to local clearing houses are also important risk factors. The sensitivity of fixed-income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. The index fixings may – by construction – lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. Funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Options on swaps (swaptions) the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including market, counterparty default and illiquidity risk. The appropriateness of these products for use by investors depends on the investors' own circumstances, including their tax position, their regulatory environment and the nature of their other assets and liabilities; as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited – up to theoretically unlimited losses. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option, investors must review the "Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp . If you are unable to access the website, please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including the following: (i) exchange rates can be volatile and are subject to large fluctuations; (ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government-imposed exchange controls, which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://research.db.com/Research/ on each company ' s research page. Investors are strongly encouraged to review this information before investing.

Deutsche Bank (which includes Deutsche Bank AG, its branches and affiliated companies) is not acting as a financial adviser, consultant or fiduciary to you or any of your agents (collectively, "You" or "Your") with respect to any information provided in this report. Deutsche Bank does not provide investment, legal, tax or accounting advice, Deutsche Bank is not acting as your impartial adviser, and does not express any opinion or recommendation whatsoever as to any strategies, products or any other information presented in the materials. Information contained herein is being provided solely on the basis that the recipient will make an independent assessment of the merits of any investment decision, and it does not constitute a recommendation of, or express an opinion on, any product or service or any trading strategy.

The information presented is general in nature and is not directed to retirement accounts or any specific person or account type, and is therefore provided to You on the express basis that it is not advice, and You may not rely upon it in making Your decision. The information we provide is being directed only to persons we believe to be financially sophisticated, who are capable of evaluating investment risks independently, both in general and with regard to particular transactions and investment strategies, and who understand that Deutsche Bank has financial interests in the offering of its products

and services. If this is not the case, or if You are an IRA or other retail investor receiving this directly from us, we ask that you inform us immediately.

In July 2018, Deutsche Bank revised its rating system for short term ideas whereby the branding has been changed to Catalyst Calls ("CC") from SOLAR ideas; the rating categories for Catalyst Calls originated in the Americas region have been made consistent with the categories used by Analysts globally; and the effective time period for CCs has been reduced from a maximum of 180 days to 90 days.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts located outside of the United States are employed by non-US affiliates that are not subject to FINRA regulations.

**Germany**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany ' s Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong**: Distributed by Deutsche Bank AG, Hong Kong Branch or Deutsche Securities Asia Limited (save that any research relating to futures contracts within the meaning of the Hong Kong Securities and Futures Ordinance Cap. 571 shall be distributed solely by Deutsche Securities Asia Limited). The provisions set out above in the "Additional Information" section shall apply to the fullest extent permissible by local laws and regulations, including without limitation the Code of Conduct for Persons Licensed or Registered with the Securities and Futures Commission. .

**India**: Prepared by Deutsche Equities India Private Limited (DEIPL) having CIN: U65990MH2002PTC137431 and registered office at 14th Floor, The Capital, C-70, G Block, Bandra Kurla Complex Mumbai (India) 400051. Tel: + 91 22 7180 4444. It is registered by the Securities and Exchange Board of India (SEBI) as a Stock broker bearing registration nos.: NSE (Capital Market Segment) - INB231196834, NSE (F&O Segment) INF231196834, NSE (Currency Derivatives Segment) INE231196834, BSE (Capital Market Segment) INB011196830; Merchant Banker bearing SEBI Registration no.: INM000010833 and Research Analyst bearing SEBI Registration no.: INH000001741. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations. The transmission of research through DEIPL is Deutsche Bank's determination and will not make a recipient a client of DEIPL. Deutsche Bank and/or its affiliate(s) may have debt holdings or positions in the subject company. With regard to information on associates, please refer to the "Shareholdings" section in the Annual Report at: https://www.db.com/ir/en/annual-reports.htm .

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless Japan or "Nippon" is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period..

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa**: Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore**: This report is issued by Deutsche Bank AG, Singapore Branch or Deutsche Securities Asia Limited, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, +65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated by Deutsche Bank in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may undertake only the financial services activities that fall within the scope of its existing QFCRA license. Its principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available only to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: The information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia LLC Company (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may undertake only the financial services activities that fall within the scope of its existing CMA license. Its principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are available only to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia and New Zealand**: This research is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act, respectively. Please refer to Australia-specific research disclosures and related information at https://australia.db.com/australia/content/research-information.html Where research refers to any particular financial product recipients of the research should consider any product disclosure statement, prospectus or other applicable disclosure document before making any decision about whether to acquire the product. In preparing this report, the primary analyst or an individual who assisted in the preparation of this report has likely been in contact with the company that is the subject of this research for confirmation/clarification of data, facts, statements, permission to use company-sourced material in the report, and/or site-visit attendance. Without prior approval from Research Management, analysts may not accept from current or potential Banking clients the costs of travel, accommodations, or other expenses incurred by analysts attending site visits, conferences, social events, and the like. Similarly, without prior approval from Research Management and Anti-Bribery and Corruption ("ABC") team, analysts may not accept perks or other items of value for their personal use from issuers they cover.

7 November 2018

Payments, Processors, & IT Services

Green Dot Corporation

Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent. Copyright © 2018 Deutsche Bank AG

## David Folkerts-Landau
Group Chief Economist and Global Head of Research

| | | |
|---|---|---|
| Pam Finelli | Michael Spencer | Steve Pollard |
| Global Chief Operating Officer | Head of APAC Research | Head of Americas Research |
| Research | | Global Head of Equity Research |

| | | |
|---|---|---|
| Anthony Klarman | Kinner Lakhani | Joe Liew |
| Global Head of | Head of EMEA | Head of APAC |
| Debt Research | Equity Research | Equity Research |

| | | |
|---|---|---|
| Jim Reid | Francis Yared | George Saravelos | Peter Hooper |
| Global Head of | Global Head of | Head of FX Research | Global Head of |
| Thematic Research | Rates Research | | Economics Research |

Andreas Neubauer
Head of Germany Research

Spyros Mesomeris
Global Head of Quantitative
and QIS Research

### International Production Locations

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG London**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank AG**
Mainzer Landstrasse 11-17
60329 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

# Exhibit S

Equity Research
**Financial Services and Technology | Financial Technology**



November 7, 2018

**Robert Napoli**  +1 312 364 8496
bnapoli@williamblair.com

**Cristopher Kennedy, CFA**  +1 312 364 8596
ckennedy@williamblair.com

**Brian Hogan**  +1 312 364 5256
bhogan@williamblair.com

# Green Dot Corporation

## Core Business Remains Steady, BaaS Opportunity Continues to Emerge; Raising Estimates

**September quarter results were solid: organic growth rose 14% (versus our estimate of about 10% and 16% in the first half of 2018), with the slowdown primarily driven by seasonality in the tax business; total revenues of $231 million were 4% above our estimate, adjusted EBITDA rose 33% to $45 million (12% above our estimate and with 280 basis points of margin expansion), and adjusted EPS rose 75% to $0.59 (versus our estimate of $0.42).** Gross dollar volume rose 18% year-over-year to $9.1 billion, purchase volume rose 13% to $5.9 billion, and active cards rose 3% to 5.4 million; modest active card growth was driven by a difficult comparison due to hurricanes in the prior year, and growth improved to about 5% in October. Nonetheless, Green Dot continues to benefit from an improving customer mix and more direct deposit customers.

**Management plans to heavily market its BaaS platform in 2019 and indicated that BaaS alone could drive double-digit revenue growth for the company in coming years; this suggests the business could be over $100 million of incremental annual revenues over time.** We believe margins on the BaaS business are below the corporate average currently due to heavy investment. The pipeline of new customers appears very strong. Green Dot BaaS clients include Apple (AAPL $209.95), Uber, Tax Slayer, Intuit (INTU $221.88; Outperform), Walmart (WMT $104.32), PayPal (PYPL $88.23; Outperform), OneMain (OMF $30.67), and Stash.

**Management raised 2018 adjusted EPS guidance to $3.18 to $3.22 (from prior guidance of $3.03 to $3.08), which we believe could prove conservative as it incorporates about $5.5 million of incremental investment to support growth.** Management's initial guidance for 2018 was $2.81 to $2.88 per share.

**Our 2018 adjusted EPS estimate goes to $3.18 (from our prior estimate of $3.05), our 2019 estimate goes to $3.65 (from $3.54), and our 2020 estimate goes to $4.20 (from $4.08)**. For 2018 we anticipate 17% revenue growth, to $1.039 billion, and adjusted EBITDA of $250 million (24.1% margin). For 2019 we project 10% revenue growth, to $1.139 billion, and 15% adjusted EBITDA growth, to $289 million (25.4% margin).

**Green Dot has evolved the business from a prepaid company to a fintech/payments/banking company, which has substantially expanded the market opportunity.** We believe Green Dot's banking-as-a-service (BaaS) model, improving customer mix, and expanded market opportunity and strong recurring revenues should support healthy long-term growth. The company maintains a strong balance sheet ($162 million of unencumbered cash and only $60 million of debt), and should continue strategic M&A activity. Shares trade at about 15.2 times our 2019 adjusted EBITDA estimate, 3.9 times revenue, and 23.6 times adjusted EPS. We believe shares should at least appreciate in line with earnings growth.

Stock Rating: **Outperform**

| | |
|---|---|
| Symbol: | GDOT (NYSE) |
| Price: | $86.02 (52-Wk.: $54-$92) |
| Market Value (M): | $4,522 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | December |

| | | 2017A | 2018E | 2019E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $0.74 | $1.24 | $1.48 |
| | Q2 | $0.55 | $0.74 | $0.83 |
| | Q3 | $0.34 | $0.59 | $0.67 |
| | Q4 | $0.29 | $0.47 | $0.66 |
| | FY | $1.95 | $3.18 | $3.65 |
| Sales (M) | Q1 | $253.0 | $315.0 | $342.0 |
| | Q2 | $222.5 | $258.3 | $279.2 |
| | Q3 | $201.6 | $230.6 | $252.0 |
| | Q4 | $213.0 | $235.2 | $265.3 |
| | FY | $890.1 | $1,039.2 | $1,138.6 |
| **Valuation** | | | | |
| FY P/E | | 44.0x | 27.0x | 23.6x |
| EV/Sales | | 4.1x | 3.5x | 3.2x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 52.6 |
| Float (M): | 47.8 |
| Avg. Daily Volume (90-day): | 337,806 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $16.73 |
| Return on Equity (TTM): | 15.8% |
| Enterprise Value (M): | $3,616 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

Green Dot is a leading provider of various services within the banking and fintech sectors.

**Please refer to important disclosures on pages 5 – 6. Analyst certification is on page 5.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

**Review of 2018 guidance, which includes higher revenue and EBITDA as well as a lower tax rate.** Management anticipates 17% revenue growth, to $1.038 billion to $1.042 billion (versus prior guidance of $1.022 billion to $1.032 billion); 20% to 22% adjusted EBITDA growth, to $247 million to $251 million (versus prior guidance of $244 million to $248 million); and adjusted EPS of $3.18 to $3.22 (versus prior guidance of $3.03 to $3.08). Guidance assumes a 23.5% adjusted tax rate (from prior guidance of 24.2%), 54.6 million diluted shares (unchanged), $40 million of amortization expense (from prior guidance of $42 million), and $19 million of interest income (from prior guidance of $16 million).

**Green Dot continues to benefit from improving customer mix highlighted by growth of direct deposit customers; approximately 70% of gross dollar volume (GDV) came from direct deposit customers; we believe over 50% of active customers have direct deposit and over 80% of new active cards.** Further, management disclosed that the number of direct deposit customers rose 13% year-over-year, and nearly 85% of new accounts that have been added since September 2016 were direct deposit customers (1.1 million out of 1.3 million accounts). Management previously indicated that direct deposit (and potentially GoBank customers) can generate lifetime revenue of $400 (over 24 months); reload customers can generate $130 of lifetime revenue (over 9 months), while other cards generate $15.

**Management highlighted growth of its Pay Card (payroll card), which drives direct deposit; we believe Green Dot is a clear beneficiary of the gig economy (1099 workforce).** Green Dot has added over 500 new customers year-to-date and has more than 3,000 employers.

**We believe the BaaS pipeline of new customers is very strong and has a pipeline of over $100 million of potential revenue.** We believe a key challenge will be marshaling the resources to implement several large programs at the same time.

**We look for improved disclosure, but we roughly estimate that the BaaS business rose 154% year-over-year in the nine months ended September to $38 million (about 5% of net revenue).** Our estimate is based on management's disclosure that about 50% of total revenue growth in the June quarter was driven by the BaaS business; this suggests about $18 million of *gross* revenues (versus about $6 million in the June 2017 quarter). Further, management disclosed that commissions/processing-related costs associated with the BaaS service totaled $33 million year-to-date (versus $11 million year-to-date in 2017), and interest income rose 109% year-over-year, to $16 million.

**Green Dot Estimated Revenue from BaaS Initiatives ($ in millions)**

| | 1Q17 | 2Q17 | 3Q17 | 1Q18 | 2Q18 | 3Q18 | YTD | Notes: |
|---|---|---|---|---|---|---|---|---|
| Total revenue (reported) | $253.0 | $222.5 | $201.6 | $315.0 | $258.3 | $230.6 | **$803.9** | ~50% of growth in 2Q18 came from BaaS, suggests $18M of revenue |
| Y/Y change | | | | 25% | 16% | 14% | **19%** | |
| | | | | | | | | |
| Estimated BaaS revenue (Gross) | $4.8 | $6.3 | $7.2 | $21.8 | $18.2 | $15.3 | **$55.3** | Commentary suggests $18M of revenue in 2Q18 |
| Y/Y change | | | | 352% | 187% | 114% | **202%** | |
| % of total | 2% | 3% | 4% | 7% | 7% | 7% | | |
| | | | | | | | | |
| Adjustments (reported) | (2.9) | (3.8) | (4.3) | (13.1) | (10.9) | (9.2) | **-$33.2** | Represents commissions and certain processing-related |
| Y/Y change | | | | 352% | 187% | 114% | **202%** | costs associated with BaaS products and services |
| % of gross revenue (estimate) | 60% | 60% | 60% | 60% | 60% | 60% | | WB estimate to back into $18M of gross revenue in 2Q18 |
| Estimated BaaS revenue (net) | $1.9 | $2.5 | $2.9 | $8.7 | $7.3 | $6.1 | **$22.1** | Gross revenues less adjustments |
| Y/Y change | | | | 352% | 187% | 114% | **202%** | |
| % of total | 1% | 1% | | 3% | 3% | 3% | | |
| | | | | | | | | |
| Account generated interest income (reported) | $2.8 | $2.4 | $2.6 | $5.3 | $5.3 | $5.7 | **$16.3** | |
| Y/Y change | | | | 89% | 121% | 119% | **109%** | |
| | | | | | | | | |
| Estimated BaaS revenue | $4.7 | $4.9 | $5.5 | $14.0 | $12.6 | $11.8 | **$38.4** | $27M in 1H:18 +175% Y/Y: interest income & net BaaS revenue |
| Y/Y change | | | | 196% | 155% | 116% | **154%** | |
| % of total | 2% | 2% | 3% | 4% | 5% | 5% | | |

Source: Company reports and William Blair

**We believe interest income will become a larger part of Green Dot's earnings as the BaaS initiatives grow.** As outlined above, high-margin interest income rose 109% year-over-year in the first nine months of 2018, to $16.3 million. Green Dot benefits from rising rates as it earns income on deposit and student loans but pays relatively little interest on those deposits at this time. Recall that in 2019 Green Dot will begin to report net interest income in total revenue (currently it is below-the-line) and will begin to report a non-GAAP net revenue metric, which reduces gross revenue by "*commissions and certain processing-related costs associated with certain 'Banking as a Service,' or 'BaaS,' partner programs, where the partner and not Green Dot controls customer acquisition.*"

**Management has previously expressed confidence in Green Dot's long-term margin outlook, and previously cited 30% incremental EBITDA margins for the combined business.** Management's commentary suggests newer initiatives initially have lower margins but ramp up as customer usage grows. Further growth of direct deposit customers is very supportive of margins over time.

William Blair

**Green Dot added Tax Slayer as a new customer to its BaaS platform and will offer refunds via a new prepaid card in 2019; we estimate the relationship will add less than $10 million to annual revenues.** Our estimate is based on our assumption that TurboTax generates about $20 million to $25 million of revenues, and TurboTax has processed about 30 million filings in 2018, while Tax Slayer completed over 10 million e-files in 2018 and issued over $12 billion of refunds. For perspective, only 63 million of the 152 million tax returns are completed by do-it-yourself filers.

**Green Dot's BaaS platform is powering the cash-in/cash-out functions of the PayPal/Walmart initiative; this is an extension of Green Dot's prior work with PayPal and Walmart via its Rapid Reload Network.** PayPal has previously provided the digital barcode that is required for customers to complete transactions at the point-of-sale, will settle funds, and provide customer service. For perspective, PayPal has over 234 million global active users and $311 billion of payment volume in the United States over the last 12 months. Walmart will provide a host of financial services to PayPal users at Walmart stores using the Green Dot network, and those services include cash-in and cash-out services for a $3 fee, access to ATMs, and cash balance information at service desks.

**In the June 2018 quarter, Apple indicated that Apple Pay completed over 1 billion transactions, and Apple indicated that transactions tripled year-over-year in the September quarter.** Apple has not disclosed total volume, average transaction size, or the uptake of Apple Pay Cash, which was launched in early 2018. Apple management believes that it has more transactions than PayPal mobile (a metric that is not disclosed), but PayPal had $57 billion of mobile volume and nearly 2.5 billion payment transactions in the September 2018 quarter. *Consumer Reports* rated Apple Pay Cash the highest among other P2P services (Cash App, Venmo, Zelle, Messenger) for payment policies and operations.

**Interestingly, BBVA launched a BaaS platform in the United States in October 2018.** This open platform enables third parties access to bank services (i.e., Move Money, Identity Verification, Account Origination, Card Issuance Services) via APIs by connecting into BBVA's core platform. BBVA has disclosed various customers, including Simple (owned by BBVA), Xero (cloud platform for SMBs), modo (cloud-based payment integration services) and digit (budgeting app).

**We believe the re-introduction of MoneyPak has been supportive to growth (sales in the June quarter nearly doubled year-over-year, although the amount of revenue was not quantified); the new use-case for MoneyPak will be launched in 2019.** Consistent with Green Dot's corporate strategy, we believe the new use-case is related to services Green Dot already provides in another area of the company or something that will expand the number of Green Dot customers. Recall that the original MoneyPak product generated about $50 million to $60 million of annual revenue, but it was discontinued in 2015 as a result of fraud problems. The new product has improved security by requiring the recipient to provide detailed personal information, and also has expanded functionality; MoneyPak essentially represents a deposit slip that allows users to send $20 to $500 to any debit or prepaid card for a flat fee of $5.95.

**We look for an update in the 2018 10-K, but despite growth of direct deposit customers, the reported average lifetime per card has remained steady for several years.** We believe new cards may not be fully incorporated into recent trends as the metric is based on analysis of active cards that were active 6-30 months before the balance sheet date. However, these trends should influence the statistics as Green Dot has previously disclosed that about 50%-66% of its cardholders are using the new products that were launched in the first half of 2016.

### GDOT Card Lifetime (Avg Months)

|           | 2013 | 2014 | 2015 | 2016 | 2017 |
|-----------|------|------|------|------|------|
| GPR cards | 7M   | 6M   | 5M   | 5M   | 5M   |
| Gift cards| 6M   | 6M   | 5M   | 6M   | 6M   |

Source: Company reports and William Blair

William Blair

**Green Dot Corporation**

*William Blair*

Robert P. Napoli  (312) 364-8496
Brian D. Hogan  (312) 364-5256
Cris D. Kennedy  (312) 364-8596

**Fiscal Year End - December**
(in $ millions, unless otherwise noted)

| 11/7/18 7:38 PM | 2013 | 2014 | 2015 | 2016 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement:** | | | | | | | | | | | | | | | | |
| **Revenue:** | | | | | | | | | | | | | | | | |
| Card Revenue and other fees | 227.2 | 253.2 | 318.1 | 337.8 | 101.0 | 107.3 | 100.8 | 105.7 | 414.8 | 130.1 | 120.8 | 113.5 | 114.0 | 478.3 | 535.2 | 593.8 |
| Cash Transfer/Proc. Settlement | 183.4 | 179.3 | 113.8 | 116.6 | 90.7 | 51.7 | 36.7 | 38.4 | 217.4 | 100.2 | 60.6 | 43.0 | 43.7 | 247.6 | 264.9 | 286.3 |
| Interchange Revenue | 171.8 | 178.0 | 196.5 | 196.6 | 61.4 | 63.5 | 64.2 | 68.9 | 257.9 | 84.7 | 76.9 | 74.1 | 77.6 | 313.3 | 338.5 | 371.9 |
| Stock-Based Retailer Incentives | (8.7) | (8.9) | (2.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tax Products Group | | 0.0 | 68.8 | 67.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **GAAP Revenue** | **573.6** | **601.6** | **694.7** | **718.8** | **253.0** | **222.5** | **201.6** | **213.0** | **890.1** | **315.0** | **258.3** | **230.6** | **235.2** | **1,039.2** | **1,138.6** | **1,251.9** |
| Y/Y growth | 4% | 5% | 15% | 3% | 11% | 28% | 30% | 31% | 24% | 25% | 16% | 14% | 10% | 17% | 10% | 10% |
| organic | | | | | | | | | | 0.2 | | | | | | |
| **Adjusted Revenue** | **582.3** | **610.5** | **697.2** | **718.8** | **253.0** | **222.5** | **201.6** | **213.0** | **890.1** | **315.0** | **258.3** | **230.6** | **235.2** | **1,039.2** | **1,138.6** | **1,251.9** |
| Y/Y growth | 4% | 5% | 14% | 3% | 11% | 28% | 30% | 31% | 24% | 25% | 16% | 14% | 10% | 17% | 10% | 10% |
| *organic growth* | | | | | 6% | 12% | 12% | 12% | 10% | 16% | 16% | | | | | |
| Compensation & Benefits Expense | 112.6 | 102.8 | 141.2 | 131.1 | 34.7 | 41.0 | 36.3 | 41.9 | 153.9 | 44.0 | 42.5 | 42.1 | 43.0 | 171.7 | 184.5 | 202.8 |
| Stock-Based Comp Expense | 14.7 | 20.3 | 27.0 | 28.3 | 6.5 | 9.9 | 11.0 | 13.4 | 40.7 | 10.5 | 12.0 | 14.9 | 14.9 | 52.3 | 52.0 | 56.0 |
| Sales & Marketing Expense | 218.4 | 235.2 | 230.4 | 249.1 | 71.7 | 70.1 | 65.6 | 73.1 | 280.6 | 92.0 | 82.5 | 72.7 | 79.5 | 326.7 | 349.7 | 381.9 |
| Processing Expenses | 89.9 | 79.1 | 102.1 | 107.6 | 40.9 | 44.8 | 34.0 | 41.3 | 161.0 | 48.4 | 46.4 | 43.7 | 44.7 | 183.1 | 196.3 | 213.3 |
| Other General & Administrative Expense | 61.9 | 68.2 | 72.8 | 76.9 | 22.5 | 20.0 | 25.4 | 23.2 | 91.0 | 26.6 | 30.4 | 44.1 | 24.5 | 125.5 | 119.3 | 128.6 |
| Depreciation & Amortization | 27.1 | 37.0 | 61.7 | 62.5 | 15.3 | 16.6 | 16.3 | 16.4 | 64.6 | 17.2 | 17.5 | 18.1 | 19.7 | 72.5 | 79.5 | 80.7 |
| Operating Expenses | 524.5 | 542.6 | 635.4 | 655.5 | 191.6 | 202.4 | 188.6 | 209.3 | 791.8 | 238.6 | 231.2 | 235.7 | 226.4 | 931.8 | 981.1 | 1,063.4 |
| **GAAP Operating Income** | **49.1** | **59.0** | **59.3** | **63.3** | **61.4** | **20.2** | **13.1** | **3.7** | **98.3** | **76.4** | **27.2** | **(5.1)** | **8.9** | **107.4** | **157.5** | **188.6** |
| Y/Y growth | -36% | 20% | 1% | 7% | 13% | 57% | -2625% | -205% | 55% | 24% | 35% | -139% | 140% | 9% | 47% | 20% |
| Operating Margin % | 8.6% | 9.8% | 8.5% | 8.8% | 24.3% | 9.1% | 6.5% | 1.7% | 11.0% | 24.2% | 10.5% | -2.2% | 3.8% | 10.3% | 13.8% | 15.1% |
| Adjusted EBITDA | $ 103.0 | $ 131.8 | $ 152.2 | $ 156.4 | $ 89.6 | $ 50.1 | $ 33.9 | $ 32.1 | $ 205.7 | $ 104.1 | $ 57.6 | $ 45.1 | $ 43.5 | $ 250.3 | $ 288.9 | $ 325.2 |
| Y/Y growth | -11% | 28% | 15% | 3% | 14% | 54% | 43% | 47% | 32% | 16% | 15% | 33% | 36% | 22% | 15% | 13% |
| Adjusted EBITDA Margin % | 17.7% | 21.6% | 21.8% | 21.8% | 35.4% | 22.5% | 16.8% | 15.1% | 23.1% | 33.1% | 22.3% | 19.6% | 18.5% | 24.1% | 25.4% | 26.0% |
| Interest income | | | | | 2.9 | 2.3 | 2.6 | 3.4 | 11.2 | 5.6 | 5.8 | 6.2 | 5.9 | 23.5 | 26.5 | 29.0 |
| Interest expense | | | | | (1.7) | (1.5) | (1.4) | (1.5) | (6.1) | (1.5) | (1.6) | (1.4) | (1.4) | (5.9) | (5.6) | (5.6) |
| Interest Expense/(Income)/Other income | (3.4) | (9.9) | 1.2 | 1.8 | 1.2 | 0.8 | 1.2 | 1.9 | 5.1 | 4.1 | 4.2 | 4.8 | 4.5 | 17.6 | 21.0 | 23.5 |
| **GAAP Pretax Income** | **52.5** | **68.9** | **58.1** | **61.6** | **62.6** | **21.0** | **14.3** | **5.6** | **103.4** | **80.5** | **31.3** | **(0.3)** | **13.4** | **124.9** | **178.4** | **212.1** |
| Pretax Margin % | 9.2% | 11.5% | 8.4% | 8.6% | 24.7% | 9.4% | 7.1% | 2.6% | 11.6% | 25.5% | 12.1% | -0.1% | 5.7% | 12.0% | 15.7% | 16.9% |
| Income Tax Expense | 18.5 | 26.2 | 19.7 | 20.0 | 21.8 | 1.7 | 0.7 | (6.6) | 17.6 | 10.4 | 1.5 | (4.9) | 3.2 | 10.3 | 43.2 | 51.3 |
| Tax Rate % | 35.2% | 38.0% | 33.9% | 32.4% | 34.9% | 8.2% | 4.6% | -117.5% | 17.0% | 13.0% | 4.8% | 1529.1% | 24.2% | 8.3% | 24.2% | 24.2% |
| **GAAP Net Income** | **34.0** | **42.7** | **38.4** | **41.6** | **40.7** | **19.3** | **13.6** | **12.2** | **85.9** | **70.0** | **29.8** | **4.6** | **10.2** | **114.6** | **135.3** | **160.7** |
| Y/Y growth | -32% | 25% | -10% | 8% | 24% | 140% | 570% | -1009% | 106% | 72% | 55% | -66% | -17% | 33% | 18% | 19% |
| Allocation of earnings of preferred stock | | | (2.0) | (1.3) | - | | | - | | | | | | | | |
| **GAAP EPS** | **$0.76** | **$0.90** | **$0.72** | **$0.80** | **$0.78** | **$0.37** | **$0.26** | **$0.23** | **$1.65** | **$1.29** | **$0.55** | **$0.08** | **$0.19** | **$2.10** | **$2.49** | **$3.03** |
| Y/Y growth | -32% | 19% | -20% | 12% | 24% | 135% | 552% | -967% | 105% | 66% | 49% | -68% | -18% | 27% | 19% | 22% |
| Avg. Basic Shares Outstanding | 41.3 | 44.7 | 51.3 | 50.5 | 50.5 | 50.0 | 50.5 | 50.9 | 50.7 | 51.4 | 52.1 | 52.6 | 52.8 | 52.7 | 52.0 | 50.6 |
| Avg. Diluted Shares Outstanding | 44.8 | 47.4 | 53.4 | 51.7 | 52.5 | 52.5 | 52.9 | 54.2 | 51.9 | 54.2 | 54.4 | 54.6 | 54.9 | 54.7 | 54.3 | 53.1 |
| | | | | -3.2% | | | | | 0.5% | | | | | 5.3% | -0.7% | -2.2% |
| **Adjusted Net Income:** | | | | | | | | | | | | | | | | |
| GAAP Net Income | 34.0 | 42.7 | 38.4 | 41.6 | 40.7 | 19.3 | 13.6 | 12.2 | 85.9 | 70.0 | 29.8 | 4.6 | 10.2 | 114.6 | 135.3 | 160.7 |
| Add-Backs (After-Tax): | | | | | | | | | | | | | | | | |
| Retailer Incentives | 6.0 | 5.6 | 1.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock-Based Comp Expense | 9.7 | 12.7 | 25.0 | 28.3 | 6.5 | 9.9 | 11.0 | 13.4 | 40.7 | 10.5 | 12.0 | 16.9 | 14.9 | 54.3 | 52.0 | 56.0 |
| Amort. Of acqu. Intangibles | | | | 23.0 | 6.6 | 8.2 | 8.2 | 8.2 | 31.1 | 8.2 | 8.2 | 8.2 | 8.2 | 32.8 | 32.7 | 32.7 |
| Other | | | | 3.8 | 6.8 | 3.8 | (6.0) | (0.9) | 3.7 | 0.5 | 1.4 | 15.6 | 0.0 | 17.4 | 0.0 | 0.0 |
| Amort of acqu. Intang | | | | | | | | | | | | | | | | |
| Income tax effect | 2.5 | 2.0 | 6.7 | (21.2) | (8.3) | (12.2) | (9.0) | (17.1) | (46.5) | (13.4) | (11.3) | (13.0) | (7.4) | (45.1) | (22.0) | (26.6) |
| tax rate on adjustments | | | | 38.4% | 41.6% | 55.7% | 68.1% | 83.0% | 61.6% | 69.6% | 52.3% | 32.1% | 32.0% | 43.1% | 26.0% | 30.0% |
| **Adjusted Net Income** | **$ 52.2** | **$ 62.9** | **$ 71.9** | **$ 75.6** | **$ 39.0** | **$ 29.0** | **$ 17.8** | **$ 15.7** | **$ 101.5** | **$ 67.1** | **$ 40.1** | **$ 32.2** | **$ 25.9** | **$ 174.0** | **$ 197.9** | **$ 222.8** |
| Y/Y growth | -17% | 21% | 14% | 5% | -5% | 105% | 64% | 64% | 34% | 72% | 38% | 80% | 65% | 71% | 14% | 13% |
| **Adjusted EPS** | **$1.16** | **$1.33** | **$1.35** | **$1.46** | **$0.74** | **$0.55** | **$0.34** | **$0.29** | **$1.95** | **$1.24** | **$0.74** | **$0.59** | **$0.47** | **$3.18** | **$3.65** | **$4.20** |
| Y/Y growth | -18% | 14% | 1% | 9% | -5% | 101% | 60% | 56% | 34% | 67% | 33% | 75% | 63% | 63% | 15% | 15% |
| Unrestricted Net Cash per share | $ 7.5 | $ 3.9 | $ 4.6 | $ 3.3 | $ 2.5 | $ 1.9 | $ 1.0 | $ 0.8 | $ 0.9 | $ 2.5 | $ 3.1 | $ 2.0 | $ 2.3 | $ 2.3 | $ 2.5 | $ 3.3 |
| GAAP Net Income % Adjusted Net Income | 65% | 68% | 53% | 55% | 104% | 67% | 76% | 78% | 85% | 104% | 74% | 14% | 39% | 66% | 68% | 72% |
| Adjusted EPS ex stock comp expense add- | $0.95 | $1.06 | $0.88 | $0.91 | $0.62 | $0.36 | $0.13 | $0.04 | $1.17 | $1.04 | $0.52 | $0.28 | $0.20 | $2.19 | $2.69 | $3.14 |
| | 14.6 | 12.8 | | | | | | | | | | | | | | |

https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosures.jsp&firmId=18877&companySymbol=GDOT

William Blair

## IMPORTANT DISCLOSURES

William Blair or an affiliate is a market maker in the security of Green Dot Corporation.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Green Dot Corporation or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Green Dot Corporation.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Robert Napoli attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 25635.00
S&P 500: 2755.45
NASDAQ: 7375.97



Green Dot Corporation Rating History as of 11/06/2018
powered by: BlueMatrix

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of November 7, 2018):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 66 | Outperform (Buy) | 22 |
| Market Perform (Hold) | 33 | Market Perform (Hold) | 8 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

## OTHER IMPORTANT DISCLOSURES

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next

5 | Robert Napoli +1 312 364 8496

William Blair

12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2018, William Blair & Company, L.L.C. All rights reserved.