# EXHIBIT 12.7
## (Talarides Decl. Ex. W-2)

# Exhibit W-2

Table of Contents

*Compensation and Benefits Expenses* — Compensation and benefits expenses totaled $194.7 million for the year ended December 31, 2017, an increase of $35.2 million, or 22%, compared to the year ended December 31, 2016. The increase was primarily the result of higher salaries and wages and third-party contractor expenses of $16.2 million and $3.7 million, respectively, driven by our acquisition of UniRush, and a $12.4 million increase in stock-based compensation expense.

*Processing Expenses* — Processing expenses totaled $161.0 million for the year ended December 31, 2017, an increase of $53.4 million, or 50%, compared to the year ended December 31, 2016. This increase was principally the result of our acquisition of UniRush, a higher volume of purchase and ATM transactions initiated by our cardholders and a higher volume of disbursement services, partially offset by a $6.5 million repayment of incremental processing expenses incurred during the first half of 2017 associated with our need to continue to support customer accounts on our legacy third-party card processor.

*Other General and Administrative Expenses* — Other general and administrative expenses totaled $155.6 million for the year ended December 31, 2017, an increase of $16.2 million, or 12%, compared to the year ended December 31, 2016, primarily due to increases of $8.3 million of professional fees, $8.1 million in amortization of acquired intangible assets driven by the acquisition of UniRush, $5.8 million in transaction losses correlated with the increase in purchase volume, a $3.5 million expense in connection with the settlement of a lawsuit, $2.3 million of telecommunication expenses and $1.2 million of impairment charges related to internal-use software. These increases were partially offset by a year-over-year increase of $7.2 million in gains associated with the change in fair value of contingent consideration, principally related to acquisition of our tax refund processing business, and a decrease of $6.0 million in depreciation and amortization of property and equipment.

### Income Tax Expense

The following table presents a breakdown of our effective tax rate among federal, state and other:

|  | Year Ended December 31, | |
|---|---|---|
|  | **2017** | **2016** |
| U.S. federal statutory tax rate | **35.0 %** | 35.0 % |
| State income taxes, net of federal tax benefit | **(2.3)** | 0.4 |
| General business credits | **(2.8)** | (3.4) |
| Employee stock-based compensation | **(12.4)** | 0.3 |
| Tax Cuts and Jobs Act remeasurement | **(5.0)** | — |
| IRC 162(m) limitation | **1.5** | — |
| Other | **3.0** | 0.1 |
| Effective tax rate | **17.0 %** | 32.4 % |

Our income tax expense amounted to $17.6 million for the year ended December 31, 2017, a decrease of $2.4 million compared to the prior year, principally due to a decrease in our effective tax rate from 32.4% to 17.0%. This decrease is primarily due to the impact of our adoption of ASU 2016-09, the remeasurement of our deferred tax assets and liabilities associated with the Tax Act, and the release of reserves for uncertain tax positions upon the completion of tax examinations and the expiration of the statute of limitations with certain taxing jurisdictions. Under ASU 2016-09, all excess tax benefits and tax deficiencies related to stock compensation are now recognized as income tax benefit or expense, respectively, in the statement of operations instead of additional paid-in capital on the consolidated balance sheets. Refer to *Note 14 — Income Taxes* to the Consolidated Financial Statements included herein for additional information.

The "Other" category in our effective tax rate consists of a variety of permanent differences, none of which were individually significant.

### Results of Operations by Segment

Information with respect to the results of operations for each of our reportable segments may be found under *Note 24 — Segment Information* to the Consolidated Financial Statements included herein, which information is incorporated herein by reference.

Table of Contents

**Capital Requirements for Bank Holding Companies**

Our subsidiary bank, Green Dot Bank, is a member bank of the Federal Reserve System and our primary regulators are the Federal Reserve Board and the Utah DFI. We and Green Dot Bank are subject to various regulatory capital requirements administered by the banking agencies. Failure to meet minimum capital requirements can initiate certain mandatory actions by regulators that, if undertaken, could have a direct material effect on our financial statements. Under capital adequacy guidelines, we and Green Dot Bank must meet specific capital guidelines that involve quantitative measures of the assets, liabilities and certain off-balance sheet items as calculated under regulatory accounting practices. The capital amounts and classification are also subject to qualitative judgments by the regulators about components, risk weightings and other factors.

In July 2013, the Federal Reserve and other U.S. banking regulators approved final rules regarding new risk-based capital, leverage and liquidity standards, known as "Basel III." The Basel III rules, which became effective for us and our bank on January 1, 2015, are subject to certain phase-in periods that occur over several years. The U.S. Basel III rules contain new capital standards that change the composition of capital, increase minimum capital ratios and strengthen counter-party credit risk capital requirements. The Basel III rules also include a new definition of common equity Tier 1 capital and require that certain levels of such common equity Tier 1 capital be maintained. The rules also include a new capital conservation buffer, which impose a common equity requirement above the new minimum that can be depleted under stress and could result in restrictions on capital distributions and discretionary bonuses under certain circumstances, as well as a new standardized approach for calculating risk-weighted assets. Under the Basel III rules, we must maintain a ratio of common equity Tier 1 capital to risk-weighted assets of at least 4.5%, a ratio of Tier 1 capital to risk-weighted assets of at least 6%, a ratio of total capital to risk-weighted assets of at least 8% and a minimum Tier 1 leverage ratio of 4.0%.

As of December 31, 2018 and 2017, we and Green Dot Bank were categorized as "well capitalized" under applicable regulatory standards. To be categorized as "well capitalized," we and Green Dot Bank must maintain specific total risk-based, Tier 1 risk-based and Tier 1 leverage ratios as set forth in the table below. There were no conditions or events since December 31, 2018 which management believes would have changed our category as "well capitalized."

The definitions associated with the amounts and ratios below are as follows:

| Ratio | Definition |
| --- | --- |
| Tier 1 leverage ratio | Tier 1 capital divided by average total assets |
| Common equity Tier 1 capital ratio | Common equity Tier 1 capital divided by risk-weighted assets |
| Tier 1 capital ratio | Tier 1 capital divided by risk-weighted assets |
| Total risk-based capital ratio | Total capital divided by risk-weighted assets |

| Terms | Definition |
| --- | --- |
| Tier 1 capital and Common equity Tier 1 capital | Primarily includes common stock, retained earnings and accumulated OCI, net of deductions and adjustments primarily related to goodwill, deferred tax assets and intangibles. Under the regulatory capital rules, certain deductions and adjustments to these capital figures are phased in through January 1, 2018. |
| Total capital | Tier 1 capital plus supplemental capital items such as the allowance for loan losses, subject to certain limits |
| Average total assets | Average total consolidated assets during the period less deductions and adjustments primarily related to goodwill, deferred tax assets and intangibles assets |
| Risk-weighted assets | Represents the amount of assets or exposure multiplied by the standardized risk weight (%) associated with that type of asset or exposure. The standardized risk weights are prescribed in the bank capital rules and reflect regulatory judgment regarding the riskiness of a type of asset or exposure |

43

Table of Contents

The actual amounts and ratios, and required "well capitalized" minimum capital amounts and ratios at December 31, 2018 and 2017, were as follows:

| | December 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Amount | Ratio | Regulatory Minimum | "Well-capitalized" Minimum |
| | (In thousands, except ratios) | | | |
| **Green Dot Corporation:** | | | | |
| Tier 1 leverage | $ 353,047 | 20.1% | 4.0% | n/a |
| Common equity Tier 1 capital | $ 353,047 | 88.8% | 4.5% | n/a |
| Tier 1 capital | $ 353,047 | 88.8% | 6.0% | 6.0% |
| Total risk-based capital | $ 357,092 | 89.8% | 8.0% | 10.0% |
| | | | | |
| **Green Dot Bank:** | | | | |
| Tier 1 leverage | $ 172,518 | 11.7% | 4.0% | 5.0% |
| Common equity Tier 1 capital | $ 172,518 | 100.8% | 4.5% | 6.5% |
| Tier 1 capital | $ 172,518 | 100.8% | 6.0% | 8.0% |
| Total risk-based capital | $ 173,838 | 101.5% | 8.0% | 10.0% |

| | December 31, 2017 | | | |
| --- | --- | --- | --- | --- |
| | Amount | Ratio | Regulatory Minimum | "Well-capitalized" Minimum |
| | (In thousands, except ratios) | | | |
| **Green Dot Corporation:** | | | | |
| Tier 1 leverage | $ 236,885 | 15.6% | 4.0% | n/a |
| Common equity Tier 1 capital | $ 236,885 | 45.3% | 4.5% | n/a |
| Tier 1 capital | $ 236,885 | 45.3% | 6.0% | 6.0% |
| Total risk-based capital | $ 240,509 | 46.0% | 8.0% | 10.0% |
| | | | | |
| **Green Dot Bank:** | | | | |
| Tier 1 leverage | $ 95,461 | 10.2% | 4.0% | 5.0% |
| Common equity Tier 1 capital | $ 95,461 | 37.5% | 4.5% | 6.5% |
| Tier 1 capital | $ 95,461 | 37.5% | 6.0% | 8.0% |
| Total risk-based capital | $ 95,752 | 37.6% | 8.0% | 10.0% |

44

Table of Contents

**Liquidity and Capital Resources**

The following table summarizes our major sources and uses of cash for the periods presented:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2018 | 2017 | 2016 |
| | (In thousands) | | |
| Total cash provided by (used in) | | | |
| Operating activities | $ 251,051 | $ 218,310 | $ 114,515 |
| Investing activities | (114,967) | (145,163) | (71,999) |
| Financing activities | (50,961) | 192,187 | (75,677) |
| Increase (decrease) in unrestricted cash, cash equivalents and restricted cash | $ 85,123 | $ 265,334 | $ (33,161) |

During the years ended December 31, 2018, 2017 and 2016 we financed our operations primarily through our cash flows provided by operating activities. Additionally, during the years ended December 31, 2017 and 2016, we financed certain investing activities through our borrowings under our senior credit facility. At December 31, 2018, our primary source of liquidity was unrestricted cash and cash equivalents totaling $1.1 billion. We also consider our $201.2 million of investment securities available-for-sale to be highly-liquid instruments.

We use trend and variance analysis as well as our detailed budgets and forecasts to project future cash needs, making adjustments to the projections when needed. We believe that our current unrestricted cash and cash equivalents, cash flows from operations and borrowing capacity under our senior credit facility will be sufficient to meet our working capital, capital expenditure, debt service requirements and any other capital needs for at least the next 12 months.

*Cash Flows from Operating Activities*

Our $251.1 million of net cash provided by operating activities in the year ended December 31, 2018 principally resulted from $118.7 million of net income, adjusted for certain non-cash operating expenses of $128.1 million, and an increase in net changes in working capital assets and liabilities of $4.3 million, driven principally by the timing of payments of our accounts payable and accrued liabilities and the settlement of outstanding accounts receivables. Our $218.3 million of net cash provided by operating activities in the year ended December 31, 2017 principally resulted from $85.9 million of net income, adjusted for certain non-cash operating expenses of $102.8 million and an increase in our net changes in working capital assets and liabilities of $29.6 million, driven principally by the timing of payments of our accounts payable and accrued liabilities. Our $114.5 million of net cash provided by operating activities in the year ended December 31, 2016 principally resulted from $41.6 million of net income, adjusted for certain non-cash operating expenses of $92.6 million, offset by a decrease in our net changes in our operating assets and liabilities of $19.7 million, driven primarily by a decrease in our accounts payable and accrued liabilities and an increase in tax payments made during the year.

*Cash Flows from Investing Activities*

Our $115.0 million of net cash used in investing activities in the year ended December 31, 2018 primarily reflects payments for acquisition of property and equipment of $61.0 million and purchases of available-for-sale investment securities, net of proceeds from sales and maturities of $48.1 million. Our $145.2 million of net cash used in investing activities in the year ended December 31, 2017 primarily reflects payment for our acquisition of UniRush, LLC of $141.5 million, net of cash acquired, and payments for acquisition of property and equipment of $44.1 million, offset by proceeds from sales and maturities of available-for-sale investment securities, net of purchases, of $53.0 million. Our $72.0 million of net cash used in investing activities in the year ended December 31, 2016 primarily reflects payments for acquisition of property and equipment of $43.3 million, and purchases of available-for-sale investment securities, net of proceeds from sales and maturities of $28.9 million.

*Cash Flows from Financing Activities*

Our $51.0 million of net cash used in financing activities for the year ended December 31, 2018 was primarily the result of $46.0 million in taxes paid from net settled equity awards and $22.5 million in repayments of our note payable, offset by $21.9 million from stock option exercise and employee stock purchase plan proceeds. Our $192.2 million of net cash provided by financing activities for the year ended December 31, 2017 was primarily the result of a $284.8 million net increase in deposits associated with our card programs and $24.2 million from stock option exercise and employee stock purchase plan proceeds, offset by $52.0 million used for our stock repurchase program, $22.5 million in repayments of our note payable, $18.1 million in taxes paid from net settled equity awards, and a $20.9 million decrease in obligations to our customers. Our $75.7 million of net cash used in financing activities in the year ended December 31, 2016 was primarily the result of an $83.4 million decrease in obligations to customers, $59.0 million used for our stock

45

repurchase program, $22.5 million in repayments of our note payable, and $8.2 million in taxes paid from net settled equity awards, offset by increases of $85.3 million in deposits to customers associated with our GPR card program and $14.9 million from stock option exercise and employee stock purchase plan proceeds.

**Commitments**

We anticipate that we will continue to purchase property and equipment as necessary in the normal course of our business. The amount and timing of these purchases and the related cash outflows in future periods is difficult to predict and is dependent on a number of factors including the hiring of employees, the rate of change of computer hardware and software used in our business and our business outlook. During 2019, we intend to continue to invest in new products and programs, new features for our existing products and IT infrastructure to scale and operate effectively to meet our strategic objectives. We expect these capital expenditures will exceed the amount of our capital expenditures in 2018 as we reinvest a portion of the incremental cash flow generated from operations.

We have used cash to acquire businesses and technologies and we anticipate that we may continue to do so in the future. The nature of these transactions makes it difficult to predict the amount and timing of such cash requirements. We may also be required to raise additional financing to complete future acquisitions. As discussed above in *Note 4 — Business Acquisitions* to the Consolidated Financial Statements included herein, in connection with the completion of our acquisition of all the membership interests of UniRush in February 2017, we agreed to pay an annual earn-out payment of at least $4 million for five years following the closing. The earn-out payments will be made in each of the first five years after closing, with the minimum payment potentially becoming greater if certain revenue growth targets for the RushCard GPR card program are met in a given year, although any potential increase is not expected to be material to the overall purchase price.

Additionally, we may make periodic cash contributions to our subsidiary bank, Green Dot Bank, to maintain its capital, leverage and other financial commitments at levels we have agreed to with our regulators.

*Senior Credit Facility*

In October 2014, we entered into a $225 million credit agreement with Bank of America, N.A., as administrative agent, Wells Fargo Bank, National Association, and other lenders party thereto. The agreement provides for (i) a $75 million five-year revolving facility (the "Revolving Facility") and (ii) a five-year $150 million term loan facility (the "Term Facility" and, together with the Revolving Facility, the "Senior Credit Facility"). At our election, loans made under the credit agreement bear interest at (1) a LIBOR rate or (2) a base rate as defined in the agreement, plus an applicable margin (5.02% as of December 31, 2018). The balance outstanding on the Term Facility was $58.7 million at December 31, 2018, net of deferred financing fees. Quarterly principal payments of $5.6 million are payable on the loans under the Term Facility. The loans made under the Term Facility mature and all amounts then outstanding thereunder are payable on October 23, 2019. There were no borrowings on the Revolving Facility at December 31, 2018. We are also subject to certain financial covenants, which include maintaining a minimum fixed charge coverage ratio and a maximum consolidated leverage ratio at the end of each fiscal quarter, as defined in the agreement, as amended. At December 31, 2018, we were in compliance with all such covenants.

*Share Repurchase Program*

Over the course of 2015 through 2017, we repurchased 6.5 million shares of our Class A Common Stock at an average price of approximately $23 under our then authorized $150 million stock repurchase program. In May 2017, our Board of Directors authorized, subject to regulatory approval, expansion of our stock repurchase program by an additional $150 million. Management and our Board of Directors periodically review opportunities for responsible and prudent capital allocation, including investing capital to support our strategic initiatives. Any stock repurchases and certain other uses of capital are subject to regulatory approval and compliance with our internal and regulatory capital and liquidity requirements.

**Contractual Obligations**

Our contractual commitments will have an impact on our future liquidity. The following table summarizes our contractual obligations, including both on and off-balance sheet transactions that represent material expected or contractually committed future obligations, at December 31, 2018. We believe that we will be able to fund these obligations through cash generated from operations and from our existing cash balances.

Table of Contents

| | | | Payments Due by Period | | |
|---|---|---|---|---|---|
| | **Total** | **Less than 1 Year** | **1-3 Years** | **3-5 Years** | **More than 5 Years** |
| | | | **(In thousands)** | | |
| Debt obligations | $ 60,000 | $ 60,000 | $ — | $ — | $ — |
| Operating lease obligations | 27,917 | 7,927 | 14,618 | 5,372 | — |
| Purchase obligations(1) | 26,300 | 13,882 | 11,643 | 775 | — |
| Total | $ 114,217 | $ 81,809 | $ 26,261 | $ 6,147 | $ — |

(1) Primarily future minimum payments under agreements with vendors and our retail distributors. See *Note 20 — Commitments and Contingencies* of the Notes to our Consolidated Financial Statements.

In addition to the above contractual obligations, our definitive agreement to acquire all of the equity interests of UniRush provides for a minimum $4 million annual earn-out payment for five years following the closing, ending in February 2022.

**Off-Balance Sheet Arrangements**

During the years ended December 31, 2018, 2017, and 2016 we did not have any relationships with unconsolidated organizations or financial partnerships, such as structured finance or special purpose entities that would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

47

Table of Contents

**Statistical Disclosure by Bank Holding Companies**

As discussed in Part I, Item 1. Business, we became a bank holding company in December 2011. This section presents information required by the SEC's Industry Guide 3, "*Statistical Disclosure by Bank Holding Companies.*" The tables in this section include Green Dot Bank information only.

*Distribution of Assets, Liabilities and Stockholders' Equity*

The following table presents average balance data and interest income and expense data for our banking operations, as well as the related interest yields and rates for the years ended December 31, 2018 and 2017 and average balance data for the period ended December 31, 2016:

| | Year ended December 31, | | | | | | Period ended December 31, |
|---|---|---|---|---|---|---|---|
| | 2018 | | | 2017 | | | 2016 |
| | Average balance | Interest income/ interest expense | Yield/ rate | Average balance | Interest income/ interest expense | Yield/ rate | Average balance |
| | (In thousands, except percentages) | | | | | | |
| **Assets** | | | | | | | |
| Interest-bearing assets | | | | | | | |
| Loans (1) | $ 21,742 | $ 1,847 | 8.5% | $ 11,835 | $ 1,420 | 12.0% | $ 6,806 |
| Taxable investment securities | 208,359 | 3,958 | 1.9 | 153,276 | 2,464 | 1.6 | 152,941 |
| Non-taxable investment securities | 423 | 15 | 3.5 | 296 | 2 | 0.7 | 677 |
| Federal reserve stock | 3,722 | 199 | 5.3 | 3,512 | 212 | 6.0 | 3,953 |
| Fee advances | 7,641 | 931 | 12.2 | 689 | 291 | 42.2 | — |
| Cash | 992,138 | 18,940 | 1.9 | 590,203 | 6,522 | 1.1 | 585,701 |
| Total interest-bearing assets | 1,234,025 | 25,890 | 2.1% | 759,811 | 10,911 | 1.4% | 750,078 |
| Non-interest bearing assets | 236,254 | | | 147,530 | | | 127,809 |
| Total assets | $ 1,470,279 | | | $ 907,341 | | | $ 877,887 |
| | | | | | | | |
| **Liabilities** | | | | | | | |
| Interest-bearing liabilities | | | | | | | |
| Checking accounts | $ 75,674 | $ 1,346 | 1.8% | $ 21,645 | $ 19 | 0.1% | $ 1,107 |
| Savings deposits | 15,244 | 112 | 0.7 | 9,983 | 23 | 0.2 | 11,926 |
| Time deposits, denominations greater than or equal to $100 | 4,172 | 32 | 0.8 | 4,946 | 37 | 0.7 | 6,217 |
| Time deposits, denominations less than $100 | 1,297 | 9 | 0.7 | 1,489 | 9 | 0.6 | 1,834 |
| Total interest-bearing liabilities | 96,387 | 1,499 | 1.6% | 38,063 | 88 | 0.2% | 21,084 |
| Non-interest bearing liabilities | 1,214,396 | | | 760,922 | | | 696,747 |
| Total liabilities | 1,310,783 | | | 798,985 | | | 717,831 |
| Total stockholders' equity | 159,496 | | | 108,356 | | | 160,056 |
| Total liabilities and stockholders' equity | $ 1,470,279 | | | $ 907,341 | | | $ 877,887 |
| | | | | | | | |
| Net interest income/yield on earning assets | | $ 24,391 | 0.5% | | $ 10,823 | 1.2% | |

_____

(1)  Non-performing loans and leases are included in the respective average loan and lease balances. Income, if any, on such loans and leases is recognized on a cash basis.

The following table presents the rate/volume variance in interest income and expense for the year ended December 31, 2018:

| | Total Change in Interest Income/ Expense | | Change Due to Rate (1) | | Change Due to Volume (1) |
|---|---|---|---|---|---|
| | (In thousands) | | | | |
| Loans | $ | 427 | $ (356) | $ | 783 |
| Taxable investment securities | | 1,494 | 448 | | 1,046 |
| Non-taxable investment securities | | 13 | 8 | | 5 |
| Federal reserve stock | | (13) | (24) | | 11 |
| Fee advances | | 640 | (207) | | 847 |
| Cash | | 12,418 | 4,745 | | 7,673 |
| | $ | 14,979 | $ 4,614 | $ | 10,365 |
| | | | | | |
| Checking accounts | $ | 1,327 | $ 366 | $ | 961 |
| Savings deposits | | 89 | 50 | | 39 |
| Time deposits, denominations greater than or equal to $100 | | (5) | 1 | | (6) |
| Time deposits, denominations less than $100 | | — | 1 | | (1) |
| | $ | 1,411 | $ 418 | $ | 993 |

(1) The change in interest income and expense not solely due to changes in volume or rate has been allocated on a pro-rata basis to the volume and rate columns.

### Investment Portfolio

The following table presents the amortized cost and fair value of Green Dot Bank's investment portfolio at December 31, 2018, 2017 and 2016:

| | December 31, 2018 | | December 31, 2017 | | December 31, 2016 | |
|---|---|---|---|---|---|---|
| | Amortized Cost | Fair Value | Amortized Cost | Fair Value | Amortized Cost | Fair Value |
| | (In thousands) | | | | | |
| Corporate bonds | $ — | $ — | $ 1,000 | $ 999 | $ 15,952 | $ 15,958 |
| Negotiable certificate of deposit | 15,000 | 15,000 | — | — | — | — |
| Agency bond securities | 19,723 | 19,693 | — | — | — | — |
| Agency mortgage-backed securities | 87,156 | 86,813 | 121,036 | 120,034 | 117,990 | 117,490 |
| Municipal bonds | 507 | 483 | 742 | 739 | 1,460 | 1,430 |
| Asset-backed securities | 79,274 | 79,194 | 20,952 | 20,861 | 26,614 | 26,458 |
| Total fixed-income securities | $ 201,660 | $ 201,183 | $ 143,730 | $ 142,633 | $ 162,016 | $ 161,336 |

The following table shows the scheduled maturities, by amortized cost, and average yields for Green Dot Bank's investment portfolio at December 31, 2018:

| | Due in one year or less | Due after one year through five years | Due after five years through ten years | Due after ten years | Total |
|---|---|---|---|---|---|
| | (In thousands, except percentages) | | | | |
| Negotiable certificate of deposit | $ 15,000 | $ — | $ — | $ — | $ 15,000 |
| Agency bond securities | 4,973 | 14,750 | — | — | 19,723 |
| Agency mortgage-backed securities | — | — | 7,465 | 79,691 | 87,156 |
| Municipal bonds | — | — | — | 507 | 507 |
| Asset-backed securities | — | 74,248 | 5,026 | — | 79,274 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total fixed-income securities | $ | 19,973 | $ | 88,998 | $ | 12,491 | $ | 80,198 | $ | 201,660 |
| Weighted-average yield | | 2.63% | | 2.72% | | 2.99% | | 3.11% | | 2.88% |

49

Table of Contents

*Deposits*

The following table shows Green Dot Bank's average deposits and the annualized average rate paid on those deposits for the years ended December 31, 2018, 2017, and 2016:

| | December 31, 2018 | | December 31, 2017 | | December 31, 2016 | |
|---|---|---|---|---|---|---|
| | Average Balance | Weighted- Average Rate | Average Balance | Weighted- Average Rate | Average Balance | Weighted- Average Rate |
| | (In thousands, except percentages) | | | | | |
| Interest-bearing deposit accounts | | | | | | |
| Checking accounts | $ 75,674 | 1.8% | $ 21,645 | 0.1% | $ 1,107 | 0.1% |
| Savings deposits | 15,244 | 0.7 | 9,983 | 0.2 | 11,926 | 0.1 |
| Time deposits, denominations greater than or equal to $100 | 4,172 | 0.8 | 4,946 | 0.7 | 6,217 | 0.8 |
| Time deposits, denominations less than $100 | 1,297 | 0.7 | 1,489 | 0.6 | 1,834 | 0.7 |
| Total interest-bearing deposit accounts | 96,387 | 1.6% | 38,063 | 0.2% | 21,084 | 0.4% |
| Non-interest bearing deposit accounts | 943,464 | | 527,202 | | 509,777 | |
| Total deposits | $ 1,039,851 | | $ 565,265 | | $ 530,861 | |

The following table shows the scheduled maturities for Green Dot Bank's time deposits portfolio greater than $100,000 at December 31, 2018:

| | December 31, 2018 |
|---|---|
| | (In thousands) |
| Less than 3 months | $ 104 |
| 3 through 6 months | 413 |
| 6 through 12 months | 209 |
| Greater than 12 months | 3,070 |
| | $ 3,796 |

*Key Financial Ratios*

The following table shows certain of Green Dot Bank's key financial ratios for the years ended December 31, 2018, 2017, and 2016:

| | December 31, 2018 | December 31, 2017 | December 31, 2016 |
|---|---|---|---|
| Net return on assets | 2.3% | 1.7% | 1.3% |
| Net return on equity | 21.0 | 14.0 | 7.2 |
| Equity to assets ratio | 10.9 | 11.9 | 18.2 |

**ITEM 7A. Quantitative and Qualitative Disclosures about Market Risk**

Market risk is the potential for economic losses from changes in market factors such as foreign currency exchange rates, credit, interest rates and equity prices. We believe that we have limited exposure to risks associated with changes in foreign currency exchange rates, interest rates and equity prices. We have no significant foreign operations. We do not hold or enter into derivatives or other financial instruments for trading or speculative purposes.

*Interest rates*

We do not consider our cash and cash equivalents or our investment securities to be subject to significant interest rate risk due to their short duration.

As of December 31, 2018, we had a $58.7 million term loan outstanding under our $225.0 million credit agreement. Refer to *Note 11 — Note Payable* to the Consolidated Financial Statements included herein for additional information. Our term loan and revolving credit facility are, and are expected to be, at variable rates of interest and expose us to interest rate risk. If interest rates increase, our debt service obligations on the variable rate indebtedness would increase even though the amount borrowed remained the same, and our net income would decrease. Although any short-term borrowings under our revolving credit facility would likely be insensitive to interest rate changes, interest expense on short-term borrowings will increase and decrease with changes in the underlying short-term interest rates. Assuming our credit

agreement is drawn up to its maximum borrowing capacity of $225.0 million, based on the applicable LIBOR and margin in effect as of December 31, 2018, each quarter point of change in interest rates would result in a $0.6

50

Table of Contents

million change in our annual interest expense. We actively monitor our interest rate exposure and our objective is to reduce, where we deem appropriate to do so, fluctuations in earnings and cash flows associated with changes in interest rates. In order to accomplish this objective, we may enter into derivative financial instruments, such as forward contracts and interest rate hedge contracts only to the extent necessary to manage our exposure. We do not hold or enter into derivatives or other financial instruments for trading or speculative purposes.

*Credit and liquidity risk*

We do have exposure to credit and liquidity risk associated with the financial institutions that hold our cash and cash equivalents, restricted cash, available-for-sale investment securities, settlement assets due from our Simply Paid distribution partners and retail distributors that collect funds and fees from our customers, and amounts due from our issuing banks for fees collected on our behalf.

We manage the credit and liquidity risk associated with our cash and cash equivalents, available-for-sale investment securities and amounts due from issuing banks by maintaining an investment policy that restricts our correspondent banking relationships to approved, well capitalized institutions and restricts investments to highly liquid, low credit risk assets. Our policy has limits related to liquidity ratios, the concentration that we may have with a single institution or issuer and effective maturity dates as well as restrictions on the type of assets that we may invest in. The management Asset Liability Committee is responsible for monitoring compliance with our Capital Asset Liability Management policy and related limits on an ongoing basis, and reports regularly to the risk committee of our board of directors.

Our exposure to credit risk associated with our retail distributors and Simply Paid distribution partners is mitigated due to the short time period, currently an average of two days that retailer settlement assets are outstanding. We perform an initial credit review and assign a credit limit to each new retail distributor and Simply Paid distribution partner. We monitor each retail distributor's and Simply Paid distribution partner's settlement asset exposure and its compliance with its specified contractual settlement terms on a daily basis and assess their credit limit and financial condition on a periodic basis. Our management's Enterprise Risk Management Committee is responsible for monitoring our retail distributor and Simply Paid distribution partner exposure and assigning credit limits and reports regularly to the risk committee of our board of directors.

51

**ITEM 8. Financial Statements and Supplementary Data**

### Index to Consolidated Financial Statements

| | Page |
|---|---|
| Report of Independent Registered Public Accounting Firm on Internal Control Over Financial Reporting | 53 |
| Report of Independent Registered Public Accounting Firm | 54 |
| Consolidated Balance Sheets as of December 31, 2018 and 2017 | 55 |
| Consolidated Statements of Operations for the Years Ended December 31, 2018, 2017 and 2016 | 56 |
| Consolidated Statements of Comprehensive Income for the Years Ended December 31, 2018, 2017 and 2016 | 57 |
| Consolidated Statements of Changes in Stockholders' Equity for the Years Ended December 31, 2018, 2017 and 2016 | 58 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2018, 2017 and 2016 | 59 |
| Notes to Consolidated Financial Statements | 60 |

All financial statement schedules have been omitted, since the required information is not applicable or is not present in amounts sufficient to require submission of the schedule, or because the information required is included in the consolidated financial statements and notes thereto.

52

Table of Contents

**Report of Independent Registered Public Accounting Firm**

To the Stockholders and the Board of Directors of Green Dot Corporation

**Opinion on Internal Control over Financial Reporting**

We have audited Green Dot Corporation's internal control over financial reporting as of December 31, 2018, based on criteria established in Internal Control- Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) (the "COSO criteria"). In our opinion, Green Dot Corporation (the "Company") maintained, in all material respects, effective internal control over financial reporting as of December 31, 2018, based on the COSO criteria.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) ("PCAOB"), the 2018 consolidated financial statements of the Company and our report dated February 26, 2019 expressed an unqualified opinion thereon.

**Basis for Opinion**

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting included in the accompanying report of management on internal control over financial reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects.

Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and Limitations of Internal Control Over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ Ernst & Young LLP

Los Angeles, California

53

Table of Contents

## Report of Independent Registered Public Accounting Firm

To the Stockholders and the Board of Directors of Green Dot Corporation

### Opinion on the Financial Statements

We have audited the accompanying consolidated balance sheets of Green Dot Corporation (the "Company") as of December 31, 2018 and 2017, the related consolidated statements of operations, comprehensive income, changes in stockholders' equity and cash flows for each of the three years in the period ended December 31, 2018, and the related notes (collectively referred to as the "consolidated financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company at December 31, 2018 and 2017, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2018, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) ("PCAOB"), the Company's internal control over financial reporting as of December 31, 2018, based on criteria established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) and our report dated February 26, 2019 expressed an unqualified opinion thereon.

### Basis for Opinion

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/ Ernst & Young LLP

We have served as the Company's auditor since 2005.

Los Angeles, California
February 26, 2019

54

Table of Contents

**GREEN DOT CORPORATION**
**CONSOLIDATED BALANCE SHEETS**

| | December 31, | |
| --- | --- | --- |
| | **2018** | **2017** |
| **Assets** | (In thousands, except par value) | |
| Current assets: | | |
| Unrestricted cash and cash equivalents | $ 1,094,728 | $ 919,243 |
| Restricted cash | 490 | 90,852 |
| Investment securities available-for-sale, at fair value | 19,960 | 11,889 |
| Settlement assets | 153,992 | 209,399 |
| Accounts receivable, net | 40,942 | 35,277 |
| Prepaid expenses and other assets | 57,070 | 47,086 |
| Income tax receivable | 8,772 | 7,459 |
| Total current assets | 1,375,954 | 1,321,205 |
| Investment securities available-for-sale, at fair value | 181,223 | 141,620 |
| Loans to bank customers, net of allowance for loan losses of $1,144 and $291 as of December 31, 2018 and 2017, respectively | 21,363 | 18,570 |
| Prepaid expenses and other assets | 8,125 | 8,179 |
| Property and equipment, net | 120,269 | 97,282 |
| Deferred expenses | 21,201 | 21,791 |
| Net deferred tax assets | 7,867 | 6,507 |
| Goodwill and intangible assets | 551,116 | 582,377 |
| Total assets | $ 2,287,118 | $ 2,197,531 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 38,631 | $ 34,863 |
| Deposits | 1,005,485 | 1,022,180 |
| Obligations to customers | 58,370 | 95,354 |
| Settlement obligations | 5,788 | 6,956 |
| Amounts due to card issuing banks for overdrawn accounts | 1,681 | 1,371 |
| Other accrued liabilities | 134,000 | 123,397 |
| Deferred revenue | 34,607 | 30,875 |
| Note payable | 58,705 | 20,906 |
| Income tax payable | 67 | 74 |
| Total current liabilities | 1,337,334 | 1,335,976 |
| Other accrued liabilities | 30,927 | 30,520 |
| Note payable | — | 58,705 |
| Net deferred tax liabilities | 9,045 | 7,780 |
| Total liabilities | 1,377,306 | 1,432,981 |
| Commitments and contingencies (Note 20) | | |
| Stockholders' equity: | | |
| Class A common stock, $0.001 par value; 100,000 shares authorized as of December 31, 2018 and 2017; 52,917 and 51,136 shares issued and outstanding as of December 31, 2018 and 2017, respectively | 53 | 51 |
| Additional paid-in capital | 380,753 | 354,789 |
| Retained earnings | 529,143 | 410,440 |
| Accumulated other comprehensive loss | (137) | (730) |
| Total stockholders' equity | 909,812 | 764,550 |
| Total liabilities and stockholders' equity | $ 2,287,118 | $ 2,197,531 |

**See notes to consolidated financial statements**

55

Table of Contents

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF OPERATIONS**

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2018 | 2017 | 2016 |
| | (In thousands, except per share data) | | |
| Operating revenues: | | | |
| Card revenues and other fees | $ 482,881 | $ 414,775 | $ 337,821 |
| Processing and settlement service revenues | 247,958 | 217,454 | 184,342 |
| Interchange revenues | 310,919 | 257,922 | 196,611 |
| Total operating revenues | 1,041,758 | 890,151 | 718,774 |
| Operating expenses: | | | |
| Sales and marketing expenses | 326,333 | 280,561 | 249,096 |
| Compensation and benefits expenses | 221,627 | 194,654 | 159,456 |
| Processing expenses | 181,160 | 161,011 | 107,556 |
| Other general and administrative expenses | 206,040 | 155,601 | 139,350 |
| Total operating expenses | 935,160 | 791,827 | 655,458 |
| Operating income | 106,598 | 98,324 | 63,316 |
| Interest income | 23,701 | 11,243 | 7,367 |
| Interest expense | (6,482) | (6,109) | (9,122) |
| Income before income taxes | 123,817 | 103,458 | 61,561 |
| Income tax expense | 5,114 | 17,571 | 19,961 |
| Net income | 118,703 | 85,887 | 41,600 |
| Income attributable to preferred stock | — | — | (802) |
| Net income available to common stockholders | $ 118,703 | $ 85,887 | $ 40,798 |
| | | | |
| Basic earnings per common share: | $ 2.27 | $ 1.70 | $ 0.82 |
| Diluted earnings per common share: | $ 2.18 | $ 1.61 | $ 0.80 |
| Basic weighted-average common shares issued and outstanding: | 52,222 | 50,482 | 49,535 |
| Diluted weighted-average common shares issued and outstanding: | 54,481 | 53,198 | 50,797 |

**See notes to consolidated financial statements**

Table of Contents

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2018 | 2017 | 2016 |
| | (In thousands) | | |
| Net income | $ 118,703 | $ 85,887 | $ 41,600 |
| Other comprehensive income (loss) | | | |
| Unrealized holding income (loss), net of tax | 593 | (549) | 34 |
| Comprehensive income | $ 119,296 | $ 85,338 | $ 41,634 |

**See notes to consolidated financial statements**

57

Table of Contents

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY**

| | Convertible Preferred Stock | | Class A Common Stock | | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Amount | | | | |
| | | | | | (In thousands) | | | |
| **Balance at December 31, 2015** | 2 | $ 2 | 50,502 | $ 51 | $ 379,376 | $ 284,108 | $ (215) | $ 663,322 |
| Common stock issued under stock plans, net of withholdings and related tax effects | — | — | 1,716 | 1 | 8,803 | — | — | 8,804 |
| Stock-based compensation | — | — | — | — | 28,321 | — | — | 28,321 |
| Conversion of preferred stock | (2) | (2) | 1,519 | 2 | — | — | — | — |
| Repurchases of Class A common stock | — | — | (3,224) | (3) | (58,345) | — | — | (58,348) |
| Net income | — | — | — | — | — | 41,600 | — | 41,600 |
| Other comprehensive income | — | — | — | — | — | — | 34 | 34 |
| **Balance at December 31, 2016** | — | $ — | 50,513 | $ 51 | $ 358,155 | $ 325,708 | $ (181) | $ 683,733 |
| Common stock issued under stock plans, net of withholdings and related tax effects | — | — | 1,949 | 1 | 6,083 | — | — | 6,084 |
| Stock-based compensation | — | — | — | — | 40,734 | — | — | 40,734 |
| Repurchases of Class A common stock | — | — | (1,326) | (1) | (51,968) | — | — | (51,969) |
| Net income | — | — | — | — | — | 85,887 | — | 85,887 |
| Other comprehensive loss | — | — | — | — | — | — | (549) | (549) |
| Cumulative effect of accounting change and tax reform | — | — | — | — | 1,785 | (1,155) | — | 630 |
| **Balance at December 31, 2017** | — | $ — | 51,136 | $ 51 | $ 354,789 | $ 410,440 | $ (730) | $ 764,550 |
| Common stock issued under stock plans, net of withholdings and related tax effects | — | — | 1,781 | 2 | (24,129) | — | — | (24,127) |
| Stock-based compensation | — | — | — | — | 50,093 | — | — | 50,093 |
| Net income | — | — | — | — | — | 118,703 | — | 118,703 |
| Other comprehensive income | — | — | — | — | — | — | 593 | 593 |
| **Balance at December 31, 2018** | — | $ — | 52,917 | $ 53 | $ 380,753 | $ 529,143 | $ (137) | $ 909,812 |

**See notes to consolidated financial statements**

58

Table of Contents

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2018 | 2017 | 2016 |
| | (In thousands) | | |
| **Operating activities** | | | |
| Net income | $ 118,703 | $ 85,887 | $ 41,600 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | |
| Depreciation and amortization of property and equipment | 38,581 | 33,470 | 39,460 |
| Amortization of intangible assets | 32,761 | 31,110 | 23,021 |
| Provision for uncollectible overdrawn accounts | 79,790 | 77,145 | 74,841 |
| Employee stock-based compensation | 50,093 | 40,734 | 28,321 |
| Amortization of premium on available-for-sale investment securities | 1,042 | 1,510 | 1,357 |
| Change in fair value of contingent consideration | 3,298 | (9,672) | (2,500) |
| Amortization of deferred financing costs | 1,594 | 1,589 | 1,534 |
| Impairment of capitalized software | 922 | 1,326 | 142 |
| Deferred income tax (benefit) expense | (234) | 2,780 | 1,270 |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable, net | (85,455) | (68,368) | (74,851) |
| Prepaid expenses and other assets | (9,930) | (16,841) | 1,131 |
| Deferred expenses | 590 | (2,098) | (2,138) |
| Accounts payable and other accrued liabilities | 12,471 | 27,982 | (19,156) |
| Deferred revenue | 4,675 | 4,689 | 2,004 |
| Income tax receivable/payable | (1,253) | 5,067 | (3,662) |
| Other, net | 3,403 | 2,000 | 2,141 |
| Net cash provided by operating activities | 251,051 | 218,310 | 114,515 |
| | | | |
| **Investing activities** | | | |
| Purchases of available-for-sale investment securities | (186,884) | (58,665) | (135,920) |
| Proceeds from maturities of available-for-sale securities | 60,449 | 71,338 | 105,544 |
| Proceeds from sales of available-for-sale securities | 78,385 | 40,310 | 1,430 |
| Payments for acquisition of property and equipment | (61,030) | (44,142) | (43,273) |
| Net (increase) decrease in loans | (5,887) | (12,511) | 220 |
| Acquisition, net of cash acquired | — | (141,493) | — |
| Net cash used in investing activities | (114,967) | (145,163) | (71,999) |
| | | | |
| **Financing activities** | | | |
| Borrowings from notes payable | — | 20,000 | — |
| Repayments of borrowings from notes payable | (22,500) | (42,500) | (22,500) |
| Borrowings on revolving line of credit | — | 335,000 | 145,000 |
| Repayments on revolving line of credit | — | (335,000) | (145,000) |
| Proceeds from exercise of options | 21,880 | 24,161 | 14,917 |
| Taxes paid related to net share settlement of equity awards | (46,007) | (18,077) | (8,223) |
| Net (decrease) increase in deposits | (16,733) | 284,766 | 85,269 |
| Net increase (decrease) in obligations to customers | 17,255 | (20,926) | (83,372) |
| Contingent consideration payments | (4,856) | (3,104) | (2,755) |
| Repurchase of Class A common stock | — | (51,969) | (59,013) |
| Deferred financing costs | — | (164) | — |

| | | | | | |
|---|---|---|---|---|---|
| Net cash (used in) provided by financing activities | | **(50,961)** | | 192,187 | (75,677) |
| | | | | | |
| Net increase (decrease) in unrestricted cash, cash equivalents and restricted cash | | **85,123** | | 265,334 | (33,161) |
| Unrestricted cash, cash equivalents and restricted cash, beginning of period | | **1,010,095** | | 744,761 | 777,922 |
| Unrestricted cash, cash equivalents and restricted cash, end of period | $ | **1,095,218** | $ | 1,010,095 | $ 744,761 |
| | | | | | |
| Cash paid for interest | $ | **4,888** | $ | 4,520 | $ 7,586 |
| Cash paid for income taxes | $ | **6,233** | $ | 9,603 | $ 22,316 |
| | | | | | |
| **Reconciliation of unrestricted cash, cash equivalents and restricted cash at end of period:** | | | | | |
| Unrestricted cash and cash equivalents | $ | **1,094,728** | $ | 919,243 | $ 732,676 |
| Restricted cash | | **490** | | 90,852 | 12,085 |
| Total unrestricted cash, cash equivalents and restricted cash, end of period | $ | **1,095,218** | $ | 1,010,095 | $ 744,761 |

**See notes to consolidated financial statements**

59

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

## Note 1—Organization

Green Dot Corporation ("we," "our," or "us" refer to Green Dot Corporation and its consolidated subsidiaries), is a financial technology leader and bank holding company with a mission to power the banking industry's branchless future. Enabled by proprietary technology and our wholly-owned commercial bank charter, our "Banking as a Service," or "BaaS" platform is used by a growing list of America's most prominent consumer and technology companies to design and deploy their own bespoke banking solutions to their customers and partners, while we use that same integrated technology and banking platform to design and deploy our own leading collection of banking and financial services products directly to consumers through one of the largest retail banking distribution platforms in America. Our products are marketed under brand names such as Green Dot, GoBank, MoneyPak, AccountNow, RushCard and RapidPay, and can be acquired through more than 100,000 retailers nationwide, thousands of corporate paycard partners, several "direct-2-consumer" branded websites, thousands of tax return preparation offices and accounting firms, thousands of neighborhood check cashing locations and both of the leading app stores. We are headquartered in Pasadena, California, with additional facilities throughout the United States and in Shanghai, China.

As the regulated entity and issuing bank for substantially all products and services we provide, whether our own or on behalf of a BaaS platform partner, we are directly accountable for all aspects of each program's integrity, inclusive of ensuring the program's compliance with all applicable banking regulations, applicable state and federal law and our various internal governance policies and procedures related to all areas of risk and compliance, in addition to deploying enterprise-class risk management practices and procedures to ensure each program's initial and ongoing safety and soundness.

### Our products and services:

We offer consumers a broad collection of financial products and services managed through several diverse business lines which are then made available to consumers through a widely-available "branchless" distribution network in the United States. Many of the products and services we internally create and distribute are marketed under the Green Dot brand name, which we believe is both a well-known and highly trusted brand name for millions of consumers. Our branchless network consists of:

- distribution arrangements with more than 100,000 mostly major chain retail locations, which we refer to as "retail distributors" and thousands of neighborhood Financial Service Center locations;

- several differently branded, Green Dot-owned and operated direct-to-consumer online and direct mail customer acquisition platforms;

- corporate distribution partnerships with businesses that provide payroll cards to their employees to receive wage disbursements;

- more than 25,000 small and large tax preparation companies and individual tax preparers, which are sometimes referred to as electronic return originators, or "EROs", who are able to offer our products and services to their customers through the use of various tax preparation industry software packages with which our products are integrated;

- apps compatible with the iOS and Android operating systems downloaded through the corresponding app store; and

- platform partners' distribution channels that those partners use to acquire customers for their bespoke products and services that are powered by our BaaS Platform.

Our products and services include several deposit account programs, such as network-branded reloadable prepaid debit cards marketed under several leading consumer brand names, which we collectively refer to as "GPR cards," consumer checking accounts, small business checking accounts, network-branded gift cards (known as open-loop), secured credit cards and other financial services.

We also offer several products and services that specialize in facilitating the movement of cash on behalf of consumers and businesses. These products and services include: our proprietary swipe reload system for crediting cash onto an enabled payment card by swiping the payment card at the point of sale at any Green Dot Network participating retailer; MoneyPak, a product that allows a consumer to add funds to accounts we issue or accounts issued by affiliated United States chartered and regulated third party banks; and e-cash remittance services, a service that allows a consumer to transfer money to a smartphone for fulfillment at a Green Dot participating retailer. We refer to these services collectively as our cash transfer products. We also provide disbursement services through our Simply Paid platform that enables a payment solution for companies to pay their workforce and customers in the time and

60

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

## Note 1—Organization (continued)

manner they desire and provide tax refund transfers that provide the processing technology to facilitate receipt of a taxpayers' refund proceeds.

### Our BaaS Platform:

Through our BaaS Platform, we currently offer the following types of products and services on behalf of several of America's largest retail, consumer, technology and financial services companies:

- Mobile banking;

- Loan disbursement accounts;

- Spend-based Mobile P2P services, such as Apple Pay Cash;

- Money transfer services;

- GPR cards;

- Network branded "open loop" gift cards;

- Instant payment and wage disbursements;

- Small business checking accounts and debit cards; and

- Consumer checking accounts.

## Note 2—Summary of Significant Accounting Policies

### Principles of Consolidation and Basis of Presentation

Our consolidated financial statements include the results of Green Dot Corporation and our wholly-owned subsidiaries. We prepared the accompanying consolidated financial statements in accordance with generally accepted accounting principles in the United States of America, or GAAP. We eliminate all significant intercompany balances and transactions on consolidation. We include the results of operations of acquired companies from the date of acquisition.

### Use of Estimates and Assumptions

The preparation of financial statements in conformity with GAAP requires us to make estimates and assumptions that affect the amounts reported in the consolidated financial statements, including the accompanying notes. We base our estimates and assumptions on historical factors, current circumstances, and the experience and judgment of management. We evaluate our estimates and assumptions on an ongoing basis. Actual results could differ from those estimates.

### Unrestricted Cash and Cash Equivalents

We consider all unrestricted highly liquid investments with an original maturity of three months or less to be unrestricted cash and cash equivalents.

### Investment Securities

Our investment portfolio is primarily comprised of fixed income securities. We classify these securities as available-for-sale and report them at fair value with the related unrealized gains and losses, net of tax, included in accumulated other comprehensive income, a component of stockholders' equity. We classify investment securities with maturities less than or equal to 365 days as current assets.

We regularly evaluate each fixed income security where the value has declined below amortized cost to assess whether the decline in fair value is other-than-temporary. In determining whether an impairment is other-than-temporary, we consider the severity and duration of the decline in fair value, the length of time expected for recovery, the financial condition of the issuer, and other qualitative factors, as well as whether we either plan to sell the security or it is more likely-than-not that we will be required to sell the security before recovery of its amortized cost. If the impairment of the investment security is credit-related, an other-than-temporary impairment is recorded in earnings. We recognize non-credit-related impairment in accumulated other comprehensive income. If we intend to sell an investment security

61

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 2—Summary of Significant Accounting Policies (continued)

or believe we will more-likely-than-not be required to sell a security, we record the full amount of the impairment as an other-than-temporary impairment.

Interest on fixed income securities, including amortization of premiums and accretion of discounts, is included in interest income.

### Obligations to Customers and Settlement Assets and Obligations

At the point of sale, our retail distributors collect customer funds for purchases of new cards and balance reloads and then remit these funds directly to the banks that issue our cards. Our retail distributors' remittance of these funds takes an average of two business days.

Settlement assets represent the amounts due from our retail distributors and other partners for customer funds collected at the point of sale that have not yet been received by our subsidiary bank. Also included in this balance are payroll amounts funded in advance (up to two days early) to certain cardholders who are eligible to participate in our early direct deposit programs. Obligations to customers represent customer funds collected from (or to be remitted by) our retail distributors for which the underlying products have not been activated. Once the underlying products have been activated, the customer funds are reclassified as deposits in a bank account established for the benefit of the customer. Settlement obligations represent the customer funds received by our subsidiary bank that are due to third-party card issuing banks upon activation.

### Accounts Receivable, net

Accounts receivable is comprised principally of receivables due from card issuing banks, overdrawn account balances due from cardholders, trade accounts receivable, fee advances and other receivables. We record accounts receivable net of reserves for estimated uncollectible accounts. Receivables due from card issuing banks primarily represent revenue-related funds held at the third-party card issuing banks related to our gift card program that have yet to be remitted to us. These receivables are generally collected within a short period of time based on the remittance terms in our agreements with the third-party card issuing banks. Fee advances represent short-term advances to in-person tax return preparation companies made prior to and during tax season. These advances are collateralized by their clients' tax preparation fees and are generally collected within a short period of time as the in-person tax preparation companies begin preparing and processing their clients' tax refunds.

*Overdrawn Account Balances Due from Cardholders and Reserve for Uncollectible Overdrawn Accounts*

Our cardholder accounts may become overdrawn as a result of maintenance fee assessments or from purchase transactions that we honor, in excess of the funds in a cardholder's account. We are exposed to losses from any unrecovered overdrawn account balances. We establish a reserve for uncollectible overdrawn accounts. We classify overdrawn accounts into age groups based on the number of days that have elapsed since an account last had activity, such as a purchase, ATM transaction or maintenance fee assessment. We calculate a reserve factor for each age group based on the average recovery rate for the most recent six months. These factors are applied to these age groups to estimate our overall reserve. When more than 90 days have passed without activity in an account, we write off the full amount of the overdrawn account balance. We include our provision for uncollectible overdrawn accounts related to maintenance fees and purchase transactions as an offset to card revenues and other fees and in other general and administrative expenses, respectively, in the accompanying consolidated statements of operations.

### Restricted Cash

As of December 31, 2018 and 2017, restricted cash amounted to $0.5 million and $90.9 million, respectively. Restricted cash as of December 31, 2017 primarily consisted of funds required to collateralize a pre-funding obligation with a counter-party. We are no longer restricted by this pre-funding obligation as of December 31, 2018.

### Loans to Bank Customers

We report loans measured at historical cost at their outstanding principal balances, net of any charge-offs, and for purchased loans, net of any unaccreted discounts. We recognize interest income as it is earned.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 2—Summary of Significant Accounting Policies (continued)

*Nonperforming Loans*

Nonperforming loans generally include loans that have been placed on nonaccrual status. We generally place loans on nonaccrual status when they are past due 90 days or more. We reverse the related accrued interest receivable and apply interest collections on nonaccrual loans as principal reductions; otherwise, we credit such collections to interest income when received. These loans may be restored to accrual status when all principal and interest is current and full repayment of the remaining contractual principal and interest is expected. For our secured credit card portfolio, when an account is past due 90 days, collateral deposits are applied against outstanding credit card balances. Any balance in excess of the collateral balance is charged off at 120 days.

We consider a loan to be impaired when it is probable that we will be unable to collect all amounts due according to the contractual terms of the loan agreement. Once we determine a loan to be impaired, we measure the impairment based on the present value of the expected future cash flows discounted at the loan's effective interest rate. We may also measure impairment based on observable market prices, or for loans that are solely dependent on the collateral for repayment, the estimated fair value of the collateral less estimated costs to sell. If the recorded investment in impaired loans exceeds this amount, we establish a specific allowance as a component of the allowance for loan losses or by adjusting an existing valuation allowance for the impaired loan.

*Allowance for Loan Losses*

We establish an allowance for loan losses to account for estimated credit losses inherent in our loan portfolio, including our secured credit cards. For each portfolio of loans, our estimate of inherent losses is separately calculated on an aggregate basis for groups of loans and are considered to have similar credit characteristics and risk of loss. We analyze historical loss rates for these groups to determine a loss rate for each group of loans. We then adjust the rates for qualitative factors which in our judgment affect the expected inherent losses. Qualitative considerations include, but are not limited to, prevailing economic or market conditions, changes in the loan grading and underwriting process, changes in the estimated value of the underlying collateral for collateral dependent loans, delinquency and nonaccrual status, problem loan trends, and geographic concentrations. We separately establish specific allowances for impaired loans based on the present value of changes in cash flows expected to be collected, or for impaired loans that are considered collateral dependent, the estimated fair value of the collateral.

### Property and Equipment

We carry our property and equipment at cost less accumulated depreciation and amortization. We generally compute depreciation on property and equipment using the straight-line method over the estimated useful lives of the assets, except for land, which is not depreciated. We generally compute amortization on tenant improvements using the straight-line method over the shorter of the related lease term or estimated useful lives of the improvements. We expense expenditures for maintenance and repairs as incurred.

We capitalize certain internal and external costs incurred to develop internal-use software during the application development stage. We also capitalize the cost of specified upgrades and enhancements to internal-use software that result in additional functionality. Once a development project is substantially complete and the software is ready for its intended use, we begin depreciating these costs on a straight-line basis over the internal-use software's estimated useful life.

The estimated useful lives of the respective classes of assets are as follows:

| | |
|---|---|
| Land | N/A |
| Building | 30 years |
| Computer equipment, furniture and office equipment | 3-10 years |
| Computer software purchased | 3 years |
| Capitalized internal-use software | 3-7 years |
| Tenant improvements | Shorter of the useful life or the lease term |

63

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 2—Summary of Significant Accounting Policies (continued)

**Impairment of Long Lived Assets**

We evaluate long-lived assets for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. If the sum of expected undiscounted future cash flows from an asset is less than the carrying amount of the asset, we estimate the fair value of the assets. We measure the loss as the amount by which the carrying amount exceeds its fair value calculated using the present value of estimated net future cash flows. We recorded impairment charges of $0.9 million, $1.3 million and $0.1 million for the years ended December 31, 2018, 2017 and 2016, respectively, associated with capitalized internal-use software we determined to no longer be utilized and any remaining carrying value was written off. These impairment charges are included in other general and administrative expenses in our consolidated statements of operations.

**Business Acquisitions**

We allocate the purchase price of business acquisitions to the assets acquired and liabilities assumed based on their estimated fair value. The excess of the purchase price over estimated fair value of the net identifiable assets is allocated to goodwill. Determining the fair value of assets and liabilities requires various assumptions and estimates. These estimates and assumptions are refined with adjustments recorded to goodwill as information is gathered and final valuations are completed over a one-year measurement period. The changes in these estimates or different assumptions used in determining these estimates could impact the amount of assets, including goodwill, and liabilities recorded on our consolidated balance sheet and could impact our operating results subsequent to such acquisition.

**Goodwill and Intangible Assets**

Goodwill is the purchase premium after adjusting for the fair value of net assets acquired. Goodwill is not amortized but is reviewed for potential impairment on an annual basis, or when events or circumstances indicate a potential impairment, at the reporting unit level. A reporting unit, as defined under applicable accounting guidance, is an operating segment or one level below an operating segment, referred to as a component. We may in any given period bypass the qualitative assessment and proceed directly to a two-step method to assess and measure impairment of the reporting unit's goodwill. We first assess qualitative factors to determine whether it is more likely-than-not (i.e., a likelihood of more than 50 percent) that the fair value of a reporting unit is less than its carrying value. This step serves as the basis for determining whether it is necessary to perform the two-step quantitative impairment test. The first step of the quantitative impairment test involves a comparison of the estimated fair value of each reporting unit to its carrying amount, including goodwill. If the estimated fair value of the reporting unit exceeds its carrying amount, goodwill of the reporting unit is not impaired; however, if the carrying amount of the reporting unit exceeds its estimated fair value, then the second step of the quantitative impairment test must be performed. The second step compares the implied fair value of the reporting unit's goodwill with its carrying amount to measure the amount of impairment loss, if any.

The implied fair value of goodwill is determined in the same manner as the amount of goodwill recognized in a business combination. If the carrying amount of the reporting unit's goodwill exceeds the implied fair value of that goodwill, an impairment loss is recognized in an amount equal to that excess.

For intangible assets subject to amortization, we recognize an impairment loss if the carrying amount of the intangible asset is not recoverable and exceeds its estimated fair value. The carrying amount of the intangible asset is considered not recoverable if it exceeds the sum of the undiscounted cash flows expected to result from the use of the asset.

No impairment charges were recognized related to goodwill or intangible assets for the years ended December 31, 2018, 2017 and 2016.

Intangible assets with finite lives are amortized on a straight-line basis over their estimated useful lives, which is our best estimate of the pattern of economic benefit, based on legal, contractual, and other provisions. The estimated useful lives of the intangible assets, which consist primarily of customer relationships and trade names, range from 3-15 years.

**Amounts Due to Card Issuing Banks for Overdrawn Accounts**

Third-party card issuing banks fund overdrawn cardholder account balances on our behalf. Amounts funded are due from us to the card issuing banks based on terms specified in the agreements with the card issuing banks. Generally, we expect to settle these obligations within two months.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 2—Summary of Significant Accounting Policies (continued)

**Fair Value**

Under applicable accounting guidance, fair value is defined as the price that would be received to sell an asset or paid to transfer a liability. As such, fair value reflects an exit price in an orderly transaction between market participants on the measurement date.

We determine the fair values of our financial instruments based on the fair value hierarchy established under applicable accounting guidance, which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. The following describes the three-level hierarchy:

Level 1 – Unadjusted quoted prices in active markets for identical assets or liabilities. Level 1 assets and liabilities include debt and equity securities and derivative contracts that are traded in an active exchange market, as well as certain U.S. Treasury securities that are highly liquid and are actively traded in over-the-counter markets.

Level 2 – Observable inputs other than Level 1 prices, such as quoted prices for similar assets or liabilities, quoted prices in markets that are not active, or other inputs that are observable or can be corroborated by observable market data for substantially the full term of the assets or liabilities. Level 2 assets and liabilities include fixed income securities with quoted prices that are traded less frequently than exchange-traded instruments. This category generally includes U.S. government and agency mortgage-backed fixed income securities and corporate fixed income securities.

Level 3 – Unobservable inputs that are supported by little or no market activity and that are significant to the overall fair value of the assets or liabilities. Level 3 assets and liabilities include financial instruments for which the determination of fair value requires significant management judgment or estimation. The fair value for such assets and liabilities is generally determined using pricing models, market comparables, discounted cash flow methodologies or similar techniques that incorporate the assumptions a market participant would use in pricing the asset or liability. This category generally includes certain private equity investments and certain asset-backed securities.

**Revenue Recognition**

Our operating revenues consist of card revenues and other fees, processing and settlement service revenues and interchange revenues. The core principle of the recent revenue standard is that these revenues will be recognized when control of the promised goods or services is transferred to our customers, in an amount that reflects the consideration we expect to be entitled to in exchange for those goods or services, as determined under a five-step process.

A description of our principal revenue generating activities is as follows:

*Card Revenues and Other Fees*

Card revenues and other fees consist of monthly maintenance fees, new card fees, ATM fees, and other card revenues. We earn these fees based upon the underlying terms and conditions with each of our cardholders that obligate us to stand ready to provide account services to each of our cardholders over the contract term. Agreements with our cardholders are considered daily service contracts as they are not fixed in duration.

We charge maintenance fees on a monthly basis pursuant to the terms and conditions in the applicable cardholder agreements. We recognize monthly maintenance fees ratably over each day in the monthly bill cycle in which the fee is assessed, which represents the period our cardholders receive the benefits of our services and our performance obligation is satisfied.

We charge new card fees when a consumer purchases a new card in a retail store. The new card fee provides our cardholders a material right and accordingly, we defer and recognize new card fee revenues on a straight-line basis over our average card lifetime, which is currently less than one year for our GPR cards and gift cards. For GPR cards, average card lifetime is determined based on recent historical data using the period from sale (or activation) of the card through the date of last positive balance.  We reassess average card lifetime quarterly. We report the unearned portion of new card fees as a component of deferred revenue in our consolidated balance sheets. See Contract Balances discussed in *Note 3 — Revenues,* for further information.

We charge ATM fees to cardholders when they withdraw money at certain ATMs in accordance with the terms and conditions in our cardholder agreements. We recognize ATM fees when the withdrawal is made by the cardholder, which is the point in time our performance obligation is satisfied and service is performed. Since our cardholder agreements are

considered daily service contracts, our performance obligations for these types of transactional based fees are satisfied on a daily basis, or as each transaction occurs.

65

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 2—Summary of Significant Accounting Policies (continued)**

Other revenues consist primarily of revenue associated with our gift card program, transaction-based fees and fees associated with optional products or services, which we offer our cardholders at their election. Since our performance obligations are settled daily, we recognize most of these fees at the point in time the transactions occur which is when the underlying performance obligation is satisfied. In the case of our gift card program, we record the related revenues using the redemption method.

Substantially all our fees are collected from our cardholders at the time the fees are assessed and debited from their account balance.

*Processing and Settlement Service Revenues*

Our processing and settlement services consist of cash transfer revenues, Simply Paid disbursement revenues, and tax refund processing service revenues.

We generate cash transfer revenues when consumers purchase our cash transfer products (reload services) in a retail store. Our reload services are subject to the same terms and conditions in each of the applicable cardholder agreements as discussed above. We recognize these revenues at the point in time the reload services are completed. Similarly, we earn Simply Paid disbursement fees from our business partners as payment disbursements are made.

We earn tax refund processing service revenues when a customer of a third-party tax preparation company chooses to pay their tax preparation fee through the use of our tax refund processing services. Revenues we earn from these services are generated from our contractual relationships with the tax software transmitters. These contracts may be multi-year agreements and vary in length, however, our underlying promise obligates us to process each refund transfer on a transaction by transaction basis as elected by the taxpayer. Accordingly, we recognize tax refund processing service revenues at the point in time we satisfy our performance obligation by remitting each taxpayer's proceeds from his or her tax return.

*Interchange*

We earn interchange revenues from fees remitted by the merchant's bank, which are based on rates established by the payment networks, such as Visa and MasterCard, when account holders make purchase transactions using our card products and services. We recognize interchange revenues at the point in time the transactions occur, as our performance obligation is satisfied.

*Principal vs Agent*

For all our significant revenue-generating arrangements, we record revenues on a gross basis except for our tax refund processing service revenues which are recorded on a net basis.

**Sales and Marketing Expenses**

Sales and marketing expenses primarily consist of sales commissions, advertising and marketing expenses, and the costs of manufacturing and distributing card packages, placards, promotional materials to our retail distributors' locations and personalized GPR cards to consumers who have activated their cards.

We pay our retail distributors and brokers commissions based on sales of our prepaid debit cards and cash transfer products in their stores. We defer and expense commissions related to new cards sales ratably over the average card lifetime, which is currently less than one year for our GPR and gift cards. Absent a new card fee, we expense the related commissions immediately. We expense commissions related to cash transfer products when the cash transfer transactions are completed. We expense costs for the production of advertising as incurred. The cost of media advertising is expensed when the advertising first takes place. We record the costs associated with card packages and placards as prepaid expenses, and we record the costs associated with personalized GPR cards as deferred expenses. We recognize the prepaid cost of card packages and placards over the related sales period, and we amortize the deferred cost of personalized GPR cards, when activated, over the average card lifetime.

Included in sales and marketing expenses are advertising and marketing expenses of $23.2 million, $25.1 million and $11.9 million and shipping and handling costs of $2.0 million, $3.0 million and $3.7 million for the years ended December 31, 2018, 2017 and 2016, respectively. Also included in sales and marketing expenses were liabilities that we

incurred for use tax to various states related to purchases of materials since we do not charge sales tax to customers when new cards or cash transfer transactions are purchased.

66

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 2—Summary of Significant Accounting Policies (continued)

**Employee Stock-Based Compensation**

We record employee stock-based compensation expense based on the grant-date fair value of the award. For stock options and stock purchases under our employee stock purchase plan, or ESPP, we base compensation expense on fair values estimated at the grant date using the Black-Scholes option-pricing model. For stock awards, including restricted stock units, we base compensation expense on the fair value of our common stock at the grant date. We recognize compensation expense for awards with only service conditions that have graded vesting schedules on a straight-line basis over the vesting period of the award. Vesting is based upon continued service to our company.

We have issued performance based and market based restricted stock units to our executive officers and employees. For performance based awards, we recognize compensation cost for the restricted stock units if and when we conclude it is probable that the performance will be satisfied, over the requisite service period based on the grant-date fair value of the stock. We reassess the probability of vesting at each reporting period and adjust compensation expense based on the probability assessment. For market based restricted stock units, we base compensation expense on the fair value estimated at the date of grant using a Monte Carlo simulation or similar lattice model. We recognize compensation expense over the requisite service period regardless of the market condition being satisfied, provided that the requisite service has been provided, since the estimated grant date fair value incorporates the probability of outcomes that the market condition will be achieved.

In April 2018, the compensation committee of our board of directors adopted a policy applicable to all employees that provides for vesting of equity awards in connection with a qualifying retirement (as defined in the policy), with the settlement or payout of those awards to be made in accordance with the applicable vesting schedule pertaining to such awards. The policy applies only with respect to restricted stock units and performance-based restricted stock units granted after January 1, 2018. Under the policy, following a qualified retirement, any substantial risk of forfeiture of the award by the eligible employee is eliminated. Accordingly, the related compensation expense is recognized immediately for awards granted to eligible employees or over the period from the grant date to the date a qualifying retirement is achieved, if less than the stated vesting period.

**Income Taxes**

Our income tax expense is comprised of current and deferred income tax expense. Current income tax expense approximates taxes to be paid or refunded for the current period. Deferred income tax expense results from the changes in deferred tax assets and liabilities during the periods. These gross deferred tax assets and liabilities represent decreases or increases in taxes expected to be paid in the future because of future reversals of temporary differences between the basis of assets and liabilities as measured by tax laws and their basis as reported in our consolidated financial statements. We also recognize deferred tax assets for tax attributes such as net operating loss carryforwards and tax credit carryforwards. We record valuation allowances to reduce deferred tax assets to the amounts we conclude are more likely-than-not to be realized in the foreseeable future.

We recognize and measure income tax benefits based upon a two-step model: 1) a tax position must be more likely-than-not to be sustained based solely on its technical merits in order to be recognized, and 2) the benefit is measured as the largest dollar amount of that position that is more likely-than-not to be sustained upon settlement. The difference between the benefit recognized for a position and the tax benefit claimed on a tax return is referred to as an unrecognized tax benefit. We accrue income tax related interest and penalties, if applicable, within income tax expense.

On December 22, 2017, the Tax Cuts and Jobs Act was signed into law and made significant changes to U.S. income tax law. The Tax Cuts and Jobs Act reduced the U.S. federal corporate income tax rate from 35% to 21%, required companies to pay a one-time transition tax on earnings of certain foreign subsidiaries that were previously tax deferred, created new taxes on certain foreign-sourced earnings, eliminated certain deductions, and enhanced and extended through 2026 the option to claim accelerated depreciation deductions on qualified property. As of December 31, 2018, we have completed our accounting for all enactment date income tax effects of the Tax Act, which resulted in a $0.3 million tax expense, or an increase in our effective tax rate by 0.2%. Refer to *Note 14 — Income Taxes* for additional information.

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 2—Summary of Significant Accounting Policies (continued)

**Earnings Per Common Share**

For the periods applicable, we apply the two-class method in calculating earnings per common share, or EPS, because our preferred stockholders are entitled to participate with our common stockholders in the distributions of earnings through dividends. The two-class method requires net income, after deduction of any preferred stock dividends, deemed dividends on preferred stock redemptions, and accretions in the carrying value on preferred stock, to be allocated between each class or series of common and preferred stockholders based on their respective rights to receive dividends, whether or not declared. Basic EPS is then calculated by dividing net income allocated to each class of common stockholders by the respective weighted-average common shares issued and outstanding.

We divide adjusted net income for each class of common stock by the respective weighted-average number of the common shares issued and outstanding for each period plus amounts representing the dilutive effect of outstanding stock options, restricted stock units (including performance based restricted stock units), shares to be purchased under our employee stock purchase plan and the dilution resulting from the conversion of convertible securities, if applicable. We exclude the effects of convertible securities, restricted stock units and stock options from the computation of diluted EPS in periods in which the effect would be anti-dilutive. Additionally, we have excluded any performance based restricted stock units for which the performance contingency has not been met as of the end of the period. We calculate dilutive potential common shares using the treasury stock method, if-converted method and the two-class method, as applicable.

**Regulatory Matters and Capital Adequacy**

As a bank holding company, we are subject to comprehensive supervision and examination by the Federal Reserve Board and must comply with applicable regulations, including minimum capital and leverage requirements. If we fail to comply with any of these requirements, we may become subject to formal or informal enforcement actions, proceedings, or investigations, which could result in regulatory orders, restrictions on our business operations or requirements to take corrective actions, which may, individually or in the aggregate, affect our results of operations and restrict our ability to grow. If we fail to comply with the applicable capital and leverage requirements, or if our subsidiary bank fails to comply with its applicable capital and leverage requirements, the Federal Reserve Board may limit our or Green Dot Bank's ability to pay dividends. In addition, as a bank holding company and a financial holding company, we are generally prohibited from engaging, directly or indirectly, in any activities other than those permissible for bank holding companies and financial holding companies. This restriction might limit our ability to pursue future business opportunities which we might otherwise consider but which might fall outside the scope of permissible activities. We may also be required to serve as a "source of strength" to Green Dot Bank if it becomes less than adequately capitalized.

**Recent Accounting Pronouncements**

***Recently issued accounting pronouncements not yet adopted***

In August 2018, the FASB issued ASU No. 2018-15, *Customer's Accounting for Implementation Costs Incurred in a Cloud Computing Arrangement That Is a Service Contract* ("ASU 2018-15")*,* which amends ASC 350-40 to address implementation costs incurred in a cloud computing arrangement (CCA) that is a service contract. ASU 2018-15 aligns the accounting for costs incurred to implement a CCA that is a service arrangement with the guidance on capitalizing costs associated with developing or obtaining internal-use software. As a result, certain implementation costs incurred by companies under hosting arrangements will be deferred and amortized. ASU 2018-15 is effective for fiscal years beginning after December 15, 2019, and interim periods within those fiscal years. Early adoption is permitted. We intend to early adopt the standard effective January 1, 2019 on a prospective basis, the effect of which we do not expect to have a material impact on our consolidated financial statements.

In January 2017, the FASB issued ASU No. 2017-04, *Intangibles - Goodwill and Other* ("ASU 2017-04")*: Simplifying the Test for Goodwill Impairment*, which simplifies the existing two-step guidance for goodwill impairment testing by eliminating the second step resulting in a write-down to goodwill equal to the initial amount of impairment determined in step one. The ASU is to be applied prospectively for reporting periods beginning after December 15, 2019. We are currently evaluating the impact of the provisions of ASU 2017-04 on our consolidated financial statements; however, we do not anticipate it will have any impact upon adoption.

68

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 2—Summary of Significant Accounting Policies (continued)**

In June 2016, the FASB issued ASU No. 2016-13, *Financial Instruments – Credit Losses (Topic 326): Measurement of Credit Losses on Financial Instruments* ("ASU 2016-13") that requires financial assets measured at amortized cost be presented at the net amount expected to be collected. Credit losses on available-for-sale debt securities should be recorded through an allowance for credit losses limited by the amount that the fair value is less than amortized cost. ASU 2016-13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. Early adoption is permitted. We are currently evaluating the impact of ASU 2016-13 on our consolidated financial statements.

In February 2016, the FASB issued ASU No. 2016-02, *Leases (Topic 842)* ("ASU 2016-02") in order to increase transparency and comparability among organizations by recognizing lease assets and lease liabilities on the balance sheet for those leases classified as operating leases under previous GAAP. The guidance has been modified through additional technical corrections since its original issuance, including optional transition relief as provided for under ASU No. 2018-11- *Leases (Topic 842): Targeted Improvements*. ASU 2016-02 requires that a lessee should recognize a liability to make lease payments and a right-of-use asset representing its right to use the underlying asset for leases with a term greater than 12 months. ASU 2016-02 is effective for fiscal years beginning after December 15, 2018, including interim periods within those periods.

We will adopt the new lease standard effective January 1, 2019 on a prospective basis and have substantially completed our assessment of the impact on our consolidated financial statements. We have elected the package of practical expedients, the short-term lease exemption, as well as the election to not separate lease and non-lease components, as applicable, for selected classes of assets. We have not identified any adjustments related to classification of our operating lease contracts and therefore, no adjustment to retained earnings is expected upon adoption. Based on our current assessment, we expect the gross up effect to our consolidated balance sheet upon adoption to be in the range of approximately $25 million, which we do not believe to be material. We will provide expanded lease disclosures and the final quantitative impact as required beginning in the first quarter of 2019.

*Recently adopted accounting pronouncements*

In May 2014, the FASB issued ASU No. 2014-09, *Revenue from Contracts with Customers (Topic 606)* ("ASU 2014-09"), which has been modified through additional technical corrections since its original issuance (collectively ASC 606). ASU 2014-09 superseded nearly all existing revenue recognition guidance under then current GAAP. The core principle of ASU 2014-09 is to recognize revenues when promised goods or services are transferred to customers in an amount that reflects the consideration to which an entity expects to be entitled for those goods or services. The standard defines a five step process to achieve this core principle and, in doing so, more judgment and estimates may be required within the revenue recognition process than are required under previous GAAP. The standard allowed companies to apply either a full retrospective approach, which requires applying the standard to each prior year reporting period presented, or a modified retrospective approach with a cumulative effect adjustment recognized upon adoption. We adopted the provisions of the standard on January 1, 2018 using the modified retrospective approach, which did not result in any cumulative adjustment to opening retained earnings nor did it have a material impact on our consolidated financial statements. The adoption of ASU 2014-09, however, requires expanded disclosures under the new guidance. See *Note 3 — Revenues* for further information and additional discussion around changes identified to our policies under the new accounting pronouncement.

In January 2016, the FASB issued ASU No. 2016-01, *Financial Instruments – Overall (Subtopic 825-10): Recognition and Measurement of Financial Assets and Financial Liabilities* ("ASU 2016-01"). ASU 2016-01 revises the classification and measurement of investments in certain equity investments and the presentation of certain fair value changes for certain financial liabilities measured at fair value. ASU 2016-01 requires the change in fair value of many equity investments to be recognized in net income. We adopted the provisions of ASU 2016-01 on January 1, 2018, the result of which did not have any impact upon our consolidated financial statements.

In November 2016, the FASB issued ASU No. 2016-18, *Restricted Cash* ("ASU 2016-18"), to require that restricted cash and restricted cash equivalents be included with cash and cash equivalents when reconciling the beginning-of-period and end-of-period total cash amounts shown on the statement of cash flows. Consequently, transfers between cash and restricted cash will not be presented as a separate line item in the operating, investing or financing sections of the cash flow statement. The amendments should be applied retrospectively to each period presented. We adopted the provisions

of ASU 2016-18 on January 1, 2018, the effect of which resulted in an immaterial reclassification in presentation on our statement of cash flows and had no effect on our consolidated financial results.

69

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 3—Revenues**

**Adoption of ASC 606**

On January 1, 2018, we adopted ASC 606 using the modified retrospective method applied to contracts which were not completed upon adoption, the impact of which did not result in any cumulative adjustment to our retained earnings. Results for reporting periods beginning after January 1, 2018 are presented under ASC 606, while prior period amounts have not been adjusted and continue to be reported in accordance with our historical accounting policies.

The impact of our adoption of ASC 606 was limited to a change in presentation of certain incentive agreements. Prior to the adoption of ASC 606, incentive payments with our retail distributors and other partners had generally been recorded as a reduction to revenues over the related period of benefit the incentive payment related. Upon the adoption of ASC 606, such payments are classified as sales and marketing expenses since these contractual arrangements have been determined to be outside the scope of contracts with our customers under the new accounting standard. The total amount of incentive payments recognized was $7.1 million, $4.8 million and $3.4 million for the years ended December 31, 2018, 2017, and 2016, respectively.

**Disaggregation of Revenues**

Our products and services are offered only to customers within the United States. We determine our operating segments based on how our chief operating decision maker manages our operations, makes operating decisions and evaluates operating performance. Within our segments, we believe that the nature, amount, timing and uncertainty of our revenue and cash flows and how they are affected by economic factors can be further illustrated based on the timing in which revenue for each of our products and services is recognized.

The following table disaggregates our revenues by the timing in which the revenue is recognized:

| | Year Ended December 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Account Services | | Processing and Settlement Services | |
| Timing of revenue recognition | (In thousands) | | | |
| Transferred at a point in time | $ | 500,629 | $ | 247,942 |
| Transferred over time | | 289,714 | | 3,473 |
| Operating revenues | $ | 790,343 | $ | 251,415 |

Within our Account Services segment, revenues recognized at a point in time are comprised of ATM fees, interchange, and other similar transaction-based fees. Revenues recognized over time consists of new card fees, monthly maintenance fees and revenue earned from gift cards. Substantially all of our processing and settlement services are recognized at a point in time.

Refer to *Note 24 — Segment Information* for our revenues disaggregated by our products and services and the components to our total operating revenues on our consolidated statements of operations for additional information.

**Significant Judgments and Estimates**

Transaction prices related to our account services are based on stand-alone fees stated within the terms and conditions and may also include certain elements of variable consideration depending upon the product's features, such as cardholder incentives, monthly fee concessions and reserves on accounts that may become overdrawn. We estimate such amounts using historical data and customer behavior patterns to determine these estimates which are recorded as a reduction to the corresponding fee revenue. Additionally, while the number of transactions that a cardholder may perform is unknown, any uncertainty is resolved at the end of each daily service contract.

**Contract Balances**

As disclosed on our consolidated balance sheets, we record deferred revenue for any upfront payments received in advance of our performance obligations being satisfied. These contract liabilities consist principally of unearned new card fees and monthly maintenance fees. We recognized approximately $28.7 million for the year ended December 31, 2018, or substantially all of the amount of contract liabilities included in deferred revenue at the beginning of the period and did not recognize any revenue during these periods from performance obligations satisfied in previous periods.

70

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 3—Revenues (continued)

Changes in the deferred revenue balance are driven primarily by the amount of new card fees recognized during the period, offset by the deferral of new card fees associated with cards sold during the period.

#### Costs to Obtain or Fulfill a Contract

Our incremental direct costs of obtaining a contract consist primarily of revenue share payments we make to our retail partners associated with new card sales. These commissions are generally capitalized upon payment and expensed over the period the corresponding revenue is recognized. These deferred commissions are not material and are included in deferred expenses on our consolidated balance sheets.

#### Practical Expedients and Exemptions

Any unsatisfied performance obligations at the end of the period relate to contracts with customers that either have an original expected length of one year or less or are contracts for which we recognize revenue at the amount to which we have the right to invoice for services performed. Therefore, no additional disclosure is provided for these performance obligations.

### Note 4—Business Acquisitions

On February 28, 2017, we completed our acquisition of all the membership interests of UniRush, LLC ("UniRush"), an online direct-to-consumer GPR card and corporate payroll card provider. The fair value of the total consideration in connection with the acquisition was approximately $163.7 million, which included cash and contingent consideration in the form of an earn-out. We paid for the transaction with $142.2 million in cash, of which $95 million was raised from a combination of our Revolving Facility, as discussed in *Note 11 — Note Payable*, and subordinated notes payable of $20 million to the selling shareholders of UniRush. The subordinated notes were repaid shortly after close of the acquisition during the three months ended March 31, 2017. The transaction terms include an earn-out equal to the greater of (i) a specified percentage of the revenue generated by the online direct-to-consumer GPR card portfolio for the five-year period following the closing or (ii) $20 million, payable quarterly over the five years.

The following table summarizes the fair value of consideration transferred:

|  | Consideration |
| --- | ---: |
|  | (In thousands) |
| Cash, including proceeds from notes payable | $ 142,154 |
| Fair value of contingent consideration | 21,500 |
| Total consideration | $ 163,654 |

The allocation of the purchase price is as follows:

|  | February 28, 2017 |
| --- | ---: |
|  | (In thousands) |
| **Assets:** |  |
| Cash and cash equivalents | $ 656 |
| Accounts receivable, net | 5,745 |
| Prepaid expenses and other assets | 5,146 |
| Property and equipment, net | 4,233 |
| Intangible assets | 69,000 |
| Goodwill | 93,435 |
| Total assets: | 178,215 |
|  |  |
| **Liabilities:** |  |
| Accounts payable | 10,861 |
| Other liabilities | 3,700 |
| Total liabilities: | 14,561 |

**Net assets acquired** $ 163,654

71

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 4—Business Acquisitions (continued)

Goodwill of approximately $93.4 million represents the excess of the purchase price over the estimated fair value of the underlying identifiable tangible and intangible assets acquired and liabilities assumed. The goodwill arises from the opportunity for synergies and economies of scale from the combined companies and expanding our reach into the online direct-to-consumer and corporate payroll distribution channels. Although the goodwill will not be amortized for financial reporting purposes, it is anticipated that substantially all of the goodwill will be deductible for federal tax purposes over the statutory period of 15 years.

Intangible assets consist primarily of customer relationships and trade name of approximately $58.5 million and $5.5 million, respectively. The customer relationships will be amortized over its estimated useful life of 5-10 years and the trade name will be amortized over a period of 15 years.

Our acquisition of UniRush was accounted for under the acquisition method of accounting, with the operating results of UniRush included in our consolidated statements of operations beginning March 1, 2017. Transaction costs incurred in connection with the acquisition were not material.

*Unaudited pro forma financial information*

The following unaudited pro forma summary financial results present the consolidated results of operations as if the acquisition of UniRush had occurred as of January 1, 2016, after the effect of certain adjustments, including interest expense on the debt used to fund the purchase, amortization of certain identifiable intangible assets, income and expense items not attributable to ongoing operations and related tax effects. The unaudited pro forma condensed consolidated statements of operations does not include any adjustments for any restructuring activities, operating efficiencies or cost savings. The pro forma results have been presented for comparative purposes only and are not indicative of what would have occurred had the UniRush acquisition been made as of January 1, 2016, or of any potential results which may occur in the future.

| | Year Ended December 31, | |
| --- | --- | --- |
| | 2017 | 2016 |
| | (In thousands, except per share data) | |
| | (Pro Forma) | |
| Net revenues | $ 909,436 | $ 821,987 |
| Net income attributable to common stock | $ 77,471 | $ 45,871 |
| Basic earnings per common share | $ 1.53 | $ 0.93 |
| Diluted earnings per common share | $ 1.46 | $ 0.90 |
| Basic weighted-average common shares issued and outstanding | 50,482 | 49,535 |
| Diluted weighted-average common shares issued and outstanding | 53,198 | 50,797 |

72

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 5—Investment Securities

Our available-for-sale investment securities were as follows:

| | Amortized cost | Gross unrealized gains | Gross unrealized losses | Fair value |
|---|---|---|---|---|
| | | (In thousands) | | |
| **December 31, 2018** | | | | |
| Negotiable certificate of deposit | $ 15,000 | $ — | $ — | $ 15,000 |
| Agency bond securities | 19,723 | 6 | (36) | 19,693 |
| Agency mortgage-backed securities | 87,156 | 53 | (396) | 86,813 |
| Municipal bonds | 507 | — | (24) | 483 |
| Asset-backed securities | 79,274 | 14 | (94) | 79,194 |
| Total investment securities | $ 201,660 | $ 73 | $ (550) | $ 201,183 |
| | | | | |
| **December 31, 2017** | | | | |
| Corporate bonds | $ 1,000 | $ — | $ — | $ 1,000 |
| U.S. Treasury notes | 10,921 | — | (46) | 10,875 |
| Agency mortgage-backed securities | 121,037 | 52 | (1,055) | 120,034 |
| Municipal bonds | 742 | 4 | (7) | 739 |
| Asset-backed securities | 20,952 | — | (91) | 20,861 |
| Total investment securities | $ 154,652 | $ 56 | $ (1,199) | $ 153,509 |

As of December 31, 2018 and 2017, the gross unrealized losses and fair values of available-for-sale investment securities that were in unrealized loss positions were as follows:

| | Less than 12 months | | 12 months or more | | Total fair value | Total unrealized loss |
|---|---|---|---|---|---|---|
| | Fair value | Unrealized loss | Fair value | Unrealized loss | | |
| | | | (In thousands) | | | |
| **December 31, 2018** | | | | | | |
| Agency bond securities | $ 14,937 | $ (36) | $ — | $ — | $ 14,937 | $ (36) |
| Agency mortgage-backed securities | 28,939 | (103) | 8,743 | (293) | 37,682 | (396) |
| Municipal bonds | 353 | (14) | 130 | (10) | 483 | (24) |
| Asset-backed securities | 50,980 | (70) | 7,333 | (24) | 58,313 | (94) |
| Total investment securities | $ 95,209 | $ (223) | $ 16,206 | $ (327) | $ 111,415 | $ (550) |
| | | | | | | |
| **December 31, 2017** | | | | | | |
| U.S. Treasury notes | $ 4,588 | $ (21) | $ 6,288 | $ (25) | $ 10,876 | $ (46) |
| Agency mortgage-backed securities | 62,683 | (453) | 44,159 | (602) | 106,842 | (1,055) |
| Municipal bonds | — | — | 193 | (7) | 193 | (7) |
| Asset-backed securities | 2,134 | (2) | 18,727 | (89) | 20,861 | (91) |
| Total investment securities | $ 69,405 | $ (476) | $ 69,367 | $ (723) | $ 138,772 | $ (1,199) |

We did not record any other-than-temporary impairment losses during the years ended December 31, 2018 and 2017 on our available-for-sale investment securities. We do not intend to sell these investments and we have determined that it is more likely than not that we will not be required to sell these investments before recovery of their amortized cost bases, which may be at maturity.

For the year ended December 31, 2018, we recorded a realized loss of approximately $1.5 million as a result of the sale of certain investment securities. Any gross realized gains or losses for the years ended December 31, 2017 and 2016 were de minimis.

73

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 5—Investment Securities (continued)

As of December 31, 2018, the contractual maturities of our available-for-sale investment securities were as follows:

| | Amortized cost | | Fair value | |
|---|---|---|---|---|
| | (In thousands) | | | |
| Due in one year or less | $ | 19,973 | $ | 19,960 |
| Due after one year through five years | | 14,750 | | 14,733 |
| Due after five years through ten years | | — | | — |
| Due after ten years | | 507 | | 483 |
| Mortgage and asset-backed securities | | 166,430 | | 166,007 |
| Total investment securities | $ | 201,660 | $ | 201,183 |

The expected payments on mortgage-backed and asset-backed securities may not coincide with their contractual maturities because the issuers have the right to call or prepay certain obligations.

### Note 6—Accounts Receivable

Accounts receivable, net consisted of the following:

| | December 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| | (In thousands) | | | |
| Overdrawn account balances due from cardholders | $ | 17,848 | $ | 17,856 |
| Reserve for uncollectible overdrawn accounts | | (13,888) | | (14,471) |
| Net overdrawn account balances due from cardholders | | 3,960 | | 3,385 |
| Trade receivables | | 6,505 | | 4,231 |
| Reserve for uncollectible trade receivables | | (59) | | (3) |
| Net trade receivables | | 6,446 | | 4,228 |
| Receivables due from card issuing banks | | 6,688 | | 6,309 |
| Fee advances | | 19,576 | | 16,194 |
| Other receivables | | 4,272 | | 5,161 |
| Accounts receivable, net | $ | 40,942 | $ | 35,277 |

Activity in the reserve for uncollectible overdrawn accounts consisted of the following:

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | 2016 | |
| | (In thousands) | | | | | |
| Balance, beginning of period | $ | 14,471 | $ | 11,932 | $ | 7,999 |
| Provision for uncollectible overdrawn accounts: | | | | | | |
| Fees | | 67,348 | | 69,912 | | 67,798 |
| Purchase transactions | | 12,442 | | 7,233 | | 7,043 |
| Charge-offs | | (80,373) | | (74,606) | | (70,908) |
| Balance, end of period | $ | 13,888 | $ | 14,471 | $ | 11,932 |

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 7—Loans to Bank Customers

The following table presents total outstanding loans, gross of the related allowance for loan losses, and a summary of the related payment status:

| | 30-59 Days Past Due | 60-89 Days Past Due | 90 Days or More Past Due | Total Past Due | Total Current or Less Than 30 Days Past Due | Total Outstanding |
|---|---|---|---|---|---|---|
| | | | (In thousands) | | | |
| **December 31, 2018** | | | | | | |
| Residential | $ 2 | $ — | $ 7 | $ 9 | $ 3,329 | $ 3,338 |
| Commercial | — | — | — | — | 193 | 193 |
| Installment | — | 2 | — | 2 | 905 | 907 |
| Secured credit card | 1,383 | 1,315 | 1,114 | 3,812 | 14,257 | 18,069 |
| Total loans | $ 1,385 | $ 1,317 | $ 1,121 | $ 3,823 | $ 18,684 | $ 22,507 |
| Percentage of outstanding | 6.2% | 5.9% | 5.0% | 17.0% | 83.0% | 100.0% |
| | | | | | | |
| **December 31, 2017** | | | | | | |
| Residential | $ — | $ — | $ — | $ — | $ 3,554 | $ 3,554 |
| Commercial | — | — | — | — | 315 | 315 |
| Installment | 1 | — | — | 1 | 1,378 | 1,379 |
| Secured credit card | 1,223 | 593 | 424 | 2,240 | 11,373 | 13,613 |
| Total loans | $ 1,224 | $ 593 | $ 424 | $ 2,241 | $ 16,620 | $ 18,861 |
| Percentage of outstanding | 6.5% | 3.1% | 2.3% | 11.9% | 88.1% | 100.0% |

*Nonperforming Loans*

The following table presents the carrying value, gross of the related allowance for loan losses, of our nonperforming loans. See *Note 2 — Summary of Significant Accounting Policies* for further information on the criteria for classification as nonperforming.

| | December 31, 2018 | December 31, 2017 |
|---|---|---|
| | (In thousands) | |
| Residential | $ 403 | $ 502 |
| Installment | 169 | 191 |
| Secured credit card | 1,114 | 424 |
| Total loans | $ 1,686 | $ 1,117 |

*Credit Quality Indicators*

We closely monitor and assess the credit quality and credit risk of our loan portfolio on an ongoing basis. We continuously review and update loan risk classifications. We evaluate our loans using non-classified or classified as the primary credit quality indicator. Classified loans are those loans that have demonstrated credit weakness where we believe there is a heightened risk of principal loss, including all impaired loans. Classified loans are generally internally categorized as substandard, doubtful, or loss, consistent with regulatory guidelines.

The table below presents the carrying value, gross of the related allowance for loan losses, of our loans within the primary credit quality indicators related to our loan portfolio:

| | December 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
| | Non-Classified | Classified | Non-Classified | Classified |

| | | | | | | | (In thousands) | |
|---|---|---|---|---|---|---|---|---|
| Residential | $ | 2,935 | $ | 403 | $ | 3,038 | $ | 516 |
| Commercial | | 193 | | — | | 315 | | — |
| Installment | | 632 | | 275 | | 1,059 | | 320 |
| Secured credit card | | 16,955 | | 1,114 | | 13,189 | | 424 |
| Total loans | $ | 20,715 | $ | 1,792 | $ | 17,601 | $ | 1,260 |

75

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 7—Loans to Bank Customers (continued)

*Impaired Loans and Troubled Debt Restructurings*

When, for economic or legal reasons related to a borrower's financial difficulties, we grant a concession for other than an insignificant period of time to a borrower that we would not otherwise consider, the related loan is classified as a Troubled Debt Restructuring, or TDR. Our TDR modifications related to extensions of the maturity dates at a stated interest rate lower than the current market rate for new debt with similar risk. The following table presents our impaired loans and loans that we modified as TDRs as of December 31, 2018 and 2017:

| | December 31, 2018 | | December 31, 2017 | |
| --- | --- | --- | --- | --- |
| | Unpaid Principal Balance | Carrying Value | Unpaid Principal Balance | Carrying Value |
| | (In thousands) | | | |
| Residential | $ 403 | $ 329 | $ 516 | $ 452 |
| Installment | 190 | 53 | 262 | 120 |

*Allowance for Loan Losses*

Activity in the allowance for loan losses consisted of the following:

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2018 | 2017 | 2016 |
| | (In thousands) | | |
| Balance, beginning of period | $ 291 | $ 277 | $ 426 |
| Provision (benefit) for loans | 3,094 | 430 | (151) |
| Loans charged off | (2,657) | (472) | (25) |
| Recoveries of loans previously charged off | 416 | 56 | 27 |
| Balance, end of period | $ 1,144 | $ 291 | $ 277 |

### Note 8—Property and Equipment

Property and equipment consisted of the following:

| | December 31, | |
| --- | --- | --- |
| | 2018 | 2017 |
| | (In thousands) | |
| Land | $ 205 | $ 205 |
| Building | 1,105 | 1,105 |
| Computer equipment, furniture, and office equipment | 60,110 | 52,132 |
| Computer software purchased | 27,276 | 25,579 |
| Capitalized internal-use software | 187,723 | 157,477 |
| Tenant improvements | 12,533 | 10,030 |
| | 288,952 | 246,528 |
| Less accumulated depreciation and amortization | (168,683) | (149,246) |
| Property and equipment, net | $ 120,269 | $ 97,282 |

Depreciation and amortization expense was $38.6 million, $33.5 million and $39.5 million for the years ended December 31, 2018, 2017 and 2016, respectively. Included in those amounts are depreciation expense related to internal-use software of $25.5 million, $20.0 million and $25.6 million for the years ended December 31, 2018, 2017 and 2016, respectively. We recorded impairment charges of $0.9 million, $1.3 million and $0.1 million for the years ended December 31, 2018, 2017 and 2016, respectively, associated with capitalized internal-use software we determined to no

longer be utilized and any remaining carrying value was written off. The net carrying value of capitalized internal-use software was $93.8 million and $69.9 million at December 31, 2018 and 2017, respectively.

76

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 9—Goodwill and Intangible Assets

Goodwill and intangible assets on our consolidated balance sheets consisted of the following:

| | December 31, | | | |
|---|---|---|---|---|
| | 2018 | | 2017 | |
| | (In thousands) | | | |
| Goodwill | $ | 301,790 | $ | 301,790 |
| Intangible assets, net | | 249,326 | | 280,587 |
| Goodwill and intangible assets | $ | 551,116 | $ | 582,377 |

*Goodwill*

Changes in the carrying amount of goodwill were as follows:

| | December 31, | | | |
|---|---|---|---|---|
| | 2018 | | 2017 | |
| | (In thousands) | | | |
| Balance, beginning of period | $ | 301,790 | $ | 208,355 |
| Acquisitions | | — | | 93,435 |
| Balance, end of period | $ | 301,790 | $ | 301,790 |

We completed our annual goodwill impairment test as of September 30, 2018. Based on the results of step one of the annual goodwill impairment test, we determined that step two was not required for each of our reporting units as their fair values exceeded their carrying values indicating there was no impairment.

*Intangible Assets*

The gross carrying amounts and accumulated amortization related to intangibles assets were as follows:

| | December 31, 2018 | | | December 31, 2017 | | | Weighted Average Useful Lives |
|---|---|---|---|---|---|---|---|
| | Gross Carrying Value | Accumulated Amortization | Net Book Value | Gross Carrying Value | Accumulated Amortization | Net Book Value | |
| | (In thousands) | | | (In thousands) | | | (Years) |
| Customer relationships | $ 309,773 | $ (98,305) | $ 211,468 | $ 309,773 | $ (70,295) | $ 239,478 | 12.8 |
| Trade names | 44,086 | (12,517) | 31,569 | 44,086 | (9,347) | 34,739 | 14.6 |
| Patents | 3,000 | (1,091) | 1,909 | 3,000 | (818) | 2,182 | 11.0 |
| Other | 7,464 | (3,084) | 4,380 | 5,964 | (1,776) | 4,188 | 4.6 |
| Total intangible assets | $ 364,323 | $ (114,997) | $ 249,326 | $ 362,823 | $ (82,236) | $ 280,587 | |

Amortization expense on finite-lived intangibles, a component of other general and administrative expenses, was $32.8 million, $31.1 million, and $23.0 million for the years ended December 31, 2018, 2017, and 2016, respectively. None of our intangible assets were considered impaired as of December 31, 2018 or 2017.

The following table shows our estimated amortization expense for intangible assets for each of the next five succeeding years and thereafter:

| | December 31, | |
|---|---|---|
| | (In thousands) | |
| 2019 | $ | 33,496 |
| 2020 | | 28,867 |
| 2021 | | 28,588 |
| 2022 | | 28,088 |

| | | |
|---|---|---|
| 2023 | | 28,088 |
| Thereafter | | 102,199 |
| Total | $ | 249,326 |

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 10—Deposits**

Deposits are categorized as non-interest or interest-bearing deposits as follows:

| | December 31, | |
|---|---|---|
| | **2018** | **2017** |
| | **(In thousands)** | |
| Non-interest bearing deposit accounts | | |
| GPR deposits | $ **817,124** | $ 803,549 |
| Other demand deposits | **97,442** | 61,264 |
| Total non-interest bearing deposit accounts | **914,566** | 864,813 |
| Interest-bearing deposit accounts | | |
| Checking accounts | **67,758** | 140,555 |
| Savings | **8,894** | 10,523 |
| GPR deposits | **9,224** | — |
| Time deposits, denominations greater than or equal to $100 | **3,796** | 4,752 |
| Time deposits, denominations less than $100 | **1,247** | 1,537 |
| Total interest-bearing deposit accounts | **90,919** | 157,367 |
| Total deposits | $ **1,005,485** | $ 1,022,180 |

The scheduled contractual maturities for total time deposits are presented in the table below:

| | December 31, |
|---|---|
| | (In thousands) |
| Due in 2019 | $ 1,425 |
| Due in 2020 | 1,448 |
| Due in 2021 | 1,040 |
| Due in 2022 | 790 |
| Due in 2023 | 340 |
| Total time deposits | $ 5,043 |

As of December 31, 2018, we had aggregate time deposits of $1.5 million in denominations that met or exceeded the Federal Deposit Insurance Corporation (FDIC) insurance limit.

**Note 11—Note Payable**

In October 2014, we entered into a $225.0 million credit agreement with Bank of America, N.A., as an administrative agent, Wells Fargo Bank, National Association, and the other lenders party thereto. The credit agreement provides for 1) a $75.0 million five-year revolving facility (the "Revolving Facility") and 2) a five-year $150.0 million term loan facility ("Term Facility" and, together with the Revolving Facility, the "Senior Credit Facility"). The credit agreement also includes an accordion feature that, subject to securing additional commitments from existing lenders or new lending institutions, will allow us to increase the aggregate amount of these facilities by up to an additional $50.0 million. We use the proceeds of any borrowings under the Revolving Facility for working capital and other general corporate purposes, subject to the terms and conditions set forth in the credit agreement.

As of December 31, 2018 and 2017, our outstanding debt consisted of the following, net of deferred financing costs of $1.3 million and $2.9 million, respectively:

| | December 31, 2018 | December 31, 2017 |
|---|---|---|
| | (In thousands) | |
| Term facility | $ **58,705** | $ 79,611 |
| Revolving facility | **—** | — |
| Total notes payable | $ **58,705** | $ 79,611 |

78

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 11—Note Payable (continued)

*Interest and other fees*

At our election, loans made under the credit agreement bear interest at 1) a LIBOR rate (the "LIBOR Rate") or 2) a base rate determined by reference to the highest of (a) the Bank of America prime rate, (b) the United States federal funds rate plus 0.50% and (c) a daily rate equal to one-month LIBOR rate plus 1.0% (the "Base Rate"), plus in either case an applicable margin. The applicable margin for borrowings depends on our total leverage ratio and varies from 2.50% to 3.00% for LIBOR Rate loans and 1.50% to 2.00% for Base Rate loans. The effective interest rate on borrowings outstanding as of December 31, 2018 was 5.02%. Cash interest expense related to our Senior Credit Facility was $3.5 million, $4.1 million, and $4.0 million for the years ended December 31, 2018, 2017 and 2016, respectively.

We also pay a commitment fee, which varies from 0.30% to 0.40% per annum on the actual daily unused portions of the Revolving Facility. Letter of credit fees are payable in respect of outstanding letters of credit at a rate per annum equal to the applicable margin for LIBOR Rate loans.

*Maturity and payments*

The Revolving Facility matures, the commitments thereunder terminate, and all amounts then outstanding thereunder are payable on October 23, 2019. Quarterly principal payments of $5.6 million are payable on the loans under the Term Facility. The loans made under the Term Facility mature and all amounts then outstanding thereunder also become payable on October 23, 2019.

We have the option to prepay the borrowings under the Senior Credit Facility without premium or penalty (other than customary breakage costs). The credit agreement requires us to repay certain amounts outstanding thereunder with (1) net cash proceeds of certain asset sales or other dispositions that exceed certain thresholds, to the extent such proceeds are not reinvested or committed to be reinvested in the business in accordance with customary reinvestment provisions and (2) net cash proceeds of the incurrence of certain indebtedness. Borrowings under the Senior Credit Facility are guaranteed by each of our domestic subsidiaries (the "Guarantor"), other than certain excluded subsidiaries (including bank subsidiaries) and subject to certain other exceptions set forth in the credit agreement. Obligations under the Senior Credit Facility are secured by first priority liens on, and security interests in, substantially all of our assets and each Guarantor, subject to certain customary exceptions.

*Covenants and restrictions*

The Senior Credit Facility contains customary representations and warranties relating to us and our subsidiaries. The Senior Credit Facility also contains certain affirmative and negative covenants including negative covenants that limit or restrict, among other things, liens, indebtedness, investments and acquisitions, mergers and fundamental changes, asset sales, restricted payments, changes in the nature of the business, transactions with affiliates and other matters customarily restricted in such agreements. We must maintain a minimum fixed charge coverage ratio and a maximum consolidated leverage ratio at the end of each fiscal quarter, as set forth in the credit agreement. At December 31, 2018, we were in compliance with all such covenants.

If an event of default shall occur and be continuing under the Senior Credit Facility, the commitments may be terminated and the principal amounts outstanding under the Senior Credit Facility, together with all accrued unpaid interest and other amounts owing in respect thereof, may be declared immediately due and payable.

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 12—Stockholders' Equity**

**Convertible Preferred Stock**

In December 2011, we filed a restated Certificate of Incorporation that authorized 10,085 shares of Series A Convertible Junior Participating Non-Cumulative Perpetual Preferred Stock, or Series A Preferred Stock. We then entered into and completed a share exchange with a significant shareholder, whereby 6,859,000 shares of our Class B common stock were exchanged for 6,859 shares of our newly created series of preferred stock.

As of December 31, 2016, all shares of our Series A Preferred shares were converted into equivalent shares of Class A Common Stock.

**Common Stock**

Our Certificate of Incorporation specifies the following rights, preferences, and privileges for our common stockholders.

*Voting*

Holders of our Class A common stock are entitled to one vote per share.

We have not provided for cumulative voting for the election of directors in our restated Certificate of Incorporation. In addition, our Certificate of Incorporation provides that a holder, or group of affiliated holders, of more than 24.9% of our common stock may not vote shares representing more than 14.9% of the voting power represented by the outstanding shares of our Class A common stock.

*Dividends*

Subject to preferences that may apply to any shares of preferred stock outstanding at the time, the holders of outstanding shares of our Class A common stock are entitled to receive dividends out of funds legally available at the times and in the amounts that our board of directors may determine. In the event a dividend is paid in the form of shares of common stock or rights to acquire shares of common stock, the holders of Class A common stock will receive Class A common stock, or rights to acquire Class A common stock, as the case may be.

*Liquidation*

Upon our liquidation, dissolution or winding-up, the assets legally available for distribution to our stockholders would be distributable ratably among the holders of our Class A common stock and any participating preferred stock outstanding at that time after payment of liquidation preferences, if any, on any outstanding shares of our preferred stock and payment of other claims of creditors.

*Preemptive or Similar Rights*

Our Class A common stock is not entitled to preemptive rights or subject to redemption.

**Comprehensive Income**

The tax impact on unrealized losses on investment securities available-for-sale for the years ended December 31, 2018, 2017 and 2016 was approximately $0.1 million, $0.1 million and $0.2 million, respectively.

**Stock Repurchase Program**

In June 2015, our Board of Directors authorized, subject to regulatory approval, a repurchase of shares of our Class A Common Stock in an amount up to $150 million under a stock repurchase program ("Repurchase Program") with no expiration date. As of December 31, 2017 we completed our repurchase of all $150 million of Class A Common Stock authorized under the Repurchase Program.

*Accelerated Share Repurchases*

We have entered into accelerated share repurchase arrangements ("ASRs") with a financial institution from time to time under the Repurchase Program. The following table summarizes our ASR activity since inception of the Repurchase Program:

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 12—Stockholders' Equity (continued)

| | Purchase Period End Date | Number of Shares (In thousands) | Average repurchase price per share | ASR Amount (In thousands) | |
|---|---|---|---|---|---|
| March 2017 ASR | November 2017 | 1,326 | $ 38.64 | $ 50,000 | (1) |
| April 2016 ASR | October 2016 | 2,219 | $ 22.54 | $ 50,000 | |
| September 2015 ASR | January 2016 | 2,342 | $ 17.08 | $ 40,000 | |

(1) We elected to cash settle approximately $2.0 million worth of shares owed back to the counterparty under our March 2017 accelerated share repurchase agreement.

In exchange for an up-front payment, the financial institution delivers shares of our Class A Common Stock during the purchase periods of each ASR. Upon settlement, we either receive additional shares from the financial institution or we may be required to deliver additional shares or cash to the financial institution, at our election. The final number of shares received upon settlement for the ASR is determined based on the volume-weighted average price of our common stock over the term of the agreement less an agreed upon discount and subject to adjustments pursuant to the terms and conditions of the ASR.

The up-front payments are accounted for as a reduction to shareholders' equity on our consolidated balance sheets in the periods the payments are made. The ASRs are accounted for in two separate transactions: 1) a treasury stock repurchase for the initial shares received and 2) a forward stock purchase contract indexed to our own stock for the unsettled portion of the ASR. The par value of the shares received are recorded as a reduction to common stock with the remainder recorded as a reduction to additional paid-in capital and retained earnings.  The ASRs meet all of the applicable criteria for equity classification, and therefore are not accounted for as derivative instruments. The initial repurchase of shares resulted in an immediate reduction of the outstanding shares used to calculate the weighted-average common shares outstanding for basic and diluted earnings per share. The shares are retired upon repurchase, but remain authorized for registration and issuance in the future.

*Other*

In connection with the Repurchase Program, we entered into a repurchase plan in December 2015 under Rule 10b5-1 of the Exchange Act for $10 million. The timing, nature and amount of purchases depend on a variety of factors, including market conditions and the volume limit defined by Rule 10b-18. We completed all repurchases under this plan during the first quarter of 2016 and total repurchases amounted to approximately 0.6 million shares at an average price of $16.15.

## Note 13—Employee Stock-Based Compensation

**Employee Stock-Based Compensation**

In June 2010, our board of directors adopted, and in July 2010 our stockholders approved, the 2010 Equity Incentive Plan, which replaced our 2001 Stock Plan, and the 2010 Employee Stock Purchase Plan. The 2010 Equity Incentive Plan authorizes the award of stock options, restricted stock awards, stock appreciation rights, restricted stock units, performance shares and stock bonuses. Options granted under the 2010 Equity Incentive Plan generally vest over four years and expire five years or ten years from the date of grant. The 2010 Employee Stock Purchase Plan enables eligible employees to purchase shares of our Class A common stock periodically at a discount. Our 2010 Employee Stock Purchase Plan is intended to qualify as an employee stock purchase plan under Section 423 of the Internal Revenue Code. At our 2017 Annual Meeting of Stockholders, our stockholders approved amendments to our 2010 Equity Incentive Plan to increase the number of shares reserved for issuance by 2.8 million. Approximately 2.6 million shares are available for grant under the 2010 Equity Incentive Plan as of December 31, 2018.

Stock-based compensation for the years ended December 31, 2018, 2017, and 2016 includes expense related to awards of stock options, performance and service based restricted stock units and purchases under the 2010 Employee Stock Purchase Plan. Total stock-based compensation expense and the related income tax benefit were as follows:

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 13—Employee Stock-Based Compensation (continued)**

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2018 | 2017 | 2016 |
| | (In thousands) | | |
| Total stock-based compensation expense | $ 50,093 | $ 40,734 | $ 28,321 |
| Related income tax benefit | 3,783 | 9,440 | 9,167 |

*Restricted Stock Units*

The following table summarizes restricted stock units with only service conditions granted under our 2010 Equity Incentive Plan:

| | Year Ended December 31, | | |
|---|---|---|---|
| | 2018 | 2017 | 2016 |
| | (In thousands, except per share data) | | |
| Restricted stock units granted | 452 | 656 | 1,416 |
| Weighted-average grant-date fair value | $ 74.33 | $ 48.72 | $ 22.59 |

Restricted stock unit activity for the year ended December 31, 2018 was as follows:

| | Shares | Weighted-Average Grant-Date Fair Value |
|---|---|---|
| | (In thousands, except per share data) | |
| Outstanding at December 31, 2017 | 2,223 | $ 28.64 |
| Restricted stock units granted | 452 | $ 74.33 |
| Restricted stock units vested | (906) | $ 25.74 |
| Restricted stock units canceled | (215) | $ 22.77 |
| Outstanding at December 31, 2018 | 1,554 | $ 44.38 |

The total fair value of restricted stock vested for the years ended December 31, 2018, 2017 and 2016 was $67.5 million, $41.5 million and $23.2 million, respectively, based on the price of our Class A common stock on the vesting date.

*Performance Based Restricted Stock Units*

We grant performance-based restricted stock units to certain employees which are subject to the attainment of minimum pre-established annual performance targets. The majority of these awards are tied to the achievement of an annual non-GAAP earnings per share target for the grant year. The actual number of shares subject to the award is determined at the end of the annual performance period and may range from zero to 150% percent of the target shares granted. These awards contain an additional service component after each annual performance period is concluded and the unvested balance of the shares determined at the end of the annual performance period will vest over the remaining requisite service period. Compensation expense related to these awards is recognized using the accelerated attribution method over the four-year vesting period based on the fair value of the closing market price of our Class A common stock on the date of the grant and the estimated performance that is expected to be achieved. In the case of our Chief Executive Officer, vesting of performance awards is based on the achievement of a total shareholder return ("TSR") relative to the S&P 600 index over a three-year performance period. Compensation expense related to these awards is recognized over the performance period based on the grant date fair value through the use of a Monte Carlo simulation and are not subsequently re-measured.

The following table summarizes the performance-based restricted stock units granted under our 2010 Equity Incentive Plan:

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 13—Employee Stock-Based Compensation (continued)**

|  | Year Ended December 31, | | |
|---|---|---|---|
|  | **2018** | **2017** | **2016** |
|  | (In thousands, except per share data) | | |
| Performance based restricted stock units granted | **276** | 616 | 287 |
| Weighted-average grant-date fair value | $ **71.70** | $ 36.13 | $ 25.24 |

Performance based restricted stock unit activity for the year ended December 31, 2018 was as follows:

|  | Shares | Weighted-Average Grant-Date Fair Value |
|---|---|---|
|  | (In thousands, except per share data) | |
| Outstanding at December 31, 2017 | 924 | $ 30.20 |
| Performance restricted stock units granted (at target) | 276 | $ 71.70 |
| Performance restricted stock units vested | (632) | $ 28.23 |
| Performance restricted stock units canceled | (67) | $ 40.22 |
| Actual adjustment for certified performance periods | 336 | $ 30.42 |
| Outstanding at December 31, 2018 | 837 | $ 45.41 |

The total fair value of performance based restricted stock vested for the years ended December 31, 2018, 2017 and 2016 was $45.1 million, $4.4 million and $0 million, respectively, based on the price of our Class A common stock on the vesting date.

*Stock Options*

Stock option activity for the year ended December 31, 2018 was as follows:

|  | Options | Weighted-Average Exercise Price | Weighted-Average Remaining Contractual Life (in Years) | Aggregate Intrinsic Value |
|---|---|---|---|---|
|  | (In thousands, except per share data and years) | | | |
| Outstanding at December 31, 2017 | 1,023 | $ 21.05 | | |
| Options exercised | (771) | 21.19 | | |
| Options canceled | (1) | 23.54 | | |
| Outstanding at December 31, 2018 | 251 | $ 20.63 | 3.38 | $ 14,759 |
| Exercisable at December 31, 2018 | 251 | 20.63 | 3.38 | $ 14,759 |

The total intrinsic value of options exercised was $36.2 million, $24.1 million and $6.4 million for the years ended December 31, 2018, 2017, and 2016, respectively.

We have not issued any new stock option awards from our equity plan since the year ended December 31, 2014. Accordingly, any additional required disclosures with respect to fair value assumptions of our stock options have been omitted for the periods presented on these consolidated financial statements.

As of December 31, 2018, there was $76.1 million of aggregate unrecognized compensation cost related to unvested restricted stock units (including performance based awards) expected to be recognized in compensation expense in future periods, with a weighted-average period of 2.67 years. As of December 31, 2018, we had no unvested stock options and thus, no remaining unrecognized compensation cost.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 14—Income Taxes

The components of income tax expense included in our consolidated statements of operations were as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2018** | **2017** | **2016** |
| | **(In thousands)** | | |
| **Current:** | | | |
| Federal | $ 4,011 | $ 15,545 | $ 16,540 |
| State | 894 | (1,122) | 1,934 |
| Foreign | 443 | 368 | 217 |
| Current income tax expense | 5,348 | 14,791 | 18,691 |
| **Deferred:** | | | |
| Federal | 1,136 | 4,596 | 2,362 |
| State | (1,370) | (1,816) | (1,142) |
| Foreign | — | — | 50 |
| Deferred income tax (benefit) expense | (234) | 2,780 | 1,270 |
| Income tax expense | $ 5,114 | $ 17,571 | $ 19,961 |

Income tax expense differs from the amount computed by applying the statutory federal income tax rate to income before income taxes. The sources and tax effects of the differences are as follows:

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2018** | **2017** | **2016** |
| U.S. federal statutory tax rate | **21.0 %** | 35.0 % | 35.0 % |
| State income taxes, net of federal tax benefit | **(0.5)** | (2.3) | 0.4 |
| General business credits | **(2.2)** | (2.8) | (3.4) |
| Employee stock-based compensation | **(17.1)** | (12.4) | 0.3 |
| Tax Cuts and Jobs Act remeasurement | **0.2** | (5.0) | — |
| IRC 162(m) limitation | **2.2** | 1.5 | — |
| Other | **0.5** | 3.0 | 0.1 |
| Effective tax rate | **4.1 %** | 17.0 % | 32.4 % |

On December 22, 2017 (the "enactment date"), H.R. 1, known as the Tax Cuts and Jobs Act (the "Tax Act") was signed into law and made significant changes to U.S. income tax law. The Tax Act reduced the U.S. federal corporate income tax rate from 35% to 21%, required companies to pay a one-time transition tax on earnings of certain foreign subsidiaries that were previously tax deferred, created new taxes on certain foreign-sourced earnings, eliminated certain deductions, and enhanced and extended through 2026 the option to claim accelerated depreciation deductions on qualified property.

As of December 31, 2017 and through the period ending September 30, 2018, we recorded provisional amounts for certain enactment date effects of the Tax Act by applying the guidance under Staff Accounting Bulletin No. 118 ("SAB 118") as we had not yet completed our enactment date accounting for these effects. As of December 31, 2017, we had not completed our accounting for all of the enactment date income tax effects of the Tax Act under Accounting Standards Codification 740, *Income Taxes* ("ASC 740"), for the following aspects: application of the Tax Act's transition rule for IRC 162(m) limitations, one-time transition tax, and tax on global intangible low-taxed income ("GILTI"). During the years ended December 31, 2018 and 2017, we recorded tax expense related to the enactment date effects of the Tax Act that included adjusting deferred tax assets and liabilities, adjusting limitations under Section 162(m) of the Internal Revenue Code ("IRC 162(m)") in accordance with transition rule guidance, and recording a one-time transition tax liability related to undistributed earnings of our foreign subsidiary that was not previously subject to U.S. tax.

As of December 31, 2018, we have completed our accounting for all enactment date income tax effects of the Tax Act, which resulted in a $0.3 million tax expense, or an increase in our effective tax rate by 0.2% and is included as a

component of income tax expense on our consolidated statement of operations.

84

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 14—Income Taxes (continued)**

The Tax Act subjects a US shareholder to tax on GILTI earned by certain foreign subsidiaries. Under FASB Staff Q&A, Topic 740, No. 5, *Accounting for Global Intangible Low-Taxed Income*, an entity can make an accounting policy election to either recognize deferred taxes for temporary basis differences expected to reverse as GILTI in future years or provide for the tax expense related to GILTI in the year the tax is incurred. We have made a policy election to account for GILTI in the year the tax is incurred. For the year ended December 31, 2018, the provision for GILTI expense was not material to our financial statements.

The decrease in the effective tax rate for the year ended December 31, 2018 as compared to the year ended December 31, 2017 is primarily due to the Tax Act, which reduced the U.S. federal corporate tax rate from 35% to 21% and the recognition of significant excess tax benefits related to our employee stock-based compensation expense. The Tax Act also repealed the performance-based exception to the limitation on executive compensation under IRC 162(m) which resulted in an increased IRC 162(m) limitation for the year ended December 31, 2018.

The tax effects of temporary difference that give rise to significant portions of our deferred tax assets and liabilities were as follows:

| | December 31, | | | |
|---|---|---|---|---|
| | **2018** | | **2017** | |
| | **(In thousands)** | | | |
| **Deferred tax assets:** | | | | |
| Net operating loss carryforwards | $ | **7,379** | $ | 7,746 |
| Stock-based compensation | | **8,007** | | 9,137 |
| Reserve for overdrawn accounts | | **3,838** | | 3,516 |
| Accrued liabilities | | **11,206** | | 8,782 |
| Tax credit carryforwards | | **7,014** | | 5,873 |
| Other | | **—** | | 10 |
| Total deferred tax assets | $ | **37,444** | $ | 35,064 |
| **Deferred tax liabilities:** | | | | |
| Internal-use software costs | $ | **22,351** | $ | 16,860 |
| Property and equipment, net | | **2,803** | | 1,274 |
| Deferred expenses | | **4,909** | | 4,418 |
| Intangible assets | | **6,246** | | 11,901 |
| Gift card revenue | | **1,413** | | 1,884 |
| Other | | **900** | | — |
| Total deferred tax liabilities | | **38,622** | | 36,337 |
| Net deferred tax liabilities | $ | **(1,178)** | $ | (1,273) |

We establish a valuation allowance when we consider it more-likely-than-not that some portion or all of the deferred tax assets will not be realized. As of December 31, 2018, we do not have a valuation allowance on any of our deferred tax assets as we believe it is more-likely-than-not that we will realize the benefits of our deferred tax assets.

We are subject to examination by the Internal Revenue Service, or IRS, and various state tax authorities. We remain subject to examination of our federal income tax returns for the years ended December 31, 2015 through 2017. We generally remain subject to examination of our various state income tax returns for a period of four to five years from the respective dates the returns were filed.

As of December 31, 2018, we have net operating loss carryforwards of approximately $34.7 million and $33.7 million for federal and state tax purposes, respectively, which will be available to offset future income. If not used, these carryforwards will expire between 2020 and 2035. These net operating losses are subject to an annual IRC Section 382 limitation which restricts their utilization against taxable income in future periods. In addition, we have state business tax

credits of approximately $11.7 million that can be carried forward indefinitely and other state business tax credits of approximately $1.1 million that will expire between 2023 and 2027.

85

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 14—Income Taxes (continued)

As of December 31, 2018 and 2017, we had a liability of $6.9 million and $5.6 million, respectively, for unrecognized tax benefits related to various federal and state income tax matters excluding interest, penalties and related tax benefits. The reconciliation of the beginning unrecognized tax benefits balance to the ending balance is as follows:

| | Year Ended December 31, | | |
| | 2018 | 2017 | 2016 |
| --- | --- | --- | --- |
| | (In thousands) | | |
| Beginning balance | $ 5,560 | $ 7,314 | $ 7,371 |
| Increases related to positions taken during prior years | 462 | 404 | 134 |
| Increases related to positions taken during the current year | 1,607 | 1,099 | 1,023 |
| Decreases related to positions settled with tax authorities | — | (1,865) | (1,105) |
| Decreases due to a lapse of applicable statute of limitations | (664) | (1,392) | (109) |
| Ending balance | $ 6,965 | $ 5,560 | $ 7,314 |
| | | | |
| The total amount of unrecognized tax benefits that, if recognized, would affect the effective tax rate | $ 6,918 | $ 5,560 | $ 7,314 |

We recognized accrued interest and penalties related to unrecognized tax benefits for the years ended December 31, 2018, 2017 and 2016, of approximately $0.3 million, $0.2 million and $0.6 million, respectively.

### Note 15—Earnings per Common Share

The calculation of basic and diluted EPS was as follows:

| | Year Ended December 31, | | |
| | 2018 | 2017 | 2016 |
| --- | --- | --- | --- |
| | (In thousands, except per share data) | | |
| **Basic earnings per Class A common share** | | | |
| Net income | $ 118,703 | $ 85,887 | $ 41,600 |
| Income attributable to preferred stock | — | — | (802) |
| Net income allocated to Class A common stockholders | $ 118,703 | $ 85,887 | $ 40,798 |
| Weighted-average Class A shares issued and outstanding | 52,222 | 50,482 | 49,535 |
| Basic earnings per Class A common share | $ 2.27 | $ 1.70 | $ 0.82 |
| | | | |
| **Diluted earnings per Class A common share** | | | |
| Net income allocated to Class A common stockholders | $ 118,703 | $ 85,887 | $ 40,798 |
| Re-allocated earnings | — | — | 20 |
| Diluted net income allocated to Class A common stockholders | $ 118,703 | $ 85,887 | $ 40,818 |
| Weighted-average Class A shares issued and outstanding | 52,222 | 50,482 | 49,535 |
| Dilutive potential common shares: | | | |
| Stock options | 327 | 809 | 507 |
| Service based restricted stock units | 1,135 | 1,445 | 650 |
| Performance based restricted stock units | 796 | 462 | 103 |
| Employee stock purchase plan | 1 | — | 2 |
| Diluted weighted-average Class A shares issued and outstanding | 54,481 | 53,198 | 50,797 |

| Diluted earnings per Class A common share | $ | 2.18 | $ | 1.61 | $ | 0.80 |
|---|---|---|---|---|---|---|

For the periods presented, we excluded all shares of convertible preferred stock and certain restricted stock units and stock options outstanding, which could potentially dilute basic EPS in the future, from the computation of diluted EPS as their effect was anti-dilutive. Additionally, we have excluded any performance based restricted stock units for which the performance contingency has not been met as of the end of the period, or whereby the result of including such awards was anti-dilutive. The following table shows the weighted-average number of anti-dilutive shares excluded from the diluted EPS calculation:

86

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 15—Earnings per Common Share (continued)

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2018 | 2017 | 2016 |
| | (In thousands) | | |
| **Class A common stock** | | | |
| Options to purchase Class A common stock | — | 56 | 124 |
| Service based restricted stock units | 20 | 20 | 2 |
| Performance based restricted stock units | 143 | 199 | 67 |
| Conversion of convertible preferred stock | — | — | 974 |
| Total options, restricted stock units and convertible preferred stock | 163 | 275 | 1,167 |

## Note 16—Fair Value Measurements

We determine the fair values of our financial instruments based on the fair value hierarchy established under applicable accounting guidance which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. There are three levels of inputs used to measure fair value.

For more information regarding the fair value hierarchy and how we measure fair value, see *Note 2 — Summary of Significant Accounting Policies*.

As of December 31, 2018 and 2017, our assets and liabilities carried at fair value on a recurring basis were as follows:

| | Level 1 | Level 2 | Level 3 | Total Fair Value |
| --- | --- | --- | --- | --- |
| **December 31, 2018** | (In thousands) | | | |
| Assets | | | | |
| Negotiable certificate of deposit | $          — | $      15,000 | $          — | $      15,000 |
| Agency bond securities | — | 19,693 | — | 19,693 |
| Agency mortgage-backed securities | — | 86,813 | — | 86,813 |
| Municipal bonds | — | 483 | — | 483 |
| Asset-backed securities | — | 79,194 | — | 79,194 |
| Total assets | $          — | $     201,183 | $          — | $     201,183 |
| | | | | |
| Liabilities | | | | |
| Contingent consideration | $          — | $          — | $      15,800 | $      15,800 |
| | | | | |
| **December 31, 2017** | | | | |
| Assets | | | | |
| Corporate bonds | $          — | $       1,000 | $          — | $       1,000 |
| U.S. Treasury notes | — | 10,875 | — | 10,875 |
| Agency mortgage-backed securities | — | 120,034 | — | 120,034 |
| Municipal bonds | — | 739 | — | 739 |
| Asset-backed securities | — | 20,861 | — | 20,861 |
| Total assets | $          — | $     153,509 | $          — | $     153,509 |
| | | | | |
| Liabilities | | | | |
| Contingent consideration | $          — | $          — | $      17,358 | $      17,358 |

We based the fair value of our fixed income securities held as of December 31, 2018 and 2017 on quoted prices in active markets for similar assets. We had no transfers between Level 1, Level 2 or Level 3 assets or liabilities during the years ended December 31, 2018 and 2017.

87

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 16—Fair Value Measurements (continued)**

The following table presents changes in our contingent consideration payable for the years ended December 31, 2018, 2017 and 2016, which is categorized in Level 3 of the fair value hierarchy:

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2018** | | **2017** | | **2016** | |
| | **(In thousands)** | | | | | |
| Balance, beginning of period | $ | **17,358** | $ | 8,634 | $ | 13,889 |
| Issuance | | **—** | | 21,500 | | — |
| Payments of contingent consideration | | **(4,856)** | | (3,104) | | (2,755) |
| Change in fair value of contingent consideration | | **3,298** | | (9,672) | | (2,500) |
| Balance, end of period | $ | **15,800** | $ | 17,358 | $ | 8,634 |

**Note 17—Fair Value of Financial Instruments**

The following describes the valuation technique for determining the fair value of financial instruments, whether or not such instruments are carried at fair value on our consolidated balance sheets.

*Short-term Financial Instruments*

Our short-term financial instruments consist principally of unrestricted and restricted cash and cash equivalents, settlement assets and obligations, and obligations to customers. These financial instruments are short-term in nature, and, accordingly, we believe their carrying amounts approximate their fair values. Under the fair value hierarchy, these instruments are classified as Level 1.

*Investment Securities*

The fair values of investment securities have been derived using methodologies referenced in *Note 2 — Summary of Significant Accounting Policies.* Under the fair value hierarchy, our investment securities are classified as Level 2.

*Loans*

We determined the fair values of loans by discounting both principal and interest cash flows expected to be collected using a discount rate commensurate with the risk that we believe a market participant would consider in determining fair value. Under the fair value hierarchy, our loans are classified as Level 3.

*Deposits*

The fair value of demand and interest checking deposits and savings deposits is the amount payable on demand at the reporting date. We determined the fair value of time deposits by discounting expected future cash flows using market-derived rates based on our market yields on certificates of deposit, by maturity, at the measurement date. Under the fair value hierarchy, our deposits are classified as Level 2.

*Contingent Consideration*

The fair value of contingent consideration obligations are estimated through valuation models designed to estimate the probability of such contingent payments based on various assumptions.  Estimated payments are discounted using present value techniques to arrive at an estimated fair value.  Our contingent consideration payable is classified as Level 3 because we use unobservable inputs to estimate fair value, including the probability of achieving certain earnings thresholds and appropriate discount rates. Changes in fair value of contingent consideration are recorded through operating expenses.

*Note Payable*

The fair value of our note payable is based on borrowing rates currently required of loans with similar terms, maturity and credit risk. The carrying amount of our note payable approximates fair value because the base interest rate charged varies with market conditions and the credit spread is commensurate with current market spreads for issuers of similar risk. The fair value of the note payable is classified as a Level 2 liability in the fair value hierarchy.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 17—Fair Value of Financial Instruments (continued)

*Fair Value of Financial Instruments*

The carrying values and fair values of certain financial instruments that were not carried at fair value, excluding short-term financial instruments for which the carrying value approximates fair value, at December 31, 2018 and 2017 are presented in the table below.

|  | December 31, 2018 | | December 31, 2017 | |
|---|---|---|---|---|
|  | Carrying Value | Fair Value | Carrying Value | Fair Value |
|  | (In thousands) | | | |
| **Financial Assets** | | | | |
| Loans to bank customers, net of allowance | $ 21,363 | $ 21,088 | $ 18,570 | $ 18,102 |
| **Financial Liabilities** | | | | |
| Deposits | $ 1,005,485 | $ 1,005,435 | $ 1,022,180 | $ 1,022,102 |
| Note payable | $ 58,705 | $ 58,705 | $ 79,611 | $ 79,611 |

## Note 18—Concentrations of Credit Risk

Financial instruments that subject us to concentration of credit risk consist primarily of unrestricted cash and cash equivalents, restricted cash, investment securities, accounts receivable, loans and settlement assets. We deposit our unrestricted cash and cash equivalents and our restricted cash with regional and national banking institutions that we periodically monitor and evaluate for creditworthiness. Credit risk for our investment securities is mitigated by the types of investment securities in our portfolio, which must comply with strict investment guidelines that we believe appropriately ensures the preservation of invested capital. Credit risk for our accounts receivable is concentrated with card issuing banks and our customers, and this risk is mitigated by the relatively short collection period and our large customer base. We do not require or maintain collateral for accounts receivable. We maintain reserves for uncollectible overdrawn accounts and uncollectible trade receivables. With respect to our loan portfolio (excluding secured credit cards), approximately 92.8% of our borrowers reside in the state of Utah and approximately 43.3% in the city of Provo. Consequently, this loan portfolio is susceptible to any adverse market or environmental conditions that may impact this specific geographic region. Credit risk associated with our secured credit card portfolio is mitigated by collateral provided by the borrower in the amount of their credit limit. Credit risk for our settlement assets is concentrated with our retail distributors, which we periodically monitor.

## Note 19—Defined Contribution Plan

On January 1, 2004, we established a defined contribution savings plan under Section 401(k) of the Internal Revenue Code. Employees who have attained at least 21 years of age are generally eligible to participate in the plan on the first day of the calendar month following the month in which they commence service with us. Participants may make pre-tax contributions to the plan from their eligible earnings up to the statutorily prescribed annual limit on pre-tax contributions under the code. We may contribute to the plan at the discretion of our board of directors. Currently, employer contributions amount to 50% of the first 5% of a participant's eligible compensation. Our contributions are allocated in the same manner as that of the participant's elective contributions. We made contributions to the plan of $1.7 million, $1.1 million, and $0.8 million for the years ended December 31, 2018, 2017 and 2016, respectively.

## Note 20—Commitments and Contingencies

In December 2011, we entered into a ten-year office lease for 140,000 square feet of office space in Pasadena, California. This facility serves as our corporate headquarters. The initial term of the lease is ten years and is scheduled to expire on October 31, 2022. Through our wholly owned subsidiaries, we also lease various office facilities and maintain smaller administrative or project offices. Our total rental expense for these and former leases amounted to $7.6 million, $7.2 million and $8.0 million for the years ended December 31, 2018, 2017 and 2016, respectively.

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 20—Commitments and Contingencies (continued)**

At December 31, 2018, the future minimum aggregate rental commitment under all operating leases and minimum annual payments through various agreements with vendors and retail distributors was as follows:

| Year ending December 31, | Operating Leases | | Vendor/Retail Distributor Commitments |
|---|---|---|---|
| | (In thousands) | | |
| 2019 | $ | 7,927 | $ 13,882 |
| 2020 | | 7,929 | 7,486 |
| 2021 | | 6,689 | 4,157 |
| 2022 | | 5,372 | 450 |
| 2023 | | — | 325 |
| Total of future commitments | $ | 27,917 | $ 26,300 |

In the event we terminate our processing services agreement for convenience, we are required to pay a single lump sum equal to any minimum payments remaining on the date of termination. These future minimum obligations are included in our vendor and retail distributor commitments.

In addition to the above contractual obligations, our definitive agreement to acquire all of the equity interests of UniRush provides for a minimum $4 million annual earn-out payment for five years following the closing, ending in February 2022. As of December 31, 2018, the estimated fair value of our remaining earn-out payments amounted to $15.8 million.

*Litigation and Claims*

In the ordinary course of business, we are a party to various legal proceedings, including, from time to time, actions which are asserted to be maintainable as class action suits. We review these actions on an ongoing basis to determine whether it is probable and estimable that a loss has occurred and use that information when making accrual and disclosure decisions. We have provided reserves where necessary for all claims and, based on current knowledge and in part upon the advice of legal counsel, all matters are believed to be adequately covered by insurance, or, if not covered, we do not expect the outcome in any legal proceedings, individually or collectively, to have a material adverse impact on our financial condition or results of operations.

The third and final performance period under an earn-out provision for the acquisition of our tax refund processing business ended on June 30, 2017. We believed that our tax refund processing business did not achieve its earn-out performance target for the fiscal year performance period based on the provisions of the contract and therefore, the total potential payout of $26 million had not been accrued in any period subsequent to June 30, 2017. We were in the process of resolving the final earn-out calculation with the selling shareholders with the assistance of a neutral third party pursuant to the terms of the contract. Prior to the final outcome of that process, we and the sellers mutually agreed to a payment of $13.5 million. This payment was made in October of 2018 and is reflected as a component of other general and administrative expenses on our consolidated income statement for the year ended December 31, 2018.

During the quarter ended June 30, 2016, we were in the process of our planned conversion of customer files from our legacy third-party card processor to our current third-party card processor. As part of the conversion process, a small percentage of our active account holders experienced limited disruptions in service, which resulted in two putative class action complaints filed during the second quarter of 2016. We previously recorded an accrual of approximately $2.3 million, which represented our portion of the estimated total settlement amount, all of which our insurance carrier agreed to reimburse us. As of December 31, 2018, substantially all payments have been made to members of the class for open claims and the matter is considered resolved.

*Other Matters*

We monitor the laws of all 50 states to identify state laws or regulations that apply (or may apply) to our products and services. We have obtained money transmitter licenses (or similar such licenses) where applicable, based on advice of counsel or when we have been requested to do so. If we were found to be in violation of any laws and regulations

governing banking, money transmitters, electronic fund transfers, or money laundering in the United States or abroad, we could be subject to penalties or could be forced to change our business practices.

90

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 20—Commitments and Contingencies (continued)**

From time to time we enter into contracts containing provisions that contingently require us to indemnify various parties against claims from third parties. These contracts primarily relate to: (i) contracts with our card issuing banks, under which we are responsible to them for any unrecovered overdrafts on cardholders' accounts; (ii) certain real estate leases, under which we may be required to indemnify property owners for environmental and other liabilities, and other claims arising from our use of the premises; (iii) certain agreements with our officers, directors, and employees, under which we may be required to indemnify these persons for liabilities arising out of their relationship with us; and (iv) contracts under which we may be required to indemnify our retail distributors, suppliers, vendors and other parties with whom we have contracts against claims arising from certain of our actions, omissions, violations of law and/or infringement of patents, trademarks, copyrights and/or other intellectual property rights.

Generally, a maximum obligation under these contracts is not explicitly stated. Because the obligated amounts associated with these types of agreements are not explicitly stated, the overall maximum amount of the obligation cannot be reasonably estimated. With the exception of overdrafts on cardholders' accounts, historically, we have not been required to make payments under these and similar contingent obligations, and no liabilities have been recorded for these obligations in our consolidated balance sheets.

For additional information regarding overdrafts on cardholders' accounts, refer to *Note 6 — Accounts Receivable*.

**Note 21—Significant Customer Concentration**

A credit concentration may exist if customers are involved in similar industries, economic sectors, and geographic regions. Our retail distributors operate in similar economic sectors but diverse domestic geographic regions. The loss of a significant retail distributor could have a material adverse effect upon our card sales, profitability, and revenue growth.

*Revenue Concentrations*

Revenues derived from our products sold at retail distributors constituting greater than 10% of our total operating revenues were as follows:

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | 2018 | 2017 | 2016 |
| Walmart | 37% | 40% | 45% |

No other retail distributor or partner made up greater than 10% of our total operating revenues for the years ended December 31, 2018, 2017, and 2016.

*Settlement Asset Concentrations*

Settlement assets derived from our products sold at retail distributors constituting greater than 10% of the settlement assets outstanding on our consolidated balance sheets were as follows:

|  | December 31, 2018 | December 31, 2017 |
| --- | --- | --- |
| Walmart | 18% | 33% |

**Note 22—Regulatory Requirements**

Our subsidiary bank, Green Dot Bank, is a member bank of the Federal Reserve System and our primary regulator is the Federal Reserve Board. We and Green Dot Bank are subject to various regulatory capital requirements administered by the federal banking agencies. Failure to meet minimum capital requirements can initiate certain mandatory actions by regulators that, if undertaken, could have a direct material effect on our financial statements. Under capital adequacy guidelines, we and Green Dot Bank must meet specific capital guidelines that involve quantitative measures of the assets, liabilities and certain off-balance sheet items as calculated under regulatory accounting practices. The capital amounts and classification are also subject to qualitative judgments by the regulators about components, risk weightings and other factors.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 22—Regulatory Requirements (continued)

As of December 31, 2018 and 2017, we and Green Dot Bank were categorized as "well capitalized" under applicable regulatory standards. There were no conditions or events since December 31, 2018 which management believes would have caused us or Green Dot Bank not to be considered "well capitalized." Our capital ratios and related regulatory requirements were as follows:

| | December 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Amount | Ratio | Regulatory Minimum | "Well-capitalized" Minimum |
| | (In thousands, except ratios) | | | |
| **Green Dot Corporation:** | | | | |
| Tier 1 leverage | $ 353,047 | 20.1% | 4.0% | n/a |
| Common equity Tier 1 capital | $ 353,047 | 88.8% | 4.5% | n/a |
| Tier 1 capital | $ 353,047 | 88.8% | 6.0% | 6.0% |
| Total risk-based capital | $ 357,092 | 89.8% | 8.0% | 10.0% |
| **Green Dot Bank:** | | | | |
| Tier 1 leverage | $ 172,518 | 11.7% | 4.0% | 5.0% |
| Common equity Tier 1 capital | $ 172,518 | 100.8% | 4.5% | 6.5% |
| Tier 1 capital | $ 172,518 | 100.8% | 6.0% | 8.0% |
| Total risk-based capital | $ 173,838 | 101.5% | 8.0% | 10.0% |

| | December 31, 2017 | | | |
| --- | --- | --- | --- | --- |
| | Amount | Ratio | Regulatory Minimum | "Well-capitalized" Minimum |
| | (In thousands, except ratios) | | | |
| **Green Dot Corporation:** | | | | |
| Tier 1 leverage | $ 236,885 | 15.6% | 4.0% | n/a |
| Common equity Tier 1 capital | $ 236,885 | 45.3% | 4.5% | n/a |
| Tier 1 capital | $ 236,885 | 45.3% | 6.0% | 6.0% |
| Total risk-based capital | $ 240,509 | 46.0% | 8.0% | 10.0% |
| **Green Dot Bank:** | | | | |
| Tier 1 leverage | $ 95,461 | 10.2% | 4.0% | 5.0% |
| Common equity Tier 1 capital | $ 95,461 | 37.5% | 4.5% | 6.5% |
| Tier 1 capital | $ 95,461 | 37.5% | 6.0% | 8.0% |
| Total risk-based capital | $ 95,752 | 37.6% | 8.0% | 10.0% |

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 23—Selected Unaudited Quarterly Financial Information

The following tables set forth a summary of our quarterly financial information for each of the four quarters in 2018 and 2017:

| | 2018 | | | |
|---|---|---|---|---|
| | Q4 | Q3 | Q2 | Q1 |
| | (In thousands, except per share data) | | | |
| Total operating revenues | $ 237,834 | $ 230,577 | $ 258,349 | $ 314,998 |
| Total operating expenses | 229,712 | 235,662 | 231,168 | 238,618 |
| Operating income (loss) | 8,122 | (5,085) | 27,181 | 76,380 |
| Interest income, net | 4,207 | 4,765 | 4,163 | 4,084 |
| Income (loss) before income taxes | 12,329 | (320) | 31,344 | 80,464 |
| Income tax (benefit) expense | (1,943) | (4,893) | 1,517 | 10,433 |
| Net income | $ 14,272 | $ 4,573 | $ 29,827 | $ 70,031 |
| Earnings per common share | | | | |
| Basic | | | | |
| Class A common stock | $ 0.27 | $ 0.09 | $ 0.57 | $ 1.36 |
| Diluted | | | | |
| Class A common stock | $ 0.26 | $ 0.08 | $ 0.55 | $ 1.29 |

| | 2017 | | | |
|---|---|---|---|---|
| | Q4 | Q3 | Q2 | Q1 |
| | (In thousands, except per share data) | | | |
| Total operating revenues | $ 212,989 | $ 201,613 | $ 222,548 | $ 253,001 |
| Total operating expenses | 209,284 | 188,561 | 202,357 | 191,625 |
| Operating income | 3,705 | 13,052 | 20,191 | 61,376 |
| Interest income, net | 1,917 | 1,238 | 790 | 1,189 |
| Income before income taxes | 5,622 | 14,290 | 20,981 | 62,565 |
| Income tax (benefit) expense | (6,606) | 651 | 1,715 | 21,811 |
| Net income | $ 12,228 | $ 13,639 | $ 19,266 | $ 40,754 |
| Earnings per common share | | | | |
| Basic | | | | |
| Class A common stock | $ 0.24 | $ 0.27 | $ 0.39 | $ 0.81 |
| Diluted | | | | |
| Class A common stock | $ 0.23 | $ 0.26 | $ 0.37 | $ 0.78 |

### Note 24—Segment Information

Our operations are comprised of two reportable segments: 1) Account Services and 2) Processing and Settlement Services. We identified our reportable segments based on factors such as how we manage our operations and how our chief operating decision maker views results. Our chief operating decision maker organizes and manages our business primarily on the basis of product and service offerings and uses operating income to assess profitability.

The Account Services segment consists of revenues and expenses derived from our deposit account programs, such as prepaid cards, debit cards, consumer and small business checking accounts, secured credit cards, payroll debit cards and gift cards. These deposit account programs are marketed under several of our leading consumer brand names and under the brand names of our Banking as a Service, or "BaaS," partners. The Processing and Settlement Services segment consists of revenues and expenses derived from our products and services that specialize in facilitating the

movement of cash on behalf of consumers and businesses, such as consumer cash processing services, wage disbursements and tax refund processing services. The Corporate and Other segment primarily consists of eliminations of intersegment revenues and expenses, unallocated corporate expenses, depreciation and amortization, and other costs that are not considered when management evaluates segment performance. We do not evaluate performance or allocate resources based on segment asset data, and therefore such information is not presented.

93

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 24—Segment Information (continued)

The following tables present certain financial information for each of our reportable segments for the periods then ended:

| | Year Ended December 31, 2018 | | | |
| | Account Services | Processing and Settlement Services | Corporate and Other | Total |
| --- | --- | --- | --- | --- |
| | (In thousands) | | | |
| Operating revenues | $ 820,539 | $ 252,909 | $ (31,690) | $ 1,041,758 |
| Operating expenses | 642,506 | 180,245 | 112,409 | 935,160 |
| Operating income | $ 178,033 | $ 72,664 | $ (144,099) | $ 106,598 |

| | Year Ended December 31, 2017 | | | |
| | Account Services | Processing and Settlement Services | Corporate and Other | Total |
| --- | --- | --- | --- | --- |
| | (In thousands) | | | |
| Operating revenues | $ 693,103 | $ 228,444 | $ (31,396) | $ 890,151 |
| Operating expenses | 549,375 | 166,444 | 76,008 | 791,827 |
| Operating income | $ 143,728 | $ 62,000 | $ (107,404) | $ 98,324 |

| | Year Ended December 31, 2016 | | | |
| | Account Services | Processing and Settlement Services | Corporate and Other | Total |
| --- | --- | --- | --- | --- |
| | (In thousands) | | | |
| Operating revenues | $ 544,271 | $ 203,569 | $ (29,066) | $ 718,774 |
| Operating expenses | 454,187 | 137,296 | 63,975 | 655,458 |
| Operating income | $ 90,084 | $ 66,273 | $ (93,041) | $ 63,316 |

**ITEM 9. Changes in and Disagreement With Accountants on Accounting and Financial Disclosure**

None.

**ITEM 9A. Controls and Procedures**

*Disclosure controls and procedures* — Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, has evaluated the effectiveness of our disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 13d-15(e)), and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) at the end of the period covered by this report. Based on such evaluation of our disclosure controls and procedures, our Chief Executive Officer and Chief Financial Officer have concluded that, at the end of such period, our disclosure controls and procedures were effective to ensure that information required to be disclosed by us in reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosure.

*Report of management on internal control over financial reporting* — Our management is responsible for establishing and maintaining adequate internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for Green Dot Corporation. Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, has conducted an evaluation of the effectiveness of our internal control over financial reporting as of December 31, 2018, based on criteria established in *Internal Control - Integrated Framework* by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework).

Our management concluded that, as of December 31, 2018, our internal control over financial reporting was effective based on these criteria.

Ernst & Young LLP, an independent registered public accounting firm, has issued an unqualified opinion on the effectiveness of our internal control over financial reporting as of December 31, 2018, which is included in Part II, Item 8 of this Annual Report on Form 10-K.

*Change in internal control over financial reporting* — There was no material change in our internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) during the three months ended December 31, 2018 that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

*Limitations on Effectiveness of Controls* — Our management, including our Chief Executive Officer and Chief Financial Officer, does not expect that our disclosure controls and procedures or our internal controls will prevent all errors and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within our company have been detected.

**ITEM 9B. Other Information**

None.

**PART III**

**ITEM 10. Directors, Executive Officers and Corporate Governance**

The information required by this Item is incorporated by reference from our proxy statement for our 2019 Annual Meeting of Stockholders under the captions "Proposal No. 1 Election of Directors," "Our Executive Officers," "Corporate Governance and Director Independence -- Code of Business Conduct and Ethics," "Corporate Governance and Director Independence - Committees of Our Board of Directors - Audit Committee," "Additional Information -- Section 16(a) Beneficial Ownership Reporting Compliance."

**ITEM 11. Executive Compensation**

The information required by this Item is incorporated by reference from our proxy statement for our 2019 Annual Meeting of Stockholders under the caption "Executive Compensation" excluding the sub-caption "Equity Compensation Plan Information."

**ITEM 12. Securities Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters**

The information required by this Item is incorporated by reference from our proxy statement for our 2019 Annual Meeting of Stockholders under the captions "Security Ownership of Certain Beneficial Owners and Management" and "Executive Compensation - Equity Compensation Plan Information".

**ITEM 13. Certain Relationships and Related Transactions, and Director Independence**

The information required by this Item is incorporated by reference from our proxy statement for our 2019 Annual Meeting of Stockholders under the captions "Corporate Governance and Director Independence of Directors" and "Transactions with Related Parties, Founders and Control Persons."

**ITEM 14. Principal Accounting Fees and Services**

The information required by this Item is incorporated by reference from our proxy statement for our 2019 Annual Meeting of Stockholders under the caption "Proposal No. 2 Ratification of Appointment of Independent Registered Public Accounting Firm - Principal Accountant Fees and Services."

96

Table of Contents

**PART IV**

**ITEM 15. Exhibits, Financial Statement Schedules**

(a) The following documents are filed as exhibits to this report:

1. Financial Statements

The Index to Consolidated Financial Statements in Item 8 of this report is incorporated herein by reference as the list of financial statements required as part of this report.

2. Financial Statement Schedules

All financial statement schedules have been omitted, since the required information is not applicable or is not present in amounts sufficient to require submission of the schedule, or because the information required is included in the consolidated financial statements and notes thereto.

3. Exhibits: The following exhibits are filed as part of or furnished with this annual report on Form 10-K as applicable:

| Exhibit Number | Exhibit Title | Incorporated by Reference | | | Filed Herewith |
| --- | --- | --- | --- | --- | --- |
| | | Form | Date | Number | |
| 3.1 | Tenth Amended and Restated Certificate of Incorporation of the Registrant. | S-1(A2) | April 26, 2010 | 3.02 | |
| 3.2 | Certificate of Amendment to Tenth Amended and Restated Certificate of Incorporation of Green Dot Corporation. | 8-K | May 31, 2017 | 3.1 | |
| 3.3 | Amended and Restated Bylaws of the Registrant. | 8-K | December 19, 2016 | 3.1 | |
| 3.4 | Certificate of Designations of Series A Convertible Junior Participating Non-Cumulative Perpetual Preferred Stock of Green Dot Corporation dated as of December 8, 2011. | 8-K | December 14, 2011 | 3.01 | |
| 10.1* | Form of Indemnity Agreement. | S-1(A4) | June 29, 2010 | 10.01 | |
| 10.2* | Second Amended and Restated 2001 Stock Plan and forms of notice of stock option grant, stock option agreement and stock option exercise letter. | S-1(A3) | June 2, 2010 | 10.02 | |
| 10.3* | Green Dot Corporation 2010 Equity Incentive Plan, as amended (including related form agreements). | 8-K | May 31, 2017 | 10.1 | |
| 10.4* | 2010 Employee Stock Purchase Plan. | S-1(A4) | June 29, 2010 | 10.19 | |
| 10.5 | Lease Agreement between the Registrant and Wells REIT II - Pasadena Corporate Park L.P., dated December 5, 2011 | 10-K | February 29, 2012 | 10.8 | |
| 10.6† | Amended and Restated Walmart MoneyCard Program Agreement dated as of May 1, 2015 by and among the Registrant, Green Dot Bank, Wal-Mart Stores, Inc., Walmart Stores Texas L.P., Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, L.P. and Wal-Mart Puerto Rico, Inc. | 10-Q | August 10, 2015 | 10.01 | |
| 10.7† | Amendment No. 1 to Amended and Restated Walmart MoneyCard Program Agreement dated as of May 2, 2016 by and among the Registrant, Green Dot Bank, Wal-Mart Stores, Inc., Wal-Mart Stores Texas LLC, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, L.P., and Wal-Mart Puerto Rico, Inc. | 10-K | February 27, 2018 | 10.7 | |

Table of Contents

| Exhibit Number | Exhibit Title | Incorporated by Reference | | | Filed Herewith |
| --- | --- | --- | --- | --- | --- |
| | | Form | Date | Number | |
| 10.8† | Amendment No. 2 to Amended and Restated Walmart MoneyCard Program Agreement dated as of June 20, 2016 by and among the Registrant, Green Dot Bank, Wal-Mart Stores, Inc., Wal-Mart Stores Texas LLC, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, L.P., and Wal-Mart Puerto Rico, Inc. | 10-K | February 27, 2018 | 10.8 | |
| 10.9† | Amendment No. 3 to Amended and Restated Walmart MoneyCard Program Agreement dated as of August 1, 2017 by and among the Registrant, Green Dot Bank, Wal-Mart Stores, Inc., Wal-Mart Stores Texas LLC, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, L.P., and Wal-Mart Puerto Rico, Inc. | 10-K | February 27, 2018 | 10.9 | |
| 10.10 | Amendment No. 4 to Amended and Restated Walmart MoneyCard Program Agreement dated as of September 15, 2017 by and among the Registrant, Green Dot Bank, Wal-Mart Stores, Inc., Wal-Mart Stores Texas LLC, Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, L.P., and Wal-Mart Puerto Rico, Inc. | 10-K | February 27, 2018 | 10.10 | |
| 10.11† | Amendment No. 5 to Amended and Restated Walmart MoneyCard Program Agreement dated as of March 8, 2018 by and among Green Dot Corporation, Wal-Mart Stores, Inc., Wal-Mart Stores Texas L.L.C., Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, L.P. and Wal-Mart Puerto Rico, Inc. and Green Dot Bank. | 10-Q | May 10, 2018 | 10.1 | |
| 10.12† | Amendment No. 6 to Amended and Restated Walmart MoneyCard Program Agreement dated as of May 1, 2018 by and among Green Dot Corporation, Wal-Mart Stores, Inc., Wal-Mart Stores Texas L.L.C., Wal-Mart Louisiana, LLC, Wal-Mart Stores Arkansas, LLC, Wal-Mart Stores East, L.P. and Wal-Mart Puerto Rico, Inc. and Green Dot Bank. | 10-Q | August 9, 2018 | 10.1 | |
| 10.13† | Processing Services Agreement dated as of December 19, 2013 by and among the Registrant and MasterCard International Incorporated. | 10-Q/A | June 7, 2017 | 10.1 | |
| 10.14† | Amendment to the Processing Services Agreement dated as of September 10, 2018 by and among the Registrant and MasterCard International Incorporated. | 10-Q | November 9, 2018 | 10.1 | |
| 10.15* | Employment letter agreement, dated September 16, 2016, between the Registrant and Steven W. Streit. | 8-K | September 22, 2016 | 10.01 | |
| 10.16* | Employment letter agreement, dated April 13, 2017, between the Registrant and Mark L. Shifke. | 8-K | April 17, 2017 | 10.01 | |
| 10.17* | Employment letter agreement, dated November 3, 2016, between the Registrant and Brett Narlinger. | 10-K | February 27, 2018 | 10.19 | |
| 10.18* | Employment letter agreement, dated September 29, 2017, between the Registrant and Konrad Alt. | 10-K | February 27, 2018 | 10.20 | |
| 10.19* | Form of Executive Severance Agreement. | S-1(A2) | April 26, 2010 | 10.12 | |
| 10.20* | Performance-based restricted stock units award agreement between the Registrant and Steven W. Streit. | 8-K | March 31, 2016 | 10.02 | |

98

Table of Contents

| Exhibit Number | Exhibit Title | Incorporated by Reference | | | Filed Herewith |
| | | Form | Date | Number | |
|---|---|---|---|---|---|
| 10.21* | Performance-based restricted stock units award agreement between the Registrant and Steven W. Streit. | 8-K | April 5, 2017 | 10.02 | |
| 10.22* | Green Dot Corporation Corporate Transaction Policy. | 8-K | April 9, 2015 | 10.01 | |
| 10.23* | 2018 Executive Officer Incentive Bonus Plan. | 8-K | March 20, 2018 | 10.01 | |
| 21.1 | Subsidiaries of Green Dot Corporation. | | | | X |
| 23.1 | Consent of Ernst & Young LLP, independent registered public accounting firm. | | | | X |
| 24.1 | Power of Attorney (included on the signature page of this Annual Report on Form 10-K). | | | | X |
| 31.1 | Certification of Steven W. Streit, Chief Executive Officer, pursuant to Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | X |
| 31.2 | Certification of Mark Shifke, Chief Financial Officer, pursuant to Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. | | | | X |
| 32.1** | Certification of Steven W. Streit, Chief Executive Officer, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | X |
| 32.2** | Certification of Mark Shifke, Chief Financial Officer, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. | | | | X |
| 101.INS | XBRL Instance Document. | | | | X |
| 101.SCH | XBRL Taxonomy Extension Schema Document. | | | | X |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document. | | | | X |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document. | | | | X |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document. | | | | X |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document. | | | | X |

---

\*    Indicates management contract or compensatory plan or arrangement.

\*\*    Furnished, not filed.

†    Registrant has omitted portions of the referenced exhibit and filed such exhibit separately with the Securities and Exchange Commission pursuant to a grant of confidential treatment under Rule 406 or Rule 24b-2 promulgated under the Securities Act or Rule 24b-2 promulgated under the Exchange Act.

Table of Contents

**ITEM 16. Form 10-K Summary**

None.

100

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Green Dot Corporation**

| Date: | February 26, 2019 | By: | /s/ Steven W. Streit |
|---|---|---|---|
| | | Name: | Steven W. Streit |
| | | Title: | President, Chief Executive Officer, Director |

KNOW ALL PERSONS BY THESE PRESENTS that each individual whose signature appears below constitutes and appoints Steven W. Streit, John C. Ricci, and Mark Shifke, and each of them, his or her true and lawful attorneys-in-fact and agents with full power of substitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any amendments to this Annual Report on Form 10-K and to file the same, with all exhibits thereto and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them, or his, her or their substitute or substitutes, may lawfully do or cause to be done or by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant in the capacities and on the dates indicated.

| | Signature | Title | Date |
|---|---|---|---|
| By: | /s/ Steven W. Streit | President, Chief Executive Officer, and Director (Principal Executive Officer) | February 26, 2019 |
| Name: | Steven W. Streit | | |
| By: | /s/ Mark Shifke | Chief Financial Officer (Principal Financial Officer) | February 26, 2019 |
| Name: | Mark Shifke | | |
| By: | /s/ Jess Unruh | Chief Accounting Officer (Principal Accounting Officer) | February 26, 2019 |
| Name: | Jess Unruh | | |
| By: | /s/ William I. Jacobs | Chairman/Presiding Director | February 26, 2019 |
| Name: | William I. Jacobs | | |
| By: | /s/ Kenneth C. Aldrich | Director | February 26, 2019 |
| Name: | Kenneth C. Aldrich | | |
| By: | /s/ J. Chris Brewster | Director | February 26, 2019 |
| Name: | J. Chris Brewster | | |
| By: | /s/ Glinda Bridgforth Hodges | Director | February 26, 2019 |
| Name: | Glinda Bridgforth Hodges | | |
| By: | /s/ Rajeev V. Date | Director | February 26, 2019 |
| Name: | Rajeev V. Date | | |
| By: | /s/ Saturnino Fanlo | Director | February 26, 2019 |
| Name: | Saturnino Fanlo | | |

By:     /s/ George W. Gresham          Director                          February 26, 2019

Name:   George W. Gresham


By:     /s/ George T. Shaheen          Director                          February 26, 2019

Name:   George T. Shaheen


101