# EXHIBIT 12.8

## (Talarides Decl. Exs. X-Y)

# Exhibit X

**S&P Global**
Market Intelligence

# Green Dot Corporation NYSE:GDOT
# FQ1 2019 Earnings Call Transcripts

## Wednesday, May 08, 2019 9:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ1 2019- | | | -FQ2 2019- | | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | GUIDANCE | CONSENSUS | CONSENSUS |
| EPS Normalized | 1.43 | 1.51 | ▲5.59 | 0.88 | - | 3.64 | 4.17 |
| Revenue (mm) | 330.17 | 340.51 | ▲3.13 | 283.09 | 276.00 | 1139.92 | 1253.12 |

Currency: USD
Consensus as of  May-03-2019 8:45 PM GMT



**- EPS NORMALIZED -**

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ2 2018 | 0.63 | 0.74 | ▲17.46 % |
| FQ3 2018 | 0.43 | 0.59 | ▲37.21 % |
| FQ4 2018 | 0.50 | 0.56 | ▲12.00 % |
| FQ1 2019 | 1.43 | 1.51 | ▲5.59 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Table of Contents

Call Participants ........................................................................................ 3

Presentation ........................................................................................ 4

Question and Answer ........................................................................................ 13

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

2

# Call Participants

**EXECUTIVES**

**Dara Dierks**
*Investor Relations*

**Jess Unruh**
*Chief Accounting Officer*

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, President, CEO & Director*

**ANALYSTS**

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

**Ashish Sabadra**
*Deutsche Bank AG, Research
Division*

**John Hecht**
*Jefferies LLC, Research Division*

**Ramsey Clark El-Assal**
*Barclays Bank PLC, Research
Division*

**Robert Paul Napoli**
*William Blair & Company L.L.C.,
Research Division*

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc.,
Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Green Dot First Quarter 2019 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Dara Dierks of Investor Relations. Please go ahead.

**Dara Dierks**
*Investor Relations*

Thank you and good afternoon, everyone. On today's call, we'll discuss Green Dot's first quarter 2019 performance and thoughts about the remainder of the year. Following those remarks, we'll open the call for questions.

For those of you who haven't yet accessed our earnings release that accompanies this call and webcast, it can be found at ir.greendot.com.

As a reminder, our comments include forward-looking statements, among other things, our expectations regarding future results and performance. Please refer to the cautionary language in the earnings release and in Green Dot's filings with the Securities and Exchange Commission, including our most recent Form 10-K and 10-Q for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements.

During the call, we'll make reference to our financial measures that do not conform to generally accepted accounting principles. For the sake of clarity, unless otherwise noted, all numbers we talk about today will be in the non-GAAP basis. Information may be calculated differently than similar non-GAAP data presented by other companies. Quantitative reconciliations of our non-GAAP financial information to the directly comparable GAAP financial information appears in today's press release.

The content of this call is a property of the Green Dot Corporation and is subject to copyright protection.

Now I'd like to turn the call over to Steve.

**Steven W. Streit**
*Founder, President, CEO & Director*

Thank you, Dara, and welcome, everyone, to the Green Dot Corporation Q1 2019 Earnings Call. We have an unusually big call for you today where we'll start with the traditional review of our historically biggest quarter of the year and a quarter where BaaS took center stage as the company's most significant growth engine. I'll also update you on all of our progress in executing against our exciting, yet challenging 2019 Six-Step Plan, including the announcement of a big move we're making to more surely fulfill our long-term destiny of hands-down leadership in the Banking-as-a-Service platform space and as a provider of the banking industry's coolest and most mass appeal bank accounts designed to delight the 25-year-old in all of us. Then we'll finish up with Mark's review of the quarter, including his commentary on a revised financial outlook for the remainder of the year.

So let's get into the numbers. Green Dot's products and platform model generated Q1 consolidated non-GAAP total operating revenues of $326 million, a 6% year-over-year increase. We note that this growth is 100% organic and grows over a very large Q1 comp from last year that benefited from the de novo launch of our TurboTax BaaS program, young and rapidly growing Apple Pay Cash and Uber Rewards card programs and 2 months of the UniRush acquisition that had not yet fully lapped the year.

Adjusted EBITDA for the quarter exceeded our expectations, delivering $119 million on a consolidated basis, representing a year-over-year growth rate of 9%. The leverage in our operating model was again visible as margins expanded by nearly 100 basis points on a year-over-year basis.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 2:19-cv-01017-DLR Document 86-257 Filed 06/02/25 Page 6 of 15 Page ID #:4965
Case 2:19-cv-01017-DLR Document 86-257 Filed 06/02/25 Page 7 of 115 Page ID #:4932

Consolidated non-GAAP EPS for the quarter was $1.51, representing a year-over-year growth rate of 8% despite having higher D&A and a slightly higher share count this year.

In our Account Services segment, non-GAAP total operating revenues in the segment increased by 5% to $228 million with 90-day active accounts totaling $6.05 million in the quarter, which represents an increase of around 1% year-over-year.

As in most subscription model businesses, we have different components of customers that make up the total active base with some components delivering more profitability and value than others.

Looking at our various components of active accounts. New product lines are now the largest drivers of active account growth in the entire Account Services segment. In fact, in Q1, new product lines, primarily consisting of BaaS programs, contributed over 420,000 new active accounts all from product lines that largely didn't even exist just 2 years ago. At the same time, we're experiencing some erosion in the number of legacy product line nondirect deposit active accounts primarily from our legacy brick-and-mortar retail channel and, to a lesser degree, from our RushCard and AccountNow digital direct brands.

Since 2016 when we first introduced our now popular cash back rewards cards, our risk controls, product design elements and marketing strategies have collectively been designed to attract high-value long-term customers, sometimes at the expense of low value or what we call one-and-done customers.

To help you size the revenue difference between the different active account types, a typical direct deposit account across all product lines generates around 3x the amount of revenue as an average nondirect deposit active account. While these legacy nondirect deposit customers and especially the nonreloading one-and-done customers that are within that segment are not our best customers by a long shot, those accounts still generate revenue for us at a better-than-average contribution margin. So while the decline in this low-value active component isn't in and of itself a long-term strategic problem, it is a short-term headwind to overall segment revenue since revenue is revenue and declining actives in any segment means less revenue.

Our belief is that our new Gen Z targeted products as referenced in step one of our Six-Step Plan and that are on track to launch in the second half of this year, along with the new and dramatically more compelling value proposition of these new products, will help increase the number of active accounts acquired from our legacy retail and digital direct acquisition channels in an amount sufficient to overcome these active card declines. But if left uncorrected, we would worry that a continued long-term decline in these legacy nondirect deposit active accounts could pose a headwind to our overall Account Services segment financial plan, although as you can tell from our Q1 results, this factor didn't appear to impact results in a material way up to that point.

We do, however, expect the lower number of legacy nondirect deposit actives to have an impact in Q2. So something for us to watch for sure as we seek to improve this trend when we launch our new and more compelling products in the second half.

Let's now move on to our Processing and Settlement Services segment where we had another solid quarter of growth. Non-GAAP total operating revenues in this segment grew by 9% in the quarter to $107 million driven by increasing transaction counts and cash transfers, much higher numbers of SimplyPaid corporate disbursement transactions and the increasing number of tax refunds processed to Green Dot TPG, which grew by 7% year-over-year, a very healthy result for our tax business.

In fact, based on the public disclosures we have seen for TPG's competitors in the tax space, it would appear that Green Dot TPG is both the largest and fastest-growing tax refund service provider in the industry. I'm very proud of Brian Schmidt, Brad Cowie, David Kring and our entire sales and operating team at TPG who continue to turn in great results.

I'd also want to thank our awesome Green Dot TPG partners in the tax-preparation industry who continue to find new and innovative ways to serve our government, the ERO tax-preparation community and our mutual customers who are lucky enough to be receiving a refund to help ensure the smooth and safe movement of funds from the United States Treasury to the millions of Americans each tax season who depend on Green Dot TPG and its tax industry partners.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GREEN DOT CORPORATION FQ1 2019 EARNINGS CALL | MAY 08, 2019

Now I'd like to share some recent business updates and then update you on our progress in achieving our 2019 Six-Step Plan. First in the Money Processing division, it was another big quarter of biz dev with cash transfer deals with ECARD, a prepaid program serving Asian communities in the USA; University Fancards, a company that offers prepaid cards for college sports fans, and new cash processing programs at banks and prepaid card program managers, including Newt, SynapseFI and PayActiv, a platform for on-demand wage access, just to name a few. All of them now using Green Dot cash processing to enable their customers to add cash to their accounts at our network of over 100,000 retail partners.

We're also pleased to announce a multiyear partnership with Rapid Financial Technologies, a London-based international FinTech payments provider that will be using Green Dot's network to facilitate cash payments for goods and services in the U.S.

Now I'd like to brag a little about our amazing PayCard and corporate disbursement division called Green Dot RapidPay and its incredible enrollment and sales teams. In the first quarter, RapidPay signed another 235 corporate PayCard partners where those companies' workers can soon receive their wages on the Green Dot RapidPay debit card. Among the many RapidPay new corporate partners, 2 of note, would be CVS Pharmacy and CVS' large worker base across so many thousands of stores and warehouses and New York's Madison Square Garden. Next time you're at the Garden taking in a concert or a sporting event, and you notice the guy at the snack bar smiling, it could be that at least one of the reasons is he's getting paid fast with Green Dot RapidPay.

In our retail channel, Green Dot gets to earn more dollars for our Green Dot family with Family Dollar where this top 10 Green Dot retailer awarded us with extra shelf space at the register of their 8,200 U.S. stores.

Lastly, we know that many of you have asked our thoughts on Walmart and the 2020 renewal of the Walmart MoneyCard contract. While I can't make any announcements on a renewal today, I can tell you that we believe we have a strong and vibrant partnership with Walmart and are actively working on several programs together. While we're not yet ready to share specifics, we're excited about where we're headed with the Walmart team, and of course, where we're able to announce any developments, our team responsible for filing 8-Ks will be among the first to know.

And now I'd like to share with you a slew of new partnerships and expansions of existing partnerships in our Banking-as-a-Service business line, better known as Green Dot BaaS. The sales pipeline has picked up quite a bit for Green Dot BaaS with a wide variety of new types of programs and companies looking to create a bespoke and compelling financial experience for that special stakeholder in their lives who they want to hold more dear. From long established service providers catering to the masses, to the newest and most high-tech innovators serving the classes, to a lender who owns the pet care space, paws down, the platform that helps serve the poor, delight the rich and heal man's best friend, is Green Dot's BaaS.

And now some details. First, we're pleased to announce a new partnership with EZCORP, a NASDAQ traded operator of pawn lenders and neighborhood financial centers as they launch a key new corporate initiative with a mission of bringing financial inclusion to those who need it the most. Their new app-based FinTech initiative is intended to deliver a great bank account experience, especially designed to serve the under banked and unbanked customer segment. And at the heart of their initiative sits Green Dot's BaaS APIs.

Next, we're pleased to announce a multiyear partnership with Security Finance. Security Finance has been offering traditional installment lending products for over 60 years through their now over 900 branches throughout the U.S. Security Finance has their sights set on creating a feature-rich and compelling branded debit card product intended to drive loyalty and an ongoing connection to their large base of customers whose connection to Security Finance will be connected to Green Dot's BaaS APIs.

Next, Pangea, a growing app-based remittance and money transfer technology platform, is making our BaaS Platform part of their remittance platform with the goal of using our BaaS APIs to create a bank account that's intended to enable a seamless mobile money transmission and mobile banking experience for their growing customer base.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Next, Green Dot welcomes Scratchpay to the BaaS platform. Scratchpay, which entered into an LOI with Green Dot, is a mobile first point of sale lender focused on serving America's veterinarians, their furry patients and their loving pet moms and dads. Each year, millions of pet owners will find themselves in need of an emergency trip to the vet, but without the thousands needed to pay the bill. That's when Scratchpay steps in to lend money to pay the vet so the vet can save the pet. Scratchpay has a goal to create a special kind of bank account and debit card to help Americans better deal with the often high and unpredictable cost of pet ownership. And to help accomplish this goal, Scratchpay will use our BaaS APIs to teach their app some new tricks.

And last but truly not least, Green Dot welcomes Wealthfront to our Banking-as-a-Service platform to the FinTech stars. Wealthfront is the highly innovative and highly successful FinTech innovator best known for revolutionizing investing. Earlier this year, Wealthfront launched a new cash account to a resounding success, garnering over $1 billion in deposits in just a couple of months and now manages over $14 billion for its large and growing customer base. Wealthfront now wants to do to banking what it did to investing and has chosen Green Dot's BaaS Platform as the best way to get the job done, delivering a next-gen banking solution that provides our customers with greater access to their cash accounts, through a Visa debit card that goes everywhere they want to be while allowing Wealthfront banking customers the ability to automatically pay bills and direct deposit their paychecks right to their Wealthfront account, all while receiving a market-leading interest rate on their balance.

Green Dot is pleased to marry our high-performance BaaS APIs to Wealthfront's high-performance APRs to create something bespoked and special for their special and bespoked customer base. We're very proud to be chosen as the platform behind such a cool platform as Wealthfront.

Next, we're pleased to announce some significant developments and expansions with some of our current BaaS partnerships. First, I'm pleased to announce the national rollout of the new and improved Green Dot BaaS powered Uber Visa debit card now with even more exciting and valuable cash back rewards for Uber's driver partners on top of all the extreme value the Uber Visa debit card already offers its large base of cardholders. Plus, to maximize incremental adoption, Uber will now be featuring account enrollment on much more prominent parts of the Uber driver app so that more drivers than ever can see the new offer, sign-up and make their driving more rewarding.

The Uber Visa debit card program is a great example of the way Green Dot's BaaS platform can helps its partners accelerate loyalty and create value for their most important stakeholders.

And as you may have seen on our CNBC Jim Cramer segment, BaaS partner, Stash, recently launched their innovative new stock back rewards program. Stock back is like a cashback program, except Stash uses our BaaS APIs to facilitate rewards of stock in companies where their customers shop with their Green Dot issued bank Stash debit card. This allows users to turn spending into investing in a seamless way that furthers Stash's mission of providing financial opportunity to all. The launch has been extremely well received by all stakeholders, and we believe this innovation and the many more cool ideas sure to come will continue to make Stash one of our fastest-growing new BaaS programs.

I also want to take this opportunity to congratulate Stash CEO, Brandon Krieg and Chief Revenue Officer, Giff Carter, for winning the FinTech Innovator of the Year Award for their Stash bank account and debit card, both powered by Green Dot's now award winning BaaS platform. We're proud of Stash and the way they've put our bank and APIs to great use, and we were honored to be with them for the awards dinner in San Francisco a few weeks back.

In summary, the headline on BaaS is that I'm very pleased with how we're performing both with new partnerships banking on Green Dot and existing partnerships looking to improve their existing offerings and expand into new products.

In fact, nearly every current BaaS partner like Intuit, Apple, Uber, PayPal and Stash, all are now using the power of our platform to expand their offerings into new products and services or using our BaaS platform's robust collection of APIs to materially increase the appeal and adoption of their current BaaS-powered offerings.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**814**

Meanwhile, the pace of new BaaS deal closings have started to quicken as you can tell with the future pipeline of BaaS platform opportunities starting to fill much more rapidly than what I commented on the pipeline in last quarter's call. There are now many deals of various sizes and styles on the horizon with the opportunity to win several potential partnerships that we think could be quite material, including one potentially very large enterprise-sized partnership where we are currently in the contract stage. Of course, nothing closes until it closes, but as you can tell from today's collection of announcements on both current partner expansions and new companies becoming BaaS partners, I'm feeling very good about our future prospects for growth for our Banking-as-a-Service business line.

On this topic, I want to congratulate Seth Ross. Seth is our Head of Business Development for the BaaS platform, and he has been one busy sales exec. So my sincere appreciation to Seth and his great team. More on BaaS coming up soon.

Now I'm pleased to bring you up-to-date on how we're executing against our 2019 Six-Step Plan. For those of you who are new to our company, each year, we publish a Six-Step Plan that details the strategies and tactics we intend to execute upon. The goal is to help investors better understand management's agenda for the year and also to make it easier to track our progress during each quarterly earnings call.

Step one is about launching 2 new innovative and exciting products that target Gen Z. Our new product sees a development concept we call Gen Z MODE, which stands for mobile-only digital everything, and we think it's a demographic and product design philosophy in which Green Dot has a strong natural advantage. As such, creating increasingly innovative products that can help expand our TAM and increase Green Dot's market share within that larger TAM is step one.

I'm pleased to announce that we're making excellent progress with this step with a lot of activity in the company centering around this initiative. While I don't want over share due to competitive concerns, I will tell you that we're now planning for 3 new products inclusive of a new Gen Z focused app product that we think will truly reinvent what pops into your head when you think of a bank account and the new product version for large partner that we think will have materially greater appeal to its target customer base than the current version.

The research on our new branded products is extremely strong, and we believe that all of these products, and especially our Gen Z app, has the opportunity to generate significant adoption, usage, and therefore, revenue over time.

In fact, as Mark will discuss in his section of the call, between the stronger-than-expected activity and the BaaS business line that we just discussed, and the potential strength of our new products in development, we've decided to invest materially more in our business in the second half of the year to ensure we could take advantage of the strength and all of these large growth opportunities in both the platform and product areas of our business. We think we have lightning in a bottle on both these new product initiatives and on the growing BaaS platform opportunities we discussed a few minutes ago. We have patiently and prudently socked away cash on the balance sheet for just such an occasion, and we believe now is the time to invest in our destiny while still being disciplined on our ROI hurdles. Mark and I will share more about that shortly.

Step two is about our long-held strategy of increasing the average purchase volume and retention from our base of active account holders and attracting new customers who we believe intend to use our account products as a long-term primary account. Higher purchase volume and attracting the more committed customer base should in turn lead to higher revenue and a better profit margin on those accounts. Step two is to continue that trend.

As our Q1 active KPIs indicate, we are very much on track with this step two. For example, in Q1, Green Dot increased total purchase volume by 10% to $8.2 billion. Furthermore, we have plans to be launched at various points in Q2 and Q3 to convert all high-value customers to EMV cards, roll out Apple Pay and Google Pay for all qualifying customer segments and introduce new and easier ways for our customers to make sure their Green Dot issued product is their default card on file in their favorite apps and websites.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We feel like we have a lot of upside in making our cards top of wallet for an increasing number of our active account holders, and we are, in many areas, just getting started. So, so far so good on step two.

Step three is about finishing development on and then deploying BaaS 3.0 so we can onboard the new BaaS partners we've announced today and others we expect to close.

While step four is about creating the technology and operational underpinnings for Green Dot's bOS for developers, the revolutionary and bold, new business model where developers and other nonenterprise participants can safely access our BaaS platform with the right controls and developer support so that they can integrate our BaaS APIs into their own special projects, enabling potentially material and highly diversified growth for our platform business line.

For these steps three and four, development is on track with the original project time line set forth on our technology road map. Having said that, our current book of BaaS business is innovating, iterating and growing much faster than we had anticipated, and therefore, requiring more product and technology resources than we had originally expected when we first guided the year just a few months ago. Plus, the future pipeline of new BaaS opportunities, some of which that have the potential to be quite large, and others that are potentially material, but that are still in the discussion stages, could begin to challenge our resourcing plans. This leaves us with 3 options: a, we could choose to delay new BaaS launches beyond our original capacity plan and hope that partners in waiting will stick with us and be patient; b, we could choose to prioritize only the largest 1 or 2 opportunities and pass on all the rest; or c, we can choose to invest more money sooner than we had planned in order to advance completion of the platform, assign more account management and development support resources as needed and then accept only the best programs that we feel will drive sufficient revenue and margin to make it worth our time.

Of course, c is the right answer. We think that stepping up investment in the platform now is the right decision. Not only does this option create the opportunity for us to drive material incremental growth into 2020 and beyond, but we also think it's a solid strategic and defensive decision. When leaders run out of bandwidth, an opportunity is created for the #2 or #3 player to get their foot in the door. Why does Avis exist? Because the lines at Hertz were too long. We don't want to create any openings for some Green Dot wannabe to service our accounts better than we can.

For partners or projects too small to qualify for a dedicated account manager and the support team on the BaaS 3.0 platform, that's where the self-serve bOS for developers business model comes into play when we release BaaS 4.0 next year.

As we think about our first 4 steps, it's clear that Green Dot is both a regulated bank and a products and platform technology leader that innovates and grows through big ideas that actually launch into production. As such, step five is continuing to improve and scale our operating infrastructure to ensure expanded capabilities, better performance, increasing customer satisfaction and increasingly strong controls to ensure safe and compliant operations.

We're making excellent progress here with tremendous strides in fraud management, more efficient supply chain and new partnership with Twilio to help reinvent our call centers, a new partnership with Quavo and Pega to automate disputes and chargebacks, a new enterprise project management office with fresh ideas to deploy big things faster and more efficiently and a new technology road map strategy that helps us allocate resources where they are needed most.

Improving operations is never a point in time. Rather, it's all the time. And step five holds an evergreen spot on our annual Six-Step Plan.

Lastly, step six is about the smart and accretive allocation of capital to enhance shareholder value over time. We're doing a lot in this area, not the least of which is that we plan to invest an incremental $60 million in the second half of this year to ensure we can take advantage of what we believe to be tremendous and highly appealing growth opportunities on both the product and platform sides of our business, specifically the aggressive marketing of our new products, which we believe have the opportunity to be industry changing, not just Green Dot changing, and accelerating resource allocation and the associated development time lines for BaaS 3.0 and 4.0 for the reasons we just discussed. We

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

believe the return on this $60 million incremental investment is potentially significant, and Mark will walk you through the ROI framework we used to help us size the return on that investment.

Additionally, we're supportive of executing a $100 million accelerated share repurchase plan as soon as practical. While we already have a buyback authorization from our Board, such a share repurchase plan would be subject to regulatory approval. It's difficult to forecast the timing of such a regulatory review and the ultimate outcome. Our regulators have a tough and important job, and we are always respectful of them as people and respectful of the rigorous review and approval process that they're required to undertake.

Mark and I believe that executing such a buyback transaction at this point in time is strategically advantageous and potentially highly accretive, especially if we're successful in achieving the growth ramp into 2020 that predicates our $60 million investment thesis.

As you can tell from my comments on the robust pace of new business development across the enterprise, Mark and I believe that right now, the absolute best and most accretive use of Green Dot's expanding capital war chest is Green Dot. In particular, investing in Green Dot product and TAM expansion, investing in Green Dot BaaS platform expansion and BaaS partner onboarding acceleration as well as buybacks of our own Green Dot equity subject to regulatory approval.

Risk management is an essential and well respected part of our culture at Green Dot, both as a leading FinTech platform that backed some of the largest companies in the world and as a regulated bank holding company that serves many millions of customers and processes many billions of dollars every year. As such, I want to be very clear that there is always an elevated risk profile inherent in the launching of new and unproven consumer products like those I mentioned that in step one or in the uncertain success we might achieve in the deployment of any given new BaaS partner program such as those I referenced in step three or the lack of clarity surrounding the development and deployment of new BaaS platform technologies and the associated business models therein, such as bOS, for developers in step four.

But even on a risk adjusted basis, given what we know about our business and the opportunity therein, Green Dot is bullish on Green Dot, and we intend to invest accordingly.

Green Dot invented Banking-as-a-Service, and we believe we are the largest and most successful player in this space. We believe the reason is that we're the only BaaS provider with an integrated and well-respected bank, a big balance sheet, an integrated comprehensive program management capability and a high scale and highly proven technology platform that offers an expanding and robust API library that increasingly powers the innovation, that powers the most powerful powers to be in all the FinTech.

Green Dot is quite literally the total package. Green Dot's BaaS Platform has an increasing number of platform imitators and bank charter wannabes, but we believe the simple truth of the matter is that Green Dot has no equals. Given the cash from operations that Green Dot generates every year, even with this year's incremental investment, we believe we are in a very favorable position to invest prudently and accretively to fulfill our long-term destiny of hands-down leadership and segment-leading growth in both the platform and product parts of our business with a goal to build long-term enterprise value for our shareholders at every step of the journey.

With that, I'll hand the call over to Green Dot's Chief Financial Officer, Mark Shifke, for his commentary. Mark?

**Mark L. Shifke**
*Chief Financial Officer*

Thanks, Steve.

We're pleased with our results this quarter. And as Steve articulated in his section of the call, we are even more pleased with what we believe to be the tremendous opportunities in the second half of this year to secure material incremental growth rates in both our product and platform business lines as we exit 2019 and enter 2020.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

817

Green Dot's annual cash flow from operations is roughly equal to its annual adjusted EBITDA result. And absent any incremental adjustments discussed on today's call, we would have expected to have well over $300 million in unencumbered cash on our balance sheet at year-end. Plus, we generally hold little to no debt and are debt-free currently. We see our liquidity management philosophy as more than just a prudent way to run our business. We also see it as a competitive weapon because when we're fortunate enough to be presented with an opportunity to accretively invest, we can access our large cash reserves and take advantage of those opportunities quickly.

As Steve covered in his prepared remarks, we believe we have 2 such opportunities before us right now. One being the opportunity to take advantage of the potential strength and broad appeal of our new products referenced in step one of our Six-Step Plan to materially expand our TAM and then issue a large number of high-value accounts into that expanded TAM in the second half of 2019 so that they start generating significant revenue in 2020. The other opportunity is to advance development of our BaaS Platform initiatives referenced in steps three and four of our Six-Step Plan in order to take advantage of the growing demand and growing success of our BaaS Platform business line, inclusive of expanding opportunities with existing partners and new programs from new partners inclusive of the deals you know about and the potential new deals in varying stages of our pipeline and sales cycle that we expect to announce in the second half. As such, we are excited to take advantage of our strong cash position and invest a total of $60 million in incremental marketing, technology and operational initiatives designed to set ourselves up for strong incremental growth rates into 2020 and beyond while strategically establishing Green Dot as a clear and undisputed leader in the product lines and platform business models we invented.

So now let's talk about how to think about the ROI case for the $60 million of investments. Whether money is being spent on marketing the new products or enabling the development of a BaaS technology initiative or rolling out a new BaaS program, we use a simple ROI framework to help us understand the financial return on our investment. The framework assumes some amount of spending divided by an assumed CPA or cost per active account. This yields an incremental number of active accounts issued as a direct result of this incremental investment. In turn, those incremental active accounts can be expected to generate an historically well understood average of lifetime revenue per active account, which we will assume is a blend of both direct deposit and nondirect deposit accounts.

Under this ROI framework, we estimate that the incremental $60 million of investment could deliver over 1 million incremental active accounts at the exit of 2019, heading into 2020, more than half of which we expect could be enrolled in payroll direct deposit. Additionally, we would expect more incremental new active cards to enroll in 2020 as a result of the 2019 product marketing and BaaS platform incremental investment.

Assuming 1 million incremental active accounts at year-end, we would expect those active to deliver lifetime revenue of approximately $200 million to $300 million at an approximate average contribution margin of 50%. Of course, we are not in any way intending to guide our full year 2020 results. Actual full year results will, of course, depend on a number of other factors across a consolidated business. In any event, given our expectations from this incremental $60 million of investment, plus the significant strategic benefits we expect to achieve, you can see why we believe this is a compelling opportunity.

Now let's to turn to our Q1 results, full year forecast and soft guide for Q2. As a reminder, starting this quarter, we are using a new presentation for GAAP and introducing a non-GAAP revenue measure. As discussed on previous calls and as disclosed in our 2018 quarterly earnings releases, we believe these changes better reflect the economics of Green Dot's business.

First, GAAP revenue will now include net interest income generated at Green Dot Bank from the investment of customer deposits. Our new non-GAAP revenue will reduce GAAP revenue by commissions and certain processing related costs associated with certain BaaS partner programs where the partner, and not Green Dot, controls customer acquisition.

Q1 non-GAAP operating revenue was $326 million, including $11 million of interest income this quarter, offset by $15 million of processing costs and commissions. Q1 adjusted EBITDA of $119 million represents

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

818

year-over-year consolidated growth of 9% with the adjusted EBITDA margin in the quarter coming in at 36.5%. Non-GAAP EPS came in at $1.51 per share for the quarter, up 8% year-over-year.

Turning now to the remainder of the year. Given the totality of our commentary today, we are holding our top line guidance unchanged for now. Consequently, our top line guidance remains at $1.114 billion to $1.134 billion, while our 2019 adjusted EBITDA full year outlook moves from a range of $315 million to $321 million to a range of $255 million to $261 million with the resultant non-GAAP EPS now expected to move to a range of $2.82 to $2.91 per share from the current range of $3.59 to $3.67 per share for the full year. We expect Q2 to deliver non-GAAP operating revenue of $261 million, up about 3% year-over-year. Our original expectation for Q2 when we first guided the year was for revenue to be a few points higher than our current expectation. The reason we pulled down our soft guide to just 3% is that we believe the lower number of legacy nondirect deposit actives that Steve spoke about, plus lower tax refund processing revenue than initially expected will together cause a few points of lower revenue in the quarter than initially projected.

And with that, I would like to ask the operator to open the phone for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GREEN DOT CORPORATION FQ1 2019 EARNINGS CALL | MAY 08, 2019

# Question and Answer

**Operator**

[Operator Instructions] Our first question today will come from Steven Kwok of KBW.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

First question I had, it was just around the $60 million of investments. Why now? And then also, you mentioned about the payback. How -- over what time period will that payback be? And then lastly, also, I know you guys kept the revenue guidance unchanged, but is there any assumed revenues from this $60 million investment?

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. So let me divide those up. So why now, I think, is the first question. And this is going to sound cliché but, if not now, when? And if not us, who? If you look at the products that we've invented on BaaS for other companies and how other technology companies have used our increasingly powerful APIs, there's some cool stuff out there and it's raised the bar, we think, for the entire banking industry and, of course, for Green Dot because you can't unring the bell, you can't unlearn what you've learned. So we have our own product designers who do not work with our BaaS clientele. They're separate people. But we all consume the APIs on our BaaS platform. So the question is, hey, if the company can do that, why can't we do this and why can't you do that and how come we can't do that? So you have this renaissance of excitement about what can be done with our technology, and then the technology is constantly improving because our clients force us to.

So there's an opportunity, we think, to build these new products, especially the Gen Z products that we spoke about in this call, but especially on last call during the guidance call because we think there's an unserved audience there, people who simply don't relate to bank accounts. And if the actual end result of this, I'll call it a banking app for the purposes of this call, comes out as good as the wire frames and the creative iterations we're doing, it's going to be very powerful. And there's never a bad time to roll out a great new product concept to set up Green Dot for another decade of success. And so it's time to do that.

So that's why now -- because why not now? The reason why we're spending the money now is because -- and this is going to sound a little bit dark maybe, but you have to have a launching pad -- in marketing, you have to have a launching pad or the sacrificial child, I guess -- or lamb is a better one. Because when you're going to invest a lot of marketing dollars, you have to accrue it under accounting rules in the moment you spend it. So whether you end up blowing up the EBITDA for this period or that period or the next period, some period, you're going to blow up to do that with. And our thought was that if you're going to do that, second half of '19 is the right place for it because what that means is that you're taking all the pain or much of the pain in the second half of '19, but you have pure gravy and the seasoning revenue and margin of those portfolios in 2020 and beyond. If we didn't do it now, we dribbled and drabbed, you'd never get the power of a big launch. Or if you said no, no, let's leave 2019 alone, we'll sacrifice the first half of 2020, but then you've blown up 2020. So there's never a good time to feel the pain, if you will.

But given the pace of our development, the size of the opportunity and the fact that we don't want to wait to launch something that we think can be company changing, the second half of 2019 seems as good as any. But to be clear, no matter when you do that, because of the nature of how marketing is accrued for on the income statement, you're always going to injure some period of time, and so 2019 second half is that period.

But to your point, it could have been some other time, or what we could have done is drib and drab it and boot strap it. And that's how we've done it for 20 years. The last time we did a big TV campaign was back in around 2005, which is what made Green Dot a national brand name. And that TV commercial, even

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**820**

though it hasn't been on the air in, oh, my god, 13 years, 14 years, is still the commercial that carries the Green Dot brand name. That and Steve Harvey thing we did several years ago and the Family Feud stuff that you may see us on in reruns that stuff will play forever, I think. It's part of what gives the brand its appeal and its allure. And we think now there's a whole new set of customers, especially if you're in your 20s and 30s, that has not heard of Green Dot. It's hard to believe that we're 20 years old, but the customers that I remember meeting, when I was a younger entrepreneur starting out, are themselves now having kids who are the age of the people they were when we first started the company. So it's a really good opportunity to hit it hard and to reestablish a whole new set of customers, grow that TAM. But to do that, you have to have really cool products, and I think we have really cool products. So that's the reason why now.

And then the second part is -- to quote John Kennedy, I suppose, if not us, who? We have the right technology. We certainly know more about consumer products and banking than, I think, any bank does. We've done nothing but that for 20 years and we've had such a tremendous success record with it. Plus, we work with everyone else who does that too. So we see more than anybody else. We develop more than anybody else. We certainly have more scale and heft than anybody else through all of our many divisions, whether it's tax or payroll cards or general purpose retail debit cards or driver cards. You name it, we do it. So we think we're the right company to do it, and we want to get moving.

There's another broader -- you didn't ask this question, but I'll set it up. There's another broader macro that we're working with. And we think that increasingly, luckily, more and more, investors when we meet them at various investor conferences and so forth, we'll be in Boston for -- is it JPMorgan? next week -- is that more and more investors ask us questions and think of us as a growth company. But for a lot of our 20-year career, and since we've been public starting in 2010, people have looked at us as kind of a value company or a SMID value company, kind of half-and-half.

When you look at the valuations of companies that are a lot smaller than we are who lose money, they have bigger multiples than we do, and yet we throw off $200 million and $300 million a year in free cash, and then on top of that, grow double digits, except in the few years [ over 20 ] that we haven't. And so when you think about that, there's an opportunity there. And so we had to make a choice. And as we all gathered around the proverbial kitchen table here at the company, it's called the white room, which is in my office, and we sat around the white room and we said, look guys, if we're going to be a growth company, let's be a growth company. We're still going to throw off more cash and have more profit than almost every FinTech competitor that competes with us combined. So it isn't like we're hurting the balance sheet or doing something that is potentially irreversible to the company. That's why we have the war chest. If you have the money but never spend it on growth, what else would you spend it on? So we just think that it sort of turns the page on us being a growth company, on not being afraid to invest in growth, having the right products to do it. We'll see how they go. Of course, there's always some risk. And using all the skills we have with both technology and marketing to take this company's growth rate and step change it. So I don't know if that answers the question maybe more than what you asked, but I wanted to share those thoughts with you. The other question you had -- help me out, Steve, it was -- sorry what was it?

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

How long is the payback period?

**Steven W. Streit**
*Founder, President, CEO & Director*

Oh, lifetime revenue.

**Mark L. Shifke**
*Chief Financial Officer*

[indiscernible] time frame for getting our [indiscernible].

**Steven W. Streit**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Founder, President, CEO & Director*

So, lifetime revenue for our typical accounts, depending on what they are -- the direct deposit go for 2 to 3 years, call it 2.5 years, some less depending on the brand. And the lifetime revenue for nondirect deposit happens within the year, call it 8, 9 months. So it just depends. But the cherry of the revenue, if you will, is that month 06 to 18 because you're using it more and more and more. The acquisition costs are long in the rearview mirror, and so you're throwing off very high margin increasing revenue, as cardholders use their products more and more. So what that means is that if this goes as planned is that yes, we are penalizing 2019. There's no way around that. But we're advantaging 2020, 2021 and part of 2022 in a way that we just couldn't otherwise do. Okay? And what was the third question?

### Wai Ming Kwok
*Keefe, Bruyette, & Woods, Inc., Research Division*

Yes. The last one was just around your revenue guidance is unchanged. But from these initiatives that you're running, are there any incremental benefits that are helping offset anything?

### Steven W. Streit
*Founder, President, CEO & Director*

Yes. The answer is we think so, but it wasn't worth the effort in changing guidance and top line. Here's why. Some of these new accounts will sell at, say, in June or something like that, and they'll have 6 months' of revenue.

Others will sell in December, and they'll have 3 weeks of revenue. And then you have to figure a half life of 90 days, call it the half-life of a June sale and a December sale will be a 90-day half-life. But then it's low margin revenue because you're just getting the cards issued, and it just seemed like we're better off and more prudent just to let it be. If it turns out that it's a tailwind, well, that's great. And then of course, you have a headwind that we're not certainly sure about how that plays out. In Q1 it didn't play out at all, but it might in Q2. We're thinking it might. We'll see. And that is that this lower number of legacy actives -- and there's about a couple hundred thousand lower of them, which is small relative to the size of the company. But revenue is revenue, and a lot of these guys are very small revenue customers, $15, $18, they're one-and-done customers who come in, pay a bill, take the rest of the money off at an ATM, and that's the end of them. So it's not a lot of revenue. But even if it's $3 million or 4 million, it's money, right? So we figured with the negatives of the lower actives there until we reverse course in second half, offset by the positives of these accounts rolling out, we figured it was about breakeven, and it wasn't worth the effort of changing top line guidance. But we'll see how it goes.

### Operator

The next question will come from Andrew Schmidt of Citi.

### Andrew Garth Schmidt
*Citigroup Inc, Research Division*

First question, just drilling down the incremental $60 million in investment. Similar to the last question, 3 months -- I guess, what has transpired in 3 months that sort of forced the decision to invest the incremental EBITDA? Just because -- is it something from a demand perspective? You've seen stepped up the last 3 months? It just seems like the pipeline, you could have seen it coming, I think, at least in February, but you did have comments the pipeline growth was a little bit slower. Just in general, curious why a decision now versus, say, the end of last year.

### Steven W. Streit
*Founder, President, CEO & Director*

So a different answer is depending on the business line. In the case of BaaS, it literally is the demand over the last 60 days has exploded, both with -- I mean, look, there are several deals we couldn't announce today just because we didn't get the contracts done in time. There's one we announced as an LOI only because I know the guy really well. And I know he -- in fact it's -- you know who that is, Scratchpay is run by John Keatley, who, for 10 years, was our CFO. I don't know if you remember John, but he has this

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

wonderful start-up that's a few years old and he's kicking butt with it. But we announced, I don't know, 5 or 6 deals, including some very large ones like Wealthfront. And then on top of that, every one of our current BaaS partners is expanding in ways that we had not at all forecast. And when those expansions happen, they tend to happen fast. It goes something like this. Hey, Green Dot account rep or depending on who they are, they may text me directly and say, hey, Steve can you call me? I've got a problem. You call the client back, these are all big clients. How can we help? We have this initiative, we have that initiative. And we very quickly need to do this, that, that and this and we've got a jump account sales by 20%. And my boss needs us to do this segment and then we're doing this new segment, and I hate to ask but we need it in 30 days. That's turned into a fairly common conversation with all of our large partners, and we're never going to say no to a partner. I would rather die than say no to a partner, assuming we can do it. If we can't do it, we tell them. So that means everybody puts in overtime. Everybody comes in to get the job done, and we deliver. I don't believe we've ever missed, and it's one of the reasons why our partners have a close relationship with us and why we're a great company to be partnered with.

But you have that taking up all the bandwidth that we had allocated for the new programs. Then on top of that, suddenly now new programs are closing, the ones that they've been working on for a while, or they've gone away, but then you close a new deal in just 2 or 3 weeks because they needed it quickly, and they want a program that they can believe in and Green Dot's BaaS platform has a fabulous reputation. So the demand on BaaS is clear. And while I probably bored some of you with all the detail, I wanted to give you that detail because it gives you a sense of just some of what's happened the past 60 days.

When I was on the call in whatever it was February or I think it was early February, I lamented that it cost us a good $10 a share, I think, in that lamentation. But I lamented that the pipeline was just not up to my satisfaction that we're moving too slow, that we could maybe do a better job of our sales presentation materials, this kind of thing. If you remember the commentary. And I'm transparent, and it is what it is, and that's what I felt at the time. We did change some of those sales materials, but at the same time, our sales team heard that and said we'll show Steve. They came through.

But I think you're seeing a maturation of the platform concept and -- but yes, that's all developed really in the last 60 days, and it's the combination of existing partners growing rapidly, taking up the resources that we had allocated for new programs and then more new program signing than we had anticipated.

And as I wrote in my prepared remarks, when you sit down with your technology team and your developing team, the people who work with the developers on the -- with a partner, and they say, look, guys, we can't work 24 hours a day so we have a couple of choices: Either one, we're just going to say no, or say, sure, we'll deploy you in 1.5 years, and you can imagine how that conversation goes, or we've got to hire more people and advance the completion of BaaS to 3.0 and the later 4.0 with bOS, which we think is going to be really good, and we've opted to advance that development. It's the decision that anybody rational would make if you were in our position, I think. So that's the BaaS side of the house. Let me stop there and see if that makes sense, and then I'll go into the marketing strategy.

### Andrew Garth Schmidt
*Citigroup Inc, Research Division*

That's really helpful and then I think where you're going I was going to ask what's the breakdown of maybe BaaS partner-up ramps versus marketing, but it seems like that's where you're going to go now.

### Steven W. Streit
*Founder, President, CEO & Director*

Right. Yes. The answer is it's mostly marketing, and the reason is, is because a lot of the expenses on BaaS will be capitalized anyhow. So even if we spent in cash $20 million or $25 million, it wouldn't hit the income statement that way. So the biggest part of the expensed income statement impact would be the marketing just by the nature of how the accounting works, so -- if for no other reason.

On the marketing side, you have a strategy to make, and that is do you want to drib and drab yourself to success, which you can't do. It's sort of like if it takes 100 gallons of water to keep your lawn green, that doesn't mean that you can take 100 gallons, you need 1 gallon for 100 years. The lawn will simply be

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

dead all the time. So you can't really drib and drab yourself to expanding a TAM; Either you're committed to doing it or you're not.

So the first conversation is, do we have the guts to commit to ourselves and our investors, and we know some of you will not like it. Make no mistake, we're not blind to that fact. And for those of you buying us as a value stock, you won't like it. For those of you buying us as a growth stock, you're probably going to be thrilled with it. But buy us for the growth and all the profit and cash flow comes along for free, I guess. But -- that's a good slogan.

So -- but the answer is no, we're not going to drib and drab it. We're going to expand our TAM best we know how. It may or may not work. There's always a risk as I pointed out, but we're going to do that. We're going to go for it. We're going to make it big, and we think we have a really good chance to succeed because we do this every day now anyhow, just not at this scale. If we don't succeed, then it isn't a question of do we fail -- or pass or fail. It's not binary because even if we issue 100,000 new accounts instead of 1 million or 2 million instead of 1 million, it's still all incremental high-margin revenue for 2020 and beyond. So there's no losing here. It's just a question of how big we win. And the answer is if it turns out that the efficiency of the cost per acquisition is worse than what we thought, okay, it is. But the -- not to be cavalier about it, but the $30 million or $40 million, I'd say, in that analogy that was spent at a lower efficiency rate doesn't do anything long term to the company. It doesn't harm our balance sheet. It doesn't hurt our capital ratios. It doesn't do anything damaging long term to the thesis or the platform.

So part of the strategy was our commitment around the white table to say, are we a growth company? Or are we a cash flow machine? The answer is we're going to be both, but in Q2 of '19, we're going to pay the piper. We're going to go for it. We're going to see what we can do to grow this thing, establish a bigger TAM, introduce our amazing products, and these are some pretty cool products, to a new customer base and let's see if we can step grow our company with high-margin revenue over the next couple of years. So it's a strategic question of how we're doing that.

But to your earlier point, could we have said, well, let's just take EBITDA down by $10 million and we'll reguide $10 million, but then we'll drib and drab, our feeling was either don't do it at all and just filter in what we call bleed in your new products over time and you'll sell what you'll sell, or make a statement and do your best to expand your TAM, and we chose that option.

**Andrew Garth Schmidt**
*Citigroup Inc, Research Division*

Understood. That's helpful. And then just a quick question on the current year revenue outlook. With the second quarter revenue growth coming down, it puts more emphasis on growth in the back half. I guess could you just talk about comfort in hitting the full year revenue outlook? And maybe just some factors that's sort of drive the back half pickup. And then, I guess, in that, can you talk about the risk that sort of lower nondirect deposit actives pose in that outlook.

**Steven W. Streit**
*Founder, President, CEO & Director*

Right. So if we thought we couldn't hit it, or wouldn't hit it, we would've guided down revenue. So what we opted to do is leave revenue the same. We're not going to raise it, even though we think we'll, over the course of those 6 months, issue more incremental cards, we're certain of it. But we're not going to raise revenue there because it's why? It just creates incremental risk. It doesn't help anybody. Nobody's going to buy the stock because of that. So we're not going to do that, that's risky. And at the same time, it would be imprudent to lower revenue, because we don't see any reason to lower revenue, especially given that we have incremental revenue. So if you were to sort of have to weigh the risk, here is the risk that we talk about around the guidance table, and that is, do we think the headwinds of a few million dollars, or whatever it turns out to be, per quarter, on lower nondirect deposit legacy actives, do we think the risk of that headwind is more severe, or what you called the negative impact of that headwind, is more severe than the positive tailwind potential of issuing new accounts? And it's kind of a toss up. We don't know. And the goal of issuing in part these new accounts and the market that goes along with it, is to stop the slide of these accounts.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

By the way, I want to be clear that we're not going to change our marketing to attract more low-value customers. That's not the game we're trying to play. It's a relative value. What we try to give investors a lot more incremental information about our active cards in this call because many have asked and hopefully you've found that helpful and enlightening. But if you think about it roughly 3.5 to 1 difference of the value of a long-term customer, whether they're direct deposit or cash reloading, but the relative value of a long-term customer versus a short-term customer on average is 3.5 to 1 and we're being generous. If you're a one-and-done guy, 8 or 9 to 1. So the average is call it 3.5 to 1.

So the goal isn't to issue more low value customers to try to get that segment to reembrace us. We don't want that. The goal is to sell enough new high-value customers to overcome it. So that means if you're selling -- if you're losing 4 low-value customers, we want to sell 1 or 1.5 new high-value customers. So if we're down by, let's say, 3, and for easy math, if we're down by 300,000 low-value legacy direct deposit customers, which is about what it is on a year-over-year basis, if that's what we're down, that means we have to sell 100,000 incremental high-value customers or 80,000 high-value customers to make up the difference in the period, and then those high-value guys will create more revenue long term for us. So the new marketing and everything else will still be targeting high-value customers. We've been very successful with that. And frankly, we also keep ratcheting up our risk controls. We don't talk about it a lot because it's not a sexy topic, but it's something that, as a regulated bank holding company, we're obsessed with. I'm obsessed with it personally as the Chairman of our bank. I want this bank so clean it squeaks. And as a result of that, you're always looking up the fraud controls, the new CIP controls. Why? Because I can't do Apple Pay and Google Pay, but Apple Pay primarily with our customer base, and I can't do that. I can't do all the cool things you're doing with rewards cards. I can't do some of the things we have planned down the road that give our customers certain options and certain other benefits and features, I guess, is the best I could say it, if we don't do a great job of controlling the way our products are used. And so if you're an honest customer and you're willing to let us verify your cell phone number and geo locate you and you're willing to provide us with the right address information and do all the things that any honest customer has no trouble doing, if you're going to have a problem giving us that information, you're not going to like Green Dot. And we absolutely have lost some customers, especially to some of the online competitors, and we get that. But we've just been doing it too long, and we know the game too well. And we could -- if we wanted to juice the hell out of a low-value customers, there's a lot of easy ways to do it, but that's not the long game we're trying to play. We really believe we have an opportunity, especially with the younger customers in the distribution channels and the technology we have, frankly, we don't think any other bank has, we don't care what the size of the bank is. We have an opportunity to do something special, but to do it, we have to have the right kinds of customers who make the cost of acquisition worthwhile and will allow us to rollout features and other services and add-ons that increase retention. But to do that, you need to have a clean portfolio. And that's frankly hurt our sales somewhat as well, but it is what it is.

**Operator**

The next question will come from Bob Napoli of William Blair.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

Just to follow up on half of this, obviously the $60 million and what it gets. So I mean is this -- so the $60 million, as I understand it, is not related to BaaS. You have all these BaaS customers coming on. There's more BaaS expense, which will be capitalized, and the $60 million is related to new products and other parts of your business.

**Steven W. Streit**
*Founder, President, CEO & Director*

Sort of. Not quite. I don't want you to -- let me sort of correct that. What I said was that the majority of the investment would be on marketing because the cash investment, while sizable, much of it, but not all of it gets capitalized. But things like software licenses and call center seats and other things you need to build out BaaS, the operational aspects of it -- what's that?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GREEN DOT CORPORATION FQ1 2019 EARNINGS CALL | MAY 08, 2019

**Mark L. Shifke**
*Chief Financial Officer*

Facility.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, all of that gets expensed, but to the extent that part of that money goes for the advancing of development and putting more developers on the job to complete the platform, that does get CapEx-ed. But it would be wrong to say that none of this is going to -- a significant portion is going to BaaS to speed up those client onboardings and to finish those platforms. But the majority, to your point, is going to the marketing piece on the product side of our business.

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

So now -- say, we're ramping up marketing and the -- and you see a really high IRR on that marketing, what is -- so what -- how should we think longer term? So this isn't just like a onetime shot. We're going to market like heck and what is the -- what kind of a growth should we expect in 2020? I think, Steve, right now people are looking at like a 9% or a high single-digit organic growth rate, 9% to 10%. And with the margins coming down, should we expect now higher revenue growth in 2020? Are we talking a mid-teens number? And then the margins -- bringing the margins down this year, then should we expect a kind of gradual -- you're going to continue marketing next year if you're getting high IRR returns. And should we expect margins to start to improve off of this year's level next year but with higher growth to support?

**Steven W. Streit**
*Founder, President, CEO & Director*

So yes, let me help explain the way that it works. So when you have a launch campaign, what I call launch economics, they are materially different than ongoing economics. There's an inertia. If you think about the amount of gas it takes to accelerate a car from 0 to 60, it is many times more gas to do that than it does to keep the car at 60. Or if you know anyone who knows planes, you'll use up a higher percentage of gas in the takeoff than you will for 3 hours of flight time at altitude.

So when you're doing a launch, you have to introduce your product to a lot of people. You have to have a lot of sources. Some channels of marketing will be more efficient than others in terms of how many people you get, and I don't care what anyone says you're not going to get it right every time. So you look back and say okay, well, that channel didn't work as well as we thought. This channel really did better than we thought. But you'll have sort of a blended cost of acquisition that you try to hit. And we think we've budgeted amply for that by taking our real -- remember, we do this every month now. We operate 5 direct-to-consumer websites, so we're not foreigners to this concept.

So we took our actual real cost per acquisition that we have in real life today, and we made it way less efficient for the assumption of this model because you want to have room for error and because when you're doing the launch economics, you have to have a lot more gas, meaning money, to build that awareness. Once you built that awareness, you can spend a lot less money to keep the awareness static or to increase it slightly.

To give you a sense, if you think back 15, 20 years ago, you couldn't watch any kind of business channel or golf game without seeing a commercial for Charles Schwab, and maybe it's more than that. I'm getting old, but Chuck, who is such a cool guy, he was on TV constantly because he had to establish in those days, Charles Schwab: We do discount brokerage here. In those days it was telephones, right. Here's what we do. Here's how we do it. Once everyone knows Charles Schwab and company, you're able to do a maintenance campaign that's fractional to keep the brand awareness there and then if you have a particular promotion, trades for a dollar, or whatever it's going to be, well then you may market that. But -- so you wouldn't have the launch economics play out every year any more than you'd have an airplane in constant takeoff mode at full throttle. So you have more efficient economics.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**826**

A real-life example for Green Dot is the last time we did a big TV campaign was easily 15 years ago in or around 2004 or '05 when we got into Walgreens and we had enough scale to do that. And that campaign sustained us for a very long time. We were on the Steve Harvey Show for 2 years. We've been off now for 2 years, and there are people every day who swear to God that they saw us on the Steve Harvey Show today. And so that's how it works.

So there's a -- you sort of have these launch economics that we would not expect to continue, and then you have the maintenance economics, which we do today every day. I mean we spend tens of millions of dollars here on marketing as it is today. So we don't think that would change that much, but the launch economics are going to be punishing the second half this year. So that's how that works.

If to your point though we're getting a great IRR that is highly accretive, the key is in the period. If you're not going to be accretive in the year, let's say, I don't like that promotion because it's too punishing. But if you can spend $1 in January to make $5 over the course of the next 12 months, that's a deal you take every day, right? So I'm not going to say we're going to do marketing or not. Obviously, we're always marketing, we always have, we always will, but not at the level that we're talking about. At a $60 million investment, let's for easy maths say it's all marketing, it's not, but just to take some number. I don't want to give the number, Bob, because we have competitors who listen, and I don't want to do that. But let's say for easy math the full $60 million is for marketing. That's a run rate of $120 million annually, right, if I'm doing $60 million in the second half. That's a big campaign. And it's not going to be for all 6 months, so we got to squeeze it even more. But at that level, that allows the target we think that we're trying to reach to say, wow, that's a cool product. I never heard of that. Wow, you can do that. You can do this. And it creates a buzz and then we'd hope to be more efficient in subsequent years.

In terms of the margin characteristics, the margins should be very strong for next year. And the reason is, as you remember from when we launched some of the new BaaS programs, and Mark explained it last year, the lowest margin revenue you get is in the first 30 days of a card's life, because you have to do the plastic and fulfill it and send it in the mail, it's couple of bucks. You have the call center expenses because people use of the call center more when they're new customers, or whenever they're accessing for customer care whether there's a chatbot or something else. So you have those expenses. And then you have the cost per acquisition and the rev share if it's a retailer card or if it's an online direct card, you have the marketing cost per acquisition, if it's a something on creditcards.com, or whatever where you're paying per click. So you're actually at relatively low margins or even negative margins in this first 30 days. And then you begin to make more money, and as those cards season, let's say, at year end, you could be at 70% or 80% gross margins because all your costs are way in the rearview mirror, and now all you have is revenue, which increases as people use it more and you can see that from our own quarter-over-quarter results with our existing cards. So you have increasing revenue per unit, but your costs are the same, which is processing, fraud losses and maybe some occasional call center utilization.

So Q2 of 2019, if you will, is taking the bullet for the margin. And then the higher-margin revenue that spins off of it, it's designed to happen in 2020 and beyond. So we think this would have, to the extent that we're talking about this incremental revenue, the incremental revenue on these cards would have a rich margin or richer than normal margin in 2020. We don't know what the rest of the year is doing now. We have a lot of product lines, and we're talking about one of them right now and there's other things happening in the company. But this particular...

**Robert Paul Napoli**
*William Blair & Company L.L.C., Research Division*

Yes, I think investors want to see, Steve, they want to understand that revenue growth is going to accelerate because of this investment. Is that what you expect?

**Steven W. Streit**
*Founder, President, CEO & Director*

That's certainly the plan, yes, but I'm always nervous to say, oh, it's not going to be 9. It's going to X. It's dependent on a lot of things in the year. But clearly, we're looking to achieve a step growth function. And if you think about entering the year with 1 million active accounts, of which maybe 500,000 or 600,000

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

are direct deposit, and Mark gave you the sense of how the lifetime revenue plays out, $200 million, $300 million, the majority of that revenue, or more than half, is in the first year. So we would think that assuming the rest of the business holds up as it has been, then that would be incremental growth on a year-over-year basis. But I'm very hesitant as any CEO would be to be here in May and to give you an exact growth percentage for 2020. So we can say that if we're successful at generating, let's say, half of $200 million is $100 million, if you're successful, if you're successful at generating that, that'd be another 7%, 8%, 9% on its own and then you'd have whatever the business does. But there's no way for us to guide that and give an exact number until we look at the other business lines, and we have other initiatives that are more pedestrian, the things we do every day in the other lines of business.

So any of the BaaS stuff, which we haven't even encountered or talked about because until those rollout, you're never quite sure how big they'll be.

**Mark L. Shifke**
*Chief Financial Officer*

Yes. Just to recap some of Steve's points, we're not resetting our expense base to a higher permanent expense base. This is a very large onetime set of launch costs. And what's related to that is, and the reason for it is, we have an opportunity, we believe, to launch some very exciting products for a much broader TAM than our traditional TAM. If we were marketing to our traditional customers our traditional product, we wouldn't be spending this money. We'd continue to just to do business as usual. And in terms of next year, our expectation is we will exit this year at a stronger exit run rate than we otherwise would have been exiting without the spend. So I think those are sort of the 3 highlights from the comments.

**Steven W. Streit**
*Founder, President, CEO & Director*

Certainly intended to be helpful to growth rates, not unhelpful to growth rates. But you can understand why I don't want to give a precise number.

**Operator**

Ladies and gentlemen, this will conclude our question-and-answer session. At this time, I would like to turn back.

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, you're saying because the hour is up, operator, is that why you said that? Why don't we do this? We have 5 more analysts, and it's an important call and unusual call. I'm fine to take the questions, Mark, if you are. What do you want to do?

**Mark L. Shifke**
*Chief Financial Officer*

I'll judge the questions based on how they come and then we'll decide.

**Steven W. Streit**
*Founder, President, CEO & Director*

Operator, if it's okay with you, let's keep going, okay, and then we'll do Ramsey and we'll keep going.

**Operator**

Absolutely. Let's continue. And our next question will come from Ramsey El-Assal with Barclays.

**Ramsey Clark El-Assal**
*Barclays Bank PLC, Research Division*

So are you -- is there any connection with -- can you kind of characterize any connection between the $60 million investment and the Walmart contract? Is that one of the sources of catalysts for you guys actually making the investment?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Steven W. Streit**
*Founder, President, CEO & Director*

No. But what's funny is I read a pretty powerful paragraph about Walmart, and I think these were so many new deals on the call that it just got ignored. But the answer is no, Walmart has nothing to do with it, but...

**Ramsey Clark El-Assal**
*Barclays Bank PLC, Research Division*

I was going to ask you -- I was going to follow up with that. So basically, candidly, your tone on the call today was quite optimistic or confident around Walmart, not that you're disclosing anything or can disclose anything. But what was the -- what kind of got you to sound an incrementally more confident tone? You mentioned some new projects or new partnerships. I'm just curious about sort of what's changed there.

**Steven W. Streit**
*Founder, President, CEO & Director*

Okay. Let me think about what I -- so I think the best thing I can say about that, Ramsey, is I'm always very consistent intentionally so with my commentary about any contract renewal, in particular Walmart. And so anything we say is always coordinated with our partners. So I'll probably just say that and read this transcript, but I never unintentional with my prepared remarks. So we do feel incrementally more confident, but I would let my commentary speak for themselves.

**Ramsey Clark El-Assal**
*Barclays Bank PLC, Research Division*

Okay. I also wanted to ask you about tax-related volumes. Your competitor, NetSpend, also had some soft tax performance in the first quarter. I think there was a broad investor expectation that as with prior years, you get that sort of shift back into the second quarter that wasn't really lost. It was just kind of moving around. What's caused the tax impact to actually be, I guess, on the net basis sort of smaller this year than you anticipated? And is this the new normal? Is it the result of tax reform and of that? Or...

**Steven W. Streit**
*Founder, President, CEO & Director*

I don't know. It was pretty wacky and Brian Schmidt, who runs our tax division, is such a greater expert on it than I that I wish he was here to answer. But the answer is we had a decent Q1. We're up 7% in tax refunds process, but that doesn't always translate into exact dollar-for-dollar revenue. We have an advantage that NetSpend, they're a good company, so I don't mean that in a negative way, but we have advantage in what they and others don't, and that is that we partnered with all the big online tax preparers, Intuit, with TurboTax and TaxHawk and -- help me out, guys, and TaxSlayer, and they're all great partners. And the online channel, the Internet channel, is growing leaps and bounds every year over the in-person pro channel or assisted tax channel. It's just a macro of how the world works.

And so we're fortunate that the losses at the other companies who by definition have all the in-person tax places, because we have all the other contracts, that means if they're feeling the contraction of the in-person assisted channel on a year-over-year basis, we're not seeing the contraction because we're partnered with all these awesome new-age digital players, but the revenue per refund process is less because the price is charged by the online players led by Intuit's TurboTax is fractional to what are charged in, sometimes, the pro-channel location. So it's a trade-off of volume and price. And what our job is, is to have a mix where we're very proud to serve our pro channel. Pro channel means the in-person assisted channel that are not the chains. The chains would be Jackson Hewitt or an H&R Block. Those are called chains. There's a name for them that has escaped my brain right now. But you know what I'm talking about, those are all [ euros ], but the chains are called...

**Jess Unruh**
*Chief Accounting Officer*

Franchise.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**829**

**Steven W. Streit**
*Founder, President, CEO & Director*

Franchise, thank you, the franchise market. Very good, Jess. 10 points, flip the card. Okay. And then you have the pro channel, which are, in effect, the small businesses, the mom-and-pops that operate in strip shopping centers and generally in ethnic communities, that still do a pretty good business. So we compete very aggressively in the pro channel, and we always will, but the macro is clearly towards the online space, and that's why you see other guys down and us up in volume, but I think that's a headwind for margin for everybody in the industry.

Then on top of that, you have the wackiness of just tax season where it was delayed but then it came out bigger, but then people got less money. Everybody now has these tax loans, including Green Dot. They were not existing 3 or 4 years ago. Now everybody has them. What that means is that you're having bigger Q1s because everybody is getting their tax refunds upfront. But then when the real tax refund comes, say, in April or May, it just gets absorbed and the bank pays themselves back. So it's a different cash flow. So it may not even be that the tax disbursement rate is any different or delayed. It's just that it's more Q1 pronounced because you have these immediate tax loans that to the customer is the same as getting their tax refund. So they say I got my tax refund, but what they really mean to say is, I got a loan today for free against my forthcoming tax refund, but they don't necessarily think about it that way.

So I think all these things are part of a changing ecosystem. In the tax industry, we're glad to be a leader, and we always end up on the right side of the fence through the great leadership of our team at TPG, but there's a lot of changes going on there, and I don't think anybody knows exactly how it's playing out.

**Operator**

The next question will come from Ashish Sabadra of Deutsche Bank.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

So Steve, my question was about the active card, you talked about erosion of one-and-done customers. Just as you think about the competitive environment, do you think it's also the competition from the likes of Square and PayPal, those could be increasing as well at the edges, and could that be also creating any kind of headwinds for that to conclude? Is there any way to track it?

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. We don't know. We know that the low value or, whatever you want to call it, the short-term customer, whether it's one or done, which is not a complementary phrase, I guess, that phrase, that the more -- the less committed you are, the more you tend to be attracted to the easier cards, the easier free cards online because the CIP tends to be easier than the customer rules. They don't do a lot of ACH as a relative percentage of loads. And they're not bad products. But if you were someone just looking for a quick hit, you've got a lot more choices today than you had 5 years ago. That's for sure, right?

And so I think you have those out there. Those have a lot of good products online that are doing different things. And there are some who -- it's a big market out there, right? So there's a lot of good competitors out there, and then you have others who are online banks. You have all the big banks with their offerings, Finn from Chase, you have a young start-up run by a former Green Dot alumni, young man named Chris, well he's not young anymore. I'm old, so he's got to be older. Chris Britt, who runs Chime, and so you have a lot of Green Dot alumni out there doing their thing, and Chime's a really good company, too. So you do have a lot of more options for these customers who are looking for a different kind of account than what we offer, at the same time, we really did a great job by coming up with cashback rewards at a time when nobody was doing than on debit, and still isn't. And we think that on our new product suite, our goal is to have outrageous value that will continue to make our cards to standout. But you're never going to be a winner with everybody.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So to your point, Ashish, it's a big world out there, and our actives continue to grow at 6.1, or whatever it was this quarter. That's a lot of customers. And then a TAM or total customer base is about 50 some-odd million across the entire enterprise through all of our different product lines and channels. And then we have our own BaaS product lines, which are us, but us in a different brand name, and they're great products. They're all great products that are sold through different channels.

So I think if your question is -- if I can rephrase your question is: Steve, between your own BaaS products, all the new online products, all the major banks, do customers have more choices today than they have 5 years ago for the so-called neo-bank accounts? The answer is absolutely. Has Green Dot continued to compete well in the face of all that over 20 years? Absolutely. Will it help us to reinvent our products with fresh new offerings, outrageous value and a new TAM to be introduced to our products? Absolutely.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

That's helpful. And maybe just a question on the visibility. So you've given like the second quarter guidance range, there was an expectation that you grow better and you have to take it down just in a couple of months. And the full year guidance implies like a 15% -- 15% to 16% growth in the back half. And I was just wondering, is there -- obviously, you talked a lot about a lot of new programs that are coming on. I was just wondering is there any kind of risk to that guidance? Because again, I'm reminded of 2015 when there was -- when the active cards started slowing down, but then growth started to slow down as well, and it wasn't as much visibility when that first started to happen.

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, we've had a lot of big growth here since 2015. I mean -- I think, Ashish, with respect you can come up with any sort of take on it. So I'm not sure what the question is. Is there risk to our full-year guidance we made in Q1? We pulled down guidance for EBITDA. And I think I've tried to do good job, but I know we have a one-on-one after this so we can go in more in-depth, because I want to get to the other 4 questions. If the question is, is the risk I explained or tried to explain best I could that you have the upside positive of all the new marketing for our new products, plus all the new BaaS, offset by the negative of these low-value customers where there are fewer this year than last, and we're not quite sure how that mix plays out. So we feel fairly confident at the bottom line, but the top line wasn't -- there wasn't enough left or right good or bad to change our guidance. So -- but it's early in the year. And right now, it could be higher or lower. We're not sure. So we're trying to be as transparent as we can with the puts and takes. And hopefully, that's helpful.

**Operator**

Our next question is from John Hecht from Jefferies.

**John Hecht**
*Jefferies LLC, Research Division*

I guess a little bit of a take on the last question, but the guidance would imply that you have a really good acceleration of, I guess, adoption rate in the second half of the year. I know you're going after a new TAM, to some degree, and you've got new products. But maybe can you tell us about the channels, the difference in channels you might be using or the difference in marketing campaigns or what kind of characteristics about those products should result in improved adoption rates.

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, I don't know that we're actually guiding for improved adoption rates. In fact, we're assuming a lot less efficient lower cost per acquisition than we have in real-life currently because we want to give ourselves some margin of error. But what we have going for us is we're spending a whole lot more money. I mean you have to understand relative to Green Dot's marketing, $60.5 million would be, or some

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

portion of that, but the amount that we're reserving publicly for $60 million for both BaaS initiatives and marketing for the product side, it's a lot of money. It's not a lot of money for other companies and certainly a very small amount of money for growth companies, but relative to Green Dot's history, it's a lot of money for marketing in a half a year. So what we have going for us is a lot of marketing that's concentrated. We think the campaigns will be well coordinated and clever, but we can't really share a lot about that. And any other products, which is no question that they are not a little bit better than today's products, but way better than today's products, both in terms of their look and feel and the value offered to our consumers. So they'll certainly stand out from the crowd.

Now the question is, is the amount of money we're going to spend on marketing too much too little? Are the products as good as the research shows? Or if they are, will people care? Maybe they're happy with what they have. Will we hit our planned cost per acquisition and do our 1 million plus? Or will our cost per acquisition be less efficient and be less? Those are the things, frankly, that you take a good conservative guess based on all the things you know and you come up with your guidance. And that's exactly why we're not messing with top line guidance to Ashish's question because we could assume such a wide range of outcomes, it'd be best to leave it where it is, which is a decent guidance range of 10% at the center -- at the midpoint.

So I think that's what we have going for us. What do we have going against us? Not a lot because our competitive set is what it is. In other words, you already have all the products out there, there could be some new products launching, we think, over time. And to the extent that any launch from other companies in second half and make a big splash, that could interfere with our splash, if you will. But we think that there's -- whenever you spend that much more money with the way better product offering, the question is, will we issue more cards incrementally? The answer is yes. We will issue more cards incrementally. Will we issue 0.5 million, 1 million, 2 million? I can make a case probably all the way up to 3 million depending on the cost per acquisition you assume. So we think we're trying to do a good job of being thoughtful and prudent about it. But the truth is whenever you have new products and new tactics, there's always risk of the unknown, and we've tried our best to be really transparent with sharing that risk.

### John Hecht
*Jefferies LLC, Research Division*

Okay. And then I guess unrelated follow-up question, to your point, Steve, you're lamenting last quarter about, I guess, an uncertain sales cycle with the BaaS program. Clearly, you cleared a few -- you had new partners. It sounds like the pipeline's still pretty active. Maybe can you give us an update on your perspective on the sales cycle and any near-term outlook for any potential opportunities?

### Steven W. Streit
*Founder, President, CEO & Director*

Yes. And I know there's a ton of information in the script. It was a long script because there's so much going on, and we wanted to give our investors a lot -- I know we got to wrap it up. I'm over here and Mark has his sweater and his books and he's out. Okay. What we're talking about? BaaS pipeline. So there's a lot of incremental information in the script about that. And if you want to go back and look at the transcript, but I'll share some of it with you.

The pipeline has been very, very active more so than we would have thought just 60 or 90 days ago. And in fact, it is than we thought 60 or 90 days ago. And we think that closing cycles are slightly faster because people now understand what it is, and there's a sense that we want to get ours going on. I think we're doing a better job selling it and understanding more what customers and partners may want. And so we feel really good about the pipeline.

I mentioned that we have several in the contracting stage that have not yet been announced, but we also announced a slew of new partners today, a lot of them, including some very exciting ones and productive ones. So we try to give a lot of flavor today of all the stuff that we've announced, and then we did tease the fact that we believe there's others, including one very large deal that we're in the contracting process

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

for. But until those things close, you never know. So we feel good about both what we've announced and what's coming that we haven't yet announced, but these are new business lines.

If you look at just the sheer volume, I said earlier in the call, that's 420,000 actives, the majority of which were direct deposit actives. Just from BaaS and one other new product line that was not even 2 years old. Guys, that's unheard of. To think about roughly an 8% or 9% growth in total actives on product lines that didn't even exist 24 months ago. And I think that shows you that we're investing in the right spots, that we're executing in the right ways and that we have more odds than not to be successful in what we do. And I think our track record is actually pretty good given that everything we do is new. We don't have the luxury of doing mortgages or car loans or things that have been done for 50 years, and the models are well-known. Everything we do, for the most part, are things that we or our partners invent from scratch. And it's pretty cool when you think of the success we're having, but that does always add a little bit of mystery to it, doesn't it?

And I think that's it. I saw our last analyst disappear. So we're done? Okay.

So thank you, everybody, for listening. Have a wonderful day, and we'll see you in Boston at the JPMorgan conference next week. And operator, thank you for your patience.

**Operator**
Thank you all. The conference has now concluded. Thank you all, and have a great day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GREEN DOT CORPORATION FQ1 2019 EARNINGS CALL | MAY 08, 2019

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

834

# Exhibit Y

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 10-Q

☑    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the quarterly period ended March 31, 2019**
**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from          to**
**Commission file number 001-34819**

*(Exact name of Registrant as specified in its charter)*

| **Delaware** | **95-4766827** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(IRS Employer Identification No.)* |
| **3465 E. Foothill Blvd.** | |
| **Pasadena, California 91107** | **(626) 765-2000** |
| *(Address of principal executive offices, including zip code)* | *(Registrant's telephone number, including area code)* |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☑ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

There were 53,153,281 shares of Class A common stock outstanding, par value $.001 per share as of April 30, 2019.

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class: | Trading Symbol(s): | Name of each exchange on which registered: |
| --- | --- | --- |
| Class A Common Stock, $0.001 par value | GDOT | New York Stock Exchange |

**GREEN DOT CORPORATION**
**TABLE OF CONTENTS**

Page

**PART I – FINANCIAL INFORMATION**

| | | |
|---|---|---|
| Item 1. | Financial Statements | 1 |
| | Consolidated Balance Sheets – March 31, 2019 and December 31, 2018 | 1 |
| | Consolidated Statements of Operations – Three Months Ended March 31, 2019 and 2018 | 2 |
| | Consolidated Statements of Comprehensive Income – Three Months Ended March 31, 2019 and 2018 | 3 |
| | Consolidated Statements of Changes in Stockholders' Equity – Three Months Ended March 31, 2019 and 2018 | 4 |
| | Consolidated Statements of Cash Flows – Three Months Ended March 31, 2019 and 2018 | 5 |
| | Notes to Consolidated Financial Statements | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 23 |
| Item 3. | Quantitative and Qualitative Disclosures about Market Risk | 35 |
| Item 4. | Controls and Procedures | 36 |

**PART II – OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1. | Legal Proceedings | 37 |
| Item 1A. | Risk Factors | 37 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 51 |
| Item 5. | Other Information | 51 |
| Item 6. | Exhibits | 52 |
| | Signature | 53 |

Table of Contents

## PART I

## ITEM 1. Financial Statements

**GREEN DOT CORPORATION**
**CONSOLIDATED BALANCE SHEETS**

| | March 31, 2019 | December 31, 2018 |
|---|---|---|
| **Assets** | **(unaudited)** **(In thousands, except par value)** | |
| Current assets: | | |
| Unrestricted cash and cash equivalents | $ 1,676,470 | $ 1,094,728 |
| Restricted cash | 4,355 | 490 |
| Investment securities available-for-sale, at fair value | 19,981 | 19,960 |
| Settlement assets | 339,220 | 153,992 |
| Accounts receivable, net | 34,108 | 40,942 |
| Prepaid expenses and other assets | 49,010 | 57,070 |
| Income tax receivable | — | 8,772 |
| Total current assets | 2,123,144 | 1,375,954 |
| Investment securities available-for-sale, at fair value | 205,599 | 181,223 |
| Loans to bank customers, net of allowance for loan losses of $948 and $1,144 as of March 31, 2019 and December 31, 2018, respectively | 18,943 | 21,363 |
| Prepaid expenses and other assets | 8,777 | 8,125 |
| Property and equipment, net | 126,954 | 120,269 |
| Operating lease right-of-use assets | 15,480 | — |
| Deferred expenses | 13,033 | 21,201 |
| Net deferred tax assets | 11,275 | 7,867 |
| Goodwill and intangible assets | 542,941 | 551,116 |
| Total assets | $ 3,066,146 | $ 2,287,118 |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 47,072 | $ 38,631 |
| Deposits | 1,624,732 | 1,005,485 |
| Obligations to customers | 189,671 | 58,370 |
| Settlement obligations | 20,351 | 5,788 |
| Amounts due to card issuing banks for overdrawn accounts | 1,370 | 1,681 |
| Other accrued liabilities | 120,056 | 134,000 |
| Operating lease liabilities | 5,909 | — |
| Deferred revenue | 24,034 | 34,607 |
| Note payable | — | 58,705 |
| Income tax payable | 7,040 | 67 |
| Total current liabilities | 2,040,235 | 1,337,334 |
| Other accrued liabilities | 18,522 | 30,927 |
| Operating lease liabilities | 15,878 | — |
| Net deferred tax liabilities | 12,796 | 9,045 |
| Total liabilities | 2,087,431 | 1,377,306 |
| Commitments and contingencies (Note 16) | | |
| Stockholders' equity: | | |
| Class A common stock, $0.001 par value; 100,000 shares authorized as of March 31, 2019 and December 31, 2018; 53,148 and 52,917 shares issued and outstanding as of March 31, 2019 and December 31, 2018, respectively | 53 | 53 |
| Additional paid-in capital | 384,447 | 380,753 |

| | | |
|---|---:|---:|
| Retained earnings | 593,186 | 529,143 |
| Accumulated other comprehensive income (loss) | 1,029 | (137) |
| Total stockholders' equity | 978,715 | 909,812 |
| Total liabilities and stockholders' equity | $ 3,066,146 | $ 2,287,118 |

**See notes to unaudited consolidated financial statements**

1

Table of Contents

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(UNAUDITED)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (In thousands, except per share data) | |
| Operating revenues: | | |
| Card revenues and other fees | $ 129,577 | $ 130,060 |
| Processing and settlement service revenues | 107,579 | 100,240 |
| Interchange revenues | 92,541 | 84,698 |
| Interest income, net | 10,817 | 5,344 |
| Total operating revenues | 340,514 | 320,342 |
| Operating expenses: | | |
| Sales and marketing expenses | 98,701 | 91,968 |
| Compensation and benefits expenses | 61,475 | 54,507 |
| Processing expenses | 51,632 | 48,425 |
| Other general and administrative expenses | 47,321 | 43,718 |
| Total operating expenses | 259,129 | 238,618 |
| Operating income | 81,385 | 81,724 |
| Interest expense, net | 1,471 | 1,260 |
| Income before income taxes | 79,914 | 80,464 |
| Income tax expense | 15,871 | 10,433 |
| Net income | $ 64,043 | $ 70,031 |
| | | |
| Basic earnings per common share: | $ 1.21 | $ 1.36 |
| Diluted earnings per common share: | $ 1.17 | $ 1.29 |
| Basic weighted-average common shares issued and outstanding: | 53,050 | 51,439 |
| Diluted weighted-average common shares issued and outstanding: | 54,551 | 54,234 |

**See notes to unaudited consolidated financial statements**

2

Table of Contents

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME**
**(UNAUDITED)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2019** | **2018** |
| | (In thousands) | |
| Net income | $ 64,043 | $ 70,031 |
| Other comprehensive income (loss) | | |
| Unrealized holding gain (loss), net of tax | 1,166 | (554) |
| Comprehensive income | $ 65,209 | $ 69,477 |

**See notes to unaudited consolidated financial statements**

3

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY**
**(UNAUDITED)**

| | Class A Common Stock | | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| | | | (In thousands) | | | |
| Balance at December 31, 2018 | 52,917 | $ 53 | $ 380,753 | $ 529,143 | $ (137) | $ 909,812 |
| Common stock issued under stock plans, net of withholdings and related tax effects | 231 | — | (11,121) | — | — | (11,121) |
| Stock-based compensation | — | — | 14,815 | — | — | 14,815 |
| Net income | — | — | — | 64,043 | — | 64,043 |
| Other comprehensive income | — | — | — | — | 1,166 | 1,166 |
| Balance at March 31, 2019 | 53,148 | $ 53 | $ 384,447 | $ 593,186 | $ 1,029 | $ 978,715 |

| | Class A Common Stock | | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive Loss | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| | | | (In thousands) | | | |
| Balance at December 31, 2017 | 51,136 | $ 51 | $ 354,789 | $ 410,440 | $ (730) | $ 764,550 |
| Common stock issued under stock plans, net of withholdings and related tax effects | 705 | 1 | (8,097) | — | — | (8,096) |
| Stock-based compensation | — | — | 9,360 | — | — | 9,360 |
| Net income | — | — | — | 70,031 | — | 70,031 |
| Other comprehensive loss | — | — | — | — | (554) | (554) |
| Balance at March 31, 2018 | 51,841 | $ 52 | $ 356,052 | $ 480,471 | $ (1,284) | $ 835,291 |

**See notes to unaudited consolidated financial statements**

4

**GREEN DOT CORPORATION**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(UNAUDITED)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| | (In thousands) | |
| **Operating activities** | | |
| Net income | $ 64,043 | $ 70,031 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization of property and equipment | 10,882 | 8,922 |
| Amortization of intangible assets | 8,174 | 8,236 |
| Provision for uncollectible overdrawn accounts | 23,573 | 18,385 |
| Employee stock-based compensation | 14,815 | 9,360 |
| Amortization of (discount) premium on available-for-sale investment securities | (140) | 320 |
| Amortization of deferred financing costs | 996 | 398 |
| Impairment of capitalized software | 100 | — |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | (16,739) | (12,626) |
| Prepaid expenses and other assets | 6,974 | (6,111) |
| Deferred expenses | 8,168 | 7,183 |
| Accounts payable and other accrued liabilities | (10,217) | (18,936) |
| Deferred revenue | (10,718) | (6,480) |
| Income tax receivable/payable | 15,729 | 10,136 |
| Other, net | (255) | 51 |
| Net cash provided by operating activities | 115,385 | 88,869 |
| | | |
| **Investing activities** | | |
| Purchases of available-for-sale investment securities | (35,782) | (13,774) |
| Proceeds from maturities of available-for-sale securities | 12,948 | 17,676 |
| Proceeds from sales of available-for-sale securities | 101 | 124 |
| Payments for acquisition of property and equipment | (19,312) | (13,386) |
| Net decrease (increase) in loans | 1,754 | (1,143) |
| Net cash used in investing activities | (40,291) | (10,503) |
| | | |
| **Financing activities** | | |
| Repayments of borrowings from notes payable | (60,000) | (5,625) |
| Proceeds from exercise of options | 705 | 7,802 |
| Taxes paid related to net share settlement of equity awards | (11,826) | (15,898) |
| Net increase in deposits | 620,998 | 271,092 |
| Net (decrease) increase in obligations to customers | (39,364) | 9,115 |
| Contingent consideration payments | — | (202) |
| Net cash provided by financing activities | 510,513 | 266,284 |
| | | |
| Net increase in unrestricted cash, cash equivalents and restricted cash | 585,607 | 344,650 |
| Unrestricted cash, cash equivalents and restricted cash, beginning of period | 1,095,218 | 1,010,095 |
| Unrestricted cash, cash equivalents and restricted cash, end of period | $ 1,680,825 | $ 1,354,745 |
| | | |
| Cash paid for interest | $ 1,094 | $ 1,118 |

| | | | | |
|---|---|---|---|---|
| Cash paid for income taxes | $ | 38 | $ | 80 |

**Reconciliation of unrestricted cash, cash equivalents and restricted cash at end of period:**

| | | | | |
|---|---|---|---|---|
| Unrestricted cash and cash equivalents | $ | 1,676,470 | $ | 1,268,137 |
| Restricted cash | | 4,355 | | 86,608 |
| Total unrestricted cash, cash equivalents and restricted cash, end of period | $ | 1,680,825 | $ | 1,354,745 |

**See notes to unaudited consolidated financial statements**

5

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

### Note 1—Organization

Green Dot Corporation ("we," "our," or "us" refer to Green Dot Corporation and its consolidated subsidiaries), is a financial technology leader and bank holding company with a mission to power the banking industry's branchless future. Enabled by proprietary technology and our wholly-owned commercial bank charter, our "Banking as a Service," or "BaaS" platform is used by a growing list of America's most prominent consumer and technology companies to design and deploy their own bespoke banking solutions to their customers and partners, while we use that same integrated technology and banking platform to design and deploy our own leading collection of banking and financial services products directly to consumers through one of the largest retail banking distribution platforms in America. Our products are marketed under brand names such as Green Dot, GoBank, MoneyPak, AccountNow, RushCard and RapidPay, and can be acquired through more than 100,000 retailers nationwide, thousands of corporate paycard partners, several "direct-2-consumer" branded websites, thousands of tax return preparation offices and accounting firms, thousands of neighborhood check cashing locations and both of the leading app stores. We are headquartered in Pasadena, California, with additional facilities throughout the United States and in Shanghai, China.

As the regulated entity and issuing bank for substantially all products and services we provide, whether our own or on behalf of a BaaS platform partner, we are directly accountable for all aspects of each program's integrity, inclusive of ensuring the program's compliance with all applicable banking regulations, applicable state and federal law and our various internal governance policies and procedures related to all areas of risk and compliance, in addition to deploying enterprise-class risk management practices and procedures to ensure each program's initial and ongoing safety and soundness.

#### Our products and services:

We offer consumers a broad collection of financial products and services managed through several diverse business lines which are then made available to consumers through a widely-available "branchless" distribution network in the United States. Many of the products and services we internally create and distribute are marketed under the Green Dot brand name, which we believe is both a well-known and highly trusted brand name for millions of consumers. Our branchless network consists of:

- distribution arrangements with more than 100,000 mostly major chain retail locations, which we refer to as "retail distributors" and thousands of neighborhood Financial Service Center locations;

- several differently branded, Green Dot-owned and operated direct-to-consumer online and direct mail customer acquisition platforms;

- corporate distribution partnerships with businesses that provide payroll cards to their employees to receive wage disbursements;

- more than 25,000 small and large tax preparation companies and individual tax preparers, which are sometimes referred to as electronic return originators, or "EROs", who are able to offer our products and services to their customers through the use of various tax preparation industry software packages with which our products are integrated;

- apps compatible with the iOS and Android operating systems downloaded through the corresponding app store; and

- platform partners' distribution channels that those partners use to acquire customers for their bespoke products and services that are powered by our BaaS Platform.

Our products and services include several deposit account programs, such as network-branded reloadable prepaid debit cards marketed under several leading consumer brand names, which we collectively refer to as "GPR cards," consumer checking accounts, small business checking accounts, network-branded gift cards (known as open-loop), secured credit cards and other financial services.

We also offer several products and services that specialize in facilitating the movement of cash on behalf of consumers and businesses. These products and services include: our proprietary swipe reload system for crediting cash onto an enabled payment card by swiping the payment card at the point of sale at any Green Dot Network participating retailer; MoneyPak, a product that allows a consumer to add funds to accounts we issue or accounts issued by affiliated United States chartered and regulated third party banks; and e-cash remittance services, a service that allows a consumer to transfer money to a smartphone for fulfillment at a Green Dot participating retailer. We refer to these services collectively

as our cash transfer products. We also provide disbursement services through our Simply Paid platform that enables a payment solution for companies to pay their workforce and customers in the time and

6

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**Note 1—Organization (continued)**

manner they desire and provide tax refund transfers that provide the processing technology to facilitate receipt of a taxpayers' refund proceeds.

**Our BaaS Platform:**

Through our BaaS Platform, we currently offer the following types of products and services on behalf of several of America's largest retail, consumer, technology and financial services companies:

- Mobile banking;

- Loan disbursement accounts;

- Spend-based Mobile P2P services, such as Apple Pay Cash;

- Money transfer services;

- GPR cards;

- Network branded "open loop" gift cards;

- Instant payment and wage disbursements;

- Small business checking accounts and debit cards; and

- Consumer checking accounts.

**Note 2—Summary of Significant Accounting Policies**

**Basis of Presentation**

The accompanying unaudited consolidated financial statements are prepared in accordance with generally accepted accounting principles in the United States of America, or GAAP. We consolidated our wholly-owned subsidiaries and eliminated all significant intercompany balances and transactions.

We have also prepared the accompanying unaudited consolidated financial statements in conformity with the instructions to Form 10-Q and Article 10 of Regulation S-X and, consequently, they do not include all of the annual disclosures required by GAAP. Reference is made to our Annual Report on Form 10-K for the year ended December 31, 2018 for additional disclosures, including a summary of our significant accounting policies. There have been no material changes to our significant accounting policies during the three months ended March 31, 2019, other than the adoption of the accounting pronouncements discussed herein. In our opinion, the accompanying unaudited consolidated financial statements contain all adjustments, consisting of normal and recurring items, except as otherwise noted, necessary for the fair presentation of our financial position, results of operations and cash flows for the interim periods presented.

*Reclassifications*

Beginning with the first quarter of 2019, we present net interest income generated from operations at Green Dot Bank, our subsidiary bank, as a component of our total operating revenues. Prior year amounts, formerly reported below operating income on our consolidated statements of operations, have been reclassified to conform to our current year presentation on our consolidated statements of operations. This reclassification changed our previously reported total operating revenues, but had no impact on our previously reported consolidated net income or cash flows for any comparative periods presented.

Net interest income at Green Dot Bank has become an increasingly important revenue component as Green Dot Bank's ability to invest its growing customer balances and generate interest income is one of several unique advantages we have as both a leading consumer technology company and a federally regulated bank. Net interest income or expense generated outside of Green Dot Bank continues to be reported below operating income on our consolidated statements of operations.

**Recent Accounting Pronouncements**

***Recently adopted accounting pronouncements***

In February 2016, the FASB issued ASU No. 2016-02, *Leases (Topic 842)* ("ASU 2016-02") in order to increase transparency and comparability among organizations by recognizing lease assets and lease liabilities on the balance sheet

for those leases classified as operating leases under previous GAAP. The guidance has been modified through additional technical corrections since its original issuance, including optional transition relief as provided for under

7

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 2—Summary of Significant Accounting Policies (continued)**

ASU No. 2018-11, *Leases (Topic 842): Targeted Improvements*. ASU 2016-02 requires that a lessee should recognize a liability to make lease payments and a right-of-use ("ROU") asset representing its right to use the underlying asset for leases with a term greater than 12 months.

We adopted the new lease standard effective January 1, 2019, electing the optional transition method that permits the new standard to be applied prospectively, as of the effective date, without restating comparative periods presented. As a result, prior periods continue to be reported in accordance with our historical lease accounting policies. We elected the package of practical expedients under the new standard, which allows us to not reassess 1) whether any expired or existing contracts as of the adoption date are or contain a lease, 2) lease classification for any expired or existing leases as of the adoption date and 3) initial direct costs for any existing leases as of the adoption date. We did not elect to use the hindsight practical expedient under the new standard when determining the lease term and assessing any impairment of right-of-use assets.

The adoption of ASU 2016-02 resulted in the recognition of operating ROU assets of approximately $17.9 million on our consolidated balance sheet and a corresponding lease liability of approximately $25.1 million. The difference between the lease assets and liabilities recognized on our consolidated balance sheets primarily relates to accrued rent on existing leases that were offset against the ROU asset upon adoption. The adoption of the standard did not have any impact on our consolidated statements of income, stockholders' equity and cash flows. See *Note 15 — Leases*, for discussion on updates to our lease accounting policies and additional disclosures.

In August 2018, the FASB issued ASU No. 2018-15, *Customer's Accounting for Implementation Costs Incurred in a Cloud Computing Arrangement That Is a Service Contract* ("ASU 2018-15")*, which amends ASC 350-40 to address implementation costs incurred in a cloud computing arrangement (CCA) that is a service contract. ASU 2018-15 aligns the accounting for costs incurred to implement a CCA that is a service arrangement with the guidance on capitalizing costs associated with developing or obtaining internal-use software. As a result, certain implementation costs incurred by companies under hosting arrangements will be deferred and amortized. ASU 2018-15 is effective for fiscal years beginning after December 15, 2019, and interim periods within those fiscal years. Early adoption is permitted. We adopted the standard effective January 1, 2019 on a prospective basis, the effect of which did not have a material impact on our consolidated financial statements.

### *Recently issued accounting pronouncements not yet adopted*

In January 2017, the FASB issued ASU No. 2017-04, *Intangibles - Goodwill and Other* ("ASU 2017-04")*: Simplifying the Test for Goodwill Impairment*, which simplifies the existing two-step guidance for goodwill impairment testing by eliminating the second step resulting in a write-down to goodwill equal to the initial amount of impairment determined in step one. The ASU is to be applied prospectively for reporting periods beginning after December 15, 2019. We do not anticipate the new ASU will have any impact upon adoption and intend to adopt the new accounting pronouncement upon its effective date on January 1, 2020.

In June 2016, the FASB issued ASU No. 2016-13, *Financial Instruments – Credit Losses (Topic 326): Measurement of Credit Losses on Financial Instruments* ("ASU 2016-13") that requires financial assets measured at amortized cost be presented at the net amount expected to be collected. Credit losses on available-for-sale debt securities should be recorded through an allowance for credit losses limited by the amount that the fair value is less than amortized cost. The amendments of ASU 2016-13 eliminate the probable incurred loss recognition model under current GAAP and introduces a forward-looking approach, based on expected losses, to estimate credit losses on certain types of financial instruments. The estimate of expected credit losses will require entities to incorporate considerations of historical information, current information, and reasonable and supportable forecasts. The new ASU also expands the disclosure requirements to enable users of financial statements to understand the entity's assumptions, models, and methods for estimating expected credit losses. ASU 2016-13 is effective for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. Early adoption is permitted. We are currently evaluating the impact of ASU 2016-13 on our consolidated financial statements and intend to adopt the new accounting pronouncement upon its effective date on January 1, 2020.

**Note 3—Revenues**

**Disaggregation of Revenues**

Our products and services are offered only to customers within the United States. We determine our operating segments based on how our chief operating decision maker manages our operations, makes operating decisions and evaluates operating performance. Within our segments, we believe that the nature, amount, timing and uncertainty of

8

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 3—Revenues (continued)**

our revenue and cash flows and how they are affected by economic factors can be further illustrated based on the timing in which revenue for each of our products and services is recognized.

The following table disaggregates our revenues by the timing in which the revenue is recognized:

| | Three Months Ended March 31, 2019 | | Three Months Ended March 31, 2018 | |
| | Account Services | Processing and Settlement Services | Account Services | Processing and Settlement Services |
| Timing of revenue recognition | (In thousands) | | | |
|---|---|---|---|---|
| Transferred at a point in time | $ 140,922 | $ 107,576 | $ 136,526 | $ 100,235 |
| Transferred over time | 79,767 | 1,432 | 77,346 | 891 |
| Operating revenues [(1)] | $ 220,689 | $ 109,008 | $ 213,872 | $ 101,126 |

(1)  Excludes net interest income, a component of total operating revenues, as it remains outside the scope of *ASC 606, Revenues*

Within our Account Services segment, revenues recognized at a point in time are comprised of ATM fees, interchange, and other similar transaction-based fees. Revenues recognized over time consists of new card fees, monthly maintenance fees and revenue earned from gift cards. Substantially all of our processing and settlement services are recognized at a point in time.

Refer to *Note 18 — Segment Informatio*n for our revenues disaggregated by our products and services and the components to our total operating revenues on our Consolidated Statements of Operations for additional information.

**Contract Balances**

As disclosed on our Consolidated Balance Sheets, we record deferred revenue for any upfront payments received in advance of our performance obligations being satisfied. These contract liabilities consist principally of unearned new card fees and monthly maintenance fees. We recognized approximately $21.2 million and $18.9 million for the three months ended March 31, 2019 and 2018, respectively, that were included in deferred revenue at the beginning of the periods and did not recognize any revenue during these periods from performance obligations satisfied in previous periods. Changes in the deferred revenue balance are driven primarily by the amount of new card fees recognized during the period, offset by the deferral of new card fees associated with cards sold during the period.

**Note 4—Investment Securities**

Our available-for-sale investment securities were as follows:

| | Amortized cost | Gross unrealized gains | Gross unrealized losses | Fair value |
|---|---|---|---|---|
| | (In thousands) | | | |
| **March 31, 2019** | | | | |
| Negotiable certificate of deposit | $ 15,000 | $ — | $ — | $ 15,000 |
| Agency bond securities | 19,734 | 7 | (10) | 19,731 |
| Agency mortgage-backed securities | 114,397 | 1,160 | (235) | 115,322 |
| Municipal bonds | 406 | — | (10) | 396 |
| Asset-backed securities | 74,995 | 159 | (23) | 75,131 |
| Total investment securities | $ 224,532 | $ 1,326 | $ (278) | $ 225,580 |
| | | | | |
| **December 31, 2018** | | | | |
| Negotiable certificate of deposit | $ 15,000 | $ — | $ — | $ 15,000 |
| Agency bond securities | 19,723 | 6 | (36) | 19,693 |

| | | | | |
|---|---:|---:|---:|---:|
| Agency mortgage-backed securities | 87,156 | 53 | (396) | 86,813 |
| Municipal bonds | 507 | — | (24) | 483 |
| Asset-backed securities | 79,274 | 14 | (94) | 79,194 |
| Total investment securities | $ 201,660 | $ 73 | $ (550) | $ 201,183 |

9

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 4—Investment Securities (continued)

As of March 31, 2019 and December 31, 2018, the gross unrealized losses and fair values of available-for-sale investment securities that were in unrealized loss positions were as follows:

| | Less than 12 months | | 12 months or more | | Total fair value | | Total unrealized loss | |
|---|---|---|---|---|---|---|---|---|
| | Fair value | Unrealized loss | Fair value | Unrealized loss | | | | |
| | (In thousands) | | | | | | | |
| **March 31, 2019** | | | | | | | | |
| Agency bond securities | $ 9,993 | $ (7) | $ 4,981 | $ (3) | $ 14,974 | $ (10) | | |
| Agency mortgage-backed securities | 20,256 | (47) | 8,453 | (188) | 28,709 | (235) | | |
| Municipal bonds | — | — | 396 | (10) | 396 | (10) | | |
| Asset-backed securities | 7,133 | (18) | 6,495 | (5) | 13,628 | (23) | | |
| Total investment securities | $ 37,382 | $ (72) | $ 20,325 | $ (206) | $ 57,707 | $ (278) | | |
| | | | | | | | | |
| **December 31, 2018** | | | | | | | | |
| Agency bond securities | $ 14,937 | $ (36) | $ — | $ — | $ 14,937 | $ (36) | | |
| Agency mortgage-backed securities | 28,939 | (103) | 8,743 | (293) | 37,682 | (396) | | |
| Municipal bonds | 353 | (14) | 130 | (10) | 483 | (24) | | |
| Asset-backed securities | 50,980 | (70) | 7,333 | (24) | 58,313 | (94) | | |
| Total investment securities | $ 95,209 | $ (223) | $ 16,206 | $ (327) | $ 111,415 | $ (550) | | |

We did not record any other-than-temporary impairment losses during the three months ended March 31, 2019 or 2018 on our available-for-sale investment securities. We do not intend to sell these investments and we have determined that it is more likely than not that we will not be required to sell these investments before recovery of their amortized cost bases, which may be at maturity.

As of March 31, 2019, the contractual maturities of our available-for-sale investment securities were as follows:

| | Amortized cost | | Fair value | |
|---|---|---|---|---|
| | (In thousands) | | | |
| Due in one year or less | $ 19,984 | $ 19,981 | | |
| Due after one year through five years | 14,750 | 14,750 | | |
| Due after five years through ten years | — | — | | |
| Due after ten years | 406 | 396 | | |
| Mortgage and asset-backed securities | 189,392 | 190,453 | | |
| Total investment securities | $ 224,532 | $ 225,580 | | |

The expected payments on mortgage-backed and asset-backed securities may not coincide with their contractual maturities because the issuers have the right to call or prepay certain obligations.

10

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 5—Accounts Receivable

Accounts receivable, net consisted of the following:

| | March 31, 2019 | December 31, 2018 |
|---|---:|---:|
| | (In thousands) | |
| Overdrawn account balances due from cardholders | $ 20,918 | $ 17,848 |
| Reserve for uncollectible overdrawn accounts | (17,125) | (13,888) |
| Net overdrawn account balances due from cardholders | 3,793 | 3,960 |
| | | |
| Trade receivables | 9,310 | 6,505 |
| Reserve for uncollectible trade receivables | (231) | (59) |
| Net trade receivables | 9,079 | 6,446 |
| | | |
| Receivables due from card issuing banks | 8,230 | 6,688 |
| Fee advances | 3,898 | 19,576 |
| Other receivables | 9,108 | 4,272 |
| Accounts receivable, net | $ 34,108 | $ 40,942 |

Activity in the reserve for uncollectible overdrawn accounts consisted of the following:

| | Three Months Ended March 31, | |
|---|---:|---:|
| | 2019 | 2018 |
| | (In thousands) | |
| Balance, beginning of period | $ 13,888 | $ 14,471 |
| Provision for uncollectible overdrawn accounts: | | |
| Fees | 21,077 | 15,779 |
| Purchase transactions | 2,496 | 2,606 |
| Charge-offs | (20,336) | (17,060) |
| Balance, end of period | $ 17,125 | $ 15,796 |

## Note 6—Loans to Bank Customers

The following table presents total outstanding loans, gross of the related allowance for loan losses, and a summary of the related payment status:

| | 30-59 Days Past Due | 60-89 Days Past Due | 90 Days or More Past Due | Total Past Due | Total Current or Less Than 30 Days Past Due | Total Outstanding |
|---|---:|---:|---:|---:|---:|---:|
| | (In thousands) | | | | | |
| **March 31, 2019** | | | | | | |
| Residential | $ 7 | $ — | $ — | $ 7 | $ 3,028 | $ 3,035 |
| Commercial | — | — | — | — | 119 | 119 |
| Installment | 1 | — | — | 1 | 920 | 921 |
| Secured credit card | 978 | 986 | 772 | 2,736 | 13,080 | 15,816 |
| Total loans | $ 986 | $ 986 | $ 772 | $ 2,744 | $ 17,147 | $ 19,891 |
| | | | | | | |
| Percentage of outstanding | 5.0% | 5.0% | 3.9% | 13.8% | 86.2% | 100.0% |

**December 31, 2018**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Residential | $ | 2 | $ | — | $ | 7 | $ | 9 | $ | 3,329 | $ | 3,338 |
| Commercial | | — | | — | | — | | — | | 193 | | 193 |
| Installment | | — | | 2 | | — | | 2 | | 905 | | 907 |
| Secured credit card | | 1,383 | | 1,315 | | 1,114 | | 3,812 | | 14,257 | | 18,069 |
| Total loans | $ | 1,385 | $ | 1,317 | $ | 1,121 | $ | 3,823 | $ | 18,684 | $ | 22,507 |
| | | | | | | | | | | | |
| Percentage of outstanding | | 6.2% | | 5.9% | | 5.0% | | 17.0% | | 83.0% | | 100.0% |

11

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 6—Loans to Bank Customers (continued)

*Nonperforming Loans*

The following table presents the carrying value, gross of the related allowance for loan losses, of our nonperforming loans. See *Note 2 — Summary of Significant Accounting Policies* to the Consolidated Financial Statements of our Annual Report on Form 10-K for the year ended December 31, 2018 for further information on the criteria for classification as nonperforming.

|  | March 31, 2019 | | December 31, 2018 |
|---|---|---|---|
|  | (In thousands) | | |
| Residential | $ | 338 | $ | 403 |
| Installment |  | 166 |  | 169 |
| Secured credit card |  | 772 |  | 1,114 |
| Total loans | $ | 1,276 | $ | 1,686 |

*Credit Quality Indicators*

We closely monitor and assess the credit quality and credit risk of our loan portfolio on an ongoing basis. We continuously review and update loan risk classifications. We evaluate our loans using non-classified or classified as the primary credit quality indicator. Classified loans are those loans that have demonstrated credit weakness where we believe there is a heightened risk of principal loss, including all impaired loans. Classified loans are generally internally categorized as substandard, doubtful or loss, consistent with regulatory guidelines.

The table below presents the carrying value, gross of the related allowance for loan losses, of our loans within the primary credit quality indicators related to our loan portfolio:

|  | March 31, 2019 | | | | December 31, 2018 | | | |
|---|---|---|---|---|---|---|---|---|
|  | Non-Classified | | Classified | | Non-Classified | | Classified | |
|  | (In thousands) | | | | | | | |
| Residential | $ | 2,697 | $ | 338 | $ | 2,935 | $ | 403 |
| Commercial |  | 119 |  | — |  | 193 |  | — |
| Installment |  | 657 |  | 264 |  | 632 |  | 275 |
| Secured credit card |  | 15,044 |  | 772 |  | 16,955 |  | 1,114 |
| Total loans | $ | 18,517 | $ | 1,374 | $ | 20,715 | $ | 1,792 |

*Impaired Loans and Troubled Debt Restructurings*

When, for economic or legal reasons related to a borrower's financial difficulties, we grant a concession for other than an insignificant period of time to a borrower that we would not otherwise consider, the related loan is classified as a Troubled Debt Restructuring, or TDR. Our TDR modifications involve an extension of the maturity date at a stated interest rate lower than the current market rate for new debt with similar risk. The following table presents our impaired loans and loans that we modified as TDRs as of March 31, 2019 and December 31, 2018:

|  | March 31, 2019 | | | | December 31, 2018 | | | |
|---|---|---|---|---|---|---|---|---|
|  | Unpaid Principal Balance | | Carrying Value | | Unpaid Principal Balance | | Carrying Value | |
|  | (In thousands) | | | | | | | |
| Residential | $ | 338 | $ | 260 | $ | 403 | $ | 329 |
| Installment |  | 185 |  | 63 |  | 190 |  | 53 |

12

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 6—Loans to Bank Customers (continued)

*Allowance for Loan Losses*

Activity in the allowance for loan losses consisted of the following:

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2019 | 2018 |
|  | (In thousands) | |
| Balance, beginning of period | $ 1,144 | $ 291 |
| Provision for loans | 666 | 268 |
| Loans charged off | (912) | (756) |
| Recoveries of loans previously charged off | 50 | 648 |
| Balance, end of period | $ 948 | $ 451 |

### Note 7—Employee Stock-Based Compensation

We currently grant restricted equity awards to employees and directors under our 2010 Equity Incentive Plan. Additionally, through our 2010 Employee Stock Purchase Plan, employees are able to purchase shares of our Class A common stock at a discount through payroll deductions. We have reserved shares of our Class A common stock for issuance under these plans.

*Restricted Stock Units*

The following table summarizes restricted stock units subject to only service conditions granted under our 2010 Equity Incentive Plan:

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2019 | 2018 |
|  | (In thousands, except per share data) | |
| Restricted stock units granted | 35 | 63 |
| Weighted-average grant-date fair value | $ 66.96 | $ 61.26 |

*Performance Based Restricted Stock Units*

We grant performance-based restricted stock units to certain employees which are subject to the attainment of minimum pre-established annual performance targets. The majority of these awards are tied to the achievement of an annual non-GAAP earnings per share target for the grant year. The actual number of shares subject to the award is determined at the end of the annual performance period and may range from 0% to 150% of the target shares granted. These awards contain an additional service component after each annual performance period is concluded and the unvested balance of the shares determined at the end of the annual performance period will vest over the remaining requisite service period. Compensation expense related to these awards is recognized using the accelerated attribution method over the four-year vesting period based on the fair value of the closing market price of our Class A common stock on the date of the grant and the estimated performance that is expected to be achieved. In the case of our Chief Executive Officer, vesting of the award is based on the achievement of a total shareholder return ("TSR") relative to the S&P 600 index over the three-year performance period, with certain awards eligible for a maximum payout up to 200% of the target shares granted. Compensation expense related to these awards is recognized over the performance period based on the grant date fair value through the use of a Monte Carlo simulation and are not subsequently re-measured.

Under our retirement policy adopted in April 2018, following a qualified retirement, any substantial risk of forfeiture of the award by the eligible employee is eliminated. Accordingly, the related compensation expense is recognized immediately for qualifying awards granted to eligible employees or over the period from the grant date to the date a qualifying retirement is achieved, if less than the stated vesting period discussed above.

13

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 7—Employee Stock-Based Compensation (continued)

The following table summarizes the performance-based restricted stock units granted under our 2010 Equity Incentive Plan:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2019** | **2018** |
| | **(In thousands, except per share data)** | |
| Performance based restricted stock units granted at target [1] | **256** | 444 |
| Weighted-average grant-date fair value | $ **57.51** | $ 39.50 |

(1) Performance awards granted also reflects the impact of any incremental shares awarded during the periods ended for certified performance periods. The grant date fair value for these awards are based on the grant price at the time of the original award.

The total stock-based compensation expense recognized was $14.8 million and $9.4 million for the three months ended March 31, 2019 and 2018, respectively. Total stock-based compensation expense includes amounts related to awards of restricted stock units (including performance-based restricted stock units) and purchases under our 2010 Employee Stock Purchase Plan, and reflects, as applicable, accelerated expense recognition associated with of our retirement policy.

## Note 8—Deposits

Deposits are categorized as non-interest or interest-bearing deposits as follows:

| | March 31, 2019 | December 31, 2018 |
| --- | --- | --- |
| | **(In thousands)** | |
| Non-interest bearing deposit accounts | | |
| GPR deposits | $ **1,287,620** | $ 817,124 |
| Other demand deposits | **179,185** | 97,442 |
| Total non-interest bearing deposit accounts | **1,466,805** | 914,566 |
| Interest-bearing deposit accounts | | |
| Checking accounts | **135,885** | 67,758 |
| Savings | **8,151** | 8,894 |
| GPR deposits | **9,559** | 9,224 |
| Time deposits, denominations greater than or equal to $100 | **3,167** | 3,796 |
| Time deposits, denominations less than $100 | **1,165** | 1,247 |
| Total interest-bearing deposit accounts | **157,927** | 90,919 |
| Total deposits | $ **1,624,732** | $ 1,005,485 |

The scheduled contractual maturities for total time deposits are presented in the table below:

| | March 31, 2019 |
| --- | --- |
| | **(In thousands)** |
| Due in 2019 | $ 2,310 |
| Due in 2020 | 719 |
| Due in 2021 | 453 |
| Due in 2022 | 556 |
| Due in 2023 | 294 |
| Thereafter | — |
| Total time deposits | $ 4,332 |

14

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 9—Note Payable

In October 2014, we entered into a $225.0 million secured credit agreement with Bank of America, N.A., as an administrative agent, Wells Fargo Bank, National Association, and other lenders party thereto. The credit agreement provided for: 1) a $75.0 million five-year revolving facility (the "Revolving Facility") and 2) a five-year $150.0 million term loan facility ("Term Facility" and, together with the Revolving Facility, the "Senior Credit Facility"). The credit agreement also included an accordion feature that, subject to securing additional commitments from existing lenders or new lending institutions, would allow us to increase the aggregate amount of these facilities by up to an additional $50.0 million.

Quarterly principal payments of $5.6 million were payable under the Term Facility, with any remaining balance outstanding due upon maturity on October 23, 2019. In March 2019, we elected to make a voluntary prepayment of $60.0 million to retire the Term Facility without penalty or additional premium. The Revolving Facility remains available for use until the Senior Credit Facility matures in October 2019.

As a result of our prepayment election under the Term Facility, our outstanding debt, net of deferred financing costs, consisted of the following as of March 31, 2019 and December 31, 2018:

|  | March 31, 2019 | December 31, 2018 |
|---|---|---|
|  | (In thousands) | |
| Term facility | $ — | $ 58,705 |
| Revolving facility | — | — |
| Total notes payable | $ — | $ 58,705 |

*Interest*

At our election, loans made under the credit agreement bear interest at 1) a LIBOR rate (the "LIBOR Rate") or 2) a base rate determined by reference to the highest of (a) the Bank of America prime rate, (b) the United States federal funds rate plus 0.50% and (c) a daily rate equal to one-month LIBOR rate plus 1.0% (the "Base Rate"), plus in either case an applicable margin. The applicable margin for borrowings depends on our total leverage ratio and varies from 2.50% to 3.00% for LIBOR Rate loans and 1.50% to 2.00% for Base Rate loans. Interest expense, excluding the amortization of debt issuance costs, related to our Senior Credit Facility was $0.6 million and $0.9 million for the three months ended March 31, 2019 and 2018, respectively.

*Covenants and restrictions*

The Senior Credit Facility contains customary representations and warranties relating to us and our subsidiaries. Obligations under the Senior Credit Facility are secured by first priority liens on, and security interests in, substantially all of our company assets and each Guarantor, as defined in the agreement. The Senior Credit Facility also contains certain affirmative and negative covenants, including negative covenants that limit or restrict, among other things, liens, indebtedness, investments and acquisitions, mergers and fundamental changes, asset sales, restricted payments, changes in the nature of the business, transactions with affiliates and other matters customarily restricted in such agreements. We must maintain a minimum fixed charge coverage ratio and a maximum consolidated leverage ratio at the end of each fiscal quarter, as set forth in the credit agreement. At March 31, 2019, we were in compliance with all such covenants.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 10—Income Taxes

Income tax expense for the three months ended March 31, 2019 and 2018 differs from the amount computed by applying the statutory federal income tax rate to income before income taxes. The sources and tax effects of the differences are as follows:

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2019 | 2018 |
| U.S. federal statutory tax rate | 21.0 % | 21.0 % |
| State income taxes, net of federal tax benefit | 1.6 | 0.9 |
| General business credits | (1.4) | (0.6) |
| Employee stock-based compensation | (3.9) | (10.0) |
| IRC 162(m) limitation | 2.4 | 1.5 |
| Other | 0.2 | 0.1 |
| Effective tax rate | 19.9 % | 12.9 % |

The effective tax rate for the three months ended March 31, 2019 and 2018 differs from the statutory federal income tax rate of 21%, primarily due to state income taxes, net of federal tax benefits, general business credits, employee stock-based compensation, and the IRC 162(m) limitation on executive compensation. The increase in the effective tax rate for the three months ended March 31, 2019 as compared to the three months ended March 31, 2018 is primarily due to a $4.9 million decline in benefit on the recognition of excess tax benefits from stock-based compensation and additional expenses related to state taxes, net of federal tax benefits. For the three months ended March 31, 2019 and 2018, we recognized discrete tax benefits related to the excess tax benefits from stock-based compensation of $3.1 million and $8.0 million, respectively.

We establish a valuation allowance when we consider it more-likely-than-not that some portion or all of the deferred tax assets will not be realized. As of March 31, 2019 and 2018, we did not have a valuation allowance on any of our deferred tax assets as we believed it was more-likely-than-not that we would realize the benefits of our deferred tax assets.

We are subject to examination by the Internal Revenue Service, or IRS, and various state tax authorities. We remain subject to examination of our federal income tax return for the years ended December 31, 2015 through 2017. We generally remain subject to examination of our various state income tax returns for a period of four to five years from the respective dates the returns were filed.

As of March 31, 2019, we have net operating loss carryforwards of approximately $34.7 million and $33.7 million for federal and state tax purposes, respectively, which will be available to offset future income. If not used, these carryforwards will expire between 2020 and 2035. These net operating losses are subject to an annual IRC Section 382 limitation which restricts their utilization against taxable income in future periods. In addition, we have state business tax credits of approximately $14.2 million that can be carried forward indefinitely and other state business tax credits of approximately $1.1 million that will expire between 2023 and 2027.

As of March 31, 2019 and December 31, 2018, we had a liability of $8.5 million and $6.9 million, respectively, for unrecognized tax benefits related to various federal and state income tax matters excluding interest, penalties and related tax benefits. The reconciliation of the beginning unrecognized tax benefits balance to the ending balance is as follows:

|  | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
|  | 2019 | | 2018 | |
|  | (In thousands) | | | |
| Beginning balance | $ | 6,965 | $ | 5,560 |
| Increases related to positions taken during prior years | | — | | — |
| Increases related to positions taken during the current year | | 1,569 | | 1,099 |
| Decreases related to positions settled with tax authorities | | — | | — |
| Decreases as a result of a lapse of applicable statute of limitations | | — | | — |

| | | | |
|---|---|---|---|
| Ending balance | $ | 8,534 | $ | 6,659 |

| | | | |
|---|---|---|---|
| The total amount of unrecognized tax benefits that, if recognized, would affect the effective tax rate | $ | 8,485 | $ | 6,659 |

16

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 10—Income Taxes (continued)

As of March 31, 2019 and 2018, we recognized accrued interest and penalties related to unrecognized tax benefits of approximately $0.4 million.

### Note 11—Stockholders' Equity

### Stock Repurchase Program

In May 2017, our Board of Directors authorized, subject to regulatory approval, expansion of our stock repurchase program by an additional $150 million. The execution of any additional stock repurchases remain subject to regulatory approval and compliance with our internal and regulatory capital and liquidity requirements.

### Note 12—Earnings per Common Share

The calculation of basic and diluted EPS was as follows:

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2019 | 2018 |
|  | (In thousands, except per share data) | |
| **Basic earnings per Class A common share** | | |
| Numerator: | | |
| Net income | $ 64,043 | $ 70,031 |
| Denominator: | | |
| Weighted-average Class A shares issued and outstanding | 53,050 | 51,439 |
| Basic earnings per Class A common share | $ 1.21 | $ 1.36 |
| | | |
| **Diluted earnings per Class A common share** | | |
| Numerator: | | |
| Net income | $ 64,043 | $ 70,031 |
| Denominator: | | |
| Weighted-average Class A shares issued and outstanding | 53,050 | 51,439 |
| Dilutive potential common shares: | | |
| Stock options | 168 | 535 |
| Restricted stock units | 679 | 1,337 |
| Performance based restricted stock units | 641 | 915 |
| Employee stock purchase plan | 13 | 8 |
| Diluted weighted-average Class A shares issued and outstanding | 54,551 | 54,234 |
| Diluted earnings per Class A common share | $ 1.17 | $ 1.29 |

For the periods presented, we excluded certain restricted stock units and stock options outstanding (as applicable) which could potentially dilute basic EPS in the future, from the computation of diluted EPS as their effect was anti-dilutive. Additionally, we have excluded any performance based restricted stock units for which the performance contingency has not been met as of the end of the period. The following table shows the weighted-average number of shares excluded from the diluted EPS calculation:

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2019 | 2018 |
|  | (In thousands) | |
| **Class A common stock** | | |
| Restricted stock units | 204 | — |

| | | |
|---|---|---|
| Performance based restricted stock units | — | 22 |
| Total restricted and performance based stock units | **204** | 22 |

17

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

### Note 13—Fair Value Measurements

Under applicable accounting guidance, fair value is defined as the exchange price that would be received for an asset or paid to transfer a liability (an exit price) in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants on the measurement date.

We determine the fair values of our financial instruments based on the fair value hierarchy established under applicable accounting guidance which requires an entity to maximize the use of observable inputs and minimize the use of unobservable inputs when measuring fair value. There are three levels of inputs used to measure fair value.

For more information regarding the fair value hierarchy and how we measure fair value, see *Note 2–Summary of Significant Accounting Policies* to the Consolidated Financial Statements of our Annual Report on Form 10-K for the year ended December 31, 2018.

As of March 31, 2019 and December 31, 2018, our assets and liabilities carried at fair value on a recurring basis were as follows:

| | Level 1 | Level 2 | Level 3 | Total Fair Value |
|---|---|---|---|---|
| **March 31, 2019** | | (In thousands) | | |
| Assets | | | | |
| Negotiable certificate of deposit | $ — | $ 15,000 | $ — | $ 15,000 |
| Agency bond securities | — | 19,731 | — | 19,731 |
| Agency mortgage-backed securities | — | 115,322 | — | 115,322 |
| Municipal bonds | — | 396 | — | 396 |
| Asset-backed securities | — | 75,131 | — | 75,131 |
| Total assets | $ — | $ 225,580 | $ — | $ 225,580 |
| | | | | |
| Liabilities | | | | |
| Contingent consideration | $ — | $ — | $ 15,800 | $ 15,800 |
| | | | | |
| **December 31, 2018** | | | | |
| Assets | | | | |
| Negotiable certificate of deposit | $ — | $ 15,000 | $ — | $ 15,000 |
| Agency bond securities | — | 19,693 | — | 19,693 |
| Agency mortgage-backed securities | — | 86,813 | — | 86,813 |
| Municipal bonds | — | 483 | — | 483 |
| Asset-backed securities | — | 79,194 | — | 79,194 |
| Total assets | $ — | $ 201,183 | $ — | $ 201,183 |
| | | | | |
| Liabilities | | | | |
| Contingent consideration | $ — | $ — | $ 15,800 | $ 15,800 |

We based the fair value of our fixed income securities held as of March 31, 2019 and December 31, 2018 on quoted prices in active markets for similar assets. We had no transfers between Level 1, Level 2 or Level 3 assets or liabilities during the three months ended March 31, 2019 or 2018.

The following table presents changes in our contingent consideration payable for the three months ended March 31, 2019 and 2018, which is categorized in Level 3 of the fair value hierarchy:

| | Three Months Ended March 31, |
|---|---|

| | 2019 | | 2018 |
|---|---|---|---|
| | (In thousands) | | |
| Balance, beginning of period | $ 15,800 | $ | 17,358 |
| Payments of contingent consideration | — | | (202) |
| Balance, end of period | $ 15,800 | $ | 17,156 |

18

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 14—Fair Value of Financial Instruments**

The following describes the valuation technique for determining the fair value of financial instruments, whether or not such instruments are carried at fair value on our consolidated balance sheets.

*Short-term Financial Instruments*

Our short-term financial instruments consist principally of unrestricted and restricted cash and cash equivalents, settlement assets and obligations, and obligations to customers. These financial instruments are short-term in nature, and, accordingly, we believe their carrying amounts approximate their fair values. Under the fair value hierarchy, these instruments are classified as Level 1.

*Investment Securities*

The fair values of investment securities have been derived using methodologies referenced in *Note 2–Summary of Significant Accounting Policies* to the Consolidated Financial Statements of our Annual Report on Form 10-K for the year ended December 31, 2018. Under the fair value hierarchy, our investment securities are classified as Level 2.

*Loans*

We determined the fair values of loans by discounting both principal and interest cash flows expected to be collected using a discount rate commensurate with the risk that we believe a market participant would consider in determining fair value. Under the fair value hierarchy, our loans are classified as Level 3.

*Deposits*

The fair value of demand and interest checking deposits and savings deposits is the amount payable on demand at the reporting date. We determined the fair value of time deposits by discounting expected future cash flows using market-derived rates based on our market yields on certificates of deposit, by maturity, at the measurement date. Under the fair value hierarchy, our deposits are classified as Level 2.

*Contingent Consideration*

The fair value of contingent consideration obligations, such as the earn-out associated with our acquisition of UniRush, is estimated through valuation models designed to estimate the probability of such contingent payments based on various assumptions. Estimated payments are discounted using present value techniques to arrive at an estimated fair value. Our contingent consideration payable is classified as Level 3 because we use unobservable inputs to estimate fair value, including the probability of achieving certain earnings thresholds and appropriate discount rates. Changes in fair value of contingent consideration are recorded through operating expenses.

*Note Payable*

The fair value of our note payable is based on borrowing rates currently available to a market participant for loans with similar terms or maturity. The carrying amount of our note payable approximates fair value because the base interest rate charged varies with market conditions and the credit spread is commensurate with current market spreads for issuers of similar risk. The fair value of the note payable is classified as a Level 2 liability in the fair value hierarchy.

*Fair Value of Financial Instruments*

The carrying values and fair values of certain financial instruments that were not carried at fair value, excluding short-term financial instruments for which the carrying value approximates fair value, at March 31, 2019 and December 31, 2018 are presented in the table below.

| | March 31, 2019 | | December 31, 2018 | |
| --- | --- | --- | --- | --- |
| | Carrying Value | Fair Value | Carrying Value | Fair Value |
| | (In thousands) | | | |
| **Financial Assets** | | | | |
| Loans to bank customers, net of allowance | $ 18,943 | $ 18,707 | $ 21,363 | $ 21,088 |

**Financial Liabilities**

| | | | | |
|---|---|---|---|---|
| Deposits | $ 1,624,732 | $ 1,624,693 | $ 1,005,485 | $ 1,005,435 |
| Note payable | $ — | $ — | $ 58,705 | $ 58,705 |

19

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 15—Leases**

We enter into operating lease agreements principally related to our corporate office locations. Currently, we do not enter into any financing lease agreements. Our leases have remaining lease terms of less than 1 year to approximately 4 years, most of which include renewal options of varying terms. We made a policy election to adopt the short term lease exemption for all leases with an initial term of 12 months or less.

**Significant Assumptions, Judgments and Policies**

Under Topic 842, we determine if an arrangement is or contains a lease at inception. ROU assets and liabilities are recognized at the lease commencement date based on the present value of remaining lease payments over the lease term. For this purpose, we consider only fixed payments stated in the leases at the time of commencement. Variable lease payments that are not based on a specified rate or index are expensed when incurred. Since an implicit interest rate for our leases cannot be determined under our contracts, we use an incremental borrowing rate based on the information available to us at the commencement date in determining the present value of our lease payments. Our incremental borrowing rate is based on a variety of considerations, including borrowing rates currently available to us for loans with similar terms and market participant information based on credit spreads for issuers of similar risk and credit rating.

The ROU asset also reflects any lease payments made prior to commencement and is recorded net of any lease incentives received. Our ROU asset and liability reflects, as applicable, options to extend or terminate a lease when it is reasonably certain that we will exercise such options. We also made a policy election to combine our lease and non-lease components for each of our existing classes of leased assets. Our lease agreements do not contain any material residual value guarantees or material restrictive covenants. Lease expense is recognized on a straight-line basis over the lease term.

Our total lease expense for the three months ended March 31, 2019 and 2018 amounted to approximately $1.9 million. Our lease expense is generally based on fixed payments stated within the agreements. Any variable payments for non-lease components and other short term lease expenses are not considered material.

**Supplemental Information**

Supplemental information related to our ROU assets and related lease liabilities is as follows:

|  | March 31, 2019 |
|---|---|
| Cash paid for operating lease liabilities (in thousands) | $ 2,138 |
| Weighted average remaining lease term | 3.4 years |
| Weighted average discount rate | 4.5% |

Maturities of our operating lease liabilities as of March 31, 2019 is as follows:

|  | Operating Leases |
|---|---|
|  | (In thousands) |
| Remainder of 2019 | $ 4,950 |
| 2020 | 6,739 |
| 2021 | 6,391 |
| 2022 | 5,372 |
|  | 23,452 |
| Less: imputed interest | (1,665) |
| Total lease liabilities | $ 21,787 |

20

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

**Note 15—Leases (continued)**

Future minimum rental payments under our non-cancelable operating leases as of December 31, 2018 were as follows:

| Year ending December 31, | Operating Leases [1] | |
|---|---|---|
| | (In thousands) | |
| 2019 | $ | 7,927 |
| 2020 | | 7,929 |
| 2021 | | 6,689 |
| 2022 | | 5,372 |
| Total minimum lease payments | $ | 27,917 |

(1)  Amounts are based on *ASC 840, Leases*, that was superseded upon our adoption of *ASC 842, Leases* on January 1, 2019

**Note 16—Commitments and Contingencies**

*Litigation and Claims*

In the ordinary course of business, we are a party to various legal proceedings, including, from time to time, actions which are asserted to be maintainable as class action suits. We review these actions on an ongoing basis to determine whether it is probable and estimable that a loss has occurred and use that information when making accrual and disclosure decisions. We have provided reserves where necessary for all claims and, based on current knowledge and in part upon the advice of legal counsel, all matters are believed to be adequately covered by insurance, or, if not covered, we do not expect the outcome in any legal proceedings, individually or collectively, to have a material adverse impact on our financial condition or results of operations.

*Other Matters*

We monitor the laws of all 50 states to identify state laws or regulations that apply (or may apply) to our products and services. We have obtained money transmitter licenses (or similar such licenses) where applicable, based on advice of counsel or when we have been requested to do so. If we were found to be in violation of any laws and regulations governing banking, money transmitters, electronic fund transfers, or money laundering in the United States or abroad, we could be subject to penalties or could be forced to change our business practices.

From time to time we enter into contracts containing provisions that contingently require us to indemnify various parties against claims from third parties. These contracts primarily relate to: (i) contracts with our card issuing banks, under which we are responsible to them for any unrecovered overdrafts on cardholders' accounts; (ii) certain real estate leases, under which we may be required to indemnify property owners for environmental and other liabilities, and other claims arising from our use of the premises; (iii) certain agreements with our officers, directors, and employees, under which we may be required to indemnify these persons for liabilities arising out of their relationship with us; and (iv) contracts under which we may be required to indemnify our retail distributors, suppliers, vendors and other parties with whom we have contracts against claims arising from certain of our actions, omissions, violations of law and/or infringement of patents, trademarks, copyrights and/or other intellectual property rights.

Generally, a maximum obligation under these contracts is not explicitly stated. Because the obligated amounts associated with these types of agreements are not explicitly stated, the overall maximum amount of the obligation cannot be reasonably estimated. With the exception of overdrafts on cardholders' accounts, historically, we have not been required to make payments under these and similar contingent obligations, and no liabilities have been recorded for these obligations in our consolidated balance sheets.

For additional information regarding overdrafts on cardholders' accounts, refer to *Note 5 — Accounts Receivable*.

On February 28, 2017, we completed our acquisition of all the membership interests of UniRush, LLC ("UniRush"), an online direct-to-consumer GPR card and corporate payroll card provider. The transaction terms include an earn-out equal to the greater of (i) a specified percentage of the revenue generated by the online direct-to-consumer GPR card portfolio for the five-year period following the closing or (ii) $20 million, payable quarterly over five years.

Table of Contents

**GREEN DOT CORPORATION**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS – (CONTINUED)**

## Note 17—Significant Retailer Concentration

A credit concentration may exist if customers are involved in similar industries, economic sectors, and geographic regions. Our retail distributors operate in similar economic sectors but diverse domestic geographic regions. The loss of a significant retail distributor could have a material adverse effect upon our card sales, profitability, and revenue growth.

Revenues derived from our products sold at retail distributors constituting greater than 10% of our total operating revenues were as follows:

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2019 | 2018 |
| Walmart | 30% | 32% |

Settlement assets derived from our products sold at retail distributors constituting greater than 10% of the settlement assets outstanding on our consolidated balance sheets were as follows:

| | March 31, 2019 | December 31, 2018 |
| --- | --- | --- |
| Walmart | 20% | 18% |

## Note 18—Segment Information

Our operations are comprised of two reportable segments: 1) Account Services and 2) Processing and Settlement Services. We identified our reportable segments based on factors such as how we manage our operations and how our chief operating decision maker views results. Our chief operating decision maker organizes and manages our business primarily on the basis of product and service offerings and uses operating income to assess profitability.

The Account Services segment consists of revenues and expenses derived from our deposit account programs, such as prepaid cards, debit cards, consumer and small business checking accounts, secured credit cards, payroll debit cards and gift cards. These deposit account programs are marketed under several of our leading consumer brand names and under the brand names of our BaaS partners. The Processing and Settlement Services segment consists of revenues and expenses derived from our products and services that specialize in facilitating the movement of cash on behalf of consumers and businesses, such as consumer cash processing services, wage disbursements and tax refund processing services. The Corporate and Other segment primarily consists of eliminations of intersegment revenues and expenses, unallocated corporate expenses, depreciation and amortization, and other costs that are not considered when management evaluates segment performance. We do not evaluate performance or allocate resources based on segment asset data, and therefore such information is not presented.

The following tables present certain financial information for each of our reportable segments for the periods then ended:

| | Three Months Ended March 31, 2019 | | | |
| --- | --- | --- | --- | --- |
| | Account Services | Processing and Settlement Services | Corporate and Other | Total |
| | (In thousands) | | | |
| Operating revenues | $ 239,633 | $ 110,649 | $ (9,768) | $ 340,514 |
| Operating expenses | 176,787 | 54,515 | 27,827 | 259,129 |
| Operating income | $ 62,846 | $ 56,134 | $ (37,595) | $ 81,385 |

| | Three Months Ended March 31, 2018 | | | |
| --- | --- | --- | --- | --- |
| | Account Services | Processing and Settlement Services | Corporate and Other | Total |
| | (In thousands) | | | |
| Operating revenues | $ 227,624 | $ 102,012 | $ (9,294) | $ 320,342 |
| Operating expenses | 169,710 | 50,451 | 18,457 | 238,618 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Operating income | $ | 57,914 | $ | 51,561 | $ | (27,751) | $ | 81,724 |

22

Table of Contents

**ITEM 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*This Quarterly Report on Form 10-Q, including this Management's Discussion and Analysis of Financial Condition and Results of Operations, contains forward-looking statements regarding future events and our future results that are subject to the safe harbors created under the Securities Act of 1933 and the Securities Exchange Act of 1934 (the "Exchange Act"). All statements other than statements of historical facts are statements that could be deemed to be forward-looking statements. These statements are based on current expectations, estimates, forecasts and projections about the industries in which we operate and the beliefs and assumptions of our management. Words such as "expects," "anticipates," "targets," "goals," "projects," "intends," "plans," "believes," "seeks," "estimates," "continues," "endeavors," "strives," "may" and "assumes," variations of such words and similar expressions are intended to identify forward-looking statements. In addition, any statements that refer to projections of our future financial performance, our anticipated growth and trends in our businesses, and other characterizations of future events or circumstances are forward-looking statements. Readers are cautioned that these forward-looking statements are subject to risks, uncertainties, and assumptions that are difficult to predict, including those identified below, under "Part II, Item 1A. Risk Factors," and elsewhere herein. Therefore, actual results may differ materially and adversely from those expressed in any forward-looking statements. We undertake no obligation to revise or update any forward-looking statements for any reason.*

*In this Quarterly Report, unless otherwise specified or the context otherwise requires, "Green Dot," "we," "us," and "our" refer to Green Dot Corporation and its consolidated subsidiaries.*

## Overview

Green Dot Corporation is a financial technology leader and bank holding company with a mission to reinvent banking for the masses. Our company's long-term strategy is to create a unique, sustainable and highly valuable fintech ecosystem, in part through the continued evolution of Green Dot's innovative "Banking as a Service," or "BaaS" platform, that is intended to fuel the engine of innovation and growth for Green Dot and its many business partners for many years to come.

Enabled by proprietary technology, our wholly-owned commercial bank charter and our high-scale program management operating capability, our BaaS platform is used by a growing list of America's most prominent consumer and technology companies to design and deploy their own bespoke financial services solutions to their customers and partners, while we use that same integrated platform to design and deploy our own leading collection of banking and financial services products directly to consumers through what we believe to be the most broadly distributed, omni-channel branchless banking platforms in the United States. Our products are marketed under brand names such as Green Dot, GoBank, RapidPay and several other consumer brands and can be acquired through more than 100,000 retailers nationwide, thousands of corporate paycard partners, several "direct-2-consumer" branded websites, thousands of tax return preparation offices and accounting firms, thousands of neighborhood check cashing locations and both of the leading app stores. We are headquartered in Pasadena, California, with additional facilities throughout the United States and in Shanghai, China.

As the regulated entity and issuing bank for substantially all products and services we provide, whether our own or on behalf of a BaaS platform partner, we are directly accountable for all aspects of each program's integrity, inclusive of ensuring the program's compliance with all applicable banking regulations, applicable state and federal law and our various internal governance policies and procedures related to all areas of risk and compliance, in addition to deploying enterprise-class risk management practices and procedures to ensure each program's initial and ongoing safety and soundness.

## Our products and services

We offer consumers a broad collection of financial products and services managed through several diverse business lines which are then made available to consumers through a widely-available "branchless" distribution network in the United States. Many of the products and services we internally create and distribute are marketed under the Green Dot brand name, which we believe is both a well-known and highly trusted brand name for millions of consumers. Our branchless network consists of:

- distribution arrangements with more than 100,000 mostly major chain retail locations, which we refer to as "retail distributors" and thousands of neighborhood Financial Service Center locations;

- several differently branded, Green Dot-owned and operated direct-to-consumer online and direct mail customer acquisition platforms;

- corporate distribution partnerships with businesses that provide payroll cards to their employees to receive wage disbursements;

23

- more than 25,000 small and large tax preparation companies and individual tax preparers, which are sometimes referred to as electronic return originators, or "EROs", who are able to offer our products and services to their customers through the use of various tax preparation industry software packages with which our products are integrated;

- apps compatible with the iOS and Android operating systems downloaded through the corresponding app store; and

- platform partners' distribution channels that those partners use to acquire customers for their bespoke products and services that are powered by our BaaS Platform.

Our products and services include several deposit account programs, such as network-branded reloadable prepaid debit cards marketed under several leading consumer brand names, which we collectively refer to as "GPR cards," consumer checking accounts, small business checking accounts, network-branded gift cards (known as open-loop), secured credit cards and other financial services.

We also offer several products and services that specialize in facilitating the movement of cash on behalf of consumers and businesses. These products and services include: our proprietary swipe reload system for crediting cash onto an enabled payment card by swiping the payment card at the point-of-sale at any Green Dot Network participating retailer; MoneyPak, a product that allows a consumer to add funds to accounts we issue or accounts issued by other United States chartered and regulated third party banks; and e-cash remittance services, a service that allows a consumer to transfer funds to a smartphone for fulfillment at a Green Dot participating retailer. We refer to these services collectively as our cash transfer products. We also provide disbursement services through our Simply Paid platform that enables a payment solution for companies to pay their workforce and customers in the time and manner they desire and provide tax refund transfers that provide the processing technology to facilitate receipt of a taxpayers' refund proceeds.

**Our BaaS Platform**

Our BaaS Platform, which is used by several of America's largest retail, consumer, technology and financial services companies, includes the following products, services and bespoke capabilities:

- Mobile banking;

- Loan disbursement accounts;

- Spend-based Mobile P2P services, such as Apple Pay Cash;

- Money transfer services;

- GPR cards;

- Network branded "open loop" gift cards;

- Instant payment and wage disbursements;

- Small business checking accounts and debit cards; and

- Consumer checking accounts.

**Our Segments and Distribution Channels**

Our products and services and BaaS Platform are divided among our two reportable segments: Account Services and Processing and Settlement Services. Each segment is comprised of multiple "revenue divisions" that each focus on a distinct set of products or distribution channels, as follows:

***Account Services***

**Consumer Accounts**

We offer several deposit account programs that can be acquired through our omni-channel distribution platform. These products include:

- Network-branded reloadable prepaid debit cards marketed under several leading consumer brand names, collectively referred to as GPR cards;

- Innovative consumer and small business checking account products, such as our GoBank product, that allow customers to acquire and manage their checking account entirely through a mobile application available on smartphone devices; and

Table of Contents

- Network-branded gift cards (known as open-loop) that are sold at participating retail stores.

**Green Dot Direct**

We also offer GPR cards, checking accounts products and secured credit cards directly to consumers through several different online direct-to-consumer websites. Our direct-to-consumer websites include: greendot.com; walmartmoneycard.com; rushcard.com; accountnow.com; achievecard.com; gobank.com; and ReadyDebit.com.

**Consumer Credit Card**

We offer a secured credit card nationwide on a direct-to-consumer basis via both greendot.com/platinum and securedcardchoice.com. Our secured credit cards are designed to help people establish or rehabilitate their national credit bureau score. The credit line offered to the customer is backed by the customer's own security deposit held on deposit at Green Dot Bank or other banks in accounts held under our control. As such, we have no risk of material loss resulting from the customer's non-payment of their obligation. As the customer successfully uses their credit card and repays their obligations in accordance with the card's terms and conditions, that successful repayment history is reported to the national credit bureaus which, in turn, can help improve the customer's overall credit score. Customers have the option of funding their security deposits with cash and making monthly payments at Green Dot Network retail locations.

**PayCard and Corporate Disbursement**

We offer payroll cards and other wage disbursement services to over 2,500 corporate customers, such as Einstein Bagels, Nordstrom and Rite Aid. Our solutions address both the W-2 and 1099 work force.

**Green Dot Bank**

Through our subsidiary bank, Green Dot Bank, we offer issuing, settlement and capital management services principally to support those applicable products across all six revenue divisions in both reporting segments. Our banking services include:

- Issuing services as the payment network member bank and settlement bank for our GPR card, spend-based P2P programs, gift card and checking account products;

- Credit card issuing and capital lending services for our Green Dot Platinum Visa Secured Credit Card; and

- Settlement bank for our reload and tax refund services within our Processing and Settlement Services segment.

Green Dot Bank also generates interest income through the investment of funds from its capital and the increasing deposits it receives in respect of our products and services, as well as the products and services we enable for our BaaS platform partners.

Products within our Account Services segment are generally issued by Green Dot Bank. As a result of acquisitions over the past several years, we also manage programs issued by third-party issuing banks.

*Processing and Settlement Services*

**Money Processing**

We offer several products and services that all specialize in facilitating the movement of funds on behalf of consumers and businesses. These products and services include:

- Our "Reload@TheRegister" swipe reload service allows consumers to add funds to accounts we issue or manage and accounts issued by any third-party bank or program manager, which we refer to as network acceptance members, that has enabled its cards to accept funds through our processing system.

- Our MoneyPak PIN product provides consumers the ability to add funds to accounts we issue or manage and accounts issued by any third party bank or program manager that has enabled its cards to accept funds through our processing system.

- Our e-cash remittance service enables consumers to add funds to accounts we issue or manage and accounts issued by any third party bank or program manager that has enabled its accounts to accept funds through our processing system. Consumers can also cash-out money sent to them by a business through the use of our e-cash remittance service when Green Dot sends a unique barcode to the customer's smartphone, which is then presented to a cashier at a participating retailer who then scans the barcode to fulfill the transfer.

- Our Simply Paid Disbursement service that enables wages and any type of authorized funds disbursement to be sent to accounts we issue or manage and accounts issued by any third-party bank or program manager that has enabled its cards to accept funds through our processing system.

25

Table of Contents

**Tax Processing**

We offer several services designed for participants in the tax industry. Those services include:

- Tax refund transfers that provide the processing technology to facilitate receipt of a taxpayers' refund proceeds. When a customer of a third-party tax preparation provider chooses to pay their tax preparation fees using our processing services, we deduct the tax preparation service fee and our processing service fee from the customer's refund and remit the remaining balance to the customer's account;

- Small business lending to independent tax preparation providers that seek small advances in order to help provide working capital prior to generating income during the tax filing season;

- GPR card offerings that are integrated into the tax preparation software that enables a tax preparation provider to offer its customers a Green Dot Bank-issued GPR card for the purpose of receiving tax refunds more rapidly and securely than check disbursements; and

- Fast Cash Advance, a consumer-friendly loan that enables tax refund recipients utilizing our tax processing services the opportunity to receive a portion of their expected tax refund amount in advance of receiving their actual tax refund.

*Financial Results and Trends*

Our consolidated results of operations for the three months ended March 31, 2019 and 2018 were as follows:

| | Three Months Ended March 31, | | | |
| --- | --- | --- | --- | --- |
| | 2019 | 2018 | Change | % |
| | (In thousands, except percentages) | | | |
| Total operating revenues | $ 340,514 | $ 320,342 | $ 20,172 | 6.3 % |
| Total operating expenses | 259,129 | 238,618 | 20,511 | 8.6 % |
| Net income | 64,043 | 70,031 | (5,988) | (8.6)% |

**Total operating revenues**

Our total operating revenues for the three months ended March 31, 2019 increased $20.2 million, or 6.3% over the prior year comparable period. Our growth was driven principally by the continuation of greater customer engagement of our products, in particular those account holders enrolled in direct deposit, as evidenced by our overall growth in gross dollar volume and purchase volume within our Account Services segment. As a result, these increases in account holder driven behavior resulted in an increase in the interchange revenue earned compared to the prior year period. These increases were partially offset by a small decrease in our card revenues and other fees, in part due to a mix shift in the number of active accounts towards our BaaS programs, which do not carry certain fees that our legacy prepaid products have. Within our Processing and Settlement Services segment, total operating revenues increased as a result of year-over-year growth in the total number of cash transfers, tax refunds processed and disbursements through our Simply Paid platform.

Beginning with the first quarter of 2019, we present net interest income generated from operations at Green Dot Bank, our subsidiary bank, as a component of our total operating revenues. Prior year amounts, formerly reported below operating income on our consolidated statements of operations, have been reclassified to conform to our current year presentation on our consolidated statements of operations. This reclassification changed our previously reported total operating revenues, but had no impact on our previously reported consolidated net income or cash flows for any comparative periods presented. Our operating net interest income increased over the comparable prior year period as a result of an increase in our average customer deposits and other capital available for investment and the effective interest yield earned thereon.

**Total operating expenses**

Our total operating expenses for the three months ended March 31, 2019 increased $20.5 million, or 8.6% over the prior year comparable period. This increase was the result of several factors, including higher sales and marketing expenses attributable to the year-over-year increases in operating revenues generated from products that are subject to revenue share payments to our distributors and partners, higher processing expenses as a result of increased transactional usage and higher compensation and benefits expenses attributable to the timing of certain stock-based compensation awards issued during the period to retirement eligible employees whose awards are immediately vested and fully expensed upon issuance.

Table of Contents

We intend to invest an incremental $60 million during the second half of 2019, primarily to market new products that we expect to launch later this year and to a lesser extent, advance the development and deployment of our BaaS technology platform. The majority of this investment is expected to impact our sales and marketing expenses as a percentage of our total operating revenues in the second half of 2019.

**Income taxes**

Income tax expense for the three months ended March 31, 2019 increased $5.4 million, or 52.1% from the prior year comparable period. The increase was due to a higher effective tax rate for the three months ended March 31, 2019, as compared to the same period in 2018, principally due to a $4.9 million decline in benefit from the recognition of excess tax benefits of stock-based compensation and additional expenses related to state taxes, net of federal tax benefits.

***Key Metrics***

We review a number of metrics to help us monitor the performance of, and identify trends affecting, our business. We believe the following measures are the primary indicators of our quarterly and annual revenues.

***Gross Dollar Volume*** — represents the total dollar volume of funds loaded to our account products. Our dollar volume was $13.0 billion and $11.7 billion for the three months ended March 31, 2019 and 2018, respectively. We use this metric to analyze the total amount of money moving onto our account programs, determine the overall engagement and usage patterns of our account holder base and serves as a leading indicator of revenue generated through our Account Services segment products, inclusive of interest income generated on deposits held at Green Dot Bank, fees charged to account holders and interchange revenues generated through the spending of account balances. The increase in dollar volume of 11% during the three months ended March 31, 2019, from the comparable prior year period was principally driven by higher dollar volume onto our products from our direct deposit enrollees.

***Number of Active Accounts*** — represents any bank account within our Account Services segment that is subject to United States Patriot Act compliance and, therefore, requires customer identity verification prior to use and is intended to accept ongoing customer cash or ACH deposits. This includes general purpose reloadable prepaid card accounts, demand deposit or "checking" accounts, and credit card accounts in our portfolio that had a purchase, deposit or ATM withdrawal transaction during the applicable quarter. We had 6.05 million and 6.01 million active accounts outstanding as of March 31, 2019 and 2018, respectively. We use this metric to analyze the overall size of our active customer base and to analyze multiple metrics expressed as an average across this active account base. Additionally, a subset of our base of active account holders is comprised of account holders that are enrolled in direct deposit ("direct deposit active accounts"). We experienced year-over-year high single-digit growth in our direct deposit active accounts.

***Purchase Volume*** — represents the total dollar volume of purchase transactions made by our account holders. This metric excludes the dollar volume of ATM withdrawals. Our purchase volume was $8.2 billion and $7.5 billion for the three months ended March 31, 2019 and 2018, respectively. We use this metric to analyze interchange revenue, which is a key component of our financial performance. The increase in purchase volume of 10% during the three months ended March 31, 2019, from the comparable prior year period was driven by an increase in Gross Dollar Volume, as described above.

***Number of Cash Transfers*** — represents the total number of cash transfer transactions conducted by consumers, such as a point-of-sale swipe reload transaction, the purchase of a MoneyPak or an e-cash mobile remittance transaction marketed under various brand names, that we conducted through our retail distributors in a specified period. This metric excludes disbursements made through our Simply Paid wage disbursement platform. We processed 10.98 million and 10.10 million reload transactions during the three months ended March 31, 2019 and 2018, respectively. We review this metric as a measure of the size and scale of our retail cash processing network, as an indicator of customer engagement and usage of our products and services, and to analyze cash transfer revenue, which is a key component of our financial performance. Our cash transfers increased 9% during the three months ended March 31, 2019 over the prior year comparable period primarily due to an increase in third-party account programs that utilize the Green Dot Network to fulfill their account holder reloads.

***Number of Tax Refunds Processed*** — represents the total number of tax refunds processed in a specified period. We processed 9.39 million and 8.75 million tax refund transactions during the three months ended March 31, 2019 and 2018, respectively. Due to seasonality, the number of tax refunds processed is most concentrated during the first half of each year and is minimal during the second half of each year. We review this metric as a measure of the size and scale of our tax refund processing platform and as an indicator of customer engagement and usage of its products and services. The increase in the number of tax refunds processed of 7% for the three months ended March 31, 2019 from the comparable prior year period was primarily driven by an increase of refunds processed through online consumer tax filing software platforms.

Table of Contents

**Key components of our results of operations**

*Operating Revenues*

We classify our operating revenues into the following four categories:

*Card Revenues and Other Fees* — Card revenues consist of monthly maintenance fees, ATM fees, new card fees and other revenues. We charge maintenance fees on GPR cards, checking accounts and certain cash transfer products, such as MoneyPak, pursuant to the terms and conditions in our customer agreements. We charge ATM fees to cardholders when they withdraw money at certain ATMs in accordance with the terms and conditions in our cardholder agreements. We charge new card fees, if applicable, when a consumer purchases a GPR card, gift card, or a checking account product. Other revenues consist primarily of revenue associated with our gift card program, annual fees associated with our secured credit card portfolio, transaction-based fees and fees associated with optional products or services, which we offer to cardholders from time to time.

Our aggregate monthly maintenance fee revenues vary primarily based upon the number of active accounts in our portfolio and the average fee assessed per account. Our average monthly maintenance fee per active account depends upon the mix of products in our portfolio at any given point in time and upon the extent to which fees are waived based on various incentives provided to customers in an effort to encourage higher usage and retention. Our aggregate ATM fee revenues vary based upon the number of cardholder ATM transactions and the average fee per ATM transaction. The average fee per ATM transaction depends upon the mix of products in our portfolio at any given point in time and the extent to which cardholders use ATMs within our free network that carry no fee for cash withdrawal transactions. Our aggregate new card fee revenues vary based upon the number of GPR cards and checking accounts activated and the average new card fee. The average new card fee depends primarily upon the mix of products that we sell since there are variations in new account fees based on the product and/or the location or source where our products are purchased. Our aggregate other fees vary primarily based upon account sales of all types, gift card sales, purchase transactions and the number of active accounts in our portfolio.

*Processing and Settlement Service Revenues* — Processing and settlement service revenues consist of cash transfer revenues, tax refund processing service revenues and Simply Paid disbursement revenues. We earn cash transfer revenues when consumers fund their cards through a reload transaction at a Green Dot Network retail location. Our aggregate cash transfer revenues vary based upon the mix of locations where reload transactions occur, since reload fees vary by location. We earn tax refund processing service revenues at the point in time when a customer of a third party tax preparation company chooses to pay their tax preparation fee through the use of our tax refund processing services. We earn Simply Paid disbursement fees from our business partners at the point in time payment disbursements are made.

*Interchange Revenues* — We earn interchange revenues from fees remitted by the merchant's bank, which are based on rates established by the payment networks, at the point in time when customers make purchase transactions using our products. Our aggregate interchange revenues vary based primarily on the number of active accounts in our portfolio, the average transactional volume of the active accounts in our portfolio and on the mix of cardholder purchases between those using signature identification technologies and those using personal identification numbers and the corresponding rates.

*Interest Income, net* — Net interest income represents the difference between the interest income earned on our interest-earning assets and the interest expense on our interest-bearing liabilities held at Green Dot Bank. Interest-earning assets include customer deposits, loans, and investment securities. Our interest-bearing liabilities held at Green Dot Bank include interest-bearing deposits. We expect net interest income and our net interest margin to fluctuate based on changes in the federal funds interest rates and changes in the amount and composition of our interest-bearing assets and liabilities.

*Operating Expenses*

We classify our operating expenses into the following four categories:

*Sales and Marketing Expenses* — Sales and marketing expenses consist primarily of the commissions we pay to our retail distributors, brokers and platform partners, advertising and marketing expenses, and the costs of manufacturing and distributing card packages, placards and promotional materials to our retail distributors and personalized GPR and GoBank cards to consumers who have activated their cards. We generally establish commission percentages in long-term distribution agreements with our retail distributors and platform partners. Aggregate commissions with our retail distributors are determined by the number of prepaid cards, checking account products and cash transfers sold at their respective retail stores. Commissions with our platform partners and, in certain cases, our retail distributors are determined by the revenue generated from the ongoing use of the associated card programs. We incur advertising and marketing expenses for television, sponsorships, online and in-store promotions. Advertising

28

and marketing expenses are recognized as incurred and typically deliver a benefit over an extended period of time. For this reason, these expenses do not always track changes in our operating revenues. Our manufacturing and distribution costs vary primarily based on the number of GPR and GoBank accounts activated by consumers.

*Compensation and Benefits Expenses* — Compensation and benefits expenses represent the compensation and benefits that we provide to our employees and the payments we make to third-party contractors. While we have an in-house customer service function, we employ third-party contractors to conduct call center operations, handle routine customer service inquiries and provide consulting support in the area of IT operations and elsewhere. Compensation and benefits expenses associated with our customer service and loss management functions generally vary in line with the size of our active account portfolio, while the expenses associated with other functions do not.

*Processing Expenses* — Processing expenses consist primarily of the fees charged to us by the payment networks, which process transactions for us, the third-party card processors that maintains the records of our customers' accounts and processes transaction authorizations and postings for us and the third-party banks that issue our accounts. These costs generally vary based on the total number of active accounts in our portfolio and gross dollar volume transacted by those accounts. Also included in processing expenses are bank fees associated with our tax refund processing services and gateway and network fees associated with our Simply Paid disbursement services. Bank fees generally vary based on the total number of tax refund transfers processed and gateway and network fees vary based on the numbers of disbursements made.

*Other General and Administrative Expenses* — Other general and administrative expenses consist primarily of professional service fees, telephone and communication costs, depreciation and amortization of our property and equipment and intangible assets, changes in contingent consideration, transaction losses (losses from customer disputed transactions, unrecovered customer purchase transaction overdrafts and fraud), rent and utilities, and insurance. We incur telephone and communication costs primarily from customers contacting us through our toll-free telephone numbers. These costs vary with the total number of active accounts in our portfolio, as do losses from customer disputed transactions, unrecovered customer purchase transaction overdrafts and fraud. Costs associated with professional services, depreciation and amortization of our property and equipment, amortization of our acquired intangible assets, rent and utilities vary based upon our investment in infrastructure, business development, risk management and internal controls and are generally not correlated with our operating revenues or other transaction metrics.

### Income Tax Expense

Our income tax expense consists of the federal and state corporate income taxes accrued on income resulting from the sale of our products and services.

### Critical Accounting Policies and Estimates

Reference is made to the critical accounting policies and estimates disclosed in Management's Discussion and Analysis of Financial Condition and Results of Operations included in our Annual Report on Form 10-K for the year ended December 31, 2018. Except as disclosed in *Note 2 — Summary of Significant Accounting Policies* under *Recently Adopted Accounting Pronouncements* to the Consolidated Financial Statements included herein, there have been no changes to our critical accounting policies and estimates during the three months ended March 31, 2019.

### Recent Accounting Pronouncements

Reference is made to the recent accounting pronouncements disclosed in *Note 2 — Summary of Significant Accounting Policies* to the Consolidated Financial Statements included herein.

29

**Comparison of Three-Month Periods Ended March 31, 2019 and 2018**

*Operating Revenues*

The following table presents a breakdown of our operating revenues among card revenues and other fees, processing and settlement service revenues, interchange revenues and net interest income:

| | Three Months Ended March 31, | | | | |
| | 2019 | | 2018 | | |
| | Amount | % of Total Operating Revenues | Amount | % of Total Operating Revenues | |
| | (In thousands, except percentages) | | | | |
| Operating revenues: | | | | | |
| Card revenues and other fees | $ 129,577 | 38.0% | $ 130,060 | 40.6% | |
| Processing and settlement service revenues | 107,579 | 31.6 | 100,240 | 31.3 | |
| Interchange revenues | 92,541 | 27.2 | 84,698 | 26.4 | |
| Interest income, net | 10,817 | 3.2 | 5,344 | 1.7 | |
| Total operating revenues | $ 340,514 | 100.0% | $ 320,342 | 100.0% | |

*Card Revenues and Other Fees* — Card revenues and other fees totaled $129.6 million for the three months ended March 31, 2019, a decrease of $0.5 million, or 0.4%, from the comparable prior year period. Our card revenues and other fees decreased in part due to a mix shift in the number of active accounts towards our BaaS programs, which do not carry certain fees that our legacy prepaid products have.

*Processing and Settlement Service Revenues* — Processing and settlement service revenues totaled $107.6 million for the three months ended March 31, 2019, an increase of $7.4 million, or 7%, from the comparable prior year period. The increase was driven primarily by higher transaction volume and revenue earned per cash transfer, higher volume of tax refunds processed and an increase in disbursement transactions processed by our Simply Paid platform.

*Interchange Revenues* — Interchange revenues totaled $92.5 million for the three months ended March 31, 2019, an increase of $7.8 million, or 9%, from the comparable prior year period. The increase was primarily due to an increase in purchase volume during the three months ended March 31, 2019.

*Interest Income, net* — Net interest income totaled $10.8 million for the three months ended March 31, 2019, an increase of $5.5 million, or 104%, from the comparable prior year period. The increase was principally a result of a higher average balance in our investment securities portfolio and customer funds on deposit, as well as the impact of higher effective interest rates thereon.

*Operating Expenses*

The following table presents a breakdown of our operating expenses among sales and marketing, compensation and benefits, processing, and other general and administrative expenses:

| | Three Months Ended March 31, | | | | |
| | 2019 | | 2018 | | |
| | Amount | % of Total Operating Revenues | Amount | % of Total Operating Revenues | |
| | (In thousands, except percentages) | | | | |
| Operating expenses: | | | | | |
| Sales and marketing expenses | $ 98,701 | 29.0% | $ 91,968 | 28.7% | |
| Compensation and benefits expenses | 61,475 | 18.1 | 54,507 | 17.0 | |
| Processing expenses | 51,632 | 15.2 | 48,425 | 15.1 | |
| Other general and administrative expenses | 47,321 | 13.9 | 43,718 | 13.7 | |
| Total operating expenses | $ 259,129 | 76.2% | $ 238,618 | 74.5% | |

*Sales and Marketing Expenses* — Sales and marketing expenses totaled $98.7 million for the three months ended March 31, 2019, an increase of $6.7 million, or 7% from the comparable prior year period. This increase was primarily driven by an increase of $7.9 million in sales commissions associated with higher revenues generated from products that are subject to revenue-sharing agreements, partially offset by a year-over-year decrease of $1.7 million in advertising expenses.

30

Case 2:19-cv-10701-FLA-E    Document 157-1    Filed 04/25/25    Page 84 of 115   Page
ID #:5042

Table of Contents

*Compensation and Benefits Expenses* — Compensation and benefits expenses totaled $61.5 million for the three months ended March 31, 2019, an increase of $7.0 million or 13% from the comparable prior year period. The increase was primarily the result of a $5.5 million increase in employee stock-based compensation and higher salaries, wages and related benefits of $1.5 million in support of our growth initiatives in 2019.

*Processing Expenses* — Processing expenses totaled $51.6 million for the three months ended March 31, 2019, an increase of $3.2 million or 7% from the comparable prior year period. This increase was principally the result of higher volume of ATM and purchase transactions initiated by our account holders and higher merchant acquiring costs associated with peer-to-peer payment activity on our mobile-only accounts by our cardholders within our Account Services segment. The year-over-year increase was also attributable to the growth in disbursement transactions processed by our Simply Paid platform within our Processing and Settlement Services segment.

*Other General and Administrative Expenses* — Other general and administrative expenses totaled $47.3 million for the three months ended March 31, 2019, an increase of $3.6 million or 8%, from the comparable prior year period. Other general and administrative expenses increased principally due to higher depreciation and amortization of property and equipment of $2.0 million and higher professional service expenses of $1.0 million compared with the prior year period.

### Income Tax Expense

The following table presents a breakdown of our effective tax rate among federal, state, and other:

|  | Three Months Ended March 31, | |
|---|---|---|
|  | 2019 | 2018 |
| U.S. federal statutory tax rate | 21.0 % | 21.0 % |
| State income taxes, net of federal tax benefit | 1.6 | 0.9 |
| General business credits | (1.4) | (0.6) |
| Employee stock-based compensation | (3.9) | (10.0) |
| IRC 162(m) limitation | 2.4 | 1.5 |
| Other | 0.2 | 0.1 |
| Effective tax rate | 19.9 % | 12.9 % |

We recognized a $15.9 million income tax expense for the three months ended March 31, 2019 compared to a $10.4 million income tax expense for the comparable prior year period, resulting in an effective tax rate of 19.9% and 12.9%, respectively. The increase in effective tax rate for the three months ended March 31, 2019, as compared to the same period in 2018 was primarily due to a lower benefit from the recognition of excess tax benefits of stock-based compensation and additional expenses related to state taxes, net of federal tax benefits.

The "Other" category in our effective tax rate consists of a variety of permanent differences, none of which were individually significant.

### Liquidity and Capital Resources

The following table summarizes our major sources and uses of cash for the periods presented:

|  | Three Months Ended March 31, | | | |
|---|---|---|---|---|
|  | 2019 | | 2018 | |
|  | (In thousands) | | | |
| Total cash provided by (used in) | | | | |
| Operating activities | $ | 115,385 | $ | 88,869 |
| Investing activities | | (40,291) | | (10,503) |
| Financing activities | | 510,513 | | 266,284 |
| Increase in unrestricted cash, cash equivalents and restricted cash | $ | 585,607 | $ | 344,650 |

For the three months ended March 31, 2019 and 2018, we financed our operations primarily through our cash flows generated from operations and customer funds held on deposit. As of March 31, 2019, our primary source of liquidity was unrestricted cash and cash equivalents totaling $1.7 billion. We also consider our $225.6 million of available-for-sale investment securities to be highly-liquid instruments.

We use trend and variance analysis as well as our detailed budgets and forecasts to project future cash needs, making adjustments to the projections when needed. We believe that our current unrestricted cash and cash equivalents

31

and cash flows from operations will be sufficient to meet our working capital, capital expenditure and debt service requirements, as discussed below.

### Cash Flows from Operating Activities

Our $115.4 million of net cash provided by operating activities during the three months ended March 31, 2019 was primarily the result of $64.0 million of net income, adjusted for certain non-cash operating items of $34.8 million and increases in net changes in our working capital assets and liabilities of $16.5 million. Our $88.9 million of net cash provided by operating activities during the three months ended March 31, 2018 was primarily the result of $70.0 million of net income, adjusted for certain non-cash operating items of $27.2 million and decreases in net changes in our working capital assets and liabilities of $8.4 million.

### Cash Flows from Investing Activities

Our $40.3 million of net cash used in investing activities during the three months ended March 31, 2019 was due to the purchase of available-for-sale investment securities, net of proceeds from sales and maturities, of $22.7 million and the acquisition of property and equipment of $19.3 million. Our $10.5 million of net cash used in investing activities during the three months ended March 31, 2018 was due to the acquisition of property and equipment of $13.4 million, offset by proceeds from available-for-sale investment securities, net of purchases, sales and maturities, of $4.0 million.

### Cash Flows from Financing Activities

Our $510.5 million of net cash provided from financing activities during the three months ended March 31, 2019 was primarily the result of a net increase in customer deposits of $621.0 million, offset by the $60.0 million voluntary prepayment of our note payable, a net decrease of $39.4 million in obligations to customers and $11.8 million in tax payments made to net settle equity awards. Our $266.3 million of net cash provided from financing activities during the three months ended March 31, 2018 was primarily the result of an increase of $271.1 million in customer deposits and $9.1 million in obligations to customers, offset by $15.9 million in tax payments made to net settle equity awards, and $5.6 million in repayments of our notes payable.

## Commitments

We anticipate that we will continue to purchase property and equipment as necessary in the normal course of our business. The amount and timing of these purchases and the related cash outflows in future periods is difficult to predict and is dependent on a number of factors including the hiring of employees, the rate of change of computer hardware and software used in our business and our business outlook. We intend to continue to invest in new products and programs, new features for our existing products and IT infrastructure to scale and operate effectively to meet our strategic objectives. We expect these capital expenditures will exceed the amount of our capital expenditures in 2018 as we reinvest a portion of the incremental cash flow we expect to generate from operations.

We have used cash to acquire businesses and technologies and we anticipate that we may continue to do so in the future. The nature of these transactions makes it difficult to predict the amount and timing of such cash requirements. We may also be required to raise additional financing to complete future acquisitions. On February 28, 2017, we completed our acquisition of all the membership interests of UniRush, which included a minimum $4 million annual earn-out payment for five years following the closing. The earn-out payments will be made each year, with the minimum payment potentially becoming greater if certain revenue growth targets for the RushCard GPR card program are met in a given year, although any potential increase is not expected to be material to the overall purchase price.

Additionally, we may make periodic cash contributions to our subsidiary bank, Green Dot Bank, to maintain its capital, leverage and other financial commitments at levels we have agreed to with our regulators.

*Senior Credit Facility*

In October 2014, we entered into a $225 million credit agreement with Bank of America, N.A., as administrative agent, Wells Fargo Bank, National Association, and other lenders party thereto. The agreement provided for (i) a $75 million five-year revolving facility (the "Revolving Facility") and (ii) a five-year $150 million term loan facility (the "Term Facility" and, together with the Revolving Facility, the "Senior Credit Facility"). Quarterly principal payments of $5.6 million were payable on the loans under the Term Facility and all amounts then outstanding thereunder are payable at maturity on October 23, 2019. In March 2019, we elected to make a voluntary prepayment of $60.0 million to retire our Term Facility without penalty or additional premium. The Revolving Facility remains available for use until October 2019. As a result, the balance outstanding on the Term Facility was $0 and $58.7 million at March 31, 2019 and December 31, 2018, respectively, net of deferred financing fees. There were no borrowings outstanding on our Revolving Facility at March 31, 2019.

32

Table of Contents

We are also subject to certain financial covenants, which include maintaining a minimum fixed charge coverage ratio and a maximum consolidated leverage ratio at the end of each fiscal quarter, as defined in the agreement, as amended. At March 31, 2019, we were in compliance with all such covenants.

*Stock Repurchase Program*

In previous years, we have repurchased shares of our Class A Common Stock under an authorized stock repurchase program. In May 2017, our Board of Directors authorized, subject to regulatory approval, expansion of our stock repurchase program by an additional $150 million. Management and our Board of Directors periodically review opportunities for responsible and prudent capital allocation, including share repurchases and investing capital to support our strategic initiatives. Any stock repurchases and certain other uses of capital are subject to regulatory approval and compliance with our internal and regulatory capital and liquidity requirements.

## Contractual Obligations

There have been no material changes in our contractual obligations disclosed in Management's Discussion and Analysis of Financial Condition and Results of Operations included in our Annual Report on Form 10-K for the year ended December 31, 2018.

## Off-Balance Sheet Arrangements

As of and for the three months ended March 31, 2019 and 2018, we did not have any relationships with unconsolidated organizations or financial partnerships, such as structured finance or special purpose entities that would have been established for the purpose of facilitating off-balance sheet arrangements or other contractually narrow or limited purposes.

## Capital Requirements for Bank Holding Companies

Our subsidiary bank, Green Dot Bank, is a member bank of the Federal Reserve System and our primary regulators are the Federal Reserve Board and the Utah Department of Financial Institutions. We are subject to various regulatory capital requirements administered by the banking agencies. Failure to meet minimum capital requirements can initiate certain mandatory actions by regulators that, if undertaken, could have a direct material effect on our financial statements. Under capital adequacy guidelines, we must meet specific capital guidelines that involve quantitative measures of the assets, liabilities and certain off-balance sheet items as calculated under regulatory accounting practices. The capital amounts and classification are also subject to qualitative judgments by the regulators about components, risk weightings and other factors.

In July 2013, the Federal Reserve and other U.S. banking regulators approved final rules regarding new risk-based capital, leverage and liquidity standards, known as "Basel III." The Basel III rules, which became effective for us and our bank on January 1, 2015, are subject to certain phase-in periods that occur over several years. The U.S. Basel III rules contain new capital standards that change the composition of capital, increase minimum capital ratios and strengthen counter-party credit risk capital requirements. The Basel III rules also include a new definition of common equity Tier 1 capital and require that certain levels of such common equity Tier 1 capital be maintained. The rules also include a new capital conservation buffer, which imposes a common equity requirement above the new minimum that can be depleted under stress and could result in restrictions on capital distributions and discretionary bonuses under certain circumstances, as well as a new standardized approach for calculating risk-weighted assets. Under the Basel III rules, we must maintain a ratio of common equity Tier 1 capital to risk-weighted assets of at least 4.5%, a ratio of Tier 1 capital to risk-weighted assets of at least 6%, a ratio of total capital to risk-weighted assets of at least 8% and a minimum Tier 1 leverage ratio of 4.0%.

As of March 31, 2019 and December 31, 2018, we were categorized as "well capitalized" under the regulatory framework for prompt corrective action. To be categorized as "well capitalized," we must maintain specific total risk-based, Tier 1 risk-based and Tier 1 leverage ratios as set forth in the table below. There are no conditions or events since March 31, 2019 which management believes would have changed our category as "well capitalized."

Table of Contents

The definitions associated with the amounts and ratios below are as follows:

| Ratio | Definition |
|---|---|
| Tier 1 leverage ratio | Tier 1 capital divided by average total assets |
| Common equity Tier 1 capital ratio | Common equity Tier 1 capital divided by risk-weighted assets |
| Tier 1 capital ratio | Tier 1 capital divided by risk-weighted assets |
| Total risk-based capital ratio | Total capital divided by risk-weighted assets |

| Terms | Definition |
|---|---|
| Tier 1 capital and Common equity Tier 1 capital | Primarily includes common stock, retained earnings and accumulated OCI, net of deductions and adjustments primarily related to goodwill, deferred tax assets and intangibles. Under the regulatory capital rules, certain deductions and adjustments to these capital figures are phased in through January 1, 2018. |
| Total capital | Tier 1 capital plus supplemental capital items such as the allowance for loan losses, subject to certain limits |
| Average total assets | Average total consolidated assets during the period less deductions and adjustments primarily related to goodwill, deferred tax assets and intangibles assets |
| Risk-weighted assets | Represents the amount of assets or exposure multiplied by the standardized risk weight (%) associated with that type of asset or exposure. The standardized risk weights are prescribed in the bank capital rules and reflect regulatory judgment regarding the riskiness of a type of asset or exposure |

The actual amounts and ratios, and required "well capitalized" minimum capital amounts and ratios at March 31, 2019 and December 31, 2018 were as follows:

| | March 31, 2019 | | | |
|---|---|---|---|---|
| | Amount | Ratio | Regulatory Minimum | "Well-capitalized" Minimum |
| | (In thousands, except ratios) | | | |
| **Green Dot Corporation:** | | | | |
| Tier 1 leverage | $ 429,552 | 20.2% | 4.0% | n/a |
| Common equity Tier 1 capital | $ 429,552 | 73.1% | 4.5% | n/a |
| Tier 1 capital | $ 429,552 | 73.1% | 6.0% | 6.0% |
| Total risk-based capital | $ 434,135 | 73.9% | 8.0% | 10.0% |
| **Green Dot Bank:** | | | | |
| Tier 1 leverage | $ 188,969 | 10.0% | 4.0% | 5.0% |
| Common equity Tier 1 capital | $ 188,969 | 54.4% | 4.5% | 6.5% |
| Tier 1 capital | $ 188,969 | 54.4% | 6.0% | 8.0% |
| Total risk-based capital | $ 190,159 | 54.7% | 8.0% | 10.0% |

| | December 31, 2018 | | | |
|---|---|---|---|---|
| | Amount | Ratio | Regulatory Minimum | "Well-capitalized" Minimum |
| | (In thousands, except ratios) | | | |
| **Green Dot Corporation:** | | | | |
| Tier 1 leverage | $ 353,047 | 20.1% | 4.0% | n/a |
| Common equity Tier 1 capital | $ 353,047 | 88.8% | 4.5% | n/a |
| Tier 1 capital | $ 353,047 | 88.8% | 6.0% | 6.0% |
| Total risk-based capital | $ 357,092 | 89.8% | 8.0% | 10.0% |

**Green Dot Bank:**

| | | | | | |
|---|---|---|---|---|---|
| Tier 1 leverage | $ | 172,518 | 11.7% | 4.0% | 5.0% |
| Common equity Tier 1 capital | $ | 172,518 | 100.8% | 4.5% | 6.5% |
| Tier 1 capital | $ | 172,518 | 100.8% | 6.0% | 8.0% |
| Total risk-based capital | $ | 173,838 | 101.5% | 8.0% | 10.0% |

34

Case 2:19-cv-10701-FLA-E    Document 157-1    Filed 04/25/25    Page 90 of 115   Page ID #:5048

**Green Dot Bank:**

| | | | | | |
|---|---|---|---|---|---|
| Tier 1 leverage | $ | 172,518 | 11.7% | 4.0% | 5.0% |

**ITEM 3. Quantitative and Qualitative Disclosures about Market Risk**

Market risk is the potential for economic losses from changes in market factors such as foreign currency exchange rates, credit, interest rates and equity prices. We believe that we have limited exposure to risks associated with changes in foreign currency exchange rates, interest rates and equity prices. We have no significant foreign operations. We do not hold or enter into derivatives or other financial instruments for trading or speculative purposes.

*Interest rates*

While operating net interest income has become a more meaningful component to our consolidated operating results, we do not consider our cash and cash equivalents or our investment securities to be subject to material interest rate risk due to their short duration.

As of March 31, 2019, we have repaid all debt outstanding under our $225.0 million credit agreement. Refer to *Note 9 — Note Payable* to the Consolidated Financial Statements included herein for additional information. Our revolving credit facility that remains available for use under the credit agreement is and is expected to be, at variable rates of interest and expose us to interest rate risk. If interest rates increase, our debt service obligations on the variable rate indebtedness would increase even though the amount borrowed remained the same, and our net income would decrease. Although any short-term borrowings under our revolving credit facility would likely be insensitive to interest rate changes, interest expense on short-term borrowings will increase and decrease with changes in the underlying short-term interest rates. For example, assuming our revolving facility is drawn up to its maximum borrowing capacity of $75.0 million, based on the applicable LIBOR and margin in effect as of March 31, 2019, each quarter point of change in interest rates would result in a $0.2 million change in our annual interest expense.

We actively monitor our interest rate exposure and our objective is to reduce, where we deem appropriate to do so, fluctuations in earnings and cash flows associated with changes in interest rates. In order to accomplish this objective, we may enter into derivative financial instruments, such as forward contracts and interest rate hedge contracts only to the extent necessary to manage our exposure. We do not hold or enter into derivatives or other financial instruments for trading or speculative purposes.

*Credit and liquidity risk*

We do have exposure to credit and liquidity risk associated with the financial institutions that hold our cash and cash equivalents, restricted cash, available-for-sale investment securities, settlement assets due from our Simply Paid distribution partners and retail distributors that collect funds and fees from our customers and amounts due from our issuing banks for fees collected on our behalf.

We manage the credit and liquidity risk associated with our cash and cash equivalents, available-for-sale investment securities and amounts due from issuing banks by maintaining an investment policy that restricts our correspondent banking relationships to approved, well capitalized institutions and restricts investments to highly liquid, low credit risk assets. Our policy has limits related to liquidity ratios, the concentration that we may have with a single institution or issuer and effective maturity dates as well as restrictions on the type of assets that we may invest in. The management Asset Liability Committee is responsible for monitoring compliance with our Capital Asset Liability Management policy and related limits on an ongoing basis and reports regularly to the risk committee of our board of directors.

Our exposure to credit risk associated with our retail distributors and Simply Paid distribution partners is mitigated due to the short time period, currently an average of two days, that retailer settlement assets are outstanding. We perform an initial credit review and assign a credit limit to each new retail distributor and Simply Paid distribution partner. We monitor each retail distributor's and Simply Paid distribution partner's settlement asset exposure and its compliance with its specified contractual settlement terms on a daily basis and assess their credit limit and financial condition on a periodic basis. Our management's Enterprise Risk Management Committee is responsible for monitoring our retail distributor and Simply Paid distribution partner exposure and assigning credit limits and reports regularly to the risk committee of our board of directors.

Table of Contents

**ITEM 4. Controls and Procedures**

*Disclosure controls and procedures* — Our management, with the participation of our Chief Executive Officer and Chief Financial Officer, has evaluated the effectiveness of our disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 13d-15(e)) at the end of the period covered by this report. Based on such evaluation of our disclosure controls and procedures, our Chief Executive Officer and Chief Financial Officer have concluded that, at the end of such period, our disclosure controls and procedures were effective to ensure that information required to be disclosed by us in reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate, to allow timely decisions regarding required disclosure.

*Change in internal control over financial reporting* — There was no material change in our internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) during the three months ended March 31, 2019 that has materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

*Limitations on Effectiveness of Controls* — Our management, including our Chief Executive Officer and Chief Financial Officer, does not expect that our disclosure controls and procedures or our internal controls will prevent all errors and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within our company have been detected.

36

Table of Contents

**PART II**

## ITEM 1. Legal Proceedings

Refer to *Note 16 — Commitments and Contingencies* to the Consolidated Financial Statements included herein for information regarding our legal proceedings.

## ITEM 1A. Risk Factors

### Risks Related to Our Business

***Our operating results may fluctuate in the future, which could cause our stock price to decline.***

Our quarterly and annual results of operations may fluctuate in the future as a result of a variety of factors, many of which are outside of our control. If our results of operations fall below the expectations of investors or any securities analysts who follow our Class A common stock, the trading price of our Class A common stock could decline substantially. Fluctuations in our quarterly or annual results of operations might result from a number of factors, including, but not limited to:

- the timing and volume of purchases and use of our products and services;

- the timing and volume of tax refunds processed by us, including the impact of any general delays in tax refund disbursements from the U.S. and State Treasuries;

- the timing and success of new product or service introductions by us or our competitors;

- seasonality in the purchase or use of our products and services;

- changes in the level of interchange rates that can be charged;

- fluctuations in customer retention rates;

- changes in the mix of products and services that we sell;

- changes in the mix of retail distributors through which we sell our products and services;

- the timing of commencement, renegotiation or termination of relationships with significant retail distributors and BaaS platform partners;

- the timing of commencement of new product development and initiatives, the timing of costs of existing product roll-outs and the length of time we must invest in those new products, channels or retail distributors before they generate material operating revenues;

- our ability to effectively sell our products through direct-to-consumer initiatives;

- changes in our or our competitors' pricing policies or sales terms;

- costs associated with significant changes in our risk policies and controls;

- the amount and timing of costs related to fraud losses;

- the amount and timing of commencement and termination of major advertising campaigns, including sponsorships;

- the amount and timing of costs related to the acquisition of complementary businesses;

- the amount and timing of costs of any major litigation to which we are a party;

- disruptions in the performance of our products and services, including interruptions in the services we provide to other businesses, and the associated financial impact thereof;

- the amount and timing of capital expenditures and operating costs related to the maintenance and expansion of our business, operations and infrastructure;

- continued low interest rate environment or interest rate volatility;

- accounting charges related to impairment of goodwill and other intangible assets;

- our ability to control costs, including third-party service provider costs and sales and marketing expenses in an increasingly competitive market;

37

Table of Contents

- volatility in the trading price of our Class A common stock, which may lead to higher or lower stock-based compensation expenses; and

- changes in the political or regulatory environment affecting the banking, electronic payments or tax refund processing industries.

***The loss of operating revenues from Walmart or any of our largest retail distributors would adversely affect our business.***

A significant portion of our operating revenues are derived from the products and services sold at our four largest retail distributors. As a percentage of total operating revenues, operating revenues derived from products and services sold at the store locations of Walmart was approximately 30% for the three months ended March 31, 2019. We expect that Walmart will continue to have a significant impact on our operating revenues in future periods, particularly in our Account Services segment. It would be difficult to replace Walmart and the operating revenues derived from products and services sold at their stores. Accordingly, the loss of Walmart would have a material adverse effect on our business and results of operations. In addition, any publicity associated with the loss of any of our large retail distributors could harm our reputation, making it more difficult to attract and retain consumers and other retail distributors, and could lessen our negotiating power with our remaining and prospective retail distributors.

The term of our Walmart Money Card agreement (which governs the MoneyCard program) expires on May 1, 2020, unless renewed under its automatic renewal provision which provides for a two-year extension. Our contracts with our three other largest retail distributors have terms that expire at various dates through 2021. Our contracts with Walmart and our three other largest retail distributors can in limited circumstances, such as our material breach or insolvency or, in the case of Walmart, our failure to meet agreed-upon service levels, certain changes in control, and our inability or unwillingness to agree to requested pricing changes, be terminated by these retail distributors on relatively short notice. There can be no assurance that we will be able to continue our relationships with our largest retail distributors on the same or more favorable terms in future periods or that our relationships will continue beyond the terms of our existing contracts with them. Our operating revenues and results of operations could suffer if, among other things, any of our retail distributors renegotiates, terminates or fails to renew, or to renew on similar or favorable terms, its agreement with us or otherwise chooses to modify the level of support it provides for our products.

***Our base of tax preparation partners is concentrated and the performance of our Processing and Settlement Services segment depends in part on our ability to retain existing partners.***

If one or more of our major tax preparation partners were to substantially reduce or stop offering our services to their customers, our tax refund processing services business, a component of our Processing and Settlement Services segment, results of operations and financial condition would be harmed. Substantially all the revenues we generate from our tax refund processing services business have come from sales through a relatively small number of tax preparation firms. We do not have long-term contractual commitments from any of our current tax preparation partners and our tax preparation partners may elect to not renew their contracts with us with little or no advance notice. As a result, we cannot be assured that any of our current tax preparation partners will continue to partner with us past the terms in their current agreements. A termination of our relationships with certain tax preparation partners that provide commercial tax preparation software would result in lost revenue and the loss of the ability to secure future relationships with new or existing tax preparation firms that use such tax software.

***Our future success depends upon the active and effective promotion of our products and services by retail distributors and tax preparation partners, but their interests and operational decisions might not always align with our interests.***

Most of our operating revenues are derived from our products and services sold at the stores of our retail distributors. In addition, a large portion of our Processing and Settlement Services revenues are dependent on tax preparation partners as the revenues we generate from our tax refund processing services are largely derived from products and services sold through retail tax preparation businesses and income tax software providers. Revenues from our retail distributors and tax preparation partners depend on a number of factors outside our control and may vary from period to period. Because we compete with many other providers of products and services, including competing prepaid cards and tax refund processing services, for placement and promotion of products in the stores of our retail distributors or in conjunction with the delivery of tax preparation services by our tax preparation providers, our success depends on our retail distributors and tax preparation partners and their willingness to promote our products and services successfully. In general, our contracts with these third parties allow them to exercise significant discretion over the placement and promotion of our products and services; they could give higher priority to the products and services of other companies for a variety of reasons. Accordingly, losing the support of our retail distributors and tax preparation partners might limit or reduce the sales of our

products and services. Our operating revenues and operating expenses may also be negatively affected by operational decisions by our retail distributors and tax preparation partners. For

38

Table of Contents

example, if a retail distributor reduces shelf space for our products or implements changes in its systems that disrupt the integration between its systems and ours, our product sales could be reduced or decline and we may incur additional merchandising costs to ensure our products are appropriately stocked. Similarly, for a variety of reasons, many of our tax preparation partners that provide commercial income tax preparation software offer their customers several types for tax refund processing services, including those of our competitors. Even if our retail distributors and tax preparation partners actively and effectively promote our products and services, there can be no assurance that their efforts will maintain or result in growth of our operating revenues.

### We make significant investments in products and services that may not be successful.

Our prospects for growth depend on our ability to innovate by offering new, and adding value to our existing, product and service offerings and on our ability to effectively commercialize such innovations. We will continue to make investments in research, development, and marketing for new products and services. Investments in new products and services are speculative. Commercial success depends on many factors, including innovativeness, price, the competitive environment and effective distribution and marketing. If customers do not perceive our new offerings as providing significant value, they may fail to accept our new products and services, which would negatively impact our operating revenues. We may not achieve significant operating revenues from new product and service investments for a number of years, if at all. Moreover, new products and services may not be profitable, and even if they are profitable, operating margins for new products and services may not be as high as the margins we have experienced in the past.

### Future revenue growth depends on our ability to retain and attract new long-term users of our products.

Our ability to increase account usage and account holder retention and to attract new long-term users of our products can have a significant impact on our operating revenues. We may be unable to generate increases in account usage, account holder retention or attract new long-term users of our products for a number of reasons, including if we are unable to maintain our existing distribution channels, predict accurately consumer preferences or industry changes and modify our products and services on a timely basis in response thereto, produce new features and services that appeal to existing and prospective customers, and influence account holder behavior through cardholder retention and usage incentives. Our results of operations could vary materially from period to period based on the degree to which we are successful in increasing usage and retention and attracting long-term users of our products.

### Seasonal fluctuations in the use of our products and services impact our results of operations and cash flows.

Our results of operations and cash flows vary from quarter to quarter, and periodically decline, due to the seasonal nature of the use of our products and services. For example, our results of operations for the first half of each year have been favorably affected by large numbers of taxpayers electing to receive their tax refunds via direct deposit on our accounts, which caused our operating revenues to be typically higher in the first half of those years than they were in the corresponding second half of those years. Our tax refund processing services business is also highly seasonal as it generates the substantial majority of its revenue in the first quarter, and substantially all of its revenue in the first half of each calendar year. To the extent that seasonal fluctuations become more pronounced, or are not offset by other factors, our results of operations and cash flows from operating activities could fluctuate materially from period to period.

### The industries in which we compete are highly competitive, which could adversely affect our results of operations.

The industries in which we compete are highly competitive and subject to rapid and significant changes. We compete against companies and financial institutions across the retail banking, financial services, transaction processing, consumer technology and financial technology services industries and may compete with others in the market who may in the future provide offerings similar to ours, particularly vendors who may provide program management and other services though a platform similar to our BaaS platform. These and other competitors in the banking and electronic payments industries are introducing innovative products and services that may compete with ours. We expect that this competition will continue as banking and electronic payments industries continue to evolve, particularly if non-traditional payments processors and other parties gain greater market share in these industries. If we are unable to differentiate our products and platform from and successfully compete with those of our competitors, our business, results of operations and financial condition will be materially and adversely affected.

Many existing and potential competitors are entities substantially larger in size, more highly diversified in revenue and substantially more established with significantly more broadly known brand awareness than ours. As such, many of our competitors can leverage their size, robust networks, financial wherewithal, brand awareness, pricing power and technological assets to compete with us. Additionally, some of our current and potential competitors are subject

Table of Contents

to fewer regulations and restrictions than we are and thus may be able to respond more quickly in the face of regulatory and technological changes. We could also experience increased price competition as a result of new entrants offering free or low-cost alternatives to our products and services. If this happens, we expect that the purchase and use of our products and services would decline. If price competition materially intensifies, we may have to increase the incentives that we offer to our retail distributors and our tax preparation partners and decrease the prices of our products and services, any of which would likely adversely affect our results of operations.

Our long-term success depends on our ability to compete effectively against existing and potential competitors that seek to provide banking and electronic payment products and services or tax refund processing services. If we fail to compete effectively against these competitors, our revenues, results of operations, prospects for future growth and overall business could be materially and adversely affected.

***Our business is dependent on the efficient and uninterrupted operation of computer network systems and data centers, including third party systems, and any disruption in the operations of these systems and data centers could materially and adversely affect our business.***

Our ability to provide reliable service to customers and other network participants depends on the efficient and uninterrupted operation of our computer network systems and data centers as well as those of our retail distributors, network acceptance members and third-party processors. Our business involves the movement of large sums of money, processing of large numbers of transactions and management of the data necessary to do both. Our success in our account programs, including our BaaS programs, as well as our processing and settlement services, depends upon the efficient and error-free handling of the money that is collected, remitted or deposited in connection with the provision of our products and services. We rely on the ability of our employees, systems and processes and those of the banks that issue our cards, our retail distributors, tax refund preparation partners, other business partners and third-party processors to process and facilitate these transactions in an efficient, uninterrupted and error-free manner. Their failure to do so could materially and adversely impact our operating revenues and results of operations, particularly during the tax season, when we derive substantially all of operating revenues for our tax refund processing services and a significant portion of our other operating revenues.

Our systems and the systems of third-party processors are susceptible to outages and interruptions due to fire, natural disaster, power loss, telecommunications failures, software or hardware defects, terrorist attacks and similar events. We use both internally developed and third-party systems, including cloud computing and storage systems, for our services and certain aspects of transaction processing. Interruptions in our service may result for a number of reasons. For example, the data center hosting facilities that we use could be closed without adequate notice or suffer unanticipated problems resulting in lengthy interruptions in our service. Moreover, as we continue to add data centers and add capacity in our existing data centers, we could experience problems transferring customer accounts and data, impairing the delivery of our service.

Any damage to, or failure of, our processes or systems generally, or those of our vendors (including as a result of disruptions at our third-party data center hosting facilities and cloud providers), or an improper action by our employees, agents or third-party vendors, could result in interruptions in our service, causing customers, retail distributors and other partners to become dissatisfied with our products and services or obligate us to issue credits or pay fines or other penalties to them. Sustained or repeated process or system failures could reduce the attractiveness of our products and services, including our BaaS platform, and result in contract terminations, thereby reducing operating revenue and harming our results of operations. Further, negative publicity arising from these types of disruptions could be damaging to our reputation and may adversely impact use of our products and services, including our BaaS platform, and adversely affect our ability to attract new customers and business partners. Additionally, some of our contracts with retail distributors, including our contract with Walmart, contain service level standards pertaining to the operation of our systems, and provide the retail distributor with the right to collect damages and potentially to terminate its contract with us for system downtime exceeding stated limits. If we face system interruptions or failures, our business interruption insurance may not be adequate to cover the losses or damages that we incur.

***If we are unable to keep pace with the rapid technological developments in our industry and the larger electronic payments industry necessary to continue providing our BaaS platform partners and cardholders with new and innovative products and services, the use of our cards and other products and services could decline.***

The electronic payments industry is subject to rapid and significant technological changes. We cannot predict the effect of technological changes on our business. We rely in part on third parties for the development of, and access to, new technologies. We expect that new services and technologies applicable to our industry will continue to emerge, and these new services and technologies may be superior to, or render obsolete, the technologies we currently utilize in our products and services. Additionally, we may make future investments in, or enter into strategic alliances to

Table of Contents

develop, new technologies and services or to implement infrastructure change to further our strategic objectives, strengthen our existing businesses and remain competitive. However, our ability to transition to new services and technologies that we develop may be inhibited by a lack of industry-wide standards, by resistance from our retail distributors, BaaS platform partners, third-party processors or consumers to these changes, or by the intellectual property rights of third parties. Our future success will depend, in part, on our ability to develop new technologies and adapt to technological changes and evolving industry standards. These initiatives are inherently risky, and they may not be successful or may have an adverse effect on our business, financial condition and results of operations.

***Fraudulent and other illegal activity involving our products and services could lead to reputational damage to us, reduce the use and acceptance of our cards and reload network, reduce the use of our tax refund processing services, and may adversely affect our financial position and results of operations.***

Criminals are using increasingly sophisticated methods to engage in illegal activities using deposit account products (including prepaid cards), reload products, or customer information. Illegal activities involving our products and services often include malicious social engineering schemes. Illegal activities may also include fraudulent payment or refund schemes and identity theft. We rely upon third parties for transaction processing services, which subjects us and our customers to risks related to the vulnerabilities of those third parties. A single significant incident of fraud, or increases in the overall level of fraud, involving our cards and other products and services, have in the past and could in the future result in reputational damage to us. Such damage could reduce the use and acceptance of our cards and other products and services, cause retail distributors to cease doing business with us or lead to greater regulation that would increase our compliance costs. Fraudulent activity could also result in the imposition of regulatory sanctions, including significant monetary fines, which could adversely affect our business, results of operations and financial condition.

In addition, to address the challenges we face with respect to fraudulent activity, we have implemented risk control mechanisms that have made it more difficult for all customers, including legitimate customers, to obtain and use our products and services. We believe it is likely that our risk control mechanisms may continue to adversely affect our new card activations for the foreseeable future and that our operating revenues will be negatively impacted as a result.

***As a bank holding company, we are subject to extensive and potentially changing regulation and may be required to serve as a source of strength for Green Dot Bank, which may adversely affect our business, financial position and results of operations.***

As a bank holding company, we are subject to comprehensive supervision and examination by the Federal Reserve Board and the State of Utah Department of Financial Institutions and must comply with applicable regulations and other commitments we have agreed to, including financial commitments in respect to minimum capital and leverage requirements. If we fail to comply with any of these requirements, we may become subject to formal or informal enforcement actions, proceedings, or investigations, which could result in regulatory orders, restrictions on our business operations or requirements to take corrective actions, which may, individually or in the aggregate, affect our results of operations and restrict our ability to grow. If we fail to comply with the applicable capital and leverage requirements, or if our subsidiary bank fails to comply with its applicable capital and leverage commitments, the Federal Reserve Board may limit our ability to pay dividends or fund stock repurchases, or if we become less than adequately capitalized, require us to raise additional capital. In addition, as a bank holding company and a financial holding company, we are generally prohibited from engaging, directly or indirectly, in any activities other than those permissible for bank holding companies and financial holding companies. This restriction might limit our ability to pursue future business opportunities which we might otherwise consider but which might fall outside the scope of permissible activities.

***A substantial portion of Green Dot Bank's deposit liabilities are currently classified as brokered deposits, and the failure by Green Dot Bank to maintain its status as a "well-capitalized" institution could have a serious adverse effect on Green Dot Bank's ability to conduct key portions of its current deposit-taking activity.***

In January 2015, the FDIC published industry guidance in the form of Frequently Asked Questions ("FAQs") with respect to, among other things, the categorization of deposit liabilities as "brokered" deposits. This guidance was later supplemented in November 2015 and June 2016. Based on this guidance, a vast majority of Green Dot Bank's deposits are currently classified as brokered. If Green Dot Bank ceases to be categorized as "well capitalized" under banking regulations, it could be prohibited from accepting, renewing or rolling over brokered deposits without the consent of the FDIC. In such a case, the FDIC's refusal to grant consent to our accepting, renewing or rolling over brokered deposits could materially adversely affect the financial condition and operations of Green Dot Bank and the Company and could effectively restrict the ability of Green Dot Bank to operate its business lines as presently conducted.

Table of Contents

***We operate in a highly regulated environment, and failure by us, the banks that issue our cards, the businesses that participate in our reload network, the banks that assist with our tax refund processing services, and our tax preparation partners to comply with applicable laws and regulations could have an adverse effect on our business, financial position and results of operations.***

We operate in a highly regulated environment, and failure by us, the banks that issue our cards or the businesses that participate in our reload network or other business partners to comply with the laws and regulations to which we are subject could negatively impact our business. We are subject to state money transmission licensing requirements and a wide range of federal and other state laws and regulations. In particular, our products and services are subject to an increasingly strict set of legal and regulatory requirements intended to protect consumers and to help detect and prevent money laundering, terrorist financing and other illicit activities. For example, we are subject to the anti-money laundering reporting and recordkeeping requirements the Bank Secrecy Act ("BSA"), as amended by the PATRIOT Act. In addition, legal requirements relating to the collection, storage, handling, use, disclosure, transfer, and security of personal data continue to increase, along with enforcement actions and investigations by regulatory authorities related to data security incidents and privacy violations.

Many of these laws and regulations are evolving, can be unclear and inconsistent across various jurisdictions, and ensuring compliance with them is difficult and costly. Failure by us or those businesses to comply with the laws and regulations to which we are or may become subject could result in fines, penalties or limitations on our ability to conduct our business, or federal or state actions, any of which could significantly harm our reputation with consumers, banks that issue our cards and regulators, and could materially and adversely affect our business, operating results and financial condition.

***Changes in laws and regulations to which we are subject, or to which we may become subject, may increase our costs of operation, decrease our operating revenues and disrupt our business.***

The banking, financial technology, transaction processing and tax refund processing services industries are highly regulated and, from time to time, the federal and state laws and regulations affecting these industries, and the manner in which they are interpreted, are subject to change and legal action. Accordingly, changes in laws and regulations or the interpretation or enforcement thereof may occur that could increase our compliance and other costs of doing business, require significant systems redevelopment, or render our products or services less profitable or obsolete, any of which could have an adverse effect on our results of operations. For example, we could face more stringent anti-money laundering rules and regulations, as well as more stringent licensing rules and regulations, compliance with which could be expensive and time consuming. In addition, adverse rulings relating to the industries in which we participate could cause our products and services to be subject to additional laws and regulations, which could make our products and services less profitable.

If additional regulatory requirements were imposed on the sale of our products and services and our bank, the requirements could lead to a loss of retail distributors, tax preparation partners or other business partners, which, in turn, could materially and adversely impact our operations. Moreover, if our products are adversely impacted by the interpretation or enforcement of these regulations or we or any of our retail distributors or tax preparation partners were unwilling or unable to make any such operational changes to comply with the interpretation or enforcement thereof, we would no longer be able to sell our products and services through that noncompliant retail distributor or tax preparation partner, which could have a material adverse effect on our business, financial position and results of operations.

From time to time, federal and state legislators and regulatory authorities, including state attorneys general, increase their focus on the banking, consumer financial services and tax preparation industries and may propose and adopt new legislation that could result in significant adverse changes in the regulatory landscape for financial institutions and financial services companies.

If new regulations or laws result in changes in the way we are regulated, these regulations could expose us to increased regulatory oversight, more burdensome regulation of our business, and increased litigation risk, each of which could increase our costs and decrease our operating revenues. Furthermore, limitations placed on fees we charge or the disclosures that must be provided with respect to our products and services could increase our costs and decrease our operating revenues.

42

Table of Contents

***Changes in rules or standards set by the payment networks, such as Visa and MasterCard, or changes in debit network fees or products or interchange rates, could adversely affect our business, financial position and results of operations.***

We are subject to association rules that could subject us to a variety of fines or penalties that may be levied by the card associations or networks for acts or omissions by us or businesses that work with us, including card processors, such as MasterCard PTS. The termination of the card association registrations held by us or any changes in card association or other debit network rules or standards, including interpretation and implementation of existing rules or standards, that increase the cost of doing business or limit our ability to provide our products and services could have an adverse effect on our business, operating results and financial condition. In addition, from time to time, card associations may increase the fees that they charge, which could increase our operating expenses, reduce our profit margin and adversely affect our business, results of operations and financial condition.

Furthermore, a substantial portion of our operating revenues is derived from interchange fees. For the three months ended March 31, 2019, interchange revenues represented 27.2% of our total operating revenues, and we expect interchange revenues to continue to represent a significant percentage of our total operating revenues. The amount of interchange revenues that we earn is highly dependent on the interchange rates that the payment networks set and adjust from time to time.

The enactment of the Dodd-Frank Act required the Federal Reserve Board to implement regulations that have substantially limited interchange fees for many issuers. While the interchange rates that may be earned by us and our subsidiary bank are exempt from the limitations imposed by the Dodd-Frank Act, there can be no assurance that future regulation or changes by the payment networks will not impact our interchange revenues substantially. If interchange rates decline, whether due to actions by the payment networks or future regulation, we would likely need to change our fee structure to offset the loss of interchange revenues. However, our ability to make these changes is limited by the terms of our contracts and other commercial factors, such as price competition. To the extent we increase the pricing of our products and services, we might find it more difficult to acquire consumers and to maintain or grow card usage and customer retention, and we could suffer reputational damage and become subject to greater regulatory scrutiny. We also might have to discontinue certain products or services. As a result, our total operating revenues, operating results, prospects for future growth and overall business could be materially and adversely affected.

***Our actual operating results may differ significantly from our guidance.***

From time to time, we issue guidance in our quarterly earnings conference calls, or otherwise, regarding our future performance that represents our management's estimates as of the date of release. This guidance, which constitutes forward-looking statements, is based upon a number of management's assumptions and estimates that, while presented with numerical specificity, are inherently subject to significant business, economic and competitive uncertainties and contingencies, many of which are beyond our control, and are based upon specific assumptions with respect to future business decisions, some of which will change. While we have stated and we intend to continue to state possible outcomes as high and low ranges that are intended to provide a sensitivity analysis as variables are changed, we can provide no assurances that actual results will not fall outside of the suggested ranges.

The principal reason that we release guidance is to provide a basis for our management to discuss our business outlook with analysts and investors. We do not accept any responsibility for any projections or reports published by any of these persons.

Guidance is necessarily speculative in nature, and it can be expected that some or all of the assumptions underlying the guidance furnished by us will prove to be incorrect or will vary significantly from actual results. For example, on a number of occasions over the last several years we adjusted our revenue guidance when actual results varied from our assumptions. Accordingly, our guidance is only an estimate of what management believes is realizable as of the date of release. Actual results will vary from our guidance and the variations may be material.

Any failure to implement our operating strategy successfully or the occurrence of any of the events or circumstances set forth in this Item 1A could result in our actual operating results being different from our guidance, and such differences may be adverse and material.

***We receive important services from third-party vendors. Replacing them would be difficult and disruptive to our business.***

Some services relating to our business, including fraud management and other customer verification services, transaction processing and settlement, card production, and customer service, are outsourced to third-party vendors. We also depend on third-party banks to assist with our tax refund processing services. It would be difficult to replace some of

our third-party vendors in a timely manner if they were unwilling or unable to provide us with these services during the term of their agreements with us and our business and operations could be adversely affected. In particular,

43

Table of Contents

due to the seasonality in our business, any material service interruptions or service delays with key vendors during the tax season could result in losses that have an even greater adverse effect on that business than would be the case with our overall business.

***Our business could suffer if there is a decline in the use of prepaid cards as a payment mechanism or there are adverse developments with respect to the prepaid financial services industry in general.***

As the prepaid financial services industry evolves, consumers may find prepaid financial services to be less attractive than traditional or other financial services. Consumers might not use prepaid financial services for any number of reasons, including the general perception of our industry, new technologies and a decrease in our distribution partners' willingness to sell these products as a result of a more challenging regulatory environment. If consumers do not continue or increase their usage of prepaid cards, including making changes in the way prepaid cards are loaded, our operating revenues may decline. Any projected growth for the industry may not occur or may occur more slowly than estimated. If consumer acceptance of prepaid financial services does not continue to develop or develops more slowly than expected or if there is a shift in the mix of payment forms, such as cash, credit cards, traditional debit cards and prepaid cards, away from our products and services, it could have a material adverse effect on our financial position and results of operations.

***A data security breach could expose us to liability and protracted and costly litigation, and could adversely affect our reputation and operating revenues.***

We and our retail distributors, tax preparation partners, network acceptance members, third-party processors and the merchants that accept our cards receive, transmit and store confidential customer and other information in connection with the sale and use of our products and services. Our encryption software and the other technologies we use to provide security for storage, processing and transmission of confidential customer and other information may not be effective to protect against data security breaches by third parties. The risk of unauthorized circumvention of our security measures has been heightened by advances in computer capabilities and the increasing sophistication of hackers. Our retail distributors, tax preparation partners, network acceptance members, other business partners, third-party processors and the merchants that accept our cards also may experience similar security breaches involving the receipt, transmission and storage of our confidential customer and other information. Improper access to our or these third parties' systems or databases could result in the theft, publication, deletion or modification of confidential customer and other information.

A data security breach of the systems on which sensitive cardholder or other customer or end-customer data and account information are stored could lead to fraudulent activity involving our products and services, reputational damage and claims or regulatory actions against us. If we are sued in connection with any data security breach, we could be involved in protracted and costly litigation. If unsuccessful in defending that litigation, we might be forced to pay damages and/or change our business practices, any of which could have a material adverse effect on our operating revenues and profitability. We would also likely have to pay (or indemnify the banks that issue our cards for) fines, penalties and/or other assessments imposed by Visa or MasterCard as a result of any data security breach. Further, a significant data security breach could lead to additional regulation, which could impose new and costly compliance obligations. In addition, a data security breach at one of the third-party banks that issue our cards or at our retail distributors, tax preparation partners, network acceptance members, other business partners, third-party processors or the merchants that accept our cards could result in significant reputational harm to us and cause the use and acceptance of our cards or other products and services to decline, either of which could have a significant adverse impact on our operating revenues and future growth prospects. Moreover, it may require substantial financial resources to address and remediate any such breach, including additional costs for replacement cards, manufacturing, distribution, re-stocking fees, fraud monitoring and other added security measures, among others, which could have a significant adverse impact on our operating results.

***Litigation or investigations could result in significant settlements, fines or penalties.***

We are subject to regulatory oversight in the normal course of our business and have been and from time to time may be subject to securities class actions and other litigation or regulatory or judicial proceedings or investigations. The outcome of litigation and regulatory or judicial proceedings or investigations is difficult to predict. Plaintiffs or regulatory agencies or authorities in these matters may seek recovery of very large or indeterminate amounts, seek to have aspects of our business suspended or modified or seek to impose sanctions, including significant monetary fines. The monetary and other impact of these actions, litigations, proceedings or investigations may remain unknown for substantial periods of time. The cost to defend, settle or otherwise resolve these matters may be significant. Further, an unfavorable resolution of litigation, proceedings or investigations against us could have a material adverse effect on our business, operating results, or financial condition. In this regard, such costs could make it more difficult to maintain the capital, leverage and other financial commitments at levels we have agreed to with the Federal Reserve

44

Table of Contents

Board and the Utah Department of Financial Institutions. If regulatory or judicial proceedings or investigations were to be initiated against us by private or governmental entities, adverse publicity that may be associated with these proceedings or investigations could negatively impact our relationships with retail distributors, tax preparation partners, network acceptance members, other business partners and card processors and decrease acceptance and use of, and loyalty to, our products and related services, and could impact the price of our Class A common stock. In addition, such proceedings or investigations could increase the risk that we will be involved in litigation. The outcome of any such litigation is difficult to predict and the cost to defend, settle or otherwise resolve these matters may be significant. For the foregoing reasons, if regulatory or judicial proceedings or investigations were to be initiated against us by private or governmental entities, our business, results of operations and financial condition could be adversely affected or our stock price could decline.

***We may be unable to adequately protect our brand and our intellectual property rights related to our products and services and third parties may allege that we are infringing their intellectual property rights.***

The Green Dot, GoBank, MoneyPak, TPG and other brands and marks are important to our business, and we utilize trademark registrations and other means to protect them. Our business would be harmed if we were unable to protect our brand against infringement and its value was to decrease as a result.

We rely on a combination of patent, trademark and copyright laws, trade secret protection and confidentiality and license agreements to protect the intellectual property rights related to our products and services. We currently have 11 issued patents and 7 patent applications pending. Although we generally seek patent protection for inventions and improvements that we anticipate will be incorporated into our products and services, there is always a chance that our patents or patent applications could be challenged, invalidated or circumvented, or that an issued patent will not adequately cover the scope of our inventions or improvements incorporated into our products or services. Additionally, our patents could be circumvented by third-parties.

We may unknowingly violate the intellectual property or other proprietary rights of others and, thus, may be subject to claims by third parties. These assertions may increase over time as a result of our growth and the general increase in the pace of patent claims assertions, particularly in the United States. Because of the existence of a large number of patents in the mobile technology field, the secrecy of some pending patents, and the rapid rate of issuance of new patents, it is not economically practical or even possible to determine in advance whether a product or any of its elements infringes or will infringe on the patent rights of others. Regardless of the merit of these claims, we may be required to devote significant time and resources to defending against these claims or to protecting and enforcing our own rights. We might also be required to develop a non-infringing technology or enter into license agreements and there can be no assurance that licenses will be available on acceptable terms and conditions, if at all. Some of our intellectual property rights may not be protected by intellectual property laws, particularly in foreign jurisdictions. The loss of our intellectual property or the inability to secure or enforce our intellectual property rights or to defend successfully against an infringement action could harm our business, results of operations, financial condition and prospects.

***We are exposed to losses from customer accounts.***

Fraudulent activity involving our products may lead to customer disputed transactions, for which we may be liable under banking regulations and payment network rules. Our fraud detection and risk control mechanisms may not prevent all fraudulent or illegal activity. To the extent we incur losses from disputed transactions, our business, results of operations and financial condition could be materially and adversely affected.

Additionally, our cardholders can incur charges in excess of the funds available in their accounts, and we may become liable for these overdrafts. While we decline authorization attempts for amounts that exceed the available balance in a cardholder's account, the application of card association rules, the timing of the settlement of transactions and the assessment of the card's monthly maintenance fee, among other things, can result in overdrawn accounts.

Maintenance fee assessment overdrafts occur as a result of our charging a cardholder, pursuant to the card's terms and conditions, the monthly maintenance fee at a time when he or she does not have sufficient funds in his or her account. Our remaining overdraft exposure arises primarily from late-posting. A late-post occurs when a merchant posts a transaction within a payment network-permitted timeframe but subsequent to our release of the authorization for that transaction, as permitted by card association rules. Under card association rules, we may be liable for the amount of the transaction even if the cardholder has made additional purchases in the intervening period and funds are no longer available on the card at the time the transaction is posted.

We consider overdrawn account balances to be our receivables due from cardholders. We maintain reserves to cover the risk that we may not recover these receivables due from our cardholders, but our exposure may increase above these reserves for a variety of reasons, including our failure to predict the actual recovery rate accurately. To the extent we incur losses from overdrafts above our reserves or we determine that it is necessary to increase our

Table of Contents

reserves substantially, our business, results of operations and financial condition could be materially and adversely affected.

***Acquisitions or investments could disrupt our business and harm our financial condition.***

We have in the past acquired, and we expect to acquire in the future, other businesses and technologies. The process of integrating an acquired business, product, service or technology can involve a number of special risks and challenges, including:

- increased regulatory and compliance requirements;

- implementation or remediation of controls, procedures and policies at the acquired company;

- diversion of management time and focus from operation of our then-existing business;

- integration and coordination of product, sales, marketing, program and systems management functions;

- transition of the acquired company's users and customers onto our systems;

- integration of the acquired company's accounting, information management, human resource and other administrative systems and operations generally with ours;

- integration of employees from the acquired company into our organization;

- loss or termination of employees, including costs associated with the termination or replacement of those employees;

- liability for activities of the acquired company prior to the acquisition, including violations of law, commercial disputes, and tax and other known and unknown liabilities; and

- increased litigation or other claims in connection with the acquired company, including claims brought by terminated employees, customers, former stockholders or other third parties.

If we are unable to successfully integrate an acquired business or technology or otherwise address these special risks and challenges or other problems encountered in connection with an acquisition, we might not realize the anticipated benefits of that acquisition, we might incur unanticipated liabilities or we might otherwise suffer harm to our business generally. Unanticipated costs, delays or other operational or financial problems related to integrating the acquired company and business with our company may result in the diversion of our management's attention from other business issues and opportunities. To integrate acquired businesses, we must implement our technology systems in the acquired operations and integrate and manage the personnel of the acquired operations. We also must effectively integrate the different cultures of acquired business organizations into our own in a way that aligns various interests and may need to enter new markets in which we have no or limited experience and where competitors in such markets have stronger market positions. Failures or difficulties in integrating the operations of the businesses that we acquire, including their personnel, technology, compliance programs, risk management systems, financial systems, distribution and general business operations and procedures, marketing, promotion and other relationships, may affect our ability to grow and may result in us incurring asset impairment or restructuring charges. Furthermore, acquisitions and investments are often speculative in nature and the actual benefits we derive from them could be lower or take longer to materialize than we expect.

To the extent we pay the consideration for any future acquisitions or investments in cash, it would reduce the amount of cash available to us for other purposes. Future acquisitions or investments could also result in dilutive issuances of our equity securities or the incurrence of debt, contingent liabilities, amortization expenses, or goodwill impairment charges, any of which could harm our financial condition and negatively impact our stockholders.

***An impairment charge of goodwill or other intangible assets could have a material adverse impact on our financial condition and results of operations.***

Because we have grown in part through acquisitions, our net goodwill and intangible assets represent a significant portion of our consolidated assets. Our net goodwill and intangible assets were $542.9 million as of March 31, 2019. Under accounting principles generally accepted in the United States, or U.S. GAAP, we are required to test the carrying value of goodwill and intangible assets at least annually or sooner if events occur that indicate impairment could exist. These events or circumstances could include a significant change in the business climate, including a significant sustained decline in a reporting unit's fair value, legal and regulatory factors, operating performance indicators, competition and other factors.

Table of Contents

U.S. GAAP requires us to assign and then test goodwill at the reporting unit level. If over a sustained period of time we experience a decrease in our stock price and market capitalization, which may serve as an estimate of the fair value of our reporting unit, this may be an indication of impairment. If the fair value of our reporting unit is less than its net book value, we may be required to record goodwill impairment charges in the future. In addition, if the revenue and cash flows generated from any of our other intangible assets is not sufficient to support its net book value, we may be required to record an impairment charge. The amount of any impairment charge could be significant and could have a material adverse impact on our financial condition and results of operations for the period in which the charge is taken.

*We face settlement risks from our distributors and banking partners, which may increase during an economic downturn.*

The majority of our business is conducted through retail distributors that sell our products and services to consumers at their store locations. Our retail distributors collect funds from the consumers who purchase our products and services and then must remit these funds directly to accounts established for the benefit of these consumers at the banks that issue our cards. The remittance of these funds by the retail distributor takes on average two business days. If a retail distributor becomes insolvent, files for bankruptcy, commits fraud or otherwise fails to remit proceeds to our card issuing bank from the sales of our products and services, we are liable for any amounts owed to our customers. As of March 31, 2019, we had assets subject to settlement risk of $339.2 million. Given the possibility of recurring volatility in global financial markets, the approaches we use to assess and monitor the creditworthiness of our retail distributors may be inadequate, and we may be unable to detect and take steps to mitigate an increased credit risk in a timely manner.

Economic downturns could result in settlement losses, whether or not directly related to our business. We are not insured against these risks. Significant settlement losses could have a material adverse effect on our business, results of operations and financial condition.

*Economic, political and other conditions may adversely affect trends in consumer spending.*

The electronic payments industry, including the prepaid financial services segment within that industry, depends heavily upon the overall level of consumer spending. If conditions in the United States become uncertain or deteriorate, we may experience a reduction in the number of our accounts that are purchased or reloaded, the number of transactions involving our cards and the use of our reload network and related services. A sustained reduction in the use of our products and related services, either as a result of a general reduction in consumer spending or as a result of a disproportionate reduction in the use of card-based payment systems, would materially harm our business, results of operations and financial condition.

*We must be able to operate and scale our technology effectively.*

Our ability to continue to provide our products and services to network participants, as well as to enhance our existing products and services and offer new products and services, is dependent on our information technology systems. If we are unable to manage and scale the technology associated with our business effectively, we could experience increased costs, reductions in system availability and losses of our network participants. Any failure of our systems in scalability and functionality would adversely impact our business, financial condition and results of operations.

*Our future success depends on our ability to attract, integrate, retain and incentivize key personnel.*

Our future success will depend, to a significant extent, on our ability to attract, integrate, retain and recognize key personnel, namely our management team and experienced sales, marketing and program and technology development personnel. Replacing departing key personnel can involve organizational disruption and uncertainty. We experience transitions among our executive officers from time to time. If we fail to manage any future transitions successfully, we could experience significant delays or difficulty in the achievement of our development and strategic objectives and our business, financial condition and results of operations could be materially and adversely harmed. We must retain and motivate existing personnel, and we must also attract, assimilate and motivate additional highly-qualified employees. We may experience difficulty in managing transitions and assimilating our newly-hired personnel, which may adversely affect our business. Competition for qualified management, sales, marketing and program and technology development personnel can be intense. Competitors have in the past and may in the future attempt to recruit our top management and employees. If we fail to attract, integrate, retain and incentivize key personnel, our ability to manage and grow our business could be harmed.

***We might require additional capital to support our business in the future, and this capital might not be available on acceptable terms, or at all.***

If our unrestricted cash and cash equivalents balances and any cash generated from operations are not sufficient to meet our future cash requirements, we will need to access additional capital to fund our operations. We may also need to raise additional capital to take advantage of new business or acquisition opportunities. We may seek to raise capital by, among other things:

- issuing additional shares of our Class A common stock or other equity securities;

- issuing convertible or other debt securities; and

- borrowing funds under a credit facility.

We may not be able to raise needed cash in a timely basis on terms acceptable to us or at all. Financings, if available, may be on terms that are dilutive or potentially dilutive to our stockholders. The holders of new securities may also receive rights, preferences or privileges that are senior to those of existing holders of our Class A common stock. In addition, if we were to raise cash through a debt financing, the terms of the financing might impose additional conditions or restrictions on our operations that could adversely affect our business. If we require new sources of financing but they are insufficient or unavailable, we would be required to modify our operating plans to take into account the limitations of available funding, which would harm our ability to maintain or grow our business.

***Some of our operations, including a significant portion of our software development operations, are located outside of the United States, which subjects us to additional risks, including increased complexity and costs of managing international operations and geopolitical instability.***

Since 2015, we have significantly expanded our software development operations in Shanghai, China and we expect to continue to increase headcount and infrastructure as we scale our operations in this region. A prolonged disruption at our China facility for any reason due to natural- or man-made disasters or other events outside of our control, such as equipment malfunction or large-scale outages or interruptions of service from utilities or telecommunications providers, could potentially delay our ability to launch new products or services, which could materially and adversely affect our business. Additionally, as a result of our international operations, we face numerous other challenges and risks, including:

- increased complexity and costs of managing international operations;

- regional economic instability;

- geopolitical instability and military conflicts;

- limited protection of our intellectual property and other assets;

- compliance with local laws and regulations and unanticipated changes in local laws and regulations, including tax laws and regulations;

- foreign currency exchange fluctuations relating to our international operating activities;

- local business and cultural factors that differ from our normal standards and practices; and

- differing employment practices and labor relations.

***The occurrence of catastrophic events could damage our facilities or the facilities of third parties on which we depend, which could force us to curtail our operations.***

We and some of the third-party service providers on which we depend for various support functions, such as customer service and card processing, are vulnerable to damage from catastrophic events, such as power loss, natural disasters, terrorism and similar unforeseen events beyond our control. Our principal offices, for example, are situated in southern California near known earthquake fault zones. If any catastrophic event were to occur, our ability to operate our business could be seriously impaired. In addition, we might not have adequate insurance to cover our losses resulting from catastrophic events or other significant business interruptions. Any significant losses that are not recoverable under our insurance policies, as well as the damage to, or interruption of, our infrastructure and processes, could seriously impair our business and financial condition.

48

Table of Contents

*If we fail to maintain proper and effective internal controls, our ability to produce accurate financial statements on a timely basis could be impaired, which could result in a loss of investor confidence in our financial reports and have an adverse effect on our stock price.*

Our management is responsible for establishing and maintaining adequate internal control over financial reporting to provide reasonable assurance regarding the reliability of our financial reporting and the preparation of financial statements for external purposes in accordance with U.S. GAAP. If we are unable to maintain adequate internal control over financial reporting, we might be unable to report our financial information on a timely basis and might suffer adverse regulatory consequences or violate NYSE listing standards. There could also be a negative reaction in the financial markets due to a loss of investor confidence in us and the reliability of our financial statements. We have in the past and may in the future discover areas of our internal financial and accounting controls and procedures that need improvement. Our internal control over financial reporting will not prevent or detect all error and all fraud. A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system will be met. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, within our company will be detected. If we are unable to maintain proper and effective internal controls, we may not be able to produce accurate financial statements on a timely basis, which could adversely affect our ability to operate our business and could result in regulatory action, and could require us to restate, our financial statements. Any such restatement could result in a loss of public confidence in the reliability of our financial statements and sanctions imposed on us by the SEC.

*Changes in accounting standards or inaccurate estimates or assumptions in the application of accounting policies could adversely affect our financial condition and results of operations.*

Our accounting policies and methods are fundamental to how we record and report our financial condition and results of operations. Some of these policies require use of estimates and assumptions that may affect the reported value of our assets or liabilities and results of operations and are critical because they require management to make difficult, subjective and complex judgments about matters that are inherently uncertain. If those assumptions, estimates or judgments were incorrectly made, we could be required to correct and restate prior period financial statements. Accounting standard-setters and those who interpret the accounting standards (such as the Financial Accounting Standards Board, the SEC and banking regulators) may also amend or even reverse their previous interpretations or positions on how various standards should be applied. These changes can be difficult to predict and can materially impact how we record and report our financial condition and results of operations. In some cases, we could be required to apply a new or revised standard retroactively, resulting in the need to revise and republish prior period financial statements.

*Our debt agreements contain restrictive covenants and financial ratio tests that restrict or prohibit our ability to engage in or enter into a variety of transactions. If we fail to comply with these covenants or tests, our indebtedness under these agreements could become accelerated, which could adversely affect us.*

In October 2014 we entered into a $225.0 million term credit agreement with Bank of America, N.A., as administrative agent, Wells Fargo Bank, National Association, and other lenders. This agreement contains various covenants that may have the effect of limiting, among other things, our ability and the ability of certain of our subsidiaries to: merge with other entities, enter into a transaction resulting in a change in control, create new liens, incur additional indebtedness, sell assets outside of the ordinary course of business, enter into transactions with affiliates (other than subsidiaries) or substantially change the general nature of our and our subsidiaries' business, taken as a whole, make certain investments, enter into restrictive agreements, or make certain dividends or other distributions. These restrictions could limit our ability to take advantage of financing, merger, acquisition or other opportunities, to fund our business operations or to fully implement our current and future operating strategies.

Under the agreement, we have agreed to maintain compliance with a maximum consolidated leverage ratio and a minimum consolidated fixed charge coverage ratio of 1.75 and 1.25, respectively, at the end of any fiscal quarter. Our ability to meet these financial ratios and tests will be dependent upon our future performance and may be affected by events beyond our control (including factors discussed in this "Risk Factors" section). If we fail to satisfy these requirements, our indebtedness under these agreements could become accelerated and payable at a time when we are unable to pay them. This would adversely affect our ability to implement our operating strategies and would have a material adverse effect on our financial condition.

Table of Contents

**Risks Related to Ownership of Our Class A Common Stock**

*The price of our Class A common stock may be volatile.*

In the recent past, stocks generally, and financial services company stocks in particular, have experienced high levels of volatility. The trading price of our Class A common stock has been highly volatile since our initial public offering and may continue to be subject to wide fluctuations. The trading price of our Class A common stock depends on a number of factors, including those described in this "Risk Factors" section, many of which are beyond our control and may not be related to our operating performance. Factors that could cause fluctuations in the trading price of our Class A common stock include the following:

- price and volume fluctuations in the overall stock market from time to time;

- significant volatility in the market prices and trading volumes of financial services company stocks;

- actual or anticipated changes in our results of operations or fluctuations in our operating results;

- actual or anticipated changes in the expectations of investors or the recommendations of any securities analysts who follow our Class A common stock;

- actual or anticipated developments in our business or our competitors' businesses or the competitive landscape generally;

- the public's reaction to our press releases, other public announcements and filings with the SEC;

- business disruptions and costs related to shareholder activism;

- litigation and investigations or proceedings involving us, our industry or both or investigations by regulators into our operations or those of our competitors;

- new laws or regulations or new interpretations of existing laws or regulations applicable to our business;

- changes in accounting standards, policies, guidelines, interpretations or principles;

- general economic conditions;

- changes to the indices in which our Class A common stock is included; and

- sales of shares of our Class A common stock by us or our stockholders.

In the past, many companies that have experienced volatility in the market price of their stock have become subject to securities class action litigation. We may be the target of this type of litigation in the future. Securities litigation against us could result in substantial costs and divert our management's attention from other business concerns, which could seriously harm our business.

*Our charter documents, Delaware law and our status as bank holding company could discourage, delay or prevent a takeover that stockholders consider favorable and could also reduce the market price of our stock.*

Our certificate of incorporation and bylaws contain provisions that could delay or prevent a change in control of our company. These provisions could also make it more difficult for stockholders to nominate directors for election to our board of directors and take other corporate actions. These provisions, among other things:

- provide for non-cumulative voting in the election of directors;

- authorize our board of directors, without stockholder approval, to issue preferred stock with terms determined by our board of directors and to issue additional shares of our Class A common stock;

- limit the voting power of a holder, or group of affiliated holders, of more than 24.9% of our common stock to 14.9%;

- provide that only our board of directors may set the number of directors constituting our board of directors or fill vacant directorships;

- prohibit stockholder action by written consent and limit who may call a special meeting of stockholders; and

- require advance notification of stockholder nominations for election to our board of directors and of stockholder proposals.

These and other provisions in our certificate of incorporation and bylaws, as well as provisions under Delaware law, could discourage potential takeover attempts, reduce the price that investors might be willing to pay in the future

Table of Contents

for shares of our Class A common stock and result in the trading price of our Class A common stock being lower than it otherwise would be.

In addition to the foregoing, under the BHC Act and the Change in Bank Control Act, and their respective implementing regulations, Federal Reserve Board approval is necessary prior to any person or company acquiring control of a bank or bank holding company, subject to certain exceptions. Control, among other considerations, exists if an individual or company acquires 25% or more of any class of voting securities, and may be presumed to exist if a person acquires 10% or more of any class of voting securities. These restrictions could affect the willingness or ability of a third party to acquire control of us for so long as we are a bank holding company.

***If securities analysts do not continue to publish research or reports about our business or if they publish negative evaluations of our Class A common stock, the trading price of our Class A common stock could decline.***

We expect that the trading price for our Class A common stock will be affected by any research or reports that securities analysts publish about us or our business. If one or more of the analysts who currently cover us or our business downgrade their evaluations of our Class A common stock, the price of our Class A common stock would likely decline. If one or more of these analysts cease coverage of our company, we could lose visibility in the market for our Class A common stock, which in turn could cause our stock price to decline.

**ITEM 2. Unregistered Sales of Equity Securities and Use of Proceeds**

None

**ITEM 5. Other Information**

None

51

Table of Contents

**ITEM 6. Exhibits**

The following documents are filed as exhibits to this report:

| Exhibit Number | Description of Exhibits |
|---|---|
| 31.1 | Certification of Steven W. Streit, Chief Executive Officer, pursuant to Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2 | Certification of Mark Shifke, Chief Financial Officer, pursuant to Rule 13a-14(a)/15d-14(a), as adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.1 | Certification of Steven W. Streit, Chief Executive Officer, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2 | Certification of Mark Shifke, Chief Financial Officer, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101.INS | XBRL Instance Document* |
| 101.SCH | XBRL Taxonomy Extension Schema Document |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document |

\*      The instance document does not appear in the interactive data file because its XBRL tags are embedded within the inline XBRL document.

52

Table of Contents

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Green Dot Corporation**

| | | |
|---|---|---|
| Date: | May 9, 2019 | By: | /s/ Mark Shifke |

By:   /s/ Mark Shifke

Name:   Mark Shifke

Title:   Chief Financial Officer (Duly Authorized Officer and Principal Financial Officer)

53