# EXHIBIT 14

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:15cv04194-DDP (JCx)                          Date: January 22, 2024

Title    _MARK STOYAS; ET AL. v. TOSHIBA CORPORATION; ET AL._

Present: The Honorable:    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) – MOTION FOR LEAVE TO FILE A MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF AIPTF'S EXCHANGE ACT CLAIMS IN LIGHT OF THE COURT'S JANUARY 7, 2022 ORDER[250] (Filed October 30, 2023)

Defendant Toshiba Corporation's Motion for Leave to File a Motion for Partial Summary Judgment (Dkt. 250) is GRANTED.  Defendant shall file the Motion no later than January 29, 2024.  Argument shall be heard on February 26, 2024, at 10:00 a.m.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |