UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re GREEN DOT CORPORATION SECURITIES LITIGATION | ) ) ) ) | Case No. 2:19-cv-10701-DDP (Ex) CLASS ACTION ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL |

4911-4827-9621.v1

After considering Plaintiffs' Application to File Documents Under Seal, accompanying documents, the arguments of counsel, and all other matters presented to the Court:

IT IS HEREBY ORDERED that Plaintiffs have presented compelling reasons and good cause to file under seal: (1) Exhibits A through I; (2) Plaintiffs' Opposition to Defendants' Motion for Leave to File Motion for Partial Summary Judgment; and (3) Declaration of Christopher R. Kinnon in Support of Plaintiffs' Opposition to Defendants' Motion for Leave to File Motion for Partial Summary Judgment.

IT IS SO ORDERED.

DATED: May 21, 2025

THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

- 1 -

4911-4827-9621.v1