ROBBINS GELLER RUDMAN
  & DOWD LLP
JESSICA T. SHINNEFIELD (234432)
CHRISTOPHER R. KINNON (316850)
MEGAN A. ROSSI (318643)
JOHN M. KELLEY (339965)
RACHEL C. BRABY (356720)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
jshinnefield@rgrdlaw.com
ckinnon@rgrdlaw.com
mrossi@rgrdlaw.com
jkelley@rgrdlaw.com
rbraby@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GREEN DOT CORPORATION SECURITIES LITIGATION ) ) ) | Case No. 2:19-cv-10701-DDP (Ex) |
| | <u>CLASS ACTION</u> |
| | <u>DISCOVERY MATTER</u> |
| | PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO COMPLY WITH THE COURT'S ORDER GRANTING STIPULATION REGARDING CASE SCHEDULE |
| | Date:    June 20, 2025 <br> Time:    9:30 a.m. <br> Dept:    750 |
| | Discovery Cut-Off: January 30, 2026 <br> Pretrial Conference: January 11, 2027 <br> Trial: February 9, 2027 |

4922-4471-4308.v1

TO: THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 20, 2025, at 9:30 a.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Charles F. Eick, United States Magistrate Judge for the Central District of California, located at the Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Courtroom 750, 7th Floor, Los Angeles, California, 90012, Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (together, "Plaintiffs") will and hereby do move the Court for an order compelling defendants Green Dot Corporation ("Green Dot" or the "Company"), former Chief Executive Officer Steven W. Streit ("Streit"), and former Chief Financial Officer Mark Shifke ("Shifke") (collectively, "Defendants," and together with Plaintiffs, the "Parties") to comply with the Court's Order Granting Stipulation Regarding Case Schedule (the "Amended Scheduling Order") (ECF 148) and for an order imposing a firm deadline by which Defendants must certify that they produced: (i) any documents that were withheld on a privilege basis, but are not actually privileged; (ii) any documents from the approximately 20 terabytes of date from Green Dot's databases and/or loose files from non-custodial sources that are relevant; (iii) the lesser included email threads; (iv) data obtained from Streit's and Shifke's personal electronic devices; and (v) Defendants' final privilege log (the "Motion").

This Motion is made pursuant to Local Civil Rule 37 of the United States District Court for the Central District of California.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Joint Stipulation Regarding Plaintiffs' Motion to Compel Defendants to Comply with the Court's Order Granting Stipulation Regarding Case Schedule, the Declarations of Christopher R. Kinnon and M. Todd Scott and exhibits thereto, as well as the papers and pleadings filed in this action, the argument of counsel, and any other matters properly before the Court.

- 1 -

4922-4471-4308.v1

This Motion is made following: (i) meet-and-confer calls on December 23 and 24, 2024 to amend the Court's scheduling order; (ii) filing on January 17, 2025 the Parties' Stipulation Regarding Case Schedule (ECF 145); (iii) the Court granting the Stipulation Regarding Case Schedule on January 21, 2025 and setting April 11, 2025 as the date for substantial document completion (ECF 148); (iv) on April 16, 2025, Defendants informing Plaintiffs that they were continuing to review custodial ESI in the privilege review process, documents from share folders, documents from personal devices/personal accounts, and the lesser-included email threads and failing to provide Plaintiffs with a timeline; (v) the Parties' meet-and-confer call on April 24, 2025 regarding outstanding document discovery; and (vi) Plaintiffs' May 2, 2025 letter to Defendants informing Defendants that Plaintiffs intend to file a motion to compel.

DATED:  May 27, 2025

ROBBINS GELLER RUDMAN
 & DOWD LLP
JESSICA T. SHINNEFIELD
CHRISTOPHER R. KINNON
MEGAN A. ROSSI
JOHN M. KELLEY
RACHEL C. BRABY


s/ Christopher R. Kinnon
CHRISTOPHER R. KINNON

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

PITTA LLP
VINCENT F. PITTA
120 Broadway, 28th Floor
New York, NY  10271
Telephone: 212/652-3890
212/652-3891 (fax)

Additional Counsel for Plaintiffs

- 2 -

4922-4471-4308.v1