ROBBINS GELLER RUDMAN
  & DOWD LLP
JESSICA T. SHINNEFIELD (234432)
CHRISTOPHER R. KINNON (316850)
JOHN M. KELLEY (339965)
RACHEL C. BRABY (356720)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
jshinnefield@rgrdlaw.com
ckinnon@rgrdlaw.com
jkelley@rgrdlaw.com
rbraby@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re GREEN DOT CORPORATION SECURITIES LITIGATION | ) ) ) ) | Case No. 2:19-cv-10701-FLA (Ex) |
|---|---|---|

CLASS ACTION

DISCOVERY MATTER

SUPPLEMENTAL DECLARATION OF CHRISTOPHER R. KINNON IN SUPPORT OF PLAINTIFFS' REPLY TO JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO COMPLY WITH THE COURT'S ORDER GRANTING STIPULATION REGARDING CASE SCHEDULE

Date:       June 20, 2025
Time:       9:30 a.m.
Dept:       750

Discovery Cut-Off: January 30, 2026
Pretrial Conference: January 11, 2027
Trial: February 9, 2027

4909-1754-2216.v1

I, CHRISTOPHER R. KINNON, declare as follows:

1.    I am an attorney licensed to practice in all courts in the State of California.  I am a partner at Robbins Geller Rudman & Dowd LLP, counsel for Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (together, "Plaintiffs") and the putative class in the above-captioned matter.  The matters set forth herein are based upon my own personal knowledge, and if called as a witness, I could and would testify competently to such matters.  I submit this supplemental declaration in support of Plaintiffs' Reply to Joint Stipulation Regarding Plaintiffs' Motion to Compel Defendants to Comply With the Court's Order Granting Stipulation Regarding Case Schedule, filed concurrently herewith.

2.    Attached as Exhibit T is a true and correct copy of a May 28, 2025 email thread between Adam Miller and Christopher Kinnon in which Plaintiffs sought deposition dates for fact and Rule 30(b)(6) witnesses on May 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2025, at San Diego, California.

s/ Christopher R. Kinnon  
CHRISTOPHER R. KINNON

- 1 -

4909-1754-2216.v1