EXHIBIT T

## Katie Woods

| | |
|---|---|
| **From:** | Miller, Adam <adam.miller@orrick.com> |
| **Sent:** | Wednesday, May 28, 2025 12:58 PM |
| **To:** | Christopher Kinnon; Benton, Megan; Jessica Shinnefield; Megan Rossi; Jack Kelley; Michele Henry; Katie Woods; 'vpitta@pittalaw.com'; 'mhenry@pittalaw.com'; 'arussell@pittalaw.com'; 'kmullaney@pittalaw.com'; Rachel Braby; 'THanrahan@pittalaw.com' |
| **Cc:** | Patts, Lenny; Kramer, James N.; Talarides, Alex; Scott, M. Todd; McCafferty, Molly; Kerr, Nicole; 'rgottlieb@glaserweil.com'; 'epetrossian@glaserweil.com'; 'amathews@glaserweil.com'; 'cbraschi@glaserweil.com'; Malone, Catherine |
| **Subject:** | RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25 |

EXTERNAL SENDER
Chris, we are actively working on identifying one or more Rule 30(b)(6) witnesses and will try to get back to you with dates next week.  Thanks.

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Thursday, May 22, 2025 1:02 PM
**To:** Miller, Adam <adam.miller@orrick.com>; Benton, Megan <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; 'mhenry@pittalaw.com' <mhenry@pittalaw.com>; 'arussell@pittalaw.com' <arussell@pittalaw.com>; 'kmullaney@pittalaw.com' <kmullaney@pittalaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; 'THanrahan@pittalaw.com' <THanrahan@pittalaw.com>
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'amathews@glaserweil.com' <amathews@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; Malone, Catherine <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

**[EXTERNAL]**

Thank you—we will send out notices next week.  In the meantime, please send a 30(b)(6) date (or dates) in mid August.

**Christopher Kinnon**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

1

**From:** Miller, Adam <adam.miller@orrick.com>
**Sent:** Thursday, May 22, 2025 8:52 AM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; Benton, Megan <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; 'mhenry@pittalaw.com' <mhenry@pittalaw.com>; 'arussell@pittalaw.com' <arussell@pittalaw.com>; 'kmullaney@pittalaw.com' <kmullaney@pittalaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; 'THanrahan@pittalaw.com' <THanrahan@pittalaw.com>
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'amathews@glaserweil.com' <amathews@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; Malone, Catherine <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

EXTERNAL SENDER
Chris, I can confirm July 16 for Mr. Keeslar, July 25 for Mr. Lee, and July 31 for Mr. Lauderdale.  Thanks.

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Tuesday, May 20, 2025 6:24 PM
**To:** Miller, Adam <adam.miller@orrick.com>; Benton, Megan <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; 'mhenry@pittalaw.com' <mhenry@pittalaw.com>; 'arussell@pittalaw.com' <arussell@pittalaw.com>; 'kmullaney@pittalaw.com' <kmullaney@pittalaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; 'THanrahan@pittalaw.com' <THanrahan@pittalaw.com>
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'amathews@glaserweil.com' <amathews@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; Malone, Catherine <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

**[EXTERNAL]**

Thanks, Adam.  Please confirm promptly so we can notice these first three depositions on the following dates (remote for now):

- Mr. Keeslar, July 16, 2025
- Mr. Lee, July 25, 2025 (we can do July 24 instead, if necessary)
- Mr. Lauderdale, August 1, 2025 (we can do July 31 if necessary but only if Mr. Lee is on July 25)

To accommodate your concerns about prep time for a July 30(b)(6) deposition (still two months away), please suggest some times in mid-August.  That gives you three months to prepare.

2

Thanks,

Chris

**Christopher Kinnon**



Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Miller, Adam <adam.miller@orrick.com>
**Sent:** Monday, May 19, 2025 7:29 PM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; Benton, Megan <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; 'mhenry@pittalaw.com' <mhenry@pittalaw.com>; 'arussell@pittalaw.com' <arussell@pittalaw.com>; 'kmullaney@pittalaw.com' <kmullaney@pittalaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; 'THanrahan@pittalaw.com' <THanrahan@pittalaw.com>
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'amathews@glaserweil.com' <amathews@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; Malone, Catherine <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

EXTERNAL SENDER

Chris, there are a lot of schedules to coordinate here. Mr. Keeslar is available on July 16 in Salt Lake City.  Mr. Lee is available during the week of July 21 in New York City.  Mr. Lauderdale is available during the week of July 28 in Dallas.  As to the latter two, there may be certain days during each week that are better for the witness so please let us know if the week works in general and if there are good or bad days within the week before finalizing the specific date.  As to the Rule 30(b)(6) notice, we are still reviewing and anticipate serving objections and then seeking to meet-and-confer over the scope and timing, but we do think that July is too soon given the amount of work that will be required to educate a witness on the myriad issues identified.  Happy to have a call to discuss if you'd like.  Thank you.

**Adam Miller**
Senior Counsel
Orrick
Washington, DC
T +1 202-349-7958
adam.miller@orrick.com

orrick

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Monday, May 19, 2025 5:04 PM
**To:** Miller, Adam <adam.miller@orrick.com>; Benton, Megan <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; 'mhenry@pittalaw.com' <mhenry@pittalaw.com>; 'arussell@pittalaw.com' <arussell@pittalaw.com>; 'kmullaney@pittalaw.com' <kmullaney@pittalaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; 'THanrahan@pittalaw.com' <THanrahan@pittalaw.com>
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'amathews@glaserweil.com' <amathews@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; Malone, Catherine <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

**[EXTERNAL]**

Adam,

As a courtesy, we asked you nearly three weeks ago to "send available [deposition] dates for Mr. Keeslar, Mr. Lauderdale, and Mr. Lee in late June through July 2nd" and dates for the 30(b)(6) deposition in late July.

Yet we still have no dates.  Unless we hear back from you soon, we'll have no choice but to select dates that work for us and notice the depositions accordingly (reserving our right to go to the court to compel the depositions).

Thanks,
Chris

**Christopher Kinnon**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

☐ ☐ ☐ ☐ ☐

**From:** Christopher Kinnon
**Sent:** Tuesday, May 13, 2025 3:49 PM
**To:** 'Miller, Adam' <adam.miller@orrick.com>; 'Benton, Megan' <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry

<MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; 'mhenry@pittalaw.com' <mhenry@pittalaw.com>; 'arussell@pittalaw.com' <arussell@pittalaw.com>; 'kmullaney@pittalaw.com' <kmullaney@pittalaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; 'THanrahan@pittalaw.com' <THanrahan@pittalaw.com>
**Cc:** 'Patts, Lenny' <lpatts@orrick.com>; 'Kramer, James N.' <jkramer@orrick.com>; 'Talarides, Alex' <atalarides@orrick.com>; 'Scott, M. Todd' <tscott@orrick.com>; 'McCafferty, Molly' <mmccafferty@orrick.com>; 'Kerr, Nicole' <nicole.kerr@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'amathews@glaserweil.com' <amathews@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; 'Malone, Catherine' <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

Adam,  please see the attached 30(b)(6) notice.

Any updates concerning the deposition dates requested below?

Thanks,
Chris

**Christopher Kinnon**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

---

**From:** Christopher Kinnon
**Sent:** Friday, May 2, 2025 4:30 PM
**To:** 'Miller, Adam' <adam.miller@orrick.com>; Benton, Megan <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; 'mhenry@pittalaw.com' <mhenry@pittalaw.com>; 'arussell@pittalaw.com' <arussell@pittalaw.com>; 'kmullaney@pittalaw.com' <kmullaney@pittalaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; 'THanrahan@pittalaw.com' <THanrahan@pittalaw.com>
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'amathews@glaserweil.com' <amathews@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; Malone, Catherine <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

Thanks, Adam.  Please send available dates for Mr. Keeslar, Mr. Lauderdale, and Mr. Lee in late June through July 2nd.  Also, please send 30(b)(6) dates for the end of July (we'll send a list of topics next week).

5

Thanks,

**Christopher Kinnon**

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

**From:** Miller, Adam <adam.miller@orrick.com>
**Sent:** Friday, May 2, 2025 12:51 PM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; Benton, Megan <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; 'mhenry@pittalaw.com' <mhenry@pittalaw.com>; 'arussell@pittalaw.com' <arussell@pittalaw.com>; 'kmullaney@pittalaw.com' <kmullaney@pittalaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; 'THanrahan@pittalaw.com' <THanrahan@pittalaw.com>
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'amathews@glaserweil.com' <amathews@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; Malone, Catherine <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

EXTERNAL SENDER
Chris, we also represent and will accept service of a subpoena to Terry Lee.  Thanks.

**From:** Miller, Adam
**Sent:** Thursday, May 1, 2025 8:59 PM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; Benton, Megan <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; 'mhenry@pittalaw.com' <mhenry@pittalaw.com>; 'arussell@pittalaw.com' <arussell@pittalaw.com>; 'kmullaney@pittalaw.com' <kmullaney@pittalaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; 'THanrahan@pittalaw.com' <THanrahan@pittalaw.com>
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'amathews@glaserweil.com' <amathews@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; Malone, Catherine <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

Chris, this is to confirm that we represent and will accept service of subpoenas to Michael Keeslar and Mark Lauderdale.  I do not yet have an answer with regard to Terry Lee but am still working on it.  Thanks.

---

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Monday, April 28, 2025 6:41 PM
**To:** Miller, Adam <adam.miller@orrick.com>; Benton, Megan <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; 'vpitta@pittalaw.com' <vpitta@pittalaw.com>; 'mhenry@pittalaw.com' <mhenry@pittalaw.com>; 'arussell@pittalaw.com' <arussell@pittalaw.com>; 'kmullaney@pittalaw.com' <kmullaney@pittalaw.com>; Rachel Braby <RBraby@rgrdlaw.com>; 'THanrahan@pittalaw.com' <THanrahan@pittalaw.com>
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; 'rgottlieb@glaserweil.com' <rgottlieb@glaserweil.com>; 'epetrossian@glaserweil.com' <epetrossian@glaserweil.com>; 'amathews@glaserweil.com' <amathews@glaserweil.com>; 'cbraschi@glaserweil.com' <cbraschi@glaserweil.com>; Malone, Catherine <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

**[EXTERNAL]**

Adam, please let us know at your earliest convenience if you will accept service of Terry Lee and Mark Lauderdale's deposition notices.

Thank you,
Chris

**Christopher Kinnon**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Christopher Kinnon
**Sent:** Thursday, April 17, 2025 11:25 AM
**To:** 'Miller, Adam' <adam.miller@orrick.com>; Benton, Megan <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; vpitta@pittalaw.com; mhenry@pittalaw.com; arussell@pittalaw.com; kmullaney@pittalaw.com; Rachel Braby <RBraby@rgrdlaw.com>; THanrahan@pittalaw.com
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; rgottlieb@glaserweil.com; epetrossian@glaserweil.com; amathews@glaserweil.com;

cbraschi@glaserweil.com; Malone, Catherine <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

Adam,

July doesn't sound reasonable to us. Yes, let's have a call next week to discuss.  Please suggest times you're available for a call (and prepared to discuss remaining volume, specific breakdown by category and custodian).

Also, please let us know if you will accept service of Michael Keeslar's deposition notice.

Thanks,
Chris

**Christopher Kinnon**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

---

**From:** Miller, Adam <adam.miller@orrick.com>
**Sent:** Wednesday, April 16, 2025 2:48 PM
**To:** Christopher Kinnon <CKinnon@rgrdlaw.com>; Benton, Megan <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; vpitta@pittalaw.com; mhenry@pittalaw.com; arussell@pittalaw.com; kmullaney@pittalaw.com; Rachel Braby <RBraby@rgrdlaw.com>; THanrahan@pittalaw.com
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; rgottlieb@glaserweil.com; epetrossian@glaserweil.com; amathews@glaserweil.com; cbraschi@glaserweil.com; Malone, Catherine <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

EXTERNAL SENDER
Chris,

As discussed in our meet-and-confer on April 2, we substantially completed our document production on April 11 by reviewing and producing all custodial ESI for the agreed custodians (except those documents hitting on privilege screens), standalone documents (such as Board materials), the FRB documents, the DOJ and CFPB documents, totaling more than 600,000 documents.  As we also discussed, we are continuing to review custodial ESI in the privilege review process, documents from share drive folders, documents from personal devices/personal accounts, and the lesser-included threads.  We're continuing to work our way through these and expect to continue making consistent, rolling productions generally on a weekly basis.  While it's hard to precisely estimate a full completion date, in part because we are continuing to explore ways of increasing our speed/efficiency, our current best estimate is sometime in July.  We will update you if that changes.

The other primary task in front of us is the preparation of privilege logs.  As you know, we have completed the logs associated with the FRB and CFPB productions, and we expect to produce the logs associated with the standalone documents and the DOJ production in the next few weeks. The log associated with the custodial ESI, however, will be quite burdensome given the volume of documents at issue and therefore may take significant time to complete.  We'd like to discuss with you ways of streamlining that process.

**Adam Miller**
Senior Counsel
Orrick
Washington, DC
T +1 202-349-7958
adam.miller@orrick.com



---

**From:** Christopher Kinnon <CKinnon@rgrdlaw.com>
**Sent:** Monday, April 14, 2025 1:04 PM
**To:** Benton, Megan <mbenton@orrick.com>; Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; vpitta@pittalaw.com; mhenry@pittalaw.com; arussell@pittalaw.com; kmullaney@pittalaw.com; Rachel Braby <RBraby@rgrdlaw.com>; THanrahan@pittalaw.com
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Miller, Adam <adam.miller@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; rgottlieb@glaserweil.com; epetrossian@glaserweil.com; amathews@glaserweil.com; cbraschi@glaserweil.com; Malone, Catherine <cmalone@orrick.com>
**Subject:** RE: 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

**[EXTERNAL]**

Hi Adam,

Please send us a specific summary of all outstanding document production with a timeline for production.

Thanks,
Chris

**Christopher Kinnon**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

   

**From:** Benton, Megan <mbenton@orrick.com>
**Sent:** Friday, April 11, 2025 5:14 PM
**To:** Jessica Shinnefield <jshinnefield@rgrdlaw.com>; Christopher Kinnon <CKinnon@rgrdlaw.com>; Megan Rossi <MRossi@rgrdlaw.com>; Jack Kelley <JKelley@rgrdlaw.com>; Michele Henry <MicheleH@rgrdlaw.com>; Katie Woods <KWoods@rgrdlaw.com>; vpitta@pittalaw.com; mhenry@pittalaw.com; arussell@pittalaw.com; kmullaney@pittalaw.com; Rachel Braby <RBraby@rgrdlaw.com>; THanrahan@pittalaw.com
**Cc:** Patts, Lenny <lpatts@orrick.com>; Kramer, James N. <jkramer@orrick.com>; Talarides, Alex <atalarides@orrick.com>; Scott, M. Todd <tscott@orrick.com>; Miller, Adam <adam.miller@orrick.com>; McCafferty, Molly <mmccafferty@orrick.com>; Kerr, Nicole <nicole.kerr@orrick.com>; rgottlieb@glaserweil.com; epetrossian@glaserweil.com; amathews@glaserweil.com; cbraschi@glaserweil.com; Malone, Catherine <cmalone@orrick.com>
**Subject:** 2:19-cv-10701-DDP (Ex) | In re Green Dot Corp. Sec. Litig | Document Production Vol. 25

EXTERNAL SENDER
Counsel,

Please see attached correspondence regarding Green Dot's document production volume 25, bates numbered GDSECLIT_01735426 – GDSECLIT_01845756.

The production password is **B7rpV87ME8Wpi436poR4**.


Thank you,
Megan


**Megan Benton**
Managing Associate
Pronouns: she/her/hers

Orrick
Sacramento  Ⓥ
T +1-916-329-7966
M +1-406-261-0544
mbenton@orrick.com



**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.**

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.