JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-DDP-E <br><br> CLASS ACTION <br><br> DISCOVERY MATTER <br><br> **SUPPLEMENTAL DECLARATION OF M. TODD SCOTT RE: DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** <br><br> Judge:          Hon. Charles F. Eick <br> Courtroom:   750 <br> Date:           June 20, 2025 <br> Time:           09:30 a.m. <br><br> Discovery Cut-Off: January 30, 2026 <br> Pretrial:         January 11, 2027 <br> Trial:            February 9, 2027 |

SUPP. DECL. OF M. TODD SCOTT RE: DEFS' SUPP. MEMO IN OPP. TO PLS. MOT. TO COMPEL

I, M. Todd Scott, declare as follows:

1.    I am an attorney duly licensed to practice the courts of the State of California. I am a Partner at Orrick, Herrington & Sutcliffe LLP ("Orrick"), co-counsel of record for Defendants Green Dot Corporation ("Green Dot"), Steven W. Streit, and Mark Shifke ("Defendants") in the above-captioned litigation. I submit this declaration in support of Defendants' Supplemental Memorandum in Opposition to Plaintiffs' Motion To Compel.

2.    I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to each fact.

3.    Defendants have completed the productions of (i) Mark Shifke's non-privileged personal documents, (ii) all documents from the three fact witnesses Plaintiffs have identified for depositions, including "privilege downgrades" for these custodians, and (iii) the available "lesser-included threads" for documents produced by April 11, 2025.

4.    The depositions of the three individuals referenced in Paragraph 3 hereof are all scheduled for dates in July 2025.

5.    Defendants have completed the collection and responsiveness review of Steve Streit's personal data and all data from Green Dot's shared drives. Defendants expect to produce any responsive documents (except those identified as potentially privileged) from those sources by July 3, 2025.

6.    Defendants have now spent more than 55,000 contract attorney hours on the document review and production process. This does not include thousands of additional hours spent on the process by attorneys from Orrick.

7.    Defendants have now produced approximately 800,000 documents. Plaintiffs have produced twenty-six (26) documents.

8.    Defendants expect to complete their production by the end of July.

- 1 -

SUPP. DECL. OF M. TODD SCOTT RE: DEFS' SUPP. MEMO IN OPP. TO PLS. MOT. TO COMPEL

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 6, 2025, at San Francisco, California.


                                      _/s/ M. Todd Scott_
                                         M. Todd Scott

- 2 -