UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE GREEN DOT CORPORATE SECURITIES LITIGATION | Case No. 2:19-cv-10701-FLA (Ex) |
|---|---|
| | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT. 153]** |

On April 25, 2025, Defendants Green Dot Corporation, Steven W. Streit, and Mark Shifke (collectively, "Defendants") filed a Motion for Leave to File Motion for Partial Summary Judgment (the "Motion"). Dkt. 153. Defendants request leave to file an early motion for partial summary judgment regarding the issue of whether Defendants disclosed four categories of information that Plaintiffs allege were not disclosed. Dkt. 153-1 at 1–2, 9–10; *see also* Dkt. 154-9 at 1–3. Plaintiffs oppose the Motion. Dkt. 162.

Having reviewed and considered the Motion, Plaintiffs' opposition thereto, and all relevant documents in the record, the court finds it appropriate to GRANT Defendants' request for leave to file an early motion for partial summary judgment. *See Hoffman v. Tonnemacher*, 593 F.3d 908, 911 (9th Cir. 2010) ("district courts have discretion to entertain successive motions for summary judgment").

1

The court, therefore, ORDERS as follows:

1.  Defendants shall file the motion for partial summary judgment, the memorandum proposed (Dkt. 154-9), and supporting papers on or before June 13, 2025.  This motion shall not prevent Defendants from filing a second motion for summary judgment on other issues at a future date; however, this motion shall be Defendants' sole opportunity to move for summary judgment regarding the four categories of information at issue in this motion.

2.  Plaintiffs' deadline to file an opposition to the motion for partial summary judgment shall be July 3, 2025.

3.  Defendants' deadline to file a reply in support of the motion for partial summary judgment shall be July 18, 2025.

4.  Defendants' motion for partial summary judgment shall be taken under submission as of July 18, 2025.  *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.  The court will set this matter for hearing if the court deems a hearing necessary or appropriate.[1]

IT IS SO ORDERED.

Dated: June 9, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

---

[1] Plaintiffs contend the Motion is an untimely and improper request for reconsideration of the court's ruling on Defendants' prior Motion to Dismiss.  Dkt. 162 at 9–10.  The court disagrees.  In denying Defendants' Motion to Dismiss, the court stated expressly it would address only "those of Defendants' arguments that do not depend upon facts outside the four corners [of] the amended complaint."  Dkt. 102 at 8.  The proposed motion for partial summary judgment is based on evidence the court declined to consider in connection with the Motion to Dismiss and is properly the subject of a motion under Fed. R. Civ. P. 56.