JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
PETER M. BRANSTEN (SBN 113352)
pbransten@glaserweil.com
AYAD MATHEWS (SBN 339785)
amathews@glaserweil.com
GLASER WEIL FINK HOWARD
      JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-FLA-E <br><br> <u>CLASS ACTION</u> <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge: Hon. Fernando L. Aenlle-Rocha |

**TO THE COURT[1], ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to this Court's June 9, 2025 Order Granting Defendants' Motion for Leave to File Motion for Partial Summary Judgment, ECF No. 177 ("Order"), Defendants hereby file their Motion for Partial Summary Judgment ("Motion") as of the date of this Notice of Motion, June 13, 2025, seeking an order granting partial summary judgment in favor of Defendants as to four (4) categories of disclosures that Plaintiffs[2] falsely allege Defendants concealed from investors of Green Dot Corporation's common stock.

PLEASE TAKE FURTHER NOTICE that, per the Court's Order, Plaintiffs' deadline to file an opposition to the Motion is July 3, 2025, and Defendants' deadline to file a reply in support of their Motion is July 18, 2025. Furthermore, the Court will take the Motion under submission as of July 18, 2025 and will set the mater for hearing if the Court deems a hearing necessary or appropriate. *See* ECF No. 177.

Defendants' Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts, the Request for Judicial Notice, the Declaration of Alexander K. Talarides and Exhibits A through DD thereto, all other papers and pleadings on file in this action, and such further

---

[1] By order dated June 9, 2025 (ECF No. 177), this Court granted Defendants Green Dot Corporation, Steven W. Streit, and Mark Shifke (collectively, "Defendants") leave to file this motion for partial summary judgment. However because (1) the motion for leave, with attachments, was filed while this case was still assigned to the Honorable Dean D. Pregerson and (2) this Court's June 9, 2025 order did not direct Defendants to make any changes to the original proposed filings, the as-filed format comports with Judge Pregerson's Standing Order on Procedures but may not comply in certain, technical respects with the Honorable Fernando L. Aenlle-Rocha's Initial Standing Order (ECF No. 171). Should the Court order Defendants to file substitute versions to comport with Judge Aenlle-Rocha's Initial Standing Order, Defendants will promptly do so.

[2] "Plaintiffs" refers collectively to Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and Plaintiff Teamsters Local Union No. 727 Pension Fund.

- 1 -

argument as may be presented to the Court at the hearing, if one is held.

Dated:  June 13, 2025

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
JAMES N. KRAMER
ALEXANDER K. TALARIDES
M. TODD SCOTT


 */s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  415-773-5700
Facsimile:  415-773-5957

-        and     -

**GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP**
RICHARD E. GOTTLIEB
EMIL PETROSSIAN
PETER M. BRANSTEN
AYAD MATHEWS
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants*

- 2 -