JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
PETER M. BRANSTEN (SBN 113352)
pbransten@glaserweil.com
AYAD MATHEWS (SBN 339785)
amathews@glaserweil.com
GLASER WEIL FINK HOWARD
     JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-FLA-E |
| | CLASS ACTION |
| | **STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| | Judge: Hon. Fernando L. Aenlle-Rocha |

Pursuant to Local Rule 56-1, Defendants submit this Statement of Uncontroverted Facts ("SUF") in Support of Defendants' Motion for Partial Summary Judgment.

Citations to "Pl. Adm." refer to Plaintiffs' Responses and Objections to Defendant Green Dot Corporation's Requests for Admission to Plaintiffs, Set One, which is attached as Exhibit CC to the accompanying Declaration of Alexander K. Talarides. Citations to "Ex." are to other documents attached as exhibits to the Talarides Declaration. References to earnings call transcripts are abbreviated as "EC Tr." and references to SEC filings and analyst reports are indicated as such.

| SUF No. | DEFENDANTS' UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
| --- | --- | --- |
| 1 | On Green Dot's November 5, 2015 Earnings Call for Q3 2015, Mr. Streit disclosed that Green Dot has "a number of new products and initiatives that [it] expect[ed] to generate positive results." | Ex. A (11/5/15 EC Tr.) at 5. |
| 2 | On Green Dot's November 9, 2016 Earnings Call for Q3 2016, Mr. Streit disclosed that Green Dot was "seeing direct deposit growth as both a percentage of [total] active cards and growth in the absolute number of direct deposit accounts." | Ex. B (11/9/16 EC Tr.) at 5. |
| 3 | On Green Dot's May 9, 2017 Earnings Call for Q1 2017, Mr. Streit disclosed Green Dot's "lower margin of the new revenue." | Ex. C (5/9/17 EC Tr.) at 15. |
| 4 | On Green Dot's May 9, 2017 Earnings Call for Q1 2017, Mr. Streit disclosed that Green Dot's "direct deposit penetration as a percentage of active accounts is up 44%, continuing the trend of increasing direct deposit penetration that we saw all throughout last year." | Ex. C (5/9/17 EC Tr.) at 5. |

- 1 -

| SUF No. | DEFENDANTS' UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|---|
| 5 | On Green Dot's August 8, 2017 Earnings Call for Q2 2017, Mr. Streit disclosed that Green Dot's "direct deposit active base continues to soar, with record year-over-year consolidated growth of a whopping 83% in accounts receiving direct deposit, with 75% of all card loads coming from direct deposit in the quarter." | Ex. D (8/8/17 EC Tr.) at 5. |
| 6 | In Green Dot's Form 8-K filed November 7, 2017 and on Green Dot's February 21, 2018 Earnings Call for Q4 2017, Defendants disclosed its "Banking as a Service, or 'BaaS Platform,'" where Green Dot partners with other companies to develop their own digital banking services to distribute to their customers. | Pl. Adm. No. 10 (citing Ex. E (11/7/17 SEC Form 8-K) at 4); Ex. G (2/21/18 EC Tr.) at 6. |
| 7 | On Green Dot's November 7, 2017 Earnings Call for Q3 2017, Mr. Streit disclosed that "the percentage of active cards receiving direct deposit was up a spectacular 90% year-over-year." | Ex. F (11/7/17 EC Tr.) at 4. |
| 8 | On Green Dot's November 7, 2017 Earnings Call for Q3 2017, Mr. Streit disclosed that Green Dot's "increasingly important and relevant Banking as a Service, or BaaS Platform, . . . with Intuit in a new partnership, where they're using [its] BaaS Platform," and "another of [its] Banking as a Service partnerships, Apple Pay Cash." | Ex. F (11/7/17 EC Tr.) at 4-5. |
| 9 | On Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit disclosed that "[t]he average life of a prepaid card is a lot less than 2 years." | Ex. G (2/21/18 EC Tr.) at 18-19. |

- 2 -

| SUF No. | DEFENDANTS' UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|---|
| 10 | On Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit disclosed that Green Dot typically refers to prepaid debit cards as its "legacy business" or "established business lines." | Ex. G (2/21/18 EC Tr.) at 16. |
| 11 | On Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Shifke disclosed how Green Dot was "continu[ing] to successfully evolve from what used to be largely a monoline, single channel model of selling prepaid cards and cash reloads at retail stores, into a new kind of bank, a modern, pro-consumer, technology-forward branchless bank that offers many products and services directly to consumers and through enterprise-level partnerships via our Banking as a Service platform." | Pl. Adm. No. 8 (citing Ex. G (2/21/18 EC Tr.) at 9). |
| 12 | On Green Dot's February 21, 2018 Earnings Call for Q4 2017, Defendants disclosed Green Dot's total number of active accounts, and the growth in active accounts on a year-over-year basis. | Pl. Adm. No. 5 (citing Ex. G (2/21/18 EC Tr.) at 5). |
| 13 | On Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit disclosed that "we track our established products versus new products internally, but we disclose just the segments." | Pl. Adm. No. 7 (citing Ex. G (2/21/18 EC Tr.) at 16). |
| 14 | On Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit disclosed that Green Dot's "active accounts receiving direct deposit, gr[ew] by 21% in the quarter" as part of a "continuing long-term portfolio mix shift towards higher lifetime value accounts." | Pl. Adm. No. 5 (citing Ex. G (2/21/18 EC Tr.) at 5). |

- 3 -

| SUF No. | DEFENDANTS' UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|---|
| 151 | On Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit disclosed that Green Dot "had multiple new Banking as a Service program wins." | Ex. G (2/21/18 EC Tr.) at 4. |
| 16 | On Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit disclosed that for FY 2018, "we intend to focus on attracting … consumer segments who are more likely to enroll in direct deposit." | Pl. Adm. No. 6 (citing Ex. G (2/21/18 EC Tr.) at 6). |
| 17 | On Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit disclosed that Green Dot's newer products and services had become "more and more material." | Pl. Adm. No. 7 (citing Ex. G (2/21/18 EC Tr.) at 16). |
| 18 | On Green Dot's February 21, 2018 Earnings Call for Q4 2017, Mr. Streit disclosed that "the margins on some of [Green Dot's] new BaaS programs are materially lower than those of [its] established and at scale legacy product lines." | Pl. Adm. No. 14 (citing Ex. G (2/21/18 EC Tr.) at 7). |
| 19 | In Green Dot's Form 10-K for the period ended December 31, 2017 (filed February 27, 2018), Green Dot disclosed that the "margins for new products and services may not be as high as the margins we have experienced in the past." | Pl. Adm. No. 2 (citing Ex. H (2/27/18 SEC Form 10-K) at 13). |
| 20 | On Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit disclosed that Green Dot had "increase[ed] the number of accounts receiving direct deposit by 930,000 on a year-over-year basis." | Pl. Adm. No. 32 (citing Ex. I (5/9/18 EC Tr.) at 7). |

DEFS' STATEMENT OF UNCONTROVERTED FACTS ISO MOTION FOR PARTIAL SUMMARY JUDGMENT

| SUF No. | DEFENDANTS' UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|---|
| 21 | On Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit disclosed that Green Dot was experiencing "ongoing momentum in [its] efforts to attract and retain direct deposit accounts." | Pl. Adm. No. 33 (citing Ex. I (5/9/18 EC Tr.) at 5). |
| 22 | On Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit disclosed that Green Dot was "continuing [its] long-term portfolio mix shift towards higher lifetime value accounts." | Pl. Adm. No. 34 (citing Ex. I (5/9/18 EC Tr.) at 5). |
| 23 | On Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Shifke disclosed that "the mix of customers receiving direct deposit of funds grew substantially … such that now approximately 1/2 of all our active accounts received direct deposit in the quarter." | Pl. Adm. No. 35 (citing Ex. I (5/9/18 EC Tr.) at 9). |
| 24 | On Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Shifke disclosed that Green Dot has "lower-margin revenue from our new product lines." | Pl. Adm. No. 40 (citing Ex. I (5/9/18 EC. Tr.) at 10). |
| 25 | On Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit disclosed that Green Dot's "newer branded product lines . . . have a much lower contribution margin than our established product lines." | Pl. Adm. No. 38 (citing Ex. I (5/9/18 EC Tr.) at 4). |
| 26 | On May 9, 2018, market analyst Deutsche Bank reported that Green Dot's "EBITDA margins declined y-o-y in 1Q18 and came in below expectations and company guided to 2Q18 EBITDA significantly below street estimates potentially due to lower contribution margin for new programs." | Pl. Adm. No. 43 (citing Ex. J (5/9/18 Deutsche Bank Analyst Report) at 1). |

- 5 -

DEFS' STATEMENT OF UNCONTROVERTED FACTS ISO MOTION FOR PARTIAL SUMMARY JUDGMENT

| SUF No. | DEFENDANTS' UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|---|
| 27 | In Green Dot's Form 10-Qs for Q1 2018 filed May 10, 2018, and for Q1 2019 filed May 9, 2019, the Company disclosed the "[n]umber of [a]ctive [a]ccounts," a "key metric[]" reported in each of the company's quarterly and annual reports that includes "any bank account" within Green Dot. | Ex. K (5/10/18 SEC Form 10-Q) at 29; Ex. Y (5/9/19 SEC Form 10-Q) at 27. |
| 28 | In Green Dot's Form 10-Q for Q1 2018 filed May 10, 2018, Green Dot disclosed that "[t]he increase in the number of active accounts of 19% was primarily driven by the launch of new products during the first quarter of 2018 and growth from our existing account programs." | Pl. Adm. No. 29 (citing Ex. K (5/10/18 SEC Form 10-Q) at 29). |
| 29 | On May 10, 2018, market analyst Morgan Stanley reported that "GDOT's adjusted EBITDA margins compressed 240 bps YoY during the quarter due to mix shift towards newer branded product lines and BaaS program launches that come with upfront expenses." | Pl. Adm. No. 55 (citing Ex. L (5/10/18 Morgan Stanley Analyst Report) at 2). |
| 30 | In Green Dot's Form 10-Q for Q1 2018 filed May 10, 2018, Green Dot disclosed "[o]ur new product lines currently have margins below our established product lines." | Pl. Adm. No. 26 (citing Ex. K (5/10/18 SEC Form 10-Q) at 28). |
| 31 | Omitted. | |
| 32 | At the May 16, 2018 JP Morgan Conference, Mr. Shifke disclosed how Green Dot was "focusing on [its] direct deposit customer base," and that "[n]ow about 80% of [its] [volume] comes from direct deposit" and "[n]early 50% of our active customers are on direct deposit." | Ex. M (5/16/18 JP Morgan Conf. Tr.) at 10. |

- 6 -

| SUF No. | DEFENDANTS' UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|---|
| 33 | On Green Dot's May 9, 2018 Earnings Call for Q1 2018, Mr. Streit disclosed that Green Dot's newer digital banking services had "materially lower margins" than traditional high-fee prepaid cards, that "expanded margins on [Green Dot's] established product lines [were] being offset by the materially lower margins generated on [its] large-scale new product lines," and that the company had no "expectation that margins" on the new business lines would "ever be as rich as [the Company's] legacy products." | Pl. Adm. No. 40 (citing Ex. I (5/9/18 EC. Tr.) at 4, 7, 23). |
| 34 | On July 10, 2018, market analyst Jefferies Group reported that Green Dot "is amid a fundamental shift in terms of its business model (e.g., focus on BaaS)." | Pl. Adm. No. 65 (citing Ex. N (7/10/18 Jefferies Group LLC Analyst Report) at 3). |
| 35 | On Green Dot's August 8, 2018 Earnings Call for Q2 2018, Mr. Streit disclosed that Green Dot gained "an additional 700,000 more active accounts, in which approximately 500,000 were new direct deposit accounts." | Pl. Adm. No. 76 (citing Ex. O (8/8/18 EC Tr.) at 5). |
| 36 | On Green Dot's August 8, 2018 Earnings Call for Q2 2018, Mr. Shifke disclosed that Green Dot's "portfolio mix [was] mov[ing] more towards direct deposit customers as a percentage of total and away from one-and-dones." | Pl. Adm. No. 75 (citing Ex. O (8/8/18 EC Tr.) at 12). |
| 37 | In Green Dot's Form 10-Q for Q2 2018 filed August 9, 2018, Green Dot disclosed that "[t]he increase in the number of active accounts of 14% was primarily driven by the launch of new products during the first quarter of 2018 and growth from our existing account | Pl. Adm. No. 74 (citing Ex. P (8/9/18 SEC Form 10-Q) at 30); Ex. P (8/9/18 SEC Form 10-Q) at 44. |

- 7 -

| SUF No. | DEFENDANTS' UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|---|
| | programs." It further disclosed that "operating margins for new products and services may not be as high as the margins we have experienced in the past." | |
| 38 | On Green Dot's November 7, 2018 Earnings Call for Q3 2018, Mr. Streit disclosed that Green Dot's "the number of active accounts receiving direct deposit grew by 13% year-over-year." | Pl. Adm. No. 99 (citing Ex. Q (11/7/18 EC Tr.) at 6). |
| 39 | On Green Dot's November 7, 2018 Earnings Call for Q3 2018, Mr. Streit disclosed that Green Dot's "a 2-year growth rate of 33% in actives and 114% in direct deposit actives" year-over-year. | Pl. Adm. No. 100 (citing Ex. Q (11/7/18 EC Tr.) at 6). |
| 40 | During Green Dot's November 7, 2018 Earnings Call for Q3 2018, Robert Napoli, representing market analyst William Blair & Co., stated that Green Dot's "business is changing so rapidly." | Pl. Adm. No. 102 (citing Ex. Q (11/7/18 EC Tr.) at 11). |
| 41 | On November 7, 2018, market analyst Deutsche Bank reported that as Green Dot's "[c]ard attrition pick[ed] up[,] [a]ctive card growth moderated to 3% Y/Y in 3Q18, which the [C]ompany blamed on difficult comps in September and reiterated mid-single-digit growth for 4Q18 and going forward. However, we would highlight that net active cards declined 430K from 2Q to 3Q, which the [C]ompany attributed to normal seasonality and highlighted 250K direct deposit additions in the quarter." | Pl. Adm. No. 109 (citing Ex. R (11/7/18 Deutsche Bank Analyst Report) at 1). |
| 42 | On Green Dot's November 7, 2018 Earnings Call for Q3 2018, Mr. Streit disclosed that Green Dot's BaaS programs "contribute at a lower margin than [the Company's] established | Ex. Q (11/7/18 EC Tr.) at 17. |

- 8 -

DEFS' STATEMENT OF UNCONTROVERTED FACTS ISO MOTION FOR PARTIAL SUMMARY JUDGMENT

| SUF No. | DEFENDANTS' UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|---|
|  | programs." |  |
| 43 | On November 7, 2018, market analyst William Blair & Co. reported to investors that Green Dot's "margins on the BaaS business are below the corporate average currently due to heavy investment" and that "[m]anagement's commentary suggests newer initiatives initially have lower margins but ramp up as customer usage grows." | Pl. Adm. No. 103 (citing Ex. S (11/7/18 William Blair & Co. Analyst Report) at 1-2). |
| 44 | In Green Dot's Form 10-Q for Q3 2018 filed November 8, 2018, Green disclosed that their "operating margins for new products and services may not be as high as the margins [the Company] ha[d] experienced in the past." | Ex. T (11/8/18 SEC Form 10-Q) at 46). |
| 45 | On Green Dot's February 20, 2019 Earnings Call for Q4 2018, Mr. Streit disclosed the "mix shift towards direct deposit." | Pl. Adm. No. 118 (citing Ex. U (2/20/19 EC Tr.) at 5). |
| 46 | On Green Dot's February 20, 2019 Earnings Call for Q4 2018, Mr. Streit disclosed that "the number of active accounts receiving direct deposit grew by 10% year-over-year," despite total actives growing only "1% year-over-year." | Ex. U (2/20/19 EC Tr.) at 5. |
| 47 | On February 20, 2019, market analyst Cowen & Co. reported to investors that Green Dot's "[a]ctive accounts growth was ~1%, a deceleration from 3Q18's ~3%, reflecting higher conversion of active accounts to direct deposit active accounts." | Pl. Adm. No. 121 (citing Ex. V (2/20/19 Cowen & Co. Analyst Report) at 1). |

DEFS' STATEMENT OF UNCONTROVERTED FACTS ISO MOTION FOR PARTIAL SUMMARY JUDGMENT

| SUF No. | DEFENDANTS' UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|---|
| 48 | On Green Dot's May 8, 2019 Earnings Call for Q1 2019, Mr. Streit disclosed that the "new product lines, primarily consisting of BaaS programs, contributed over 420,000 new active accounts" year-over-year. | Pl. Adm. No. 137 (citing Ex. X (5/8/19 EC Tr.) at 5). |
| 49 | In Green Dot's Form 8-K filed November 7, 2019, Green Dot included a section entitled "Key Metrics" that included a chart containing the company's "key business metrics for each of the last seven calendar quarters." One of the key metrics was the "number of active accounts at quarter end." The chart shows that the number of active accounts declined in each of the seven quarters except one: <br><br> _table below_ | Ex. AA (11/7/19 SEC Form 8-K) at 6. |

| Quarter Ended | Active Accounts | % Change Y/Y |
|---|---|---|
| Q1 2018 | 6.01 M | +19% |
| Q2 2018 | 5.86 M | +14% |
| Q3 2018 | 5.43 M | +4% |
| Q4 2018 | 5.34 M | +1% |
| Q1 2019 | 6.05 M | +1% |
| Q2 2019 | 5.66 M | -1% |
| Q3 2019 | 5.18 M | -5% |

- 10 -

DEFS' STATEMENT OF UNCONTROVERTED FACTS ISO MOTION FOR PARTIAL SUMMARY JUDGMENT

| SUF No. | DEFENDANTS' UNCONTROVERTED FACT | SUPPORTING EVIDENCE |
|---|---|---|
| 50 | In every quarterly and annual report filed with the SEC during the relevant period, Green Dot disclosed a chart reflecting its "Consolidated Statement of Operations." The first line of that chart, under the heading "Operating Revenues," was "Card Revenues and Other Fees." The associated revenue numbers for each quarter are as follows: <br><br> | Ex. W (2/26/19 SEC Form 10-K) at 31; Ex. Y (5/9/19 SEC Form 10-Q) at 2; Ex. Z (8/9/19 SEC Form 10-Q) at 2; Ex. AA (11/7/19 SEC Form 8-K) at 12. |

| Quarter Ended | Card Revenue and Other Fees | % Change Y/Y |
|---|---|---|
| Q1 2018 | 130,060 | +29% |
| Q2 2018 | 120,783 | +13% |
| Q3 2018 | 113,474 | +13% |
| Q4 2018 | 118,564 | +12% |
| Q1 2019 | 129,577 | -0.4%% |
| Q2 2019 | 121,613 | +0.7% |
| Q3 2019 | 102,231 | -10% |

Dated:  June 13, 2025

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
JAMES N. KRAMER
ALEXANDER K. TALARIDES
M. TODD SCOTT


 */s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  415-773-5700
Facsimile:  415-773-5957

-  and  -

- 11 -

**GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP**
RICHARD E. GOTTLIEB
EMIL PETROSSIAN
PETER M. BRANSTEN
AYAD MATHEWS
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

*Attorneys for Defendants*

- 12 -