JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
PETER M. BRANSTEN (SBN 113352)
pbransten@glaserweil.com
AYAD MATHEWS (SBN 339785)
amathews@glaserweil.com
GLASER WEIL FINK HOWARD
     JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-FLA-E |
| | CLASS ACTION |
| | **DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| | **VOLUME 1 OF 3 (EXHIBITS A-S)** |
| | Judge: Hon. Fernando L. Aenlle-Rocha |

TALARIDES DECLARATION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Alexander K. Talarides, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of California. I am a Partner at Orrick, Herrington & Sutcliffe LLP, co-counsel of record for Defendants Green Dot Corporation ("Green Dot"), Steven W. Streit, and Mark Shifke ("Defendants") in the above-captioned litigation. I submit this declaration in support of Defendants' Motion for Partial Summary Judgment.

2.    I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to each fact stated herein.

3.    Attached hereto are true and correct copies of the following documents:

| Exhibit No. | Description |
|---|---|
| A | Green Dot's November 5, 2015 Earnings Call Transcript obtained from Capital IQ, a subscription based research platform offered by S&P Global, Inc. (www.capitaliq.com). |
| B | Green Dot's November 9, 2016 Earnings Call Transcript obtained from Capital IQ. |
| C | Green Dot's May 9, 2017 Earnings Call Transcript obtained from Capital IQ. |
| D | Green Dot's August 8, 2017 Earnings Call Transcript obtained from Capital IQ. |
| E | Green Dot's November 7, 2017 Current Report on Form 8-K as filed with the United States Securities and Exchange Commission ("SEC") and obtained from the SEC's website (www.sec.gov/edgar). |
| F | Green Dot's November 7, 2017 Earnings Call Transcript obtained from Capital IQ. |
| G | Green Dot's February 21, 2018 Earnings Call Transcript obtained from Capital IQ. |
| H | Green Dot's February 27, 2018 Annual Report on Form 10-K as filed with the SEC and obtained from the SEC's website. |
| I | Green Dot's May 9, 2018 Earnings Call Transcript obtained from Capital IQ. |
| J | May 9, 2018 report to investors by market analyst Deutsche Bank Markets Research obtained from Capital IQ. |

- 1 -

TALARIDES DECLARATION IN SUPPORT OF DEFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

| Exhibit No. | Description |
|---|---|
| K | Green Dot's May 10, 2018 Quarterly Report on Form 10-Q as filed with the SEC and obtained from the SEC's website. |
| L | May 10, 2018 report to investors by market analyst Morgan Stanley Research obtained from Capital IQ. |
| M | Transcript of May 16, 2018 JP Morgan Chase & Co, Research Division Conference Presentation obtained from Capital IQ. |
| N | July 10, 2018 report to investors by market analyst Jefferies Group LLC obtained from Capital IQ. |
| O | Green Dot's August 8, 2018 Earnings Call Transcript obtained from Capital IQ. |
| P | Green Dot's August 9, 2018 Quarterly Report on Form 10-Q as filed with the SEC and obtained from the SEC's website. |
| Q | Green Dot's November 7, 2018 Earnings Call Transcript obtained from Capital IQ. |
| R | November 7, 2018 report to investors by market analyst Deutsche Bank Research obtained from Capital IQ. |
| S | November 7, 2018 report to investors by market analyst William Blair & Co. obtained from Capital IQ. |
| T | Green Dot's November 8, 2018 Quarterly Report on Form 10-Q as filed with the SEC and obtained from the SEC's website. |
| U | Green Dot's February 20, 2019 Earnings Call Transcript obtained from Capital IQ. |
| V | February 20, 2019 report to investors by market analyst Cowen & Co. obtained from Capital IQ. |
| W | Green Dot's February 26, 2019 Annual Report on Form 10-K as filed with the SEC and obtained from the SEC's website. |
| X | Green Dot's May 8, 2019 Earnings Call Transcript obtained from Capital IQ. |
| Y | Green Dot's May 9, 2019 Quarterly Report on Form 10-Q as filed with the SEC and obtained from the SEC's website. |
| Z | Green Dot's August 9, 2019 Quarterly Report on Form 10-Q as filed with the SEC and obtained from the SEC's website. |

- 2 -

| Exhibit No. | Description |
|---|---|
| AA | Green Dot's November 7, 2019 Current Report on Form 8-K as filed with the SEC and obtained from the SEC's website. |
| BB | Green Dot's January 10, 2025 Requests for Admission to Plaintiffs, Set One. |
| CC | Plaintiffs' February 10, 2025 Responses and Objections to Green Dot's Requests for Admission to Plaintiffs, Set One. |
| DD | A modified version of the Amended Complaint prepared by counsel with the allegations that are defeated by Defendants' Motion for Partial Summary Judgment highlighted in red and the allegations that are not defeated highlighted in yellow. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2025, at Alameda, California.

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

- 3 -