# Exhibit A

**S&P Global**
Market Intelligence

# Green Dot Corporation NYSE:GDOT
# FQ3 2015 Earnings Call Transcripts

## Thursday, November 05, 2015 10:00 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ3 2015- | | | -FQ4 2015- | -FY 2015- | -FY 2016- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.08 | 0.15 | ▲87.50 | 0.12 | 1.32 | 1.45 |
| **Revenue (mm)** | 148.11 | 146.36 | ▼(1.18 %) | 158.56 | 704.60 | 748.21 |

Currency: USD
Consensus as of  Oct-27-2015 11:38 AM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2014** | 0.18 | 0.16 | ▼1 (11.11 %) |
| **FQ1 2015** | 0.62 | 0.86 | ▲2 38.71 % |
| **FQ2 2015** | 0.24 | 0.28 | ▲3 16.67 % |
| **FQ3 2015** | 0.08 | 0.15 | ▲4 87.50 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ..................................................................... | 3 |
| Presentation | ..................................................................... | 4 |
| Question and Answer | ..................................................................... | 8 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Christopher Mammone**

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, President, CEO & Director*

## ANALYSTS

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

**Matthew Thomas Lipton**
*Autonomous Research LLP*

**Oscar D. Turner**
*SunTrust Robinson Humphrey, Inc., Research Division*

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and welcome to the Green Dot Corporation Third Quarter 2015 Earnings Conference Call. Please note that the contents of this call are being recorded. I would now like to turn the conference over to Mr. Christopher Mammone, Vice President of Investor Relations for Green Dot. Please go ahead, sir.

**Christopher Mammone**

Thank you, and good afternoon, everyone. On today's call, we will discuss 2015 third quarter performance, updated thoughts regarding our 2015 outlook and preliminary thoughts about 2016. Following these remarks, we will open the call for questions.

For those of you that have not yet accessed the earnings press release that accompany this call and webcast, it can be found at ir.greendot.com.

Additional operational data have been provided in the supplemental table within our press release. As a reminder, our comments include forward-looking statements about, among other things, our expectations regarding future results and performance.

Please refer to the cautionary language in the earnings release and in Green Dot's filings with the Securities and Exchange Commission, including the most recent Form 10-Q that we filed on August 10, 2015, for additional information concerning factors that could cause actual results to differ materially from the forward-looking statements.

During the call, we will make reference to financial measures that do not conform to generally accepted accounting principles. This information may be calculated differently than similar non-GAAP data presented by other companies. Quantitative reconciliations of our non-GAAP financial information to their most directly comparable GAAP financial information appears in today's press release.

The content of this call is property of Green Dot Corporation and subject to copyright protection. Now I'd like to turn the call over to Steve.

**Steven W. Streit**
*Founder, President, CEO & Director*

Thank you, Chris, and welcome, everyone, to our third quarter earnings call. With me is Interim CFO, Mark Shifke.

Here are the headlines. Green Dot posted Q3 2015 revenue of $146.5 million, $22.2 million of adjusted EBITDA and EPS of $0.15. These results are a tad softer than our expectations on the top line and ahead of expectations on the bottom line. We expect to end the year slightly below our guidance range on revenue and within our original guidance range on adjusted EBITDA and EPS despite the increased Walmart rev share rates and the larger than expected revenue impact from the discontinuation of MoneyPak and its ecosystem effects over the course of the year. Mark will have more details on our revenue performance in his section of the call.

As promised, we're returning capital to shareholders with the execution of a $40 million accelerated share repurchase program initiated in September. We have another $110 million of headroom remaining in our current $150 million authorization, and we intend to continue to buy shares next year.

And lastly, today, we'll provide you with preliminary and high-level commentary on our expectations for 2016, so you can have a better understanding of our model for next year in advance of our Q4 call, where we will provide formal 2016 guidance.

As all of you know, we made a difficult decision earlier this year to discontinue the sale of our MoneyPak product. As a result of the MoneyPak discontinuation, combined with losses in revenue and profitability from our private label business, we have been battling rather severe headwinds that have been reflected

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GREEN DOT CORPORATION FQ3 2015 EARNINGS CALL | NOV 05, 2015

in our legacy revenues and earnings. As I'm about to discuss, we have undertaken significant steps to offset the declines, create new and potentially more profitable products and roll out new programs and initiatives that have the potential to position Green Dot for significant growth as we rebuild our business throughout 2016 in order to position ourselves for a solid 2017 and beyond.

Green Dot's legacy business is a portfolio business, so nothing happens overnight. But I think you will see that we have taken concrete steps to turn the tide with a number of new initiatives designed to create the opportunity for growth and a brighter future.

While there are many exciting programs and initiatives that we hope to announce throughout the year, let me share with you today just those initiatives that are actually in the process of being deployed now, and that we expect to start having positive impacts on our results starting early next year.

First, we expect our private label business line to benefit from a number of new initiatives, including a new MoneyCard product at Walmart. While I can't go into specifics until that product launches on the rack, we believe that based on extensive research, the new MoneyCard can be expected to have a better adoption rate, higher customer engagement and retention than other MoneyCard offerings, providing us the opportunity to stop the declines and grow that business over time.

In our branded business line, we have a number of new products and initiatives that we expect to generate positive results over the course of next year and the years that follow.

For example, we have added new and compelling features to our best-selling Green Dot everyday prepaid card and we're adding a new debit card product for national distribution, that's intended to attract a more broad-based market segment with a compelling consumer value proposition.

Additionally, all of our new line of prepaid cards will allow cardholders to write checks to pay their rent and other bills where a paper check is required. They can also deposit checks using their cellphone camera. And direct deposit customers will now enjoy access to direct deposit money up to 2 days before payday.

All of our products will also have new pricing plans that are designed to attract the best high-use prepaid customers while providing Green Dot with superior unit economics compared with our current slate of products.

We also intend to expand the distribution of GoBank next year, with at least one new distribution partnership while enhancing the consumer version of GoBank sold online and at Walmart, with a new marketing look and feel, and a new value proposition that we think will help attract more customers, including those who already have a checking account at another bank.

In addition, we are excited to let you know that we're developing new small-business version of GoBank designed to serve the new on-demand 1099 Workforce. We intend to partner with at least one company that will offer the Go business account to their large base of 1099 workers.

We believe Green Dot can become a leading bank account provider for the fast-growing on-demand and marketplace economies. Whether you're a sole proprietor signing up with Square to accept credit cards or a college student looking to make money by delivering for postmates.com or a DIY expert, like my wife, looking to sell your creations on Etsy. The first stumbling block you run across is when Square or Postmates or Etsy and hundreds of others like them asks you to enter your checking account information to receive your payments.

You may not have a checking account, or you may have a personal checking account, but what you really need is a small business account. Or maybe already have a personal checking account, but you don't want to commingle your Etsy money, let's say, with your family money.

With the right technology-centric bank, like Green Dot Bank, the right API and technology platform like Flex dot, which is the underlying and easily configurable core technology that powers all of our bank account offerings and the right products like GoBank personal checking accounts and Go business instant on-demand small business checking accounts, we believe Green Dot has an opportunity to be the modern checking account of choice for the fast-growing on-demand economy.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We have assembled a dedicated team of revenue and technology professionals to penetrate this new vertical, and we hope to share our progress with you over time.

Now, let's talk about our processing business line. I'm pleased to let you know that our goal of generating revenue synergies from the TPG acquisition is expected to begin to play out in 2016. A number of TPG distribution partners, representing thousands of independent tax preparers, have agreed to participate with Green Dot TPG in a new and exciting program designed to both encourage more tax preparers to use TPG for their refund processing needs and encourage their tax prep customers to choose a Green Dot account to receive their tax refund.

We'll provide details on these programs as we enter tax season in January.

And also in our processing business line, we're pleased to announce that starting in the first half of next year, Green Dot will be making available a new product to replace the old MoneyPak PIN product that we discontinued earlier in the year. The new MoneyPak Plus can be purchased by the consumer and rung up by the cashier the exact same way as the old MoneyPak product worked. But then, it deploys a number of high-tech risk mitigants and other processes to ensure that the product isn't susceptible to the types of abuse that caused us to discontinue the original MoneyPak product.

To be clear, we don't expect that the new MoneyPak Plus will completely fill the large financial void left behind from the elimination of the original MoneyPak, and our expectations are actually quite modest for 2016. We'll tell you more about MoneyPak Plus when we launch it next year.

Of course, we won't provide formal 2016 guidance until our Q4 call. But based on these new initiatives and our private label, branded and processing business lines, and the fact that the negative effects from the MoneyPak discontinuation seem to be showing ongoing stabilization, we feel optimistic about our ability to overcome the expected year-over-year headwind for next year as we lap the MoneyPak-related losses over the course of next year. But there's always a risk in forecasting launch dates, the timing and degree of customer adoption, and how our new products will generate revenue over time.

So we want to communicate both our optimism based on the strength of our initiatives for next year, but also our caution and reserve as we know we have a 5%-or-so year-over-year run rate decline to overcome and that modeling the impact of new initiatives is inherently speculative and actual results could differ materially from our model.

In addition, while those initiatives are in the process of being deployed right now, I also want to remind you that we continue to believe that Green Dot has a meaningful role to play in providing both secured and unsecured credit to millions of current and potentially new Green Dot customers across all of our products and acquisition channels. We have the right brand, the right balance sheet, the right marketing assets, the right scale, the right technology, the right risk management expertise, the right proprietary customer data and the right data science capabilities to be a leader in this space, particularly for the half of America with household incomes below $50,000.

Of course, we also own a bank with a strong track record of knowing how to serve millions of Americans other banks either cannot serve or do not want to serve.

As you may recall, Green Dot Bank is in the process of seeking approval from its regulators for the ability to provide credit products on a national basis through Green Dot Bank. And we are additionally working on other lending business models outside of our bank. We hope to have some positive updates on lending in the near future, although I want to stress their lending initiatives are speculative, are not fully developed and in any event, would not be expected to contribute material revenue in 2016.

Now Mark will provide some color on the financial performance of the quarter and discuss our high level of preliminary outlook for next year. Mark?

**Mark L. Shifke**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thanks, Steve. For the quarter, Green Dot posted $146.5 million in non-GAAP total operating revenue, $22.2 million in adjusted EBITDA and $0.15 in non-GAAP earnings per share.

Active cards, overall, are down year-over-year by 3%. Our legacy portfolio active cards are down 11% year-over-year, which is reflective of the ecosystem pressure from MoneyPak's discontinuation. The loss in actives began to take place after we discontinued MoneyPak in February and continued to decline until early September, when active card counts largely stabilized.

This lower-than-expected active card base led to slightly softer revenue performance in Q3. Our adjusted EBITDA and non-GAAP EPS, on the other hand, continued to flow through at higher rates than first estimated at the beginning of the year because the quality of our active cards, while fewer in number than we had modeled, are delivering better unit economics than we had modeled.

For example, as I noted a moment ago, our legacy active card base is down 11% year-over-year, yet the revenue generated from those active cards is down only 3% year-over-year. While we are not satisfied with declines in our legacy portfolio, we are pleased with both the enhanced usage and profitability of our current base of active customers.

Margins for the quarter were down by approximately 660 basis points year-over-year. 170 basis points of this decline is the impact of acquisitions completed in the past year, primarily related to incurring the cost base of TPG, which generates all of its profits in the first half of the year. Of the remaining 5 percentage point drop in margins in the legacy business, roughly half of that is due to higher commissions on the MoneyCard program, with challenges primarily related to the MoneyPak discontinuation explaining the rest.

As we incorporate the Q3 results with the latest trends through October, we believe our overall performance in Q4 will be generally consistent with that of Q3, adjusted for seasonality, typical for our business.

So as we saw last year, we will have a lower EBITDA margin in Q4 relative to Q3. And this year, the differential in margin is accentuated by the incremental rev share expenses associated with the MoneyCard program plus some incremental expense from not owning TPG the entire quarter last year.

In respect of our full year performance, we now expect to finish the year slightly below the low end of our previously stated non-GAAP total operating revenue guidance range and to be within our full year guidance ranges for adjusted EBITDA and non-GAAP EPS.

One other note relating to our share count. During the third quarter, we launched an accelerated share repurchase program under our existing 150 million share repurchase program authorization and returned $40 million to our shareholders through this repurchase of common stock. We received approximately 1.8 million shares, representing 80% of the shares expected to be repurchased. We expect to complete the ASR program by Q1 of next year.

While it is premature to formally guide 2016, we expect to enter the year at a lower year-over-year legacy run rate, creating a revenue headwind in the 5% range. So while we believe that the breadth and scale of our new organic initiatives beginning in Q1 can enable us to grow our base of revenue ramping over the course of 2016, we are not expecting very much absolute revenue growth in the aggregate, if any at all, because we first need to grow enough to make up for that headwind.

Our new initiatives expected to launch over the course of 2016 should position us well as we head into 2017. In terms of capital management, we intend to execute additional share repurchases next year and we continue to aggressively look for additional accretive acquisitions.
With that, we will take your questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GREEN DOT CORPORATION FQ3 2015 EARNINGS CALL | NOV 05, 2015

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Ramsey El-Assal of Jefferies.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

So just trying to get a better understand on the preliminary '16 guide. So I mean, looking at your cash transfer line in your key operating metrics, it looks like we start to lap those deeper declines in Q1. So declines are stabilizing from MoneyPak, but there seems to be this incremental headwind that -- is that just from the aging of the cohorts? Or can you just help us understand a little bit more about where the -- kind of go over again where the headwinds are coming from exactly in '16.

**Mark L. Shifke**
*Chief Financial Officer*

Ramsey, it's Mark. Thank you. So as we're looking into '16, I think you're absolutely right. We are looking on -- at 2 aspects. One is our cash transfers and the other is sort of ecosystem impact on our card revenue. We now have about 2 quarters. And if you look at our -- what we're seeing inside of October as well, probably about 7 months of stabilization on the cash transfer line. So we feel pretty good about that. Where we have some difficulty is, if you look at our actives in Q2 to Q3, we saw, I guess, about a 6% decline from $4.8 million to $4.5 million. And our expectation is that has now sort of stabilized and leveled off, and we're expecting to see that in Q4 as well. So when you look at the impact on our active cards going into next year, that's really -- that plus the prior impact on the cash transfer line drives a 5% hold.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Okay. How quickly can you get the replacement MoneyPak product into your distribution? I mean, I'm just trying to think. I understand you're taking an understandably conservative view on how much of this gap you can kind of fill here. But is there any hope that you can get that product into distribution very quickly and potentially ameliorate some of this issue?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, so the answer is we think we can get it in certainly before the end of first half, call it the April time frame, May time frame latest. But you don't know, there is always some risk, the product is in the process of being deployed and it has a whole new back end, which is sort of the secret sauce to preventing the maliciousness of the other product and how it was used in some areas. So that will be rolling out, then retailers have to sell and get it out there. But I want to be clear that, and I said this in the prepared comments, MoneyPak will give us some juice coming back, but it's not going to be as big as the other one. The other product's been off the rack for a year. By that time -- a year and a few months. That means some of the people that used it for various purposes have gone to other services or other cash transfer services. So we think there's still a lot of demand, we can see that, where people still look for the product that had been on the shelf for almost 15 years. So there is a built-in base and we think we'll get some of that back. With the real benefit to next year and the way we intend to grow that 5% back, MoneyPak could be a part of that. We have very, very little revenue in the plan for that. The big part there, the new prepaid products that have better unit economics, and those are the ones that we've been able to look at and say at the current sales rates, even assuming no sales increases at all -- of the new retention rates and the new fee schedules those products have, can we build back up to make past that 5% along with some of the other initiatives we talked about in the prepared remarks. So we feel pretty good that we can make up the 5%. We don't feel really great that we can go much above the 5%, and so that's why you're hearing that caution in our prepared remarks.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Okay. Last one from me. On the new and improved -- or the new MoneyCard product, it wasn't too long ago that you did a redesign there. You broke out some different kind of segments with some different pricing strategies. Is this incremental to those changes, another face on the rack? Or is the entire program being reconceived and relaunched?

**Steven W. Streit**
*Founder, President, CEO & Director*

Let me think how I answer that. And the only reason I'm hesitating is because I'm always respectful of the fact that Walmart's a private business, they're a private business, if you will. And also, there are competitive issues. But let me answer it this way. All of us -- Walmart is a fabulous partner. They're good people individually, they're a great company, we have a lot of discussions together. And all of us are interested in making a great product that consumers really like and that's economically viable. And so to the extent we had other products that maybe didn't sell as well or were not as economically viable, we both have an interest, as any business would, in finding better solutions that please customers and also achieve the desired financial goals. So I'd rather not at this point though, as we sit here in November, talk too much about what's going to be coming up in January, February. But it's fair to say that we do think the new plans will fix a lot of the inventory issues we've had, the merchandising issues, that it will be a product that's a more compelling product that will generate higher sales and unit economics, please customers more, please the bottom line more and the revenue line more. And so we're very eager to get that out there. And once we do get it out in the public domain, we'll talk a lot about it and share a lot of discussion about it. Is that a fair way I'm answering it?

**Ramsey Clark El-Assal**
*Jefferies LLC, Research Division*

Yes, I get it. You can't be too specific. That helps.

**Operator**

The next question comes from Sanjay Sakhrani of KBW.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

This is actually Steven Kwok filling in for Sanjay. I guess, just the first question was just around -- you mentioned the 5% headwind for next year. How has that headwind been as we progress through 2015?

**Steven W. Streit**
*Founder, President, CEO & Director*

So at some point -- well, Mark, you actually want answer this? If you took it -- let me answer it the best way -- by the look on your face. So the answer is the 5% headwind is generated because you're only getting rid of MoneyPak once, okay? So you're not going to get rid of that again. So what you're looking at is really the legacy remainder in our card portfolio, if you will, the ecosystem effect. So if you look at the quarters: Q1, we dropped 6%, which was the net organic or legacy drop; Q2, we dropped 8%; Q3, we dropped 13%; Q4, 13.2% or something like that, and so you can see that leveling out. And then if you look at the months that comprise the quarter, you actually see a little bit of a tick up as you get into October. So we feel we bottomed out. And if you take away the MoneyPak effects over all that money, what's remaining is a 5% year-over-year headwind because you're not getting rid of MoneyPak twice. So if you will, that's the ecosystem effects and now we have to make up. And so that's where that numbers come from and that's also how we feel -- why we feel like we've bottomed out. Does that answer the question better?

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. And then in terms of that 5% headwind, is that for the whole year or is that some point during the 2016 that, that 5% will go away?

**Steven W. Streit**
*Founder, President, CEO & Director*

That's the whole year. So what we're saying as we enter the year, if we did nothing -- we didn't have initiatives, we didn't have new products, we didn't have new fee plans, we just sort of sat back and watched the world unfold, we would expect that next year would be 5% lower. So we figure whatever we end the year at minus 5%. And what we're saying is that these new initiatives can minimally help us make up that 5%, which is why that commentary is there.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Got it. And then separately on expenses, given a lot of these new initiatives that you're rolling out. But in general, when we look at earnings over the last couple of quarters, you've been -- your expense has been coming in better than what our expectations are. How should we think about expenses as we enter into next year?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, a lot of our improvements in the bottom line are doing better than we've certainly done on the top line. Top line, we missed by a mile. So if you look at the bottom line, the reason we're still in the range is, yes, because we've done well in expense control, although we've invested really heavily in product development and our technology prowess and things that we think are really important for us going forward. Where we've done better is that we've lost the variable cost on all these cards that are lower. In other words, we have a smaller active base and the customers we've lost for the most part were not great customers. In other words, they were the one and done guys who were buying MoneyPak to do whatever they were doing with. So the customers you have left have just delivered so much more revenue to the bottom line. So your variable cost is the same, your fixed expense is the same, but on a unit basis, you have so much more dropping to the bottom line. So you see this margin expansion. And that's been really the big benefit. And then the loss of MoneyPak, while we lost a lot of revenue, the actual EBITDA contribution was not huge. Because as we opined, we first -- this part we did get right that we're saving so much money by getting rid of MoneyPak that the difference in EBITDA was not huge. There's still a kick in the stomach; it was maybe $10 million or $15 million of lost EBITDA at worst, and that's including the fact that we were way low on the revenue estimate. So we were right luckily on the EBITDA side of it. And so what you're seeing is just a company that's performing better: a lower-cost platform. Our bank wiping out, the last time I looked, $50 million, $60 million of fees that we used to pay at third-party banks. Our operating infrastructure with our Chinese subsidiary, Green Dot Shanghai LLC, which is where we do a lot of our mobile development and web development, our Tampa facility, and this is even before we've migrated to our new processing platform, which will have a full year benefit in 2017 and a half year benefit in 2016. So we've really done a lot of good work on risk and loss management and charge-offs on fraud, if you will, in the call center how we manage so many millions of calls in the course of the year. And so our platform has absolutely gotten more efficient and our customers have become more profitable because we have fewer of them delivering more revenue per unit. So all of that has come together to help us overachieve on the bottom line.

**Wai Ming Kwok**
*Keefe, Bruyette, & Woods, Inc., Research Division*

Got it. Got it. And just in terms of like how should we think about EBITDA margin. Should we expect some expansion in next year?

**Mark L. Shifke**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Look, I just want to reiterate. We're not guiding next year at all. And just again to reset the stage, for me this is the first budgeting cycle that I'm going through with the company. And it's not complete yet and the views we're sharing today are preliminary views. And it's easy for me to say, exactly. So look, they're based in part on a desire for us to be transparent about what we're seeing in the business. And as we were just discussing, we're acknowledging we have the headwinds as we enter into 2016 and we're confident about the initiatives and the growth you're going to produce next year and going beyond. But that's about as far as we can go with discussion of revenue. So really, you can't get into a conversation around EBITDA. I would say at a high level the things to think about are, as Steve said, we would expect the continuation of sort of, on a card basis, that nice gross margin from -- in part being contributed by relatively higher revenue on a per-active. On the other side, you have relaunch economics. We're starting -- we've got some initiatives going in. And so we're going to have some costs on the front end of the year, that we'll discuss when we guide into beginning of the year.

**Steven W. Streit**
*Founder, President, CEO & Director*

We'll have more details when we give the formal guidance in the Q4 call. And by that time, we'll have a better sense of the supply chain machine and all of that and we'll be able to get more granular. I think what Mark and I wanted to do, as we see this coming together and it's already November 5, right, so we can see the end of the year and look at that. And as we plan for next year and go through our budget process, we wanted to make sure that we didn't have a disconnect. When we guide in Q4, we want to make sure that you know what we know as we see it in part because, frankly, we're embarrassed by the miss we had on top line this year. We don't want that to happen, and so we're just making sure that we're being unbelievably clear. We've always done our best to do that, but we've not, I guess, particularly well on this past year, related to MoneyPak at least. And so we're just trying to give everyone that heads up of what we're seeing for next year.

**Operator**

[Operator Instructions] The next question comes from Ashish Sabadra of Deutsche Bank.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

So just quickly, Steve, you mentioned the numbers 6%, 8%, 13% legacy drop. I just wanted to confirm those were organic revenue growth numbers. And are those just for the card revenues? Or I was just wondering if you could just give some more clarity around those numbers.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. So 2 things. So actually, Mark just said it was 6%, 10%, 13%, 13%. I think you said 6%, 8%, 13%, 13%. And those weren't growth, those were the losses. So if you look at last year or this year that we're in right now and compare 2015 quarter-by-quarter to 2014 quarter-by-quarter, and you were to say, well, how do you look at how you lap? It's okay. Well, in Q1, we were down 6%. In Q2, year-over-year comparison from Q2 2014, we were down 10%. Only in legacy is what we're talking about. We were up in reality, right? Because we bought all those companies. So the consolidated revenue was up. But just in the legacy piece, down 6%, down 10%, down 13%, we leveled out, down 13% again. And so we have to lap that into about August of next year to one of the other caller's points. We're going to have lapping of the cash trans sooner, that's been stable for longer. But in terms of the ecosystem effects, that didn't level out here till August, September. So that's going to to have that delta that we have to make up through that period of time.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

Yes. I was just looking at those average fee per transfer. And I see that, that's come down significantly. I don't know if it's the right metric to look at. I was just dividing the cash transfer revenues with the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

number of transaction, and I see that's down to $3. I was just wondering if there's any puts and takes there.

**Steven W. Streit**
*Founder, President, CEO & Director*

There are. So in 2013, when we rolled out the new MoneyCard suite of products at Walmart, one of the products had a free reload component. And the theory was that if you provided a free reload, would usage go through the roof and with the extra interchange and other economics that the users generate make up for the lost reload revenue. And so what you're seeing there is that the numbers of reloads are similar, but a lot of them we now give away for free. And so the average of all reloads by the denominator of the revenue we make is now that average. So I think the average looks suppressed -- if you were to sort of take out the freebies and say what's my denominator of only those who pay the fee? My guess is that would be the same as it used to be or maybe even a little bit higher, I don't know. But that's what that is. But that's why it looks so much lower, because we were giving away so many millions of free reloads under that 2013 fee plan.

**Ashish Sabadra**
*Deutsche Bank AG, Research Division*

Okay. Now that's helpful. And maybe one final question without beating the dead horse on this 5% decline and then to offset, you highlighted a lot of new initiatives. But just based on the timing of those initiatives and your historical experience in launching these initiatives, what would you say is your level of comfort around offsetting all the headwinds that you have?

**Steven W. Streit**
*Founder, President, CEO & Director*

So based on what I'm looking at now on the supply-chain routine, and supply-chain for those of you who work in logistics industries is sort of like a dominoes or Rube Goldberg machine where once it starts, you can't stop it or start it. It just kind of happens. And we're beginning that process now. And right now, it's looking good to roll out the products beginning in late January then continuing until the end of March with full roll outs, and then there could be some stragglers after that. And assuming that all happens on time, the answer is we're highly confident that we can make up that 5% in the course of the year. What's more speculative is what happens after that, can we go past it? Can we be way past it? And that's the part that we're more cautious of and that we'll have maybe a little bit more visibility when we actually guide next year. But the initiatives are high-quality and a lot of them are based on the actual revenue the cards generate and the attractiveness of the features and the tremendous amount of research that we've done in that planning. So the answer is we feel pretty good about making up the 5% headwinds, the delta, but we certainly don't want to go any further than that.

**Operator**

The next question comes from Matt Lipton of Autonomous Research.

**Matthew Thomas Lipton**
*Autonomous Research LLP*

Steve, you made a comment that next year, if you did nothing you'd be down 5%. But clearly, that's related to MoneyPak. I guess, if you were to have to do like an industry-benchmarking exercise or as you guys are working through these initial plans, if you had to take the acquired portfolios plus the core portfolio, is there any sense you can give us of what just your prepaid cards business whether, that's active cards or revenue, is actually growing if you strip out MoneyPak and just think about what you have left, what that growth rate looks like in '16? I don't know if that's -- It might be more art than science, but just curious to get your thoughts there.

**Steven W. Streit**
*Founder, President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, it is. It's hard to say, I think, for 2 reasons. Number one, we -- Mark and I kind of have a blood brothers bond that we wouldn't go down the road of too much guidance for 2016 until we've got a chance to really buckle down and formally do that. So this is very high level and preliminary. But it's sort of an intertwined answer, it's kind of like heart and lungs if you separate them to see how they operate independently. MoneyPak was so ingrained in the Green Dot ecosystem, and that's one of the reasons why we miss it so much. And with the loss of MoneyPak, that part is easy. It's 4.95x x number of MoneyPak. So that you don't have to be a genius to figure out. Predicting that apparently needed to be a genius, but not in terms of once we've done it figuring it out. And but what was unique and something we didn't expect was the active card impact that getting rid of MoneyPak would have. For any number of reasons, "Hey, I can't figure out how to reload," you drop off, first time reloads, all the things that go into that whole ecosystem. So it's kind of a question I can't answer, because you'd first have to say, well, how many card sales and active cards declined specifically because of MoneyPak, what we refer to as the ecosystem. And what would they have been, if we've had MoneyPak and all that? So I think when you throw in the consolidated, it's probably close to flat or down a few points, which is what we were this quarter. But the legacy portfolio is what we're most focused on. Because, a, that's where the most opportunity for growth is. You have a hundred thousand retailers with the brand that is so dominant and so preferred by our customer base more than ever. And at the same time, you have a challenge with some use cases and people figuring out how to reload. So the trick is to rightsize the legacy portfolio. And as goes the legacy portfolio, you'll see the rest of our prepaid business come along.

**Matthew Thomas Lipton**
*Autonomous Research LLP*

That's fair. Maybe another way to come at it then would be, if you took the 15% revenue growth, give or take that you're guiding to this year, ex the 10% kind of average losses, you just talked about the 6%, 10%, 13%, 13%. If you're thinking the acquisition, I'm not sure exactly what that number is, I'm not sure if it's one you've given on what that adds to this year's growth. I mean, what's the kind of organic base line growth rate for Green Dot in 2015?

**Steven W. Streit**
*Founder, President, CEO & Director*

Oh my gosh, when you take, this would be a swag. And maybe Mark, one of the finance guys in the room, should do it. But if you just take a swag, MoneyPak alone was down something like $50 million to $60 million, including transaction fees and ecosystem. We have the growing number of free reloads, which is another blow to our legacy revenue year-over-year from that Walmart fee plan. And that's been, as you know, a 2-year event. And as we've had to absorb, oh my gosh, $70 million to $80 million, I guess, between all that, and we still grew double-digits, but only because we bought some good companies with no synergies. That was just sort of the naked run rate as you buy those companies. As we were able to generate synergies with TPG on the revenue side, and we think that, that could generate some money with the new programs we have there and we look at the new initiatives, we think we can make that growth rate. But I'd have to assume that given those -- size of those losses, I'm sure that would be flat or down a little bit on just our legacy year-over-year. So the acquisition is really -- is what allowed us to achieve that growth rate. And we can be more precise. And I apologize, I don't have the numbers in front of me. But certainly, we can be more precise in other calls. You can submit some questions to Chris or Mark and get a better answer.

**Operator**

[Operator Instructions] The next question comes from Tien-tsin Huang of JPMorgan.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Just on the, I guess, Walmart question there. It looks like it took a little bit of a step back. Just curious how that's, like I always asked, performing versus plan. Is there visibility there? And I get the knock-on effects from MoneyPak. But are there plans to do anything specific there post the renewal to revise growth?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GREEN DOT CORPORATION FQ3 2015 EARNINGS CALL | NOV 05, 2015

**Steven W. Streit**
*Founder, President, CEO & Director*

The answer is, yes, a lot. And Tien-tsin, that's what I alluded to in the prepared remarks. We have taken our business and have taken very specific concrete steps really of historic proportions in the company in terms of new products, the way we design our fee plans, the value of the product in terms of how customers adopt to it, the way we're merchandising it, the way we focus people on it, the Steve Harvey relationship, which has done well for us and will continue to, and the plans there, our new online businesses and the synergies that we've created between the account now achieved as well as the existing Green Dot online business. And so every part of our legacy business is entirely new for next year, specifically with the goal of stopping the loss, getting the train to move in the other direction. But portfolios are hard to move overnight there. I always liken them, if you picture a visualization of a long train that takes a long time to go from 90 miles an hour back down to 50 miles an hour. And when you release the brake and you put the gas on, it's going to take awhile to get up to 90 miles an hour. It's a very big machine and we have millions and millions of customers who comprise that train, old customers, new customers, evolving customers, ones and dones who contribute nothing, maybe even negative margins, and then you have direct deposit customers who are very profitable. And all these people are on the train. So the answer is what we've done is look at each part of our business and made sure that each part of our legacy business has very specific and achievable concrete initiatives to make sure that we can stop the losses -- or the declines, I should say, not losses, but declines, and then reverse that train to start picking up growth and speed. And we have a pretty good feel that we can do that and I'm excited to have them on shelf and for investors and analysts to see him, I think you'll all be impressed with them and we think the results will be impressive. There's always risk with new products, but we feel really good about all of that for each of our legacy divisions. And then to the extent that there's other initiatives that are not part of legacy, we haven't really talked about them today on this call. But we are focused for sure on fixing that legacy decline rate, no question about it, including Walmart and everywhere else.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Okay. Just my only other question is just around the revenue synergies you guys called out on TPG. Anything else you can share there in terms -- I saw the tax refund program and a few details there. But do you -- how hard is it to get various partners to turn something like that on to actually advertise it, educate the market to achieve that as their funding source?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well -- so yes, we have the prefund program. Is that what you were alluding to, or that you just said was on the website.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Yes.

**Mark L. Shifke**
*Chief Financial Officer*

Okay, very good. You're very good at looking at that stuff. So I wasn't sure if that was out there. So you have the prefund, which we think will have good adoption. We've taken a very conservative swag of what that might be. For those of you who haven't done as much work as Tien-tsin has done, that's a program where if you are a TPG tax client, in other words, you're processing your tax refunds through TPG, you can now also opt to offer your customer a Green Dot prepaid card account to receive your tax refund, and then there will be a way for you to get some money to spend right away as you leave the tax preparer's office. It's similar to what H&R Block has done for years or, in a different way, Jackson Hewitt has done, for but the independent pro-channel, they've not ever had access to a name brand like Green Dot or the ability or the capital to do those kinds of programs. So our TPG division did a very good job. Bill Maher and his team and the leadership of that division are putting together a program that is very attractive to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the tax prepares, also called EROs, that use TPG's software. So the goal is to get more folks and the tax preparations community choosing TPG as their processor. And at the same time issue Green Dot accounts where last year we had none, to get those tax refunds. And it could be a really good program. And then there are others as well that have not yet been announced, and we'll talk about those in January. But between the cost synergies of putting some of that business in the Green Dot Bank, whereas today, TPG is paying third-party banks. And then the revenue synergies of having Green Dot accounts issued to receive tax refunds. Some of that theory that we had when we first bought the company, we begin -- we'll begin to play out now in Q1. We'll have to see how big it can get. And if it works, the improvements we can make to make it bigger year-over-year going forward.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Okay. I know I said that was my last question. But just to follow up on that, is there a way for us to size that, Steve, in theme? Just what percent of your -- of all the tax filings do you have agreements with EROs to offer this as an option?

**Steven W. Streit**
*Founder, President, CEO & Director*

Oh gosh. Is there a way to size it? Yes. Is there a way I'm going to tell you how to size it? Probably not. But let it be a nice surprise. And the reason is it's our first year doing it. I can tell you that there are 7 distribution partners who exist in the U.S. who do tax software distribution, if you will. And 5 of them have integrated with TPG to make this offer. So it's 5 of the 7. And those 5 of the 7 probably represent, I'm going to guess, 10,000 independent EROs around the country. How many will actually adopt the Green Dot program, how many will offer it to their customers, will the customer take it or not take it? That, we'll need to learn. TPG has its estimates. They have 25 years of doing this and they have a better sense of it than I do. But whatever they've guessed, we've taken it and cut it by a lot and we'll see where it goes. But it could be a nice surprise. And at the very least, we're excited about the opportunity to enter that market in a real way.

**Operator**

Our final question for today comes from Andrew Jeffrey of SunTrust.

**Oscar D. Turner**
*SunTrust Robinson Humphrey, Inc., Research Division*

This is Oscar Turner on for Andrew. I was just wondering if you can talk about the competitive environment within the GPR card market? And perhaps any color on how that is shaping your outlook for next year? I know you guys mentioned the new MoneyPak product will be coming next year, but just trying to figure out how much the environment could affect its performance versus the old MoneyCard product. And I know that you mentioned that you might have lost your customers, but also it may be that it's a tougher environment. So...

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. So just to be clear, I know what you meant, but just because these transcripts will be read by others going forward, you're referring to the MoneyPak, the cash transfer product, not the MoneyCard, the Walmart GPR product, right?

**Oscar D. Turner**
*SunTrust Robinson Humphrey, Inc., Research Division*

Correct.

**Steven W. Streit**
*Founder, President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. So The answer is that the competitive marketplace really wouldn't impact MoneyPak, the cash transfer product, because there's nothing else like it in the market at any size and scale. And when we pulled it, our competitor pulled it as well, a private company called Income. They pulled theirs, we pulled ours because both of us we're having the same identical issue with it. So there's nothing else like it. When we bring it back, we'll do our best to promote it properly and regenerate its active customer base. But we have very little program in terms of revenue for it next year. On the other side of the question, on the GPR side, we expect the competitive environment to get better not worse. And the reason we say that is pretty much everybody and their great aunt launched a GPR program, say, starting in 2013 or late 2012 even. And so if you think about Iraq where Green Dot, up until the end of 2012, was the only product on the rack, American Express came out with 2 or 3 products and promoted it heavily, as you know. And Income has their products, and NetSpend put their products into retail and they've done a good job in getting it out to a lot of retailers. Oh my gosh, I'm missing some. There's 2 or 3 more I'm missing that I have to think about. But we have a full rack of all these products. It's really a sea of colors when they go up to the prepaid rack. But now you fast-forward 1.5 years, 2 years later. Chase has gone out of the market. Very respectfully to American Express, it's a great company, their products have not sold, they're at the bottom of the rack, generally. There's no leadership running it. I think it's fair to say that most people in the industry view that division as if not done, generally done, at least on the prepared side. And so that, we're not seeing that increase anymore in terms of competitive pressure against Green Dot. And everyone who's out there is out there. So the question is, will our new products sell better? We hope they will. But all of those products together did hurt our growth rate. If you think about all those 6, 7, 8 products together plus all the banks, including your own, right, everybody had a prepaid product that launched -- we think it probably ate between 10% and 12%, 10% and 15% of Green Dot's thunder, if you will, that could have been growth or could have been ecosystem. So if you think of every product we're outselling 7:1, 12:1, 16:1, 8:1, those are all great victories. But combined, it still does eat away some of your froth in the growth of the metric. And so that has not helped us for sure. But as you go forward into next year, there's no more new competitors coming out. Most of the competitors who had big launches have run away and licked their wounds and you're going to be left with the Green Dot with NetSpend, income will have their nonreloadable products that have been out there for many years. And that's pretty much it. AmEx will have products here, but they are what they are. So I don't see the competitive landscape getting worse, I see it getting better. And I also want to point out one note out. I know there's a lot of speculation earlier on about price compression, and oh my gosh, net -- What do you call it, "American Express' products are free," and not anymore. For those of you who aren't aware of it, American Express announced that their new monthly fee on their prepaid card is either $4.95 or $5.95, and gone are the days of the free prepaid cards. So I think that shows you where price compression went. It's actually been an era of price expansion in some ways. So I do think that, as time has gone by, we've learned a lot. Our competitors have learned a lot. Green Dot's here to stay. I think NetSpend's here to stay. Income will have their niche product, but that's pretty much all she wrote. And so I do think -- see some stabilization of that next year.

**Steven W. Streit**
*Founder, President, CEO & Director*

I think that's all we have in queue. I'm sorry, operator, go ahead, do your thing.

**Operator**

Yes, that was pretty much all I was going to say. I was going to give it back to you.

**Steven W. Streit**
*Founder, President, CEO & Director*

Okay, very good. Thank you all for listening. We appreciate it. We'll have our formal guidance in Q4. And as we have more details on our initiatives, we'll let you know. Thank you all for listening and have a great day.

**Operator**
The conference is now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.