# Exhibit J

**Deutsche Bank**
Markets Research

| Rating | Company | Date |
|---|---|---|
| **Hold** | **Green Dot Corporation** | 9 May 2018 |

North America
United States

TMT
Payments, Processors, &
IT Services

| Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|
| GDOT.N | GDOT US | NYS | GDOT |

## Results

| | |
|---|---|
| Price at 9 May 2018 (USD) | 63.30 |
| Price target | 64.00 |
| 52-week range | 68.79 - 35.69 |

# Beats Conservative Guidance Again

### Guides 2Q18 EBITDA/EPS below street; raises full year guidance

In line with the prior quarters, GDOT beat conservative guidance. EBITDA margins declined y-o-y in 1Q18 and came in below expectations and company guided to 2Q18 EBITDA significantly below street estimates potentially due to lower contribution margin for new programs; however, the company expects 100bps of EBITDA margin expansion for FY18 driven by operating leverage in 2H18. GDOT also raised the full year guidance by the 1Q18 beat. Given the conservatism baked into the guidance, we are raising our FY18E and FY19E EPS to $3.07 and $3.37 respectively and our target price to $64. Maintain Hold.

### Positives

- Revenues of $315m (25% Y/Y, 16% organic) beat company guidance of $295 - $300m and our/consensus est. of $300m/$297m. Organic revenue accelerated to 16% Y/Y, ~8% from TurboTax and the remaining ~8% from core growth.

- We estimate TurboTax contributed ~$20m of revenues in 1Q18 since ~1/3rd of the growth came from TurboTax, ~1/3rd from core growth, and the remaining 1/3rd from 2 months of Unirush acquisition.

- Active cards were roughly inline with our estimates while cash transfer transactions came in below our estimates but the revenues beat our estimates due to higher-than expected revenue per active cards driven by higher fees and interchange revenues. EPS of $1.40 was roughly inline with our est. of $1.42 but significantly beat street est. of $1.29.

- Card and other fees of $130m beat our/ street expectation of $121m/ $120m driven by higher fee per active card. Revenue per active card grew 9% Y/Y to $7.27, significant improvement compared to roughly flat y-o-y increase in 2H17 while average fee per cash transfer transaction also increased 17% Y/Y to $4.39. Processing and settlement service of $100m came roughly inline with our estimate of $101m but beat street estimate of $93m. Interchange totaled $85m beat our/street estimate of $78m/ $77m.

- Active cards increased 18% Y/Y to 5.96m, roughly inline with our estimate of 5.97, and was driven ~50% due to growth in the core and remaining 50% from new programs including TurboTax.

### Valuation & Risks

Ashish Sabadra

Research Analyst

+1-415-617-3329

| Key changes | | | |
|---|---|---|---|
| TP | 60.00 to 64.00 | ↑ | 6.7% |
| EPS (USD) | 2.88 to 3.07 | ↑ | 6.5% |
| Revenue (USDm) | 995.1 to 1,026.7 | ↑ | 3.2% |
| *Source: Deutsche Bank* | | | |

Deutsche Bank Securities Inc.                    Distributed on: 10/05/2018 03:45:10 GMT

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 091/04/2018.



9 May 2018

Payments, Processors, & IT Services

Green Dot Corporation

- GDOT added 930K new direct deposit customer to their portfolio compared to prior year. Roughly ½ of the active cards received direct deposit in the quarter and 80% of the GDV came from direct deposit consumers (including tax refund from direct deposit). Increase in direct deposit customers led to 35% Y/Y increase in purchase volume to $7.44bn beating our estimate of $6.9bn.

### Figure 1: 1Q18 estimates and guidance

| GDOT | Guidance | Consensus | DB est | Actual |
|---|---|---|---|---|
| Card and other fees | | $120.2 | $121.2 | $130.1 |
| Processing and settlement service | | $92.6 | $101.0 | $108.2 |
| Interchange | | $76.8 | $78.1 | $82.5 |
| Operating revenue | $295 - $300 | $297.3 | $300.3 | $315.0 |
| Y/Y Growth | | 17.5% | 18.7% | 24.5% |
| Adj EBITDA | | $100.3 | $109.1 | $104.0 |
| Adj EBITDA margin | | 33.7% | 36.3% | 33.1% |
| Tax rate | | | 25% | 25% |
| Pro forma EPS | | $ 1.25 | $1.42 | $1.40 |
| Operating metrics | | | | |
| Active cards | | | 5.97 | 5.98 |
| Cash transfers | | | 11.12 | 10.10 |
| Tax refund transactions | | | 8.78 | 8.75 |
| Purchase volume | | | $6,941.5 | $7,440.0 |

*Source: Company data, Deutsche Bank estimates, FactSet*

### Items to monitor
- EBITDA margins declined 240bps Y/Y to 33.1% due to lower margins on new programs including Intuit TurboTax program. GDOT also expects EBITDA margin compression in 2Q18 but expects 100bps margin expansion for the full year driven by operating leverage in Sales and Marketing as well as Compensation and benefits expenses.

- Cash transfer transactions grew 9% Y/Y to 10.1m but came in below our estimate of 11.1m due to lower cash transfer transaction per active card potentially due to increase in number of direct deposit customers.

- Tax refund transaction grew modest 2% Y/Y to 8.75m, inline with our estimate of 8.78m and company expectation of modest low single digit growth in TPG business but slowdown from 5% Y/Y growth in 1Q17.

### 2Q18 estimates vs guidance
We are raising our 2Q18 revenues from $251m to $265m above the guidance of $249m while maintaining our EPS of $0.67 above the company guidance of $0.62.

9 May 2018
Payments, Processors, & IT Services
Green Dot Corporation

### Figure 2: 2Q18 estimates and guidance

| GDOT | Guidance | Consensus | DB est | Updated DB est |
|---|---|---|---|---|
| | | **2Q18** | | |
| Card revenues | | $119 | $119 | $127 |
| Cash transfer revenues | | $55 | $57 | $59 |
| Interchange revenues | | $72 | $75 | $79 |
| **Revenues** | $249 | $248 | $251 | $265 |
| *Y/Y Growth* | | -2.0% | 12.6% | 19.0% |
| EBITDA | $52.0 | $56.0 | $55.5 | $54.8 |
| Adj. EBITDA margin | 20.9% | 22.6% | 22.1% | 20.7% |
| EBITDA growth | | | | |
| **Adjusted EPS** | $0.62 | $0.66 | $0.67 | $0.67 |

*Source: Company data, Deutsche Bank estimates, FactSet*

### FY18 estimate vs guidance

We are raising our FY18 revenues from $995m to $1,027m above the updated guidance of $1,002m - $1,012m and EPS from $2.88 to $3.07 above the guidance of $2.93 - $3.

### Figure 3: FY18 estimates and guidance

| GDOT | Consensus | DB est | Updated DB est | Guidance | Prior Guidance |
|---|---|---|---|---|---|
| | | | **FY18** | | |
| Card revenues | $467 | $461 | $479 | | |
| Cash transfer revenues | $225 | $230 | $237 | | |
| Interchange revenues | $296 | $295 | $310 | | |
| **Revenues** | $993 | $995 | $1,025.7 | $1002 - $1012 | $982 - $997 |
| *Y/Y Growth* | 13.3% | 11.6% | 15.2% | 13.8% - 13.7% | 10.3% - 12.0% |
| EBITDA | $240.1 | $238.3 | $248.0 | $240 - $245 | $231 - $241 |
| Adj. EBITDA margin | 24.0% | 23.7% | 24.2% | 24.0% - 24.2% | 24.0% - 24.2% |
| EBITDA growth | | | | | |
| **Adjusted EPS** | $2.87 | $2.88 | $3.07 | $2.93 - $3.00 | $2.81 - $2.88 |

*Source: Company data, Deutsche Bank estimates, FactSet*

9 May 2018

Payments, Processors, & IT Services

Green Dot Corporation



# Appendix 1

## Important Disclosures

*Other information available upon request

| Disclosure checklist | | | |
| --- | --- | --- | --- |
| Company | Ticker | Recent price* | Disclosure |
| Green Dot Corporation | GDOT.N | 63.30 (USD) 9 May 2018 | 2, 6, 9 |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors . Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/ Research/Disclosures/CompanySearch. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Topics/Equities? topicId=RB0002. Investors are strongly encouraged to review this information before investing.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

2.     Deutsche Bank and/or its affiliate(s) makes a market in equity securities issued by this company.

6.     Deutsche Bank and/or its affiliate(s) owns one percent or more of a class of common equity securities of this company calculated under computational methods required by US law.

## Important Disclosures Required by Non-U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

2.     Deutsche Bank and/or its affiliate(s) makes a market in equity securities issued by this company.

6.     Deutsche Bank and/or its affiliate(s) owns one percent or more of a class of common equity securities of this company calculated under computational methods required by US law.

9.     Deutsche Bank and/or its affiliate(s) owns one percent or more of any class of common equity securities of this company calculated under computational methods required by India law.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Ashish Sabadra

9 May 2018

Payments, Processors, & IT Services

Green Dot Corporation

## Historical recommendations and target price. Green Dot Corporation (GDOT.N)
*(as of 05/09/2018)*



| Current Recommendations |
| --- |
| Buy |
| Hold |
| Sell |
| Not Rated |
| Suspended Rating |

** Analyst is no longer at Deutsche Bank

| | | |
|---|---|---|
| 1. | 06/23/2015 | Hold, Target Price Change USD 21,00 Ashish Sabadra |
| 2. | 11/06/2015 | Hold, Target Price Change USD 18,00 Ashish Sabadra |
| 3. | 02/25/2016 | Hold, Target Price Change USD 23,00 Ashish Sabadra |
| 4. | 08/05/2016 | Hold, Target Price Change USD 25,00 Ashish Sabadra |
| 5. | 02/27/2017 | Hold, Target Price Change USD 30,00 Ashish Sabadra |
| 6. | 04/26/2017 | Hold, Target Price Change USD 34,00 Ashish Sabadra |
| 7. | 05/10/2017 | Hold, Target Price Change USD 37,00 Ashish Sabadra |
| 8. | 08/09/2017 | Hold, Target Price Change USD 42,00 Ashish Sabadra |
| 9. | 11/08/2017 | Hold, Target Price Change USD 54,00 Ashish Sabadra |
| 10. | 01/02/2018 | Hold, Target Price Change USD 60,00 Ashish Sabadra |

## Equity Rating Key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.

Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock.

Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships





9 May 2018

Payments, Processors, & IT Services

Green Dot Corporation

## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively "Deutsche Bank"). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness. Hyperlinks to third-party websites in this report are provided for reader convenience only. Deutsche Bank neither endorses the content nor is responsible for the accuracy or security controls of those websites.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies, perspectives or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that may be inconsistent with Deutsche Bank's existing longer-term ratings. Some trade ideas for equities are listed as SOLAR ideas on the Research Website (https://research.db.com/Research/) , and can be found on the general coverage list and also on the covered company ' s page. A SOLAR idea represents a high-conviction belief by an analyst that a stock will outperform or underperform the market and/or a specified sector over a time frame of no less than two weeks and no more than six months. In addition to SOLAR ideas, analysts may occasionally discuss with our clients, and with Deutsche Bank salespersons and traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if an opinion, forecast or estimate changes or becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company-specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst or of the Research Department Management, and the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst ' s judgment. The financial instruments discussed in this report may not be suitable for all investors, and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice, and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Performance calculations exclude transaction costs, unless otherwise indicated. Unless otherwise indicated, prices are current as of the end of the previous trading session and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is also sourced from Deutsche Bank, subject companies, and other parties.

The Deutsche Bank Research Department is independent of other business divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research are available on our website (https://research.db.com/Research/) under Disclaimer.

9 May 2018
Payments, Processors, & IT Services
Green Dot Corporation

Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed-rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss. The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or liquidation of positions), and settlement issues related to local clearing houses are also important risk factors. The sensitivity of fixed-income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. The index fixings may – by construction – lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. Funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Options on swaps (swaptions) the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including market, counterparty default and illiquidity risk. The appropriateness of these products for use by investors depends on the investors' own circumstances, including their tax position, their regulatory environment and the nature of their other assets and liabilities; as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited – up to theoretically unlimited losses. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option, investors must review the "Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp. If you are unable to access the website, please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including: (i) exchange rates can be volatile and are subject to large fluctuations; (ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government-imposed exchange controls, which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Deutsche Bank is not acting as a financial adviser, consultant or fiduciary to you or any of your agents with respect to any information provided in this report. Deutsche Bank does not provide investment, legal, tax or accounting advice, and is not acting as an impartial adviser. Information contained herein is being provided on the basis that the recipient will make an independent assessment of the merits of any investment decision, and is not meant for retirement accounts or for any specific person or account type. The information we provide is directed only to persons we believe to be financially sophisticated, who are capable of evaluating investment risks independently, both in general and with regard to particular transactions and investment strategies, and who understand that Deutsche Bank has financial interests in the offering of its products and services. If this is not the case, or if you or your agent are an IRA or other retail investor receiving this directly from us, we ask that you inform us immediately.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://research.db.com/Research/ on each company ' s research page. Investors are strongly encouraged to review this information before investing.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts located outside of the United States are employed by non-US affiliates that are not subject to FINRA regulations, including those regarding contacts with issuer companies.

9 May 2018

Payments, Processors, & IT Services

Green Dot Corporation

**Germany**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany ' s Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong**: Distributed by Deutsche Bank AG, Hong Kong Branch or Deutsche Securities Asia Limited (save that any research relating to futures contracts within the meaning of the Hong Kong Securities and Futures Ordinance Cap. 571 shall be distributed solely by Deutsche Securities Asia Limited). The provisions set out above in the "Additional Information" section shall apply to the fullest extent permissible by local laws and regulations, including without limitation the Code of Conduct for Persons Licensed or Registered with the Securities and Futures Commission. .

**India**: Prepared by Deutsche Equities India Private Limited (DEIPL) having CIN: U65990MH2002PTC137431 and registered office at 14th Floor, The Capital, C-70, G Block, Bandra Kurla Complex Mumbai (India) 400051. Tel: + 91 22 7180 4444. It is registered by the Securities and Exchange Board of India (SEBI) as a Stock broker bearing registration nos.: NSE (Capital Market Segment) - INB231196834, NSE (F&O Segment) INF231196834, NSE (Currency Derivatives Segment) INE231196834, BSE (Capital Market Segment) INB011196830; Merchant Banker bearing SEBI Registration no.: INM000010833 and Research Analyst bearing SEBI Registration no.: INH000001741. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations. The transmission of research through DEIPL is Deutsche Bank's determination and will not make a recipient a client of DEIPL. Deutsche Bank and/or its affiliate(s) may have debt holdings or positions in the subject company. With regard to information on associates, please refer to the "Shareholdings" section in the Annual Report at: https://www.db.com/ir/en/annual-reports.htm.

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. "Moody's", "Standard & Poor's", and "Fitch" mentioned in this report are not registered credit rating agencies in Japan unless Japan or "Nippon" is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period..

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa**: Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore**: This report is issued by Deutsche Bank AG, Singapore Branch or Deutsche Securities Asia Limited, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, +65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated by Deutsche Bank in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

9 May 2018
Payments, Processors, & IT Services
Green Dot Corporation

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may undertake only the financial services activities that fall within the scope of its existing QFCRA license. Its principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available only to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: The information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia LLC Company (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may undertake only the financial services activities that fall within the scope of its existing CMA license. Its principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may undertake only the financial services activities that fall within the scope of its existing DFSA license. Its principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are available only to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia and New Zealand**: This research is intended only for "wholesale clients" within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act, respectively. Please refer to Australia-specific research disclosures and related information at https://australia.db.com/australia/content/research-information.html Where research refers to any particular financial product recipients of the research should consider any product disclosure statement, prospectus or other applicable disclosure document before making any decision about whether to acquire the product.

Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent. Copyright © 2018 Deutsche Bank AG

## David Folkerts-Landau
Group Chief Economist and Global Head of Research

| Raj Hindocha | Michael Spencer | Steve Pollard |
|---|---|---|
| Global Chief Operating Officer Research | Head of APAC Research Global Head of Economics | Head of Americas Research Global Head of Equity Research |

| Anthony Klarman | Paul Reynolds | Dave Clark | Pam Finelli |
|---|---|---|---|
| Global Head of Debt Research | Head of EMEA Equity Research | Head of APAC Equity Research | Global Head of Equity Derivatives Research |

| Andreas Neubauer | Spyros Mesomeris |
|---|---|
| Head of Research - Germany | Global Head of Quantitative and QIS Research |

## International Production Locations

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Mainzer Landstrasse 11-17
60329 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6770

**Deutsche Bank AG London**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank Securities Inc.**
60 Wall Street
New York, NY 10005
United States of America
Tel: (1) 212 250 2500