# Exhibit L

Case 1:19-cv-01700-DLF   Document 86-18   Filed 06/21/25   Page 2 of 14   Page ID #2009
Case 1:19-cv-01700-DLF   Document 86-18   Filed 06/21/25   Page 2 of 14   Page ID #:6986

# Morgan Stanley | RESEARCH

*May 10, 2018 04:01 AM GMT*

## Green Dot Corp

# Strong Tax Season Adds to Core Underlying Strength

| 📈 Stock Rating | 👁 Industry View | ◎ Price Target |
|---|---|---|
| Equal-weight | In-Line | $67.00 |

We like GDOT's positioning in the SMID cap space, but prefer LC (OW) on a relative basis given that it is significantly more undervalued. We see potential for upside to GDOT's Consensus estimates if trends persist through the remainder of the year. Raise PT to $67 (from $62), stay EW on valuation.

**Macro, digitization, and execution:** GDOT continues to see solid underlying trends, both in the legacy prepaid card portfolios as well as new products and new Banking as a Service (BaaS) partner (Intuit, ApplePay Cash, Uber, etc.) enrollments. We belive mgmt's solid execution is being aided by a strong macro environment (with low unemployment rates) and larger millennial customer base (60% of total accounts) where digital usage is likely to be significantly higher. We see upside to Consensus 2018 estimates but remain EW as we believe this upside potential is largely captured in valuation. While we like GDOT's positioning in the SMID cap space, we prefer LC (OW) on a relative basis given that it is significantly more undervalued. Faster than anticipated adoption and usage of ApplePay Cash and/or signing of incremental strategic partnerships (like Uber, Apple, etc) could make us more constructive on GDOT.

**1Q18 review:** GDOT delivered revenue upside of ~$17mn during the quarter vs. MSe/Cons $299/$297mn, driven by better active card growth (+19% YoY) in both legacy and new programs as well as better usage/revenue metrics across its broader product portfolio. Revenue benefits yielded Adjusted EBITDA of $104mn, which outperformed Cons at $100mn but missed MSe ($109mn). We note this was attributable to a mix shift towards newer products and BaaS programs that are relatively unscaled. Adj EPS of $1.40 was in-line with MSe and ahead of Cons at $1.29.

**Key developments during the quarter:**

- **Positive: Strong metrics across the board:** Active cards grew 19% on an organic basis, vs. mid single digit growth the last 2 quarters, with the acceleration driven by a combination of tax driven strength in both legacy portfolios and new programs including Intuit and ApplePay Cash. Cash transfers accelerated 240bps to 9% YoY growth driven by expanded retail distribution. Finally GDV growth was +57% YoY, of which >60% was driven by the legacy portfolios, with the remaining coming from new programs. We believe tax refunds were a big contributor to growth in both legacy and new portfolios and this trend could continue in 2Q.

MORGAN STANLEY & CO. LLC

**Vasundhara Govil**
EQUITY ANALYST
Vasundhara.Govil@morganstanley.com     +1 212 761-3609

**James E Faucette**
EQUITY ANALYST
James.Faucette@morganstanley.com       +1 212 296-5771

**Priscilla Russo**
RESEARCH ASSOCIATE
Priscilla.Russo@morganstanley.com      +1 212 296-4563

### Green Dot Corp ( GDOT.N, GDOT US )

**Payments and Processing / United States of America**

| | |
|---|---|
| **Stock Rating** | Equal-weight |
| **Industry View** | In-Line |
| **Price target** | **$67.00** |
| Shr price, close (May 9, 2018) | $63.30 |
| Mkt cap, curr (mm) | $3,428 |
| 52-Week Range | $69.36-33.99 |

| Fiscal Year Ending | 12/17 | 12/18e | 12/19e | 12/20e |
|---|---|---|---|---|
| **ModelWare EPS ($)** | 1.79 | 2.13 | 2.41 | 2.86 |
| **Prior ModelWare EPS ($)** | - | 1.86 | 2.26 | 2.66 |
| **P/E** | 33.7 | 29.8 | 26.3 | 22.1 |
| **Consensus EPS ($)§** | 2.13 | 2.87 | 3.26 | 3.80 |
| Div yld (%) | - | - | - | - |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Thomson Reuters Estimates
e = Morgan Stanley Research estimates

### QUARTERLY MODELWARE EPS ($)

| Quarter | 2017 | 2018e Prior | 2018e Current | 2019e Prior | 2019e Current |
|---|---|---|---|---|---|
| Q1 | 0.87 | - | 1.29a | 1.30 | 1.22 |
| Q2 | 0.45 | 0.42 | 0.36 | 0.52 | 0.49 |
| Q3 | 0.26 | 0.22 | 0.25 | 0.29 | 0.35 |
| Q4 | 0.23 | 0.08 | 0.23 | 0.14 | 0.34 |

e = Morgan Stanley Research estimates, a = Actual Company reported data

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

**Morgan Stanley** | **RESEARCH**

- **Positive: Direct Deposit card base continues to grow rapidly:** We believe that a growing Direct Deposit user base is one of the key drivers for GDOT's improved revenue profile given benefits of higher engagement and lifetime revenues. GDOT noted that 50% of its active card portfolio is now on Direct Deposits, which denotes a very healthy mix with positive revenue implications. We believe that 50% Direct Deposit user base also implies that there is ample remaining runway for growth.

- **Mixed: Back end loaded EBITDA margin expansion:** GDOT's adjusted EBITDA margins compressed 240 bps YoY during the quarter due to mix shift towards newer branded product lines and BaaS program launches that come with upfront expenses. Margins are expected to remain pressured in 2Q, but should expand notably (>350bps YoY) in 2H as some of these programs start to scale, combined with leverage on SG&A expenses.

- **Neutral: No impact from seemingly increased competition:** While there has been a growing list of providers that are starting to offer virtual checking account type products —— PYPL, SQ, and potentially AMZN, to name a few —— GDOT has seen no impact in its customer acquisition or attrition and views the increased interest in the space as a net positive, given beneficial effects of mainstreaming the product. While we see no imminent risk, the increasing interest in the space bears monitoring, in our view.

**Changes to our model:** We raise our 2018 revenues to $1,020mn (vs. $1,001mn) aligned above the high end of guidance range. We raise our Adjusted EBITDA to $247mn from $239mn. Our Adjusted EPS goes higher to $2.97 (from $2.88). We raise our C19 Adjusted EPS to $3.39 (from $3.25) mostly on higher revenues and interest income, offset by slightly lower margin expansion than we previously anticiapted. Our PT goes to $67 (from $62) and is based on our base-case DCF analysis. Key assumptions for our DCF include 7.2% net revenue CAGR from 2017 through 2025, 2.5% terminal growth rate, and 9% WACC.

**GDOT.N**

We have an Equal-weight rating on GDOT with a $67 Price Target, derived from our base case DCF analysis. Key assumptions for our 2.5% terminal growth rate and 9% WACC. Key downside risks are 1) Potential for competition to heat up again, 2) Pressure on margins as GDOT invests in implementing new partnership programs, 3) New product initiatives fail to take off. Key upside risks are 1) Better than anticipated contribution from new partnerships, especially ApplePay Cash where visibility is limited, and 2) Potential for new partnership wins as GDOT's scale/bank ownership gives it an edge vs. competition.

**LC.N**

Our $6 price target for LC is derived from our base case Discounted Cash Flow analysis which assumes a 15% WACC and a 2% terminal growth rate. Key downside risks are 1) Higher-than-expected credit losses that could hurt investors' confidence and lead to lower funds availability to lend on the platform, 2) Increased regulation that increases operating costs and/or limit access for LC to operate in certain states, 3) Inability to lower opex in accordance with slower origination growth resulting in lower profitability, and 4) A rise in interest rates could reduce LC's appeal.

**Morgan Stanley** | RESEARCH

**Risk Reward**

# Risk reward is fairly balanced



$86.00 (+36%)

$63.30

$67.00 (+6%) ◆

$47.00 (-26%)

Source: Thomson Reuters, Morgan Stanley Research

## Price Target    $67

Derived from our base-case DCF analysis. Key assumptions for our 2.5% terminal growth rate and 9% WACC.

## Bull    $86
**DCF, Implied 26x CY19e EPS (ex-SBC) of $3.32**

**Strong rebound in active card growth, revenue per card growth remains elevated, new products contribute meaningfully.** Underlying key metrics improve while revenue per active card growth remains elevated. GDOT delivers high teens organic revenue CAGR over 2017-2019 with 150bps EBITDA expansion and ~30% EPS growth.

## Base    $67
**DCF, Implied 23x CY19e EPS (ex-SBC) of $2.90**

**Growth in core business stabilizes.** 2017-2019 top line growth in the low teens aided by Intuit win and minimal contribution from new products. ~200bps EBITDA margin expansion and 20s EPS growth.

## Bear    $47
**DCF, Implied 19x CY19e EPS (ex-SBC) of $2.51**

**Competition keeps growth in core prepaid business challenged.** Meaningful gains from new growth initiatives fail to take hold, GDOT manages to keep pace with industry resulting in organic revenue CAGR in the mid single digits. Platform efficiencies still yield margin expansion resulting in 2017-2019 EPS CAGR in the mid teens.

## Investment Thesis

■ We believe GDOT's double digit topline and bottom line growth is sustainable over the near-to-medium term due to our increased confidence in its ability to leverage the GoBank mobile banking platform for strategic partnerships (e.g. Uber, Apple, Intuit deals).

■ While we see upward bias to Street's 2018 and 2019 estimates, we believe that it is fairly captured in its premium valuation (22x 2019 EPS, in-line with leading merchant acquirers).

## Key Debates

■ **What is the normalized organic growth profile ?** Mix shift towards higher priced product and stickier direct deposit user is helping GDOT offset pressure on active card growth. As active card growth resumes, growth in revenue per active card moderates, and contribution from Intuit win, we believe GDOT should be able to sustain low double digit organic growth over the next 2 years.

■ **How sustainable is the margin expansion?** We believe the mix shift towards higher priced and direct deposit users as well cost synergies from the UniRush acquisition could support ~100bps EBITDA margin expansion in the medium term. We expect margin expansion to be balanced by continued investments in growth initiatives to maintain the topline growth profile.

## Potential Catalysts

■ Better than anticipated contribution from New wins

■ Accretive M&A

## Risks to Achieving Price Target

■ New product initiatives fail to take off meaningfully

■ Market becomes concerned about stock comp expense

3

# Morgan Stanley | RESEARCH



# Financials

**Exhibit 1:** GDOT Income Statement (USD, in millions expect per share data)

| | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 1Q18A | 2Q18E | 3Q18E | 4Q18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT ($ in millions except per share data)** | | | | | | | | | | | | | | |
| Card revenues | 209 | 227 | 227 | 253 | 318 | 338 | 415 | 130 | 130 | 122 | 123 | 506 | 561 | 619 |
| YoY % change | 25.1% | 8.6% | -0.1% | 11.4% | 25.6% | 6.2% | 22.8% | 28.8% | 21.3% | 21.5% | 16.4% | 21.9% | 10.9% | 10.4% |
| as a % of Total Revenue | 43.2% | 40.8% | 39.0% | 41.5% | 45.6% | 47.0% | 46.6% | 41.3% | 51.3% | 54.9% | 54.0% | 49.6% | 50.2% | 51.1% |
| Card transfer revenues | 134 | 165 | 183 | 179 | 183 | 184 | 217 | 100 | 55 | 39 | 40 | 234 | 250 | 264 |
| YoY % change | 32.1% | 23.2% | 11.0% | -2.2% | 1.9% | 0.9% | 18.0% | 10.5% | 6.0% | 6.0% | 5.0% | 7.7% | 6.6% | 5.7% |
| as a % of Total Revenue | 27.7% | 29.6% | 31.5% | 29.4% | 26.2% | 25.6% | 24.4% | 31.8% | 21.6% | 17.4% | 17.7% | 23.0% | 22.4% | 21.8% |
| Interchange revenues | 141 | 165 | 172 | 178 | 197 | 197 | 258 | 85 | 69 | 62 | 65 | 280 | 306 | 328 |
| YoY % change | 30.2% | 16.6% | 4.4% | 3.7% | 10.4% | 0.0% | 31.2% | 38.0% | 8.0% | -3.7% | -6.3% | 8.4% | 9.5% | 7.0% |
| as a % of Total Revenue | 29.1% | 29.5% | 29.5% | 29.2% | 28.2% | 27.4% | 29.0% | 26.9% | 27.1% | 27.7% | 28.3% | 27.4% | 27.4% | 27.1% |
| Less: Stock-based retailer incentive compensation (WMT) | (17) | (8) | (9) | (9) | (3) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| as a % of Total Revenue | -3.7% | -1.5% | -1.5% | -1.5% | -0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| **Total Revenue** | 467 | 549 | 574 | 602 | 695 | 719 | 890 | 315 | 254 | 223 | 228 | 1,020 | 1,117 | 1,211 |
| **YoY % change** | 28.4% | 17.5% | 4.5% | 4.9% | 15.5% | 3.5% | 23.8% | 24.5% | 13.9% | 10.7% | 7.0% | 14.5% | 9.5% | 8.4% |
| **Adjusted revenue (add: WMT Equity)** | 485 | 557 | 582 | 610 | 697 | 719 | 890 | 315 | 254 | 223 | 228 | 1,020 | 1,117 | 1,211 |
| YoY % change | 28.5% | 15.0% | 4.5% | 4.8% | 14.2% | 3.1% | 23.8% | 24.5% | 13.9% | 10.7% | 7.0% | 14.5% | 9.5% | 8.4% |
| Sales/marketing | 169 | 210 | 218 | 235 | 230 | 249 | 281 | 92 | 83 | 74 | 78 | 327 | 355 | 378 |
| as a % of Total Revenue | 34.8% | 37.7% | 37.5% | 38.5% | 33.1% | 34.7% | 31.5% | 29.7% | 32.8% | 33.2% | 34.3% | 32.1% | 31.8% | 31.2% |
| Compensation and benefits | 88 | 115 | 127 | 123 | 168 | 159 | 195 | 55 | 61 | 53 | 59 | 227 | 244 | 258 |
| as a % of Total Revenue | 18.1% | 20.6% | 21.9% | 20.2% | 24.1% | 22.2% | 21.9% | 17.6% | 23.9% | 23.6% | 25.9% | 22.3% | 21.9% | 21.3% |
| Processing/issuing | 71 | 77 | 90 | 79 | 102 | 108 | 152 | 48 | 44 | 37 | 40 | 169 | 180 | 189 |
| as a % of Total Revenue | 14.6% | 13.9% | 15.4% | 12.9% | 14.7% | 15.0% | 17.0% | 15.7% | 17.4% | 16.4% | 17.4% | 16.6% | 16.1% | 15.6% |
| Other G&A expenses | 57 | 72 | 86 | 105 | 129 | 139 | 156 | 44 | 41 | 44 | 37 | 166 | 177 | 191 |
| as a % of Total Revenue | 11.7% | 12.9% | 14.7% | 17.2% | 18.5% | 19.4% | 17.5% | 14.1% | 16.3% | 19.8% | 16.1% | 16.3% | 15.8% | 15.7% |
| **Operating Income - GAAP** | 83 | 75 | 52 | 59 | 65 | 63 | 108 | 76 | 24 | 16 | 14 | 131 | 161 | 195 |
| **Operating Margin** | 17.9% | 13.7% | 9.2% | 9.8% | 9.4% | 8.8% | 12.1% | 24.2% | 9.6% | 7.1% | 6.3% | 12.8% | 14.4% | 16.1% |
| **EBITDA (MS method)** | 113 | 101 | 88 | 105 | 124 | 126 | 172 | 94 | 43 | 35 | 33 | 205 | 239 | 275 |
| **YoY % change** | 25.3% | -10.4% | -12.9% | 18.8% | 18.3% | 1.4% | 37.0% | 15.0% | 4.2% | 18.2% | 66.6% | 18.9% | 16.4% | 15.3% |
| **EBITDA Margin** | 23.3% | 18.2% | 15.2% | 17.2% | 17.8% | 17.5% | 19.4% | 29.7% | 17.0% | 15.6% | 14.7% | 20.1% | 21.4% | 22.7% |
| **EBITDA (GDOT method)** | 123 | 114 | 103 | 132 | 152 | 156 | 206 | 104 | 54 | 45 | 44 | 247 | 283 | 321 |
| **YoY % change** | 26.2% | -6.9% | -9.7% | 28.0% | 15.4% | 2.7% | 31.6% | 16.2% | 7.3% | 33.2% | 36.9% | 20.1% | 14.4% | 13.7% |
| **EBITDA Margin** | 25.3% | 20.5% | 17.7% | 21.6% | 21.8% | 21.8% | 23.1% | 33.1% | 21.2% | 20.3% | 19.3% | 24.2% | 25.3% | 26.5% |
| Interest Expense/(Income) | (1) | (4) | (3) | (10) | 1 | 2 | (5) | (4) | (4) | (4) | (4) | (15) | (16) | (16) |
| Income Before Taxes, etc. | 84.0 | 79.0 | 55.9 | 68.9 | 64.0 | 61.6 | 112.8 | 80.5 | 28.0 | 19.5 | 18.2 | 146.3 | 176.6 | 211.1 |
| Income Taxes | 32 | 30 | 19 | 26 | 20 | 20 | 18 | 10 | 8 | 6 | 5 | 30 | 44 | 53 |
| Tax Rate | 38.0% | 38.0% | 34.7% | 38.0% | 30.8% | 32.4% | 15.9% | 13.0% | 30.0% | 30.0% | 30.0% | 20.6% | 25.0% | 25.0% |
| **Net Income GAAP** | 52 | 49 | 37 | 37 | 37 | 40 | 86 | 70 | 20 | 14 | 13 | 116 | 132 | 158 |
| YoY % change | 23.1% | -6.0% | -25.5% | 1.7% | 0.5% | 8.1% | 112.9% | 71.8% | 1.8% | 0.3% | 4.4% | 35.2% | 14.1% | 19.5% |
| **Pro-Forma - MS Method** | 63 | 54 | 42 | 48 | 40 | 58 | 90 | 67 | 26 | 20 | 19 | 129 | 160 | 186 |
| **YoY % change** | 24.6% | -13.9% | -22.0% | 14.3% | -16.7% | 45.1% | 55.2% | 39.2% | 26.7% | 83.2% | 162.7% | 42.7% | 23.7% | 16.4% |
| Pro-Forma - GDOT Method | 69 | 62 | 52 | 63 | 72 | 76 | 115 | 70 | 33 | 27 | 26 | 162 | 186 | 214 |
| YoY % change | 21.9% | -9.4% | -17.1% | 13.9% | 1.9% | 8.2% | 48.3% | 40.4% | 8.4% | 46.9% | 64.0% | 36.7% | 13.9% | 14.3% |
| **Diluted EPS** | | | | | | | | | | | | | | |
| GAAP | $1.18 | $1.11 | $0.81 | $0.78 | $0.70 | $0.81 | $1.62 | $1.29 | $0.36 | $0.25 | $0.23 | $2.13 | $2.41 | $2.86 |
| YoY % change | 19.9% | -5.6% | -26.9% | -3.5% | -10.3% | 14.6% | 101.7% | 64.6% | -2.1% | -3.1% | 3.0% | 30.9% | 13.2% | 19.1% |
| Pro-Forma - MS Method | $1.42 | $1.23 | $0.94 | $1.02 | $0.76 | $1.13 | $1.71 | $1.23 | $0.47 | $0.36 | $0.34 | $2.36 | $2.90 | $3.36 |
| YoY % change | 21.4% | -13.6% | -23.5% | 8.4% | -25.7% | 49.6% | 50.8% | 34.9% | 22.0% | 76.9% | 158.4% | 38.5% | 22.7% | 16.0% |
| **Pro-Forma - GDOT Method** | $1.55 | $1.41 | $1.17 | $1.33 | $1.35 | $1.47 | $2.17 | $1.40 | $0.61 | $0.50 | $0.48 | $2.97 | $3.39 | $3.87 |
| **YoY % change** | 21.9% | -9.4% | -17.1% | 13.9% | 1.9% | 8.2% | 48.3% | 40.4% | 8.4% | 46.9% | 64.0% | 36.7% | 13.9% | 14.3% |
| Diluted Shares o/s | 44 | 44 | 45 | 47 | 53 | 50 | 53 | 54 | 55 | 55 | 55 | 55 | 55 | 55 |

Source: Company Data, Morgan Stanley Research

Case 1:19-cv-10701-DLA-Document 86-281-Filed 05/21/02/19/25e 6Page 6Page4 ID#2013
ID #:6990

**Morgan Stanley** | **RESEARCH**

UPDATE

**Exhibit 2:** GDOT Cash Flow Statement (USD, in millions)

| CASH FLOW STATEMENT ($ in millions) | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 1Q18A | 2Q18E | 3Q18E | 4Q18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income | 52 | 47 | 34 | 43 | 38 | 42 | 86 | 70 | 20 | 14 | 13 | 116 | 132 | 158 |
| Depreciation and amortization | 12 | 18 | 27 | 37 | 62 | 62 | 65 | 17 | 19 | 19 | 19 | 74 | 78 | 80 |
| Provision for uncollectible overdrawn accounts | 61 | 62 | 47 | 38 | 63 | 75 | 77 | 18 | 18 | 18 | 18 | 74 | 74 | 74 |
| Stock-based compensation | 10 | 13 | 15 | 20 | 27 | 28 | 41 | 9 | 10 | 10 | 10 | 41 | 44 | 46 |
| Stock-based retailer incentive compensation | 17 | 8 | 9 | 9 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization of premium on available-for-sale investment | 0 | 1 | 1 | 1 | 1 | 1 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Realized gains on investment securities | 0 | (0) | (0) | (0) | 0 | (1) | (8) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (Recovery) provision for uncollectible trade receivables | 0 | (0) | (0) | (0) | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Impairment of capitalized software | 0 | 1 | 5 | 0 | 6 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred income tax (benefit) expense | 0 | 6 | 5 | 1 | (0) | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Excess tax benefits from exercise of options | (3) | (3) | (3) | (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Change in operating assets and liabilities: | | | | | | | | | | | | | | |
| Settlement assets | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts receivable | (71) | (66) | (50) | (32) | (56) | (75) | (68) | (13) | 7 | (2) | (14) | (21) | (23) | (5) |
| Prepaid expense and other assets | (3) | (21) | 5 | (11) | (6) | 1 | (17) | (6) | 16 | (3) | (10) | (3) | (5) | (5) |
| Deferred expenses | (3) | 0 | (3) | (2) | 3 | (2) | (2) | 7 | 3 | 0 | (12) | (2) | (2) | (2) |
| Accounts payable and accrued liabilities | (4) | 31 | 28 | (2) | 15 | (19) | 28 | (19) | (6) | (10) | 35 | 0 | 18 | 17 |
| Settlement obligations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Amounts due to card issuing banks for overdrawn accoun | 7 | 8 | (1) | (49) | (0) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred revenue | 4 | (2) | 5 | (0) | (2) | 2 | 5 | (6) | (7) | 0 | 17 | 4 | 3 | 3 |
| Income taxes payable (receivable) | 13 | (1) | (3) | 4 | 10 | (7) | 5 | 10 | 0 | 0 | 0 | 10 | 0 | 0 |
| **Net cash provided by (used in) operating activities** | **94** | **102** | **121** | **52** | **157** | **112** | **218** | **89** | **80** | **48** | **77** | **294** | **320** | **366** |
| | | | | | | | | | | | | | | |
| Purchases of available-for-sale investment securities | (45) | (272) | (274) | (212) | (195) | (136) | (59) | (14) | 0 | 0 | 0 | (14) | 0 | 0 |
| Proceeds from maturities of available-for-sale securities | 20 | 38 | 173 | 153 | 84 | 106 | 71 | 18 | 0 | 0 | 0 | 18 | 0 | 0 |
| Proceeds from sales of available-for-sale securities | 0 | 81 | 85 | 136 | 48 | 1 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Decrease (increase) in restricted cash | (8) | 12 | (2) | 1 | (0) | (6) | (79) | 4 | 30 | (13) | (28) | (6) | (10) | (9) |
| Payments for acquisition of property and equipment | (23) | (40) | (36) | (31) | (48) | (43) | (44) | (13) | (10) | (9) | (9) | (42) | (45) | (48) |
| Net principal collections on loans | 0 | 2 | 1 | 0 | 0 | 0 | (13) | (1) | 0 | 0 | 0 | (1) | 0 | 0 |
| Acquisitions, net of cash acquired | 5 | (32) | 0 | (227) | (65) | 0 | (141) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash used in investing activities** | **(50)** | **(210)** | **(53)** | **(179)** | **(176)** | **(78)** | **(224)** | **(6)** | **20** | **(22)** | **(37)** | **(45)** | **(54)** | **(58)** |
| | | | | | | | | | | | | | | |
| Proceeds from exercise of options | 6 | 4 | 14 | 7 | (2) | 4 | 24 | 8 | 0 | 0 | 0 | 8 | 0 | 0 |
| Excess tax benefits from exercise of options | 3 | 3 | 3 | 4 | 0 | 3 | (18) | (16) | 0 | 0 | 0 | (16) | 0 | 0 |
| Net increase in deposits | 5 | 159 | 21 | 346 | 87 | 85 | 285 | 271 | 0 | 0 | 0 | 271 | 0 | 0 |
| Net increase in obligations to customers | 0 | 14 | 21 | (79) | 45 | (83) | (21) | 9 | 14 | (9) | (21) | (6) | (86) | (86) |
| Net increase in funds held on behalf of customers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repayments on line of credit | 0 | 0 | 0 | 0 | (53) | (168) | (378) | (6) | 0 | 0 | 0 | (6) | 0 | 0 |
| Borrowings on line of credit | 0 | 0 | 0 | 150 | 30 | 145 | 355 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Exercise of call options on warrants | 0 | 0 | 0 | (0) | 0 | 0 | (3) | (0) | 0 | 0 | 0 | (0) | 0 | 0 |
| Redemption of preferred and common shares | 0 | 0 | 0 | 0 | (41) | (59) | (52) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net cash used in financing activities** | **14** | **179** | **59** | **427** | **66** | **(73)** | **192** | **266** | **14** | **(9)** | **(21)** | **251** | **(86)** | **(86)** |
| | | | | | | | | | | | | | | |
| **Net inc/(dec) in cash and cash equivalents** | **58** | **71** | **127** | **301** | **47** | **(39)** | **187** | **349** | **115** | **17** | **18** | **499** | **179** | **223** |
| | | | | | | | | | | | | | | |
| **Cash and equivs - beginning of period** | **168** | **225** | **297** | **424** | **725** | **772** | **733** | **919** | **1,268** | **1,383** | **1,400** | **919** | **1,419** | **1,598** |
| | | | | | | | | | | | | | | |
| **Cash and equivs - end of period** | **225** | **297** | **424** | **725** | **772** | **733** | **919** | **1,268** | **1,383** | **1,400** | **1,419** | **1,419** | **1,598** | **1,820** |

Source: Company Data, Morgan Stanley Research

Morgan Stanley | RESEARCH

UPDATE

**Exhibit 3:** Balance Sheet (USD, in millions)

| BALANCE SHEET ($ in millions) | 2011A | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 1Q18A | 2Q18E | 3Q18E | 4Q18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unrestricted cash and cash equivalents | 223 | 294 | 423 | 724 | 772 | 733 | 919 | 1,268 | 1,383 | 1,400 | 1,419 | 1,419 | 1,598 | 1,820 |
| Federal funds sold | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investment Securities available for sale | 21 | 115 | 116 | 47 | 49 | 47 | 12 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| Settlement assets | 27 | 36 | 37 | 149 | 69 | 137 | 209 | 180 | 144 | 134 | 137 | 137 | 150 | 163 |
| Accounts receivable, net | 41 | 40 | 48 | 49 | 44 | 40 | 35 | 29 | 22 | 24 | 38 | 38 | 60 | 66 |
| Prepaid expenses and other assets | 12 | 32 | 27 | 35 | 31 | 32 | 47 | 53 | 37 | 40 | 50 | 50 | 55 | 60 |
| Income taxes receivable | 3 | 7 | 16 | 16 | 6 | 13 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net deferred tax assets | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Current Assets** | **337** | **530** | **668** | **1,020** | **972** | **1,001** | **1,230** | **1,546** | **1,603** | **1,614** | **1,659** | **1,659** | **1,879** | **2,125** |
| Restricted cash | 13 | 1 | 3 | 4 | 6 | 12 | 91 | 87 | 56 | 69 | 97 | 97 | 107 | 116 |
| Investment Securities available for sale | 11 | 69 | 83 | 74 | 132 | 162 | 142 | 133 | 133 | 133 | 133 | 133 | 133 | 133 |
| Accounts receivable, net | 4 | 11 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loans to bank customers, net of allowance | 10 | 8 | 7 | 7 | 6 | 6 | 19 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Prepaid expenses and other assets | 0 | 2 | 1 | 6 | 6 | 4 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Property and equipment, net | 27 | 58 | 60 | 71 | 79 | 83 | 97 | 100 | 91 | 81 | 72 | 72 | 38 | 7 |
| Deferred expenses | 13 | 13 | 15 | 18 | 15 | 17 | 22 | 15 | 12 | 12 | 23 | 23 | 26 | 28 |
| Net deferred tax assets | 0 | 5 | 3 | 6 | 4 | 5 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Goodwill and intangible assets | 12 | 31 | 31 | 420 | 474 | 451 | 582 | 574 | 574 | 574 | 574 | 574 | 574 | 574 |
| **Total Assets** | **426** | **726** | **877** | **1,626** | **1,693** | **1,740** | **2,197** | **2,489** | **2,504** | **2,517** | **2,593** | **2,593** | **2,791** | **3,017** |
| **LIABILITIES & EQUITY** | | | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | 15 | 31 | 35 | 36 | 37 | 23 | 35 | 32 | 31 | 29 | 34 | 34 | 37 | 39 |
| Deposits | 39 | 198 | 220 | 565 | 652 | 737 | 1,022 | 1,293 | 1,293 | 1,293 | 1,293 | 1,293 | 1,293 | 1,293 |
| Obligations to customers | 0 | 46 | 67 | 98 | 61 | 46 | 95 | 70 | 70 | 70 | 70 | 70 | 70 | 70 |
| Settlement obligations | 27 | 4 | 5 | 4 | 5 | 5 | 7 | 12 | 9 | 8 | 8 | 8 | 9 | 10 |
| Amounts due to card issuing banks for overdrawn accounts | 42 | 51 | 50 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 2 | 2 |
| Other accrued liabilities | 16 | 29 | 36 | 81 | 90 | 102 | 123 | 106 | 108 | 103 | 132 | 132 | 145 | 158 |
| Deferred revenue | 22 | 20 | 25 | 24 | 23 | 25 | 31 | 23 | 16 | 16 | 33 | 33 | 36 | 39 |
| Net deferred tax liabilities | 0 | 0 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income tax payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Funds held on behalf of customers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Current Liabilities** | **162** | **379** | **441** | **815** | **869** | **940** | **1,315** | **1,540** | **1,531** | **1,523** | **1,575** | **1,575** | **1,595** | **1,614** |
| Other accrued liabilities | 6 | 19 | 34 | 31 | 38 | 12 | 31 | 32 | 25 | 22 | 23 | 23 | 25 | 27 |
| Deferred revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net deferred tax liabilities | 5 | 0 | 0 | 0 | 1 | 4 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Total Liabilities** | **173** | **398** | **475** | **997** | **1,030** | **1,057** | **1,433** | **1,654** | **1,639** | **1,628** | **1,680** | **1,680** | **1,702** | **1,723** |
| Series D redeemable convertible preferred stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Convertible Series A preferred stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Common stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class B convertible common stock | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Additional paid-in capital | 131 | 159 | 199 | 383 | 379 | 358 | 355 | 356 | 367 | 377 | 388 | 388 | 432 | 478 |
| Retained earnings | 122 | 169 | 203 | 246 | 284 | 326 | 410 | 480 | 500 | 514 | 527 | 527 | 659 | 817 |
| Accumulated other comprehensive income | 0 | 0 | (0) | (0) | (0) | (0) | (1) | (1) | (1) | (1) | (1) | (1) | (1) | (1) |
| Related party notes receivable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Stockholders' Equity** | **253** | **328** | **402** | **629** | **663** | **684** | **765** | **835** | **865** | **890** | **913** | **913** | **1,089** | **1,294** |
| **Total Liabilities & Stockholders' Equity** | **426** | **726** | **877** | **1,626** | **1,693** | **1,740** | **2,198** | **2,489** | **2,504** | **2,517** | **2,593** | **2,593** | **2,791** | **3,017** |

Source: Company Data, Morgan Stanley Research

**894**

# Morgan Stanley | RESEARCH

UPDATE

**Exhibit 4:** Discounted Cash Flow Analysis

| | 2012A | 2013A | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total revenue** | 549.0 | 573.6 | 601.6 | 694.7 | 718.8 | 890.2 | 1,019.5 | 1,116.6 | 1,210.8 | 1,304.0 | 1,387.5 | 1,458.3 | 1,513.7 | 1,551.5 |
| YoY % change | | 4.5% | 4.9% | 15.5% | 3.5% | 23.8% | 14.5% | 9.5% | 8.4% | 7.7% | 6.4% | 5.1% | 3.8% | 2.5% |
| | | | | | | | | | | | | | | |
| Expenses | | | | | | | | | | | | | | |
| Sales/marketing | 209.9 | 218.4 | 235.2 | 230.4 | 249.1 | 280.6 | 327.3 | 354.7 | 378.1 | 403.3 | 424.9 | 442.2 | 454.5 | 461.2 |
| % of revenues | 38.2% | 38.1% | 39.1% | 33.2% | 34.7% | 31.5% | 32.1% | 31.8% | 31.2% | 30.9% | 30.6% | 30.3% | 30.0% | 29.7% |
| Compensation and benefits expenses | 114.9 | 127.3 | 123.1 | 168.2 | 159.5 | 194.7 | 227.0 | 244.2 | 258.2 | 274.9 | 289.0 | 300.1 | 307.7 | 312.3 |
| % of revenues | 20.9% | 22.2% | 20.5% | 24.2% | 22.2% | 21.9% | 22.3% | 21.9% | 21.3% | 21.1% | 20.8% | 20.6% | 20.3% | 20.1% |
| Processing/issuing | 77.4 | 89.9 | 79.1 | 102.1 | 107.6 | 151.6 | 168.8 | 180.3 | 188.9 | 200.2 | 209.5 | 216.5 | 221.0 | 222.6 |
| % of revenues | 14.1% | 15.7% | 13.1% | 14.7% | 15.0% | 17.0% | 16.6% | 16.1% | 15.6% | 15.3% | 15.1% | 14.8% | 14.6% | 14.3% |
| Other G&A expenses | 71.8 | 85.6 | 105.2 | 128.7 | 139.3 | 155.6 | 165.7 | 176.8 | 190.5 | 201.3 | 210.7 | 217.8 | 222.3 | 224.0 |
| % of revenues | 13.1% | 14.9% | 17.5% | 18.5% | 19.4% | 17.5% | 16.3% | 15.8% | 15.7% | 15.4% | 15.2% | 14.9% | 14.7% | 14.4% |
| **Operating income** | **75.0** | **52.5** | **59.0** | **65.2** | **63.3** | **107.7** | **130.8** | **160.6** | **195.1** | **224.4** | **253.4** | **281.6** | **308.2** | **331.4** |
| **Operating margin** | **13.7%** | **9.2%** | **9.8%** | **9.4%** | **8.8%** | **12.1%** | **12.8%** | **14.4%** | **16.1%** | **17.2%** | **18.3%** | **19.3%** | **20.4%** | **21.4%** |
| YoY change in margin (bps) | | (451.0) | 65.5 | (41.9) | (57.7) | 329.1 | 72.7 | 155.8 | 172.6 | 110.0 | 105.0 | 105.0 | 105.0 | 100.0 |
| | | | | | | | | | | | | | | |
| Interest exp(inc) | (4.0) | (3.4) | (9.9) | 1.2 | 1.8 | (5.1) | (15.5) | (16.0) | (16.0) | (17.2) | (18.3) | (19.3) | (20.0) | (20.5) |
| % of revenues | -0.7% | -0.6% | -1.6% | 0.2% | 0.2% | -0.6% | -1.5% | -1.4% | -1.3% | -1.3% | -1.3% | -1.3% | -1.3% | -1.3% |
| EBT | 79.0 | 55.9 | 68.9 | 64.0 | 61.6 | 112.8 | 146.3 | 176.6 | 211.1 | 241.7 | 271.7 | 300.9 | 328.2 | 351.9 |
| | | | | | | | | | | | | | | |
| Tax exp/(bene) | 30.0 | 19.4 | 26.2 | 19.7 | 20.0 | 18.0 | 30.2 | 44.2 | 52.8 | 60.4 | 67.9 | 75.2 | 82.1 | 88.0 |
| Tax rate | 38.0% | 34.7% | 38.0% | 30.8% | 32.4% | 15.9% | 20.6% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| **Net income** | **49.0** | **36.5** | **42.7** | **44.3** | **41.6** | **94.9** | **116.1** | **132.5** | **158.3** | **181.3** | **203.8** | **225.7** | **246.2** | **263.9** |
| YoY % change | | -25.5% | 17.0% | 3.8% | -6.1% | 128.1% | 22.3% | 14.1% | 19.5% | 14.5% | 12.4% | 10.7% | 9.1% | 7.2% |
| | | | | | | | | | | | | | | |
| **Other Cash Impacts** | | | | | | | | | | | | | | |
| Depreciation and amortization | 18.1 | 27.1 | 37.0 | 61.7 | 62.5 | 64.6 | 74.2 | 78.0 | 80.0 | 80.9 | 80.6 | 78.9 | 75.8 | 77.7 |
| Depr. and amort. % of revenues | 3.3% | 4.7% | 6.1% | 8.9% | 8.7% | 7.3% | 7.3% | 7.0% | 6.6% | 6.2% | 5.8% | 5.4% | 5.0% | 5.0% |
| Capital Expenditure | (40.4) | (35.7) | (30.7) | (47.8) | (43.3) | (44.1) | (41.6) | (44.7) | (48.4) | (52.2) | (55.5) | (58.3) | (75.8) | (77.7) |
| Capex % of revenues | -7.4% | -6.2% | -5.1% | -6.9% | -6.0% | -5.0% | -4.1% | -4.0% | -4.0% | -4.0% | -4.0% | -4.0% | -5.0% | -5.0% |
| Change in Net working capital/other | (51.6) | (19.2) | (92.4) | (36.0) | (99.5) | (49.6) | (11.7) | (8.5) | 8.2 | 8.8 | 9.4 | 9.9 | 10.2 | 10.5 |
| NWC/other % of revenues | -9.4% | -3.3% | -15.4% | -5.2% | -13.8% | -5.6% | -1.1% | -0.8% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% | 0.7% |
| Other non-cash items | 62.3 | 47.3 | 38.3 | 63.3 | 74.8 | 77.1 | 73.5 | 73.5 | 73.5 | 72.7 | 70.4 | 66.7 | 61.7 | 55.4 |
| Other % of revenues | 11.4% | 8.2% | 6.4% | 9.1% | 10.4% | 8.7% | 7.2% | 6.6% | 6.1% | 5.6% | 5.1% | 4.6% | 4.1% | 3.6% |
| Subtract Charge-offs | | | (37.4) | (66.5) | (70.9) | (71.2) | (71.4) | (72.6) | (72.6) | (73.0) | (72.2) | (70.0) | (66.6) | (62.1) |
| Other % of revenues | | | -6.2% | -9.6% | -9.9% | -8.0% | -7.0% | -6.5% | -6.0% | -5.6% | -5.2% | -4.8% | -4.4% | -4.0% |
| **Free cash flow to firm** | **37.4** | **56.0** | **(42.6)** | **19.0** | **(34.8)** | **71.7** | **139.2** | **158.3** | **199.0** | **218.5** | **236.5** | **252.7** | **251.4** | **267.8** |
| | | | | | | | | | | | | | | |
| PV factor | | | | | | | | 1.03 | 1.11 | 1.21 | 1.32 | 1.44 | 1.57 | 1.71 |
| PV of Free Cash Flows | | | | | | | | 114.9 | 178.6 | 180.0 | 178.7 | 175.2 | 159.9 | 156.3 |
| | | | | | | | | | | | | | | |
| **Terminal Value** | | | | | | | | | | | | | | 4,223.2 |

| Inputs | |
|---|---|
| WACC | 9.0% |
| 2015-2016 rev growth rate | 3.5% |
| 2017-2025 rev growth rate | 7.2% |
| Terminal FCF multiple | 15.8x |
| | |
| Terminal Growth Rate | 2.50% |
| Bull | 2.50% |
| Base | 2.50% |
| Bear | 1.50% |

| Valuation | |
|---|---|
| PV of cash flows in years 2017-2020 | 294 |
| PV of cash flows in years 2021-2025 | 850 |
| PV of terminal value | 2,465 |
| **Total PV of FCF** | **3,608** |
| Less: Debt | 74 |
| Plus: Cash & corp investments | 100 |
| **Equity value** | **3,634** |
| Diluted shares outstanding | 54.2 |
| **Implied share price in one year** | **$67** |

**DCF Sensitivity Analysis**

| | | Discount Rate | | | | |
|---|---|---|---|---|---|---|
| | | 8.0% | 8.5% | 9.0% | 9.5% | 10.0% |
| | 1.50% | $69 | $64 | $59 | $56 | $53 |
| **Terminal** | 2.00% | $73 | $68 | $63 | $59 | $55 |
| **Growth** | 2.50% | $79 | $73 | $67 | $62 | $58 |
| **Rate** | 3.00% | $86 | $78 | $72 | $66 | $62 |
| | 3.50% | $94 | $85 | $77 | $71 | $65 |

Source: Company Data, Morgan Stanley Research

**895**



# Morgan Stanley | RESEARCH

UPDATE

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: James E Faucette; Vasundhara Govil.

Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies.

## Important US Regulatory Disclosures on Subject Companies

As of April 30, 2018, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Automatic Data Processing Inc, LendingClub Corp, MasterCard Inc, Square Inc, Visa Inc..

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of First Data Corp., MasterCard Inc, Worldpay Inc.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Automatic Data Processing Inc, First Data Corp., MasterCard Inc, PayPal Holdings, Inc., Worldpay Inc.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Automatic Data Processing Inc, Evertec Inc, First Data Corp., Fleetcor Technologies Inc, Global Payments Inc, **Green Dot Corp**, LendingClub Corp, MasterCard Inc, MoneyGram International Inc, On Deck Capital Inc, Paychex Inc, PayPal Holdings, Inc., Square Inc, Total System Services Inc., TriNet Group Inc, Visa Inc., Western Union Co, Worldpay Inc.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Automatic Data Processing Inc, First Data Corp., Fleetcor Technologies Inc, MasterCard Inc, Paychex Inc, PayPal Holdings, Inc., VeriFone Systems Inc., Western Union Co, WEX Inc, Worldpay Inc.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Automatic Data Processing Inc, Evertec Inc, First Data Corp., Fleetcor Technologies Inc, Global Payments Inc, **Green Dot Corp**, LendingClub Corp, MasterCard Inc, MoneyGram International Inc, On Deck Capital Inc, Paychex Inc, PayPal Holdings, Inc., Square Inc, Total System Services Inc., TriNet Group Inc, Visa Inc., Western Union Co, Worldpay Inc.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Automatic Data Processing Inc, First Data Corp., Fleetcor Technologies Inc, LendingClub Corp, MasterCard Inc, MoneyGram International Inc, Paychex Inc, PayPal Holdings, Inc., TriNet Group Inc, VeriFone Systems Inc., Visa Inc., Western Union Co, WEX Inc, Worldpay Inc.

An employee, director or consultant of Morgan Stanley is a director of LendingClub Corp. This person is not a research analyst or a member of a research analyst's household.

Morgan Stanley & Co. LLC makes a market in the securities of Automatic Data Processing Inc, Evertec Inc, Fleetcor Technologies Inc, Global Payments Inc, **Green Dot Corp**, LendingClub Corp, MasterCard Inc, On Deck Capital Inc, Paychex Inc, PayPal Holdings, Inc., Square Inc, Total System Services Inc., TriNet Group Inc, VeriFone Systems Inc., Visa Inc., Western Union Co, WEX Inc, Worldpay Inc.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of April 30, 2018)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm.

For disclosure purposes only (in accordance with NASD and NYSE requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see

**896**

# Morgan Stanley | RESEARCH



definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1168 | 38% | 305 | 40% | 26% | 550 | 39% |
| Equal-weight/Hold | 1337 | 43% | 371 | 49% | 28% | 641 | 46% |
| Not-Rated/Hold | 53 | 2% | 5 | 1% | 9% | 7 | 0% |
| Underweight/Sell | 539 | 17% | 83 | 11% | 15% | 207 | 15% |
| TOTAL | 3,097 | | 764 | | | 1405 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)

# Morgan Stanley | RESEARCH



Green Dot Corp (GDOT.N) – As of 5/9/18 in USD
Industry : Payments and Processing

Stock Rating History: 5/1/15 : E/I

Price Target History: 1/30/15 : 19; 5/8/15 : 18; 6/23/15 : 20; 8/5/15 : 19; 11/5/15 : 18; 5/5/16 : 20; 8/5/16 : 23; 2/23/17 : 28; 5/10/17 : 35; 8/8/17 : 38; 11/20/17 : 60; 2/22/18 : 62

Source: Morgan Stanley Research        Date Format : MM/DD/YY        Price Target ‐‐·        No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) ——        Stock Price (Covered by Current Analyst) ▬▬
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O)  Equal-weight (E)  Underweight (U)  Not-Rated (NR)  No Rating Available (NA)
Industry View:  Attractive (A)   In-line (I)   Cautious (C)    No Rating (NR)

Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.

Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.



LendingClub Corp (LC.N) – As of 5/9/18 in USD
Industry : Payments and Processing

Stock Rating History: 5/1/15 : E/I; 5/19/15 : O/I; 5/10/16 : NR/I; 5/31/16 : E/I; 11/3/16 : O/I

Price Target History: 2/25/15 : 23; 10/30/15 : 25; 1/20/16 : 20; 2/11/16 : 18; 5/6/16 : 16; 5/10/16 : NA; 11/3/16 : 7; 11/7/16 : 8; 7/6/17 : 7; 11/8/17 : 6.5; 12/8/17 : 6

Source: Morgan Stanley Research   Date Format : MM/DD/YY   Price Target ▬▪▬   No Price Target Assigned (NA)
Stock Price (Not Covered by Current Analyst) ▬   Stock Price (Covered by Current Analyst) ▬
Stock and Industry Ratings (abbreviations below) appear as ◆ Stock Rating/Industry View
Stock Ratings: Overweight (O) Equal-weight (E) Underweight (U) Not-Rated (NR)   No Rating Available (NA)
Industry View: Attractive (A)   In-line (I)   Cautious (C)   No Rating (NR)

Effective January 13, 2014, the stocks covered by Morgan Stanley Asia Pacific will be rated relative to the analyst's industry (or industry team's) coverage.

Effective January 13, 2014, the industry view benchmarks for Morgan Stanley Asia Pacific are as follows: relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Automatic Data Processing Inc, First Data Corp., LendingClub Corp, MasterCard Inc, PayPal Holdings, Inc., Square Inc, Visa Inc., Western Union Co.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions.

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's

**899**

# Morgan Stanley | RESEARCH

circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important US Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A.; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Indonesia by PT. Morgan Stanley Sekuritas Indonesia; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany by Morgan Stanley Bank AG, Frankfurt am Main and Morgan Stanley Private Wealth Management Limited, Niederlassung Deutschland, regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that Morgan Stanley Research has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and regulated by the Financial Services Board in South Africa. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

**900**

# Morgan Stanley | RESEARCH

UPDATE

The following companies do business in countries which are generally subject to comprehensive sanctions programs administered or enforced by the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and by other countries and multi-national bodies: MasterCard Inc. The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P. Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

### INDUSTRY COVERAGE: Payments and Processing

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (05/09/2018) |
|---|---|---|
| **James E Faucette** | | |
| Automatic Data Processing Inc (ADP.O) | E (11/14/2017) | $127.04 |
| First Data Corp. (FDC.N) | E (06/28/2017) | $19.50 |
| LendingClub Corp (LC.N) | O (11/03/2016) | $3.40 |
| MasterCard Inc (MA.N) | O (03/28/2016) | $190.63 |
| MoneyGram International Inc (MGI.O) | E (06/18/2013) | $6.57 |
| On Deck Capital Inc (ONDK.N) | E (05/05/2016) | $5.91 |
| Paychex Inc (PAYX.O) | E (08/16/2017) | $62.21 |
| PayPal Holdings, Inc. (PYPL.O) | O (10/11/2017) | $77.01 |
| Square Inc (SQ.N) | E (03/28/2016) | $54.26 |
| VeriFone Systems Inc. (PAY.N) | E (06/10/2014) | $22.89 |
| Visa Inc. (V.N) | O (03/28/2016) | $130.84 |
| Western Union Co (WU.N) | U (02/02/2015) | $19.92 |
| | | |
| **Vasundhara Govil** | | |
| Evertec Inc (EVTC.N) | E (08/08/2013) | $21.45 |
| Fleetcor Technologies Inc (FLT.N) | O (10/16/2014) | $204.11 |
| Global Payments Inc (GPN.N) | E (10/03/2014) | $114.60 |
| Green Dot Corp (GDOT.N) | E (02/18/2014) | $63.30 |
| Total System Services Inc. (TSS.N) | E (06/18/2013) | $87.82 |
| TriNet Group Inc (TNET.N) | E (04/04/2018) | $51.95 |
| WEX Inc (WEX.N) | E (07/09/2014) | $172.20 |
| Worldpay Inc (WP.N) | O (01/22/2018) | $84.49 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2018 Morgan Stanley