# Exhibit M

**S&P Global**
Market Intelligence

# Green Dot Corporation NYSE:GDOT
# Company Conference Presentation

**Wednesday, May 16, 2018 8:00 PM GMT**

**S&P Global**
Market Intelligence

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**1**

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ................................................................... | 3 |
| Presentation | ................................................................... | 4 |
| Question and Answer | ................................................................... | 6 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Mark L. Shifke**
*Chief Financial Officer*

**Steven W. Streit**
*Founder, President, CEO & Director*

**ANALYSTS**

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

All right. It looks like we're already live. So I'll do a quick intro, and we'll get right into it. My name is Tien-tsin Huang. I cover payments, processing and IT services at JPMorgan. And always a pleasure to have, I got my card showing off here, have Green Dot with us to give us an update. So I got the full management team, Steve Streit, Founder, CEO; Mark Shifke, CFO, next to him; Dara's here as well. So we're doing fireside chat.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, with the fire.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Thank you. Thank you for being here. No fire. We can't afford it. We'll do fireside chat. We'll also take questions from the audience. But I know we have a collective group here, so maybe just to kick it off, just to give a commercial on Green Dot, what you look like today, what's the vision going forward, Steve, and then we can go into more details from there. But thanks again for being here.

**Steven W. Streit**
*Founder, President, CEO & Director*

Oh, always a pleasure to be here. And can you all hear me? Is this okay? I think it's -- good. Okay. So for those of you -- out of curiosity, is Green Dot new -- a new name -- if Green Dot is new to you, raise your hand.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

There you go.

**Steven W. Streit**
*Founder, President, CEO & Director*

Wow, it's pretty good. Good room. Okay, very good. Well, I'll start sort of with a high level. Green Dot is a technology-first bank holding company that invents and markets on-demand bank accounts and other banking kinds of products for millennials and others who are looking for a low-fee and easy-to-access bank account. And we're a -- 2 sides to our business: the product side and the platform side. And on the product side of our business, we have several types of branded bank account products in the Green Dot brand name, primarily in the GoBank brand name. You may have seen our TV spots that we run for the Green Dot brand. And we also sell other products from the cash processing side, a product called MoneyPak, and also our Swipe Reload system, where you put money under different accounts.

And our product side is pretty mature and well distributed and still continues to grow after almost 20 years. We'll be a 20-year-old company next year. We have about 100,000 retailers selling our products and 6 direct-to-consumer websites, and you can also buy our products through the leading app stores, the Apple App Store and Android. And we believe this makes us, in fact, if you look statistically, the most broadly distributed bank holding company in the United States. So a lot of, if you will, service locations or branches or retailers where you can buy our products and everywhere online.

And then we have the platform side, and this is the newer side of the business. We announced our Banking as a Service platform or BaaS, as we call it, maybe not even a year ago, and it's really done very, very well for us. The platform side is a platform that allows us to take large partners and have them utilize our bank, our program management assets, our technology group and other assets that we have in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the company to create their own custom products for their respective customer bases. Our largest BaaS partners would be companies like Apple and Uber and Intuit, Walmart and then some smaller ones like OneMain and some others who have custom accounts that may be within our assets.

And our goal is to have our products where our customers are in the flow, at the moment, when they need a bank account, which is the hallmark of people under 40. So if you're over 40, you're more likely to do things when you plan. Like, "Oh, we're going to Europe. Let me make sure I get my passport 6 months in advance." A 30-year-old says, "Oh, I'm going to Europe. Can I get it tomorrow?" And that's how it works. Everything is instant right now, immediate, as digital natives are trying to get things on demand instantly from the Internet. And so we tried to design our products to do that, and it's worked out well.

So that's sort of what we do and what we sell. And does that make sense, a few sense?

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

It does.

**Steven W. Streit**
*Founder, President, CEO & Director*
Okay.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

So maybe to dig further, help sort of eliminate against to that, I think we're talking to Mark earlier. You talked about, what, 6 revenue divisions at Green Dot?

**Mark L. Shifke**
*Chief Financial Officer*

Yes.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

You got, what, 30-plus products? You named a few. So who -- how are you targeting these different users? Who uses it for what reason? What's the -- what are you trying to ultimately deliver to these users?

**Steven W. Streit**
*Founder, President, CEO & Director*

The problem we're trying to solve -- and consumer products, which is what we do, technology products, making products, you need to solve the consumer problem. Otherwise, people won't value what you are selling, and we're fortunate we sell a lot of them. So here's sort of the way to think about it. I'll go by division. I actually have notes because we have so many divisions, Tien-tsin.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Did you? Yes, yes, yes. It's all new to me as well, so I'm always learning.

**Steven W. Streit**
*Founder, President, CEO & Director*

Okay. Our consumer accounts segment, which houses the legacy Green Dot, if you will, these are where we have our Green Dot brand and GoBank products, some of our other accounts, and is an Account Services product, meaning bank accounts are going to be in this division. And these are products that, on our legacy side, appeal to low and moderate-income Americans, that's where we started, who need an account. But more recently, millennials have increasingly embraced our products as well. They're high-tech. They're available on retailers everywhere, and they're available online and they're increasingly designed to be this regular everyday checking accounts, except with modern features. And so low-income people like them, but more mainstream lately as well. And you can see that in our direct deposit numbers and some of our metrics that have been accelerating quite a bit.

In our direct-to-consumer business, we're selling those same products but in a direct-to-consumer way, meaning we're not paying a retailer or another distributor rev share, and that would include our primary product, meaning the Green Dot 5% Cash Back Visa. Curious if anyone has seen the TV ad. We advertise heavily on the Viacom networks, MTV and VH1, Comedy Central. It does well for us. But it's a new kind of bank account with no overdraft fees or bounce check fees. We have our 5% cash back on purchases, and that bank account does very well. And it has nothing to do with prepaid, which was what we invented and what brought us to fame, if you will. It's just a new kind of bank account, which is what we call it, and it's done very well for us. Our next division is our cash processing division, and there, it's about sending friends and family money or adding money to an account you may have, typically a prepaid card, but it can be another kind of bank account from a community bank or to pay a bill. We also, for example, in that the division, have our PayPal CASH product, which is how you get cash onto a PayPal account. We also use our SimplyPaid -- house our SimplyPaid wage disbursement division in that part of our company. And Uber uses that and many others to pay drivers instantly or employees instantly, 1099 workers. And that's

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a fairly new product that has become quite sizable, actually. So think about paying workers instantly and on demand as they earn the money. Our next division is our -- and I have to say I wrote this down. Our PayCard division, which has done very well for us. This has about 3,000 corporate clients. You use this to provide pay cards to the workers. We don't have another bank account in order to receive wages, so "Hey, Mr. New Employee, welcome to such and so company. We need to direct deposit your wages." "'I don't have a bank account." "Well, you do now. Here's your PayCard. Please sign up, and this is how we're going to pay you." And then we have our newer products, one of our newer products, our secured credit card division, helps customers build a better credit rating down the road, so they can qualify for bank loans, traditional credit cards and the like. The secured credit card itself has been around for -- oh, my gosh, it has to be 40 years.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Yes, at least.

**Steven W. Streit**
*Founder, President, CEO & Director*

At least. But this is kind of what we do. It's about new distribution, and our customers come to us online, and we say, hey, would you like to open a bank account -- or improve your credit, rather. And the answer is yes, we would. Well, we have a wonderful companion account for you. Since you already have a deposit account, how about a secured credit card? And we're able to do that, again, digitally online through the App Store and elsewhere. So those are our divisions. And of course, our bank, I don't want to neglect our bank. It is such an important part of who we are. In 2011, we took the plunge and became a bank holding company, and we're not regulated by the Federal Reserve and the state of Utah. And it really helps make us a better company and a bigger company. But in terms of the business strategy, we're a bank, so we don't need to use a third-party bank or rely on a third-party bank for issuing services. We're able to issue our own products, invent and deploy our own products. And Mark's able to take the balance sheet and invest it, which is part of our increasingly important part of our EPS. So that's gone well also.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

When we first met, we talked a lot about the TAM, and we were defining that in different ways, right, unbanked, underbanked, $60 million. We carved out a certain income level to think about who might use it. No, I don't remember the numbers exactly. $60 million, I think it was something like that. So how was it different now, given the wide range of different products that you have?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, so a couple of things have happened. One is the Green Dot 5% Cash Back Visa. As I say that to you, I don't think anyone in here is low income, but you probably think, hey, a 5% Cash Back Visa card that has no overdraft fees or penalty fees or bounced check fees of any kind ever, with an award-winning mobile app that you can get just by going to the App Store and downloading it, it sounds probably okay. That's not a bad bank account. So that's brought a lot of mainstream, more upscale people into the brand. And then our BaaS platform, when you are banking people -- hey, Reggie, I didn't see you there. When you're banking people like Apple and Uber and Intuit, you have a whole different customer base. It has nothing to do with our legacy business. And so together, our TAM is really just digital native. So if you think about 18- to 44-year-olds, there may be 110 million or so American in that broad group. It doesn't mean that older people don't use this. We have a lot of legacy customers, in particular, who are older than that. But when you think about people who are comfortable getting a bank account online from an App Store, it begins to tap out closer towards 50 that you get. So it's a much larger TAM than it used to be.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

GREEN DOT CORPORATION COMPANY CONFERENCE PRESENTATION | MAY 16, 2018

Just to round it out, thinking about the old days and current days, competition, right? Competition's evolved a ton. We were just talking about Square. I'm curious now, so how do you define competition? Is it still the traditional banks? Is it some of these digital-first banks? I know that even in Europe, you've got a lot of challenger banks that are mobile-first as well. So how do you define -- what are you looking out as potential threats?

**Steven W. Streit**
*Founder, President, CEO & Director*

It's everybody. It's so many that we don't really define it internally and really talk about it. But from a -- if you were to be asking me on a very formal sense what it'd be on a broad base, all banks in the country, including us, and there's a lot of them, there's several thousand of them, but all banks, big and small, and any technology company that offers a banking service. You mentioned Square. They're not a bank, but they have a bank-like product that they use a third-party bank to issue. But very few of these companies would have our depth of products and our breadth for distribution, and none, to our knowledge, would have our brand name appeal because Green Dot, in many parts of the country, is a household brand name, and that's really sustained us even through very tough times. Remember during the American Express battle?

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Sure.

**Steven W. Streit**
*Founder, President, CEO & Director*

Remember that? And the Western Union battle and the Chase battle, which we remember so well. We were scared to death. We had huge competitors in those days, many times bigger than we were. Chase and Amex, in particular, are spending hundreds of millions of dollars on bus ventures and TV campaigns and this and that and no fees, lower fees, we'll pay you. And the Green Dot brand sustained, and we actually moved through those years, which is pretty amazing. But it gives you the benefit of that 20-year-old brand name that's known to be a good friend to the community, if you will. So on the product side, we have a unique offering and a lot of distribution and great brand. On the product side -- on the platform side, rather, we get asked often, why does Green Dot win so many large enterprise-level accounts, the Apples and the Intuits and so forth? And we have a great revenue and a great client relationship team. That's part of it. But we have an asset stack that's hard to replicate. When you're going into speak with an enterprise-level customer, they need to know, number one, you're a large company, and we're a good-sized public company. They need to know you have a big balance sheet, and we have a fabulous balance sheet. They need to know you have Silicon Valley technology that can lead teams of their technologists to integrate and deploy very high-tech and highly regulated technology products and services. And we have that, right? And then you need a program management, meaning call centers around the world and supply chain and the ability to do things at very high scale. When you're concurrently and simultaneously the bank of Walmart and Apple and Uber and Intuit and our own products and 100,000 retailers, nobody questions our ability to handle high-scale demanding partners. And so all that leads to the ability for us to win those accounts. We never take it for granted, and every account is unique and separate and different. But we've done a very good job of landing those large enterprise-level accounts because we're so integrated.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

So the stock has [ worked ], which is great, really happy for you guys. We've missed it, unfortunately, but we've had different chances, and I'm sure we'll have others. But let me ask you or Mark, if you want to chime in on this, just thinking about the numbers and what this all means. And what has really driven the financials to get the stock to where it is today, in your mind?

**Mark L. Shifke**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I wish I knew. No. Look, I think if we go back, it really starts with execution, and so in 2016, we sort of relaunched the company. We took down all of our...

**Steven W. Streit**
*Founder, President, CEO & Director*

At this conference, remember?

**Mark L. Shifke**
*Chief Financial Officer*

Yes.

**Steven W. Streit**
*Founder, President, CEO & Director*

We read the road map -- what was it? The road map to growth. And pretty much what we laid out that day 2 years ago...

**Mark L. Shifke**
*Chief Financial Officer*

Yes, it was December of '15.

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, that's what we've done.

**Mark L. Shifke**
*Chief Financial Officer*

And so at that point, we took down all of our GPR products, GoBank was the only thing that stayed on the shelf. And in '16, revenue grew a healthy 3%, and our margins compressed year-over-year to 15%. But the vision -- we had a Six-Step Plan. We executed, I think, very, very well and...

**Steven W. Streit**
*Founder, President, CEO & Director*

To those listening only, you can't see Mark's face. There's a healthy dose of sarcasm in his expression, I just wanted to relay that.

**Mark L. Shifke**
*Chief Financial Officer*

And then in '17, everything clicked. So what we started in '16 -- and in '16, we actually announced this would be a 2-year process. We said 2 years to get this to work. By the end of 2017, we'll be at $1.75. There was not a single...

**Steven W. Streit**
*Founder, President, CEO & Director*

In EPS.

**Mark L. Shifke**
*Chief Financial Officer*

In EPS. Not a single analyst or investor that thought we'd get near $1.75. They thought we were doing too many things at the same time, that execution would be difficult and such is life. But in 2017, we actually grew nearly 24% year-over-year, double-digit organic growth. And now, in 2018, at the midpoint, our full year guide would put us at 13% year-over-year growth. In Q1, we had 16% organic growth. So that was pretty good execution, and at the same time, we've done a fairly good job in managing our costs and expanding our margins. As I said in '16, we were flat to modestly down on margin. In 2017, we were up

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

140 bps in margin expansion, and this year, launching the BaaS program, growing as we've said, we're still targeting 100 bps of margin expansion. So I think it's a great execution, and the business is moving forward. I think underlying that is the fact that we've concentrated on focusing on our direct deposit customer base. We've grown that very nicely. Now about 80% of our GDV comes from direct deposit. Nearly 50% of our active customers are on direct deposit. And with that, GDV is growing phenomenally, and that's driving the engine to get the fees, ATMs, purchase volume, interest income.

**Steven W. Streit**
*Founder, President, CEO & Director*

It's a wonderful story and one of discipline and a strategy that was carried out quite well. And through it all, we survived the nasty proxy fight, as you know, and went through that. And it's just amazing when you look at the history of the company like ours. But the products are all working, and we have such a wonderful team at Green Dot, and we're honored to be a bank holding company regulated by the Fed, and that is felt through the company. And we're an [indiscernible] bank company. And it's worked extraordinarily well. Great technology in a great bank and products that people want to buy.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Yes. No, sincerely happy to see you sort of fight through a lot of change, including the proxy, a lot of competition to see where it is. It is, like I said, happy to see it happen. But let me ask this. So you're still -- like a lot of tech companies that we've been interviewing at this conference, you still have old and new, right, legacy and new, so there's this constant transition. You're going through this transition now. It feels like, as you transition to the newer products, there's going to be potentially even better growth in margin. How should we weigh that transition here?

**Steven W. Streit**
*Founder, President, CEO & Director*

I can take some of it if you want. So the products you see are the products we have. So all the new stuff has been on the shelf now for about 1.5 years. And so I would say it's about people finding us more and more. We always want to grow our product side. It's is our brand, and we always want to market our brand, as we're doing, and introduce new people to that brand. That's gone phenomenally well. And it's so funny when you meet newer customers or even new partners. I was at an Apple conference. It was about 1.5 years ago, the Money20/20 [indiscernible]. You've been there before.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Yes, sir.

**Steven W. Streit**
*Founder, President, CEO & Director*

We had lunch there once before.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

I think I've had coffee or a drink with you guys a couple of times.

**Steven W. Streit**
*Founder, President, CEO & Director*

And I was with a bunch of guys from Apple in the Apple meeting. And somebody mentioned something about prepaid, and the guy said, "Oh, yes, Steve, congratulations on inventing the prepaid thing." I said, "Oh, thank you." And the other guy said, "Oh, do you know anything about prepaid?" The guy said, "That's Green Dot." Then he said, "Oh, I didn't know. I thought they were a technology company." And he was embarrassed. I took it as a huge compliment, but the truth is that our newer customers and our partners have no idea that we were even in that industry. But if you're -- for example, our great partners

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

at Walmart, that's what they think of us, technology and prepaid and low income. But to me, that's a hallmark of a great company and a great team is that we're all those things, and we focus on each and execute. And so I think the transition has happened. Now it's a question of continuing to add scale under our fixed expense base. We're always going to have to invest more SG&A year-over-year, and we do that. But as long as our revenue is growing and our profits are growing, that's okay and something we need to do to make sure we're always one step ahead of the new programs that we roll out.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

So you're a B2B company as well as a B2C company. How do you get more of your cards or get more direct deposit up? What's the reach? How do you drive awareness? I know when we used to talk in the old days, prepaid, there was a lot of education there that may or may not have driven growth to where people thought it would be. So talk to us about marketing and driving awareness.

**Steven W. Streit**
*Founder, President, CEO & Director*

So it depends. On the BaaS side, we don't do any marketing or drive awareness...

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

On the B2B front, right?

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes. Because that's up to the partner. It's our product that we're manufacturing, but it's the partner's design. It's a bespoke product for their customer base, and it's up to Intuit, in the case of Intuit, or Uber, in the case of Uber, to market that product to their customer base. And we're the program manager of the [ issuing ] bank and the technology partner. In the case of our own branded products, we market them because, number one, we're in 100,000 retail stores with large Green Dot displays, and that's a wonderful marketing vehicle for us and the packaging, which is colorful, and you can see the debit card through the window, if you haven't seen our packaging. You probably have and you may not have noticed it if you're not using it, but we're everywhere. We can't sit here and tell you where you're not or you can't find a Green Dot product. We're just so ubiquitous in the U.S. And then we market it lately with a TV campaign on the youth networks, so Viacom youth network. That's worked wonderfully well because these are customers who've never heard of prepaid and don't know [indiscernible] said, "Oh, that new bank. Oh, that new bank that the girl on Teen Mom talks about." "Oh, yes, that new bank." And you can see that in the social media thread. In fact I think you commented on that earlier, right? And that's what's so great about it is that you can be whatever company you want to be to the segment who knows you best. And so we're very efficient with our marketing spend. And once you get an account, increasingly, you use it more and keep it longer. So it's been a wonderful model and a wonderful evolution but not without effort and a lot of pain along the way and, frankly, a little luck. Don't ever estimate -- underestimate luck in the money business. That's important.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Can we -- let me open it up to the audience here, but first, can I ask about Apple Pay Cash? Because people did want me to ask you that and sort of how that -- it looks like some heads nodding. So how does that business model work? I mean, I have it. I have a virtual card in my wallet. I've used it. But what is your role exactly? And what's the revenue model?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, Green Dot has partnered with Apple. It's a BaaS program, a Banking as a Service program, where we are the issuing bank for the Apple Pay Cash card, which is how you tap and spend. Here's my

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

iPhone. Here's my iPhone X, which works really well, by the way. And you can use it to pay anywhere [indiscernible] accept it, which many of you may have done. And if you're using Apple Pay Cash to pay, you're using a Green Dot issued -- Green Dot Bank issued card. When you send the money using Green Dot technology married to Apple technology, you send the money. And when you provision the money off the card to send to your friend, like if you're sending me money or sending somebody money, a Green Dot merchant acquiring is hitting your provision card that you have in your Apple Pay device to take the money and send it to whomever you're sending to. So it's Green Dot banking, Green Dot technology in the middle and at the end. And Apple, of course, controlling their appliances and doing this in the U.S. So it's a wonderful partnership, and that's our role in it. The business model, not speaking about Apple but just in general, talking about how what's called spend-based P2P work, whether that's Square Cash or our product or -- and like Venmo's [indiscernible] as well spending, is you're making money when somebody uses the balance on their P2P account to buy something somewhere at a merchant that generates interchange on whatever the brand of card that you have. So we're not making money in a spend-based P2P program unless somebody is spending money and tapping and spending with that card. And we knew when it started, if you remember the guidance we gave, people were very excited about the partnership with Apple, and they should be. It says something about our technology. It says something about the quality of our leadership and the quality of our balance sheet and our infrastructure. Whether you're with Apple or Walmart, none of these guys are passive partners, and so I think it says something about the company that we are. But we said early on to have very low expectations in revenue. We said it would be immaterial, and it's actually turned out that way. And that has nothing to do with Apple or the program or the millions of users we have. It has everything to do with the fact that the macro of P2P -- I'm sorry, of mobile payments is just small. And this crowd is a younger crowd, and some of you use mobile payments. But even if you use it, you're using it sporadically, not every day for everything. But over time, you will and at the same way that, 10 years ago, not everybody read e-mail on your PalmPilot or BlackBerry and then later, your iPhone, but ultimately, you did. Not everybody today pays through the mobile phone, but ultimately, you will. I promise you that. And so we wanted to make sure that we have the technology and the wherewithal to compete in that market and to make sure that Green Dot is always evolving to the next best thing. And that's how you [indiscernible] a long-term public company.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

That's helpful. Questions? Happy to take them. Yes, if you don't mind waiting for the mic.

**Unknown Analyst**

Can you just talk about your revenue drivers? Is it NII? Is it more transaction fees, service fees? Just kind of what are your top -- obviously, you have several different kind of business models. Like kind of what are the top 3...

**Steven W. Streit**
*Founder, President, CEO & Director*

Yes, they're all -- unless you want to do it by segment. [indiscernible]

**Mark L. Shifke**
*Chief Financial Officer*

Sure. So in general, we have both an Account Services segment and a transaction settlement processing segment. On the Account Services side, this is all card-based, and everything starts with GDV. And so we have customers who are putting money on deposit. For those who are not waiving out of their monthly maintenance fees, there's monthly maintenance fee or subscription fee. There are ATM fees. There's interchange and interest income on deposits with us. So those are the 4 key elements of how that side of the business generates revenue. And then on the other side, it's generally a pay-per-click. So we're either processing tax refunds through our TPG software, or there's a money transfer transaction or a SimplyPaid transfer. So that's the other side. And then on the BaaS program, so BaaS is basically -- we have everything we do for ourselves we have on a platform. And the APIs can be opened up to allow any kind of financial services to be provided by our partners. And so Uber is one good example of where both

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of our segments are involved. If you want to sign up to be a driver, in the flow of that application, you need to have an account. And if you want the Uber GoBank checking account, we instantly provision that or decline, but as long as you're who you are, we instantly provision that. So there's no waiting around. There's no, hey, I hope this turns out okay, and I have to come back to the application, which is really critical. So the drivers who have that account now can spend it, go to ATMs, and so it's generating the same type of revenue we would generate from our own products. On the other side, if they want to get paid in any particular time, and Saturday night is always a great time to get paid for everything you've been doing all week, we instantly provision those funds. So even though it's a weekend and banks are generally closed, we're not, and we're making sure those funds are available for immediate spend. So that's both sides of the business being opened up to Uber. Is there anything else you want to cover?

**Steven W. Streit**
*Founder, President, CEO & Director*

No, it's good. Yes, just those 4 fees on the banking segment and then on the processing -- like any process gets per click, but we do clicks at scale, and that's where we get the $1 billion-plus of revenue.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Reggie?

**Mark L. Shifke**
*Chief Financial Officer*

Anyone else who want to...

**Reginald Lawrence Smith**
*JP Morgan Chase & Co, Research Division*

A question on, I guess, kind of where your new customers are coming from these days. I know in the past, Walmart was a big driver of new accounts. But today, you've got the websites. You've got the apps. Like is there a way to possibly rank kind of where your new customers are kind of coming from?

**Steven W. Streit**
*Founder, President, CEO & Director*

So Reggie lately, luckily which is why the company is doing so well everywhere, every one of our products is hitting it and is either at or above plan, which is not common. I can tell you that. I've run companies for a long time. It's like you can't always say that. But I think we have found the right mix of products at the right time for the right target, and they're all doing well. So I don't know how to rank them. I mean, retail would still be probably the largest. [ I mean, we have ] 100,000 stores, and it's all the big ones selling the products. So it's just part of the landscape of America Green Dot system, part of the wallpaper of retail [indiscernible] and has been for probably a decade. But our digital platform has really been taking off, and the customers who get it online through the app stores are many times more profitable than retail customers as they tend to be -- use the account in a more sustainable, higher-quality way. They're more likely to be on direct deposit. They're more likely have bought it or opening account for a specific reason. And so they tend to be -- but they're all good customers, and all those channels are really cooking. The BaaS programs are terrific. As Mark mentioned, they're designed to be in the flow. That's the whole hallmark of Green Dot products. It's on-demand banking. When does a young person watch Grey's Anatomy? When they go on their Apple computer, open it and double click on the icon. That's when they watch Grey's Anatomy, not 9:00 on ABC on a Saturday night, whenever it's on. When does that same customer want a bank account? Right when they want it on demand, just like watching that episode of Grey's Anatomy. It's really just like that. And so we have to make sure our products are designed and developed to be that kind of a product, and then they need to find the right kinds of partners to insert you in that flow. So if you're TurboTax, congratulations, you just got a $4,000 refund. Would you like it to your bank account? Or would you like it to a Turbo debit card powered by Green Dot Bank? And if you do, you get A, B and C. Well, maybe I'll take that debit card. Maybe you won't. But it's right there in the flow, same with the Uber analogy that Mark gave or Apple Pay when you like to send money to friends. I

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

like that. Great. Click here, and we'll do that for you. Boom. Just open up a Green Dot account, and you don't even know it. It's just a part of how we work in the flow. So we acquire customers from everywhere, but I think if you had to rank them in terms of the revenue per customer, our digital customers tend to be higher-revenue customers. But once our retail customers turn into regular direct deposit customers, they tend to [indiscernible]. Is that a fair summary?

**Mark L. Shifke**
*Chief Financial Officer*

Yes, I think it is. And then as we're growing those customers, it's really more direct deposit customers than others. And I think that's why you're seeing active growth up year-over-year and probably for the entire year, up 5% or more, up even at retail, where 2 years ago, I would have said it's a really tough slog to get direct deposit there. We're seeing wonderful inroads. So we're really concentrating our efforts in terms of the businesses we own and in terms of how we communicate to our customers on the benefits of direct deposit and how to make it really easy.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Anyone else? Yes?

**Unknown Analyst**

So on the -- just back on Apple Cash real quickly. So you said it's kind of immaterial, and you did say that a year ago, although you get very excited about Uber and Apple Cash. Do you think -- when do you -- is it better or worse than you would have thought a year ago? Are you making any money? Or when do you expect to be making some money?

**Steven W. Streit**
*Founder, President, CEO & Director*

I would say that our models -- we give credit to Helena Mao, who runs our cash processing division, who owns that program [indiscernible] almost depending on the revenue side. So we thought it would be immaterial only because you can look at who are using mobile payments, and there's a lot of research [ certainly when you ] look to that. So we knew it was not going to be a big program, and we wanted to make sure we moderated investors' expectations. The company's revenue has gone fabulously, as you know, but it's been from our other program. So I think I've said -- probably all I can say -- that's a better question. Not to be cheeky about it, but for Apple, it's their program, and we always respect our partners and their program. But we're certainly proud that it's worked flawlessly and has a great customer experience, and that's much to do with both Green Dot and Apple working together.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

That's a big endorsement. Anyone else?

**Steven W. Streit**
*Founder, President, CEO & Director*

Huge.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

I wanted to ask on acquisitions and where that might go. I think that we've seen you do a lot of different things, whether it be looped way back when, TPG on the tax front. You bought some card portfolios as well. So what's next that you might want to add inorganically?

**Steven W. Streit**
*Founder, President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So we get interested in all kinds of things, and Mark reviews them and I look at them. There's nothing lately. Anything that was low-hanging fruit [indiscernible], I think we bought. And our team has done a wonderful job at Green Dot of integrating those companies, and we still have more integration to go. Integration is, for us, a multiyear experience and a project and highly documented, and we're now in year 2 on Rush. We're nearly 3 on AccountNow. So these things take time to do. But we've done, I think, a really great job of buying companies, generating the synergies and then some that we promised [indiscernible] to do. But we spent about $300 million in just the last 2.5 years between share buybacks and buying companies. And we're not a huge company, so that's a material amount of money. Yes, we generate a lot of free cash every year, and that's been a good thing, and we continue to do that, so we'll build our cash balances back up. But remember, we're also a regulated bank. So a lot of what we think about, what I think about and Mark and I talk about, is we want to be prudent with these cash reserves. We want to be thoughtful about all the new programs we're rolling out with our large [indiscernible] enterprise-level program. You always want to be cognizant of the risks and all the things that can go wrong when you run a bank and a large bank holding company. And so we're taking it easy a little bit on the M&A. But if a great deal were to come and excite us, it doesn't mean we wouldn't dive into it. But we feel really good about where we are right now, both in terms of integrating the food on our plate, if you will, and also making sure that we have enough cash to support all the many programs we've rolled out.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Great, very good. We're over 2 minutes left. Last question? So, yes, sure.

**Unknown Analyst**

You mentioned earlier sort of efforts to move upmarket with younger millennials as they make more money. Can you talk a little bit about those opportunities with older demographics? Speaking as someone like -- I use the Fidelity Cash Management sort of debit account. It's not really a bank with a location. I imagine that's something you're involved in. Or is that an opportunity you see going forward for more growth?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, to the extent that -- listen, it's too bad Fidelity already has a banking partner, but it would be a wonderful Banking as a Service partner for them. Maybe the opportunities on the BaaS platform are almost unlimited. There's so many large companies like Fidelity, like anybody who's...

**Unknown Analyst**

Stash.

**Steven W. Streit**
*Founder, President, CEO & Director*

Stash, [indiscernible] a company called Stash [indiscernible] private company [indiscernible] in terms of Stash going [indiscernible] You know what I'm saying? Yes. And we can invest money in a very creative -- and they're using our platform to build a custom checking account. That's a recent addition to that.

So we could work with any of those companies as a source of growth on the Banking as a Service side. On the branded side, it is going older. I mean, look, I'm 56, but I'm a heavy tech user. I discount myself because we run a tech company, so I'm going to be more fluent, hopefully, or at least I can set the clock on my VCR. How about that? But generally, you see that tech adoption in terms of being a digital native tap out of 50. But below 50 -- and that will get older. As people get older, that will get older and expand. But we have a lot of older customers, a lot of them, but those older customers tend to all be legacy customers, the Walmart MoneyCard customer and the original Green Dot classic, which we're still selling after all these years. It worked really well for us. So there's still a big market for that. But the newer products have definitely skewed to younger and more mainstream, more heavily employed, less benefits

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

recipients and those kinds of things. But all of it together makes a portfolio. And we have wonderful customers who rely on us, and it's worked extremely well.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Okay. We'll let you go. I'll ask one last one. And for what it's worth, I have a card. I was going to show everybody. My daughter designed the card. It's got her bunny and everything else, which is pretty cool.

**Steven W. Streit**
*Founder, President, CEO & Director*

When you go back, you can design your own card.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Yes, definitely some modern stuff with it. So I'll ask you one last one and let you guys get out of here. So if we'd have you back in a year, is the focus going to be more on nurturing what you have, the Apple Pay Cash, the Ubers of the world? Or are there some other big deals and, perhaps, a big pipeline that you could close that we'll be talking about on top of that?

**Steven W. Streit**
*Founder, President, CEO & Director*

Well, our sales division, led by our wonderful revenue executive named Brett Narlinger, Brett always has a robust pipeline of opportunities. You never know when you're going to close till you know when you're going to close. But we've done our fair share maybe more recently, and we certainly have high hopes, and we'll continue that progress, but nothing that we could obviously tease today. But obviously, there's a rigid pipeline of opportunity in front of us, so I would think that we'll be closing more between now and next year. And then the ones we have now, we'll continue to grow. And our branded side continues to grow. If Green Dot were nothing but Green Dot-branded bank accounts, it'd still be one of the biggest banks in the country. And we're a top 10 issuer today on the Visa platform of all banks in the country. So I can say it's already a large institution. We just don't lend at scale, which is a good thing. I think it's good for our multiple, and it's good for our risk profile. So hopefully, you'll see us continue to grow and do that. We certainly continue to thus far.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

Steve, Mark, thank you for the update. Thanks for the time.

**Mark L. Shifke**
*Chief Financial Officer*

Thank you. I appreciate it.

**Tien-Tsin Huang**
*JP Morgan Chase & Co, Research Division*

It's always good to be with you guys.

**Steven W. Streit**
*Founder, President, CEO & Director*
Thanks, Reggie. Thank you, everybody.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.