# Exhibit N

**COMPANY NOTE**

Assuming Coverage

USA | Technology | Payments, Processors & IT Services

July 10, 2018

# Jefferies

EQUITY RESEARCH

# Green Dot Corp. (GDOT)
## Assuming Coverage of GDOT; BaaS Driving Fundamental Inflection & Green in '18

**BUY**
Price target $89.00
(from $83.00)
Price $76.84^

### Key Takeaway

**We assume coverage of GDOT with a Buy rating and an $89 PT. Herein, we highlight our take on key topics influencing the stock including: i) GDOT is uniquely poised to benefit from scarcity value in the prepaid/underbanked space; ii) BaaS is fundamentally transforming the business and contributing to material revenue and EPS beats; and iii) competitive threats have largely abated and GDOT remains an industry leader.**

**Fundamentals are at an inflection point**. We think the past several quarters have begun to show GDOT's true earnings power and that the company is in the midst of a fundamental shift in terms of its business model; after several quarters of investment, a strong top-line margin and earnings power are starting to take hold. Fundamentals have beaten consensus estimates on the top and bottom line for the past 9+ quarters and we think the Street is underestimating the traction that GDOT is gaining in the market.

**Large TAM, with an estimated 60M US consumers underbanked, nearly 12x the number of current cardholders**. We think GDOT benefits from its scarcity value among investors looking to play the prepaid theme. We estimate the underbanked population at ~60M consumers - nearly 12x the number of active cards at GDOT.

**BaaS is fundamentally transforming the business — driving revenue and margin upside**. We believe one of the key drivers at Green Dot is the BaaS platform. At scale, we see BaaS driving recurring revenues off a largely fixed cost base, with correspondingly high incremental margins. Although this dynamic will take time to materialize, it makes us incrementally bullish about the long-term margin expansion trajectory of the business.

**Competition ebbs and flows but GDOT is still the go-to.** Currently, the largest two competitors in the US general purpose reloadable (GPR) card market are TSYS (TSS, Hold) and GDOT. Although we believe competitive trends are worth monitoring and that new entrants, particularly smaller industry participants, may drive headline risk, we believe a core differentiator in the industry is breadth of retail locations and distribution. We believe GDOT retains a significant advantage in this area.

**Valuation looks attractive in the context of growth and margin potential.** GDOT shares have rallied over the past 12 months, but we believe the stock still has room to run, with multiple expansion and potential upside to Street estimates as drivers. In our view, 2018 could be the year that consistent growth and a potential beat and rise rhythm help the stock re-rate higher and return to its > 25x multiple.

### Financial Summary

| | |
|---|---|
| Book Value (MM): | $835.3 |
| Book Value/Share: | $15.40 |
| Net Debt (MM): | ($1,193.8) |

### Market Data

| | |
|---|---|
| 52 Week Range: | $79.12 - $38.96 |
| Total Entprs. Value (MM): | $26,546.2 |
| Market Cap. (MM): | $27,739.9 |
| Shares Out. (MM): | 361.0 |
| Float (MM): | 46.7 |
| Avg. Daily Vol.: | 382,408 |

**John Hecht** *
Equity Analyst
415-229-1569 jhecht@jefferies.com
**Michael Del Grosso** *
Equity Associate
(415) 229-1576 mdelgrosso@jefferies.com
**Kyle Joseph** *
Equity Analyst
415-229-1525 kjoseph1@jefferies.com
**Mark Drucker** *
Equity Associate
(415) 229-1546 mdrucker@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC

| USD | Prev. | 2016A | Prev. | 2017A | Prev. | 2018E | Prev. | 2019E |
|---|---|---|---|---|---|---|---|---|
| Cons. EPS Adjusted | -- | -- | -- | -- | -- | 3.01 | -- | 3.42 |
| **EPS Adjusted** | | | | | | | | |
| Mar | -- | 0.78 | -- | 1.00 | -- | 1.40A | -- | 1.49 |
| Jun | -- | 0.27 | -- | 0.55 | -- | 0.62 | -- | 0.78 |
| Sep | -- | 0.21 | -- | 0.34 | -- | 0.51 | -- | 0.57 |
| Dec | -- | 0.19 | -- | 0.29 | -- | 0.47 | -- | 0.58 |
| FY Dec | -- | 1.47 | -- | 2.17 | -- | 2.99 | -- | 3.41 |
| FY P/E | | 52.3x | | 35.4x | | 25.7x | | 22.5x |

### Price Performance



^Prior trading day's closing price unless otherwise noted.

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 18 to 22 of this report.

**GDOT**

Assuming Coverage

July 10, 2018

# Green Dot Corporation (GDOT)

## Buy: $89 Price Target

## Scenarios

### Base Case

- Banking-as-a-Service (BaaS) offerings contribute to growth
- Trend of higher revenue per account continues
- Margin expansion
- Continued periodic share buybacks
- Competitive landscape remains benign
- 2019 EPS: $3.41; Target Multiple: 26x; Price Target: $89 (incl. DCF)

### Upside Scenario

- Apple Pay Cash drives high incremental volumes
- BaaS offerings (eg, on-demand workforce, UBER, Apple Pay Cash, etc.) ramp faster than expected
- New distribution or private label contracts signed
- Credible buyers for the company emerge
- 2019 EPS: $3.70; Target Multiple: 27x; Price Target: $100 (incl. DCF)

### Downside Scenario

- Competition re-intensifies
- WMT cuts prices
- Significant new business investment announced
- Regulatory scrutiny increases
- BaaS offerings stumble
- Revenue per account growth stalls
- 2019 EPS: $2.90; Target Multiple: 18x; Price Target: $55 (incl. DCF)

## Investment Thesis / Where We Differ

- Success continues with core GPR business
- New channels (check cashers, Uber, Apple) should continue to drive overall growth
- Regulatory environment stable, though warrants monitoring
- BaaS becomes a key growth driver

## Catalysts

- Announcements of large new distribution contracts
- Regulatory announcements
- Prepaid product announcements by competitors
- New contract announcements that expand addressable market (eg, on-demand workforce, P2P payments, etc)

## Long Term Analysis

**Long Term Financial Model Drivers**

| | |
|---|---|
| Gross Dollar Volume Growth | **5.0%** |
| Active Card Growth | **3.0%** |

*THE LONG VIEW*

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

## Executive Summary

We assume coverage of GDOT with a Buy rating and $89 price target. In this report we highlight our take on five key topics outlined below.

1) **Fundamentals are at an inflection point**. We believe that the past several quarters have begun to show the true earnings power at Green Dot and that the company is amid a fundamental shift in terms of its business model (e.g., focus on BaaS) and, following several quarters of investment, a strong top-line margin and earnings power are just starting to take-hold. The company's fundamentals have beaten consensus estimates at the top and bottom line for the past 9+ quarters and we believe the Street is fundamentally underestimating the traction that Green Dot is gaining in the marketplace.

2) **Large TAM with an estimated 60M US consumers underbanked, nearly 12x the number of active cardholders at GDOT currently**. We believe Green Dot benefits from its scarcity value among investors looking to play the prepaid theme. We think this market continues to gain traction among the un/underbanked demographic, putting Visa/Mastercard-branded cards in the hands of consumers previously excluded from these products, thereby enabling them to participate in transactions such as e-commerce. We estimate the underbanked population at ~60M consumers – nearly 12x the number of active cards at Green Dot.

3) **BaaS is fundamentally transforming the business – driving revenue and margin upside potential**. We think the BaaS platform is a key driver at Green Dot. This is an important inflection point, in our view, demonstrating that Green Dot's oft-discussed TAM (Total Addressable Market) expansion from Banking-as-a-Service (BaaS) is beginning to drive material growth. At scale, we see BaaS driving recurring revenues off a largely fixed cost base, with correspondingly high incremental margins. This dynamic will take time to materialize, but it makes us incrementally bullish about the long-term margin expansion trajectory of the business.

4) **Competition ebbs and flows but Green Dot is still the go-to.** Currently, the largest two competitors in the US GPR card market are TSYS and Green Dot. We believe other noteworthy players in this vertical include Chase and American Express. PayPal and Square also have offerings that target this consumer, though we believe they have yet to reach significant scale. We believe competitive trends are worth monitoring and that new entrants, particularly smaller industry participants, may drive headline risk. That said, we believe a core differentiator in the industry is breadth of retail locations and distribution, an area in which we believe Green Dot retains a significant advantage, relative to smaller market participants.

5) **Valuation looks attractive in the context of growth and margin potential.** GDOT shares rallied over the past 12 months, but we believe the stock still has room to run, with multiple expansion and potential upside to Street estimates as drivers. The stock currently trades at 21.0x our 2019 EPS estimates, compared to its 3-year average of 17x, though we believe many past issues/overhangs have prevented multiple expansion. Moreover, we think 2018 could be the year that consistent growth and a potential beat and rise rhythm help the stock re-rate higher and return to its > 25x multiple.

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

# Fundamentals Starting to Reflect a New Green Dot

We believe that the past several quarters have started to show the true earnings power at Green Dot and that the company is amid a fundamental shift in terms of its business model (e.g. focus on BaaS). Following several quarters of investment, strong top-line margin and earnings power are just starting to take hold.

### Fundamental tailwinds from BaaS (Banking as a Service) and Execution in the Core Business

We believe one of the key drivers of the recent strength at Green Dot and some of the more optimistic tone from investors was management's statement on the 1Q18 earnings call that one third of the quarter's 25% constant currency growth came from the BaaS platform. We believe this represents an important inflection point, demonstrating that Green Dot's oft-discussed TAM (Total Addressable Market) expansion from Banking-as-a-Service is beginning to drive material growth. Management again emphasized that it was still early days for BaaS, with very significant growth runway ahead. We discuss these topics later in this report, although we emphasize that these are some of the more salient sources of growth for the company.

**Chart 1: Number of Active Cards (M)**



Source: Jefferies, company data

**Chart 2: GDV & Purchase Volume ($M)**



Source: Jefferies, company data

As Chart 3 suggests, the past several quarters are starting to show the true earnings power at Green Dot. Fundamentals have beaten consensus estimates at the top and bottom line for the past 9+ quarters and we believe the Street is fundamentally underestimating the traction that Green Dot is gaining in the marketplace.

**Chart 3: GDOT Earnings on a Roll**

| | Revenue (Actual) | Revenue (Estimated) | Revenue Surprise | Earnings (Actual) | Earnings (Estimated) | EPS Surprise | Guidance |
|---|---|---|---|---|---|---|---|
| 1Q18 | $ 315 | $ 297 | 6.1% | $ 1.40 | $ 1.29 | 8.5% | Raised full-year revenue and EPS guidance |
| 4Q17 | $ 212 | $ 206 | 2.9% | $ 0.29 | $ 0.25 | 16.0% | 2018 revenue guidance initiated above Street estimates |
| 3Q17 | $ 202 | $ 191 | 5.5% | $ 0.34 | $ 0.27 | 25.9% | Raised full-year revenue and EPS guidance |
| 2Q17 | $ 223 | $ 209 | 6.7% | $ 0.55 | $ 0.40 | 37.5% | Raised full-year revenue and EPS guidance |
| 1Q17 | $ 253 | $ 234 | 8.1% | $ 1.00 | $ 0.84 | 19.0% | Raised full-year revenue and EPS guidance |
| 4Q16 | $ 163 | $ 157 | 4.2% | $ 0.19 | $ 0.15 | 26.7% | Raised full-year revenue and EPS guidance |
| 3Q16 | $ 154 | $ 151 | 2.0% | $ 0.21 | $ 0.17 | 23.5% | Guidance reiterated although "toward higher end" |
| 2Q16 | $ 174 | $ 169 | 2.6% | $ 0.27 | $ 0.23 | 17.4% | Raised full-year revenue and re-affirmed EPS guidance |
| 1Q16 | $ 228 | $ 213 | 7.0% | $ 0.78 | $ 0.71 | 9.9% | Raised full-year revenue and EPS guidance |

Source: Jefferies, company data, Factset
Note: earnings surprises measured against Factset consensus

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

# US Underbanked Represents a Large Growth Opportunity

We believe Green Dot benefits from its scarcity value among investors looking to play the prepaid theme. We believe this market continues to gain traction among the un/underbanked demographic, putting Visa/Mastercard-branded cards in the hands of consumers previously excluded from these products and enabling them to participate in transactions such as e-commerce.

In the US today, it is estimated that roughly 53 million people are without a FICO score because their credit history is either insufficient or nonexistent. Although many of these are creditworthy borrowers, traditional credit reports have limited the ability of traditional financial services companies to extend credit to this population.

**Chart 4: Unscored Universe Represents a Meaningful Opportunity for Prepaid Card Products**



**Source: Jefferies, FICO**

As the alternative finance industry continues to grow, lending professionals and risk management executives are increasingly looking to expand the credit opportunity to previously "unscorable" borrowers. There are several reasons why this particular cohort of borrowers may be unscorable, according to traditional methodologies, namely:

- No credit usage history
- Limited recent credit history
- Limited but recent usage of traditional forms of credit

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

## Credit Invisible Market Opportunity — Insights from the Unbanked in the US

As mentioned earlier, 'credit invisibles' or underbanked households typically do not have traditional credit histories, or they have credit files that lack sufficient details/data to create a traditional score. These consumers may have never had a credit card and have thus likely relied on the alternative consumer finance industry for their financial needs. In its latest biannual national survey of underbanked households, the FDIC concluded that approximately one in four total households (banked and unbanked) used alternative financial services, and noted that the proportion of these unbanked households using non-bank credit services is nearly twice that of the overall population.

**Chart 5: Unbanked Nearly Twice as Likely to Use Alternative Financial Services (Percentage of Households)**



Source: Jefferies, 2015 FDIC Survey of Underbanked and Underbanked Households

**Chart 6: Percentage of Banked and Unbanked Households Usage of Alternative Financial Services, by Product**



Source: Jefferies, FDIC, 2015 FDIC Survey of Underbanked and Underbanked Households

We believe alternative financial services are a decent proxy for the unmet potential for Green Dot as we believe prepaid products typically align with the needs of those unbanked and underbanked households that typically have thin or no credit files.

As Chart 5 and 6 show, although many households are unserved by traditional lenders, the use of alternative financial services varies widely. Underserved consumers use a variety of products. Again, although not a perfect proxy for the potential market opportunity for Green Dot, we believe the overall market size serves as a useful insight into the revenue potential. According to CFSI, underserved customers spent nearly $175B in fees and interest in 2016 across all products.

Although prepaid will likely remain Green Dot's core offering for some time, we believe that management has a more expansive view of the utility and TAM of the company's underlying product capabilities. Building on ancillary products such as Uber Instant Pay/SimplyPaid, secure credit cards, and tax-related products, we would not be surprised to see the GDOT investment thesis evolve into more of a 'flywheel'—where an increasing number and variety of transactions flow over a central processing platform. For this reason, we believe GDOT's TAM is moving from just prepaid card users to a much broader set of use cases involving more general funds disbursement/money movement. This, in turn, should give investors incremental comfort regarding the long-term growth potential of the business.

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

## BaaS Segment— A Driving Force Behind a Revenue Inflection

As a refresher, Green Dot uses its own bank, Green Dot Bank, and its own high-scale and robust Banking-as-a-Service (BaaS) platform to create, design, develop, and distribute its own branded financial products and services via a large omni-channel consumer distribution network in addition to distributing Green Dot's own proprietary branded financial products and services. In this sense, the company is both a "product" company and a "platform" company. We believe the "platform" side of the business is starting to gain traction and that this represents a transformational shift in the banking industry and, more specifically, the prepaid card segment.

On the 1Q18 earnings call, Steven Streit, CEO and Founder, stated:

> "If you think about growth in Q1, think of that in thirds, with 1/3 of that growth coming from the Banking-as-a Service programs, which would include tax but also has Apple Pay Cash and has the Uber programs and some other things in there. But 1/3 is from the new programs, the BaaS programs."

These comments about the ongoing growth rate of BaaS, alongside a timeline of the BaaS partnerships (discussed later in this report), help us to map out the timing of the inflection within overall revenue growth, and to gauge its sustainability.



**Chart 7: BaaS Growth Starting to Inflect**

**Chart 8: BaaS Tailwinds to GDV**

Source: Jefferies estimates, company data

Source: Jefferies estimates, company data

As shown in Chart 7 and Chart 8, we believe that BaaS has had a beneficial impact on revenue as well as on overall GDV (Gross Dollar Volume) at Green Dot.  Given that most of these partnerships are relatively new (<2 years old) we believe the segment may be at an inflection point as the onboarding (and therefore upfront) costs associated with them have largely been accounted for, particularly with Uber and ApplePay. Moreover, we believe there may be some delay between the initial announcement of a partnership and the eventual revenue onset. As a reference, the Uber announcement was initially announced in March 2016 (1Q16) and management did provide guidance that it did not expect any material impact on 2016 financials. This suggests at least a three-quarter lag between initial announcement/onboarding and revenue growth, in our opinion.

page 7 of 22

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

**Chart 9: Green Dot Partnerships Overview**

| BaaS Partner | Announced | Description / Potential Impact |
|---|---|---|
| Intuit | 4Q17 | Management announced a new deal win with Intuit for a TurboTax private label card offering during its 3Q17 earnings release, which should be deployed by 1Q18. We note GDOT has a long history with the product, having provided it prior to Q1 2011 when NetSpend took over program management. We believe the announcement represents a competitive takeaway for GDOT winning the deal back from NetSpend. This agreement complements the offering already provided by Green Dot as Intuit's long-time partner as the integrated tax refund processor for TurboTax, which was largely the result of the TPG acquisition in 2014. |
| ApplePay | 3Q17 | Under this agreement, GDOT processes Apple Pay transactions funded by accrued P2P balances. Management has noted that GDOT makes the federal funds overnight rate on the balance of the funds on Apple Pay Cash Cards and also takes 160 bps of signature debit interchange on spend transactions. Green Dot will serve in the role of merchants of record that accepts credit and debit card using Apple Pay to fund person-to-person money sending transaction. Then, when users receive money in Apple Pay cash, their money is securely kept in a Green Dot bank-issued, Apple Pay cash account that is then available for the recipient to spend with Apple Pay in stores, in apps, and on the Web, or they can send it to someone else, or transfer to their bank account. At a high level, the business model is that, as the issuing bank for the Apple Pay cash account, Green Dot generates interchange revenue when customers use Apple Pay cash to spend the fund. On the expense side, we'll have the merchant processing expenses to accept Applered deposits. All Walmart MoneyCard products are reloadable exclusively on the Green Dot Network. In addition to Walmart MoneyCards, Green Dot offers its Green Dot-branded cards and its GoBank checking account product at Walmart, providing consumers the choice to purchase either Green Dot-branded products or Walmart MoneyCard products. Total operating revenues derived from the several products and services through Walmart stores and other Walmart distribution avenues in aggregate represented approximately 40%, 45%, and 46% of total operating revenues for the years ended December 31, 2017, 2016, and 2015, respectively.we believe the AAPL deal illustrates GDOT's expanding addressable market and we continue to see the company's banking-as-a-service (BaaS) offering as representing a growing opportunity for the company as Apple represents a material win and codification of the value-add GDOT can provide. |
| Uber | 1Q16 | In March 2016, Green Dot announced a partnership with Uber called Instant Pay, which allowed Uber drivers to receive more immediate payments for fares. Instant Pay users can cash out accrued fares up to five times daily. Funds can either be sent to an Uber GDOT/GoBank Debit commercial prepaid debit card (ie, that drivers can sign up for), or have fare payments transferred to an existing debit card from (ie, from another bank). Payments to the GoBank Uber product are free, while those to unaffiliated debit cards are assessed a $0.50 fee. Following this, in May 2018, Green Dot launched a new debit rewards card that offers cash back rewards and purchases at select retailers, free instant pay deposited to the driver's account immediately after their fare is completed, along with other features. We believe the partnership has been effectively rolled-out and is already contributing to financial metrics at the company - namely in year-over-year increases in disbursement revenues (cited in 3Q17 10Q). |
| OneMain | 1Q16 | In conjunction with the company's 4Q16 earnings release, management announced its multiyear agreement with OneMain Financial to provide an integrated prepaid card solution for OneMain customers who apply for and receive loans. One of the initiatives is for borrowers to have the option to place their loan proceeds on a Green Dot / OneMain branded prepaid card in lieu of a check or traditional bank deposit, thereby allowing the customer access to their loan proceeds more quickly and conveniently. We believe given the underbanked / unbanked profile of the OneMain borrower this partnership makes strategic sense. |
| Walmart | 2007 | Walmart is Green Dot's longest customer and the company provides a suite of products for the company including the Walmart Visa Gift Card collection, Checking Accounts with Walmart, Prepaid Cards with Walmart, and cash transfer services with their Rapid Reload business. In addition to partnering with Walmart to provide its own branded financial services products, Walmart is also Green Dot's largest retail distributor. Green Dot has been the provider of Walmart-branded GPR cards sold at Walmart since the initiation of the Walmart MoneyCard program in 2007, and Green Dot Bank has been the issuer of those card accounts since early 2014. Green Dot designs and delivers the Walmart MoneyCard product and provides all ongoing program support, including network IT, regulatory and legal compliance, website functionality, customer service and loss management. Walmart provides Green Dot with shelf space to display and offer the card accounts to consumers. As the issuing bank, Green Dot Bank holds the associated FDIC-insured deposits. All Walmart MoneyCard products are reloadable exclusively on the Green Dot Network. In addition to Walmart MoneyCards, Green Dot offers its Green Dot-branded cards and its GoBank checking account product at Walmart, providing consumers the choice to purchase either Green Dot-branded products or Walmart MoneyCard products. Total operating revenues derived from the several products and services through Walmart stores and other Walmart distribution avenues in aggregate represented approximately 40%, 45%, and 46% of total operating revenues for the years ended December 31, 2017, 2016, and 2015, respectively. |

Source: Jefferies, company data

Green Dot continues to leverage its integrated technology platform to win in the marketplace. We believe Green Dot's ability to offer its clients a "one-stop shopping"

page 8 of 22

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

Case 2:19-cv-10701-FLA-E     Document 181-14     Filed 06/13/25     Page 10 of 23   Page
ID #:7026

experience (i.e., where products/services can be designed and rolled out by Green Dot alone, without the involvement of multiple third-party banking and technology partners) is a key competitive advantage and a factor in Green Dot's ability to win key deals with high-profile brands. We note separately that Green Dot's deep involvement/experience with regulators and law makers—whether in the context of Green Dot's own bank business, or related to senior management's outside participation in key regulatory committees and activities—is also a competitive advantage. We believe large national brands require a high level of regulatory-/compliance-related sophistication, and that many of Green Dot's competitors may lack this.

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

**GDOT**
Assuming Coverage

July 10, 2018

## Consistent Growth + EPS Upside = Multiple Expansion

Given strengthening fundamentals and focused, accountable management, we believe that Green Dot should achieve more consistent revenue-growth and margin-expansion. We believe Green Dot's normalized organic revenue run-rate is in the high single digit range, with operating leverage inherent to the model driving a 30%+ EPS growth rate through 2019 and low-teens thereafter.

We view this growth rate as attainable given growth of the larger general purpose reloadable (GPR) card category. As shown in Exhibit 1, for the three years ending in 2020, Mercator Advisory Group projects GPR load volumes to grow at a 5% CAGR.

**Chart 10: Money/Financial General Purpose Reloadable Cards in the U.S.**



**Source: Mercator Advisory Group and Jefferies**

We believe that 2020 and beyond may see a continued growth tailwind, given the potential to increase penetration into the underbanked/unbanked population of the US, in addition to potential pricing increases (similar to the pricing increases completed in 2017). This would imply three large drivers behind organic revenue growth: i) recurring revenue from existing customers through interchange, reload fees, card fees, etc; ii) new account growth; and iii) potential pricing increases.

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

# Competitive Landscape Is Intense – Green Dot Has Persisted & Remains the Go-To

Will banks become competitors? To compensate for lost revenue from regulatory reform, we believe banks will increasingly look to the prepaid market. Banks have historically not been too interested/effective in marketing to Green Dot's demographic but we believe they could become serious competitors.

Currently, the largest two competitors in the US GPR card market are TSYS and Green Dot. We believe other noteworthy players in this vertical include Chase and American Express. PayPal and Square also have offerings that target this consumer, but we believe they have yet to reach significant scale.

As shown below, TSYS has the largest retail/reload network among the GPR issuers, with a reload capability at 130,000 locations, with Green Dot not far behind.

**Chart 11: GPR Reload Locations by Issuer / Product**



**Chart 12: NetSpend & Green Dot TPV ($M)**

Source: Jefferies estimates, company data

Source: Jefferies, company data

We believe competitive trends are worth monitoring and that new entrants, particularly smaller industry participants, may drive headline risk. That said, we believe a core differentiator in the industry is breadth of retail locations and distribution. To some extent, we think product features are also a competitive differentiator, although to the underbanked, these are likely secondary to convenience and access. To this end, we believe Green Dot has among the most competitive offerings on the market today.

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

Case 2:19-cv-10701-FLA-E    Document 181-14    Filed 06/13/25    Page 13 of 23   Page
ID #:7029

## Model Overview & Guidance

Green Dot raised full year guidance on the back of strong Q1 results and momentum in the core business. Below we outline our expectations for 2Q18 and FY18 key financial metrics.

Full-year guidance includes:

- Revenue of $1,002M-$1,012M

- Adjusted EBITDA of $240M-$245M (24.1% implied margin pressured by investment in BaaS partnerships)

- Non-GAAP EPS of $2.93-$3.00. EPS guidance is predicated on a 25% tax rate and 54.6M diluted weighted-average shares outstanding. The non-GAAP EPS guidance assumes 2018 depreciation and amortization expense of $42M and net interest income of $15.5M

Second-quarter guidance includes:

- Revenues of $249M

- Adjusted EBITDA of ~$52M

- Non-GAAP EPS of ~$0.62

We are modeling reported net revenue growth of 14.2% in 2018, which is in line with consensus, driven by our card revenue estimate of $475M, cash transfer revenue of $235M, and $305M in interchange revenue.

**Chart 13: JEFe vs. Consensus (2Q18E)**

| | Q2 2018 | |
| --- | --- | --- |
| | JEFe | Street |
| Revenue ($M) | $249.9 | $251.0 |
| Non-GAAP EPS | $0.62 | $0.63 |
| EBITDA | $53.3 | $53.0 |

Source: Jefferies estimates, Factset

**Chart 14: JEFe vs. Consensus (FY18E)**

| | FY 2018 | |
| --- | --- | --- |
| | JEFe | Street |
| Revenue ($M) | $1,016.1 | $1,018.00 |
| Non-GAAP EPS | $2.99 | $3.01 |
| EBITDA | $249.6 | $243.0 |

Source: Jefferies estimates, Factset

We are also modeling operating margins of 15.7% in 2018, an increase of 7bp y/y, as we expect near-term business investment in BaaS to weigh on operating expenses in the near term. Looking through periods of business reinvestment, we see long-term margin expansion potential on the grounds that BaaS provides a long-term margin expansion opportunity for Green Dot. At scale, we see BaaS driving recurring revenues off a largely fixed cost base, with correspondingly high incremental margins. Although this dynamic will take time to materialize, it makes us incrementally bullish about the long-term margin expansion trajectory of the business.

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

# Valuation

We used a blend of two valuation techniques to calculate our 12-month price target for GDOT: 1) relative P/E valuation, which yields a value of $85 per share; and 2) our discounted cash flow model, which yields a value of $89. As Chart 15 shows, the equal-weighted average of these two results yields a $89 price target for GDOT.

**Chart 15: GDOT Price Target Calculation**

|  | Calculated | Weighting |
|---|---|---|
|  | $ | % |
| DCF Valuation | $89 | 50% |
| PE | $89 | 50% |
| **Wtd avg PT** | **$89** | |

Source: Jefferies

This $89 price target reflects ~15% upside from current trading levels, supporting our Buy rating.

Shares in GDOT have rallied over the past 12 months, but we believe the stock still has room to run, with multiple expansion and potential upside to Street estimates as drivers. The stock currently trades at 21.0x our 2019 EPS estimates, compared to its 3-year average of 17x, although we believe many past issues/overhangs have prevented multiple expansion. Moreover, we think 2018 could be the year that consistent growth and a potential beat and rise rhythm help the stock re-rate higher and return to its > 25x multiple.

**Chart 16: Historical CY2 P/E Multiple vs Payments Industry**

Source: Factset

**Chart 17: Historical CY2 P/E Multiple vs TSS**

Source: Factset

Our P/E valuation for GDOT is based on a 26x multiple applied to our projected CY2019 non-GAAP EPS of $3.41 and DCF. While we acknowledge that GDOT's business model or competitive moat are likely not as strong as that of V and MA, and V/MA enjoy much higher margins with greater operating leverage, we see GDOT as a scarce investment opportunity -- a large-cap stock growing the top line by 15%+, with a large TAM, valuable brand, secular tailwinds, and limited regulatory/legislative risk. Alongside the benefit of being the only true pure-play GPR payment provider at scale, we believe GDOT deserves

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

Case 2:19-cv-10701-FLA-E     Document 181-14     Filed 06/13/25     Page 15 of 23   Page
ID #:7031

a modest multiple premium to the payments comp group (and peer TSS as shown on
Chart 17).

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.                    Jefferies

**GDOT**

Assuming Coverage

July 10, 2018

## Exhibit 2: GDOT — income statement ($ millions)

| | 2017 FY | Mar '18A | June '18E | Sept '18E | Dec '18E | 2018 FY | Mar '19E | June '19E | Sept '19E | Dec '19E | 2019 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | |
| Operating Revenues | | | | | | | | | | | |
| Card revenues (new card fees, monthly maint. fees, ATM fees + other) | **414.8** | 130.1 | 121.3 | 109.9 | 114.1 | **475.3** | 139.2 | 132.2 | 118.6 | 123.3 | **513.3** |
| year-over-year growth | **22.8%** | 28.8% | 13.0% | 9.0% | 8.0% | **14.6%** | 7.0% | 9.0% | 8.0% | 8.0% | **8.0%** |
| Cash Transfer revenues (reload fees via MoneyPak or at POS) | **217.5** | 100.2 | 55.3 | 38.9 | 40.7 | **235.1** | 104.2 | 59.2 | 40.8 | 43.2 | **247.4** |
| year-over-year growth | **18.0%** | 10.5% | 7.0% | 6.0% | 6.0% | **8.1%** | 4.0% | 7.0% | 5.0% | 6.0% | **5.2%** |
| Interchange revenues | **257.9** | 84.7 | 73.4 | 72.4 | 75.1 | **305.6** | 92.0 | 80.7 | 79.7 | 80.4 | **332.8** |
| year-over-year growth | **31.2%** | 38.0% | 15.5% | 12.9% | 9.1% | **18.5%** | 8.7% | 10.0% | 10.0% | 7.0% | **8.9%** |
| **Adjusted Operating Revenue (before Wal-Mart stock award)** | **890.2** | **315.0** | **249.9** | **221.2** | **230.0** | **1,016.1** | **335.4** | **272.1** | **239.2** | **246.8** | **1,093.5** |
| year-over-year growth | **23.8%** | 24.5% | 12.3% | 9.7% | 8.0% | **14.2%** | 6.5% | 8.9% | 8.1% | 7.3% | **7.6%** |
| **Total Revenue (GAAP)** | **890.2** | **315.0** | **249.9** | **221.2** | **230.0** | **1,016.1** | **335.4** | **272.1** | **239.2** | **246.8** | **1,093.5** |
| **year-over-year growth** | **23.8%** | **24.5%** | **12.3%** | **9.7%** | **8.0%** | **14.2%** | **6.5%** | **8.9%** | **8.1%** | **7.3%** | **7.6%** |
| Sales and marketing expenses | 280.6 | 92.0 | 78.0 | 70.3 | 77.3 | 317.6 | 90.9 | 83.3 | 72.9 | 79.5 | 326.6 |
| year-over-year growth | 12.6% | 28.3% | 11.2% | 7.2% | 5.7% | 13.2% | -1.2% | 6.8% | 3.7% | 2.8% | 2.8% |
| Compensation and benefits expenses | 194.7 | 54.5 | 56.5 | 53.5 | 57.5 | 222.0 | 53.0 | 59.9 | 57.9 | 59.2 | 230.0 |
| year-over-year growth | 22.1% | 32.2% | 11.0% | 13.2% | 4.0% | 14.1% | -2.8% | 6.0% | 8.1% | 3.0% | 3.6% |
| Processing expenses | 161.0 | 48.4 | 48.5 | 39.1 | 43.7 | 179.8 | 49.6 | 51.4 | 42.1 | 43.2 | 186.4 |
| year-over-year growth | 49.7% | 18.3% | 8.3% | 15.0% | 5.8% | 11.6% | 2.5% | 6.0% | 7.5% | -1.2% | 3.7% |
| Other general and administrative expenses | 155.6 | 43.7 | 40.0 | 44.2 | 42.8 | 170.7 | 43.6 | 43.0 | 45.9 | 44.4 | 176.9 |
| year-over-year growth | 11.7% | 15.7% | 9.3% | 6.1% | 8.2% | 9.7% | -0.3% | 7.5% | 3.8% | 3.9% | 3.6% |
| **Total Operating Expenses** | **791.8** | **238.6** | **222.9** | **207.2** | **221.3** | **890.1** | **237.2** | **237.5** | **218.8** | **226.3** | **919.8** |
| year-over-year growth | **20.8%** | 24.5% | 10.2% | 9.9% | 5.7% | **12.4%** | -0.6% | 6.5% | 5.6% | 2.3% | **3.3%** |
| **EBITDA** | **125.6** | **85.3** | **36.0** | **24.9** | **23.7** | **170.0** | **106.3** | **42.6** | **28.3** | **28.5** | **205.7** |
| year-over-year growth | **24.7%** | 21.6% | 25.9% | 17.7% | 316.1% | **35.3%** | 24.6% | 18.2% | 13.6% | 20.0% | **21.0%** |
| **Adjusted EBITDA (excludes stock expense+Non-recurring items)** | **205.7** | **104.1** | **53.3** | **46.5** | **45.7** | **249.6** | **103.7** | **63.8** | **50.2** | **52.4** | **270.2** |
| year-over-year growth | **39.1%** | 16.2% | 6.4% | 37.0% | 42.4% | **21.3%** | -0.4% | 19.8% | 7.9% | 14.7% | **8.2%** |
| as a % of adj. Revenue ( adj. EBITDA margin) | **23.1%** | 33.1% | 21.3% | 21.0% | 19.9% | **24.6%** | 30.9% | 23.5% | 21.0% | 21.2% | **24.7%** |
| **Operating Income (EBIT)** | **98.3** | **76.4** | **27.0** | **13.9** | **8.7** | **126.0** | **98.3** | **34.6** | **20.3** | **20.5** | **173.7** |
| year-over-year growth | **55.3%** | 24.4% | 33.7% | 6.8% | 135.9% | **28.2%** | 28.7% | 28.0% | 45.9% | 134.4% | **37.8%** |
| **Adjusted Operating Income (EBIT)** | **139.1** | **85.7** | **35.0** | **21.9** | **16.7** | **159.4** | **106.3** | **42.6** | **28.3** | **28.5** | **205.7** |
| year-over-year growth | **43.7%** | 26.3% | 16.5% | -8.8% | -1.8% | **14.6%** | 24.0% | 21.6% | 29.2% | 70.2% | **29.0%** |
| as a % of Revenue | **15.6%** | 27.2% | 14.0% | 9.9% | 7.3% | **15.7%** | 31.7% | 15.6% | 11.8% | 11.5% | **18.8%** |
| Interest income (expense)/Other | 5.1 | 4.1 | 4.0 | 4.0 | 3.5 | 15.5 | 4.0 | 4.4 | 4.4 | 3.8 | 16.6 |
| year-over-year growth | -392.5% | 243.5% | 406.2% | 221.6% | 80.0% | 202.2% | -1.4% | 10.0% | 10.5% | 10.5% | 7.2% |
| **Income Before Taxes (EBT)** | **103.5** | **80.5** | **31.0** | **17.9** | **12.2** | **141.6** | **102.3** | **39.0** | **24.7** | **24.3** | **190.3** |
| year-over-year growth | **68.1%** | 28.6% | 47.7% | 25.4% | 116.8% | **36.8%** | 27.2% | 25.7% | 38.0% | 99.3% | **34.4%** |
| Income Taxes | 17.6 | 10.4 | 7.7 | 4.5 | 3.0 | 25.7 | 25.6 | 9.7 | 6.2 | 6.1 | 47.6 |
| year-over-year growth | -12.0% | -52.2% | 351.8% | 588.0% | -146.1% | 46.3% | 145.2% | 25.7% | 38.0% | 99.3% | 85.1% |
| Tax Rate | 17.0% | 13.0% | 25.0% | 25.0% | 25.0% | 18.2% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| **Net Income (GAAP)** | **85.9** | **70.0** | **23.2** | **13.4** | **9.1** | **115.9** | **76.7** | **29.2** | **18.5** | **18.2** | **142.7** |
| year-over-year growth | **106.5%** | 71.8% | 20.6% | -1.5% | -25.2% | **34.9%** | 9.6% | 25.7% | 38.0% | 99.3% | **23.2%** |
| **Adjusted Net Income (ex. stock expense + extraordinary items)** | **114.9** | **75.9** | **33.7** | **27.9** | **25.5** | **163.0** | **82.2** | **43.6** | **32.0** | **32.6** | **190.4** |
| year-over-year growth | **0.0%** | 44.9% | 16.3% | 56.3% | 62.4% | **0.0%** | 8.3% | 29.5% | 14.6% | 27.7% | **0.0%** |
| **GAAP EPS** | **$1.63** | **$1.29** | **$0.43** | **$0.25** | **$0.17** | **$2.13** | **$1.39** | **$0.53** | **$0.33** | **$0.32** | **$2.57** |
| year-over-year growth | **102.6%** | 66.3% | 16.3% | -4.6% | -26.1% | **31.0%** | 7.6% | 23.0% | 34.6% | 93.7% | **20.5%** |
| **Adjusted EPS (ex. stock expense+non-recurring items)** | **$2.17** | **$1.40** | **$0.62** | **$0.51** | **$0.47** | **$2.99** | **$1.49** | **$0.78** | **$0.57** | **$0.58** | **$3.41** |
| year-over-year growth | **47.5%** | 40.3% | 12.1% | 51.4% | 60.5% | **37.9%** | 6.3% | 26.7% | 11.8% | 24.1% | **14.1%** |
| Non-GAAP Wtd. Avg. Diluted Shares | **53.0** | **54.2** | **54.4** | **54.6** | **54.8** | **54.5** | **55.2** | **55.6** | **56.0** | **56.4** | **55.8** |
| Increase/(Decrease) in Shares | **3.1** | 1.2 | 0.2 | 0.2 | 0.2 | **1.8** | 0.4 | 0.4 | 0.4 | 0.4 | **1.6** |

Source: Company data and Jefferies

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

**GDOT**

Assuming Coverage

July 10, 2018

## Exhibit 3: GDOT — cash flow statement ($millions)

| | 2017 FY | Mar '18A | June '18E | Sept '18E | Dec '18E | 2018 FY | Mar '19E | June '19E | Sept '19E | Dec '19E | 2019 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash flows from operating activities** | | | | | | | | | | | |
| Net income | 85.9 | 70.0 | 23.2 | 13.4 | 9.1 | 115.9 | 76.7 | 29.2 | 18.5 | 18.2 | 142.7 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | | | | | | | | |
| Depreciation and amortization | 64.6 | 17.2 | 19.0 | 16.0 | 20.0 | 72.2 | 8.0 | 8.0 | 8.0 | 8.0 | 32.0 |
| Provision for uncollectible overdrawn accounts | 77.1 | 18.4 | 18.0 | 18.0 | 18.0 | 72.4 | 18.0 | 18.0 | 18.0 | 18.0 | 72.0 |
| Stock-based compensation | 40.7 | 9.4 | 8.0 | 8.0 | 8.0 | 33.4 | 8.0 | 8.0 | 8.0 | 8.0 | 32.0 |
| Stock-based retailer incentive compensation (WMT award) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Provision (benefit) for uncollectible trade receivables | | | | | | | | | | | |
| Impairment of capitalized software | 1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred income tax (benefit) expense | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Excess tax benefits from exercise of options | 2.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | (6.6) | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Changes in operating assets and liabilities: | | | | | | | | | | | |
| Settlement assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accounts receivable | (68.4) | (12.6) | (7.2) | 5.4 | (4.6) | (19.1) | 12.3 | 12.8 | 6.1 | 1.8 | 33.0 |
| Prepaid expenses and other assets | (16.8) | (6.1) | (1.2) | (1.2) | (1.2) | (9.7) | (1.2) | (1.2) | (1.2) | (1.2) | (4.8) |
| Deferred expenses | (2.1) | 7.2 | 3.0 | 1.3 | (0.4) | 11.1 | (4.9) | 2.9 | 1.5 | (0.4) | (0.8) |
| Accounts payable and accrued liabilities | 28.0 | (18.9) | (6.7) | (3.0) | 0.9 | (27.7) | (9.2) | (6.5) | (3.4) | 0.8 | (18.3) |
| Settlement obligations | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.9 | (2.3) | (1.2) | 0.3 | 0.6 |
| Amounts due to card issuing banks for overdrawn accounts | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.0 | (1.7) | (0.9) | 0.2 | 5.6 |
| Deferred revenue | 6.7 | (6.5) | (4.8) | (2.1) | 0.6 | (12.7) | 7.7 | (4.6) | (2.4) | 0.6 | 1.2 |
| Income taxes payable (receivable) | 5.1 | 10.2 | 4.2 | (10.4) | (9.6) | (5.6) | (8.0) | (8.0) | (8.0) | (8.0) | (32.0) |
| **Net cash provided by (used in) operating activities** | **218.3** | **88.9** | **55.6** | **45.5** | **40.9** | **230.1** | **119.4** | **54.6** | **43.1** | **46.3** | **263.4** |
| **Cash flows from investing activities** | | | | | | | | | | | |
| Purchase of available for sale securities | (58.7) | (13.8) | 0.0 | 0.0 | 0.0 | (13.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Restricted cash | (78.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Purchase of property and equipment | (44.1) | (13.4) | (10.6) | (9.4) | (9.8) | (43.2) | (14.3) | (11.6) | (10.2) | (10.5) | (46.5) |
| Other | (12.5) | (1.1) | 0.0 | 0.0 | 0.0 | (1.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Net cash provided by (used in) investing activities** | **(223.9)** | **(10.5)** | **(10.6)** | **(9.4)** | **(9.8)** | **(58.1)** | **(14.3)** | **(11.6)** | **(10.2)** | **(10.5)** | **(46.5)** |
| **Cash flows from financing activities** | | | | | | | | | | | |
| Principal payments on short-term debt | (22.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Repayments on line of credit | (335.0) | (5.6) | 0.0 | 0.0 | 0.0 | (5.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Borrowings from line of credit | 335.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from exercise of warrants and options | 24.2 | 7.8 | 6.2 | 5.5 | 5.7 | 25.2 | 8.3 | 6.7 | 5.9 | 6.1 | 27.1 |
| Excess tax benefits from exercise of options | (18.1) | (15.9) | 0.0 | 0.0 | 0.0 | (15.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Exercise of call option on warrant | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Issuance of preferred shares and freestanding warrant | 284.8 | 271.1 | 0.0 | 0.0 | 0.0 | 271.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Redeption of preferred and common shares | (20.9) | 9.1 | 0.0 | 0.0 | 0.0 | 9.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Proceeds from the repayment of related party notes receivable | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net increase in deposits and other | | | | | | | | | | | |
| **Net cash provided by (used in) financing activities** | **192.2** | **266.3** | **6.2** | **5.5** | **5.7** | **283.9** | **8.3** | **6.7** | **5.9** | **6.1** | **27.1** |
| Net (decrease) increase in unrestricted cash and cash equivalents | 181.0 | 344.7 | 51.2 | 41.5 | 36.8 | 474.2 | 113.4 | 49.8 | 38.9 | 41.9 | 244.0 |
| Unrestricted cash and cash equivalents, beginning of period | 733.0 | 1,010.1 | 1,354.7 | 1,405.9 | 1,447.5 | 1,010.1 | 1,484.3 | 1,597.7 | 1,647.5 | 1,686.3 | 1,484.3 |
| Unrestricted cash and cash equivalents, end of period | 914.1 | 1,354.7 | 1,405.9 | 1,447.5 | 1,484.3 | 1,484.3 | 1,597.7 | 1,647.5 | 1,686.3 | 1,728.2 | 1,728.2 |
| Cash paid for interest | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash paid for income taxes, net of refunds | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

**Source: Company data and Jefferies**

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies

**GDOT**

Assuming Coverage

July 10, 2018

## Exhibit 4: GDOT — balance sheet ($ millions)

| | 2017 FY | Mar '18A | June '18E | Sept '18E | Dec '18E | 2018 FY | Mar '19E | June '19E | Sept '19E | Dec '19E | 2019 FY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | |
| Unrestricted cash and cash equivalents | 919.2 | 1,268.1 | 1,405.9 | 1,447.5 | 1,484.3 | 1,484.3 | 1,597.7 | 1,647.5 | 1,686.3 | 1,728.2 | 1,728.2 |
| Federal funds sold | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Investment securities, available-for-sale | 11.9 | 15.9 | 12.6 | 11.1 | 11.6 | 11.6 | 16.9 | 13.7 | 12.1 | 12.4 | 12.4 |
| Settlement assets | 209.4 | 179.5 | 142.4 | 126.0 | 131.1 | 131.1 | 191.2 | 155.0 | 136.3 | 140.7 | 140.7 |
| Accounts receivable, net | 35.3 | 29.3 | 46.6 | 41.2 | 95.8 | 95.8 | 73.5 | 50.7 | 44.6 | 102.8 | 102.8 |
| Days sales outstanding | | | | | | | | | | | |
| Prepaid expenses and other assets | 47.1 | 53.2 | 42.2 | 37.4 | 38.9 | 38.9 | 56.7 | 46.0 | 40.4 | 41.7 | 41.7 |
| Income taxes receivable | 7.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net deferred tax assets | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Current Assets** | 1,321.2 | 1,632.7 | 1,649.8 | 1,663.2 | 1,761.6 | 1,761.6 | 1,935.9 | 1,912.9 | 1,919.6 | 2,025.8 | 2,025.8 |
| | | | | | | | | | | | |
| Restricted cash | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Investment securities, available-for-sale (non-current) | 141.6 | 132.7 | 105.3 | 93.2 | 96.9 | 96.9 | 141.3 | 114.6 | 100.7 | 104.0 | 104.0 |
| Accounts receivable, net | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Prepaid expenses and other assets | 8.2 | 8.2 | 6.5 | 5.7 | 6.0 | 6.0 | 8.7 | 7.0 | 6.2 | 6.4 | 6.4 |
| Property and equipment, net | 97.3 | 100.4 | 79.6 | 70.5 | 73.3 | 73.3 | 106.9 | 86.7 | 76.2 | 78.6 | 78.6 |
| Deferred expenses | 21.8 | 14.6 | 11.6 | 10.3 | 10.7 | 10.7 | 15.6 | 12.6 | 11.1 | 11.4 | 11.4 |
| Loans | 18.6 | 19.7 | 15.6 | 13.8 | 14.4 | 14.4 | 21.0 | 17.0 | 15.0 | 15.4 | 15.4 |
| Goodwill | 582.4 | 574.1 | 455.6 | 403.1 | 419.2 | 419.2 | 611.4 | 495.9 | 435.9 | 449.9 | 449.9 |
| **TOTAL ASSETS** | 2,197.5 | 2,489.0 | 2,329.2 | 2,264.5 | 2,386.8 | 2,386.8 | 2,847.8 | 2,652.4 | 2,569.8 | 2,696.8 | 2,696.8 |
| | | | | | | | | | | | |
| **LIABILITIES & EQUITY** | | | | | | | | | | | |
| Current liabilities: | | | | | | | | | | | |
| Accounts payable | 34.9 | 32.4 | 25.7 | 22.7 | 23.7 | 23.7 | 34.5 | 28.0 | 24.6 | 25.4 | 25.4 |
| Deposits | 1022.2 | 1293.3 | 1209.8 | 1188.8 | 1285.4 | 1285.4 | 1482.8 | 1374.8 | 1337.1 | 1431.8 | 1431.8 |
| Funds held of behalf of customers | 0.0 | 69.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Settlement obligations | 7.0 | 11.7 | 9.3 | 8.2 | 8.5 | 8.5 | 12.4 | 10.1 | 8.9 | 9.1 | 9.1 |
| Amounts due to card issuing banks for overdrawn accounts | 1.4 | 1.2 | 1.0 | 0.9 | 0.9 | 0.9 | 8.9 | 7.2 | 6.3 | 6.6 | 6.6 |
| Other accrued liabilities | 123.4 | 105.6 | 83.8 | 74.2 | 77.1 | 77.1 | 112.5 | 91.2 | 80.2 | 82.8 | 82.8 |
| Deferred revenue | 30.9 | 23.0 | 18.2 | 16.1 | 16.8 | 16.8 | 24.5 | 19.9 | 17.5 | 18.0 | 18.0 |
| Income tax payable | 0.1 | 2.8 | 2.2 | 2.0 | 2.1 | 2.1 | 3.0 | 2.4 | 2.1 | 2.2 | 2.2 |
| **Total Current Liabilities** | 1,240.6 | 1,560.8 | 1,366.7 | 1,327.6 | 1,429.7 | 1,429.7 | 1,678.6 | 1,533.6 | 1,476.7 | 1,575.9 | 1,575.9 |
| | | | | | | | | | | | |
| Long term debt | 58.7 | 53.5 | 145.0 | 142.0 | 142.0 | 142.0 | 145.0 | 145.0 | 142.0 | 142.0 | 142.0 |
| Other accrued liabilities | 30.5 | 31.6 | 25.1 | 22.2 | 23.1 | 23.1 | 33.7 | 27.3 | 24.0 | 24.8 | 24.8 |
| Deferred revenue | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net deferred tax liabilities | 7.8 | 7.8 | 6.2 | 5.5 | 5.7 | 5.7 | 8.3 | 6.7 | 5.9 | 6.1 | 6.1 |
| **Total Liabilities** | 1,337.6 | 1,653.7 | 1,542.9 | 1,497.3 | 1,600.5 | 1,600.5 | 1,865.6 | 1,712.6 | 1,648.6 | 1,748.8 | 1,748.8 |
| | | | | | | | | | | | |
| **Shareholders' Equity:** | | | | | | | | | | | |
| Series D redeemable convertible preferred stock, $0.001 par value | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stockholders equity: | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Convertible preferred stock, $0.001 par value | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Class A common stock, $0.001 par value | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| Class B common stock, $0.001 par value | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Additional paid-in capital | 354.8 | 356.1 | 282.5 | 250.0 | 260.0 | 260.0 | 379.2 | 307.5 | 270.3 | 279.0 | 279.0 |
| Related party notes receivable | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Retained Earnings (accumulated deficit) | 410.4 | 480.5 | 503.7 | 517.2 | 526.3 | 526.3 | 603.0 | 632.2 | 650.8 | 669.0 | 669.0 |
| Accumulated other comprehensive income | 0.0 | (1.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Shareholders Equity** | 765.3 | 835.3 | 786.3 | 767.2 | 786.3 | 786.3 | 982.2 | 939.8 | 921.1 | 948.1 | 948.1 |
| | | | | | | | | | | | |
| **TOTAL LIABILITIES & EQUITY** | 2,102.9 | 2,489.0 | 2,329.2 | 2,264.5 | 2,386.8 | 2,386.8 | 2,847.8 | 2,652.4 | 2,569.8 | 2,696.8 | 2,696.8 |

**Source: Company data and Jefferies**

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

## Company Description

**Green Dot Corp.**

Green Dot is a leading prepaid financial services company providing money management solutions primarily to the un/underbanked demographic in the United States. Green Dot sells its cards and offers reload services nationwide at tens of thousands of retail store locations.

## Company Valuation/Risks

**Green Dot Corp.**

Our PT of $89 is 26x our F19 EPS estimate of $3.41 (incl. DCF). Risks include: re-intensification of competition, WMT cuts prices, regulation.

**Total System Services, Inc.**

Our new $55 PT is based on 17x C17 FCF/share est of $3.23 and DCF. Risks include consumer spending, regulatory environment, competition

## Analyst Certification:

I, John Hecht, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Michael Del Grosso, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Kyle Joseph, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Mark Drucker, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

Recommendation Published                    , 00:52 ET. July 10, 2018
Recommendation Distributed                  , 00:52 ET. July 10, 2018

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of Total System Services, Inc.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

**John Hecht**, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

**Jefferies Franchise Picks**

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

# Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- Green Dot Corp. (GDOT: $76.84, BUY)
- Total System Services, Inc. (TSS: $87.11, HOLD)



Please see important disclosure information on pages 18 - 22 of this report.

Jefferies



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. | | JIL Mkt Serv./Past 12 Mos. | |
| | | | Count | Percent | Count | Percent |
| --- | --- | --- | --- | --- | --- | --- |
| **BUY** | 1124 | 53.81% | 69 | 6.14% | 15 | 1.33% |
| **HOLD** | 834 | 39.92% | 19 | 2.28% | 1 | 0.12% |
| **UNDERPERFORM** | 131 | 6.27% | 1 | 0.76% | 0 | 0.00% |

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

**Jefferies**

**Other Important Disclosures**

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443), Research Analyst (INH000000701) and a Stock Broker with Bombay Stock Exchange Limited (INB011491033) and National Stock Exchange of India Limited (INB231491037) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient,

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies



and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2018 Jefferies Group LLC

page 22 of 22

John Hecht, Equity Analyst, 415-229-1569, jhecht@jefferies.com

Please see important disclosure information on pages 18 - 22 of this report.

Jefferies