# Exhibit S

Equity Research
**Financial Services and Technology | Financial Technology**



November 7, 2018

# Green Dot Corporation

## Core Business Remains Steady, BaaS Opportunity Continues to Emerge; Raising Estimates

**Robert Napoli**  +1 312 364 8496
bnapoli@williamblair.com

**Cristopher Kennedy, CFA**  +1 312 364 8596
ckennedy@williamblair.com

**Brian Hogan**  +1 312 364 5256
bhogan@williamblair.com

**September quarter results were solid: organic growth rose 14% (versus our estimate of about 10% and 16% in the first half of 2018), with the slowdown primarily driven by seasonality in the tax business; total revenues of $231 million were 4% above our estimate, adjusted EBITDA rose 33% to $45 million (12% above our estimate and with 280 basis points of margin expansion), and adjusted EPS rose 75% to $0.59 (versus our estimate of $0.42).** Gross dollar volume rose 18% year-over-year to $9.1 billion, purchase volume rose 13% to $5.9 billion, and active cards rose 3% to 5.4 million; modest active card growth was driven by a difficult comparison due to hurricanes in the prior year, and growth improved to about 5% in October. Nonetheless, Green Dot continues to benefit from an improving customer mix and more direct deposit customers.

**Management plans to heavily market its BaaS platform in 2019 and indicated that BaaS alone could drive double-digit revenue growth for the company in coming years; this suggests the business could be over $100 million of incremental annual revenues over time.** We believe margins on the BaaS business are below the corporate average currently due to heavy investment. The pipeline of new customers appears very strong. Green Dot BaaS clients include Apple (AAPL $209.95), Uber, Tax Slayer, Intuit (INTU $221.88; Outperform), Walmart (WMT $104.32), PayPal (PYPL $88.23; Outperform), OneMain (OMF $30.67), and Stash.

**Management raised 2018 adjusted EPS guidance to $3.18 to $3.22 (from prior guidance of $3.03 to $3.08), which we believe could prove conservative as it incorporates about $5.5 million of incremental investment to support growth.** Management's initial guidance for 2018 was $2.81 to $2.88 per share.

**Our 2018 adjusted EPS estimate goes to $3.18 (from our prior estimate of $3.05), our 2019 estimate goes to $3.65 (from $3.54), and our 2020 estimate goes to $4.20 (from $4.08)**. For 2018 we anticipate 17% revenue growth, to $1.039 billion, and adjusted EBITDA of $250 million (24.1% margin). For 2019 we project 10% revenue growth, to $1.139 billion, and 15% adjusted EBITDA growth, to $289 million (25.4% margin).

**Green Dot has evolved the business from a prepaid company to a fintech/payments/banking company, which has substantially expanded the market opportunity.** We believe Green Dot's banking-as-a-service (BaaS) model, improving customer mix, and expanded market opportunity and strong recurring revenues should support healthy long-term growth. The company maintains a strong balance sheet ($162 million of unencumbered cash and only $60 million of debt), and should continue strategic M&A activity. Shares trade at about 15.2 times our 2019 adjusted EBITDA estimate, 3.9 times revenue, and 23.6 times adjusted EPS. We believe shares should at least appreciate in line with earnings growth.

Green Dot is a leading provider of various services within the banking and fintech sectors.

| Stock Rating: | | | **Outperform** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Symbol: | | | GDOT (NYSE) |
| Price: | | | $86.02 (52-Wk.: $54-$92) |
| Market Value (M): | | | $4,522 |
| Dividend/Yield: | | | $0.00/0.00% |
| Fiscal Year End: | | | December |

| | | **2017A** | **2018E** | **2019E** |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $0.74 | $1.24 | $1.48 |
| | Q2 | $0.55 | $0.74 | $0.83 |
| | Q3 | $0.34 | $0.59 | $0.67 |
| | Q4 | $0.29 | $0.47 | $0.66 |
| | FY | $1.95 | $3.18 | $3.65 |
| Sales (M) | Q1 | $253.0 | $315.0 | $342.0 |
| | Q2 | $222.5 | $258.3 | $279.2 |
| | Q3 | $201.6 | $230.6 | $252.0 |
| | Q4 | $213.0 | $235.2 | $265.3 |
| | FY | $890.1 | $1,039.2 | $1,138.6 |
| **Valuation** | | | | |
| FY P/E | | 44.0x | 27.0x | 23.6x |
| EV/Sales | | 4.1x | 3.5x | 3.2x |

| **Trading Data (FactSet)** | |
|---|---|
| Shares Outstanding (M): | 52.6 |
| Float (M): | 47.8 |
| Avg. Daily Volume (90-day): | 337,806 |

| **Financial Data (FactSet)** | |
|---|---|
| Book Value Per Share (MRQ): | $16.73 |
| Return on Equity (TTM): | 15.8% |
| Enterprise Value (M): | $3,616 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

**Please refer to important disclosures on pages 5 – 6. Analyst certification is on page 5.**

**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

**Review of 2018 guidance, which includes higher revenue and EBITDA as well as a lower tax rate.** Management anticipates 17% revenue growth, to $1.038 billion to $1.042 billion (versus prior guidance of $1.022 billion to $1.032 billion); 20% to 22% adjusted EBITDA growth, to $247 million to $251 million (versus prior guidance of $244 million to $248 million); and adjusted EPS of $3.18 to $3.22 (versus prior guidance of $3.03 to $3.08). Guidance assumes a 23.5% adjusted tax rate (from prior guidance of 24.2%), 54.6 million diluted shares (unchanged), $40 million of amortization expense (from prior guidance of $42 million), and $19 million of interest income (from prior guidance of $16 million).

**Green Dot continues to benefit from improving customer mix highlighted by growth of direct deposit customers; approximately 70% of gross dollar volume (GDV) came from direct deposit customers; we believe over 50% of active customers have direct deposit and over 80% of new active cards.** Further, management disclosed that the number of direct deposit customers rose 13% year-over-year, and nearly 85% of new accounts that have been added since September 2016 were direct deposit customers (1.1 million out of 1.3 million accounts). Management previously indicated that direct deposit (and potentially GoBank customers) can generate lifetime revenue of $400 (over 24 months); reload customers can generate $130 of lifetime revenue (over 9 months), while other cards generate $15.

**Management highlighted growth of its Pay Card (payroll card), which drives direct deposit; we believe Green Dot is a clear beneficiary of the gig economy (1099 workforce).** Green Dot has added over 500 new customers year-to-date and has more than 3,000 employers.

**We believe the BaaS pipeline of new customers is very strong and has a pipeline of over $100 million of potential revenue.** We believe a key challenge will be marshaling the resources to implement several large programs at the same time.

**We look for improved disclosure, but we roughly estimate that the BaaS business rose 154% year-over-year in the nine months ended September to $38 million (about 5% of net revenue).** Our estimate is based on management's disclosure that about 50% of total revenue growth in the June quarter was driven by the BaaS business; this suggests about $18 million of *gross* revenues (versus about $6 million in the June 2017 quarter). Further, management disclosed that commissions/processing-related costs associated with the BaaS service totaled $33 million year-to-date (versus $11 million year-to-date in 2017), and interest income rose 109% year-over-year, to $16 million.

**Green Dot Estimated Revenue from BaaS Initiatives ($ in millions)**

| | 1Q17 | 2Q17 | 3Q17 | 1Q18 | 2Q18 | 3Q18 | YTD | Notes: |
|---|---|---|---|---|---|---|---|---|
| Total revenue (reported) | $253.0 | $222.5 | $201.6 | $315.0 | $258.3 | $230.6 | $803.9 | ~50% of growth in 2Q18 came from BaaS, suggests $18M of revenue |
| Y/Y change | | | | 25% | 16% | 14% | 19% | |
| | | | | | | | | |
| Estimated BaaS revenue (Gross) | $4.8 | $6.3 | $7.2 | $21.8 | $18.2 | $15.3 | $55.3 | Commentary suggests $18M of revenue in 2Q18 |
| Y/Y change | | | | 352% | 187% | 114% | 202% | |
| % of total | 2% | 3% | 4% | 7% | 7% | 7% | | |
| | | | | | | | | |
| Adjustments (reported) | (2.9) | (3.8) | (4.3) | (13.1) | (10.9) | (9.2) | -$33.2 | Represents commissions and certain processing-related |
| Y/Y change | | | | 352% | 187% | 114% | 202% | costs associated with BaaS products and services |
| % of gross revenue (estimate) | 60% | 60% | 60% | 60% | 60% | 60% | | WB estimate to back into $18M of gross revenue in 2Q18 |
| Estimated BaaS revenue (net) | $1.9 | $2.5 | $2.9 | $8.7 | $7.3 | $6.1 | $22.1 | Gross revenues less adjustments |
| Y/Y change | | | | 352% | 187% | 114% | 202% | |
| % of total | 1% | 1% | | 3% | 3% | 3% | | |
| | | | | | | | | |
| Account generated interest income (reported) | $2.8 | $2.4 | $2.6 | $5.3 | $5.3 | $5.7 | $16.3 | |
| Y/Y change | | | | 89% | 121% | 119% | 109% | |
| | | | | | | | | |
| Estimated BaaS revenue | $4.7 | $4.9 | $5.5 | $14.0 | $12.6 | $11.8 | $38.4 | $27M in 1H:18 +175% Y/Y: interest income & net BaaS revenue |
| Y/Y change | | | | 196% | 155% | 116% | 154% | |
| % of total | 2% | 2% | 3% | 4% | 5% | 5% | | |

Source: Company reports and William Blair

**We believe interest income will become a larger part of Green Dot's earnings as the BaaS initiatives grow.** As outlined above, high-margin interest income rose 109% year-over-year in the first nine months of 2018, to $16.3 million. Green Dot benefits from rising rates as it earns income on deposit and student loans but pays relatively little interest on those deposits at this time. Recall that in 2019 Green Dot will begin to report net interest income in total revenue (currently it is below-the-line) and will begin to report a non-GAAP net revenue metric, which reduces gross revenue by "*commissions and certain processing-related costs associated with certain 'Banking as a Service,' or 'BaaS,' partner programs, where the partner and not Green Dot controls customer acquisition.*"

**Management has previously expressed confidence in Green Dot's long-term margin outlook, and previously cited 30% incremental EBITDA margins for the combined business.** Management's commentary suggests newer initiatives initially have lower margins but ramp up as customer usage grows. Further growth of direct deposit customers is very supportive of margins over time.

2 | Robert Napoli +1 312 364 8496

William Blair

**Green Dot added Tax Slayer as a new customer to its BaaS platform and will offer refunds via a new prepaid card in 2019; we estimate the relationship will add less than $10 million to annual revenues.** Our estimate is based on our assumption that TurboTax generates about $20 million to $25 million of revenues, and TurboTax has processed about 30 million filings in 2018, while Tax Slayer completed over 10 million e-files in 2018 and issued over $12 billion of refunds. For perspective, only 63 million of the 152 million tax returns are completed by do-it-yourself filers.

**Green Dot's BaaS platform is powering the cash-in/cash-out functions of the PayPal/Walmart initiative; this is an extension of Green Dot's prior work with PayPal and Walmart via its Rapid Reload Network.** PayPal has previously provided the digital barcode that is required for customers to complete transactions at the point-of-sale, will settle funds, and provide customer service. For perspective, PayPal has over 234 million global active users and $311 billion of payment volume in the United States over the last 12 months. Walmart will provide a host of financial services to PayPal users at Walmart stores using the Green Dot network, and those services include cash-in and cash-out services for a $3 fee, access to ATMs, and cash balance information at service desks.

**In the June 2018 quarter, Apple indicated that Apple Pay completed over 1 billion transactions, and Apple indicated that transactions tripled year-over-year in the September quarter.** Apple has not disclosed total volume, average transaction size, or the uptake of Apple Pay Cash, which was launched in early 2018. Apple management believes that it has more transactions than PayPal mobile (a metric that is not disclosed), but PayPal had $57 billion of mobile volume and nearly 2.5 billion payment transactions in the September 2018 quarter. *Consumer Reports* rated Apple Pay Cash the highest among other P2P services (Cash App, Venmo, Zelle, Messenger) for payment policies and operations.

**Interestingly, BBVA launched a BaaS platform in the United States in October 2018.** This open platform enables third parties access to bank services (i.e., Move Money, Identity Verification, Account Origination, Card Issuance Services) via APIs by connecting into BBVA's core platform. BBVA has disclosed various customers, including Simple (owned by BBVA), Xero (cloud platform for SMBs), modo (cloud-based payment integration services) and digit (budgeting app).

**We believe the re-introduction of MoneyPak has been supportive to growth (sales in the June quarter nearly doubled year-over-year, although the amount of revenue was not quantified); the new use-case for MoneyPak will be launched in 2019.** Consistent with Green Dot's corporate strategy, we believe the new use-case is related to services Green Dot already provides in another area of the company or something that will expand the number of Green Dot customers. Recall that the original MoneyPak product generated about $50 million to $60 million of annual revenue, but it was discontinued in 2015 as a result of fraud problems. The new product has improved security by requiring the recipient to provide detailed personal information, and also has expanded functionality; MoneyPak essentially represents a deposit slip that allows users to send $20 to $500 to any debit or prepaid card for a flat fee of $5.95.

**We look for an update in the 2018 10-K, but despite growth of direct deposit customers, the reported average lifetime per card has remained steady for several years.** We believe new cards may not be fully incorporated into recent trends as the metric is based on analysis of active cards that were active 6-30 months before the balance sheet date. However, these trends should influence the statistics as Green Dot has previously disclosed that about 50%-66% of its cardholders are using the new products that were launched in the first half of 2016.

### GDOT Card Lifetime (Avg Months)

|           | 2013 | 2014 | 2015 | 2016 | 2017 |
|-----------|------|------|------|------|------|
| GPR cards | 7M   | 6M   | 5M   | 5M   | 5M   |
| Gift cards| 6M   | 6M   | 5M   | 6M   | 6M   |

Source: Company reports and William Blair

William Blair

**Green Dot Corporation**

$\mathcal{William\ Blair}$

Robert P. Napoli  (312) 364-8496
Brian D. Hogan  (312) 364-5256
Cris D. Kennedy  (312) 364-8596

**Fiscal Year End - December**
(in $ millions, unless otherwise noted)

| 11/7/18 7:38 PM | 2013 | 2014 | 2015 | 2016 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement:** | | | | | | | | | | | | | | | | |
| **Revenue:** | | | | | | | | | | | | | | | | |
| Card Revenue and other fees | 227.2 | 253.2 | 318.1 | 337.8 | 101.0 | 107.3 | 100.8 | 105.7 | 414.8 | 130.1 | 120.8 | 113.5 | 114.0 | 478.3 | 535.2 | 593.8 |
| Cash Transfer/Proc. Settlement | 183.4 | 179.3 | 113.8 | 116.6 | 90.7 | 51.7 | 36.7 | 38.4 | 217.4 | 100.2 | 60.6 | 43.0 | 43.7 | 247.6 | 264.9 | 286.3 |
| Interchange Revenue | 171.8 | 178.0 | 196.5 | 196.6 | 61.4 | 63.5 | 64.2 | 68.9 | 257.9 | 84.7 | 76.9 | 74.1 | 77.6 | 313.3 | 338.5 | 371.9 |
| Stock-Based Retailer Incentives | (8.7) | (8.9) | (2.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tax Products Group | | 0.0 | 68.8 | 67.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **GAAP Revenue** | **573.6** | **601.6** | **694.7** | **718.8** | **253.0** | **222.5** | **201.6** | **213.0** | **890.1** | **315.0** | **258.3** | **230.6** | **235.2** | **1,039.2** | **1,138.6** | **1,251.9** |
| Y/Y growth | 4% | 5% | 15% | 3% | 11% | 28% | 30% | 31% | 24% | 25% | 16% | 14% | 10% | 17% | 10% | 10% |
| organic | | | | | | | | | | 0.2 | | | | | | |
| **Adjusted Revenue** | **582.3** | **610.5** | **697.2** | **718.8** | **253.0** | **222.5** | **201.6** | **213.0** | **890.1** | **315.0** | **258.3** | **230.6** | **235.2** | **1,039.2** | **1,138.6** | **1,251.9** |
| Y/Y growth | 4% | 5% | 14% | 3% | 11% | 28% | 30% | 31% | 24% | 25% | 16% | 14% | 10% | 17% | 10% | 10% |
| *organic growth* | | | | | *6%* | *12%* | *12%* | *12%* | *10%* | *16%* | *16%* | | | | | |
| Compensation & Benefits Expense | 112.6 | 102.8 | 141.2 | 131.1 | 34.7 | 41.0 | 36.3 | 41.9 | 153.9 | 44.0 | 42.5 | 42.1 | 43.0 | 171.7 | 184.5 | 202.8 |
| Stock-Based Comp Expense | 14.7 | 20.3 | 27.0 | 28.3 | 6.5 | 9.9 | 11.0 | 13.4 | 40.7 | 10.5 | 12.0 | 14.9 | 14.9 | 52.3 | 52.0 | 56.0 |
| Sales & Marketing Expense | 218.4 | 235.2 | 230.4 | 249.1 | 71.7 | 70.1 | 65.6 | 73.1 | 280.6 | 92.0 | 82.5 | 72.7 | 79.5 | 326.7 | 349.7 | 381.9 |
| Processing Expenses | 89.9 | 79.1 | 102.1 | 107.6 | 40.9 | 44.8 | 34.0 | 41.3 | 161.0 | 48.4 | 46.4 | 43.7 | 44.7 | 183.1 | 196.3 | 213.3 |
| Other General & Administrative Expense | 61.9 | 68.2 | 72.8 | 76.9 | 22.5 | 20.0 | 25.4 | 23.2 | 91.0 | 26.6 | 30.4 | 44.1 | 24.5 | 125.5 | 119.3 | 128.6 |
| Depreciation & Amortization | 27.1 | 37.0 | 61.7 | 62.5 | 15.3 | 16.6 | 16.3 | 16.4 | 64.6 | 17.2 | 17.5 | 18.1 | 19.7 | 72.5 | 79.5 | 80.7 |
| Operating Expenses | 524.5 | 542.6 | 635.4 | 655.5 | 191.6 | 202.4 | 188.6 | 209.3 | 791.8 | 238.6 | 231.2 | 235.7 | 226.4 | 931.8 | 981.1 | 1,063.4 |
| **GAAP Operating Income** | **49.1** | **59.0** | **59.3** | **63.3** | **61.4** | **20.2** | **13.1** | **3.7** | **98.3** | **76.4** | **27.2** | **(5.1)** | **8.9** | **107.4** | **157.5** | **188.6** |
| Y/Y growth | -36% | 20% | 1% | 7% | 13% | 57% | -2625% | -205% | 55% | 24% | 35% | -139% | 140% | 9% | 47% | 20% |
| Operating Margin % | 8.6% | 9.8% | 8.5% | 8.8% | 24.3% | 9.1% | 6.5% | 1.7% | 11.0% | 24.2% | 10.5% | -2.2% | 3.8% | 10.3% | 13.8% | 15.1% |
| Adjusted EBITDA | $ 103.0 | $ 131.8 | $ 152.2 | $ 156.4 | $ 89.6 | $ 50.1 | $ 33.9 | $ 32.1 | $ 205.7 | $ 104.1 | $ 57.6 | $ 45.1 | $ 43.5 | $ 250.3 | $ 288.9 | $ 325.2 |
| Y/Y growth | -11% | 28% | 15% | 3% | 14% | 54% | 43% | 47% | 32% | 16% | 15% | 33% | 36% | 22% | 15% | 13% |
| Adjusted EBITDA Margin % | 17.7% | 21.6% | 21.8% | 21.8% | 35.4% | 22.5% | 16.8% | 15.1% | 23.1% | 33.1% | 22.3% | 19.6% | 18.5% | 24.1% | 25.4% | 26.0% |
| Interest income | | | | | 2.9 | 2.3 | 2.6 | 3.4 | 11.2 | 5.6 | 5.8 | 6.2 | 5.9 | 23.5 | 26.5 | 29.0 |
| Interest expense | | | | | (1.7) | (1.5) | (1.4) | (1.5) | (6.1) | (1.5) | (1.6) | (1.4) | (1.4) | (5.9) | (5.6) | (5.6) |
| Interest Expense/(Income)/Other income | (3.4) | (9.9) | 1.2 | 1.8 | 1.2 | 0.8 | 1.2 | 1.9 | 5.1 | 4.1 | 4.2 | 4.8 | 4.5 | 17.6 | 21.0 | 23.5 |
| **GAAP Pretax Income** | **52.5** | **68.9** | **58.1** | **61.6** | **62.6** | **21.0** | **14.3** | **5.6** | **103.4** | **80.5** | **31.3** | **(0.3)** | **13.4** | **124.9** | **178.4** | **212.1** |
| Pretax Margin % | 9.2% | 11.5% | 8.4% | 8.6% | 24.7% | 9.4% | 7.1% | 2.6% | 11.6% | 25.5% | 12.1% | -0.1% | 5.7% | 12.0% | 15.7% | 16.9% |
| Income Tax Expense | 18.5 | 26.2 | 19.7 | 20.0 | 21.8 | 1.7 | 0.7 | (6.6) | 17.6 | 10.4 | 1.5 | (4.9) | 3.2 | 10.3 | 43.2 | 51.3 |
| Tax Rate % | 35.2% | 38.0% | 33.9% | 32.4% | 34.9% | 8.2% | 4.6% | -117.5% | 17.0% | 13.0% | 4.8% | 1529.1% | 24.2% | 8.3% | 24.2% | 24.2% |
| **GAAP Net Income** | **34.0** | **42.7** | **38.4** | **41.6** | **40.7** | **19.3** | **13.6** | **12.2** | **85.9** | **70.0** | **29.8** | **4.6** | **10.2** | **114.6** | **135.3** | **160.7** |
| Y/Y growth | -32% | 25% | -10% | 8% | 24% | 140% | 570% | -1009% | 106% | 72% | 55% | -66% | -17% | 33% | 18% | 19% |
| Allocation of earnings of preferred stock | | | (2.0) | (1.3) | - | | - | | | | | | | | | |
| **GAAP EPS** | **$0.76** | **$0.90** | **$0.72** | **$0.80** | **$0.78** | **$0.37** | **$0.26** | **$0.23** | **$1.65** | **$1.29** | **$0.55** | **$0.08** | **$0.19** | **$2.10** | **$2.49** | **$3.03** |
| Y/Y growth | -32% | 19% | -20% | 12% | 24% | 135% | 552% | -967% | 105% | 66% | 49% | -68% | -18% | 27% | 19% | 22% |
| Avg. Basic Shares Outstanding | 41.3 | 44.7 | 51.3 | 50.5 | 50.5 | 50.0 | 50.5 | 50.9 | 50.7 | 51.4 | 52.1 | 52.6 | 52.8 | 52.7 | 52.0 | 50.6 |
| Avg. Diluted Shares Outstanding | 44.8 | 47.4 | 53.4 | 51.7 | 52.5 | 52.5 | 52.9 | 54.2 | 51.9 | 54.2 | 54.4 | 54.6 | 54.9 | 54.7 | 54.3 | 53.1 |
| | | | | -3.2% | | | | | 0.5% | | | | | 5.3% | -0.7% | -2.2% |
| **Adjusted Net Income:** | | | | | | | | | | | | | | | | |
| GAAP Net Income | 34.0 | 42.7 | 38.4 | 41.6 | 40.7 | 19.3 | 13.6 | 12.2 | 85.9 | 70.0 | 29.8 | 4.6 | 10.2 | 114.6 | 135.3 | 160.7 |
| **Add-Backs (After-Tax):** | | | | | | | | | | | | | | | | |
| Retailer Incentives | 6.0 | 5.6 | 1.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock-Based Comp Expense | 9.7 | 12.7 | 25.0 | 28.3 | 6.5 | 9.9 | 11.0 | 13.4 | 40.7 | 10.5 | 12.0 | 16.9 | 14.9 | 54.3 | 52.0 | 56.0 |
| Amort. Of acqu. Intangibles | | | | 23.0 | 6.6 | 8.2 | 8.2 | 8.2 | 31.1 | 8.2 | 8.2 | 8.2 | 8.2 | 32.8 | 32.7 | 32.7 |
| Other | | | | 3.8 | 6.8 | 3.8 | (6.0) | (0.9) | 3.7 | 0.5 | 1.4 | 15.6 | 0.0 | 17.4 | 0.0 | 0.0 |
| Amort of acqu. Intang | | | | | | | | | | | | | | | | |
| Income tax effect | 2.5 | 2.0 | 6.7 | (21.2) | (8.3) | (12.2) | (9.0) | (17.1) | (46.5) | (13.4) | (11.3) | (13.0) | (7.4) | (45.1) | (22.0) | (26.6) |
| tax rate on adjustments | | | | 38.4% | 41.6% | 55.7% | 68.1% | 83.0% | 61.6% | 69.6% | 52.3% | 32.1% | 32.0% | 43.1% | 26.0% | 30.0% |
| **Adjusted Net Income** | **$ 52.2** | **$ 62.9** | **$ 71.9** | **$ 75.6** | **$ 39.0** | **$ 29.0** | **$ 17.8** | **$ 15.7** | **$ 101.5** | **$ 67.1** | **$ 40.1** | **$ 32.2** | **$ 25.9** | **$ 174.0** | **$ 197.9** | **$ 222.8** |
| Y/Y growth | -17% | 21% | 14% | 5% | -5% | 105% | 64% | 64% | 34% | 72% | 38% | 80% | 65% | 71% | 14% | 13% |
| **Adjusted EPS** | **$1.16** | **$1.33** | **$1.35** | **$1.46** | **$0.74** | **$0.55** | **$0.34** | **$0.29** | **$1.95** | **$1.24** | **$0.74** | **$0.59** | **$0.47** | **$3.18** | **$3.65** | **$4.20** |
| Y/Y growth | -18% | 14% | 1% | 9% | -5% | 101% | 60% | 56% | 34% | 67% | 33% | 75% | 63% | 63% | 15% | 15% |
| Unrestricted Net Cash per share | $ 7.5 | $ 3.9 | $ 4.6 | $ 3.3 | $ 2.5 | $ 1.9 | $ 1.0 | $ 0.8 | $ 0.9 | $ 2.5 | $ 3.1 | $ 2.0 | $ 2.3 | $ 2.3 | $ 2.5 | $ 3.3 |
| GAAP Net Income % Adjusted Net Income | 65% | 68% | 53% | 55% | 104% | 67% | 76% | 78% | 85% | 104% | 74% | 14% | 39% | 66% | 68% | 72% |
| Adjusted EPS ex stock comp expense add- | $0.95 | $1.06 | $0.88 | $0.91 | $0.62 | $0.36 | $0.13 | $0.04 | $1.17 | $1.04 | $0.52 | $0.28 | $0.20 | $2.19 | $2.69 | $3.14 |
| | 14.6 | 12.8 | | | | | | | | | | | | | | |

https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosures.jsp&firmId=18877&companySymbol=GDOT

William Blair

## IMPORTANT DISCLOSURES

William Blair or an affiliate is a market maker in the security of Green Dot Corporation.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Green Dot Corporation or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Green Dot Corporation.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Robert Napoli attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 25635.00
S&P 500: 2755.45
NASDAQ: 7375.97



**Green Dot Corporation Rating History as of 11/06/2018**
powered by: BlueMatrix

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of November 7, 2018):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 66 | Outperform (Buy) | 22 |
| Market Perform (Hold) | 33 | Market Perform (Hold) | 8 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

## OTHER IMPORTANT DISCLOSURES

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next

5 | Robert Napoli +1 312 364 8496

William Blair

12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2018, William Blair & Company, L.L.C. All rights reserved.