# Exhibit V

Computer Services & IT Consulting: Financial Technology

# COWEN

# GREEN DOT CORPORATION

## EQUITY RESEARCH

February 20, 2019

**Price: $74.67** (02/20/2019)
**Price Target: $71.00** (Prior $76.00)

### MARKET PERFORM (2)

**George Mihalos**
646 562 1360
george.mihalos@cowen.com

**Allison Jordan**
646 562 1429
allison.jordan@cowen.com

**Olivia Nesnay**
646 562 1363
olivia.nesnay@cowen.com

### Key Data

| | |
|---|---|
| Symbol | NYSE: GDOT |
| 52-Week Range: | $93.00 - $59.81 |
| Market Cap (MM): | $3,935.2 |
| Net Debt (MM): | $(993.1) |
| Cash/Share: | $18.43 |
| Dil. Shares Out (MM): | 52.7 |
| Enterprise Value (MM): | $2,737.7 |
| ROIC: | NA |
| ROE (LTM): | NA |
| BV/Share: | $16.93 |
| Dividend: | NA |

| FY (Dec) | 2018A | 2019E | 2020E |
|---|---|---|---|
| **Earnings Per Share** | | | |
| Q1 | $1.40 | $1.43 | - |
| Q2 | $0.74 | $0.87 | - |
| Q3 | $0.59 | $0.63 | - |
| Q4 | $0.56 | $0.68 | - |
| Year | $3.29 | $3.61 | $4.17 |
| P/E | 22.7x | 20.7x | 17.9x |
| Consensus EPS | $3.29 | $3.62 | $4.22 |

Consensus source: Thomson Reuters

| **Revenue (MM)** | | | |
|---|---|---|---|
| Q1 | $307.1 | $326.7 | - |
| Q2 | $252.7 | $277.2 | - |
| Q3 | $227.1 | $251.9 | - |
| Q4 | $236.9 | $266.3 | - |
| Year | $1,023.8 | $1,122.2 | $1,233.6 |
| EV/S | 2.7x | 2.4x | 2.2x |

## EARNINGS UPDATE

# GDOT 4Q18: STRONG 2018, FAVORABLE 2019 OUTLOOK

### THE COWEN INSIGHT

GDOT finished the year coming in ahead of estimates across the board. The company provided 2019 revenue guidance that contemplates double digit organic growth, albeit at a slower pace relative to its strong 2018 performance. With the stock trading at ~26x our 2019E adj. EPS expensing stock comp - sporting a Network multiple - we would prefer to remain on the sidelines.

**4Q18 Puts And Takes**

GDOT posted 4Q18 results that came in ahead of consensus estimates. Revenue of $238M was up 11.7% y-o-y and grew 17% for FY18, or ~15% on an organic basis. On a segment basis, Account Services revenue of $200M grew 11% y-o-y and Processing and Settlement Services revenue of $45M grew 11% y-o-y. Adj. EBITDA margin of 18.4% was up 330 bps y-o-y and 100 bps for FY18. Active accounts growth was ~1%, a deceleration from 3Q18's ~3%, reflecting higher conversion of active accounts to direct deposit active accounts. Going forward, while we would expect active accounts to grow at a somewhat lower pace than the long-term target of mid-single digit, direct deposit growth remains healthy aiding revenue growth.

**Favorable 2019 Outlook, 1Q19 The Low Watermark**

Continuing on its strong 2018 results, GDOT provided 2019 guidance that was in-line with our expectations, expecting double digit top and bottom line growth. On the revenue side, GDOT expects Non-GAAP revenue of $1,114M-$1,134M (+9%-11%) or $1,148M (+10%) at the mid-point under the former presentation. Adj. EBITDA is expected to be between $315M-$321M, translating to margin expansion of ~150 bps or $288M at the midpoint under the prior presentation. GDOT provided an adj. EPS range of $3.59-$3.67, lining up favorably against consensus of $3.62. Adj. EPS is impacted by ~$0.15 from higher D&A and an ~$0.11 headwind from a higher tax rate/share count. With respect to M&A, GDOT indicated that the pipeline is robust, however nothing is imminent. Absent M&A, we would expect GDOT to repurchase shares which is currently not reflected in the guide. 1Q19 is expected to be the low watermark in terms of revenue growth due to the lapping of the UniRush acquisition and tough comps from new BaaS programs ramping. As a result, 1Q19 guidance is below consensus estimates. GDOT expects 1Q19 revenue of $323M-$327M (~6% at the midpoint) vs. consensus growth of 9%, with the potential of coming in at the lower end depending on the timing of tax refunds. Adj. EBITDA margins in the quarter are expected to be roughly flat, with the potential to compress up to 50 bps. Post 1Q19, GDOT should accelerate revenue growth, exiting the year at a double digit clip.

### Updating Estimates

We are decreasing our 2019/2020 adj. EPS estimates to $3.61/$4.17 from $3.74/$4.28. Our Price Target moves to $71 or ~21x our 2020E adj. EPS expensing stock based comp. With the stock trading at ~26x our 2019E adj. EPS expensing stock comp - in-line with the Networks - we would prefer to remain on the sidelines. We reiterate our Market Perform rating.

COWEN
EQUITY RESEARCH

Case 2:19-cv-10701-FLA-E    Document 182-3    Filed 06/13/25    Page 3 of 9   Page ID
#:7330

Green Dot Corporation
February 20, 2019

# AT A GLANCE

## Our Investment Thesis

While we are forecasting a high-single digit organic revenue growth rate through 2020E, we rate GDOT Market Perform as it is trading at a premium to the group and in-line with the Networks.

## Forthcoming Catalysts

- 1Q19 Earnings

## Base Case Assumptions

- Mid-single digit organic revenue growth

## Upside Scenario

- New products adding to results faster than expected
- Better than expected performance of recent acquisitions

## Downside Scenario

- Escalation in card attrition rates
- Increased competition

## Price Performance



Source: Bloomberg

## Company Description

Green Dot is the largest provider of prepaid General Purpose Reloadable (GPR) debit cards in the US. The company also provides cash reload processing services related to GPR cards, tax refund disbursement processing services through its TPG acquisition and a checking account product through GoBank. GDOT's products are largely utilized by the underbanked and unbanked.

## Analyst Top Picks

|  | Ticker | Price (02/20/2019) | Price Target | Rating |
| --- | --- | --- | --- | --- |
| Total System Services | TSS | $93.67 | $110.00 | Outperform |
| Fiserv | FISV | $84.73 | $90.00 | Outperform |
| Global Payments | GPN | $125.94 | $144.00 | Outperform |

**COWEN**
EQUITY RESEARCH

Green Dot Corporation
February 20, 2019

**Figure 1 : GDOT 4Q18 Variance Analysis**

| ($ in Millions) | | | | |
|---|---|---|---|---|
| **Operating revenues:** | **4Q18A** | **YoY** | **4Q18E** | **Var (A-E)** |
| Card revenues | 118.6 | 12.2% | 115.2 | 3.3 |
| Cash transfer revenues | 44.1 | 14.7% | 44.3 | -0.3 |
| Interchange revenues | 75.2 | 9.2% | 82.0 | -6.8 |
| **Total Revenues** | **237.8** | **11.7%** | **241.5** | **-3.7** |
| **Adj. Revenues** | **236.9** | **12.2%** | **241.5** | **-4.6** |
| *Total Revenue Y-o-Y Growth* | *11.7%* | | *13.4%* | *-1.7%* |
| **Expenses** | | | | |
| Sales and marketing expenses | 79.1 | 8.2% | 83.3 | -4.2 |
| *% of Adjusted Revenue* | *32.3%* | | *34.5%* | *-2.2%* |
| Compensation and benefits expenses | 55.6 | 0.5% | 58.0 | -2.4 |
| *% of Adjusted Revenue* | *22.7%* | | *24.0%* | *-1.3%* |
| Processing expenses | 42.7 | 3.5% | 45.9 | -3.2 |
| *% of Adjusted Revenue* | *17.4%* | | *19.0%* | *-1.6%* |
| Other general and administrative expenses | 52.3 | 32.2% | 45.9 | 6.4 |
| *% of Adjusted Revenue* | *21.3%* | | *19.0%* | *2.3%* |
| (+) D&A | 10.4 | | 12.0 | -1.6 |
| **EBITDA** | **26.7** | **33.1%** | **28.6** | **-1.9** |
| *EBITDA Margin* | *11.2%* | | *11.9%* | *-0.6%* |
| (+) Stock-based comp | 13.2 | | 17.0 | -3.8 |
| **Adjusted EBITDA** | **43.9** | **36.7%** | **45.6** | **-1.7** |
| *Adj. EBITDA Margin* | *18.5%* | | *18.9%* | *-0.4%* |
| **Operating income** | **8.1** | | **8.5** | **-0.3** |
| *Op. Income Margin* | *3.4%* | | *3.5%* | *-0.1%* |
| Interest income | 6.2 | | 7.0 | -0.8 |
| Interest expense | -2.0 | | -1.5 | -0.5 |
| Pre-tax Income | 12.3 | | 14.0 | -1.6 |
| Income tax expense | -1.9 | -70.6% | 3.3 | -5.2 |
| *Tax Rate* | *-15.8%* | | *23.5%* | *-39.3%* |
| **Net income** | **14.3** | **16.7%** | **10.7** | **3.6** |
| (+) Employee stock-based comp expense, net of tax | 9.8 | | 13.0 | -3.2 |
| **Adj. Net Income** | **30.9** | **96.6%** | **29.9** | **1.0** |
| GAAP EPS | $0.26 | 15.3% | $0.19 | $0.07 |
| Adj. EPS (company defined) | $0.56 | 94.3% | $0.55 | $0.02 |
| **Adj. EPS (expensing employee stock comp)** | **$0.39** | **194.2%** | **$0.31** | **$0.08** |
| Shares Out. | 54.8 | 1.2% | 54.9 | -0.1 |

Source: Cowen and Company

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

#### Financial Technology:

Our valuation methodology primarily used across our Payments universe is P/E, with EV/EBITDA and FCF as secondary metrics. P/E is relevant from the perspective of capturing the benefit accruing to equity shareholders from share repurchases – a key component of the capital allocation plans favored by most companies in the Payments space. Additionally, tax rates vary dramatically across the space and are a key part of the investment story for select stocks. Lastly, as the definition of cash EPS continues to evolve – we generally arrive at our valuations by focusing on Cash EPS, expensing stock compensation.

### Investment Risks

#### Financial Technology:

The Payments industry is very competitive with both existing and emerging competition. All of our companies face the risk of being unable to capture market share or having their business models become commoditized by newer entrants in the market. Additionally, our companies are levered to consumer spending and therefore are exposed to general economic conditions.

### Risks To The Price Target

We believe the following are risks to our target price: increased competition, pricing pressure, customer concentration, lower than expected MoneyPak headwinds, outperformance from newer revenue streams.

**COWEN**
EQUITY RESEARCH

**Green Dot Corporation**
February 20, 2019

## ADDENDUM

### Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|--------------|
| FISV | Fiserv |
| GPN | Global Payments |
| GDOT | Green Dot Corporation |
| TSS | Total System Services |

### Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

### Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Green Dot Corporation, Fiserv, Global Payments and Total System Services securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

### Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

COWEN
EQUITY RESEARCH

Case 2:19-cv-10701-FLA-E    Document 182-3    Filed 06/13/25    Page 7 of 9    Page ID
#:7334
Green Dot Corporation
February 20, 2019

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at February 20, 2019, 21:33 ET. and disseminated at February 20, 2019, 21:33 ET.

**Copyright, User Agreement and other general information related to this report**

© 2019 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 12/31/18**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 473 | 64.01% | 116 | 24.52% |
| Hold (b) | 259 | 35.05% | 20 | 7.72% |
| Sell (c) | 7 | 0.95% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.



**Green Dot Corporation Rating History as of 02/19/2019**
powered by: BlueMatrix

**COWEN**
EQUITY RESEARCH







**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

**COWEN**
EQUITY RESEARCH

## POINTS OF CONTACT

### Analyst Profiles



**George Mihalos**

New York

646 562 1360

george.mihalos@cowen.com

George Mihalos is a senior analyst covering the financial technology space at Cowen. He has 14+ years of research experience.



**Allison Jordan**

New York

646 562 1429

allison.jordan@cowen.com

Allison Jordan is an associate covering financial technology. She has over five years of experience covering the sector.



**Olivia Nesnay**

New York

646 562 1363

olivia.nesnay@cowen.com

Olivia Nesnay is an associate covering financial technology. She graduated with a BA in economics from Rutgers University.

### Reaching Cowen

#### Main U.S. Locations

**New York**

599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**

Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**

20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**

One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**

3399 Peachtree Road NE
Suite 417
Atlanta, GA 30326
866 544 7009

**Chicago**

181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**

262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**

2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

#### International Location

**Cowen International Limited**

**London**

1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500




COWENRESEARCH


COWEN INC.