ROBBINS GELLER RUDMAN
   & DOWD LLP
DEBRA J. WYMAN (190812)
JESSICA T. SHINNEFIELD (234432)
CHRISTOPHER R. KINNON (316850)
MATTHEW J. BALOTTA (310303)
JOHN M. KELLEY (339965)
RACHEL C. BRABY (356720)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
jshinnefield@rgrdlaw.com
ckinnon@rgrdlaw.com
mbalotta@rgrdlaw.com
jkelley@rgrdlaw.com
rbraby@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re GREEN DOT CORPORATION SECURITIES LITIGATION | ) ) ) ) | Case No. 2:19-cv-10701-FLA (Ex) |
|---|---|---|

CLASS ACTION

DECLARATION OF CHRISTOPHER R. KINNON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

DATE:       July 18, 2025
TIME:       Taken Under Submission
JUDGE:    Fernando L. Aenlle-Rocha

**[REDACTED]**

4930-0736-9554.v2

I, CHRISTOPHER R. KINNON, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, Lead Counsel of record for Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (collectively, "Plaintiffs") in the above-entitled action. The matters set forth herein are based upon my own personal knowledge, and if called as a witness, I could and would testify competently to such matters. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment (the "Opposition"), filed concurrently herewith.

2. Defendants[1] in this matter have filed a motion for partial summary judgment (ECF 180) and a brief in support thereof (ECF 180-1) (the "Motion"). Plaintiffs file this Opposition in response.

3. Attached are true and correct copies of the following exhibits:

Exhibit 1:    May 3, 2018 Green Dot Audit Committee Agenda (GDSECLIT_00000710);

Exhibit 2:    May 21, 2018 through May 23, 2018 email chain between Shifke, Samir Salvi, Shane Reekstin, Terry Lee, Joseph Egoian, and Caleb Wilshusen (GDSECLIT_00020798);

Exhibit 3:    May 9, 2018 email from Shifke to Jess Unruh attaching Exhibit 36 (GDSECLIT_00024168);

Exhibit 4:    March 13, 2018 through March 15, 2018 email chain between Shifke, Kevin Manion, Jess Unruh, Samir Salvi, and George Gresham (GDSECLIT_00024194);

---

[1] "Defendants" herein collectively refers to Green Dot Corporation ("Green Dot" or the "Company"), Steven W. Streit ("Streit"), and Mark Shifke ("Shifke").

- 1 -

Exhibit 5:  April 11, 2018 email chain between Shifke, Streit, Michael Keeslar, and Brett Narlinger (GDSECLIT_00026280);

Exhibit 6:  April 9, 2018 email chain between Shane Reekstin, Michael Keeslar, and Terry Lee (GDSECLIT_00033945);

Exhibit 7:  August 2, 2019 email from Shifke to Streit attaching Exhibit 8 (GDSECLIT_00090577);

Exhibit 8:  August 2, 2019 internal Green Dot document showing draft notes to Green Dot's Board of Directors (GDSECLIT_00090578)

Exhibit 9:  February 6, 2019 through February 8, 2019 email chain between Streit, Shifke, Brett Narlinger, Christina Luttrell, Greg Pacheco, Shahin Jahromi, Diane Piccolo, Michael Keeslar, and Michael Johnson (GDSECLIT_00093120);

Exhibit 10:  February 8, 2019 internal Green Dot document showing "Operating Metrics & Revenue" (GDSECLIT_00093124);

Exhibit 11:  May 8, 2019 email chain between Streit, Brett Narlinger, Shifke, Samir Salvi, Paul Farina, and Terry Lee (GDSECLIT_00095643);

Exhibit 12:  October 11, 2018 through October 12, 2018 email chain between Shifke, Streit, Terry Lee, Joseph Egoian, Michael Keeslar, Brett Narlinger, Samir Salvi, and Paul Farina (GDSECLIT_00096970);

Exhibit 13:  October 23, 2018 through October 24, 2018 email chain between Terry Lee, Ty Tabler, and Joseph Egoian (GDSECLIT_00115714);

Exhibit 14:  August 8, 2019 email chain between Shifke, Carlos Ballesteros, Jess Unruh, and Samir Salvi (GDSECLIT_00135735);

- 2 -

4930-0736-9554.v2

Exhibit 15:    February 8, 2019 email from Shifke to Brett Narlinger,
attaching Exhibit 16 (GDSECLIT_00151912);

Exhibit 16:    February 8, 2019 internal Green Dot document entitled
"Executive Summary – Account Services Segment: Summary
By Channel" (GDSECLIT_00151913);

Exhibit 17:    October 19, 2018 email chain between Terry Lee, Michael
Keeslar, Shane Reekstin, Joseph Egoian, Jess Unruh, Carlos
Ballesteros, Peter Froelich, Brett Narlinger, Samir Salvi, and
Paul Farina (GDSECLIT_00244559);

Exhibit 18:    May 8, 2019 email from Shifke to Samir Salvi
(GDSECLIT_00252499);

Exhibit 19:    December 21, 2018 email chain between Michael Keeslar, Brett
Narlinger, Shifke, Mark Lauderdale, and Bob Hrin
(GDSECLIT_00256625);

Exhibit 20:    April 30, 2018 email from Shifke attaching Exhibit 39
(GDSECLIT_00291007);

Exhibit 21:    February 19, 2019 Green Dot enterprise reporting email sent to
Streit (GDSECLIT_00333303);

Exhibit 22:    March 27, 2018 internal Green Dot slide presentation entitled
"Key Metric Review 2018" (GDSECLIT_00343503);

Exhibit 23:    February 19, 2019 Green Dot enterprise reporting email sent to
Shifke (GDSECLIT_00356084);

Exhibit 24:    August 8, 2018 Green Dot enterprise reporting email sent to
Shifke (GDSECLIT_00359140);

Exhibit 25:    August 8, 2018 Green Dot enterprise reporting email sent to
Streit (GDSECLIT_00427214);

Exhibit 26:    October 13, 2018 email from Carlos Ballesteros to Shifke, Jess
Unruh, and Brian Lee (GDSECLIT_00538651);

- 3 -

4930-0736-9554.v2

Exhibit 27:  February 21, 2018 email chain between Don Duffy, Shifke, Streit, Dara Dierks, Paul Farina, and Kevin Manion (GDSECLIT_00539021);

Exhibit 28:  January 29, 2018 through January 30, 2018 email chain between Brett Narlinger, Streit, Shifke, Samir Salvi, Michael Keeslar, Shane Reekstin, and Azucena Mejia (GDSECLIT_01136284);

Exhibit 29:  February 1, 2019 internal Green Dot Document entitled "Monthly Direct Deposit Actives" for 2016-2018 (GDSECLIT_01137786);

Exhibit 30:  August 1, 2018 through August 3, 2018 email chain between Terry Lee, Shifke, Paul Farina, Samir Salvi, Joseph Egoian, Jess Unruh, and Carlos Ballesteros (GDSECLIT_01152731);

Exhibit 31:  August 1, 2018 email from Carlos Ballesteros to Jess Unruh (GDSECLIT_01152733);

Exhibit 32:  August 8, 2018 email chain between Streit, Shifke, and Jess Unruh (GDSECLIT_01153289);

Exhibit 33:  August 8, 2018 Green Dot Analyst Report by SunTrust Robinson Humphrey, Inc. (GDSECLIT_01153290);

Exhibit 34:  August 9, 2018 email chain between David Wambeke, Shifke, Streit, and Jess Unruh (GDSECLIT_00013868);

Exhibit 35:  May 21, 2018 through August 28, 2018 email chain between Paul Farina, Shifke, Samir Salvi, Terry Lee, Joseph Egoian, and Jess Unruh (GDSECLIT_00021508);

Exhibit 36:  May 9, 2018 internal Green Dot document discussing quarterly SEC filings and earnings calls (GDSECLIT_00024169);

- 4 -

4930-0736-9554.v2

Exhibit 37: May 21, 2018 through June 22, 2018 email chain between Paul Farina, Shifke, Samir Salvi, Terry Lee, and Joseph Egoian (GDSECLIT_00250915);

Exhibit 38: March 5, 2019 email chain between Michael Pinelli, Dara Dierks, Shifke, and Don Duffy (GDSECLIT_00151789);

Exhibit 39: April 30, 2018 internal document from Shifke discussing quarterly SEC filings and earnings calls (GDSECLIT_00291008);

Exhibit 40: May 8, 2018 Green Dot enterprise reporting email sent to Streit (GDSECLIT_00329784);

Exhibit 41: May 9, 2019 email chain between Brett Narlinger, Streit, Samir Salvi, and Shifke (GDSECLIT_00334472);

Exhibit 42: May 8, 2018 Green Dot enterprise reporting email sent to Shifke (GDSECLIT_00357520);

Exhibit 43: March 13, 2018 through March 15, 2018 email chain between Paul Farina, Terry Lee, Kevin Manion, Samir Salvi, and Jess Unruh, Shifke, and George Gresham (GDSECLIT_00017114);

Exhibit 44: February 16, 2018 internal document including comments from Michael Keeslar and Diane Piccolo (GDSECLIT_00035832);

Exhibit 45: June 19, 2019 through June 20, 2019 email chain between Streit, Shifke, Paul Farina, Brett Narlinger, Samir Salvi, and Terry Lee (GDSECLIT_00338653);

Exhibit 46: August 7, 2019 Green Dot Earnings Call Transcript;

Exhibit 47: May 9 2018 Green Dot Analyst Report by Jefferies LLC;

Exhibit 48: June 18, 2018 Green Dot Analyst Report by BTIG LLC;

Exhibit 49: July 25, 2018 Green Dot Analyst Report by William Blair & Company;

- 5 -

4930-0736-9554.v2

Exhibit 50:    August 8, 2018 Green Dot Analyst Report by Deutsche Bank Securities Inc.;

Exhibit 51:    September 10, 2018 Green Dot Analyst Report by SunTrust Robinson Humphrey, Inc.;

Exhibit 52:    November 7, 2018 Green Dot Analyst Report by William Blair & Company;

Exhibit 53:    November 8, 2018 Green Dot Analyst Report by Jefferies LLC;

Exhibit 54:    January 3, 2019 Green Dot Analyst Report by BTIG LLC;

Exhibit 55:    February 20, 2019 Green Dot Analyst Report by Barclays Bank PLC;

Exhibit 56:    February 20, 2019 Green Dot Analyst Report by SunTrust Robinson Humphrey, Inc.;

Exhibit 57:    February 21, 2019 Green Dot Analyst Report by Craig-Hallum Capital Group LLC;

Exhibit 58:    February 21, 2019 Green Dot Analyst Report by Guggenheim Securities, LLC;

Exhibit 59:    March 7, 2019 Green Dot Analyst Report by Deutsche Bank Securities Inc.;

Exhibit 60:    May 8, 2019 Green Dot Analyst Report by Cowen Equity Research;

Exhibit 61:    May 9, 2019 Green Dot Analyst Report by BTIG LLC;

Exhibit 62:    May 9, 2019 Green Dot Analyst Report from J.P. Morgan Chase & Co.;

Exhibit 63:    May 9, 2019 Green Dot Analyst Report from Northland Securities Inc.;

Exhibit 64:    May 9, 2019 Green Dot Analyst Report from SunTrust Robinson Humphrey, Inc.;

- 6 -

4930-0736-9554.v2

Exhibit 65:   June 4, 2019 Green Dot Analyst Report by Northland Securities Inc.;

Exhibit 66:   November 7, 2019 Green Dot Analyst Report by SunTrust Robinson Humphrey, Inc.; and

Exhibit 67:   August 8, 2019 Green Dot Analyst Report by Northland Securities Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 3rd day of July, 2025, at San Diego, California.

_s/ Christopher R. Kinnon_
CHRISTOPHER R. KINNON

- 7 -

4930-0736-9554.v2