# EXHIBIT 49

Equity Research
**Financial Services and Technology | Financial Technology**



July 25, 2018

# Green Dot Corporation

### Expect Solid Second Quarter, Looking for Color on BaaS Pipeline

**On the heels of meetings with Green Dot's CEO and CFO at William Blair's 38 Annual Growth Stock Conference in mid-June and ahead of June-quarter earnings (slated for Wednesday, August 8), we reiterate our Outperform rating.** Green Dot has evolved the business from a prepaid company to a bank/fintech company. We believe Green Dot's banking-as-a-service (BaaS) model, improving customer mix, and expanded market opportunity and strong recurring revenues driven by over 6 million cardholders should support healthy long-term growth. We believe the Uber relationship could prove a precursor for other "Gig" sector partners. All said, we believe Green Dot can potentially accelerate organic revenue growth into the double digits, with margin expansion and capital return driving upper-teens EPS growth over the long term. Shares trade at about 16 times our 2019 adjusted EBITDA and 24 times our 2019 EPS estimates . Green Dot shares appreciated 156% in 2017 and a further 39% to date in 2018 as earnings growth materially exceeded expectations and revenue growth accelerated.

**Our estimates remain unchanged at $2.96 for 2018 (versus guidance of $2.93 to $3.00), $3.43 in 2019, and $3.95 in 2020.** For 2018 we estimate 14% revenue growth, to $1.01 billion (versus guidance of $1.002 billion to $1.012 billion) and adjusted EBITDA of $239 million (23.6% margin), versus guidance of $240 million to $245 million. For 2019 we project 9% revenue growth, to $1.106 billion, and 10% adjusted EBITDA growth, to $261 million (23.6% margin).

**For the June quarter we anticipate 11% revenue growth to $246 million (versus guidance of $249 million), 3% adjusted EBITDA growth to $51.7 million (versus guidance of $52 million), and adjusted EPS growth of 13% to $0.62 (in line with guidance).** Expenses related to new business initiatives (i.e., call center, supply chain, cards) are likely to pressure margins over the near term; however, 2018 guidance suggests approximately 100 basis points of margin expansion. In addition, we note year-over-year growth rates should moderate as Green Dot lapped the acquisition of UniRush (closed in late February 2017), which added an estimated $105 million of revenues in 2018.

**We believe Green Dot's integrated banking technology platform has expanded its target market beyond the legacy prepaid business and is attracting a younger and more affluent demographic.** Several companies, ranging from Square (SQ $72.08; Market Perform) to banks such as JPMorgan (JPM $114.31) and Citi (C $71.20), have introduced or will introduce digital banking apps. These apps generally target millennials and help offset the declining role of bank branches. Interestingly, JPMorgan is expanding its Finn service nationwide, and is offering new customers $100 to sign up and use the service. We note Square has highlighted that is has over 7 million users of its Cash App.

**Robert Napoli**  +1 312 364 8496
bnapoli@williamblair.com

**Cristopher Kennedy, CFA**  +1 312 364 8596
ckennedy@williamblair.com

**Brian Hogan**  +1 312 364 5256
bhogan@williamblair.com

Stock Rating: **Outperform**

Symbol: GDOT (NYSE)
Price: $82.15 (52-Wk.: $38.96-$83.47)
Market Value (M): $4,266
Dividend/Yield: $0.00/0.00%
Fiscal Year End: December

| | | 2017A | 2018E | 2019E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $1.00 | $1.40 | $1.51 |
| | Q2 | $0.55 | $0.62 | $0.77 |
| | Q3 | $0.34 | $0.50 | $0.59 |
| | Q4 | $0.29 | $0.45 | $0.54 |
| | FY | $2.21 | $2.96 | $3.43 |
| Sales (M) | Q1 | $253.0 | $315.0 | $345.0 |
| | Q2 | $222.5 | $246.3 | $276.9 |
| | Q3 | $201.6 | $219.9 | $236.6 |
| | Q4 | $213.0 | $230.9 | $247.5 |
| | FY | $890.1 | $1,012.2 | $1,106.0 |
| **Valuation** | | | | |
| FY P/E | | 37.1x | 27.8x | 24.0x |
| EV/Sales | | 3.6x | 3.1x | 2.9x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 51.9 |
| Float (M): | 46.8 |
| Avg. Daily Volume (90-day): | 362,131 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $16.11 |
| Return on Equity (TTM): | 15.2% |
| Enterprise Value (M): | $3,160 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

Green Dot is a leading provider of various services within the banking and fintech sectors.

**Please refer to important disclosures on pages 5 – 6. Analyst certification is on page 5.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

**Review of 2018 guidance.** Management anticipates 13% to 14% revenue growth to $1.002 billion to $1.012 billion, 17% to 19% adjusted EBITDA growth to $240 million to $245 million, and adjusted EPS of $2.93 to $3.00, and assumes a 25% tax rate in 2018.

**We believe The 2016 and 2017 Surveys of Consumer Payment Choice by the Federal Reserve depicts the shift to digital banking.** The survey included responses from 3,099 consumers. As outlined below 52.1% of consumers utilize mobile banks or online accounts for storing funds or making payments (up from 40.4% in 2015). This represents 25% growth over the last three years, and is a statistically significant change, according to the report.

### % Adoption Rates of Bank and Other Accounts

|  | 2015 | 2016 | 2017 |
|---|---|---|---|
| Checking account | 91% | 91% | 91% |
| Savings account | 73% | 72% | 73% |
| Nonbank payment accounts | 49% | 43% | 45% |
| Mobile apps or online accounts | 40% | 42% | 52% |

Source: Survey of Consumer Payment Choice, William Blair

**We understand the March-quarter was bolstered by the tax season, but we believe interest income will become a larger part of Green Dot's earnings over time as the BaaS initiatives grow.** High-margin interest income rose 89% year-over-year, to $5.3 million; we estimate Green Dot earned about 1.9% annualized on the $1.5 billion of interest-earning assets in the first quarter. We conservatively estimate interest income could increase to $27 million in 2018 and $30.5 million in 2019 (versus $11 million in 2017). Green Dot benefits from rising rates as it earns income on deposit and student loans but pays very little interest on those deposits at this time.

**We look for an update on the new use-case for MoneyPak, which is currently in the market; we believe the re-launch of MoneyPak has been strong.** Consistent with Green Dot's corporate strategy, we believe the new use case is related to services Green Dot already provides in a another area of the company, but we look for additional details. Recall that the original MoneyPak product generated about $50 million to $60 million of annual revenue, when it was discontinued in 2015 due to fraud problems. The new product has improved security and expanding functionality; MoneyPak essentially represents a deposit slip that allows users to send money to any card.

**Green Dot's focus on direct deposit customers represents a key strategy shift for the company; we believe about 50% of total customers use direct deposits, up substantially over the past few years.** Direct deposit customers extend the average life of a customer and drive interest income. Further, Green Dot has significantly increased its direct account originations through various websites, which has a much higher success in adding direct deposit customers and eliminates revenue sharing from in-store originated accounts. The company has various services to drive direct deposits, such as SimplyPaid, which started with Uber and accelerates payments to both W-2 and 1099 employees (booked in Processing/Settlement revenues). Management previously indicated that direct deposit (and potentially GoBank customers) can generate lifetime revenue of $400 (over 24 months); reload customers can generate $130 of lifetime revenue (over 9 months), while other cards generate $15.

**Growth of direct-to-consumer products has bolstered performance.** Green Dot has significantly increased its origination of new cardholders through direct or online marketing. The directly originated customer is more likely to use direct deposits and generates more attractive returns compared to accounts originated through Green Dot's vast retail partnership network.

**Despite growth of direct deposit customers, the reported average lifetime per card has remained steady for several years.** We believe new cards may not be fully incorporated into recent trends as the metric is based on analysis of active cards that were active 6-30 months before the balance sheet date. However, these trends should influence the statistics as Green Dot has previously disclosed that about 50%-66% of its cardholders are using the new products that were launched in the first half of 2016.

### GDOT Card Lifetime (Avg Months)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| GPR cards | 7M | 6M | 5M | 5M | 5M |
| Gift cards | 6M | 6M | 5M | 6M | 6M |

Source: Company reports and William Blair

**We look for additional clarity regarding the size and long-term economics of the BaaS initiatives (booked within the account services segment); management has previously cited a strong pipeline of new opportunities.** Green Dot BaaS clients include Apple (AAPL $193.79), Uber, Intuit (INTU $216.39; Outperform), Walmart (WMT $87.23), PayPal (PYPL $92.10; Outperform)

2 | Robert Napoli +1 312 364 8496

William Blair

OneMain, and Stash. The initiative appears to be pressuring near-term margins as the businesses ramp up and should clearly drive deposits and interest income, but the long-term economics of the business remain less clear, in our view.

- **Account Services**: This segment includes Branded Deposit Account programs, such as: Green Dot-branded GPR accounts, GoBank, open-loop gift card programs, affinity accounts, and Private Label Deposit Account Programs, primarily the Walmart MoneyCard program. This segment also includes Green Dot Direct, which includes direct-to-consumer programs (online sales), PayCard and wage disbursement services, and the BaaS initiatives.
- **Processing and Settlement Services**: This business consists of the Green Dot reload network, cash transfer activity (MoneyPak), processing services related to payroll cards, and the tax refund services (TPG) business.

**Green Dot Segments ($ in millions)**

|  | 2015 | 2016 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 2017 | 1Q18 |
|---|---|---|---|---|---|---|---|---|
| Account services revenue | $531.4 | $544.3 | $167.7 | $175.1 | $170.2 | $180.1 | $693.1 | $222.4 |
| Y/Y change |  | 2% | 16% | 30% | 33% | 33% | 27% | 33% |
| percent of total | 76% | 76% | 66% | 79% | 84% | 85% | 78% | 71% |
| Account services expense | $440.7 | $454.2 | $126.7 | $141.5 | $135.7 | $145.5 | $549.4 | $169.5 |
| Account services operating income | $90.7 | $90.1 | $41.0 | $33.6 | $34.5 | $34.7 | $143.7 | $52.9 |
| margin | 17% | 17% | 24% | 19% | 20% | 19% | 21% | 24% |
| Y/Y change |  | -1% | 58% | 67% | 50% | 66% | 60% | 29% |
| Processing & settlement services revenue | $195.0 | $203.6 | $93.7 | $55.1 | $39.1 | $40.6 | $228.4 | $101.9 |
| Y/Y change |  | 4% | 3% | 22% | 19% | 19% | 12% | 9% |
| percent of total | 28% | 28% | 37% | 25% | 19% | 19% | 26% | 32% |
| Processing & settlement services expense | $133.5 | $137.3 | $45.1 | $38.6 | $39.6 | $43.2 | $166.4 | $50.7 |
| Processing & settlement services operating income | $61.5 | $66.3 | $48.6 | $16.5 | -$0.5 | -$2.6 | $62.0 | $51.2 |
| margin | 32% | 33% | 52% | 30% | -1% | -6% | 27% | 50% |
| Y/Y change |  | 8% | -7% | 35% | -167% | -380% | -6% | 5% |
| Other/corporate revenues | -$31.7 | -$29.1 | -$8.4 | -$7.6 | -$7.6 | -$7.7 | -$31.4 | -$9.3 |
| Other/corporate expense | $61.2 | $64.0 | $19.8 | $22.2 | $13.3 | $20.7 | $76.0 | $18.5 |

Source: Company reports, William Blair

**Green Dot Corporation**

*William Blair*

Robert P. Napoli  (312) 364-8496
Brian D. Hogan  (312) 364-5256
Cris D. Kennedy (312) 364-8596

Fiscal Year End - December
(in $ millions, unless otherwise noted)

| 7/25/18 11:45 AM | 2013 | 2014 | 2015 | 2016 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 2017 | 1Q18 | 2Q18E | 3Q18E | 4Q18E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement:** | | | | | | | | | | | | | | | | |
| **Revenue:** | | | | | | | | | | | | | | | | |
| Card Revenue and other fees | 227.2 | 253.2 | 318.1 | 337.8 | 101.0 | 107.3 | 100.8 | 105.7 | 414.8 | 130.1 | 120.4 | 110.2 | 115.6 | 476.2 | 523.9 | 567.8 |
| Cash Transfer/Proc. Settlement | 183.4 | 179.3 | 113.8 | 116.6 | 90.7 | 51.7 | 36.7 | 38.4 | 217.4 | 100.2 | 56.2 | 40.4 | 41.0 | 237.8 | 249.7 | 264.8 |
| Interchange Revenue | 171.8 | 178.0 | 196.5 | 196.6 | 61.4 | 63.5 | 64.2 | 68.9 | 257.9 | 84.7 | 69.8 | 69.4 | 74.3 | 298.1 | 332.4 | 356.8 |
| Stock-Based Retailer Incentives | (8.7) | (8.9) | (2.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tax Products Group | | 0.0 | 68.8 | 67.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **GAAP Revenue** | **573.6** | **601.6** | **694.7** | **718.8** | **253.0** | **222.5** | **201.6** | **213.0** | **890.1** | **315.0** | **246.3** | **219.9** | **230.9** | **1,012.2** | **1,106.0** | **1,189.3** |
| Y/Y growth | 4% | 5% | 15% | 3% | 11% | 28% | 30% | 31% | 24% | 25% | 11% | 9% | 8% | 14% | 9% | 8% |
| organic | | | | | | | | | | 16% | | | | | | |
| **Adjusted Revenue** | **582.3** | **610.5** | **697.2** | **718.8** | **253.0** | **222.5** | **201.6** | **213.0** | **890.1** | **315.0** | **246.3** | **219.9** | **230.9** | **1,012.2** | **1,106.0** | **1,189.3** |
| Y/Y growth | 4% | 5% | 14% | 3% | 11% | 28% | 30% | 31% | 24% | 25% | 11% | 9% | 8% | 14% | 9% | 8% |
| *organic growth* | | | | | *6%* | *12%* | *12%* | *12%* | *10%* | | | | | | | |
| Compensation & Benefits Expense | 112.6 | 102.8 | 141.2 | 131.1 | 34.7 | 41.0 | 36.3 | 41.9 | 153.9 | 44.0 | 44.3 | 39.6 | 41.6 | 169.5 | 185.3 | 193.9 |
| Stock-Based Comp Expense | 14.7 | 20.3 | 27.0 | 28.3 | 6.5 | 9.9 | 11.0 | 13.4 | 40.7 | 10.5 | 10.5 | 10.5 | 10.5 | 41.9 | 41.9 | 41.9 |
| Sales & Marketing Expense | 218.4 | 235.2 | 230.4 | 249.1 | 71.7 | 70.1 | 65.6 | 73.1 | 280.6 | 92.0 | 78.8 | 73.0 | 87.5 | 331.3 | 363.7 | 390.8 |
| Processing Expenses | 89.9 | 79.1 | 102.1 | 107.6 | 40.9 | 44.8 | 34.0 | 41.3 | 161.0 | 48.4 | 49.3 | 37.4 | 39.3 | 174.3 | 188.5 | 200.3 |
| Other General & Administrative Expense | 61.9 | 68.2 | 72.8 | 76.9 | 22.5 | 20.0 | 25.4 | 23.2 | 91.0 | 26.6 | 22.2 | 26.4 | 23.1 | 98.2 | 106.5 | 112.1 |
| Depreciation & Amortization | 27.1 | 37.0 | 61.7 | 62.5 | 15.3 | 16.6 | 16.3 | 16.4 | 64.6 | 17.2 | 17.3 | 17.4 | 17.5 | 69.2 | 70.4 | 71.6 |
| Operating Expenses | 524.5 | 542.6 | 635.4 | 655.5 | 191.6 | 202.4 | 188.6 | 209.3 | 791.8 | 238.6 | 222.4 | 204.2 | 219.4 | 884.6 | 956.3 | 1,010.7 |
| **GAAP Operating Income** | **49.1** | **59.0** | **59.3** | **63.3** | **61.4** | **20.2** | **13.1** | **3.7** | **98.3** | **76.4** | **24.0** | **15.7** | **11.5** | **127.6** | **149.7** | **178.7** |
| Y/Y growth | -36% | 20% | 1% | 7% | 13% | 57% | -2625% | -205% | 55% | 24% | 19% | 212% | 9% | 30% | 17% | 19% |
| Operating Margin % | 8.6% | 9.8% | 8.5% | 8.8% | 24.3% | 9.1% | 6.5% | 1.7% | 11.0% | 24.2% | 9.7% | 7.1% | 5.0% | 12.6% | 13.5% | 15.0% |
| Adjusted EBITDA | $ 103.0 | $ 131.8 | $ 152.2 | $ 156.4 | $ 89.6 | $ 50.1 | $ 33.9 | $ 32.1 | $ 205.7 | $ 104.1 | $ 51.7 | $ 43.5 | $ 39.5 | $ 238.9 | $ 262.1 | $ 292.2 |
| Y/Y growth | -11% | 28% | 15% | 3% | 14% | 54% | 43% | 47% | 32% | 16% | 3% | 28% | 23% | 16% | 10% | 12% |
| Adjusted EBITDA Margin % | 17.7% | 21.6% | 21.8% | 21.8% | 35.4% | 22.5% | 16.8% | 15.1% | 23.1% | 33.1% | 21.0% | 19.8% | 17.1% | 23.6% | 23.7% | 24.6% |
| Interest income | | | | | 2.9 | 2.3 | 2.6 | 3.4 | 11.2 | 5.6 | 7.2 | 6.5 | 6.8 | 26.1 | 30.5 | 33.3 |
| Interest expense | | | | | (1.7) | (1.5) | (1.4) | (1.5) | (6.1) | (1.5) | (1.5) | (1.5) | (1.5) | (6.1) | (6.1) | (6.1) |
| Interest Expense/(Income)/Other income | (3.4) | (9.9) | 1.2 | 1.8 | 1.2 | 0.8 | 1.2 | 1.9 | 5.1 | 4.1 | 5.7 | 4.9 | 5.3 | 20.0 | 24.4 | 27.2 |
| **GAAP Pretax Income** | **52.5** | **68.9** | **58.1** | **61.6** | **62.6** | **21.0** | **14.3** | **5.6** | **103.4** | **80.5** | **29.7** | **20.6** | **16.8** | **147.6** | **174.1** | **205.9** |
| Pretax Margin % | 9.2% | 11.5% | 8.4% | 8.6% | 24.7% | 9.4% | 7.1% | 2.6% | 11.6% | 25.5% | 12.1% | 9.4% | 7.3% | 14.6% | 15.7% | 17.3% |
| Income Tax Expense | 18.5 | 26.2 | 19.7 | 20.0 | 21.8 | 1.7 | 0.7 | (6.6) | 17.6 | 10.4 | 7.4 | 5.2 | 4.2 | 27.2 | 43.5 | 51.5 |
| Tax Rate % | 35.2% | 38.0% | 33.9% | 32.4% | 34.9% | 8.2% | 4.6% | -117.5% | 17.0% | 13.0% | 25.0% | 25.0% | 25.0% | 18.4% | 25.0% | 25.0% |
| **GAAP Net Income** | **34.0** | **42.7** | **38.4** | **41.6** | **40.7** | **19.3** | **13.6** | **12.2** | **85.9** | **70.0** | **22.3** | **15.5** | **12.6** | **120.4** | **130.6** | **154.4** |
| Y/Y growth | -32% | 25% | -10% | 8% | 24% | 140% | 570% | -1009% | 106% | 72% | 16% | 14% | 3% | 40% | 8% | 18% |
| Allocation of earnings of preferred stock | | | (2.0) | (1.3) | - | | - | | | | | | | | | |
| **GAAP EPS** | **$0.76** | **$0.90** | **$0.72** | **$0.80** | **$0.78** | **$0.37** | **$0.26** | **$0.23** | **$1.65** | **$1.29** | **$0.41** | **$0.28** | **$0.23** | **$2.20** | **$2.41** | **$2.91** |
| Y/Y growth | -32% | 19% | -20% | 12% | 24% | 135% | 552% | -967% | 105% | 66% | 11% | 10% | 2% | 33% | 9% | 21% |
| Avg. Diluted Shares Outstanding | 44.8 | 47.4 | 53.4 | 51.7 | 52.5 | 52.5 | 52.9 | 54.2 | 51.9 | 54.2 | 54.7 | 54.8 | 54.9 | 54.7 | 54.3 | 53.1 |
| **Adjusted Net Income:** | | | | | | | | | | | | | | | | |
| GAAP Net Income | 34.0 | 42.7 | 38.4 | 41.6 | 40.7 | 19.3 | 13.6 | 12.2 | 85.9 | 70.0 | 22.3 | 15.5 | 12.6 | 120.4 | 130.6 | 154.4 |
| **Add-Backs (After-Tax):** | | | | | | | | | | | | | | | | |
| Retailer Incentives | 6.0 | 5.6 | 1.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Stock-Based Comp Expense | 9.7 | 12.7 | 25.0 | 28.3 | 6.5 | 9.9 | 11.0 | 13.4 | 40.7 | 10.5 | 7.9 | 7.9 | 7.9 | 34.1 | 31.5 | 31.5 |
| Amort of acqu. Intang | | | | | | | | | | | | | | | | |
| Other,. amort of intang & tax effect | 2.5 | 2.0 | 6.7 | 5.6 | 5.1 | (0.2) | (6.8) | (9.8) | (11.7) | (4.6) | 4.0 | 4.0 | 4.0 | 7.4 | 24.0 | 24.0 |
| **Adjusted Net Income** | **$ 52.2** | **$ 62.9** | **$ 71.9** | **$ 75.6** | **$ 52.4** | **$ 29.0** | **$ 17.8** | **$ 15.7** | **$ 114.9** | **$ 75.9** | **$ 34.1** | **$ 27.3** | **$ 24.5** | **$ 161.9** | **$ 186.1** | **$ 209.9** |
| Y/Y growth | -17% | 21% | 14% | 5% | 28% | 105% | 64% | 64% | 52% | 45% | 18% | 53% | 56% | 41% | 15% | 13% |
| **Adjusted EPS** | **$1.16** | **$1.33** | **$1.35** | **$1.46** | **$1.00** | **$0.55** | **$0.34** | **$0.29** | **$2.21** | **$1.40** | **$0.62** | **$0.50** | **$0.45** | **$2.96** | **$3.43** | **$3.95** |
| Y/Y growth | -18% | 14% | 1% | 9% | 28% | 101% | 60% | 56% | 51% | 40% | 13% | 48% | 54% | 34% | 16% | 15% |
| Unrestricted Net Cash per share | $ 7.5 | $ 3.9 | $ 4.6 | $ 3.3 | $ 2.5 | $ 1.9 | $ 1.0 | $ 0.8 | $ 0.9 | $ 2.5 | $ 3.3 | $ 3.8 | $ 4.1 | $ 4.1 | $ 4.6 | $ 5.6 |
| GAAP Net Income % Adjusted Net Income | 65% | 68% | 53% | 55% | 78% | 67% | 76% | 78% | 75% | 92% | 65% | 57% | 52% | 74% | 70% | 74% |
| Adjusted EPS ex stock comp expense add | $0.95 | $1.06 | $0.88 | $0.91 | $0.87 | $0.36 | $0.13 | $0.04 | $1.43 | $1.21 | $0.48 | $0.36 | $0.30 | $2.34 | $2.85 | $3.36 |
| | 14.6 | 12.8 | | | | | | | | | | | | | | |

https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosures.jsp&firmId=18877&companySymbol=GDOT

Case 2:19-cv-10701-FLA-E   Document 207-5   Filed 07/03/25   Page 5 of 7   Page ID #:8583

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of Green Dot Corporation.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Green Dot Corporation or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Green Dot Corporation.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Robert Napoli attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 25241.90
S&P 500: 2820.40
NASDAQ: 7840.77



**Green Dot Corporation Rating History as of 07/24/2018**
powered by: BlueMatrix

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of July 25, 2018):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 66 | Outperform (Buy) | 21 |
| Market Perform (Hold) | 32 | Market Perform (Hold) | 10 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

5 | Robert Napoli +1 312 364 8496

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2018, William Blair & Company, L.L.C. All rights reserved.