# EXHIBIT 54



## Equity Research
January 3, 2019

## Mark Palmer
(212) 588-6582
mpalmer@btig.com

## Giuliano Bologna
(212) 588-6583
gbologna@btig.com

| GDOT | $74.40 |
|---|---|
| 12 month target | $94.00 |
| **BUY** | |
| 52 week range | $55.87 - $92.84 |
| Market Cap (m) | $4,260 |

### Price Performance



Source: IDC

## Financials

# Green Dot Corporation

### Upgrading to Buy with $94 PT; Positive Prepaid Card Trends + Banking as a Service = Sustainable Growth

**We are upgrading Green Dot Corporation (GDOT) to Buy (from Hold) with a $94 price target** based on 23x the company's FY20E adjusted earnings per share of $4.09. We believe the recent pullback in GDOT shares amidst the broad market sell-off – the stock is down almost 20% from the 52-week high it achieved on November 8 versus the S&P 500's decline of 12.6% during that span – has created an attractive entry point for an evolving fintech story.

▶ GDOT appears to have sustainable momentum after beating the consensus revenue/EPS estimates in 12 straight quarters and posting double-digit or better year-over-year growth in non-GAAP EPS for nine straight quarters. Both streaks underline the consistent progress the company has made during the past few years in repositioning its core prepaid debit card business and the benefits it has accrued from the variety of programs and partnerships it has added.

▶ We believe GDOT's organic revenue growth will continue to be buoyed by its line of reloadable prepaid debit cards which we believe should be able to generate double-digit growth in active accounts and spending volume over at least the medium-term.

▶ With that said, we view much of GDOT's potential upside as stemming from its expanding roster of enterprise-level programs its Banking as a Service (BaaS) partnerships that already includes Apple Pay Cash Card (AAPL, Buy, $197 PT, Analyst: Walt Piecyk), Intuit's (INTU, Not Rated) TurboTax prepaid card, Uber's (Private) Instant Pay and PayPal's (PYPL, Buy, $95 PT) cash in and cash out money services at Walmart (WMT, Not Rated).

▶ The inherent operating leverage in GDOT's business model has become even more apparent in recent quarters as the company has continued to add scale.

▶ **Valuation:** Our $94 price target for GDOT is based on 23x the company's FY20E adjusted earnings per share of $4.09.

## Estimates

| | 1Q17 A | 2Q17 A | 3Q17 A | 4Q17 A | FY17 A | 1Q18 A | 2Q18 A | 3Q18 A | 4Q18 E | FY18 E | FY19 E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 253 | 223 | 202 | 213 | 890 | 315 | 258 | 231 | 227 | 1,031 | 1,142 |
| EBITDA (Adj.) | 90 | 50 | 34 | 32 | 206 | 104 | 58 | 45 | 41 | 248 | 286 |
| Diluted EPS (Adj.) | 1.00 | 0.55 | 0.34 | 0.29 | 2.16 | 1.40 | 0.74 | 0.59 | 0.46 | 3.17 | 3.56 |

Source: BTIG Estimates and Company Documents ($ in millions, except per share amount)

*Please Read: Important disclosures and analyst's certification appear in Appendix*

BTIG

- ► GDOT's adjusted EBITDA margin during 3Q18 expanded by 280bps versus the prior year period to 19.6% despite its ongoing investments in its new programs as well as new technology and infrastructure. The sustained double-digit revenue growth that we believe GDOT's BaaS platform will facilitate for years to come should drive yet more gains on the margin front.

- ► Given the tendency of some prepaid debit card holders to buy a card, use it once and then discard it, industry participants have for years sought to increase the number of their cardholders who have their pay deposited directly to their cards insofar as these customers are "stickier" and generate recurring revenue for the card issuer. One of the key elements driving GDOT's success in recent quarters has been an increase in direct deposit accounts; such accounts increased during 3Q18 by 13% year-over-year and accounted for 70% of the company's gross dollar volume (GDV) load during the quarter. We believe this trend bodes well for the consistency of GDOT's future revenues and earnings from its core business, which represented more than 80% of its 3Q18 revenues.

- ► Beyond GDOT's robust organic growth prospects, the company has also grown via acquisition, with the most prominent example being its 2017 purchase of UniRush. In what may prove to be a virtuous circle, the UniRush deal significantly boosted GDOT's free cash flow, providing it with ample dry powder to potentially make additional accretive acquisitions. Inasmuch as GDOT's leverage ratio was just 0.3x as of September 30 it has room to add debt if needed to fund new deals.

- ► In light of GDOT's rapid consolidated non-GAAP EPS growth (74% in 3Q18 versus the prior year period), attractive and expanding margins and track record of consistent outperformance we believe the stock merits at least the multiple we have assigned. We view the company's shares, which trade at 17.7x FY20E adjusted EPS, as deserving to trade in the same context as high-growth credit card networks Visa (V, Not Rated) and Mastercard (MA, Not Rated) that trade at 20.7x and 20.4x FY20E adjusted EPS and to high-growth payment companies such as PYPL and EVO Payments (EVOP, Buy, $31 PT) that trade at 23.6x and 25.6x FY20E adjusted EPS.

## Income Statement

| Green Dot - Operating Model | Dec-15 | Dec-16 | Dec-17 | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | Dec-19 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | Dec-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ millions | 2015A | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18E | 2018E | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 2019E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E |
| Total operating revenues | 694.7 | 718.8 | 890.2 | 315.0 | 258.3 | 230.6 | 227.4 | 1,031.3 | 347.9 | 286.0 | 255.7 | 252.2 | 1,141.8 | 380.7 | 314.4 | 282.0 | 278.3 | 1,255.4 |
| Total operating expenses | 635.4 | 655.5 | 791.8 | 238.6 | 231.2 | 235.7 | 222.6 | 928.0 | 256.0 | 248.0 | 252.5 | 238.9 | 995.4 | 277.4 | 268.7 | 273.5 | 258.9 | 1,078.5 |
| Operating income | 59.3 | 63.3 | 98.3 | 76.4 | 27.2 | -5.1 | 4.8 | 103.3 | 91.8 | 38.0 | 3.2 | 13.3 | 146.4 | 103.3 | 45.8 | 8.5 | 19.4 | 177.0 |
| Interest income | 4.7 | 7.4 | 11.2 | 5.6 | 5.8 | 6.2 | 7.7 | 25.3 | 6.4 | 6.7 | 7.1 | 8.9 | 29.1 | 7.7 | 7.7 | 8.1 | 10.2 | 33.7 |
| Interest expense | -5.9 | -9.1 | -6.1 | -1.5 | -1.6 | -1.4 | -1.4 | -5.9 | -1.7 | -1.7 | -1.7 | -1.7 | -6.8 | -1.9 | -1.9 | -1.9 | -1.9 | -7.7 |
| Income before income taxes | 58.1 | 61.6 | 103.5 | 80.5 | 31.3 | -0.3 | 11.1 | 122.6 | 96.6 | 43.0 | 8.6 | 20.5 | 168.6 | 109.1 | 51.5 | 14.7 | 27.7 | 203.0 |
| Income tax expense | 19.7 | 20.0 | 17.6 | 10.4 | 1.5 | -4.9 | 1.1 | 8.2 | 9.7 | 4.3 | 0.9 | 2.1 | 16.9 | 10.9 | 5.1 | 1.5 | 2.8 | 20.3 |
| Net income (loss) | 38.4 | 41.6 | 85.9 | 70.0 | 29.8 | 4.6 | 10.0 | 114.4 | 86.9 | 38.7 | 7.7 | 18.5 | 151.8 | 98.2 | 46.3 | 13.3 | 24.9 | 182.7 |
| Income attributable to preferred stock | -1.1 | -1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net income (loss) available to common stockholders | 39.5 | 42.9 | 85.9 | 70.0 | 29.8 | 4.6 | 10.0 | 114.4 | 86.9 | 38.7 | 7.7 | 18.5 | 151.8 | 98.2 | 46.3 | 13.3 | 24.9 | 182.7 |
| Diluted EPS - GAAP | $0.76 | $0.84 | $1.61 | $1.29 | $0.55 | $0.08 | $0.18 | $2.10 | $1.58 | $0.70 | $0.14 | $0.33 | $2.74 | $1.76 | $0.83 | $0.24 | $0.44 | $3.27 |
| Diluted EPS - Adjusted | $1.35 | $1.46 | $2.16 | $1.40 | $0.74 | $0.59 | $0.46 | $3.17 | $1.61 | $0.90 | $0.46 | $0.60 | $3.56 | $1.78 | $1.03 | $0.57 | $0.72 | $4.09 |
| Common shares | 51.3 | 49.5 | 50.5 | 51.4 | 52.1 | 52.6 | 53.0 | 52.3 | 53.1 | 53.2 | 53.4 | 53.5 | 53.3 | 53.6 | 53.8 | 53.9 | 54.0 | 53.8 |
| Diluted shares | 51.9 | 50.8 | 53.2 | 54.2 | 54.4 | 54.6 | 55.0 | 54.6 | 55.2 | 55.3 | 55.4 | 55.6 | 55.4 | 55.7 | 55.9 | 56.0 | 56.1 | 55.9 |
| Net income (loss) | 38.4 | 41.6 | 85.9 | 70.0 | 29.8 | 4.6 | 10.0 | 114.4 | 86.9 | 38.7 | 7.7 | 18.5 | 151.8 | 98.2 | 46.3 | 13.3 | 24.9 | 182.7 |
| Employee stock based compensation and related payroll taxes | 27.0 | 28.3 | 40.7 | 10.5 | 12.0 | 16.9 | 13.6 | 53.0 | 13.0 | 14.3 | 16.6 | 15.1 | 59.1 | 14.3 | 15.7 | 18.3 | 16.7 | 65.0 |
| Stock based retailer incentive comp | 2.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of acquired intangibles | 23.2 | 23.0 | 31.1 | 8.2 | 8.2 | 8.2 | 8.3 | 32.8 | 8.3 | 8.4 | 8.5 | 8.6 | 33.9 | 8.7 | 8.8 | 8.9 | 8.9 | 35.2 |
| Change in fair value of contingent consideration | -8.2 | -2.5 | -9.7 | 0.0 | 0.0 | 13.5 | 0.0 | 13.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Transaction costs | 1.3 | 0.1 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of deferred financing costs | 1.5 | 1.5 | 1.6 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 |
| Impairment charges | 5.9 | 0.1 | 1.3 | 0.0 | 0.2 | 0.2 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Extraordinary severance expenses | 0.0 | 1.7 | 2.2 | 0.1 | 0.8 | 0.8 | 0.0 | 1.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Incremental processor expenses | 0.0 | 0.0 | 2.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Legal settlment expenses | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other (income) expenses | 2.9 | 2.8 | -0.4 | 0.0 | 0.0 | 0.7 | 0.0 | 0.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Income tax effect | -22.4 | -21.2 | -46.5 | -13.4 | -11.3 | -13.0 | -7.2 | -44.9 | -19.9 | -12.2 | -7.7 | -9.1 | -48.9 | -22.2 | -13.9 | -9.1 | -10.7 | -55.9 |
| Non-GAAP net income | 72.2 | 75.6 | 114.9 | 75.9 | 40.1 | 32.2 | 25.1 | 173.2 | 88.8 | 49.6 | 25.6 | 33.5 | 197.4 | 99.3 | 57.3 | 31.7 | 40.3 | 228.7 |
| Non-GAAP EPS | $1.35 | $1.46 | $2.16 | $1.40 | $0.74 | $0.59 | $0.46 | $3.17 | $1.61 | $0.90 | $0.46 | $0.60 | $3.56 | $1.78 | $1.03 | $0.57 | $0.72 | $4.09 |
| GAAP income tax rate | 33.9% | 32.4% | 17.0% | 13.0% | 4.8% | 1529.1% | 10.0% | 6.7% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Non-GAAP income tax rate | 36.8% | 35.2% | 35.8% | 23.9% | 24.2% | 20.2% | 25.0% | 23.5% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| Diluted shares | 53.4 | 51.8 | 53.2 | 54.2 | 54.4 | 54.6 | 55.0 | 54.6 | 55.2 | 55.3 | 55.4 | 55.6 | 55.4 | 55.7 | 55.9 | 56.0 | 56.1 | 55.9 |
| Net income (loss) | 38.4 | 41.6 | 85.9 | 70.0 | 29.8 | 4.6 | 10.0 | 114.4 | 86.9 | 38.7 | 7.7 | 18.5 | 151.8 | 98.2 | 46.3 | 13.3 | 24.9 | 182.7 |
| Net interest income | 1.2 | 1.8 | -5.1 | -4.1 | -4.2 | -4.8 | -6.3 | -19.3 | -4.7 | -5.0 | -5.4 | -7.2 | -22.2 | -5.8 | -5.7 | -6.2 | -8.3 | -26.1 |
| Income tax expense | 19.7 | 20.0 | 17.6 | 10.4 | 1.5 | -4.9 | 1.1 | 8.2 | 9.7 | 4.3 | 0.9 | 2.1 | 16.9 | 10.9 | 5.1 | 1.5 | 2.8 | 20.3 |
| Depreciation and amortization of property plant and equipment | 38.5 | 39.5 | 33.5 | 8.9 | 9.3 | 9.9 | 9.7 | 37.8 | 13.9 | 11.4 | 10.9 | 10.7 | 46.9 | 15.2 | 12.6 | 12.0 | 11.8 | 51.6 |
| Employee stock-based compensation and related employer payroll taxes | 27.0 | 28.3 | 40.7 | 10.5 | 12.0 | 16.9 | 13.6 | 53.0 | 13.0 | 14.3 | 16.6 | 15.1 | 59.1 | 14.3 | 15.7 | 18.3 | 16.7 | 65.0 |
| Stock based retailer incentive compensation | 2.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of acquired intangibles | 23.2 | 23.0 | 31.1 | 8.2 | 8.2 | 8.2 | 8.3 | 32.8 | 8.3 | 8.4 | 8.5 | 8.6 | 33.9 | 8.7 | 8.8 | 8.9 | 8.9 | 35.2 |
| Change in fair value of contingent consideration | -8.2 | -2.5 | -9.7 | 0.0 | 0.0 | 13.5 | 0.0 | 13.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Transaction costs | 1.3 | 0.1 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Impairment charges | 5.9 | 0.1 | 1.3 | 0.0 | 0.2 | 0.2 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Extraordinary severance expenses | 0.0 | 1.7 | 2.2 | 0.1 | 0.8 | 0.8 | 0.0 | 1.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Incremental processor expenses | 0.0 | 0.0 | 2.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Legal settlement expense | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other (income) expenses | 2.6 | 2.8 | -0.4 | 0.0 | 0.0 | 0.7 | 5.0 | 5.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Adjusted EBITDA | 152.2 | 156.4 | 205.7 | 104.1 | 57.6 | 45.1 | 41.3 | 248.2 | 127.1 | 72.2 | 39.2 | 47.8 | 286.3 | 141.5 | 82.8 | 47.7 | 56.9 | 318.0 |
| *Adjusted EBITDA margin* | *21.9%* | *21.8%* | *23.1%* | *33.1%* | *22.3%* | *19.6%* | *18.2%* | *24.1%* | *36.6%* | *25.2%* | *15.3%* | *18.9%* | *25.1%* | *37.2%* | *26.3%* | *16.9%* | *20.4%* | *25.3%* |

*Source: BTIG Estimates and Company Documents*

## BTIG Covered Companies Mentioned in this Report

GREEN DOT CORPORATION (GDOT, Buy, $94.00 PT; Current Price: $74.40; Analyst: Mark.Palmer)
PAYPAL HOLDINGS, INC. (PYPL, Buy, $95.00 PT; Current Price: $82.09; Analyst: Mark.Palmer)
EVO PAYMENTS, INC. (EVOP, Buy, $31.00 PT; Current Price: $23.56; Analyst: Mark.Palmer)
APPLE, INC. (AAPL, Buy, $197.00 PT; Current Price: $142.19; Analyst: Walter.Piecyk)

# Appendix: Analyst Certification and Other Important Disclosures

## Analyst Certification

I, Mark Palmer, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

I, Giuliano Bologna, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

## Regulatory Disclosures

### Ratings Definitions

**BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:**

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

## Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months. **Stocks under coverage as of the end of the most recent calendar quarter (September 30, 2018): 298**

**Distribution of BTIG's Research Recommendations (as of September 30, 2018):**
**BUY: 58.4%; NEUTRAL: 38.3%; SELL: 3.4%**

**Distribution of BTIG's Investment Banking Services (as of September 30, 2018):**
**BUY: 28.2%; NEUTRAL: 10.5%; SELL: 0.00%**

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

## Company Valuation and Risk Disclosures

### Green Dot Corporation (GDOT, Buy, $94.00 PT)

**Valuation:** Our $94 price target for GDOT is based on 23x the company's FY20E adjusted earnings per share of $4.09.

**Risks:** The primary risks to achieving our rating and price target include customer concentration, contract renewals, competition within the prepaid card market, increased regulatory scrutiny and legislative action,

**BTIG**

slower-than-expected secular adoption of prepaid cards and the performance of the company's Banking as a Service products.



**Green Dot Corporation (GDOT)**
($)

*Note: Closing Price and Target Price have been adjusted for corporate actions.*

| Date | Closing Price ($) | Target Price ($) | Analyst | Rating |
|---|---|---|---|---|
| 04-Feb-13 | 14 | 19 | Mark Palmer | Buy |
| 11-Jun-13 | 19.05 | 23 | Mark Palmer | Buy |
| 31-Jul-13 | 23.28 | 26 | Mark Palmer | Buy |
| 27-Sep-13 | 26.42 | 31 | Mark Palmer | Buy |
| 01-May-14 | 17.63 | 29 | Mark Palmer | Buy |
| 01-Aug-14 | 19.70 | 31 | Mark Palmer | Buy |
| 30-Jan-15 | 15.25 | 28 | Mark Palmer | Buy |
| 05-Nov-15 | 19.17 | NA | Mark Palmer | Neutral |
| 16-Feb-16 | 19.62 | 23 | Mark Palmer | Buy |
| 18-Mar-16 | 23.17 | NA | Mark Palmer | Neutral |
| 08-Nov-17 | 64.25 | 65 | Mark Palmer | Buy |
| 21-Feb-18 | 60.29 | 70 | Mark Palmer | Buy |
| 18-Jun-18 | 78.40 | 70 | Mark Palmer | Neutral |
| 07-Nov-18 | 86.02 | N/A | Mark Palmer | Neutral |

## Company–Specific Regulatory Disclosures

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Green Dot Corporation (GDOT)

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.