# EXHIBIT 56

**EARNINGS RECAP**
February 20, 2019

# Green Dot Corporation (GDOT)


SUNTRUST ROBINSON HUMPHREY

# Innovation Momentum. Buy.

## Recent Selloff Seems to Reflect Normalization of Rev Growth

### What's Incremental To Our View

**We reiterate our Buy and lower our PT to $100 (16.8x C19E EBITDA), from $110. We slightly moderate our five-year FCF ROIC view while asserting Green Dot will deliver above-avg organic rev growth and margin expansion from improving economics in its legacy GPR business and a continued BaaS rev ramp. We view C19 guidance for 10% rev growth as conservative. While the co indicated long Enterprise BaaS sales cycles, we still expect new C19 wins. Our new C19 and C20 rev/EBITDA ests are $1,122m/$319m and $1,248m/$363m (Prior $1,122m/$304m and $1,249m/$341m. Street $1,147m/$284m and $1,257m/$322m)**

**GPR economics carry the day.** We are impressed GreenDot delivered ~10% C18 core GPR organic rev growth, which we est is ~80% of rev. This reflects better unit economics, in our opinion, as 40%+ of cards are now on direct deposit. This propelled ~4% rev/avg active card growth, a rate we believe GreenDot can sustain as it expands its TAM. To this end, the co announced new product innovation, aimed at younger users, which we contend will move it more into the mainstream. **Assuming BaaS accounts for a more modest 20% of C19 rev growth, this implies ~8% C19 core GPR segment rev growth. We view this as attainable.**

**BaaS strong, with modest upside.** Based on the foregoing core GPR assumption, we infer management's outlook for modestly slower C19 BaaS rev growth. While this may disappoint some, we contend GDOT's ~20% pullback from its 52-week high (SPX -5%), accounts for top-line moderation. **We still expect the co to announce new BaaS signings, and it unveiled an expanded Intuit (INTU, $235.97, NR) relationship on the call.** That said, it signaled a slower roll on new Enterprise signings. This could be due to greater competition, but we suspect it reflects product complexity. We contend the next-gen bOS offering, an open-API BaaS offering for smaller cos, could re-accelerate growth in C20 and beyond.

**Robust margin.** We are encouraged by the co's ~150bp C19 EBITDA margin expansion guidance, putting it above our model. We contend Green Dot is inherently scalable, and better-than-expected EBITDA is likely consistent with "just" 10% organic rev growth. **We expect the co to continue investing, and we expect much rev upside to be plowed back into new offerings.** It is our opinion shareholders would view such a trade-off favorably, and we contend the potential for sustainable low-double % organic rev growth and strong margin expansion supports a premium.

**Andrew W. Jeffrey, CFA**
415-217-6807
andrew.jeffrey@suntrust.com

**Oscar Turner**
415-249-7611
oscar.turner@suntrust.com

Jennifer Dugan, CFA
415-249-7653
jennifer.dugan@suntrust.com

**SEE PAGE 6 FOR REQUIRED DISCLOSURE INFORMATION**

## Buy

**Price Target: $100.00**
*Prior: $110.00*

| Δ Key Drivers | | |
|---|---|---|
| | To | From |
| C19 EBITDA % | 28.4% | 27.0% |
| *Good scale economies and ongoing investment* | | |
| C20 EBITDA % | 29.1% | 27.3% |

| | |
|---|---|
| Price (Feb. 20, 2019) | $74.67 |
| 52-Wk Range | $92.84-$60.29 |
| Market Cap ($M) | $4,095 |
| ADTV | 423,778 |
| Shares Out (M) | 54.8 |
| Short Interest Ratio/% Of Float | 3.2% |
| Dividend/Yield | $0.00/0.0% |
| TR to Target | 33.9% |
| Enterprise Value ($M) | $3,983.9 |

| | |
|---|---|
| Cash And Equivalents ($M) | $169.0 |
| Total Debt ($M) | $58.0 |
| Debt/TTM EBITDA | 0.2x |
| EV/EBITDA NTM | 12.5x |
| ROE | 20.6% |
| ROIC | 15.5% |
| Cash Per Share | $3.08 |
| FCF/Share | $3.68 |

| | 2018A | 2019E | | 2020E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **EPS** Adjusted | | | | | |
| 1Q | $1.40 | $1.39 | $1.42 | -- | |
| 2Q | $0.74 | $0.89 | $0.83 | -- | |
| 3Q | $0.59 | $0.71 | $0.62 | -- | |
| 4Q | $0.56 | $0.63 | $0.65 | -- | |
| FY | $3.28 | $3.62 | $3.52 | $4.11 | $4.01 |
| P/E | 22.8x | 20.6x | | 18.2x | |
| **Revenue ($M)** ProForma | | | | | |
| FY | $1,042 | $1,122 | $1,122 | $1,248 | $1,249 |
| EV/Sales | 3.8x | 3.6x | | 3.2x | |
| **EBITDA ($M)** | | | | | |
| FY | $251 | $319 | $304 | $363 | $341 |
| EV/ EBITDA | 15.9x | 12.5x | | 11.0x | |
| **Consensus** | | | | | |
| FY | $3.28 | $3.62 | | $4.22 | |
| FYE Dec | | | | | |

Case 2:19-cv-10701-FLA-E   Document 207-12   Filed 07/03/25   Page 3 of 10   Page ID #:8644



## Earnings Recap

| ($ Millions, except EPS) | Actual ($ Million) | STRH Estimate ($ Million) | Delta ($ Million) | % Delta | Street Consensus ($ Million) |
|---|---|---|---|---|---|
| Card revenue | $118.6 | $114.6 | $3.9 | 3% | $116.0 |
| Processing and settlement service | 44.1 | 44.8 | -0.8 | -2% | 44.0 |
| Interchange revenue | 75.2 | 77.3 | -2.1 | -3% | 77.0 |
| Total Revenue | 237.8 | 236.8 | 1.1 | 0% | 236.0 |
| EBITDA | 43.9 | 45.0 | -1.1 | -2% | 43.0 |
| EPS, Adjusted | $0.56 | $0.51 | $0.05 | 10% | $0.49 |
| Number of active cards (millions) | 5.34 | 5.62 | (0.28) | -5% | NA |
| Number of cash transfers (millions) | 10.9 | 10.5 | 0.36 | 3.4% | NA |
| Gross Dollar Volume ($ billions) | $9.809 | $9.69 | $0 | 1% | NA |

*Source: Company reports, SunTrust Robinson Humphrey and FactSet estimates*                     *Figures may not sum due to rounding*

## Green Dot Estimate Changes

**SunTrust Robinson Humphrey Estimates**

| ($ Millions, except EPS) | 2019 Prior Estimate | 2019 Updated Estimate | Delta | 2020 Prior Estimate | 2020 New Estimate | Delta |
|---|---|---|---|---|---|---|
| Total Revenue | $1,122 | $1,122 | ($0.4) | $1,249 | $1,248 | ($1.3) |
| Pro Forma Revenue | $1,122 | $1,122 | (0.4) | $1,249 | $1,248 | (1.3) |
| EBITDA | $304 | $319 | 15.2 | $341 | $363 | 22.5 |
| EPS, Adjusted | $3.52 | $3.62 | $0.10 | $4.01 | $4.11 | $0.10 |
| Number of active cards (millions) | 6.1 | 5.6 | (0.5) | 6.5 | 5.9 | (0.5) |
| Number of cash transfers (millions) | 43.3 | 45.3 | 2.0 | 45.5 | 48.5 | 3.0 |
| Gross Dollar Volume ($ billions) | $49 | $49 | 0.1 | $59 | $59 | 0.2 |

*Source: SunTrust Robinson Humphrey estimates*

**Wall Street Consensus Estimates**

| ($ Millions, except EPS) | 2019 Estimate | | 2020 Estimate |
|---|---|---|---|
| Total Revenue | $1,147 | | $1,257 |
| EBITDA | $284 | | $322 |
| Adjusted EPS | $3.62 | | $4.22 |

*Source: Factset*

### *Moderating our PT, but Still Plenty of Upside*

In taking down our PT, we note GDOT's recent relative weakness and apparently heightened concerns about the pending 2020 Walmart (WMT, $99.88, NR) re-negotiation. Although we are not concerned about this deal's potential risk to sustained organic rev and/or EBITDA growth, we note upside beyond our valuation objective may be limited until we gain clarity, or until such point the company materially exceeds initial 2019 guidance.

62

Case 2:19-cv-10701-FLA-E    Document 207-12    Filed 07/03/25    Page 4 of 10    Page ID #:8645



Our PT reflects a basic EV/EBITDA approach, which assumes GDOT will trade at roughly 16.8x our 2019 EBITDA estimate. This is above the shares' current 12.5x C19 valuation. Our continued view toward multiple expansion reflects an expectation of ongoing double-digit % organic revenue growth, modest margin expansion and growing franchise value underpinned by Platform momentum. We allow for ample investment to sustain long-term revenue and share growth.

We also arrive at our price target via a proprietary FCF ROIC approach. Specifically, we project GreenDot can: 1) compound revenue at an 11% five-year CAGR; 2) take FCF margin to 21%, from 18% this year; and 3) invested capital to decline at a -4.5% CAGR. These assumptions yield a 38% year-five ROIC, higher than our 30% 2019 estimate.

If we conservatively assume that investors will demand a 25% annual equity return (up from 22.5%), this yields $88/share of value in 12 months. We further project that the company will generate five-year annual average FCF of $301 million. Discounting this back at the same 25% rate yields $11/share. We assert that this methodology materially supports our $100 price target.




**Green Dot Corporation**
Condensed Annual & Quarterly Earnings Projections
($ in Thousands, Except Per-Share)

**Andrew W. Jeffrey, CFA  (415) 217-6807**
andrew.jeffrey@suntrust.com

Last Updated    2/20/2019
"Required Disclosures" are on the last tab of the workbook

| FY: December | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Card revenue | $337,821 | $414,775 | $130,060 | $120,783 | $113,474 | $118,564 | $482,881 | $131,907 | $134,471 | $117,959 | $118,739 | $503,076 | $548,645 |
| Processing and settlement service | 184,342 | 217,454 | 100,240 | 60,618 | 43,043 | 44,057 | 247,958 | 105,312 | 66,027 | 50,281 | 54,201 | 275,821 | 303,487 |
| Interchange revenue | 196,611 | 257,922 | 84,698 | 76,948 | 74,060 | 75,213 | 310,919 | 88,321 | 85,572 | 84,046 | 84,814 | 342,752 | 395,602 |
| Total Revenue | 718,774 | 890,151 | 314,998 | 258,349 | 230,577 | 237,834 | 1,041,758 | 325,540 | 286,070 | 252,286 | 257,754 | 1,121,650 | 1,247,734 |
| Contra Revenue ad costs | -674 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Pro Forma Revenue** | **719,448** | **890,151** | **314,998** | **258,349** | **230,577** | **237,834** | **1,041,758** | **325,540** | **286,070** | **252,286** | **257,754** | **1,121,650** | **1,247,734** |
| **Operating Expenses** | | | | | | | | | | | | | |
| Sales and marketing expenses | 249,096 | 280,561 | 91,968 | 82,478 | 72,745 | 79,142 | 326,333 | 101,798 | 88,628 | 76,673 | 84,814 | 351,913 | 386,939 |
| Compensation and benefits | 159,456 | 194,654 | 54,507 | 54,478 | 57,070 | 55,572 | 221,627 | 52,086 | 54,353 | 51,719 | 52,840 | 210,998 | 230,831 |
| Processing expenses | 107,556 | 161,011 | 48,425 | 46,363 | 43,654 | 42,718 | 181,160 | 45,576 | 45,771 | 41,627 | 45,107 | 178,081 | 193,399 |
| General and administrative | 139,350 | 155,601 | 43,718 | 47,849 | 62,193 | 52,280 | 206,040 | 43,134 | 51,493 | 54,242 | 48,973 | 197,841 | 218,353 |
| Total Operating Expenses | 655,458 | 791,827 | 238,618 | 231,168 | 235,662 | 229,712 | 935,160 | 242,594 | 240,245 | 224,261 | 231,733 | 938,833 | 1,029,522 |
| **Operating Income** | **63,316** | **98,324** | **76,380** | **27,181** | **(5,085)** | **8,122** | **106,598** | **82,946** | **45,824** | **28,025** | **26,020** | **182,816** | **218,212** |
| Income before income taxes | 61,561 | 103,458 | 80,464 | 31,344 | (320) | 12,329 | 123,817 | 81,581 | 44,883 | 26,946 | 24,951 | 178,361 | 213,510 |
| Income tax expense/(benefit) | 19,961 | 17,571 | 10,433 | 1,517 | (4,893) | (1,943) | 5,114 | 19,579 | 10,772 | 6,467 | 5,988 | 42,807 | 51,242 |
| Income tax rate | 32.4% | 17.0% | 13.0% | 4.8% | NM | NM | 4.1% | 24.0% | 24.0% | 24.0% | 24.0% | 24.0% | 24.0% |
| **EBITDA** | **156,355** | **205,727** | **104,130** | **57,575** | **45,115** | **43,881** | **250,701** | **113,984** | **78,348** | **65,570** | **60,834** | **318,736** | **363,314** |
| FCF, ex-working cap | 91,366 | 149,073 | 84,395 | 46,231 | 38,752 | 32,398 | 201,776 | 77,040 | 50,385 | 39,523 | 37,526 | 204,474 | 229,870 |
| **Adjusted Net Income** | **75,560** | **114,905** | **75,884** | **40,072** | **32,190** | **30,926** | **179,072** | **76,673** | **49,615** | **39,477** | **35,378** | **201,143** | **230,878** |
| Depreciation of property and equipment | 39,460 | 33,470 | 8,922 | 9,294 | 9,938 | 10,427 | 38,581 | 11,734 | 12,124 | 12,547 | 13,215 | 49,619 | 54,825 |
| Cap Ex., PP&E | 43,273 | 44,217 | 13,386 | 13,990 | 16,021 | 17,633 | 61,030 | 16,000 | 16,250 | 18,500 | 16,250 | 67,000 | 77,500 |
| Cap Ex., acquisition | 0 | 141,498 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **EPS, Adjusted** | **$1.46** | **$2.17** | **$1.40** | **$0.74** | **$0.59** | **$0.56** | **$3.28** | **$1.39** | **$0.89** | **$0.71** | **$0.63** | **$3.62** | **$4.11** |
| EBITDA per share | $3.02 | $3.88 | $1.92 | $1.06 | $0.83 | $0.80 | $4.60 | $2.07 | $1.41 | $1.18 | $1.09 | $5.73 | $6.47 |
| Weighted average shares outstanding, diluted | 51,738 | 53,018 | 54,234 | 54,390 | 54,615 | 54,840 | 54,520 | 55,140 | 55,440 | 55,740 | 56,040 | 55,590 | 56,165 |
| **MARGIN ANALYSIS** | | | | | | | | | | | | | |
| S&M as % of revenue | 34.6% | 31.5% | 29.2% | 31.9% | 31.5% | 33.3% | 31.3% | 31.3% | 31.0% | 30.4% | 32.9% | 31.4% | 31.0% |
| Comp & Bene's as % of revenue | 22.2% | 21.9% | 17.3% | 21.1% | 24.8% | 23.4% | 21.3% | 16.0% | 19.0% | 20.5% | 20.5% | 18.8% | 18.5% |
| Processing expense, as a % of interchange revenue | 14.9% | 18.1% | 15.4% | 17.9% | 18.9% | 18.0% | 17.4% | 14.0% | 16.0% | 16.5% | 17.5% | 15.9% | 15.5% |
| G&A as % of revenue | 19.4% | 17.5% | 13.9% | 18.5% | 27.0% | 22.0% | 19.8% | 13.3% | 18.0% | 21.5% | 19.0% | 17.6% | 17.5% |
| Total Operating Expenses, as a % of tot. revenue | 91.2% | 89.0% | 75.8% | 89.5% | 102.2% | 96.6% | 89.8% | 74.5% | 84.0% | 88.9% | 89.9% | 83.7% | 82.5% |
| **Operating Margin** | **8.8%** | **11.0%** | **24.2%** | **10.5%** | **(2.2%)** | **3.4%** | **10.2%** | **25.5%** | **16.0%** | **11.1%** | **10.1%** | **16.3%** | **17.5%** |
| **Adjusted Net Income Margin** | **10.5%** | **12.9%** | **24.1%** | **15.5%** | **14.0%** | **13.0%** | **17.2%** | **23.6%** | **17.3%** | **15.6%** | **13.7%** | **17.9%** | **18.5%** |
| **EBITDA Margin** | **21.7%** | **23.1%** | **33.1%** | **22.3%** | **19.6%** | **18.5%** | **24.1%** | **35.0%** | **27.4%** | **26.0%** | **23.6%** | **28.4%** | **29.1%** |
| **YEAR/YEAR % CHANGE** | | | | | | | | | | | | | |
| Card revenue | 6.2% | 22.8% | 28.8% | 12.5% | 12.6% | 12.2% | 16.4% | 1.4% | 11.3% | 4.0% | 0.1% | 4.2% | 9.1% |
| Cash transfer revenue | 0.9% | 18.0% | 10.5% | 17.3% | 17.3% | 14.7% | 14.0% | 5.1% | 8.9% | 16.8% | 23.0% | 11.2% | 10.0% |
| Interchange revenue | 0.0% | 31.2% | 38.0% | 21.1% | 15.4% | 9.2% | 20.5% | 4.3% | 11.2% | 13.5% | 12.8% | 10.2% | 15.4% |
| **Total Revenue** | **2.9%** | **23.7%** | **24.5%** | **16.1%** | **14.4%** | **11.7%** | **17.0%** | **3.3%** | **10.7%** | **9.4%** | **8.4%** | **7.7%** | **11.2%** |
| **Operating Expenses** | | | | | | | | | | | | | |
| Sales and marketing expenses | 8.1% | 12.6% | 28.3% | 17.6% | 10.9% | 8.2% | 16.3% | 10.7% | 7.5% | 5.4% | 7.2% | 7.8% | 10.0% |
| Compensation and benefits | (5.2%) | 22.1% | 32.2% | 7.1% | 20.7% | 0.5% | 13.9% | (4.4%) | (0.2%) | (9.4%) | (4.9%) | (4.8%) | 9.4% |
| Processing expenses | 5.3% | 49.7% | 18.3% | 3.6% | 28.3% | 3.5% | 12.5% | (5.9%) | (1.3%) | (4.6%) | 5.6% | (1.7%) | 8.6% |
| General and administrative | 3.6% | 11.7% | 15.7% | 30.8% | 49.2% | 32.2% | 32.4% | (1.3%) | 7.6% | (12.8%) | (6.3%) | (4.0%) | 10.4% |
| **Total Operating Expenses** | **3.2%** | **20.8%** | **24.5%** | **14.2%** | **25.0%** | **9.8%** | **18.1%** | **1.7%** | **3.9%** | **(4.8%)** | **0.9%** | **0.4%** | **9.7%** |
| **Operating Income** | **6.7%** | **55.3%** | **24.4%** | **34.6%** | **(139.0%)** | **119.2%** | **8.4%** | **8.6%** | **68.6%** | **(651.1%)** | **220.4%** | **71.5%** | **19.4%** |
| **Adj Net Income** | **5.0%** | **52.1%** | **44.9%** | **38.3%** | **80.4%** | **96.6%** | **55.8%** | **1.0%** | **23.8%** | **22.6%** | **14.4%** | **12.3%** | **14.8%** |
| **EBITDA** | **2.7%** | **31.6%** | **16.2%** | **15.0%** | **32.9%** | **36.7%** | **21.9%** | **9.5%** | **36.1%** | **45.3%** | **38.6%** | **27.1%** | **14.0%** |

Source: Company reports and SunTrust Robinson Humphrey estimates.

*64*





**Green Dot Corporation**
Condensed Annual & Quarterly Balance Sheet
($ in Thousands, Except Per-Share)

**Andrew W. Jeffrey, CFA  (415) 217-6807**
andrew.jeffrey@suntrust.com

Last Updated    2/20/2019

| FY: December | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19E | 2Q19E | 3Q19E | 4Q19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | |
| Unrestricted cash and cash equivalents | $791,447 | $1,021,984 | $1,370,620 | $1,133,694 | $1,053,122 | $1,115,178 | $1,115,178 | $1,451,378 | $1,240,504 | $1,235,090 | $1,280,817 | $1,280,817 | $1,386,156 |
| Settlement assets | 137,083 | 209,399 | 179,520 | 208,151 | 291,113 | 153,992 | 153,992 | 192,069 | 234,577 | 290,129 | 170,118 | 170,118 | 218,353 |
| Accounts receivable, net | 40,150 | 35,277 | 29,337 | 24,840 | 27,405 | 40,942 | 40,942 | 32,244 | 28,388 | 28,834 | 43,538 | 43,538 | 48,852 |
| Prepaid expenses and other current assets | 32,186 | 47,086 | 53,219 | 42,057 | 46,150 | 57,070 | 57,070 | 59,924 | 62,920 | 66,066 | 69,369 | 69,369 | 78,040 |
| Income taxes receivable | 12,570 | 7,459 | 0 | 0 | 5,071 | 8,772 | 8,772 | 8,772 | 8,772 | 8,772 | 8,772 | 8,772 | 8,772 |
| **Total current assets** | **1,013,436** | **1,321,205** | **1,632,696** | **1,408,742** | **1,422,861** | **1,375,954** | **1,375,954** | **1,744,386** | **1,575,161** | **1,628,891** | **1,572,613** | **1,572,613** | **1,740,173** |
| Prepaid expenses and other assets | 4,142 | 8,179 | 8,157 | 7,930 | 7,657 | 8,125 | 8,125 | 8,206 | 8,288 | 8,371 | 8,455 | 8,455 | 8,666 |
| Property and equipment, net | 82,621 | 97,282 | 100,358 | 104,716 | 110,205 | 120,269 | 120,269 | 121,235 | 122,331 | 125,540 | 126,097 | 126,097 | 140,549 |
| Deferred expenses | 27,354 | 46,868 | 40,960 | 37,596 | 36,616 | 50,431 | 50,431 | 50,935 | 51,445 | 51,959 | 52,479 | 52,479 | 53,791 |
| **Total Assets** | **1,740,344** | **2,197,531** | **2,488,985** | **2,300,979** | **2,344,060** | **2,287,118** | **2,287,118** | **2,646,504** | **2,468,571** | **2,515,913** | **2,450,796** | **2,450,796** | **2,594,493** |
| | | | | | | | | | | | | | |
| **Liabilities & Shareholders' Equity** | | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | $22,856 | $34,863 | $32,398 | $39,693 | $30,205 | $38,631 | $38,631 | $32,554 | $42,910 | $32,797 | $41,241 | $41,241 | $43,671 |
| Settlement obligations | 4,877 | 6,956 | 11,672 | 13,078 | 14,885 | 5,788 | 5,788 | 5,788 | 5,788 | 5,788 | 5,788 | 5,788 | 5,788 |
| Amounts due to card issuing banks for overdrawn accts | 1,211 | 1,371 | 1,239 | 1,819 | 2,274 | 1,681 | 1,681 | 1,723 | 1,766 | 1,810 | 1,856 | 1,856 | 1,948 |
| Other accrued liabilities | 906,849 | 1,261,837 | 1,468,786 | 1,251,936 | 1,287,996 | 1,197,855 | 1,197,855 | 1,505,506 | 1,283,234 | 1,320,196 | 1,227,801 | 1,227,801 | 1,258,496 |
| Note payable | 0 | 20,906 | 20,906 | 20,906 | 20,906 | 58,705 | 58,705 | 54,127 | 53,605 | 53,221 | 52,691 | 52,691 | 0 |
| Deferred revenue | 25,005 | 30,875 | 22,999 | 19,642 | 18,195 | 34,607 | 34,607 | 34,953 | 35,303 | 35,656 | 36,012 | 36,012 | 36,912 |
| Income tax payable | 0 | 74 | 2,818 | 49 | 68 | 67 | 67 | 68 | 68 | 69 | 70 | 70 | 71 |
| **Total Current Liabilities** | **960,798** | **1,356,882** | **1,560,818** | **1,347,123** | **1,374,529** | **1,337,334** | **1,337,334** | **1,634,718** | **1,422,674** | **1,449,537** | **1,365,458** | **1,365,458** | **1,346,887** |
| Long-term liabilities | 95,813 | 97,005 | 92,876 | 77,143 | 77,143 | 39,972 | 39,972 | 39,972 | 39,972 | 39,972 | 39,972 | 39,972 | 39,972 |
| Total shareholders' equity | 683,733 | 764,550 | 835,291 | 876,713 | 876,713 | 909,812 | 909,812 | 971,813 | 1,005,925 | 1,026,403 | 1,045,366 | 1,045,366 | 1,207,634 |
| **Total Liabilities & Shareholders' Equity** | **1,740,344** | **2,218,437** | **2,488,985** | **2,300,979** | **2,328,385** | **2,287,118** | **2,287,118** | **2,646,504** | **2,468,571** | **2,515,913** | **2,450,796** | **2,450,796** | **2,594,493** |
| | | | | | | | | | | | | | |
| **FCF ROIC** | **6.9%** | **8.3%** | **24.6%** | **12.8%** | **9.3%** | **8.9%** | **11.7%** | **21.3%** | **13.7%** | **10.1%** | **11.4%** | **14.5%** | **18.1%** |
| **Return On Average Assets** | **4.4%** | **5.8%** | **13.0%** | **6.7%** | **5.5%** | **5.3%** | **8.0%** | **12.4%** | **7.8%** | **6.3%** | **5.7%** | **8.5%** | **9.2%** |
| **Return On Average Equity** | **11.2%** | **15.9%** | **37.9%** | **18.7%** | **14.7%** | **13.8%** | **21.4%** | **32.6%** | **20.1%** | **15.5%** | **13.7%** | **20.6%** | **20.5%** |

Source: Company reports and SunTrust Robinson Humphrey estimates.

*65*

Case 2:19-cv-10701-FLA-E   Document 207-12   Filed 07/03/25   Page 7 of 10   Page ID #:8648



## Company Description

Green Dot Corporation is a leading provider of general purpose reloadable (GPR) debit cards. The company also owns and operates the Green Dot Network, a leading prepaid card reload network. Green Dot sells its cards and offers reload services at over 60,000 retail locations, including Walmart stores (WMT, $99.88, NR), Walgreens (WBA, $72.80, Hold, MacDonald), CVS (CVS, $64.22, Buy, MacDonald), Rite Aid (RAD, $0.77, NR), 7-Eleven (private), and others. Green Dot's products include Visa and MasterCard branded prepaid debit cards and the Green Dot MoneyPak.

## Investment Thesis

We view Green Dot as among the best-positioned companies to capitalize on the apparently large and rapidly growing General Purpose Reloadable (GPR) card market. While we had previously been guarded with respect to sustainable and scalable card growth, we believe the recently announced advisory agreement with Harvest is a game changer. Managing Director, Jeff Osher, will partner with GreenDot to drive new products and faster revenue growth at scale, in our opinion.

## Valuation and Risks

Our $100 12-month price target assumes that GDOT will trade at approximately 16.8x our 2019 EBITDA estimate. This would put the stock higher than its current 12.5x C19 multiple. We believe valuation expansion will accompany consistent double-digit % organic revenue growth, margin expansion, strong FCF growth and new customer wins. A higher multiple would reflect increasingly consistent results, in our opinion.

**Risks** to our more bullish outlook include: 1) difficulty integrating UniRush and driving payroll card adoption; 2) growing competition for merchandising space at major customers; 3) the need to invest heavily for new product growth; and 4) challenges scaling in-house processing infrastructure.

## Companies Mentioned in This Note

**CVS Health Corporation** (CVS, $64.22, Buy, David MacDonald)
**Walgreens Boots Alliance, Inc.** (WBA, $71.80, Hold, David MacDonald)
Walmart stores (WMT, $99.88, NR)
Rite Aid (RAD, $0.77, NR)
7-Eleven (private)
Intuit (INTU, $235.97, NR)

## Analyst Certification

I, Andrew W. Jeffrey , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.

SUNTRUST
ROBINSON HUMPHREY



**Rating and Price Target History for: Green Dot Corporation (GDOT-US) as of 02-20-2019**

Created by: BlueMatrix

## STRH Ratings System for Equity Securities

### Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

### The rating system effective as of Oct. 7, 2016:

### STRH Rating System for Equity Securities

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**
B = Buy
H = Hold

Case 2:19-cv-10701-FLA-E    Document 207-12    Filed 07/03/25    Page 9 of 10   Page ID #:8650



S = Sell
D = Drop Coverage
CS = Coverage Suspended
NR = Not Rated
I = Initiate Coverage
T = Transfer Coverage

**The prior rating system until Oct. 7, 2016:**

3 designations based on total returns* within a 12-month period**
· Buy – total return $\geq$ 15% (10% for low-Beta securities)***
· Reduce – total return $\leq$ negative 10% (5% for low Beta securities)
· Neutral – total return is within the bounds above
· NR – NOT RATED, STRH does not provide equity research coverage
· CS – Coverage Suspended
*Total return (price appreciation + dividends); **Price targets are within a 12-month period, unless otherwise noted; ***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average

SunTrust Robinson Humphrey ratings distribution (as of 02/20/2019):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 464 | 64.90% | Buy | 121 | 26.08% |
| Hold | 248 | 34.69% | Hold | 31 | 12.50% |
| Sell | 3 | 0.42% | Sell | 1 | 33.33% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY



SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2019. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070