EXHIBIT 57



**CRAIG-HALLUM**
CAPITAL GROUP LLC

**Bradley Berning**
Senior Research Analyst
612-334-6304
brad.berning@craig-hallum.com

**Carl Norberg**
Research Analyst
612-334-6326
carl.norberg@craig-hallum.com
www.craig-hallum.com

| Changes | Previous | Current |
|---|---|---|
| Rating: | -- | Buy |
| Fundamental Trend: | -- | Improving |
| Price Target: | -- | $115 |
| FY18A Rev M: | $1,019.8E | $1,024.0 |
| FY19E Rev M: | $1,128.2 | $1,128.1 |
| FY20E Rev M: | $1,212.4 | $1,224.6 |
| FY18A EPS: | $3.19E | $3.28 |
| FY19E EPS: | $3.60 | $3.65 |
| FY20E EPS: | $4.12 | $3.90 |

| Profile | | |
|---|---|---|
| Price: | | $74.67 |
| 52 Wk Range: | $59.81 | $93.00 |
| Avg Daily Vol: | | 646 |
| Shares Out M: | | 54.5 |
| Market Cap M: | | $4,071 |
| EV | | $3,560 |
| Insiders Own: | | 8% |
| Short Interest (M): | | 1.55 |
| BV/Sh: | | $16.36 |
| Net Cash/Sh: | | ($1.08) |
| Debt / Capital: | | 6% |
| Year Ends: | | Dec |

| Net Rev (M) | 2018A | 2019E | 2020E |
|---|---|---|---|
| Mar | $307 | $323 | $355 |
| Jun | $253 | $282 | $307 |
| Sep | $227 | $262 | $282 |
| Dec | $237 | $261 | $280 |
| FY | $1,024 | $1,128 | $1,225 |

| Adj. EPS | 2018A | 2019E | 2020E |
|---|---|---|---|
| Mar | $1.40 | $1.43 | $1.61 |
| Jun | $0.74 | $0.83 | $0.87 |
| Sep | $0.59 | $0.71 | $0.76 |
| Dec | $0.56 | $0.69 | $0.67 |
| FY | $3.28 | $3.65 | $3.90 |
| | | | |
| Adj. EBITDA | $251 | $318 | $347 |
| | | | |
| P/E | 22.7x | 20.5x | 19.1x |
| EV/EBITDA | 14.2x | 11.2x | 10.3x |
| EV/Revenue | 3.5x | 3.2x | 2.9x |

| Management | |
|---|---|
| CEO | Steven W. Streit |
| CFO | Mark L. Shifke |

February 21, 2019
Institutional Research

# Green Dot Corporation                                 BUY
(GDOT – $74.67)                          Price Target: $115.00

**Guide Better Than Feared, Positive Walmart Commentary, Vision & Investments Should Drive Continued Lead In Space & Long Term Moat.  Reiterate BUY Rating And $115 Price Target.**

*Green Dot is a leading provider of reloadable prepaid debit cards, cash reload processing services in the U.S., and Banking-as-a-Service.*

## OUR CALL

The tempered commentary on pace of BaaS signings (even with expanded Intuit relationship) does not spook us. We are Buyers of the stock, especially given the guide was better than feared (~10% Y/Y at the midpoint on apples to apples for the accounting change). Although, there was no "promised" Walmart renewal, the commentary, which emphasized the company's expanding shelf space and products should settle some stomachs in the near term.

This space is doing nothing but heating up as all players battle for digital deposits. Green Dot is clearly making the investment to lead innovation in the space and ensure a long-term moat. Taking a page from Apple's App Store vision, management expanded upon their plans to reach smaller Fintechs, SMBs, developers, entrepreneurs, etc. with their BOS (Banking Operating System) platform set to roll out in 2020. The BOS platform will leverage APIs allowing customers to build and create financial services products on their own. This vision is unlike any other player in the space and will likely benefit the most given the upfront investments.

**QTR: In-Line Revenue, Slight EBITDA Beat.**
- The lower Active card growth (~0.6% Y/Y Vs. Our 5.2% Est.) was a surprise but shouldn't be looked at as a negative given the driver relates to a higher mix of direct deposits and how the company counts the active cards in the quarter (direct deposit user uses card continuously vs. traditional which continuously buys new cards).  Direct deposit drives higher usage = higher Fee revenue per card which was up ~10% Y/Y.
- BaaS likely contributed ~50% of the company's growth (~300% CAGR since 2016) this year with the company announcing an expanded relationship with Intuit QuickBooks's ~3 mil. US SMBs for payroll.
- Continued retail expansion with emphasis on expanding products and shelf space with Walmart (new Tax Refund Reload on Walmart Money Card, expanding the Everyday Walmart card).

| | Q4 2018 | | | | Growth |
|---|---|---|---|---|---|
| | Guide | CH | Street | Actual | Y/Y | Change |
| GPV | NA | $9,554 | NA | $9,556 | 11.7% | - 0.9% |
| Purchase Volume | NA | $6,274 | NA | $6,198 | 9.8% | - 2.8% |
| *Take Rate* | *NA* | *1.16%* | *NA* | *1.21%* | *1.21%* | *NA* |
| **Total Revenue** | **$234- $238** | **$235.5** | **$236.4** | **$237.8** | **11.7%** | **- 2.7%** |
| **Adj. EBITDA** | **NA** | **$41.8** | **$42.9** | **$43.9** | **36.7%** | **NA** |
| Adj. EPS | NA | $0.47 | $0.49 | $0.56 | *NM* | *NA* |

**Outlook: In-Line Guide, Better Than Feared.**
- We modestly tweaked out 2019 estimates, raising EBITDA with no change to our non GAAP revenue. Additionally, we lowered our 2020 EPS to factor in a higher tax rate.
- We believe the guidance could prove to be very conservative given the high organic growth in BaaS programs, expansion of Payroll with Intuit, expanded retail shelf space and products with Walmart and the potential for new BaaS wins throughout the year.

| | Q1 2019 | | | | CY 2019 | | | |
|---|---|---|---|---|---|---|---|---|
| | *Previous* | | *New* | | *Previous* | | *New* | |
| | CH. | Street | CH. | Guide | CH. | Street | CH. | Guide |
| GPV | $12,897 | NA | $12,805 | | $44,492 | NA | $45,039 | NA |
| Payment Volume | $8,282 | NA | $8,119 | | $28,812 | NA | $30,530 | NA |
| *Take Rate* | *1.15%* | *NA* | *1.17%* | | *1.20%* | *0.00%* | *1.24%* | *NA* |
| **Adj. Revenue** | **$332.9** | **$341.0** | **$323.1** | **$323- $327** | **$1,128.2** | **$1,144.4** | **$1,128.1** | **$1,114- $1,134** |
| **Adj. EBITDA** | **$111.5** | **$114.7** | **$115.3** | **NA** | **$286.3** | **$284.3** | **$317.7** | **$315- $321** |
| **Adj. EPS** | **$1.39** | **$1.54** | **$1.43** | **NA** | **$3.60** | **$3.62** | **$3.65** | **$3.59- $3.67** |

**CRAIG-HALLUM**
CAPITAL GROUP LLC

**February 21, 2019**

## Quarterly Results

| Key Financial Items | Q4 17 | Street | Q4 2018 CH | Guide | Actual | Actual Vs. Street | CH | Comments |
|---|---|---|---|---|---|---|---|---|
| **GPV** | **$8,556** | **NA** | **$9,554** | | **$9,556** | | **0.0%** | Largely in-line. BaaS likely made up over half of the growth in Q4. |
| *Q/Q* | *8.9%* | | *8.0%* | | *8.0%* | | | |
| *Y/Y* | *50.6%* | | *11.7%* | | *11.7%* | | | |
| *Y/Y Growth Change* | *3.4%* | | *-0.9%* | | *-0.9%* | | | |
| Purchase Volume | $5,645 | NA | $6,274 | | $6,198 | | -1.2% | Largely in-line. Slight deceleration Y/Y from the tough comp relating to lapping BaaS program launches in 2017. |
| *Q/Q* | *8.4%* | | *7.0%* | | *5.7%* | | | |
| *Y/Y* | *40.7%* | | *11.2%* | | *9.8%* | | | |
| *Y/Y Growth Change* | *2.2%* | | *-1.5%* | | *-2.8%* | | | |
| **Take Rate** | **1.22%** | **NA** | **1.16%** | | **1.21%** | | **4.6%** | Better as we anticipated given the higher card usage and higher interchange rates with certain BaaS programs. |
| *Q/Q Change* | *-0.01%* | | *-0.10%* | | *-0.05%* | | | |
| *Y/Y Change* | *0.00%* | | *-0.06%* | | *-0.02%* | | | |
| *Incremental Take Rate* | *1.22%* | | *0.62%* | | *1.15%* | | | |
| **# Active Cards** | **5.26** | **NA** | **5.53** | | **5.29** | | **-4.4%** | Lower related to higher mix of direct deposit accounts which optically lowers the count of active cards. This shouldn't be a concern given the higher usage per card with direct deposit leading to Fee revenue per card growth of ~10% in Q4, flat Y/Y from Q3. |
| *Q/Q* | *0.6%* | | *3.0%* | | *-1.5%* | | | |
| *Y/Y* | *27.4%* | | *5.2%* | | *0.6%* | | | |
| *Y/Y Growth Change* | *-0.5%* | | *2.5%* | | *-2.1%* | | | |
| GDV Per Card | $1,627 | NA | $1,727 | | $1,806 | | 4.6% | |
| Purchase Vol. Per Card | $1,073 | NA | $1,134 | | $1,172 | | 3.3% | |
| **Card Revenues & Other Fees** | **$106** | **$116** | **$118** | | **$119** | **2.4%** | **0.4%** | In-line from higher mix of direct deposit which offset the number of active cards coming in lower than our estimate. |
| *Q/Q* | *4.9%* | *2.1%* | *4.0%* | | *4.5%* | | | |
| *Y/Y* | *28.4%* | *9.6%* | *11.7%* | | *12.2%* | | | |
| **Processing & Settlement Service Rev.** | **$38** | **$44.1** | **$45** | | **$44** | **-0.2%** | **-1.4%** | Largely in-line. |
| *Q/Q* | *4.7%* | *2.5%* | *3.9%* | | *2.4%* | | | |
| *Y/Y* | *21.8%* | *14.8%* | *16.3%* | | *14.7%* | | | |
| **Interchange Rev.** | **$69** | **$77.1** | **$73** | | **$75** | **-2.4%** | **3.3%** | Beat from better interchange take rate related to higher card usage and BaaS programs, some of which have a higher interchange rate. |
| *Q/Q* | *7.4%* | *4.1%* | *-1.7%* | | *1.6%* | | | |
| *Y/Y* | *40.9%* | *11.9%* | *5.7%* | | *9.2%* | | | |
| **Total Revenue** | **$213.0** | **$236.4** | **$235.5** | **$234-$238** | **$237.8** | **0.6%** | **1.0%** | Largely in-line. |
| *Q/Q* | *5.6%* | *2.5%* | *2.1%* | *1.5%-3.2%* | *3.1%* | | | |
| *Y/Y* | *30.9%* | *11.0%* | *10.6%* | *9.9%-11.7%* | *11.7%* | | | |
| *Y/Y Growth Change* | *0.4%* | | *-3.8%* | | *-2.7%* | | | |
| **Adjusted EBITDA** | **$32.1** | **$42.9** | **$41.8** | **NA** | **$43.9** | **2.3%** | **4.9%** | Slight beat from higher card usage and higher mix of direct deposit which flows through as higher margin. This is despite aggressive investments in the BaaS platform. |
| *Margin* | *15.1%* | *18.1%* | *17.8%* | | *18.5%* | | | |
| *Q/Q* | *NM* | *-4.9%* | *-7.2%* | | *-2.7%* | | | |
| *Y/Y* | *47.0%* | *33.6%* | *30.4%* | | *36.7%* | | | |
| **Adjusted EPS** | **$0.29** | **$0.49** | **$0.47** | **$0.45-$0.49** | **$0.56** | **14.4%** | **20.5%** | |
| *Y/Y* | | *69.9%* | *61.3%* | *55.0%-68.8%* | *NM* | | | |

**February 21, 2019**

| Key Financial Items | Previous Estimates | | | | New Estimates | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | Q1 2019 | | FY 2019 | | Q1 2019 | | FY 2019 | | |
| | CH | Street | CH | Street | CH | Guide | CH | Guide | |
| **GPV** | $12,897 | NA | $44,492 | NA | $12,805 | | $45,039 | | Only a minor tweak higher. |
| Q/Q | 35.0% | | | | 34.0% | | | | |
| Y/Y | 10.7% | | 13.2% | | 9.9% | | 14.6% | | |
| Y/Y Growth Change | | | | | | | | | |
| Purchase Volume | $8,282 | NA | $28,812 | NA | $8,119 | | $30,530 | | Tweaked higher as we expect larger growth given the higher card usage trends and contribution from BaaS programs. |
| Q/Q | 33.6% | | | | 31.0% | | | | |
| Y/Y | 11.3% | | 11.8% | | 9.1% | | 18.4% | | |
| Y/Y Growth Change | 1.5% | | -7.7% | | -0.7% | | -1.1% | | |
| **Take Rate** | **1.15%** | | **1.20%** | | **1.17%** | | **1.24%** | | Raising to reflect higher interchange rates from increased card usage and certain BaaS programs. |
| Q/Q Change | -0.06% | | | | -0.04% | | | | |
| Y/Y Change | 0.01% | | 0.00% | | 0.03% | | 0.03% | | |
| Incremental Take Rate | 1.25% | | 1.30% | | 1.52% | | 1.40% | | |
| **# Active Cards** | **6.26** | **NA** | **5.91** | **NA** | **6.03** | | **5.51** | | Lowering to assume higher mix of direct deposit. |
| Q/Q | 18.4% | | | | 14.1% | | | | |
| Y/Y | 5.1% | | 11.7% | | 1.2% | | 4.1% | | |
| Y/Y Growth Change | 4.5% | | 11.2% | | 0.7% | | 3.6% | | |
| GDV Per Card | $2,060 | NA | $7,528 | NA | $2,122 | | $8,177 | | |
| Purchase Vol. Per Card | $1,323 | NA | $4,875 | NA | $1,346 | | $5,543 | | |
| **Card Revenues & Other Fees** | **$131** | **$139.1** | **$519** | **$524.8** | **$133** | | **$527** | | Tweaked sligly higher. |
| Q/Q | 10.5% | 17.3% | | | 12.0% | | | | |
| Y/Y | 0.7% | 7.0% | 7.5% | 8.7% | 2.1% | | 9.2% | | |
| **Processing & Settlement Service Rev.** | **$113** | **$107.9** | **$276** | **$271.9** | **$112** | | **$276** | | No Change |
| Q/Q | 156.0% | 144.8% | | | 153.1% | | | | |
| Y/Y | 12.5% | 7.6% | 11.5% | 9.7% | 11.2% | | 11.5% | | |
| **Interchange Rev.** | **$95** | **$94.5** | **$347** | **$347.8** | **$95** | | **$377** | | Tweaked higher to assume higher interchange rates. |
| Q/Q | 26.6% | 25.6% | | | 26.3% | | | | |
| Y/Y | 12.5% | 11.6% | 11.6% | 11.9% | 12.2% | | 21.3% | | |
| **Non GAAP Revenue** | **$332.9** | **$341.0** | **$1,128.2** | **$1,144.4** | **$323.1** | **$323-$327** | **$1,128.1** | **$1,114-$1,134** | No Change to overall revenue. Assumed higher BaaS splits which offset higher interchange revenue. |
| Q/Q | 40.4% | 43.8% | | | 36.3% | | | | |
| Y/Y | 8.4% | 11.0% | 10.2% | 11.8% | 5.2% | | 10.2% | 8.8%-10.7% | |
| Y/Y Growth Change | -3.8% | | -5.5% | | -6.9% | | -5.5% | | |
| **Adjusted EBITDA** | **$111.5** | **$114.7** | **$286.3** | **$284.3** | **$115.3** | **NA** | **$317.7** | **$315-$321** | Raised largely due to the addition of Interest Income. |
| Margin | 33.5% | 33.6% | 25.4% | 24.8% | 35.7% | | 28.2% | | |
| Q/Q | NM | NM | | | NM | | | | |
| Y/Y | 7.1% | 10.2% | NM | NM | NM | | NM | 25.6%-28.0% | |
| **Adjusted EPS** | **$1.39** | **$1.54** | **$3.60** | **$3.62** | **$1.43** | **NA** | **$3.65** | **$3.59-$3.67** | |
| Y/Y | -0.8% | 9.7% | 9.5% | 10.3% | 2.0% | | 11.1% | 9.3%-11.7% | |

**Green Dot Corporation**
**Institutional Research**



CRAIG-HALLUM
CAPITAL GROUP LLC

**February 21, 2019**
**Institutional Research**

## STOCK OPPORTUNITY

We have a Buy rating on Green Dot with a $115 price target. We believe we are in the midst of an inflection point with Green Dot's successful transition to a BaaS platform, powering their accelerated growth, TAM penetration and margin expansion. Our $115 price target is based on 17.4x EV/ multiple on our 2019 adjusted EBITDA estimate of $318 million. This multiple is somewhat below where PayPal trades today. We see a lot of similarities with Green Dot and PayPal in that they are both democratizing financial services. However, with Green Dot's limited accelerated growth track record, smaller market cap and lower liquidity we believe a 17x EV/EBITDA multiple, a discount to PayPal, to be appropriate.

## RISKS

We believe and investment in Green Dot Corporation involves the following risks:

- Walmart made up ~38% of operating revenues in 2018. The loss of Walmart or any large retail distributor would impact the business.

- Their base of tax preparation partners is concentrated. Any partner loss could materially impact their business.

- Failure to integrate acquisitions could materially impact the business.

- Failure to detect fraudulent or other illegal activity involving their products could materially impact the business.

- Regulation. Green Dot is a bank holding company and any failure to comply with banking regulations could materially impact the business.

- Changes in rules or standards set by the payment networks could materially impact the business.

- A data or security breach could materially impact the business.



**February 21, 2019**

## Green Dot Corporation
*(In Millions)*

| Income Statement | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | Mar '18 | Jun '18 | Sep '18 | Dec '18 | FY 2018 | Mar '19E | Jun '19E | Sep '19E | Dec '19E | FY 2019E | FY 2020'E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Card Revenues & Other Fees | 224.7 | 227.2 | 253.2 | 318.1 | 337.8 | 414.8 | 130.1 | 120.8 | 113.5 | 118.6 | 482.9 | 132.8 | 133.6 | 130.5 | 130.4 | 527.3 | 565.6 |
| Processing & Settlement Service Revenues | 165.2 | 183.4 | 179.3 | 182.6 | 184.3 | 217.5 | 100.2 | 60.6 | 43.0 | 44.1 | 248.0 | 111.5 | 67.8 | 48.2 | 49.0 | 276.5 | 297.2 |
| Interchange Revenues | 164.6 | 171.8 | 178.0 | 196.5 | 196.6 | 257.9 | 84.7 | 76.9 | 74.1 | 75.2 | 310.9 | 95.0 | 94.1 | 94.2 | 93.9 | 377.2 | 421.6 |
| Stock-Based Retailer Incentive Compensation | (8.3) | (8.7) | (8.9) | (2.5) | | | | | | | | | | | | | |
| **Total Operating Revenues** | **546.3** | **573.6** | **601.6** | **694.7** | **718.8** | **890.2** | **315.0** | **258.3** | **230.6** | **237.8** | **1,041.8** | **339.3** | **295.5** | **272.9** | **273.3** | **1,180.9** | **1,284.4** |
| *Non-GAAP Revenue* | *554.5* | *582.3* | *610.5* | *699.2* | *718.8* | *885.4* | *307.1* | *252.7* | *227.1* | *237.0* | *1,024.0* | *323.1* | *282.1* | *261.6* | *261.3* | *1,128.1* | *1,224.6* |
| S&M | 209.9 | 218.4 | 235.2 | 230.4 | 249.1 | 280.6 | 92.0 | 82.5 | 72.7 | 79.1 | 326.3 | 101.1 | 93.1 | 85.9 | 90.2 | 370.3 | 397.9 |
| Compensation & Benefits Expenses | 114.9 | 127.3 | 123.1 | 168.2 | 159.5 | 194.7 | 54.5 | 54.5 | 57.1 | 55.6 | 221.6 | 57.7 | 62.1 | 66.0 | 63.4 | 249.2 | 266.5 |
| Processing Expenses | 77.4 | 89.9 | 79.1 | 102.1 | 107.6 | 161.0 | 48.4 | 46.4 | 43.7 | 42.7 | 181.2 | 53.8 | 53.8 | 46.5 | 50.2 | 204.2 | 231.1 |
| Other G&A | 71.9 | 89.0 | 105.2 | 134.6 | 139.4 | 155.6 | 43.7 | 47.8 | 62.2 | 52.3 | 206.0 | 47.5 | 53.2 | 54.6 | 47.5 | 202.8 | 219.6 |
| **Total Operating Expenses** | **474.1** | **524.5** | **542.6** | **635.4** | **655.5** | **791.8** | **238.6** | **231.2** | **235.7** | **229.7** | **935.2** | **260.1** | **262.1** | **253.0** | **251.3** | **1,026.5** | **1,115.2** |
| **Operating Income** | **72.1** | **49.1** | **59.0** | **59.3** | **63.3** | **98.3** | **76.4** | **27.2** | **(5.1)** | **8.1** | **106.6** | **79.2** | **33.4** | **19.8** | **22.0** | **154.4** | **169.3** |
| *Adjusted EBITDA* | *88.3* | *103.0* | *131.9* | *152.2* | *156.4* | *205.7* | *104.1* | *57.6* | *45.1* | *43.9* | *250.7* | *115.3* | *74.0* | *64.6* | *63.7* | *317.7* | *346.6* |
| Interest Income | 4.1 | 3.4 | 4.1 | 4.7 | 7.4 | 11.2 | 5.6 | 5.8 | 6.2 | 6.2 | 23.7 | 7.2 | 8.3 | 8.4 | 8.0 | 31.8 | 36.9 |
| Interest Expense | (0.1) | (0.1) | (1.3) | (5.9) | (9.1) | (6.1) | (1.5) | (1.6) | (1.4) | (1.9) | (6.5) | (1.4) | (1.3) | (1.2) | (1.1) | (5.1) | (3.4) |
| Other Income | | | 7.1 | | | | | | | | | | | | | | |
| EBT | 76.1 | 52.5 | 68.9 | 58.1 | 61.6 | 103.5 | 80.5 | 31.3 | (0.3) | 12.3 | 123.8 | 85.0 | 40.3 | 27.0 | 28.8 | 181.1 | 202.7 |
| Income Tax Expense | (28.9) | (18.5) | (26.2) | (19.7) | (20.0) | (17.6) | (10.4) | (1.5) | 4.9 | 1.9 | (5.1) | (11.0) | (2.4) | (1.4) | (1.4) | (16.3) | (26.4) |
| *Tax Rate* | *38.0%* | *35.2%* | *38.0%* | *33.9%* | *32.4%* | *17.0%* | *13.0%* | *4.8%* | *NM* | *NM* | *4.1%* | *13.0%* | *6.0%* | *5.0%* | *5.0%* | *9.0%* | *13.0%* |
| NI | 47.2 | 34.0 | 42.7 | 38.4 | 41.6 | 85.9 | 70.0 | 29.8 | 4.6 | 14.3 | 118.7 | 73.9 | 37.9 | 25.7 | 27.4 | 164.9 | 176.4 |
| NI Attributable To Preferred Stock | (7.6) | (5.4) | (4.8) | (1.1) | (0.8) | | | | | | | | | | | | |
| NI Available To Common Stockholders | 39.6 | 28.7 | 37.9 | 37.3 | 40.8 | 85.9 | 70.0 | 29.8 | 4.6 | 14.3 | 118.7 | 73.9 | 37.9 | 25.7 | 27.4 | 164.9 | 176.4 |
| Non GAAP NI | 60.2 | 51.4 | 63.9 | 71.9 | 75.6 | 114.9 | 75.9 | 40.1 | 32.2 | 30.9 | 179.1 | 78.7 | 46.2 | 39.4 | 38.4 | 202.7 | 218.9 |
| Basic EPS | 1.11 | 0.78 | 0.92 | 0.73 | 0.82 | | | | | | | | | | | | |
| Diluted EPS | 1.07 | 0.76 | 0.90 | 0.72 | 0.80 | 1.62 | 1.29 | 0.55 | 0.08 | 0.26 | 2.18 | 1.34 | 0.68 | 0.46 | 0.49 | 2.97 | 3.14 |
| **Non GAAP EPS** | **1.37** | **1.15** | **1.35** | **1.35** | **1.46** | **2.17** | **1.40** | **0.74** | **0.59** | **0.56** | **3.28** | **1.43** | **0.83** | **0.71** | **0.69** | **3.65** | **3.90** |
| Basic Shares | 34.5 | 35.9 | 40.9 | 51.3 | 49.5 | 50.5 | | | | | | | | | | | |
| Diluted Shares | 35.9 | 37.2 | 41.8 | 51.9 | 50.8 | 53.0 | 54.2 | 54.4 | 54.6 | 54.8 | 54.5 | 55.1 | 55.4 | 55.7 | 55.9 | 55.5 | 56.1 |
| *Assumed Conversion of Preferred/repurchased* | | | 5.6 | 1.5 | 1.0 | - | - | - | - | - | - | - | - | - | - | - | - |
| Non GAAP Diluted Shares | 44.1 | 44.8 | 47.4 | 53.4 | 51.8 | 53.0 | 54.2 | 54.4 | 54.6 | 54.8 | 54.5 | 55.1 | 55.4 | 55.7 | 55.9 | 55.5 | 56.1 |

**Green Dot Corporation**
**Institutional Research**

**Page 5 of 9**

*20*

**CRAIG-HALLUM**
CAPITAL GROUP LLC

**February 21, 2019**

| Y/Y Growth | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | Mar '18 | Jun '18 | Sep '18 | Dec '18 | FY 2018 | Mar '19E | Jun '19E | Sep '19E | Dec '19E | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Card Revenues & Other Fees | 7.3% | 1.1% | 11.4% | 25.6% | 6.2% | 22.8% | 28.8% | 12.5% | 12.6% | 12.2% | 16.4% | 2.1% | 10.6% | 15.0% | 10.0% | 9.2% | 7.3% |
| Processing & Settlement Service Revenues | 23.2% | 11.0% | -2.2% | 1.9% | 0.9% | 18.0% | 10.5% | 17.3% | 17.3% | 14.7% | 14.0% | 11.2% | 11.8% | 11.9% | 11.2% | 11.5% | 7.5% |
| Interchange Revenues | 16.6% | 4.4% | 3.7% | 10.4% | 0.0% | 31.2% | 38.0% | 21.1% | 15.4% | 9.2% | 20.5% | 12.2% | 22.3% | 27.2% | 24.8% | 21.3% | 11.8% |
| **Total Operating Revenues** | 16.9% | 5.0% | 4.9% | 15.5% | 3.5% | 23.8% | 24.5% | 16.1% | 14.4% | 11.7% | 17.0% | 7.7% | 14.4% | 18.3% | 14.9% | 13.4% | 8.8% |
| *Q/Q Change* | | | | | | | -6.35% | -8.42% | -1.72% | -2.70% | | -3.96% | 6.68% | 3.95% | -3.44% | | |
| *Y/Y Change* | | | | | -12.02% | 20.38% | 13.55% | -12.19% | -16.13% | -19.19% | -6.81% | -16.80% | -1.70% | 3.97% | 3.23% | -3.68% | -4.59% |
| **Non-GAAP Revenue** | | | | | | | 21.4% | 14.3% | 13.6% | 12.2% | 15.7% | 5.2% | 11.6% | 15.2% | 10.2% | 10.2% | 8.6% |
| *Q/Q Change* | | | | | | | 21.38% | -7.09% | -0.70% | -1.42% | | -6.94% | 6.37% | 3.60% | -4.97% | | |
| *Y/Y Change* | | | | | 0.00% | 0.00% | 21.38% | 14.29% | 13.59% | 12.17% | 15.65% | -16.16% | -2.69% | 1.61% | -1.94% | -5.48% | -1.61% |
| **Organic Revenue Growth** | | | | | 3.5% | | | | | | | | | | | | |
| S&M | 24.4% | 4.1% | 7.7% | -2.0% | 8.1% | 12.6% | 28.3% | 17.6% | 10.9% | 8.2% | 16.3% | 9.9% | 12.9% | 18.2% | 13.9% | 13.5% | 7.4% |
| Compensation & Benefits Expenses | 31.1% | 10.8% | -3.3% | 36.7% | -5.2% | 22.1% | 32.2% | 7.1% | 20.7% | 0.5% | 13.9% | 5.8% | 13.9% | 15.7% | 14.1% | 12.4% | 7.0% |
| **Processing Expenses** | 9.1% | 16.0% | -12.0% | 29.2% | 5.3% | 49.7% | 18.3% | 3.6% | 28.3% | 3.5% | 12.5% | 11.1% | 16.0% | 6.4% | 17.5% | 12.7% | 13.2% |
| Other G&A | 27.1% | 23.7% | 18.2% | 27.9% | 3.6% | 11.7% | 15.7% | 30.8% | 49.2% | 32.2% | 32.4% | 8.6% | 11.2% | -12.3% | -9.1% | -1.6% | 8.3% |
| **Total Operating Expenses** | 23.5% | 10.6% | 3.4% | 17.1% | 3.2% | 20.8% | 24.5% | 14.2% | 25.0% | 9.8% | 18.1% | 9.0% | 13.4% | 7.4% | 9.4% | 9.8% | 8.6% |
| **Operating Income** | -13.6% | -31.9% | 20.1% | 0.6% | 6.7% | 55.3% | 24.4% | 34.6% | -139.0% | 119.2% | 8.4% | 3.7% | 22.9% | -490.1% | 170.3% | 44.8% | 9.6% |
| **Adjusted EBITDA** | -12.4% | 16.7% | 28.1% | 15.4% | 2.7% | 31.6% | 16.2% | 15.0% | 32.9% | 36.7% | 21.9% | 10.8% | 28.6% | 43.2% | 45.1% | 26.7% | 9.1% |
| NI | -9.3% | -27.9% | 25.4% | -10.0% | 8.3% | 106.5% | 71.8% | 54.8% | -66.5% | 16.8% | 38.2% | 5.6% | 27.1% | 462.8% | 91.6% | 38.9% | 7.0% |
| **Non GAAP NI** | -13.2% | -14.6% | 24.3% | 12.5% | 5.0% | 52.1% | 44.9% | 38.3% | 80.4% | 96.6% | 55.9% | 3.6% | 15.4% | 22.3% | 24.3% | 13.2% | 8.0% |
| **GAAP Diluted EPS** | -55.0% | -29.0% | 18.4% | -20.1% | 11.7% | 101.7% | 66.3% | 49.3% | -67.6% | 15.4% | 34.4% | 3.9% | 24.8% | 452.2% | 87.8% | 36.4% | 5.9% |
| **Non GAAP Diluted EPS** | #DIV/0! | -16.1% | 17.6% | -0.2% | 8.4% | 48.5% | 40.3% | 33.4% | 74.8% | 94.3% | 51.6% | 2.0% | 13.3% | 20.0% | 21.8% | 11.1% | 6.9% |

| Margin Analysis | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | Mar '18 | Jun '18 | Sep '18 | Dec '18 | FY 2018 | Mar '19E | Jun '19E | Sep '19E | Dec '19E | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S&M | 38.4% | 38.1% | 39.1% | 33.2% | 34.7% | 31.5% | 29.2% | 31.9% | 31.5% | 33.3% | 31.3% | 29.8% | 31.5% | 31.5% | 33.0% | 31.4% | 31.0% |
| Compensation & Benefits Expenses | 21.0% | 22.2% | 20.5% | 24.2% | 22.2% | 21.9% | 17.3% | 21.1% | 24.8% | 23.4% | 21.3% | 17.0% | 21.0% | 23.2% | 23.2% | 21.1% | 20.8% |
| Processing Expenses | 14.2% | 15.7% | 13.1% | 14.7% | 15.0% | 18.1% | 15.4% | 17.9% | 18.9% | 18.0% | 17.4% | 15.9% | 18.2% | 17.0% | 18.4% | 17.3% | 18.0% |
| Processing Expenses (% of GPV) | 0.45% | 0.49% | 0.40% | 0.46% | 0.47% | 0.51% | 0.42% | 0.50% | 0.49% | 0.45% | 0.46% | 0.42% | 0.50% | 0.45% | 0.45% | 0.45% | 0.46% |
| Other G&A | 13.2% | 15.5% | 17.5% | 19.4% | 19.4% | 17.5% | 13.9% | 18.5% | 27.0% | 22.0% | 19.8% | 14.0% | 18.0% | 20.0% | 17.4% | 17.2% | 17.1% |
| **Total Operating Expenses** | 86.8% | 91.4% | 90.2% | 91.5% | 91.2% | 89.0% | 75.8% | 89.5% | 102.2% | 96.6% | 89.8% | 76.7% | 88.7% | 92.7% | 92.0% | 86.9% | 86.8% |
| **Operating Margin** | 13.2% | 8.6% | 9.8% | 8.5% | 8.8% | 11.0% | 24.2% | 10.5% | -2.2% | 3.4% | 10.2% | 23.3% | 11.3% | 7.3% | 8.0% | 13.1% | 13.2% |
| **Adjusted EBITDA Margin GAAP Revenue** | 16.2% | 18.0% | 21.9% | 21.9% | 21.8% | 23.1% | 33.1% | 22.3% | 19.6% | 18.5% | 24.1% | 34.0% | 25.1% | 23.7% | 23.3% | 26.9% | 27.0% |
| *Y/Y EBITDA Margin Expansion* | | | | 0.0% | -0.2% | 1.4% | -2.4% | -0.2% | 2.7% | 3.4% | 1.0% | 0.9% | 2.8% | 4.1% | 4.9% | 2.8% | 0.1% |
| **Adjusted EBITDA Margin Non GAAP Rev** | | | | | | 23.2% | 33.9% | 22.8% | 19.9% | 18.5% | 24.5% | 35.7% | 26.3% | 24.7% | 24.4% | 28.2% | 28.3% |
| *Y/Y EBITDA Margin Expansion* | | | | 0.0% | 0.0% | 23.2% | -1.5% | 0.1% | 2.9% | 3.3% | 1.2% | 1.8% | 3.5% | 4.8% | 5.9% | 3.7% | 0.1% |
| **GAAP NI Margin** | 7.3% | 5.0% | 6.3% | 5.4% | 5.7% | 9.6% | 22.2% | 11.5% | 2.0% | 6.0% | 11.4% | 21.8% | 12.8% | 9.4% | 10.0% | 14.0% | 13.7% |
| **Non GAAP NI Margin** | 11.0% | 9.0% | 10.6% | 10.4% | 10.5% | 12.9% | 24.1% | 15.5% | 14.0% | 13.0% | 17.2% | 23.2% | 15.6% | 14.4% | 14.1% | 17.2% | 17.0% |

| Revenue Mix | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | Mar '18 | Jun '18 | Sep '18 | Dec '18 | FY 2018 | Mar '19E | Jun '19E | Sep '19E | Dec '19E | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Card Revenues & Other Fees | 41.1% | 39.6% | 42.1% | 45.8% | 47.0% | 46.6% | 41.3% | 46.8% | 49.2% | 49.9% | 46.4% | 39.1% | 45.2% | 47.8% | 47.7% | 44.6% | 44.0% |
| Processing & Settlement Service Revenues | 30.2% | 32.0% | 29.8% | 26.3% | 25.6% | 24.4% | 31.8% | 23.5% | 18.7% | 18.5% | 23.8% | 32.9% | 22.9% | 17.7% | 17.9% | 23.4% | 23.1% |
| Interchange Revenues | 30.1% | 29.9% | 29.6% | 28.3% | 27.4% | 29.0% | 26.9% | 29.8% | 32.1% | 31.6% | 29.8% | 28.0% | 31.8% | 34.5% | 34.4% | 31.9% | 32.8% |
| % WalMart | | | 54.0% | 46.0% | 45.0% | 40.0% | 33.0% | 39.0% | 38.0% | 40.0% | 37.9% | 33.0% | 37.0% | 39.0% | 37.0% | 36.3% | 0.0% |

**CRAIG-HALLUM**
CAPITAL GROUP LLC

**February 21, 2019**

| Balance Sheet | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | Mar '18 | Jun '18 | Sep '18 | Dec '18 | FY 2018 | Mar '19E | Jun '19E | Sep '19E | Dec '19E | FY 2019'E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash And Cash Equivalents | 293.6 | 423.5 | 724.2 | 772.1 | 732.7 | 919.2 | 1,268.1 | 1,117.9 | 1,037.6 | 1,094.7 | 1,094.7 | 1,456.1 | 1,546.3 | 1,545.2 | 1,473.5 | 1,473.5 |
| Federal Funds Sold | 3.0 | | | | | | | | | | | | | | | |
| Restricted Cash | | - | 2.0 | 5.8 | 12.1 | 90.9 | 86.6 | 0.8 | 0.6 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Investment Securities Available-For-Sale, At Fair Value | 115.2 | 116.2 | 46.7 | 49.1 | 46.7 | 11.9 | 15.9 | 15.0 | 14.9 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Settlement Assets | 36.1 | 37.0 | 148.7 | 69.2 | 137.1 | 209.4 | 179.5 | 208.2 | 291.1 | 154.0 | 154.0 | 160.1 | 215.1 | 309.8 | 178.4 | 178.4 |
| Accounts Receivable, Net | 40.4 | 46.4 | 48.9 | 42.2 | 40.2 | 35.3 | 29.3 | 24.8 | 27.4 | 40.9 | 40.9 | 30.2 | 29.6 | 30.3 | 45.5 | 45.5 |
| Prepaid Expenses And Other Assets | 32.0 | 27.3 | 22.5 | 30.5 | 32.2 | 47.1 | 53.2 | 42.1 | 46.2 | 57.1 | 57.1 | 57.9 | 58.8 | 59.7 | 60.6 | 60.6 |
| Income Tax Receivable | 7.4 | 15.6 | 16.3 | 6.4 | 12.6 | 7.5 | - | | 5.1 | 8.8 | 8.8 | 8.8 | 8.8 | 8.8 | 8.8 | 8.8 |
| Net Deferred Tax Assets | 2.5 | | | | | | | | | | | | | | | |
| **Total Current Assets** | **530.2** | **666.0** | **1,009.2** | **975.3** | **1,013.4** | **1,321.2** | **1,632.7** | **1,408.7** | **1,422.9** | **1,376.0** | **1,376.0** | **1,733.5** | **1,879.0** | **1,974.2** | **1,787.3** | **1,787.3** |
| Restricted Cash | 0.6 | | | | | | | | | | | | | | | |
| Investment Securities, Available-For-Sale, At Fair Value | 68.5 | 82.6 | 73.8 | 132.4 | 161.7 | 141.6 | 132.7 | 176.0 | 208.9 | 181.2 | 181.2 | 181.2 | 181.2 | 181.2 | 181.2 | 181.2 |
| AR, Net | 10.9 | | | | | | | | | | | | | | | |
| Loans To Bank Customers, Net Of Allowance For Loan Loss | 7.6 | 6.9 | 6.6 | 6.3 | 6.1 | 18.6 | 19.7 | 21.6 | 21.9 | 21.4 | 21.4 | 21.7 | 22.0 | 22.3 | 22.7 | 22.7 |
| Prepaid Expenses And Other Assets | 1.5 | 1.1 | 6.0 | 6.4 | 4.1 | 8.2 | 8.2 | 7.9 | 7.7 | 8.1 | 8.1 | 8.2 | 8.4 | 8.5 | 8.6 | 8.6 |
| PP&E | 58.4 | 60.5 | 77.3 | 78.9 | 82.6 | 97.3 | 100.4 | 104.7 | 110.2 | 120.3 | 120.3 | 122.6 | 125.6 | 131.6 | 139.0 | 139.0 |
| Deferred Expenses | 12.5 | 15.4 | 17.3 | 14.5 | 16.6 | 21.8 | 14.6 | 9.3 | 8.0 | 21.2 | 21.2 | 21.5 | 21.8 | 22.2 | 22.5 | 22.5 |
| Net Deferred Tax Assets | 4.6 | 3.4 | 4.3 | 3.9 | 4.6 | 6.5 | 6.6 | 6.6 | 6.7 | 7.9 | 7.9 | 8.0 | 8.1 | 8.2 | 8.3 | 8.3 |
| Goodwill And Intangible Assets | 30.8 | 30.7 | 417.2 | 473.8 | 451.1 | 582.4 | 574.1 | 566.0 | 557.8 | 551.1 | 551.1 | 551.1 | 551.1 | 551.1 | 551.1 | 551.1 |
| **Total Assets** | **725.7** | **866.5** | **1,611.7** | **1,691.4** | **1,740.3** | **2,197.5** | **2,489.0** | **2,301.0** | **2,344.1** | **2,287.1** | **2,287.1** | **2,647.9** | **2,797.3** | **2,899.4** | **2,720.8** | **2,720.8** |
| AP | 31.4 | 34.9 | 36.4 | 37.2 | 22.9 | 34.9 | 32.4 | 39.7 | 30.2 | 38.6 | 38.6 | 39.0 | 39.4 | 39.8 | 40.2 | 40.2 |
| Deposits | 198.5 | 219.6 | 565.4 | 652.1 | 737.4 | 1,022.2 | 1,293.3 | 1,068.1 | 1,006.2 | 1,005.5 | 1,005.5 | 1,283.6 | 1,306.1 | 1,283.6 | 1,171.0 | 1,171.0 |
| Obligations To Customers | 46.2 | 65.4 | 98.1 | 61.3 | 46.0 | 95.4 | 69.9 | 75.3 | 144.3 | 58.4 | 58.4 | 59.2 | 60.1 | 61.0 | 62.0 | 62.0 |
| Settlement Obligations | 3.6 | 4.8 | 4.5 | 5.1 | 4.9 | 7.0 | 11.7 | 13.1 | 14.9 | 5.8 | 5.8 | 5.8 | 5.9 | 6.0 | 6.0 | 6.0 |
| Amounts Due To Card Issuing Banks For Overdrawn Accou | 50.7 | 49.9 | 1.2 | 1.1 | 1.2 | 1.4 | 1.2 | 1.8 | 2.3 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 |
| Other Accrued Liabilities | 29.5 | 35.9 | 79.1 | 87.6 | 102.4 | 123.4 | 105.6 | 108.6 | 137.5 | 134.0 | 134.0 | 140.3 | 226.7 | 323.2 | 227.3 | 227.3 |
| Deferred Revenue | 19.6 | 24.5 | 24.4 | 22.9 | 25.0 | 30.9 | 23.0 | 19.6 | 18.2 | 34.6 | 34.6 | 35.1 | 35.7 | 36.2 | 36.7 | 36.7 |
| Note Payable | | - | 21.0 | 21.0 | 21.0 | 20.9 | 20.9 | 20.9 | 20.9 | 58.7 | 58.7 | 58.7 | 58.7 | 58.7 | 58.7 | 58.7 |
| Income Tax Payable | | - | - | - | - | 0.1 | 2.8 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Net Deferred Tax Liabilities | | | | | | | | | | | | | | | | |
| **Total Current Liabilities** | **379.4** | **435.1** | **830.1** | **888.3** | **960.8** | **1,336.0** | **1,560.8** | **1,347.1** | **1,374.5** | **1,337.3** | **1,337.3** | **1,623.6** | **1,734.4** | **1,810.3** | **1,603.6** | **1,603.6** |
| Other Accured Liabilities | 18.6 | 34.4 | 31.5 | 37.9 | 12.3 | 30.5 | 31.6 | 21.1 | 27.0 | 30.9 | 30.9 | 31.4 | 31.9 | 32.3 | 32.8 | 32.8 |
| Note Payable | | - | 121.7 | 100.7 | 79.7 | 58.7 | 53.5 | 48.3 | 43.0 | - | - | - | - | - | - | - |
| Net Deferred Tax Liabilities | | - | 2.0 | 1.3 | 3.8 | 7.8 | 7.8 | 7.8 | 7.8 | 9.0 | 9.0 | 9.2 | 9.3 | 9.5 | 9.6 | 9.6 |
| **Total Liabilities** | **398.0** | **469.5** | **985.3** | **1,028.1** | **1,056.6** | **1,433.0** | **1,653.7** | **1,424.3** | **1,452.3** | **1,377.3** | **1,377.3** | **1,664.2** | **1,775.6** | **1,852.1** | **1,646.1** | **1,646.1** |
| Class A Redeemable Common Stock | | - | - | - | - | - | | | | | - | | | | | - |
| Convertible Series A Preferred Stock | 0.0 | 0.0 | 0.0 | 0.0 | - | - | | | | | - | | | | | - |
| Class A Common Stock | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Class B Convertible Common Stock | 0.0 | - | - | - | - | - | | | | | - | | | | | - |
| Treasury Stock At Cost | | - | - | - | - | - | | | | | - | | | | | - |
| Additional Paid-In Capital | 158.7 | 199.3 | 383.3 | 379.4 | 358.2 | 354.8 | 356.1 | 367.5 | 378.1 | 380.8 | 380.8 | 380.8 | 380.8 | 380.8 | 380.8 | 380.8 |
| Retained Earnings | 169.0 | 203.0 | 245.7 | 284.1 | 325.7 | 410.4 | 480.5 | 510.3 | 514.9 | 529.1 | 529.1 | 603.1 | 641.0 | 666.7 | 694.0 | 694.0 |
| Accumulated Other Comprehensive Income | 0.1 | (0.0) | (0.1) | (0.2) | (0.2) | (0.7) | (1.3) | (1.1) | (1.3) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) |
| **Total Stockholders Equity** | **327.8** | **402.2** | **629.0** | **663.3** | **683.7** | **764.6** | **835.3** | **876.7** | **891.7** | **909.8** | **909.8** | **983.7** | **1,021.7** | **1,047.3** | **1,074.7** | **1,074.7** |
| **Total Liabilities And Stockholders Equity** | **725.7** | **871.8** | **1,614.3** | **1,691.4** | **1,740.3** | **2,197.5** | **2,489.0** | **2,301.0** | **2,344.1** | **2,287.1** | **2,287.1** | **2,647.9** | **2,797.3** | **2,899.4** | **2,720.8** | **2,720.8** |

**Green Dot Corporation**
**Institutional Research**



**February 21, 2019**

| FCF | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | Mar '18 | Jun '18 | Sep '18 | Dec '18 | FY 2018 | Mar '19E | Jun '19E | Sep '19E | Dec '19E | FY 2019'E | FY 2020'E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Cash From Operations | 102 | 123 | 69 | 157 | 112 | 218 | 89 | 79 | 47 | 37 | 251 | 103 | 90 | 46 | 67 | 306 | 356 |
| CAPEX | (40) | (36) | (39) | (48) | (43) | (44) | (13) | (14) | (16) | (18) | (61) | (14) | (16) | (19) | (20) | (70) | (74) |
| **FCF** | 62 | 87 | 30 | 109 | 68 | 174 | 75 | 65 | 31 | 19 | 190 | 88 | 73 | 27 | 47 | 236 | 282 |
| Yield | | | | | | 4.3% | | | | | 4.7% | | | | | 5.8% | 6.9% |
| Margin | | | 5.0% | 15.7% | 9.5% | 19.6% | 24.0% | 25.1% | 13.3% | 8.1% | 18.2% | 26.1% | 24.8% | 9.9% | 17.0% | 20.0% | 21.9% |
| Q/Q | | | | | | | 74.8% | -14.1% | -52.8% | -36.9% | | 357.8% | -17.2% | -63.0% | 71.6% | | |
| Y/Y | | 40.9% | -65.6% | 264.4% | -37.3% | 155.2% | -9.1% | 63.0% | 273.7% | -55.3% | 9.1% | 17.2% | 13.0% | -11.5% | 140.7% | 24.3% | 19.3% |
| Interest Expense | 0.08 | 0.07 | 1.28 | 5.94 | 9.12 | 6.11 | 1.52 | 1.63 | 1.40 | 1.94 | 6.48 | 1.39 | 1.32 | 1.22 | 1.14 | 5.06 | 3.43 |
| **Unlevered FCF** | 62 | 87 | 31 | 115 | 77 | 180 | 77 | 66 | 32 | 21 | 197 | 90 | 75 | 28 | 48 | 241 | 285 |
| Yield | | | | | | | | | | | | | | | | | |
| Q/Q | | | | | | | 72.2% | -13.7% | -51.8% | -33.6% | | 322.4% | -17.0% | -62.0% | 68.3% | | |
| Y/Y | | 40.8% | -64.1% | 268.5% | -32.6% | 133.0% | -9.1% | 60.9% | 233.8% | -52.4% | 9.0% | 16.7% | 12.2% | -11.6% | 124.1% | 22.8% | 18.2% |



**February 21, 2019**

## REQUIRED DISCLOSURES



Initiate – October 5, 2017 – Rating: Buy – Price Target: $70
February 22, 2018 – Rating: Buy – Price Target: $75
May 10, 2018 – Rating: Buy – Price Target: $80
July 17, 2018 – Rating: Buy – Price Target: $95
November 8, 2018 – Rating: Buy – Price Target: $115

*Source: FactSet*

**Ratings definitions:**
**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**
**Improving** means growth rates of key business metrics are generally accelerating. **Stable** means growth rates of key business metrics are generally steady. **Mixed** means growth rates of some key business metrics are positive but others are negative. **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (12/31/2018)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 77% | 18% |
| Hold | 22% | 2% |
| Sell | 1% | 0% |
| Total | 100% | 14% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business. Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein. The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Brad Berning, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.