# EXHIBIT 58

# GUGGENHEIM

February 21, 2019

**Jeff Cantwell, CFA, Analyst**
jeffrey.cantwell@guggenheimpartners.com
212 823 6543

**Spencer Kennedy, Associate**
spencer.kennedy@guggenheimpartners.com
212 381 7586

## GDOT                   BUY

**Green Dot Corporation
Sector: Financial Technology**

## Estimate Changes

| | |
|---|---|
| Share Price | $74.67 |
| Price Target | $87.00 |
| *Prior* | *$91.00* |

| EPS ($) (FY DEC) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| **2018** | 1.40 | 0.74 | 0.59 | 0.56 | 3.29 |
| *Prior* | — | — | — | *0.51* | *3.24* |
| P/E | | | | | 22.7x |
| **2019** | 1.48E | 0.97E | 0.69E | 0.68E | 3.78E |
| *Prior* | *1.57E* | *0.93E* | *0.65E* | *0.69E* | *3.85E* |
| P/E | | | | | 19.8x |
| **2020** | 1.34E | 1.49E | 0.81E | 0.80E | 4.47E |
| *Prior* | *1.58E* | *1.30E* | *0.87E* | *0.83E* | *4.56E* |
| P/E | | | | | 16.7x |

| Street Est (FY DEC) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| **2018** | 1.40 | 0.74 | 0.59 | 0.56 | 3.29 |
| *Prior* | — | — | — | *0.49* | *3.21* |
| **2019** | 1.48E | 0.88E | 0.66E | 0.65E | 3.66E |
| *Prior* | *1.54E* | — | *0.60E* | *0.63E* | *3.63E* |
| **2020** | 1.59E | 1.06E | 0.78E | 0.79E | 4.18E |
| *Prior* | *1.72E* | *1.11E* | *0.68E* | *0.76E* | *4.22E* |

## Market Data & Valuation Multiples

| | |
|---|---|
| 52-Week Range | $59.81 - $93.00 |
| Shares Out (M) | 52.7 |
| Market Cap (M) | $3,935 |
| ADV (3 mo; 000) | 643 |

# GDOT: Conservative Guide And Ongoing Business Model Transition = Opportunity

**Key Message:** While we expect N-T reaction to management's 1Q and 2019 outlooks will be tepid, we would be buyers on the dip: we like GDOT's ongoing model transition (BaaS, bOS) and expect it will drive strong EPS expansion TTC; further, we think management's '19E guide left room for potential upside - similar to last year. We also thought management made a salient point on its active account metrics, which were below consensus expectations this quarter (1% growth): direct deposit customers are creating more robust, durable revenue streams for the company. Reducing our PT to $87 from $91, but we remain Buy-rated.

**High Level:** We think 1Q and possibly even 2Q will be bumpy for GDOT: tax-season impacts, ongoing explanations/discussions about growth in active accounts, pipeline, etc. However, we've seen model transitions like this before, and what we've found is that the N-T dynamics that are causing investor consternation eventually fade away, and are replaced with greater focus/appreciation for how the particular model transition - when it's done well, like we believe GDOT management is doing here - ultimately can (and does) produce more robust, durable revenue - and EPS streams for the company. In short, as revenue from short-term customers becomes less of GDOT's mix and contribution from its direct deposit - and BaaS-related revenue streams increases, we see a stronger company with a higher-quality financial profile emerging. We'd be buyers on the dip; we think the '19 guide will likely prove conservative, and we believe the long-tailed nature of GDOT's model transition will ultimately drive further share price appreciation.

**4Q Results:** Adjusted EPS ($0.56) beat our/consensus' forecasts ($0.51/$0.49) substantially, driven by continued strong revenue growth (+12% YoY) against a tough comp (4Q17 rev. +31% YoY). Active cards grew by 1% to 5.3M, below both our and consensus' expectations; however, the number of accounts receiving direct deposit grew by 10% YoY, showing continued strength, while purchase volume grew by 11% to a quarterly record of $6B. GDV increased by 18% YoY to $9.8B - the eighth consecutive quarter of double-digit GDV growth. Account Services revenue grew by 11% YoY, to $200M. Processing and Settlement Services revenue was $45M, +11% driven by increasing transactions and SimplyPaid disbursements; interchange revenue of $75M (+9% YoY) was slightly below our/consensus' $77M estimate. Adjusted EBITDA of $44M was 37% higher YoY, adjusted EBITDA margin of 18.4% expanded by 330bps YoY - strong performance considering the company continued to make investments into its BaaS initiatives. Operating cash flow of $251M grew by 15% YoY; GDOT's balance sheet remains strong, with $169M of unencumbered cash.

**FY19 Guidance:** '19 guidance: total non-GAAP operating revenue of between $1.114B-$1.134B (+10% at the midpoint); adjusted EBITDA within the range of $323M-$327M (+6% at the midpoint); non-GAAP EPS within the range of $3.59 to $3.67 (+10% at the midpoint).

**Reporting update:** Beginning in 1Q, GDOT's reported results will reflect changes that management feels better represent its current operations: non-GAAP revenue will include net interest income generated at Green Dot Bank, and will be reduced by commissions and certain processing-related costs associated with certain of its BaaS partner programs.

**Outlook: '19E EPS decreases by 2%, from $3.85 to $3.78 (15% YoY growth) and our '20E EPS is reduced similarly, from $4.56 to $4.47 (18% YoY growth).** Our updated model reflects the upcoming accounting changes as well as lower 'core' revenue as we are reducing our revenue outlook from active accounts versus our previous forecasts. We remain ahead of consensus EPS in both '19E and '20E.

**Valuation:** We are lowering our PT to $87 from $91, for 27% upside potential under our bull/bear EPS methodology. Our PT equates to 23x our '19E EPS (previous: 24x).

---

FINANCIAL TECHNOLOGY

**GREEN DOT CORPORATION**                                                    **February 21, 2019**

## GREEN DOT CORPORATION

*Updated 2019 EPS guidance:*

**Figure 1: Guidance**

| 2019 Guidance | Current Estimate |
|---|---|
| Non-GAAP Operating Revenues ($M) | $1,114-$1,134 |
| Adjusted EBITDA ($M) | $315-$321 |
| Depreciation and amortization ($M) | ($50) |
| Net interest income ($M) | ($3.0) |
| Non-GAAP pre-tax income ($M) | $262-$268 |
| Tax Impact ($M) | ($63)-($64) |
| Non-GAAP net income ($M) | $199-$204 |
| Diluted shares (M) | 55.5 |
| Non-GAAP EPS | $3.59-$3.67 |

*Source: Company Data, and Guggenheim Securities, LLC*

*Firmwide 4Q18 Results*: **GDOT reported 4Q18 adjusted EPS of $0.56 versus our/consensus' estimate of $0.51/$0.49.** Firmwide revenue grew 12% YoY to $238M, in-line with our estimate of $238M. Adjusted EBITDA increased 37% YoY to $44M, between our $47M and consensus' $43M.

**Figure 2: GDOT Key Forecasts**

| Key Forecasts | 4Q17 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | | |
|---|---|---|---|---|---|---|---|
| **Revenues ($M)** | Actual | Actual | Actual | Actual | Actual | Guggenheim | Consensus |
| Firmwide | 213 | 315 | 258 | 231 | **238** | **238** | **237** |
| *YoY Growth* | *31%* | *25%* | *16%* | *14%* | *12%* | *12%* | *11%* |
| *QoQ Growth* | *6%* | *48%* | *-18%* | *-11%* | *3%* | *3%* | *3%* |
| Card and Other fees | 106 | 130 | 121 | 113 | **119** | **118** | **116** |
| *YoY Growth* | *28%* | *29%* | *13%* | *13%* | *12%* | *12%* | *9%* |
| *QoQ Growth* | *5%* | *23%* | *-7%* | *-6%* | *4%* | *4%* | *2%* |
| Processing and Settlement | 41 | 102 | 62 | 44 | **45** | **43** | **44** |
| *YoY Growth* | *19%* | *9%* | *12%* | *13%* | *11%* | *6%* | *9%* |
| *QoQ Growth* | *4%* | *151%* | *-39%* | *-29%* | *2%* | *-2%* | *0%* |
| Interchange | 69 | 85 | 77 | 74 | **75** | **77** | **77** |
| *YoY Growth* | *41%* | *38%* | *21%* | *15%* | *9%* | *12%* | *12%* |
| *QoQ Growth* | *7%* | *23%* | *-9%* | *-4%* | *2%* | *4%* | *4%* |
| **Adjusted EBITDA ($M)** | | | | | | | |
| Firmwide | 32 | 104 | 58 | 45 | **44** | **47** | **43** |
| *YoY Growth* | *47%* | *13%* | *11%* | *23%* | *37%* | *48%* | *35%* |
| *QoQ Growth* | *-12%* | *225%* | *-44%* | *-22%* | *-2%* | *5%* | *-4%* |
| **Adjusted EPS ($)** | | | | | | | |
| Firmwide | 0.29 | 1.40 | 0.74 | 0.59 | **0.56** | **0.51** | **0.49** |
| *YoY Growth* | *56%* | *40%* | *33%* | *75%* | *93%* | *77%* | *70%* |
| *QoQ Growth* | *-14%* | *382%* | *-47%* | *-20%* | *-4%* | *-13%* | *-16%* |

*Source: FactSet, Company Data, and Guggenheim Securities, LLC Estimates*

FINANCIAL TECHNOLOGY

**GREEN DOT CORPORATION**                                                    **February 21, 2019**

*Our updated '19E/'20E Forecasts:* **Our '19E EPS decreases from $3.85 to $3.78, and our '20E EPS decreases from $4.56 to $4.47.** Our '19E/'20E EPS forecasts represent 15%/18% growth.

**Figure 3: GDOT Key Year-end Forecasts**

| Key Forecasts | Calendar Year | | | | Growth | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2017 | 2018 | 2019E | 2020E | '18 | '19E | '20E |
| Total Revenue | 890 | 1,042 | **1,190** | **1,334** | 17.0% | **14.2%** | **12.1%** |
| Consensus | 890 | 1,042 | 1,136 | 1,246 | 17.0% | 9.1% | 9.7% |
| Card Revenues | 415 | 483 | **553** | **621** | 16.4% | **14.6%** | **12.2%** |
| Consensus | 415 | 483 | 528 | 572 | 16.4% | 9.3% | 8.4% |
| Processing and Settlement Revenues | 217 | 248 | **281** | **314** | 14.0% | **13.1%** | **11.8%** |
| Consensus | 217 | 248 | 274 | 304 | 14.0% | 10.4% | 11.1% |
| Interchange Revenues | 258 | 311 | **356** | **400** | 20.5% | **14.6%** | **12.2%** |
| Consensus | 258 | 311 | 348 | 384 | 20.5% | 11.9% | 10.3% |
| Adjusted EBITDA | 217 | 274 | **314** | **370** | 26.6% | **14.6%** | **17.8%** |
| Consensus | 217 | 274 | 312 | 352 | 26.6% | 13.6% | 13.0% |
| Adjusted EPS | 2.16 | 3.29 | **3.78** | **4.47** | 52.2% | **14.9%** | **18.3%** |
| Consensus | 2.16 | 3.29 | 3.66 | 4.18 | 52.3% | 11.1% | 14.4% |

*Source: FactSet, Company Data, and Guggenheim Securities, LLC Estimates*

*Price Performance:*

### Figure 4 and Figure 5: Price performance and NTM P/E vs. S&P 500



*Source: FactSet and Guggenheim Securities, LLC*

*Relative Valuation:*

### Figure 6 and Figure 7: NTM P/E vs. S&P 500 and NTM P/E Spread vs. S&P500



*Source: FactSet and Guggenheim Securities, LLC*

Case 2:19-cv-10701-FLA-E    Document 207-14    Filed 07/03/25    Page 5 of 9    Page ID #:8666

FINANCIAL TECHNOLOGY

**GREEN DOT CORPORATION**                                                                **February 21, 2019**

## PRICE TARGET JUSTIFICATIONS AND RISKS

**Our price target decreases to $87 from $91.** Our $87 PT equates to ~23x (previously 24x) our '19E EPS of $3.78 – fair value for the stock, in our view, in the context of 15%/18% forecasted EPS growth in '19E/'20E. We remain Buy-rated on our view that GDOT will see robust top-line and bottom-line growth at rates that are above consensus' expectations.

### Bull/Bear Valuation Methodology

**Green Dot Corp.**

| Valuation | *2019E CASE* | *BEAR CASE* | *BULL CASE* | *2020E CASE* | *NORMALIZED* |
|---|---|---|---|---|---|
| | *Scenario Analysis* | | | | |
| **EPS** | $ 3.78 | $ 3.65 | $ 3.90 | $ 4.47 | $ 5.11 |
| Implied P/E | 22.0x | 17.0x | 23.0x | 21.0x | 20.0x |
| Implied Valuation | $83 | $62 | $90 | $94 | $102 |
| Scenario Weighting | 45.0% | 10.0% | 5.0% | 25.0% | 15.0% |
| **Price Target** | | | | $ | 87 |

*Source: FactSet and Guggenheim Securities, LLC Estimates*

**Valuation Methodology**
Our Bull/Bear valuation methodology is driven by our probability-weighted EPS scenarios.

**We see the following downside risks to our EPS forecasts, Price Target, and Rating:**
We believe the primary risks to our EPS outlook, price target, and rating is new or more stringent regulatory requirements around the prepaid card industry and the financial services industry more broadly. Other risks include the loss of a large retail distributor or a generalized downturn in economic conditions.

FINANCIAL TECHNOLOGY

| GREEN DOT CORPORATION | February 21, 2019 |

**ANALYST CERTIFICATION**

By issuing this research report, each Guggenheim Securities, LLC ("Guggenheim Securities") research analyst whose name appears in this report hereby certifies that (i) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

**IMPORTANT DISCLOSURES**

The research analyst(s) and research associate(s) have received compensation based upon various factors, including quality of research, investor client feedback, and Guggenheim Securities, LLC's overall revenue, which includes investment banking revenue.

Guggenheim Securities, LLC or its affiliates expect(s) to receive or intend(s) to seek compensation for investment banking services from Green Dot Corporation in the next 3 months.

Please refer to this website for company-specific disclosures referenced in this report: https://guggenheimsecurities.bluematrix.com/sellside/Disclosures.action. Disclosure information is also available from Compliance, 330 Madison Avenue, New York, NY 10017.



**Rating and Price Target History for: Green Dot Corporation (GDOT) as of 02-20-2019**

| 01/04/17 I:BUY:$28 | 02/22/17 BUY:$32 | 03/17/17 BUY:$38 | 05/09/17 BUY:$40 | 06/15/17 BUY:$48 | 11/07/17 BUY:$64 | 01/05/18 BUY:$72 | 02/26/18 BUY:$76 | 05/09/18 BUY:$78 | 08/08/18 BUY:$88 | 11/15/18 BUY:$91 |

Created by: BlueMatrix

**RATINGS EXPLANATION AND GUIDELINES**

**BUY (B)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period.

**NEUTRAL (N)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of between plus 10% and minus 10% within a 12-month period.

**SELL (S)** - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

**NR** - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Guggenheim Securities, LLC policies.

**CS** - Coverage Suspended. Guggenheim Securities, LLC has suspended coverage of this company.

**NC** - Not covered. Guggenheim Securities, LLC does not cover this company.

**Monitor -** Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Under Review (UR) -** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

Guggenheim Securities, LLC methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

Price targets are assigned for Buy- and Sell-rated stocks. Price targets for Neutral-rated stocks are provided at the discretion of the analyst.

FINANCIAL TECHNOLOGY

| GREEN DOT CORPORATION | February 21, 2019 |

**Equity Valuation and Risks**: For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at https://guggenheimlibrary.bluematrix.com/client/library.jsp, contact the primary analyst or your Guggenheim Securities, LLC representative, or email GSResearchDisclosures@guggenheimpartners.com.

## RATINGS DISTRIBUTIONS FOR GUGGENHEIM SECURITIES:

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. | |
| --- | --- | --- | --- | --- |
| | | | Count | Percent |
| BUY | 194 | 56.73% | 22 | 11.34% |
| NEUTRAL | 139 | 40.64% | 6 | 4.32% |
| SELL | 9 | 2.63% | 0 | 0.00% |

## OTHER DISCLOSURES

This research is for our clients and prospective clients only. Other than disclosures relating to Guggenheim Securities and its affiliates, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the research analyst's judgement. Guggenheim Securities conducts a full-service, integrated investment banking and brokerage business, and one or more of its affiliates conducts an investment management business. Guggenheim Securities is a member of SIPC (http://www.sipc.org). Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our employees trading for our own account that reflect opinions that are contrary to the opinions expressed in this research. Guggenheim Securities or certain of its affiliates conducts an investment management business, trades for its own account, and conducts an investment business, and may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research. We and our affiliates also may sell to or buy from customers on a principal basis the securities described herein. We and our affiliates also do business with, or that relates to, companies covered in Guggenheim Securities' research, and may have a position in the debt of the company or companies discussed herein.

This research is not an offer to sell or the solicitation of an offer to buy any security. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This communication does not constitute an offer of Shares to the public in the United Kingdom. No prospectus has been or will be approved in the United Kingdom in respect of the Securities. Consequently, this communication is directed only at (i) persons who are outside the United Kingdom or (ii) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"), (iii) high net worth entities falling within Article 49(2) of the Order (iv) and other persons to whom it may lawfully be communicated (all such persons together being referred to as "relevant persons"). Any investment activity to which this communication relates will only be available to, and will only be engaged with, relevant persons. Any person who is not a relevant person should not act or rely on this document or any of its contents.

## TACTICAL TRADING IDEA DISCLAIMER

Guggenheim Securities, LLC produces "Tactical Trade Ideas" that identify short-term, catalyst-driven trading opportunities impacting companies within the Firm's coverage universe. Tactical Trade Ideas may exist on companies in this report and may be contrary to the analyst's published rating.

Copyright © 2019 by Guggenheim Securities, LLC, ("Guggenheim") a FINRA registered broker-dealer. All rights reserved. The content of this report is based upon information obtained from sources that Guggenheim generally considers reliable, but Guggenheim makes no representations or warranties with respect to its accuracy, completeness, timeliness, suitability or otherwise, and assumes no responsibility to update it for subsequent events or knowledge. Guggenheim is not responsible for your use of this information.

# Guggenheim Securities Equity Research Team

## Consumer

**Automotive Retail**
Ali Faghri — 310.319.2562 — Ali.Faghri@guggenheimpartners.com

**Beverages & Food Producers**
Laurent Grandet — 212.372.6368 — Laurent.Grandet@guggenheimpartners.com

**Food Retailers; Consumables Retail/Distribution**
John Heinbockel — 212.381.4135 — John.Heinbockel@guggenheimpartners.com

**Hardlines Retail**
Steven Forbes, CFA — 212.381.4188 — Steven.Forbes@guggenheimpartners.com

**Restaurants**
Matthew DiFrisco — 212.823.6599 — Matthew.DiFrisco@guggenheimpartners.com

**Retailing/Department Stores and Specialty Softlines**
Robert Drbul — 212.823.6558 — Robert.Drbul@guggenheimpartners.com

## Energy & Power

**Exploration & Production**
Subash Chandra, CFA — 212.918.8771 — Subash.Chandra@guggenheimpartners.com

**Power, Utilities & Alternative Energy**
Shahriar Pourreza, CFA — 212.518.5862 — Shahriar.Pourreza@guggenheimpartners.com

## Healthcare

**Biotechnology**
Adnan Butt — 415.671.4386 — Adnan.Butt@guggenheimpartners.com
Whitney Ijem — 212.518.9778 — Whitney.Ijem@guggenheimpartners.com
Michael Schmidt, Ph.D. — 617.859.4636 — Michael.Schmidt@guggenheimpartners.com
Yatin Suneja — 212.518.9565 — Yatin.Suneja@guggenheimpartners.com

**Global Pharmaceuticals**
Seamus Fernandez — 617.859.4637 — Seamus.Fernandez@guggenheimpartners.com

**Medical Supplies & Devices**
Chris Pasquale — 212.518.9420 — Chris.Pasquale@guggenheimpartners.com

## Technology, Media & Telecom

**Communications Infrastructure; Telecom Services**
Robert Gutman — 212.518.9148 — Robert.Gutman@guggenheimpartners.com

**e-Leisure & Lodging**
Jake Fuller — 212.518.9013 — Jake.Fuller@guggenheimpartners.com

**Financial Technology**
Jeff Cantwell, CFA — 212.823.6543 — Jeffrey.Cantwell@guggenheimpartners.com

**Media & Entertainment**
Michael Morris, CFA — 804.253.8025 — Michael.Morris@guggenheimpartners.com
Curry Baker — 804.253.8029 — Curry.Baker@guggenheimpartners.com

**Software**
Nandan Amladi — 212.823.6597 — Nandan.Amladi@guggenheimpartners.com
Ken Wong, CFA — 415.852.6465 — Ken.Wong@guggenheimpartners.com
Imtiaz Koujalgi — 212 518 9398 — Imtiaz.Koujalgi@guggenheimpartners.com

**Telecom, Cable & Satellite Services**
Mike McCormack, CFA — 212.518.9774 — Mike.McCormack@guggenheimpartners.com

## Sales and Trading Offices

| | | | |
|---|---|---|---|
| New York | 212.292.4700 | San Francisco | 415.852.6451 |
| Boston | 617.859.4626 | Chicago | 312.357.0778 |

**GUGGENHEIM**