# EXHIBIT 61



## Equity Research
**May 9, 2019**

### Mark Palmer
(212) 588-6582
mpalmer@btig.com

### Giuliano Bologna
(212) 588-6583
gbologna@btig.com

## GDOT                     $63.27

## NEUTRAL

| | |
|---|---|
| 52 week range | $57.07 - $92.84 |
| Market Cap (m) | $3,441 |

**Price Performance**



*Source: IDC*

## Financials

# Green Dot Corporation

## Downgrading to Neutral (from Buy) After 1Q19 Report; FY19 Guidance Slashed to Reflect New Investments

**We are downgrading Green Dot Corporation (GDOT) to Neutral (from Buy)** and removing our price target after the company yesterday following the market close released a 1Q19 report in which it slashed its FY19 earnings and adjusted EBITDA guidance. Management attributed the reductions in large part to $60mm in new marketing investments while offering 2Q19 revenue guidance well below the consensus estimate. GDOT shares plunged during extended trading, but given the abrupt and disconcerting shift in management's outlook, which created significant uncertainty, we would not be inclined to chase the stock even at the newly lower levels.

▸ While GDOT posted a solid 1Q19 top- and bottom-line beat and announced several new partners for its Banking-as-a-Service (BaaS) platform, the company also significantly reduced its FY19 adjusted EPS and adjusted EBITDA guidance to reflect $60mm in new planned investments in marketing in particular.

▸ As a consequence, GDOT cut its guidance for FY19 adjusted EPS from a range of $3.59 to $3.67 to a range of $2.82 to $2.91. The company also guided to FY19 non-GAAP operating revenues in a range of $1.114bn to $1.134bn, while the midpoint of its prior FY19 GAAP revenue guidance had a midpoint of $1.148bn.

▸ Meanwhile, GDOT's new FY19 adjusted EBITDA guidance was for a range of $255mm to $261mm, well below its prior guidance of $315mm and $321mm.

▸ Management said the decision to push forward with the $60mm investment had been the result of conversations they had had about GDOT's identity: was it truly a growth company or had it become simply a cash generator? They decided that the former was indeed the case but that additional investments in marketing in particular would be required to jumpstart its growth.

▸ **Valuation:** Based on our valuation analysis of GDOT, we believe its shares will remain within +/- 15% of current levels over the next 12 months. BTIG does not assign price targets to Neutral-rated stocks.

## Estimates

| | 1Q18 A | 2Q18 A | 3Q18 A | 4Q18 A | FY18 A | 1Q19 A | 2Q19 E | 3Q19 E | 4Q19 E | FY19 E | FY20 E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 307 | 253 | 228 | 236 | 1,024 | 326 | 260 | 261 | 275 | 1,121 | 1,218 |
| EBITDA (Adj.) | 110 | 63 | 51 | 50 | 274 | 119 | 42 | 38 | 59 | 257 | 325 |
| Diluted EPS (Adj.) | 1.40 | 0.74 | 0.59 | 0.56 | 3.29 | 1.51 | 0.40 | 0.34 | 0.62 | 2.87 | 3.67 |

*Source: BTIG Estimates and Company Documents ($ in millions, except per share amount)*

*Please Read: Important disclosures and analyst's certification appear in Appendix*

**BTIG**

BTIG LLC

▶ Management said they believed the $60mm investment could translate into over 1mm incremental active accounts that could generate incremental lifetime revenue of approximately $200mm to $300mm at a contribution margin of about 50%.

▶ Also concerning was GDOT's 2Q19 revenue guidance for total operating revenue of $261mm, representing growth of just 3% versus the prior year period, which was well short of the consensus estimate of $285mm and our estimate of $296mm.

▶ Management said they had seen erosion in GDOT's non-direct deposit active accounts. These include the company's brick-and-mortar retail channel and, to a lesser extent, its Rush card and digital direct brands. While such customers are not nearly as attractive as those who load their cards through direct deposit of their paychecks, they nevertheless generate revenue for that company at what management characterized as "better than average" contribution margins.

▶ At the same time, GDOT announced multiple new signings in its banking-as-a-service (BaaS) segment. CEO Steve Streit, who during the company's 4Q18 conference call had indicated that the pace of BaaS signings had not been fast enough, and then walked back those remarks following a negative reaction from GDOT shares, touted the accomplishments of the company's BaaS sales staff during the quarter.

▶ GDOT announced that during 1Q19 it had signed up for its BaaS program firms including Ezcorp, Security Finance, Scratchpay and Wealthfront. Management added that the company had a strong pipeline of BaaS deals including one potentially very large enterprise-size partnership that is currently in the contract stage.

▶ Essentially lost amidst GDOT's revised forecast and its myriad other shifts and changes was its 1Q19 adjusted EPS beat, its 14th consecutive quarter of outperformance. The company posted non-GAAP adjusted EPS of $1.51, outpacing the consensus estimate of $1.43 and our estimate of $1.48.

▶ Meanwhile, GDOT during 1Q19 reported adjusted EBITDA of $119mm, exceeding the consensus estimate of $115mm while trailing our estimate of $122mm.

**BTIG**

## Income Statement

| Green Dot - Operating Model | Mar-18 | Jun-18 | Sep-18 | Dec-18 | Dec-18 | Mar-19 | Jun-19 | Sep-19 | Dec-19 | Dec-19 | Mar-20 | Jun-20 | Sep-20 | Dec-20 | Dec-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ millions | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19E | 3Q19E | 4Q19E | 2019E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E |
| Total revenues | 320.6 | 264.1 | 236.7 | 244.0 | 1,065.5 | 340.5 | 275.0 | 272.5 | 287.3 | 1,175.2 | 369.3 | 299.2 | 296.7 | 312.2 | 1,277.4 |
| Sales and marketing expenses | 92.0 | 82.5 | 72.7 | 79.1 | 326.3 | 98.7 | 103.1 | 90.9 | 98.9 | 391.7 | 108.6 | 100.5 | 88.7 | 96.5 | 394.2 |
| Compensation and benefits expense | 54.5 | 54.5 | 57.1 | 55.6 | 221.6 | 61.5 | 62.6 | 65.6 | 63.9 | 253.7 | 66.4 | 63.3 | 66.3 | 64.5 | 260.5 |
| Processing expenses | 48.4 | 46.4 | 43.7 | 42.7 | 181.2 | 51.6 | 52.2 | 49.1 | 48.1 | 201.0 | 56.3 | 56.9 | 53.5 | 52.4 | 219.0 |
| Other general and administrative | 43.7 | 47.8 | 62.2 | 52.3 | 206.0 | 47.3 | 50.7 | 65.9 | 55.4 | 219.4 | 50.9 | 54.0 | 70.2 | 59.0 | 234.1 |
| Total operating expenses | 238.6 | 231.2 | 235.7 | 229.7 | 935.2 | 259.1 | 268.6 | 271.6 | 266.3 | 1,065.7 | 282.1 | 274.7 | 278.7 | 272.4 | 1,107.9 |
| Operating income | 82.0 | 33.0 | 1.1 | 14.3 | 130.3 | 81.4 | 6.3 | 0.9 | 20.9 | 109.6 | 87.2 | 24.5 | 18.0 | 39.8 | 169.5 |
| Interest expense | -1.5 | -1.6 | -1.4 | -2.0 | -6.5 | -1.5 | -1.5 | -1.5 | -1.5 | -5.9 | -1.7 | -1.7 | -1.7 | -1.7 | -6.6 |
| Income before income taxes | 80.5 | 31.3 | -0.3 | 12.3 | 123.8 | 79.9 | 4.9 | -0.6 | 19.5 | 103.7 | 85.6 | 22.9 | 16.4 | 38.1 | 162.9 |
| Income tax expense | 10.4 | 1.5 | -4.9 | -1.9 | 5.1 | 15.9 | 0.5 | -0.1 | 1.9 | 18.2 | 8.6 | 2.3 | 1.6 | 3.8 | 16.3 |
| Net income (loss) | 70.0 | 29.8 | 4.6 | 14.3 | 118.7 | 64.0 | 4.4 | -0.5 | 17.5 | 85.4 | 77.0 | 20.6 | 14.7 | 34.3 | 146.6 |
| Income attributable to preferred stock | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net income (loss) available to common stockholders | 70.0 | 29.8 | 4.6 | 14.3 | 118.7 | 64.0 | 4.4 | -0.5 | 17.5 | 85.4 | 77.0 | 20.6 | 14.7 | 34.3 | 146.6 |
| Diluted EPS - GAAP | $1.29 | $0.55 | $0.08 | $0.26 | $2.18 | $1.17 | $0.08 | -$0.01 | $0.32 | $1.55 | $1.38 | $0.37 | $0.26 | $0.61 | $2.62 |
| Diluted EPS - Adjusted | $1.40 | $0.74 | $0.59 | $0.56 | $3.29 | $1.51 | $0.40 | $0.34 | $0.62 | $2.87 | $1.55 | $0.66 | $0.59 | $0.88 | $3.67 |
| Common shares | 51.4 | 52.1 | 52.6 | 52.7 | 52.2 | 53.1 | 53.3 | 53.6 | 53.8 | 53.4 | 54.1 | 54.4 | 54.7 | 54.9 | 54.5 |
| Diluted shares | 54.2 | 54.4 | 54.6 | 54.8 | 54.5 | 54.6 | 54.8 | 55.1 | 55.4 | 55.0 | 55.7 | 55.9 | 56.2 | 56.5 | 56.1 |
| Revenue | 320.6 | 264.1 | 236.7 | 244.0 | 1,065.5 | 340.5 | 275.0 | 272.5 | 287.3 | 1,175.2 | 369.3 | 299.2 | 296.7 | 312.2 | 1,277.4 |
| Net revenue adjsutment | -13.1 | -10.9 | -9.2 | -8.2 | -41.4 | -14.8 | -15.0 | -12.0 | -12.6 | -54.4 | -18.5 | -15.0 | -12.6 | -13.3 | -59.3 |
| Non-GAAP total operating revenues | 307.5 | 253.2 | 227.5 | 235.8 | 1,024.1 | 325.7 | 260.0 | 260.5 | 274.6 | 1,120.8 | 350.9 | 284.2 | 284.1 | 298.9 | 1,218.1 |
| Net income (loss) | 70.0 | 29.8 | 4.6 | 14.3 | 118.7 | 64.0 | 4.4 | -0.5 | 17.5 | 85.4 | 77.0 | 20.6 | 14.7 | 34.3 | 146.6 |
| Employee stock based compensation and related payroll taxes | 10.5 | 12.0 | 16.9 | 13.2 | 52.5 | 15.6 | 15.1 | 16.3 | 16.5 | 63.6 | 17.8 | 16.5 | 17.8 | 18.0 | 70.0 |
| Stock based retailer incentive comp | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of acquired intangibles | 8.2 | 8.2 | 8.2 | 8.2 | 32.8 | 8.2 | 7.8 | 7.6 | 7.4 | 30.9 | 7.5 | 7.5 | 7.6 | 7.7 | 30.3 |
| Change in fair value of contingent consideration | 0.0 | 0.0 | 13.5 | 3.3 | 16.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Transaction costs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of deferred financing costs | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 |
| Impairment charges | 0.0 | 0.2 | 0.2 | 0.6 | 0.9 | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Extraordinary severance expenses | 0.1 | 0.8 | 0.8 | 0.1 | 1.8 | 2.9 | 0.0 | 0.0 | 0.0 | 2.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Incremental processor expenses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Legal settlment expenses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other (income) expenses | 0.0 | 0.0 | 0.7 | 1.5 | 2.3 | 0.0 | -0.1 | 0.0 | 0.0 | -0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Income tax effect | -13.4 | -11.3 | -13.0 | -10.6 | -48.3 | -9.1 | -6.1 | -5.7 | -8.3 | -29.1 | -17.2 | -8.7 | -8.2 | -11.1 | -45.2 |
| Non-GAAP net income | 75.9 | 40.1 | 32.2 | 30.9 | 179.1 | 82.5 | 22.1 | 18.7 | 34.2 | 157.6 | 86.1 | 36.8 | 32.9 | 49.9 | 205.8 |
| Non-GAAP EPS | $1.40 | $0.74 | $0.59 | $0.56 | $3.29 | $1.51 | $0.40 | $0.34 | $0.62 | $2.87 | $1.55 | $0.66 | $0.59 | $0.88 | $3.67 |
| GAAP income tax rate | 13.0% | 4.8% | 1529.1% | -15.8% | 4.1% | 19.9% | 10.0% | 10.0% | 10.0% | 17.6% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% |
| Non-GAAP income tax rate | 23.9% | 24.2% | 20.2% | 21.9% | 23.0% | 23.2% | 23.0% | 23.0% | 23.0% | 23.1% | 23.0% | 23.0% | 23.0% | 23.0% | 23.0% |
| Diluted shares | 54.2 | 54.4 | 54.6 | 54.8 | 54.5 | 54.6 | 54.8 | 55.1 | 55.4 | 55.0 | 55.7 | 55.9 | 56.2 | 56.5 | 56.1 |
| Net income (loss) | 70.0 | 29.8 | 4.6 | 14.3 | 118.7 | 64.0 | 4.4 | -0.5 | 17.5 | 85.4 | 77.0 | 20.6 | 14.7 | 34.3 | 146.6 |
| Net interest income | 1.5 | 1.6 | 1.4 | 2.0 | 6.5 | 1.5 | 1.5 | 1.5 | 1.5 | 5.9 | 1.7 | 1.7 | 1.7 | 1.7 | 6.6 |
| Income tax expense | 10.4 | 1.5 | -4.9 | -1.9 | 5.1 | 15.9 | 0.5 | -0.1 | 1.9 | 18.2 | 8.6 | 2.3 | 1.6 | 3.8 | 16.3 |
| Depreciation and amortization of property plant and equipment | 8.9 | 9.3 | 9.9 | 10.4 | 38.6 | 10.9 | 11.0 | 11.6 | 12.2 | 45.7 | 12.2 | 12.3 | 12.9 | 13.6 | 50.9 |
| Employee stock-based compensation and related employer payroll taxes | 10.5 | 12.0 | 16.9 | 13.2 | 52.5 | 15.6 | 15.1 | 16.3 | 16.5 | 63.6 | 17.8 | 16.5 | 17.8 | 18.0 | 70.0 |
| Stock based retailer incentive compensation | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Amortization of acquired intangibles | 8.2 | 8.2 | 8.2 | 8.2 | 32.8 | 8.2 | 7.8 | 7.6 | 7.4 | 30.9 | 7.5 | 7.5 | 7.6 | 7.7 | 30.3 |
| Change in fair value of contingent consideration | 0.0 | 0.0 | 13.5 | 3.3 | 16.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Transaction costs | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Impairment charges | 0.0 | 0.2 | 0.2 | 0.6 | 0.9 | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Extraordinary severance expenses | 0.1 | 0.8 | 0.8 | 0.1 | 1.8 | 2.9 | 0.0 | 0.0 | 0.0 | 2.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Incremental processor expenses | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Legal settlement expense | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other (income) expenses | 0.0 | 0.0 | 0.7 | 0.0 | 0.7 | 0.0 | 1.5 | 1.5 | 1.5 | 4.5 | 1.0 | 1.0 | 1.0 | 1.0 | 4.0 |
| Adjusted EBITDA | 109.7 | 63.4 | 51.3 | 50.0 | 274.4 | 119.0 | 41.7 | 37.9 | 58.5 | 257.2 | 125.7 | 61.8 | 57.3 | 80.0 | 324.8 |
| *Adjusted EBITDA margin* | *35.7%* | *25.0%* | *22.5%* | *21.2%* | *26.8%* | *36.5%* | *16.1%* | *14.5%* | *21.3%* | *22.9%* | *35.8%* | *21.7%* | *20.2%* | *26.8%* | *26.7%* |

*Source: BTIG Estimates and Company Documents*

## BTIG Covered Companies Mentioned in this Report

GREEN DOT CORPORATION (GDOT, Neutral, $N/A PT; Current Price: $63.27; Analyst: Mark.Palmer)

**BTIG**

# Appendix: Analyst Certification and Other Important Disclosures

## Analyst Certification

I, Mark Palmer, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

I, Giuliano Bologna, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

## Regulatory Disclosures
### Ratings Definitions

BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

## Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months. **Stocks under coverage as of the end of the most recent calendar quarter (March 31, 2019): 348**

**Distribution of BTIG's Research Recommendations (as of March 31, 2019):**
**BUY: 62.6%; NEUTRAL: 34.8%; SELL: 2.6%**

**Distribution of BTIG's Investment Banking Services (as of March 31, 2019):**
**BUY: 25.7%; NEUTRAL: 9.9%; SELL: 0.0%**

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

## Company Valuation and Risk Disclosures
### Green Dot Corporation (GDOT, Neutral)

**Valuation:** Based on our valuation analysis of GDOT, we believe its shares will remain within +/- 15% of current levels over the next 12 months. BTIG does not assign price targets to Neutral-rated stocks.

**Risks:** The primary risks to achieving our rating include customer concentration, contract renewals, competition within the prepaid card market, increased regulatory scrutiny and legislative action, slower-than-expected secular adoption of prepaid cards and the performance of the company's Banking as a Service products.



**Note:** *Closing Price and Target Price have been adjusted for corporate actions.*

| Date | Closing Price ($) | Target Price ($) | Analyst | Rating |
|---|---|---|---|---|
| 04-Feb-13 | 14 | 19 | Mark Palmer | Buy |
| 11-Jun-13 | 19.05 | 23 | Mark Palmer | Buy |
| 31-Jul-13 | 23.28 | 26 | Mark Palmer | Buy |
| 27-Sep-13 | 26.42 | 31 | Mark Palmer | Buy |
| 01-May-14 | 17.63 | 29 | Mark Palmer | Buy |
| 01-Aug-14 | 19.70 | 31 | Mark Palmer | Buy |
| 30-Jan-15 | 15.25 | 28 | Mark Palmer | Buy |
| 05-Nov-15 | 19.17 | NA | Mark Palmer | Neutral |
| 16-Feb-16 | 19.62 | 23 | Mark Palmer | Buy |
| 18-Mar-16 | 23.17 | NA | Mark Palmer | Neutral |
| 08-Nov-17 | 64.25 | 65 | Mark Palmer | Buy |
| 21-Feb-18 | 60.29 | 70 | Mark Palmer | Buy |
| 18-Jun-18 | 78.40 | 70 | Mark Palmer | Neutral |
| 07-Nov-18 | 86.02 | N/A | Mark Palmer | Neutral |
| 03-Jan-19 | 74.40 | 94 | Mark Palmer | Buy |

## Company–Specific Regulatory Disclosures

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Green Dot Corporation (GDOT)

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain



circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.



## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.

*220*