# EXHIBIT 64

**CHANGING TARGET**
May 9, 2019

# Green Dot Corporation (GDOT)


SUNTRUST
ROBINSON HUMPHREY

# Peering Past The Headlights. Remain Buy.

## Investment Step-Up Aimed at Ramping new BaaS Customers

### What's Incremental To Our View

**We reiterate our Buy and lower our PT to $70 (12x C20E EBITDA), from $90. We acknowledge GDOT is not a growth stock today. As a result, the holder base will turn over, in our opinion, creating a n-t air pocket. We would use weakness to add. The co is massively stepping up investment to accommodate apparently sharply higher demand for platform offerings. While we are encouraged by new BaaS wins, n-t financial visibility is materially impaired. Our new C19 and C20 rev/EBITDA ests are $1,096m/$247m and $1,249m/$307m (Prior $1,122m/$319m and $1,248m/$363m. Street $1,132m/$315m and $1,242m/$358m).**

**Competitive implications.** To be clear, we like Green Dot's strategic position and apparent ramp of its BaaS business; the co announced several new BaaS customers on the call. While we are confident it can generate strong ROI on the announced $60m marketing and tech investment, we interpret this spending as implicit acknowledgement that the BaaS space is increasingly competitive. Green Dot's first-mover advantage, captive bank and strong tech offering will support share gains, in our opinion, but higher investment spend mars visibility.

**Thinking about C20.** We believe it is now appropriate to discount a Walmart (WMT, $100.30, NR) re-pricing of ~20% on ~15% of rev. This implies a low-teens % annualized EBITDA headwind, essentially wiping out growth next year on lower C19 EBITDA. We assume C19's $60m investment spend does not recur, and we further conservatively assume the co generates only modest rev against this investment. **Even given this base-case outlook, Green Dot should generate $300m+ in C20E EBITDA.** This outlook limits downside, in our view.

**Core business weakening, but interestingly this shouldn't matter much.** Management indicated that its legacy GPR business is losing non-direct deposit customers at an accelerating rate, accounting for decelerating active accounts. While this disclosure raises some credibility issues, in our opinion, as the co de-emphasized the active card KPI, it probably does not materially adversely affect l-t economics. These customers require resources and generate little high-margin interchange rev. We suspect greater investment is partially a response to legacy business erosion. While this is another factor limiting visibility, we contend it does not materially alter Green Dot's l-t growth potential.

**Andrew W. Jeffrey, CFA**
415-217-6807
andrew.jeffrey@suntrust.com

**Oscar Turner**
415-249-7611
oscar.turner@suntrust.com

Jennifer Dugan, CFA
415-249-7653
jennifer.dugan@suntrust.com

**SEE PAGE 6 FOR REQUIRED DISCLOSURE INFORMATION**     **Page 1**

---

## Buy

**Price Target: $70.00**
*Prior: $90.00*

| Δ Key Drivers | | |
|---|---|---|
| | To | From |
| **C19E rev/avg card** | $198 | $205 |
| *No reason to push assumptions given limited BaaS ramp visibility* | | |
| **C20E rev/avg card** | $209 | $216 |

| | |
|---|---|
| Price (May 8, 2019) | $63.27 |
| 52-Wk Range | $92.84-$57.07 |
| Market Cap ($M) | $3,451 |
| ADTV | 487,006 |
| Shares Out (M) | 54.6 |
| Short Interest Ratio/% Of Float | 4.0% |
| Dividend/Yield | $0.00/0.0% |
| TR to Target | 10.6% |
| Enterprise Value ($M) | $3,282.4 |

| | |
|---|---|
| Cash And Equivalents ($M) | $169.0 |
| Total Debt ($M) | $0.0 |
| EV/EBITDA NTM | 12.5x |
| ROE | 15.6% |
| ROIC | 10.5% |
| Cash Per Share | $1.03 |
| FCF/Share | $2.70 |
| FCF Yield | 4.27% |

| | 2018A | 2019E | | 2020E | |
|---|---|---|---|---|---|
| | | Curr. | Prior | Curr. | Prior |
| **EPS** Adjusted | | | | | |
| 1Q | $1.40 | $1.51A | $1.39 | -- | |
| 2Q | $0.74 | $0.50 | $0.89 | -- | |
| 3Q | $0.59 | $0.31 | $0.71 | -- | |
| 4Q | $0.56 | $0.38 | $0.63 | -- | |
| FY | $3.28 | $2.69 | $3.62 | $3.47 | $4.11 |
| P/E | 19.3x | 23.5x | | 18.2x | |
| **Revenue ($M)** ProForma | | | | | |
| FY | $1,042 | $1,096 | $1,122 | $1,249 | $1,248 |
| EV/Sales | 3.2x | 3.0x | | 2.6x | |
| **EBITDA ($M)** | | | | | |
| FY | $251 | $247 | $319 | $307 | $363 |
| EV/EBITDA | 13.1x | 13.3x | | 10.7x | |
| **Consensus** | | | | | |
| FY | $3.28 | $3.64 | | $4.17 | |
| FYE Dec | | | | | |



*We Think Our Model Assumptions are Conservative*

In 2019, we more or less take management's revenue guidance at face value, although we take a conservative approach to core business challenges. This results in EBITDA below the low-end of guidance. We note recent BaaS wins could ramp in 2H19, however, potentially offering modest revenue upside. Timing this contribution is too challenging to specifically model, however, in our opinion.

Looking out to 2020, we keep our revenue estimate unchanged. While this may seem like a stretch, given few concrete drivers on which to base our BaaS outlook, we assume the sheer number of new business signings will generate a modest top-line acceleration against a relatively easy compare.

We now assume explicitly in our model that Green Dot will re-price the MoneyCard business at about a 20% commission increase to Walmart. This would represent an approximate 13% EBITDA headwind. So, if we assume no margin expansion and the non-recurrence of 2019's $60 million investment spend, we arrive at our $307 million EBITDA estimate.

**While we believe new BaaS wins could offer upside, we acknowledge little current visibility.** With regard to anticipated ROI on the announced $60 million investment, we think the math pencils. Simply assuming about $125 million in incremental EBITDA and discounting this back at 10% over an assumed customer life of three years, we arrive at about $90 million of present value FCF. We admittedly need to confirm this math and better understand underlying assumptions. That said, we encourage investors to note that BaaS offerings have a large TAM and Green Dot has a strong first-mover advantage, in our view.

### Green Dot Estimate Changes

**SunTrust Robinson Humphrey Estimates**

| ($ Millions, except EPS) | 2019 Prior Estimate | 2019 Updated Estimate | Delta | 2020 Prior Estimate | 2020 Updated Estimate | Delta |
|---|---|---|---|---|---|---|
| **Non-GAAP Revenue** | $1,122 | $1,096 | (25.2) | $1,248 | $1,249 | 1.3 |
| **EBITDA** | $319 | $247 | (71.7) | $363 | $307 | (56.5) |
| **EPS, Adjusted** | $3.62 | $2.69 | ($0.93) | $4.11 | $3.47 | ($0.64) |
| **Number of active cards (millions)** | 5.6 | 5.7 | 0.1 | 5.9 | 6.2 | 0.3 |
| **Number of cash transfers (millions)** | 45.3 | 44.4 | (0.9) | 48.5 | 48.0 | (0.5) |
| **Gross Dollar Volume ($ billions)** | $49 | $47 | (2.3) | $59 | $56 | (2.8) |

*Source: SunTrust Robinson Humphrey estimates*

**Wall Street Consensus Estimates**

| ($ Millions, except EPS) | 2019 Estimate | 2020 Estimate |
|---|---|---|
| **Total Revenue** | $1,132 | $1,242 |
| **EBITDA** | $315 | $358 |
| **Adjusted EPS** | $3.64 | $4.17 |

*Source: Factset*



## Earnings Recap

| ($ Millions, except EPS) | Actual ($ Million) | STRH Estimate ($ Million) | Delta ($ Million) | % Delta | Street Consensus ($ Million) |
|---|---|---|---|---|---|
| **Card revenue** | $129.6 | $131.9 | -$2.3 | -2% | $135.0 |
| **Processing and settlement service** | 107.6 | 105.3 | 2.3 | 2% | 106.0 |
| **Interchange revenue** | 92.5 | 88.3 | 4.2 | 5% | 91.0 |
| **Total Operating Revenue** | 340.5 | 325.5 | 15.0 | 5% | 327.0 |
| **EBITDA** | **118.7** | **114.0** | 4.8 | 4% | **115.0** |
| **EPS, Adjusted** | **$1.51** | **$1.39** | $0.12 | 9% | **$1.43** |
| **Number of active cards (millions)** | 6.05 | 6.13 | (0.08) | -1% | NA |
| **Number of cash transfers (millions)** | 11.0 | 10.9 | 0.07 | 0.7% | NA |
| **Gross Dollar Volume ($ billions)** | $12.977 | $14.36 | ($1) | -10% | NA |

*Source: Company reports, SunTrust Robinson Humphrey and FactSet estimates*          *Figures may not sum due to rounding*

### Reducing our PT

In taking down our PT to $70, from $90, we note the current growth stock investor base will likely turn over, in our opinion, creating a meaningful near term air pocket before the multiple re-expands. Our PT reflects a basic EV/EBITDA approach, which assumes GDOT will trade at roughly 12x our 2020 EBITDA estimate. On balance we continue to favorably view the expectation of ongoing double-digit % organic revenue growth and growing franchise value underpinned by Platform momentum and the stepped up investment spending plan.

We also arrive at our price target via a proprietary FCF ROIC approach. Specifically, we project Green Dot can: 1) compound revenue at a 10% five-year CAGR; 2) take FCF margin to 17.5%, from 15% in 2020; and 3) invested capital to decline at a -2.5% CAGR. These assumptions yield a 30% year-five ROIC, higher than our 26% 2020 estimate.

If we conservatively assume that investors will demand a 30% annual equity return, this yields $61/ share of value in 12 months. We further project that the company will generate five-year annual average FCF of $270 million. Discounting this back at the same 30% rate yields $9/share. We assert that this methodology materially supports our $70 price target.

197

**SUNTRUST ROBINSON HUMPHREY**

**Andrew W. Jeffrey, CFA (415) 217-6807**
andrew.jeffrey@suntrust.com

**Green Dot Corporation**
Condensed Annual & Quarterly Earnings Projections
($ in Thousands, Except Per-Share)

| FY: December | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19E | 3Q19E | 4Q19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Card revenue | $337,821 | $414,775 | $130,060 | $120,783 | $113,474 | $118,564 | $482,881 | $129,577 | $111,475 | $119,550 | $125,862 | $486,464 | $549,251 |
| Processing and settlement service | 184,342 | 217,454 | 100,240 | 60,618 | 43,043 | 44,057 | 247,958 | 107,579 | 65,573 | 48,316 | 49,444 | 270,912 | 306,055 |
| Interchange revenue | 196,611 | 257,922 | 84,698 | 76,948 | 74,060 | 75,213 | 310,919 | 92,541 | 85,073 | 81,977 | 85,815 | 345,406 | 408,953 |
| Total Operating Revenue | 718,774 | 890,151 | 320,342 | 263,600 | 236,300 | 245,100 | 1,041,758 | 340,514 | 273,437 | 261,660 | 273,438 | 1,149,050 | 1,319,259 |
| Net Revenue adjustment | -674 | 0 | 13,100 | 10,900 | 9,200 | 8,200 | 41,400 | 14,797 | 14,797 | 11,500 | 11,500 | 52,594 | 70,000 |
| **Pro Forma Revenue** | **719,448** | **890,151** | **307,242** | **252,700** | **227,100** | **236,900** | **1,000,358** | **325,717** | **258,640** | **250,160** | **261,938** | **1,096,456** | **1,249,259** |
| **Operating Expenses** | | | | | | | | | | | | | |
| Sales and marketing expenses | 249,096 | 280,561 | 91,968 | 82,478 | 72,745 | 79,142 | 326,333 | 98,701 | 120,276 | 116,703 | 117,281 | 452,960 | 480,595 |
| Compensation and benefits | 159,456 | 194,654 | 54,507 | 54,478 | 57,070 | 55,572 | 221,627 | 61,475 | 49,142 | 51,283 | 53,697 | 215,597 | 231,113 |
| Processing expenses | 107,556 | 161,011 | 48,425 | 46,363 | 43,654 | 42,718 | 181,160 | 51,632 | 41,382 | 41,276 | 45,839 | 180,130 | 224,867 |
| General and administrative | 139,350 | 155,601 | 43,718 | 47,849 | 62,193 | 52,280 | 206,040 | 47,321 | 46,555 | 53,784 | 49,768 | 197,429 | 218,620 |
| **Total Operating Expenses** | **655,458** | **791,827** | **238,618** | **231,168** | **235,662** | **229,712** | **935,160** | **259,129** | **257,355** | **263,047** | **266,585** | **1,046,116** | **1,155,194** |
| **Operating Income** | **63,316** | **98,324** | **81,724** | **32,432** | **638** | **15,388** | **106,598** | **81,385** | **16,082** | **(1,387)** | **6,853** | **102,933** | **164,064** |
| Income before income taxes | 61,561 | 103,458 | 80,464 | 31,344 | (320) | 12,329 | 100,233 | 79,914 | 13,332 | (4,137) | 4,103 | 93,212 | 159,564 |
| Income tax expense/(benefit) | 19,961 | 17,571 | 10,433 | 1,517 | (4,893) | (1,943) | 5,114 | 15,871 | 2,666 | (827) | 821 | 18,531 | 36,700 |
| Income tax rate | 32.4% | 17.0% | 13.0% | 4.8% | NM | NM | 5.1% | 19.9% | 20.0% | 20.0% | 20.0% | 19.9% | 23.0% |
| EBITDA | 156,355 | 205,727 | 109,474 | 62,926 | 50,829 | 51,197 | 274,426 | 118,747 | 49,631 | 36,789 | 41,879 | 247,046 | 306,849 |
| FCF, ex-working cap | 91,366 | 149,073 | 84,395 | 46,331 | 38,743 | 32,448 | 201,917 | 82,019 | 27,964 | 16,366 | 22,059 | 148,408 | 188,149 |
| **Adjusted Net Income** | **75,560** | **114,905** | **75,884** | **40,072** | **32,165** | **30,926** | **179,047** | **82,542** | **27,348** | **17,044** | **20,910** | **147,845** | **192,791** |
| Depreciation of property and equipment | 39,460 | 33,470 | 8,922 | 9,294 | 9,938 | 10,427 | 38,581 | 10,882 | 12,695 | 12,733 | 12,992 | 49,303 | 51,971 |
| Cap Ex., PP&E | 43,273 | 44,217 | 13,386 | 13,990 | 16,021 | 17,633 | 61,030 | 19,386 | 16,250 | 18,500 | 16,250 | 70,386 | 77,500 |
| Cap Ex., acquisition | 0 | 141,498 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **EPS, Adjusted** | **$1.46** | **$2.17** | **$1.40** | **$0.74** | **$0.59** | **$0.56** | **$3.28** | **$1.51** | **$0.50** | **$0.31** | **$0.38** | **$2.69** | **$3.47** |
| EBITDA per share | $3.02 | $3.88 | $2.02 | $1.16 | $0.93 | $0.93 | $5.03 | $2.18 | $0.90 | $0.67 | $0.76 | $4.49 | $5.52 |
| Weighted average shares outstanding, diluted | 51,738 | 53,018 | 54,234 | 54,390 | 54,615 | 54,840 | 54,520 | 54,551 | 54,851 | 55,151 | 55,451 | 55,001 | 55,576 |
| **MARGIN ANALYSIS** | | | | | | | | | | | | | |
| S&M as % of revenue | 34.6% | 31.5% | 29.9% | 32.6% | 32.0% | 33.4% | 32.6% | 30.3% | 46.5% | 46.7% | 44.8% | 41.3% | 38.5% |
| Comp & Bene's as % of revenue | 22.2% | 21.9% | 17.7% | 21.6% | 25.1% | 23.5% | 22.2% | 18.9% | 19.0% | 20.5% | 20.5% | 19.7% | 18.5% |
| Processing expense, as a % of interchange revenue | 14.9% | 18.1% | 15.8% | 18.3% | 19.2% | 18.0% | 18.1% | 15.9% | 16.0% | 16.5% | 17.5% | 16.4% | 18.0% |
| G&A as % of revenue | 19.4% | 17.5% | 14.2% | 18.9% | 27.4% | 22.1% | 20.6% | 14.5% | 18.0% | 21.5% | 19.0% | 18.0% | 17.5% |
| **Total Operating Expenses, as a % of tot. revenue** | **91.2%** | **89.0%** | **74.5%** | **87.7%** | **99.7%** | **93.7%** | **89.8%** | **76.1%** | **94.1%** | **100.5%** | **97.5%** | **91.0%** | **87.6%** |
| **Operating Margin** | **8.8%** | **11.0%** | **26.6%** | **12.8%** | **0.3%** | **6.5%** | **10.7%** | **25.0%** | **6.2%** | **(0.6%)** | **2.6%** | **9.4%** | **13.1%** |
| **Adjusted Net Income Margin** | **10.5%** | **12.9%** | **24.1%** | **15.5%** | **13.9%** | **13.0%** | **17.2%** | **25.0%** | **10.4%** | **6.8%** | **8.0%** | **13.4%** | **15.2%** |
| **EBITDA Margin** | **21.7%** | **23.1%** | **35.6%** | **24.9%** | **22.4%** | **21.6%** | **27.4%** | **36.5%** | **19.2%** | **14.7%** | **16.0%** | **22.5%** | **24.6%** |
| **YEAR/YEAR % CHANGE** | | | | | | | | | | | | | |
| Card revenue | 6.2% | 22.8% | 28.8% | 12.5% | 12.6% | 12.2% | 16.4% | (0.4%) | (7.7%) | 5.4% | 6.2% | 0.7% | 12.9% |
| Cash transfer revenue | 0.9% | 18.0% | 10.5% | 17.3% | 17.3% | 14.7% | 14.0% | 7.3% | 8.2% | 12.3% | 12.2% | 9.3% | 13.0% |
| Interchange revenue | 0.0% | 31.2% | 38.0% | 21.1% | 15.4% | 9.2% | 20.5% | 9.3% | 10.6% | 10.7% | 14.1% | 11.1% | 18.4% |
| **Total Revenue** | **2.9%** | **23.7%** | **21.4%** | **13.5%** | **12.6%** | **11.2%** | **12.4%** | **6.0%** | **2.4%** | **10.2%** | **10.6%** | **9.6%** | **13.9%** |
| **Operating Expenses** | | | | | | | | | | | | | |
| Sales and marketing expenses | 8.1% | 12.6% | 28.3% | 17.6% | 10.9% | 8.2% | 16.3% | 7.3% | 45.8% | 60.4% | 48.2% | 38.8% | 6.1% |
| Compensation and benefits | (5.2%) | 22.1% | 32.2% | 7.1% | 20.7% | 0.5% | 13.9% | 12.8% | (9.8%) | (10.1%) | (3.4%) | (2.7%) | 7.2% |
| Processing expenses | 5.3% | 49.7% | 18.3% | 3.6% | 28.3% | 3.5% | 12.5% | 6.6% | (10.7%) | (5.4%) | 7.3% | (0.6%) | 24.8% |
| General and administrative | 3.6% | 11.7% | 15.7% | 30.8% | 49.2% | 32.2% | 32.4% | 8.2% | (2.7%) | (13.5%) | (4.8%) | (4.2%) | 10.7% |
| **Total Operating Expenses** | **3.2%** | **20.8%** | **24.5%** | **14.2%** | **25.0%** | **9.8%** | **18.1%** | **8.6%** | **11.3%** | **11.6%** | **16.1%** | **11.9%** | **10.4%** |
| **Operating Income** | **6.7%** | **55.3%** | **33.2%** | **60.6%** | **(95.1%)** | **315.3%** | **8.4%** | **(0.4%)** | **(50.4%)** | **(317.4%)** | **(55.5%)** | **(3.4%)** | **59.4%** |
| **Adj Net Income** | **5.0%** | **52.1%** | **44.9%** | **38.3%** | **80.3%** | **96.6%** | **55.8%** | **8.8%** | **(31.8%)** | **(47.0%)** | **(32.4%)** | **(17.4%)** | **30.4%** |
| **EBITDA** | **2.7%** | **31.6%** | **22.2%** | **25.7%** | **49.7%** | **59.5%** | **33.4%** | **8.5%** | **(21.1%)** | **(27.6%)** | **(18.2%)** | **(10.0%)** | **24.2%** |

Source: Company reports and SunTrust Robinson Humphrey estimates.

Green Dot Corporation

Green Dot Corporation

**Andrew W. Jeffrey, CFA (415) 217-6807**
andrew.jeffrey@suntrust.com

**Green Dot Corporation**
Condensed Annual & Quarterly Balance Sheet
($ in Thousands, Except Per-Share)

| FY: December | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19E | 3Q19E | 4Q19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | |
| Unrestricted cash and cash equivalents | $791,447 | $1,021,984 | $1,370,620 | $1,133,694 | $1,053,122 | $1,115,178 | $1,115,178 | $1,700,806 | $1,188,815 | $1,136,588 | $1,161,059 | $1,161,059 | $1,297,317 |
| Settlement assets | 137,083 | 209,399 | 179,520 | 208,151 | 291,113 | 153,992 | 153,992 | 339,220 | 212,085 | 287,684 | 172,879 | 172,879 | 206,128 |
| Accounts receivable, net | 40,150 | 35,277 | 29,337 | 24,840 | 27,405 | 40,942 | 40,942 | 34,108 | 27,249 | 31,880 | 46,149 | 46,149 | 54,173 |
| Prepaid expenses and other current assets | 32,186 | 47,086 | 53,219 | 42,057 | 46,150 | 57,070 | 57,070 | 49,010 | 49,500 | 49,995 | 50,495 | 50,495 | 51,000 |
| Income taxes receivable | 12,570 | 7,459 | 0 | 0 | 5,071 | 8,772 | 8,772 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total current assets** | **1,013,436** | **1,321,205** | **1,632,696** | **1,408,742** | **1,422,861** | **1,375,954** | **1,375,954** | **2,123,144** | **1,477,650** | **1,506,148** | **1,430,582** | **1,430,582** | **1,608,617** |
| Prepaid expenses and other assets | 4,142 | 8,179 | 8,157 | 7,930 | 7,657 | 8,125 | 8,125 | 8,777 | 9,216 | 9,677 | 10,160 | 10,160 | 11,177 |
| Property and equipment, net | 82,621 | 97,282 | 100,358 | 104,716 | 110,205 | 120,269 | 120,269 | 126,954 | 127,335 | 129,918 | 129,928 | 129,928 | 142,464 |
| Deferred expenses | 27,354 | 46,868 | 40,960 | 37,596 | 36,616 | 50,431 | 50,431 | 58,731 | 61,668 | 64,751 | 67,988 | 67,988 | 74,787 |
| **Total Assets** | **1,740,344** | **2,197,531** | **2,488,985** | **2,300,979** | **2,344,060** | **2,287,118** | **2,287,118** | **3,066,146** | **2,413,967** | **2,438,352** | **2,356,474** | **2,356,474** | **2,514,843** |
| | | | | | | | | | | | | | |
| **Liabilities & Shareholders' Equity** | | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | $22,856 | $34,863 | $32,398 | $39,693 | $30,205 | $38,631 | $38,631 | $47,072 | $41,016 | $31,399 | $38,281 | $38,281 | $42,216 |
| Settlement obligations | 4,877 | 6,956 | 11,672 | 13,078 | 14,885 | 5,788 | 5,788 | 20,351 | 20,351 | 20,351 | 20,351 | 20,351 | 20,351 |
| Amounts due to card issuing banks for overdrawn accts | 1,211 | 1,371 | 1,239 | 1,819 | 2,274 | 1,681 | 1,681 | 1,370 | 1,404 | 1,439 | 1,475 | 1,475 | 1,549 |
| Other accrued liabilities | 906,849 | 1,261,837 | 1,468,786 | 1,251,936 | 1,287,996 | 1,197,855 | 1,197,855 | 1,940,368 | 1,283,234 | 1,320,196 | 1,227,801 | 1,227,801 | 1,258,496 |
| Note payable | 0 | 20,906 | 20,906 | 20,906 | 20,906 | 58,705 | 58,705 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred revenue | 25,005 | 30,875 | 22,999 | 19,642 | 18,195 | 34,607 | 34,607 | 24,034 | 24,274 | 24,517 | 24,762 | 24,762 | 25,381 |
| Income tax payable | 0 | 74 | 2,818 | 49 | 68 | 67 | 67 | 7,040 | 7,110 | 7,182 | 7,253 | 7,253 | 7,435 |
| **Total Current Liabilities** | **960,798** | **1,356,882** | **1,560,818** | **1,347,123** | **1,374,529** | **1,337,334** | **1,337,334** | **2,040,235** | **1,377,390** | **1,405,084** | **1,319,925** | **1,319,925** | **1,355,429** |
| Long-term liabilities | 95,813 | 97,005 | 92,876 | 77,143 | 77,143 | 39,972 | 39,972 | 47,196 | 47,196 | 47,196 | 47,196 | 47,196 | 47,196 |
| Total shareholders' equity | 683,733 | 764,550 | 835,291 | 876,713 | 876,713 | 909,812 | 909,812 | 978,715 | 989,381 | 986,071 | 989,354 | 989,354 | 1,112,218 |
| **Total Liabilities & Shareholders' Equity** | **1,740,344** | **2,218,437** | **2,488,985** | **2,300,979** | **2,328,385** | **2,287,118** | **2,287,118** | **3,066,146** | **2,413,967** | **2,438,352** | **2,356,474** | **2,356,474** | **2,514,843** |
| | | | | | | | | | | | | | |
| **FCF ROIC** | 6.9% | 8.3% | 24.6% | 12.8% | 9.3% | 8.9% | 11.7% | 18.5% | 7.6% | 4.0% | 6.2% | 10.3% | 14.0% |
| **Return On Average Assets** | 4.4% | 5.8% | 13.0% | 6.7% | 5.5% | 5.3% | 8.0% | 12.3% | 4.0% | 2.8% | 3.5% | 6.4% | 7.9% |
| **Return On Average Equity** | 11.2% | 15.9% | 37.9% | 18.7% | 14.7% | 13.8% | 21.4% | 35.0% | 11.1% | 6.9% | 8.5% | 15.6% | 18.3% |

Source: Company reports and SunTrust Robinson Humphrey estimates.

198

Case 2:19-cv-10701-FLA-E    Document 207-20    Filed 07/03/25    Page 7 of 10    Page ID #:8726



SunTrust
Robinson Humphrey

## Company Description

Green Dot Corporation is a leading provider of general purpose reloadable (GPR) debit cards. The company also owns and operates the Green Dot Network, a leading prepaid card reload network. Green Dot sells its cards and offers reload services at over 60,000 retail locations, including Walmart stores (WMT, $99.03, NR), Walgreens (WBA, $53.50, Hold, MacDonald), CVS (CVS, $55.74, Buy, MacDonald), Rite Aid (RAD, $0.72, NR), 7-Eleven (private), and others. Green Dot's products include Visa and MasterCard branded prepaid debit cards and the Green Dot MoneyPak.

## Investment Thesis

We view Green Dot as among the best-positioned companies to capitalize on the apparently large and rapidly growing General Purpose Reloadable (GPR) card market. While we had previously been guarded with respect to sustainable and scalable card growth, we believe the recently announced advisory agreement with Harvest is a game changer. Managing Director, Jeff Osher, will partner with GreenDot to drive new products and faster revenue growth at scale, in our opinion. We rate the shares Buy.

## Valuation and Risks

Our 12-month price target of $70 assumes that GDOT will trade at approximately 12x our 2020 EBITDA estimate. This would put the stock at a discount to the 14.5x group average on 2020. We believe longer term valuation expansion will accompany consistent double-digit % organic revenue growth, a re-expansion of margins post this stepped up investment period, strong FCF growth and new customer wins.

Risks to our rating and price target include: 1) difficulty integrating UniRush and driving payroll card adoption; 2) growing competition for merchandising space at major customers; 3) the need to invest heavily for new product growth; 4) challenges scaling in-house processing infrastructure, 5) Walmart contract renewal.

## Companies Mentioned in This Note

**CVS Health Corporation** (CVS, $55.74, Buy, David MacDonald)
**Walgreens Boots Alliance, Inc.** (WBA, $53.50, Hold, David MacDonald)
Walmart (WMT, $100.30, NR)
Rite Aid (RAD, $8.09, NR)
7-Eleven (private)

## Analyst Certification

I, Andrew W. Jeffrey , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## STRH Ratings System for Equity Securities

### Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

### The rating system effective as of Oct. 7, 2016:

### STRH Rating System for Equity Securities

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**
B = Buy

*200*



H = Hold
S = Sell
D = Drop Coverage
CS = Coverage Suspended
NR = Not Rated
I = Initiate Coverage
T = Transfer Coverage

**The prior rating system until Oct. 7, 2016:**

3 designations based on total returns* within a 12-month period**
· Buy – total return $\geq$ 15% (10% for low-Beta securities)***
· Reduce – total return $\leq$ negative 10% (5% for low Beta securities)
· Neutral – total return is within the bounds above
· NR – NOT RATED, STRH does not provide equity research coverage
· CS – Coverage Suspended
*Total return (price appreciation + dividends); **Price targets are within a 12-month period, unless
otherwise noted; ***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's
5-year average

SunTrust Robinson Humphrey ratings distribution (as of 05/09/2019):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 433 | 64.34% | Buy | 114 | 26.33% |
| Hold | 237 | 35.22% | Hold | 32 | 13.50% |
| Sell | 3 | 0.45% | Sell | 1 | 33.33% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action



Case 2:18-cv-10701-FLA-E    Document 207-20    Filed 07/03/25    Page 10 of 10   Page ID #:8729

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2019. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070

*202*