EXHIBIT 65

**NORTHLAND** CAPITAL MARKETS

# Company Update

06/04/2019

## Market Perform

Price: $47.09
Price Target: $58.00

**Industry**
Financial Services

## Mike Grondahl

(612) 851-4973
mgrondahl@northlandcapitalmarkets.com

### Stock Data

| | |
|---|---|
| 52-Week Range | $41.67/$93.00 |
| Avg. Daily Volume | 766,870 |
| Market Cap. (MM) | $2,503 |
| Shares Out. (MM) | 53.2 |
| Float | 91.4% |
| Cash Per Share | $31.62 |
| Debt-to-Capital | 0.1% |
| Book Value Per Share | $18.41 |
| Dividend Yield | 0.00% |
| Shares Short | 1,889,166 |
| Insider Ownership | 8.6% |
| Institutional Ownership | 88.4% |
| FY End | Dec |
| Source: Factset | |

### Adjusted Revenue Estimates ($M)

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| 1Q | 253.0A | 307.2A | 325.7A |
| 2Q | 222.5A | 252.7A | 261.0E |
| 3Q | 201.6A | 227.1A | 264.2E |
| 4Q | 213.0A | 236.9A | 273.1E |
| FY | 890.2A | 1,024.0A | 1,124.1E |
| P/S | 2.8x | 2.4x | 2.2x |

### Adjusted EBITDA ($M)

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| 1Q | 89.6A | 109.5A | 119.0E |
| 2Q | 50.1A | 62.9A | 47.4E |
| 3Q | 33.9A | 50.8A | 41.9E |
| 4Q | 32.1A | 51.2A | 49.8E |
| FY | 205.7A | 274.3A | 258.1E |

### Adjusted EPS Estimates ($)

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| 1Q | 1.00A | 1.40A | 1.51A |
| 2Q | 0.55A | 0.74A | 0.51E |
| 3Q | 0.34A | 0.59A | 0.40E |
| 4Q | 0.29A | 0.56A | 0.45E |
| FY | 2.17A | 3.29A | 2.86E |
| P/E | 21.7x | 14.3x | 16.5x |

# Green Dot Corporation (GDOT)
## BaaS vs Legacy Economics and GDOT's Big Pivot

### Summary

**Despite GDOT's optimism in BaaS accounts and anticipated new products and marketing plans, competition is hurting margins in legacy accounts and upcoming new BaaS and Gen Z accounts/ products.** We were surprised (as many were) by GDOT's recent "Big Pivot" and its stock's collapse from the $70-$80-dollar range to mid $40 range post 1Q19 earnings.

### Key Points

We had long wondered about the economics of the new BaaS accounts vs. the Legacy GDOT/UniRush/Walmart accounts with their $3.95-$9.95 monthly fees and $3.00-$5.95 cash reload fees. We had asked this question a couple of times but never got a straight answer and thus we recently decided to dig deeper.

This research note goes back to the 2Q17 conference call transcript up to the present. It starts from the pre-Banking as a Service (BaaS) days and looks at many card programs and associated fees and the competitive landscape. By rereading these transcripts, there were many clues presented, we just missed them. Here are some quotes/observations that caught our attention from the transcripts and then we looked at competition and the mix of Legacy vs BaaS cards.

Steven Streit (4Q17)

- "Despite the incremental year-over-year SG&A from new hires, the ongoing investments into better products for today and new products for tomorrow, the increasing expenses associated with scaling our operating platform to handle the load **and the fact that the margins on some of our new BaaS programs are materially lower than those of our established and at scale legacy product lines**, we intend to, once again, deliver adjusted EBITDA margin expansion in 2018 of at least another 100 basis points on a full year-over-year basis."

The bold section above highlights BaaS accounts have lower margins.

Steven Streit (1Q18)

- "As we shared in our last call, we expected that the newer branded product lines and the large-scale Banking-as-a-Service program launches that were expected to contribute material revenue growth in the **quarter would have a much lower contribution margin than our established product lines** and that is exactly what happened, causing consolidated margins to compress somewhat year-over-year, with margins on those programs expected to expand over future periods as those programs scale."

IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION ON PAGE 16

06/04/2019

The bold section above also points to lower margins.

Steven Streit (1Q18)
- "Altogether, our recent investments into acquiring UniRush; developing a secured credit card product; creating the SimplyPaid disbursement engine; building out our Banking-as-a-Service platform that now powers programs from Apple, Intuit, Uber and soon, Stash; and the new product features we've rolled out like Prize Savings from Walmart and the Green Dot 5% Cashback Debit card have been very successful for us, **and we believe positions us to drive incremental growth for many quarters to come."**

The bold section above did not come true as incremental growth has stalled out and GDOT is trying to orchestrate a Big Pivot with new products (BaaS accounts and Gen Z products coming soon) with lower revenue and margins.

Steven Streit (3Q18)
- "We believe Green Dot's BaaS platform has established itself as the platform of choice for anyone serious. And our business development pipeline of new Banking-as-a-Service platform partnerships is extremely robust and well ahead of our expectations. **Based on the size and scale of these potential partnerships, we believe our BaaS platform alone has the potential to drive consolidated double-digit revenue growth for Green Dot several years into the future.** We believe the TAM for our Banking-as-a-Service product line is as big as the customer bases of all our current and future BaaS partners in aggregate."

The bold section above represented incredible optimism for double-digit revenue growth on November 7, 2018 for BaaS products only. This was just plain wrong. It really represented the GDOT stock peak: less than 6 months later GDOT revenue growth was sputtering and they decided to invest $60 million in new products and growth.



Source: Capital IQ

Steven Streit (May 15, 2019)
- **"And we added 400 and somewhat thousand new accounts just in Q1 on the BaaS platform for most of them direct deposit, and BaaS, we expect in 2019 will be a sizable part of our revenue, less than 10%, so call it 6%, 7% at the middle of the range on a net basis.**

Green Dot (GDOT)                Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Page 2 of 18                Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*102*

06/04/2019

Based on the bold section, it is estimated that there are conservatively between 1.5-2.0 million BaaS accounts which we found shocking would only contribute to 6%-8% or less than 10% of GDOT's revenues and further highlights that BaaS accounts have much lower revenues and margins as compared to legacy accounts.

**Competition is Huge/Mix shift to BaaS and to be announced new Gen Z products is big but will have lower revenue and margins.**

The other thing we did was looked at was the competitive landscape and talked to several millennials. The June 2018 launch of the Venmo Card was a huge deal and a huge competitive risk.

- Of the 65% of 20-30-year olds who use payment applications, 68% use Venmo compared to 22% using their own bank's mobile app.
- 40 million Venmo users at end of 1Q19 - CNBC
- Venmo Card records all transactions on user's Venmo account (super intuitive and easy to follow)
- Easy purchase splitting with friends who are on Venmo app
- No fees (excluding out of market ATM and credit card purchase fees)

Green Dot has seen a spike in competition for their legacy products within the past few years. The rise in competition has led to the stagnation/decline of Legacy card growth due to new and better options that are being presented in the market. Venmo, Chime, Radius Bank, Square, SoFi Money, VARO, Axos, etc, are all competitors that are offering similar or little to no fees compared to Green Dot. Chime Bank is a new online mobile bank that has no fees. All of Chime's revenue is interchange thus allowing them to offer a no fee banking service to its customers. While you need a bank account to use Venmo, it also offers a no fee option for its consumers

In addition, GDOT's legacy active accounts were 5.1 million in 2Q17 and in 1Q19, total legacy and BaaS accounts were 6.05 million. We believe this 6.05 million, after adding 420k active accounts in 1Q19, 500k active accounts in 1Q18, and 450k in 2Q18 (which are only numbers GDOT disclosed) as such we believe at least 1.5 to 2.0 million BaaS active accounts and roughly 4.0 million to 4.5 million legacy active accounts with monthly fees and reload fees. As such, legacy active accounts which generate multiples more revenue, margin and profit per active card (due to monthly fee and reload fees) are drastically shrinking. **Thus, the mix from higher revenue and higher margin legacy accounts to lower revenue and lower margin BaaS accounts is a huge headwind for GDOT.**

Estimates of active accounts per selectively disclosed data (in 1000s):

|  | 2Q17 | 1Q18 | 2Q18 | 1Q19 |
|---|---|---|---|---|
| BaaS | 0 | 50 | 550 | 1100 |
| BaaS Additions | 0 | 500 | 350 | 420 |
| **Total BaaS Accounts** | 0 | 550 | 900 | 1520 |
|  |  |  |  |  |
| Legacy | 5050 | 5250 | 5460 | 4240 |
| Legacy Additions | 100 | 210 | -500 | 290 |
| **Total Legacy Accounts** | 5150 | 5460 | 4960 | 4530 |
|  |  |  |  |  |
| **Total Active Accounts** | 5150 | 6010 | 5860 | 6050 |

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

06/04/2019

**The mix shift and competition from Venmo, Chime, Radius Bank, Square, SoFi Money, VARO, Axos, Simple, etc, is huge and why would a customer pay the ~$6 monthly fee and reload fees to GDOT when they can get the same services from Venmo, Chime, Radius Bank, Square, SoFi Money, VARO, Axos, Simple, etc for free.** GDOT's historical legacy low income customer in the past could only get access to plastic debit cards by paying high fees; now they can get them for basically free. GDOT in 2013 generated ~$130 adjusted revenue per average active card per year. This climbed to ~$180 per card in 2018 and yes, it's not perfect, but it makes a point. These low-income customers, who used to pay high fees for the privilege of a plastic debit card, do not have to pay more when they can get one for free.

**As mentioned in Step 2 of the Six-Step Plan 1Q19 conference calls, GDOT is planning on launching three new products inclusive of Generation Z that will reinvent the way that people think of a bank account.** Based on further research and GDOT's own plans/goals for 2019, we believe they will announce their new Gen Z product(s) near-term and this will be a product which goes after Millennials and marketing spending will be big and a real big chunk of $60 million of recent announcement of investments. According to Steven Streit, "research on new branded products is extremely strong, and we believe that all of these products, and especially our Gen Z app, has opportunity to generate significant adoption, usage, and therefore, revenue over time." **They expect to add 1 million accounts by the end of 2019 with Steven Streit claiming "we estimate that the incremental $60 million of investment could deliver over 1 million incremental active accounts at the exit of 2019, heading into 2020, more than half of which we expect could be enrolled in payroll direct deposit."** While these announcements may generate some excitement for stock near-term, along with accelerated $100m buyback, we believe this big pivot from high revenue and margin legacy accounts to lower margin BaaS accounts will be tough.

Going forward: New product announcement and marketing spending are on the horizon but there is plenty of competition and legacy accounts are on a clear decline and while stock might get a pop on new products we remain under perform.

Green Dot (GDOT)
Page 4 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*104*

06/04/2019

Summary of Transcripts from 2Q2017 to 1Q2019

As background on UniRush

- UniRush acquisition close date February 1, 2017
- UniRush added ~900k or 25% of active accounts

2Q17 Earnings conference call summary

- Direct deposit accounts up 83%, majority from UniRush, 75% of all card loads direct deposit in the quarter
- Active cards up 20% w/ 5.15 million
- Non-direct deposits are also increasing, but direct deposits are increasing significantly faster
- UniRush acquisition closed February 28, 2017

3Q17 Earnings conference call summary

- 5.23 million active cards
- Direct deposit cards up over 90% y/y (UniRush)
- Announcement of Intuit Turbo Tax Prepaid card program
- 935,000 UniRush cards
- 76% of revenue from direct deposits – UniRush doing well from direct deposits
  - "So 76% of all deposits to the company over the quarter were via direct deposit. And the percentage of penetration of direct deposit relative to active cards was up 90%, both because we were up handsomely, I forget a number, on an organic basis, but of course, all of those acquisitions really also propelled that number year-over-year, with UniRush not yet lapping. So that's part of that reason why that was up so much. UniRush, as you remember from the acquisition call, does fabulously well with direct deposit, as do most of our online businesses and, increasingly, our retail businesses." -Steven Streit
- Direct deposit customers worth 4x as much as non-direct deposit customer
- Transactions up 5% and revenue per transaction up as well

4Q17 Earnings conference call summary

- Active accounts receiving direct deposit growing 21% in the quarter
- Organic purchase volume up 14%
- 5.3 million active accounts, direct deposit accounts up 87% y/y (UniRush)
- BaaS to deliver material incremental growth over time on top of growing established product lines
- **Investing in making legacy account products better – mobile apps, cash back and purchases, integrated savings and more**
- **Margins on BaaS are significantly lower than the legacy products – Full quote below**
- "Despite the incremental year-over-year SG&A from new hires, the ongoing investments into better products for today and new products for tomorrow, the increasing expenses associated with scaling our operating platform to handle the load **and the fact that the margins on some of our new BaaS programs are materially lower than those of our established and at scale legacy product lines**, we intend to, once again, deliver adjusted EBITDA margin expansion in 2018 of at least another 100 basis points on a full year-over-year basis." -Steven Streit
- 5.3 million active accounts increasing by 27% y/y
- **More than ever interchange and fee revenue than any other quarter due to the high volume of active users**
- **55% of customers are millennials**

Green Dot (GDOT)
Page 5 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*105*

06/04/2019

- "if you think about our established business lines or legacy business lines being prepaid cards and reloads, right, that would be the historic Green Dot, those 2 lines of business continue to be a good part of our revenue and certainly more than half of our revenue." – Steven Streit
- But the new lines of business are sizable and getting more sizable.
- New BaaS accounts are getting much bigger
- Legacy reload prices have been going up as more people are using these reload cards
- **More people are using direct deposit which waives the fees so the amount of revenue from reloads is going down.**

1Q18 Earnings conference call summary

- **BaaS has a much lower contribution margin than established product line – margins are expected to expand as time goes on – full quote below**
  - ○ "As we shared in our last call, we expected that the newer branded product lines and the large-scale Banking-as-a-Service program launches that were expected to contribute material revenue growth in the quarter would have a much lower contribution margin than our established product lines and that is exactly what happened, causing consolidated margins to compress somewhat year-over-year, with margins on those programs expected to expand over future periods as those programs scale." -Steven Streit
- Lots of the growth came from BaaS
- More than 1/3 of growth came from legacy programs
- Direct deposit increased by 930,000 y/y, added 900,000 new direct deposit accounts to active portfolio
- 62% of revenue growth came from own established brand programs, with a mix of new and established
- Moneypak up 9% y/y
- New product lines doing well
- **"Altogether, our recent investments into acquiring UniRush; developing a secured credit card product; creating the SimplyPaid disbursement engine; building out our Banking-as-a-Service platform that now powers programs from Apple, Intuit, Uber and soon, Stash; and the new product features we've rolled out like Prize Savings from Walmart and the Green Dot 5% Cashback Debit card have been very successful for us, and we believe positions us to drive incremental growth for many quarters to come." -Steven Streit**
- Stash has a user base of over 2 million and growing rapidly
- Added over 1 million new accounts, with 930,000 of them being direct deposit
- Working to invest significant amounts of money in the new BaaS programs
- **New programs are having low initial contribution compared to established legacy product lines**
- Less revenue margin because the revenue mix is weighted toward the new BaaS programs
  - ○ Margin expansion in the back half of the year and margin compression at front half
- **1/3 of growth from BaaS, 1/3 from legacy, 1/3 from UniRush acquisition**
- **"About half of that 1 million came from the new programs and 0.5 million actually came from good old-fashioned Green Dot, which again is just a fabulous statistic." – Steve Streit**
- Legacy (Moneypak) is growing healthily w/ expanding growth in the retailers
- Also trying to retain the legacy customers that they already have
- All the cost of the new customers is up front in Q1, so net income will be lower, but should steady out in the long run once these customers are more established and have been there longer.

Green Dot (GDOT)
Page 6 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*106*

06/04/2019

2Q18 Earnings conference call summary

- Entirely organic performance with growth in both BaaS and legacy
- 5.9 million active accounts with 700,000 new ones (500,000 direct deposit)
- All BaaS products are growing and are significantly contributing to active card and revenue growth
- "BaaS" has been successful beyond our greatest expectations"
- Tremendous growth in both BaaS and legacy products
- Dramatically improving margins on established lines (legacy)
- Established product lines are the ones that are doing really well but seeing growth from both
- **Half of the <u>revenue growth</u> is from BaaS and other half from legacy**
- "roughly half of it [revenue growth] is coming from our BaaS programs, half of it is coming from our established programs." – Mark Shifke

3Q18 Earnings conference call summary

- 230,000 more accounts receiving direct deposits compared to the previous year's Q3
- % of people who acquire accounts now far more likely to reload than be one and done
- **Quote about 10% BaaS growth**
- "So, I think the answer is if you were to look at the pipeline and assume we close a percentage of that pipeline and then the size of the customer bases that each of those companies believes that they could penetrate with the product, it could generate enough revenue to grow us 10%." – Steven Streit
- "But I want to be clear in no way are we saying that we closed them all, or that we're going to close them all, but it is a comment and the reason we put it in there. It is a comment to the size of BaaS and the opportunity that we're seeing with this platform effect of existing programs growing and new program starting growth from scratch. And then unrelated to BaaS, of course, we have our own legacy products and established business lines, which are no slouches. I mean, those are doing very well and continue to grow. So, we feel pretty good about the future prospects and that's what I was trying to relay." -Steven Streit

4Q18 Earnings conference call summary

- BaaS grew at a faster rate than the legacy programs in this quarter, but both grew by double digits
- Active accounts are only up 1% due to conversion of non-direct deposit to direct deposit customers, with direct deposit customers contributing much more to revenues
- **Discussing of focus on BaaS over legacy accounts due to innovation and rapid growth**
  - "it's our belief that continuing to focus our energy and resources on our strategy to build the industry's most prolific platform for FinTech innovation, Baas, Banking-as-a-Service, will help keep Green dot vital and growing for many years to come." -Steven Streit
- **Customers breached over 50 million across all products – more details/context**
  - 2017 around 35 million customers – added secured credit cards, SimplyPaid, Uber, and Apple Pay Cash products.
  - "in 2018, we served just over 50 million customers who used the Green Dot product or service as we added Intuit, TaxHawk and other programs while BaaS partners that went live in prior years continued to see broadening adoption." -Steven Streit
- Partnership with Intuit is expanding at a pace that was under forecasted
- RapidPay growing "beautifully" – 200 new companies using the service for paycard disbursement
- Now paired with TPG for integration with Walmart and tax refunds

Green Dot (GDOT)
Page 7 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*107*

06/04/2019

- Beginning of millennial generation targeting for products
  - o Gen Z MODE (Mobile-only Digital Everything)
  - o Increase average purchase volume and retention from base of active account holders and attract new customers who would use account products as long-term primary accounts
- Focusing on design of applications to entice millennials to use the products (good user experience and ease of use)
  - o Believe that this is a key strategy for customer addition and retention
- In production of the bOS system (bank operating system)
  - o Allows users to be the boss of their own bank, using the bOS platform
  - o Potential is substantial
  - o Claim that it is a product of BaaS
  - o It's a little bit more locked down
- Reiterated that 40% of growth is from BaaS in 2018
- Once again, half of growth driven by BaaS programs and half from established legacy programs
- Legacy program growth is stagnating

1Q19 Earnings conference call summary

- "BaaS now company's most significant growth engine"
- Growth 100% organic
  - o De novo launch, TurboTax BaaS program, Apple Pay and Uber Rewards card and 2 months of UniRush acquisition
- New product lines now largest drivers of active account growth
- BaaS contributed to 420,000 new active accounts from product lines non-existent 2 years prior
- **Erosion in legacy product line non-direct deposit active accounts primarily from brick-and-mortar retail channel and RushCard and AcountNow digital direct brands (increased competition)**
- Direct deposit generates 3x revenue as non-direct deposit
  - o Non-direct deposit, one and done customers still generate some revenue at better than average contribution margin
  - o Declining actives in any segment means less revenue
- **Launching new and more compelling products in 2nd half of Q2**
- Newt, SynapseFI and Payactiv all up
- Rapid Financial Technologies multiyear partnership
- Green Dot RapidPay
  - o 235 corporate PayCard partners
- New BaaS Stuff
  - o Partnership with EZCORP – pawn lenders bringing financial inclusion to those who need it most
    - ▪ Great bank account experience designed to serve underbanked and unbanked customer segment – using BaaS APIs
  - o Pangaea using BaaS APIs for seamless mobile money transmission and mobile banking experience for growing customer base
  - o Scratchpay using BaaS platform
  - o Wealthfront using BaaS system
  - o Stash using BaaS to facilitate rewards of stock to provide financial opportunity to all
    - ▪ One of fastest growing BaaS programs
  - o Gen Z MODE – mobile-only digital everything
    - ▪ Strong natural advantage – innovative products help expand TAM and increase market share within that larger TAM
    - ▪ Lots of activity centering around this initiative

Green Dot (GDOT)
Page 8 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

108

06/04/2019

- - Planning on 3 new products inclusive of Gen Z focused app – no specific date
    - Will reinvent what people think of a bank account
  - - "research on new branded products is extremely strong, and we believe that all of these products, and especially our Gen Z app, has opportunity to generate significant adoption, usage, and therefore, revenue over time."
  - o "BaaS business is innovating, iterating and growing much faster than we had anticipated, and therefore, requiring more product and technology resources than we had originally expected when we first guided the year just a few months ago." -Steven Streit
  - o **Expecting 1 million new active cards by year end w/ lifetime revenue of $200-$300 million w/ contribution margin of 50%**
  - o Believe that there is an unserved audience, so that is reasoning behind new Gen Z products - they do not relate to bank accounts
  - o Now is the time for $60 million investment for marketing (major marketing not done since 2005)
  - o "if this goes as planned, we are penalizing 2019. There's no way around that. But we're advantaging 2020, 2021 and part of 2022 in way that we just couldn't otherwise do." - Steven Streit
  - o "we're not going to change our marketing to attract more low-value customers." -Steven Streit
  - o Goal is to sell enough new high-value customers to overcome loss of low-value.
    - If you're losing 4 low value, want to sell 1-1.5 high value to overcome difference
  - o Expecting high single digit organic growth rate in 2020
  - o **One and done customers are moving towards other cards because they are free and much easier to use**
    - "So there's a lot of good competitors out there, and then you have others who are online banks. You have all the big banks with their offerings, Finn from Chase, you have a young start-up run by a former Green Dot alumni, young man named Chris, well he's not young anymore. I'm old, so he's got to be older. Chris Britt, who runs Chime, and so you have a lot of Green Dot alumni out there doing their thing, and Chime's a really good company, too. So you do have a lot of more options for these customers who are looking for a different kind of account than what we offer, at the same time, we really did a great job by coming up with cashback rewards at a time when nobody was doing than on debit, and still isn't. And we think that on our new product suite, our goal is to have outrageous value that will continue to make our cards to standout. But you're never going to be a winner with everybody." -Steven Streit

**May 15, 2019 Green Dot J.P. Morgan Transcript Notes**

- Active card growth slowing for several quarters
  - o Due to release of American Express Serve, Bluebird and JPMorgan liquid plus more
  - o **Competition from no-fee options is growing and people are pressuring for Green Dot to not have monthly fees**
  - o **Decided that they will not drop monthly fees, but instead emphasize the value of the product**
    - Mobile check deposit plus many new features
- While recently active growth has stagnated, there are increases in:
  - o Revenue per active
  - o Purchase volume per active
- Great strides with new products that are being rolled out
- **Marketing dollars have been spent on Green Dot name brand programs rather than BaaS programs for Gen Z targeting**

Green Dot (GDOT)
Page 9 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*109*

06/04/2019

- Claim that these new products targeting Gen Z are "best-in-class, unique, provocative and highly appealing" but would not discuss these new products due to competitors listening.
- **Predicting that there will be much more competition in the next 12 months from free neobank or tech-based banking products**
  - ○ **These companies are going to spend a lot of money on marketing which will hurt Green Dot**
  - ○ **Mentioned Chime, Square, Venmo and Paypal in addition to other new ones**
- Want to use part of the $60 million investment for new products and the other part to develop BaaS platform
  - ○ These two platforms are completely unrelated.
  - ○ Full $60 million is not spent on solely marketing
  - ○ Parts spent on BaaS part is Capex – technology development
  - ○ Would not tell the split
- Trying to ensure that customers understand the products that are being offered because they apply to a large demographic
- Considers this investment being used as a launch campaign with "quite appealing" products
- Believe they can add 1 million new active accounts heading into 2020 at the end of 2019
- They are hoping to renew with Walmart
  - ○ Very conservative with the renewal cycle but they're working on programs that cannot be discussed now
  - ○ But they feel good about the Walmart relationship
- **Added ~400,000 Baas accounts in Q1 with most of them direct deposit with BaaS contributing to ~7% of total revenue which is a lot for a product line that did not exist 2 years ago –**
  - ○ **"And we added 400 and somewhat thousand new accounts just in Q1 on the BaaS platform for most of them direct deposit, and BaaS, we expect in 2019 will be a sizable part of our revenue, less than 10%, so call it 6%, 7% at the middle of the range on a net basis.** That's a lot for a company of our size for a product line that didn't even exist two years ago. So – but if you don't invest in these things, and you don't take a chance and go out meet clients, you don't know, and if we hadn't done that, and if we had been afraid to do it, we would have never known that there was an Uber and Apple, and an end to it and others out there waiting for us." -Steve Streit
- Believe that the customers for the competitors are not the same type of customer for green dot

May 22, 2019 Announcement

- Announced definitive agreement with Bank of America & Merrill Lynch to purchase total of $100 million of Class A common stock under accelerated stock repurchase transaction.
- Green Dot will receive initial 1.7 million shares
- Final # of shares to be repurchased and aggregate cost per share to Green Dot based on volume-weighted average stock price during term of transaction
- Expected to be completed in 2019

Green Dot (GDOT)
Page 10 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

110

06/04/2019

All Card Fees

**Green Dot Legacy Cards**

**5% cash back card**

- Up to $100 annually
- No overdraft or bounced check fee
- No minimum balance requirement
- **$9.95 monthly charge – essentially pays for itself assuming the 5% cash back**
- $3.00 ATM fee
- 3% foreign transaction surcharge
- $5.00 for a replacement card
- $5.95 for a checkbook with 12 checks
- Adding cash to your card at a retail store: fee varies by store

**Prepaid card**

- $1.95 card purchase price
- **$7.95 monthly fee**
- $3.00 ATM withdrawal
- **$5.95 cash reload**
- $0.50 ATM inquiry charge (not including ATM operator charge)

**Walmart Money Card**

- **$5 monthly fee (waived when $1000 or more is added in previous monthly period)**
- 3% cash back at Walmart.com
- 2% cash back at Murphy USA and Walmart fuel stations
- 1% cash back at Walmart stores
- Up to $75 in cash-back rewards per reward year
- Get your pay up to 2 days early before payday with ASAP direct deposit
- Can use the moneycard in the Walmart app
- Offers prize savings
    - $1000 grand prize and 999 additional cash prizes awarded every month
    - Earn up to 500 entries per month by having more money loaded onto the card
- Pay bills with FREE online bill pay service
- Send money for free to another card issued by Green Dot bank
- No overdraft fees
- Withdraw cash without a fee at Walmart moneycenters and customer service desks
- Free Walmart check cashing
- Free online bank transfer
- $3 fee for cash reloads using Walmart rapid reload
- $1 card purchase
- Cash reload fee of up to $5.95 by reloading at other retail locations
- $2.50 ATM withdrawal from other ATMs outside of Walmart stores
- $2.50 teller cash withdrawal via a teller at a participating bank
- $0.50 ATM balance inquiry
- 3% international transaction fee

Green Dot (GDOT)
Page 11 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*111*

06/04/2019

- $5.95 for a pack of 12 checks
- $3.00 card replacement (regular delivery)
- $15.00 card replacement (expedited delivery)

**Fan Cards – University mascot debit cards for fans to show school pride**

- $3.95 monthly fee ($6.95 with less than $750 in loads in the previous calendar month)
- No purchase fee
- $2.50 atm withdrawal
- $5.95 cash reload fee
- $1.00 atm balance inquiry
- No overdraft/credit feature
- $3.95 enrollment fee
- Mobile check deposit fee of 5% of the check's face value
- $2.50 over the counter withdrawal fee
- $1.00 atm withdrawal decline fee
- 3% international POS purchase
- $2.50 + 3% international ATM withdrawal and over the counter withdrawal fee
- $1.00 international ATM balance inquiry
- $3.95 replacement card fee
- $30.00 expedited shipping fee
- $3.95 sub-card creation fee

**Unirush card**

- Unlimited plan – unlimited signature and PIN purchases
  - One time card fee $3.95 or $9.95
  - **Monthly fee (with direct deposit) $5.95**
  - **Monthly fee (without direct deposit) $7.95**
  - Cash (third party money transfer services fees may apply) – no fee
  - Transaction fee – no fee
  - Bill pay service fee – no fee
  - Card to card transfer fee (to/from your own RushCards) – no fee
  - Card to card transfer fee (to any other RushCard Member) - $0.99
  - ATM withdrawal fee (in network) – no fee
  - ATM withdrawal fee (out of network) $3.00
  - Store cash back with PIN purchase – no fee
  - Over the counter withdrawal fee - $3.00
  - ATM balance inquiry fee - $0.50
  - Expedited card fee (for a replacement card) - $30.00
  - Expedited cash fee - $30.00
  - Maintenance fee – no fee
  - ATM decline fee – no fee
  - International transaction fee – no fee
  - Currency conversion fee – 3% of transaction amount
- Pay as you go plan – pay for only what you use each month!
  - One time card fee $3.95 or $9.95
  - **Monthly fee (with direct deposit) - no fee**
  - **Monthly fee (without direct deposit) – no fee**
  - Cash (third party money transfer services fees may apply) – no fee
  - Transaction fee – $1.00
  - Bill pay service fee – no fee

Green Dot (GDOT)
Page 12 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*112*

06/04/2019

- o Card to card transfer fee (to/from your own RushCards) – no fee
- o Card to card transfer fee (to any other RushCard Member) - $0.99
- o ATM withdrawal fee (in network) – no fee
- o ATM withdrawal fee (out of network) $3.00
- o Store cash back with PIN purchase – no fee
- o Over the counter withdrawal fee - $3.00
- o ATM balance inquiry fee - $0.50
- o Expedited card fee (for a replacement card) - $30.00
- o Expedited cash fee - $30.00
- o Maintenance fee – no fee
- o ATM decline fee – no fee
- o International transaction fee – $2.005
- Currency conversion fee – 3% of transaction amount

### Green Dot BaaS Cards

### Uber GoBank card

- As an Uber driver, you get a **BaaS** monthly membership
- Free to get pay up to 2 days before payday
- Free to get cash within massive ATM network
  - o $2.50 fee for ATMs outside of network, as well as bank tellers and fee that ATM owner or bank may charge
- No overdraft fees, NSF fees, or penalty fees
- Free to transfer to Uber visa debit card from GoBank
  - o No minimum amount to transfer
- 3% charge for purchases from foreign websites and merchants, where permitted.
- Pack of checks fee of $5.95
- Green Dot gets money from interchange rateF

### Stash Card

- No fee for
  - o Monthly maintenance
  - o Initial card
  - o Minimum balance
  - o Overdraft/insufficient funds
  - o ACH bank transfer
  - o Direct deposit
  - o In-Network ATM balance check
  - o Stolen/compromised card replacement
  - o Statement copy
- Out-of-network ATM fee of $2.50
- Out-of-network ATM balance inquiry fee of $0.50
- Cash reload fee of up to $4.95 (varies by retailer)
- Foreign transaction fee of 3% of total transaction amount

### Intuit TurboTax Card

- $20 bonus with direct deposit of $250 or more
- $4.95 monthly charge (waived when $1000 or more loaded on card in previous monthly period)
- $0 for in-network ATMs

Green Dot (GDOT)
Page 13 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*113*

06/04/2019

- $2.50 per transaction at out-of-network ATMs
- Balance inquiry at non-network ATMs of $0.50
- Reload fee at retail location of up to $4.95
- Replacement card fee of $5.00
- Foreign transaction fee of 3% of total transaction amount

**Scratch pay**

- No info online about fees

**Pangaea**

- BaaS not implemented yet in their system

**Security Finance**

- Does not have BaaS system

**Competitor Cards**

**Venmo Card**

- No application/card fee
- No monthly fee
- No purchase fee
- No in-network ATM fee (MoneyPass ATM)
- $2.50 out-of-network ATM fee
- Cash reload fee is N/A
- Standard withdrawal fee of $0 and 1% instant withdrawal fee ($0.25 min, $10 max)
- $0 money sending fee if venmo/debit balance, 3% fee for credit fee
- No overdraft/credit feature
  - Not FDIC insured
- No reload fee
- $3.00 over the counter fee applies when a signature is required at the bank or financial institution

**Chime bank**

- No fees at all except for at ATMs not on Chime's fee-free network (MoneyPass and Visa Plus Alliance)

**NetSpend**

- $9.95 monthly fee ($5 if $500+ loaded monthly)
- $2.00-$3.95 cash reload fee (varies by retailer)
- $2.95 initial card fee
- $2.50 in-network and out-of-network ATM fee
- $0.50 ATM inquiry fee
- $15 overdraft fee
- $5.95 inactivity fee
- $5.95 refund by check

Green Dot (GDOT)
Page 14 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

114

06/04/2019

*115*

## Card Fee Chart

| Green Dot Legacy Cards | Monthly Fee | Reload Fee (Cash) | Card Fee | Replacement | ATM (In-Network) | ATM (Out-Network) | ATM Inquiry | Checkbook | Foreign Transaction | Overdraft | Cash Back | Inactivity | Refund by Check |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5% Cash Back | 9.95 | Up to 4.95 | x | 5 | 3 | 3 | 0.5 | 5.95 | 3% | 0 | Up to 100 | x | x |
| Prepaid | 7.95 | 5.95 | 1.95 | x | 3 | 3 | 0.5 | x | x | 0 | x | x | x |
| Walmart | 5 (waived if 1000 or more loaded each month) | 3 | 1 | 3 (regular) 15 (expedited) | 0 | 2.5 | 0.5 | x | 3% | 0 | 3% at | x | x |
| Fan Cards | 3.95 (6.95 w/ <750 in loads previous month | 5.95 | 3.95 | 3.95 | x | 2.5 | 1 | x | 3% | 0 | x | x | x |
| Unirush (Pay as you go) | 0 | 0 | 0 | 30 (expedited) | 0 | 3 | 0.5 | x | 2.05 | 0 | x | x | x |
| Unirush (Unlimited) | 5.95 (direct deposit) 7.95 (w/o direct deposit) | 0 | 3.95 or 9.95 | 30 (expedited) | 0 | 3 | 0.5 | x | 0% | 0 | x | x | x |
| | | | | | | | | | | | | | |
| **Green Dot BaaS Cards** | | | | | | | | | | | | | |
| Uber | 0 | 0 | 0 | 0 | 0 | 2.5 | x | 5.95 | 3% | 0 | x | x | x |
| Intuit | 4.95 (waived if 1000 or more loaded each month | Up to 4.95 | 0 | 5 | 0 | 2.5 | 0.5 | x | 3% | 0 | x | x | x |
| Stash | 0 | Up to 4.95 | 0 | 0 | 0 | 2.5 | x | x | 3% | 0 | x | x | x |
| | | | | | | | | | | | | | |
| **Competitor Cards** | | | | | | | | | | | | | |
| Netspend | 9.95 (5 if 500+ loaded monthly) | 2-3.95 (retailer varies) | 2.95 | x | 2.5 | 2.5 | 0.5 | x | x | 15 | x | 5.95 | 5.95 |
| Venmo Card | 0 | 0 | 0 | x | 0 | 2.5 | ATM Fee | x | x | x | x | x | x |
| Chime | 0 | 0 | 0 | 0 | 0 | 2.5 | x | 0 | 0% | 0 | 0 | 0 | 0 |

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

06/04/2019

## Company Description

Green Dot is a U.S. based financial company with products and services including prepaid debit cards, card reload processing, tax refund distributions (TPG) and online banking (GoBank). Green Dot's mission is "to provide a full range of affordable and accessible financial services to the masses." GDOT's target market is a customer with a household income less than $75K that doesn't have or is unsatisfied with their traditional banking services. Green Dot sells products through over 100,000 locations in the U.S. including CVS, Walgreens, Dollar General, Dollar Tree, Kroger and Walmart. The largest single retailer that distributes GDOT products is Walmart, representing 41% of 1H16 sales. Revenue for GDOT is broken into three main segments; card revenues and other fees, processing and settlement service revenues and interchange revenues.

## Valuation

Our price target of $58 is based on 11.3x our 2019E adj. EBITDA.

## Risks to the achievement of price target

**Significant exposure to Walmart:** The products and services sold at WMT locations in 2017 represented 40% of total operating revenues. Contracts with WMT and other retail distributors are set to expire in 2020.
**TPG revenue:** A majority of TPG revenue comes from the sales of a small number of tax preparation firms. This revenue also has risks because GDOT does not have any long-term contracts through the TPG tax partners.
**Product Promotion:** Most of GDOT's revenue comes from products and services sold at retail distributors. These companies generally have discretion as to how they will promote GDOT products and other products that compete for the same market and shelf space.
**Competition:** GDOT competes with several companies across different operating segments that are larger and have more name recognition.
**Regulation:** GDOT is classified as a bank holding company and has increased regulation requirements through the Federal Reserve Board. These requirements are enforceable and include minimum capital and leverage levels.

## Analyst Certification

I, Mike Grondahl, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

# Important disclosures



Created by: BlueMatrix

## Explanation of Ratings:

**Outperform (BUY) –** Outperform the S&P 500 by at least 10%.
**Market Perform (HOLD) –** Perform within 10% above or below the S&P 500.
**Underperform (SELL) –** Underperform the S&P 500 by at least 10%.

Green Dot (GDOT)
Page 16 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

116

## Rating Distribution Breakdown as of 06/04/2019

|  |  |  | IB Serv./ Past 12Mos. | |
| --- | --- | --- | --- | --- |
| Rating Category | Count | Percent | Count | Percent |
| Buy [OP] | 157 | 75.12% | 34 | 21.66% |
| Hold [MP] | 43 | 20.57% | 2 | 4.65% |
| Sell [UP] | 9 | 4.31% | 0 | 0.00% |

## Important Disclosure:

The analyst responsible for preparing this research report receives compensation that is based upon various factors including Northland's institutional trading commissions and total revenues which may be generated by Northland's investment banking activities.

Northland Securities makes a market in the subject company's security: GDOT

Northland Securities intends to seek compensation for investment banking services from the subject company in the next three months: GDOT

## Other Disclosures:

Northland Capital Markets reports will provide short-term commentary, but our ratings are forward looking by at least 12 months, unless otherwise noted, to reflect our financial model expectations. Northland's investment thesis, valuations and ratings are subject to change without notice and the primary analyst should be contacted to ensure that our opinions have not changed since the date of this report.

Information contained herein is based on data obtained from recognized statistical services, issuer reports or communications, or other sources, believed to be reliable. However, we have not verified such information, and we do not make any representations as to its accuracy or completeness. Any statements nonfactual in nature constitute only current opinions, which are subject to change.

Individual investors are advised to carefully consider the risks associated with investments in equity investments, particularly in small cap and micro cap securities. Northland's research universe includes a large proportion of this type of investment. This research report does not take into account the investment objectives, financial needs and risk parameters of individual investors. Individual investors are advised by Northland Securities to discuss their particular financial situation with their investment representative and other professional advisors, prior to acting upon any recommendations in this report.

Past performance is not necessarily an indication of future performance. This report reflects our current opinion. We do not assure future performance. Security prices fluctuate.

Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day.

This document or research report is being distributed on the basis that circulation of Financial Promotions to each person in the United Kingdom to whom it is issued is reasonably believed to be such a person as described in Article 19 (Investment Professionals) of the Financial Services and Markets Act 2000. Persons who do not fall within such description may not act upon the information contained in this report and must return it to the sender immediately.

This document is for the use of intended recipients only and should not be forwarded to any third party.

'Northland Capital Markets' is the trade name for certain capital markets and investment banking services of Northland Securities, Inc., member FINRA/SIPC, registered with MSRB and SEC.

Further information is available upon request.

Northland Securities, Inc.
150 South Fifth Street
Suite 3300
Minneapolis, MN 55402

Green Dot (GDOT)    Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Page 17 of 18    Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

117

06/04/2019

Member FINRA/SIPC, Registered with MSRB and SEC.

Green Dot (GDOT)
Page 18 of 18

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*118*