EXHIBIT 66

EARNINGS RECAP
November 7, 2019

**Green Dot Corporation (GDOT)**


SUNTRUST ROBINSON HUMPHREY

# New Products Encouraging But Investments Roll On. Buy.

## Extended Turnaround Means More Near-Term Pain

### What's Incremental To Our View

**We reiterate our Buy and drop our PT to $40 (10x C21E EBITDA). We believe investors will embrace evidence the Unlimited card is turning the tide vs emerging competitors. However, ongoing marketing investments, lower interest rates and new BaaS client onboarding costs sharply reduce our C20 EBITDA outlook. We also note better disclosure around the economics of the co's Consumer business will likely deflect concerns around l-t earnings power impairment. We view our C20 EBITDA est as a durable baseline. Our new C20 rev/EBITDA ests are $1,060m/$172m (Prior $1,122m/$278m. Street $1,122m/$272m)**

**Important new products.** Whereas many will focus on a meaningfully disappointing preliminary C20 outlook, we submit GDOT's material relative discount captured much of this downside. We do not mean to minimize the adverse effect of such a big est cut. However, we contend the sharp deceleration in adverse active card trends driven by Unlimited (-581k annualized through mid-July vs -240k annualized since) indicates better days ahead. **We now anticipate a return to active card growth in 2Q20, fueled by Unlimited and new products launching in 1H20.**

**Consumer economics meaningfully better than active card count.** The headline active card decline is not good, but we contend it needs to be put in context: 90% of Consumer rev is generated by monthly depositing actives. Declines in these accounts have moderated, similar to total accounts. **As a result, we expect the Consumer business to trough in 1H20 at which point the stickiest customers will be the bulk of actives.**

**Platform is the future.** Also masked by adverse, but improving, account trends is the impressive growth of Green Dot's Platform businesses, incl BaaS, rev from which should be up 25%+ in C19 and are on track to be 50% of C20 rev. **We believe the Platform has similar economics to Consumer, suggesting a return to scale economies in C21.**

**Margin disruption.** Ironically, we believe the Walmart (WMT, $120.23, NR) renewal, which we view as positive for rev visibility, is a relatively manageable ~$16m C20 EBITDA headwind. However, lower interest rates, new product investment and spend around onboarding/expanding BaaS partners, including a greater role at Uber (UBER, 27.38, Buy - Squali), are a ~$50m headwind. **In C21, we project the co will return to rev growth and margin expansion, but acknowledge visibility is low. Our conviction reflects confidence in management's ability to blunt competition, and we note early success.**

**Andrew W. Jeffrey, CFA**
415-217-6807
andrew.jeffrey@suntrust.com

Jennifer Dugan, CFA
415-249-7653
jennifer.dugan@suntrust.com

**SEE PAGE 6 FOR REQUIRED DISCLOSURE INFORMATION**     Page 1

## Buy

**Price Target: $40.00**
*Prior: $50.00*

| Δ Key Drivers | | |
| --- | --- | --- |
| | To | From |
| **C20E EBITDA %** | **16.2%** | **24.7%** |
| *Several headwinds: mostly higher SG&A and Walmart renewal* | | |

| | |
| --- | --- |
| Price (Nov. 7, 2019) | $29.95 |
| 52-Wk Range | $92.84-$22.47 |
| Market Cap ($M) | $1,566 |
| ADTV | 652,151 |
| Shares Out (M) | 52.3 |
| Short Interest Ratio/% Of Float | 7.0% |
| Dividend/Yield | $0.00/0.0% |
| TR to Target | 33.6% |
| Enterprise Value ($M) | $1,495.4 |

| | |
| --- | --- |
| Cash And Equivalents ($M) | $71.0 |
| EV/EBITDA NTM | 8.6x |
| ROE | 16.0% |
| ROIC | 9.1% |
| Cash Per Share | $1.07 |
| FCF/Share | $2.62 |
| FCF Yield | 8.70% |

| | 2018A | 2019E | | 2020E | |
| --- | --- | --- | --- | --- | --- |
| | | Curr. | Prior | Curr. | Prior |
| **EPS** Adjusted | | | | | |
| 1Q | $1.40 | $1.51A | $1.51 | $1.03 | -- |
| 2Q | $0.74 | $0.90A | $0.90 | $0.42 | -- |
| 3Q | $0.59 | $0.20A | $0.00 | $0.01 | -- |
| 4Q | $0.56 | $0.11 | $0.24 | $0.09 | -- |
| FY | $3.28 | $2.75 | $2.67 | $1.54 | $3.13 |
| P/E | 9.1x | 10.9x | | 19.4x | |
| **Revenue ($M)** ProForma | | | | | |
| FY | $1,042 | $1,059 | $1,063 | $1,060 | $1,122 |
| EV/Sales | 1.4x | 1.4x | | 1.4x | |
| **EBITDA ($M)** | | | | | |
| FY | $251 | $242 | $237 | $172 | $278 |
| EV/ EBITDA | 6.0x | 6.2x | | 8.7x | |
| **Consensus** | | | | | |
| FY FYE Dec | $3.28 | $2.72 | | $3.15 | |



## Earnings Recap

| ($ Millions, except EPS) | Actual ($ Million) | STRH Estimate ($ Million) | Delta ($ Million) | % Delta | Street Consensus ($ Million) |
|---|---|---|---|---|---|
| Card revenue | $102.2 | $108.2 | -$6.0 | -6% | $110.0 |
| Processing and settlement service | 54.6 | 50.3 | 4.3 | 9% | 47.0 |
| Interchange revenue | 77.1 | 73.0 | 4.1 | 6% | 75.0 |
| Total Operating Revenue | 240.4 | 240.3 | 0.2 | 0% | 237.0 |
| EBITDA | **25.1** | **11.3** | 13.8 | 122% | **14.0** |
| EPS, Adjusted | **$0.20** | **$0.00** | $0.20 | #DIV/0! | **$0.02** |
| Number of active cards (millions) | 5.18 | 5.16 | 0.02 | 0% | NA |
| Number of cash transfers (millions) | 11.7 | 11.4 | 0.30 | 2.6% | NA |
| Gross Dollar Volume ($ billions) | $9.83 | $10.91 | ($1) | -10% | NA |

*Source: Company reports, SunTrust Robinson Humphrey and FactSet estimates*          *Figures may not sum due to rounding*

## Green Dot Estimate Changes

**SunTrust Robinson Humphrey Estimates**

| ($ Millions, except EPS) | 2019 Prior Estimate | 2019 Updated Estimate | Delta | 2020 Prior Estimate | 2020 Updated Estimate | Delta | 2021 New Estimate |
|---|---|---|---|---|---|---|---|
| Non-GAAP Revenue | $1,063 | $1,059 | (3.8) | $1,122 | $1,060 | (61.7) | $1,148 |
| EBITDA | $237 | $242 | 4.6 | $278 | $172 | (105.6) | $217 |
| EPS, Adjusted | $2.67 | $2.75 | $0.08 | $3.13 | $1.54 | ($1.59) | $2.04 |
| Number of active cards (millions) | 5.47 | 5.23 | (0.240) | 5.75 | 5.44 | (0.305) | 5.82 |
| Number of cash transfers (millions) | 45.2 | 45.7 | 0.521 | 48.8 | 49.9 | 1.015 | 53.8 |
| Gross Dollar Volume ($ billions) | $46 | $44 | (2.403) | $54 | $47 | (7.094) | $52 |

*Source: SunTrust Robinson Humphrey estimates*

**Wall Street Consensus Estimates**

| ($ Millions, except EPS) | 2019 Estimate | | 2020 Estimate | | 2021 Estimate |
|---|---|---|---|---|---|
| Total Revenue | $1,062 | | $1,122 | | $1,161 |
| EBITDA | $240 | | $272 | | $291 |
| Adjusted EPS | $2.72 | | $3.15 | | $3.72 |

*Source: Factset*

*Cutting our PT to $40*

Our new price objective assumes GDOT will trade at 10x 2021 estimated EBITDA, which would represent a 40% discount to the current 2020 estimated group average multiple.

In addition to this EBITDA-based methodology, we employ our more rigorous proprietary FCF ROIC model. We project the company will reach a FCF ROIC of 18% in year five, up from our 7% 2021 estimate. This conclusion is based on the following assumptions: 1) a 7.5% five-year

7

Case 2:19-cv-10701-FLA-E    Document 207-22    Filed 07/03/25    Page 4 of 9    Page ID #:8752



organic revenue CAGR; 2) a 15% year-five FCF margin, up from our 9% 2021 estimate; and a 1% compound annual invested capital decline.

Our model indicates GDOT would command a 6.7x EV/IC multiple at this ROIC. If we assume investors will demand a quite conservative 50% annual equity return to hold GDOT, this would yield $37/share in value, one year from today. We further assume the company will generate $178 million in annual average FCF. Discounting FCF back at the same 50% rate would add $3/share in value. We submit this methodology supports our price target.





**Green Dot Corporation**
Condensed Annual & Quarterly Earnings Projections
($ in Thousands, Except Per-Share)

Andrew W. Jeffrey, CFA  (415) 217-6807
andrew.jeffrey@suntrust.com

Last Updated   11/7/2019
"Required Disclosures" are on the last tab of the workbook

| FY: December | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Card revenue | $337,821 | $414,775 | $130,060 | $120,783 | $113,474 | $118,564 | $482,881 | $129,577 | $121,613 | $102,231 | $109,339 | $462,760 | $122,047 | $116,436 | $103,016 | $110,474 | $451,973 | $478,806 |
| Processing and settlement service | 184,342 | 217,454 | 100,240 | 60,618 | 43,043 | 44,057 | 247,958 | 107,579 | 67,073 | 54,620 | 55,968 | 285,240 | 119,303 | 78,808 | 59,035 | 59,721 | 316,867 | 344,744 |
| Interchange revenue | 196,611 | 257,922 | 84,698 | 76,948 | 74,060 | 75,213 | 310,919 | 92,541 | 81,334 | 77,080 | 78,099 | 329,054 | 84,170 | 82,537 | 80,743 | 80,834 | 328,284 | 352,064 |
| Total Operating Revenue | 718,774 | 890,151 | 320,342 | 263,600 | 236,333 | 245,100 | 1,041,758 | 340,514 | 278,326 | 240,448 | 250,423 | 1,109,711 | 333,037 | 285,798 | 251,311 | 260,046 | 1,130,192 | 1,218,113 |
| Net Revenue adjustment | -674 | 0 | 13,100 | 10,900 | 9,236 | 8,200 | 41,436 | 14,797 | 13,351 | 11,214 | 11,214 | 50,576 | 17,500 | 17,500 | 17,500 | 17,500 | 70,000 | 70,000 |
| **Pro Forma Revenue** | 719,448 | 890,151 | 307,242 | 252,700 | 227,097 | 236,900 | 1,000,322 | 325,717 | 264,975 | 229,234 | 239,209 | 1,059,135 | 315,537 | 268,298 | 233,811 | 242,546 | 1,060,192 | 1,148,113 |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | |
| Sales and marketing expenses | 249,096 | 280,561 | 91,968 | 82,478 | 72,745 | 79,142 | 326,333 | 98,701 | 87,432 | 98,352 | 98,925 | 383,410 | 112,227 | 112,015 | 105,801 | 102,390 | 432,432 | 450,641 |
| Compensation and benefits | 159,456 | 194,654 | 54,507 | 54,478 | 57,070 | 55,572 | 221,627 | 61,475 | 48,298 | 46,678 | 52,626 | 209,077 | 63,107 | 52,318 | 54,478 | 55,301 | 225,204 | 235,363 |
| Processing expenses | 107,556 | 161,011 | 48,425 | 46,363 | 43,654 | 42,718 | 181,160 | 51,632 | 49,222 | 49,010 | 45,450 | 195,314 | 53,641 | 53,660 | 49,100 | 46,084 | 202,485 | 215,845 |
| General and administrative | 139,350 | 155,601 | 43,718 | 47,849 | 62,193 | 52,280 | 206,040 | 47,321 | 49,411 | 48,595 | 59,802 | 205,129 | 50,486 | 53,660 | 53,776 | 63,062 | 220,984 | 235,363 |
| Total Operating Expenses | 655,458 | 791,827 | 238,618 | 231,168 | 235,662 | 229,712 | 935,160 | 259,129 | 234,363 | 242,635 | 256,803 | 992,930 | 279,462 | 271,652 | 263,155 | 266,837 | 1,081,105 | 1,137,213 |
| **Operating Income** | 63,316 | 98,324 | 81,724 | 32,432 | 671 | 15,388 | 106,598 | 81,385 | 43,963 | (2,187) | (6,380) | 116,781 | 53,575 | 14,146 | (11,844) | (6,790) | 49,087 | 80,900 |
| Income before income taxes | 61,561 | 103,458 | 80,464 | 31,344 | (320) | 12,329 | 100,200 | 79,914 | 43,798 | (2,299) | (6,492) | 114,921 | 53,463 | 14,034 | (11,956) | (6,902) | 48,639 | 80,900 |
| Income tax expense/(benefit) | 19,961 | 17,571 | 10,433 | 1,517 | (4,893) | (1,943) | 5,114 | 15,871 | 9,106 | (1,768) | (1,298) | 21,911 | 10,693 | 2,807 | (2,391) | (1,380) | 9,728 | 16,180 |
| Income tax rate | 32.4% | 17.0% | 13.0% | 4.8% | NM | NM | 5.1% | 19.9% | 20.8% | 76.9% | 20.0% | 19.1% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| EBITDA | 156,355 | 205,727 | 109,474 | 62,926 | 50,871 | 51,197 | 274,468 | 118,747 | 74,627 | 25,135 | 24,181 | 241,811 | 84,766 | 44,892 | 18,394 | 23,977 | 172,029 | 216,675 |
| FCF, ex-working cap | 91,366 | 149,073 | 84,395 | 46,331 | 38,752 | 32,448 | 201,926 | 82,019 | 46,996 | 6,352 | 5,367 | 139,855 | 52,962 | 20,973 | (1,326) | 4,245 | 76,853 | 107,995 |
| **Adjusted Net Income** | 75,560 | 114,905 | 75,884 | 40,072 | 32,190 | 30,926 | 179,072 | 82,542 | 48,352 | 10,242 | 5,620 | 146,756 | 54,458 | 22,164 | 624 | 4,571 | 81,818 | 109,626 |
| Depreciation of property and equipment | 39,460 | 33,470 | 8,922 | 9,294 | 9,938 | 10,427 | 38,581 | 10,882 | 12,121 | 12,926 | 13,925 | 49,854 | 13,211 | 13,919 | 14,563 | 15,239 | 56,932 | 66,688 |
| Cap Ex., PP&E | 43,273 | 44,217 | 13,386 | 13,990 | 16,021 | 17,633 | 61,030 | 19,386 | 18,360 | 20,439 | 20,000 | 78,185 | 21,000 | 21,000 | 22,000 | 21,000 | 85,000 | 92,500 |
| Cap Ex., acquisition | 0 | 141,498 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **EPS, Adjusted** | $1.46 | $2.17 | $1.40 | $0.74 | $0.59 | $0.56 | $3.28 | $1.51 | $0.90 | $0.20 | $0.11 | $2.75 | $1.03 | $0.42 | $0.01 | $0.09 | $1.54 | $2.04 |
| EBITDA per share | $3.02 | $3.88 | $2.02 | $1.16 | $0.93 | $0.93 | $5.03 | $2.18 | $1.39 | $0.48 | $0.46 | $4.54 | $1.61 | $0.85 | $0.35 | $0.45 | $3.25 | $4.04 |
| Weighted average shares outstanding, diluted | 51,738 | 53,018 | 54,234 | 54,390 | 54,615 | 54,840 | 54,520 | 54,551 | 53,811 | 52,295 | 52,595 | 53,313 | 52,745 | 52,895 | 53,045 | 53,195 | 52,970 | 53,695 |
| **MARGIN ANALYSIS** | | | | | | | | | | | | | | | | | | |
| S&M as % of revenue | 34.6% | 31.5% | 29.9% | 32.6% | 32.0% | 33.4% | 32.6% | 30.3% | 33.0% | 42.9% | 41.4% | 36.2% | 35.6% | 41.8% | 45.3% | 42.2% | 40.8% | 39.3% |
| Comp & Bene's as % of revenue | 22.2% | 21.9% | 17.7% | 21.6% | 25.1% | 23.5% | 22.2% | 18.9% | 18.2% | 20.4% | 22.0% | 19.7% | 20.0% | 19.5% | 23.3% | 22.8% | 21.2% | 20.5% |
| Processing expense, as a % of interchange revenue | 14.9% | 18.1% | 15.8% | 18.3% | 19.2% | 18.0% | 18.1% | 15.9% | 18.6% | 21.4% | 19.0% | 18.4% | 17.0% | 20.0% | 21.0% | 19.0% | 19.1% | 18.8% |
| G&A as % of revenue | 19.4% | 17.5% | 14.2% | 18.9% | 27.4% | 22.1% | 20.6% | 14.5% | 18.6% | 21.2% | 25.0% | 19.4% | 16.0% | 20.0% | 23.0% | 26.0% | 20.8% | 20.5% |
| Total Operating Expenses, as a % of tot. revenue | 91.2% | 89.0% | 74.5% | 87.7% | 99.7% | 93.7% | 89.8% | 76.1% | 84.2% | 100.9% | 102.5% | 89.5% | 83.9% | 95.1% | 104.7% | 102.6% | 95.7% | 93.4% |
| **Operating Margin** | 8.8% | 11.0% | 26.6% | 12.8% | 0.3% | 6.5% | 10.7% | 25.0% | 16.6% | (1.0%) | (2.7%) | 11.0% | 17.0% | 5.3% | (5.1%) | (2.8%) | 4.6% | 7.0% |
| **Adjusted Net Income Margin** | 10.5% | 12.9% | 24.1% | 15.5% | 14.0% | 13.0% | 17.2% | 25.0% | 17.9% | 4.4% | 2.3% | 13.6% | 16.7% | 8.0% | 0.3% | 1.8% | 7.5% | 9.3% |
| **EBITDA Margin** | 21.7% | 23.1% | 35.6% | 24.9% | 22.4% | 21.6% | 27.4% | 36.5% | 28.2% | 11.0% | 10.1% | 22.8% | 26.9% | 16.7% | 7.9% | 9.9% | 16.2% | 18.9% |
| **YEAR/YEAR % CHANGE** | | | | | | | | | | | | | | | | | | |
| Card revenue | 6.2% | 22.8% | 28.8% | 12.5% | 12.6% | 12.2% | 16.4% | (0.4%) | 0.7% | (9.9%) | (7.8%) | (4.2%) | (5.8%) | (4.3%) | 0.8% | 1.0% | (2.3%) | 5.9% |
| Cash transfer revenue | 0.9% | 18.0% | 10.5% | 17.3% | 17.3% | 14.7% | 14.0% | 7.3% | 10.6% | 26.9% | 27.0% | 15.0% | 10.9% | 17.5% | 8.1% | 6.7% | 11.1% | 8.8% |
| Interchange revenue | 0.0% | 31.2% | 38.0% | 21.1% | 15.4% | 9.2% | 20.5% | 9.3% | 5.7% | 4.1% | 3.8% | 5.8% | (9.0%) | 1.5% | 4.8% | 3.5% | (0.2%) | 7.2% |
| Total Revenue | 2.9% | 23.7% | 21.4% | 13.5% | 12.6% | 11.2% | 12.4% | 6.0% | 4.9% | 0.9% | 1.0% | 5.9% | (3.1%) | 1.3% | 2.0% | 1.4% | 0.1% | 8.3% |
| **Operating Expenses** | | | | | | | | | | | | | | | | | | |
| Sales and marketing expenses | 8.1% | 12.6% | 28.3% | 17.6% | 10.9% | 8.2% | 16.3% | 7.3% | 6.0% | 35.2% | 25.0% | 17.5% | 13.7% | 28.1% | 7.6% | 3.5% | 12.8% | 4.2% |
| Compensation and benefits | (5.2%) | 22.1% | 32.2% | 7.1% | 20.7% | 0.5% | 13.9% | 12.8% | (11.3%) | (18.2%) | (5.3%) | (5.7%) | 2.7% | 8.3% | 16.7% | 5.1% | 7.7% | 4.5% |
| Processing expenses | 5.3% | 49.7% | 18.3% | 3.6% | 28.3% | 3.5% | 12.5% | 6.6% | 6.2% | 12.3% | 6.4% | 7.8% | 3.9% | 9.0% | 0.2% | 1.4% | 3.7% | 6.6% |
| General and administrative | 3.6% | 11.7% | 15.7% | 30.8% | 49.2% | 32.2% | 32.4% | 8.2% | 3.3% | (21.9%) | 14.4% | (0.4%) | 6.7% | 8.6% | 10.7% | 5.5% | 7.7% | 6.5% |
| Total Operating Expenses | 3.2% | 20.8% | 24.5% | 14.2% | 25.0% | 9.8% | 18.1% | 8.6% | 1.4% | 3.0% | 11.8% | 6.2% | 7.8% | 15.9% | 8.5% | 3.9% | 8.9% | 5.2% |
| **Operating Income** | 6.7% | 55.3% | 33.2% | 60.6% | (94.9%) | 315.3% | 8.4% | (0.4%) | 35.6% | NA | (141.5%) | 9.6% | (34.2%) | (67.8%) | 441.6% | 6.4% | (58.0%) | 64.8% |
| **Adj Net Income** | 5.0% | 52.1% | 44.9% | 38.3% | 80.4% | 96.6% | 55.8% | 8.8% | 20.7% | (68.2%) | (81.8%) | (18.0%) | (34.0%) | (54.2%) | NA | (18.7%) | (44.2%) | 34.0% |
| **EBITDA** | 2.7% | 31.6% | 22.2% | 25.7% | 49.9% | 59.5% | 33.4% | 8.5% | 18.6% | (50.6%) | (52.8%) | (11.9%) | (28.6%) | (39.8%) | (26.8%) | (0.8%) | (28.9%) | 26.0% |

Source: Company reports and SunTrust Robinson Humphrey estimates.





**Green Dot Corporation**
Condensed Annual & Quarterly Balance Sheet
($ in Thousands, Except Per-Share)

Andrew W. Jeffrey, CFA  (415) 217-6807
andrew.jeffrey@suntrust.com

Last Updated   11/7/2019

| FY: December | 2016A | 2017A | 1Q18A | 2Q18A | 3Q18A | 4Q18A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E | 1Q20E | 2Q20E | 3Q20E | 4Q20E | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | | | | | |
| Unrestricted cash and cash equivalents | $791,447 | $1,021,984 | $1,370,620 | $1,133,694 | $1,053,122 | $1,115,178 | $1,115,178 | $1,700,806 | $1,120,632 | $879,405 | $1,073,873 | $1,073,873 | $1,777,319 | $1,198,225 | $950,357 | $1,131,653 | $1,131,653 | $1,214,973 |
| Settlement assets | 137,083 | 209,399 | 179,520 | 208,151 | 291,113 | 153,992 | 153,992 | 339,220 | 334,788 | 193,032 | 167,446 | 167,446 | 283,983 | 254,883 | 198,739 | 181,910 | 181,910 | 200,920 |
| Accounts receivable, net | 40,150 | 35,277 | 29,337 | 24,840 | 27,405 | 40,942 | 40,942 | 34,108 | 28,199 | 34,939 | 40,091 | 40,091 | 32,546 | 28,462 | 35,483 | 42,962 | 42,962 | 45,913 |
| Prepaid expenses and other current assets | 32,186 | 47,086 | 53,219 | 42,057 | 46,150 | 57,070 | 57,070 | 49,010 | 49,548 | 46,624 | 47,090 | 47,090 | 47,561 | 48,037 | 48,517 | 49,002 | 49,002 | 50,227 |
| Income taxes receivable | 12,570 | 7,459 | 0 | 0 | 5,071 | 8,772 | 8,772 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total current assets** | 1,013,436 | 1,321,205 | 1,632,696 | 1,408,742 | 1,422,861 | 1,375,954 | 1,375,954 | 2,123,144 | 1,533,167 | 1,154,000 | 1,328,500 | 1,328,500 | 2,141,410 | 1,529,607 | 1,233,097 | 1,405,527 | 1,405,527 | 1,512,033 |
| Prepaid expenses and other assets | 4,142 | 8,179 | 8,157 | 7,930 | 7,657 | 8,125 | 8,125 | 8,777 | 7,034 | 8,201 | 8,406 | 8,406 | 8,490 | 8,575 | 8,661 | 8,747 | 8,747 | 8,966 |
| Property and equipment, net | 82,621 | 97,282 | 100,358 | 104,716 | 110,205 | 120,269 | 120,269 | 126,954 | 131,710 | 139,246 | 145,321 | 145,321 | 153,110 | 160,191 | 167,628 | 173,389 | 173,389 | 199,201 |
| Deferred expenses | 27,354 | 46,868 | 40,960 | 37,596 | 36,616 | 50,431 | 50,431 | 58,731 | 71,205 | 67,413 | 69,098 | 69,098 | 69,789 | 70,487 | 71,192 | 71,904 | 71,904 | 73,702 |
| **Total Assets** | 1,740,344 | 2,197,531 | 2,488,985 | 2,300,979 | 2,344,060 | 2,287,118 | 2,287,118 | 3,066,146 | 2,502,048 | 2,127,913 | 2,300,209 | 2,300,209 | 3,111,707 | 2,497,985 | 2,200,108 | 2,369,688 | 2,369,688 | 2,467,663 |
| **Liabilities & Shareholders' Equity** | | | | | | | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | $22,856 | $34,863 | $32,398 | $39,693 | $30,205 | $38,631 | $38,631 | $47,072 | $35,015 | $47,334 | $37,563 | $37,563 | $44,960 | $34,296 | $47,749 | $36,406 | $36,406 | $37,762 |
| Settlement obligations | 4,877 | 6,956 | 11,672 | 13,078 | 14,885 | 5,788 | 5,788 | 20,351 | 27,509 | 11,928 | 11,928 | 11,928 | 11,928 | 11,928 | 11,928 | 11,928 | 11,928 | 11,928 |
| Amounts due to card issuing banks for overdrawn accts | 1,211 | 1,371 | 1,239 | 1,819 | 2,274 | 1,681 | 1,681 | 1,370 | 542 | 556 | 570 | 570 | 577 | 584 | 592 | 599 | 599 | 614 |
| Deposits | 906,849 | 1,261,837 | 1,468,786 | 1,251,936 | 1,287,996 | 1,197,855 | 1,197,855 | 1,940,368 | 1,340,815 | 1,046,158 | 1,227,801 | 1,227,801 | 1,988,877 | 1,374,335 | 1,072,312 | 1,258,496 | 1,258,496 | 1,289,959 |
| Note payable | 0 | 20,906 | 20,906 | 20,906 | 20,906 | 58,705 | 58,705 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deferred revenue | 25,005 | 30,875 | 22,999 | 19,642 | 18,195 | 34,607 | 34,607 | 24,034 | 16,072 | 15,583 | 15,739 | 15,739 | 15,833 | 15,928 | 16,024 | 16,120 | 16,120 | 16,281 |
| Income tax payable & other | 0 | 74 | 2,818 | 49 | 68 | 67 | 67 | 7,040 | 102,530 | 25,330 | 25,583 | 25,583 | 25,737 | 25,891 | 26,047 | 26,203 | 26,203 | 26,465 |
| **Total Current Liabilities** | 960,798 | 1,356,882 | 1,560,818 | 1,347,123 | 1,374,529 | 1,337,334 | 1,337,334 | 2,040,235 | 1,522,483 | 1,146,889 | 1,319,185 | 1,319,185 | 2,087,912 | 1,462,963 | 1,174,651 | 1,349,753 | 1,349,753 | 1,383,008 |
| Long-term liabilities | 95,813 | 97,005 | 92,876 | 77,143 | 77,143 | 39,972 | 39,972 | 47,196 | 57,652 | 53,840 | 53,840 | 53,840 | 53,840 | 53,840 | 53,840 | 53,840 | 53,840 | 53,840 |
| Total shareholders' equity | 683,733 | 764,550 | 835,291 | 876,713 | 876,713 | 909,812 | 909,812 | 978,715 | 921,913 | 927,184 | 927,184 | 927,184 | 969,955 | 981,182 | 971,617 | 966,095 | 966,095 | 1,030,815 |
| **Total Liabilities & Shareholders' Equity** | 1,740,344 | 2,218,437 | 2,488,985 | 2,300,979 | 2,328,385 | 2,287,118 | 2,287,118 | 3,066,146 | 2,502,048 | 2,127,913 | 2,300,209 | 2,300,209 | 3,111,707 | 2,497,985 | 2,200,108 | 2,369,688 | 2,369,688 | 2,467,663 |
| **FCF ROIC** | 6.9% | 8.3% | 24.6% | 12.8% | 9.3% | 8.9% | 11.7% | 18.5% | 10.2% | 1.6% | 1.4% | 9.8% | 12.4% | 5.1% | (0.3%) | 1.1% | 5.4% | 7.3% |
| **Return On Average Assets** | 4.4% | 5.8% | 13.0% | 6.7% | 5.5% | 5.3% | 8.0% | 12.3% | 6.9% | 1.8% | 1.0% | 6.4% | 8.1% | 3.2% | 0.1% | 0.8% | 3.5% | 4.5% |
| **Return On Average Equity** | 11.2% | 15.9% | 37.9% | 18.7% | 14.7% | 13.8% | 21.4% | 35.0% | 20.4% | 4.4% | 2.4% | 16.0% | 23.0% | 9.1% | 0.3% | 1.9% | 8.6% | 11.0% |

Source: Company reports and SunTrust Robinson Humphrey estimates.



## Company Description

Green Dot Corporation is a leading provider of general purpose reloadable (GPR) debit cards. The company also owns and operates the Green Dot Network, a leading prepaid card reload network. Green Dot sells its cards and offers reload services at over 60,000 retail locations, including Walmart stores (WMT, NR), Walgreens (WBA, Hold, MacDonald), CVS (CVS, Buy, MacDonald), Rite Aid (RAD, NR), 7-Eleven (private), and others. Green Dot's products include Visa (V, Buy) and MasterCard (MA, Buy) branded prepaid debit cards and the Green Dot MoneyPak.

## Investment Thesis

We view Green Dot as among the best-positioned companies to capitalize on the apparently large and rapidly growing General Purpose Reloadable (GPR) card market. While we had previously been guarded with respect to sustainable and scalable card growth, we believe the recently announced advisory agreement with Harvest is a game changer. Managing Director, Jeff Osher, will partner with GreenDot to drive new products and faster revenue growth at scale, in our opinion. We rate the shares Buy.

## Valuation and Risks

Our $40 12-month price target assumes that GDOT will trade at approximately 10x our 2021 EBITDA estimate. This would put the stock at a meaningful discount to the current estimated 16.5x 2020 group average. We believe longer term valuation expansion will accompany re-accelerating organic revenue growth, a re-expansion of margins post this stepped up investment period, strong FCF growth and new customer wins.

Risks to our rating and price target include: 1) growing competition in legacy retail; 2) the need to invest heavily for new product growth; 3) challenges rolling out new tech solutions, 4) Walmart contract renewal.

## Companies Mentioned in This Note

**CVS Health Corporation** (CVS, $71.78, Buy, David MacDonald)
**MasterCard Incorporated** (MA, $272.79, Buy, Andrew Jeffrey)
**Uber Technologies, Inc.** (UBER, $27.38, Buy, Youssef Squali)
**Visa Inc.** (V, $178.43, Buy, Andrew Jeffrey)
Walmart (WMT, $120.23, NR)
Rite Aid (RAD, $10.35, NR)
7-Eleven (private)

## Analyst Certification

I, Andrew W. Jeffrey , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## STRH Ratings System for Equity Securities

### Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp.

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

### STRH Rating System for Equity Securities

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon.

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**

B = Buy

*12*

H = Hold

S = Sell

D = Drop Coverage

CS = Coverage Suspended

NR = Not Rated

I = Initiate Coverage

T = Transfer Coverage

SunTrust Robinson Humphrey ratings distribution (as of 11/07/2019):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 407 | 61.57% | Buy | 115 | 28.26% |
| Hold | 246 | 37.22% | Hold | 43 | 17.48% |
| Sell | 8 | 1.21% | Sell | 1 | 12.50% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some overthe-counter securities mentioned herein. Opinions expressed are subject to change without notice.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2019. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070

13