EXHIBIT 67



# Company Update

08/08/2019

## Market Perform

Price: $46.35
Price Target: $35.00

**Industry**
Financial Services

## Mike Grondahl

(612) 851-4973
mgrondahl@northlandcapitalmarkets.com

### Stock Data

| | |
|---|---|
| 52-Week Range | $41.67/$93.00 |
| Avg. Daily Volume | 682,507 |
| Market Cap. (MM) | $2,466 |
| Shares Out. (MM) | 53.2 |
| Float | 91.4% |
| Cash Per Share | $31.59 |
| Debt-to-Capital | 0.1% |
| Book Value Per Share | $18.41 |
| Dividend Yield | 0.00% |
| Shares Short | 3,185,283 |
| Insider Ownership | 8.6% |
| Institutional Ownership | 89.4% |
| FY End | Dec |
| Source: Factset | |

### Adjusted Revenue Estimates ($M)

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| 1Q | 253.0A | 307.2A | 325.7A |
| 2Q | 222.5A | 252.9A | 265.0A |
| 3Q | 201.6A | 227.1A | 226.6E |
| 4Q | 213.0A | 236.9A | 245.8E |
| FY | 890.2A | 1,024.0A | 1,063.1E |
| P/S | 2.8x | 2.4x | 2.3x |
| Prev CY | -- | -- | 1,124.1E |

### Adjusted EBITDA ($M)

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| 1Q | 89.6A | 109.5A | 119.0A |
| 2Q | 50.1A | 62.9A | 74.6A |
| 3Q | 33.9A | 50.8A | 12.4E |
| 4Q | 32.1A | 51.2A | 35.0E |
| FY | 205.7A | 274.3A | 241.0E |
| Prev CY | -- | -- | 258.1E |

### Adjusted EPS Estimates ($)

| | 2017 | 2018 | 2019 |
|---|---|---|---|
| 1Q | 1.00A | 1.40A | 1.51A |
| 2Q | 0.55A | 0.74A | 0.90A |
| 3Q | 0.34A | 0.59A | 0.02E |
| 4Q | 0.29A | 0.56A | 0.28E |
| FY | 2.17A | 3.29A | 2.72E |
| P/E | 21.4x | 14.1x | 17.0x |
| Prev CY | -- | -- | 2.86E |

# Green Dot Corporation (GDOT)
## 2Q19 Earnings; Competition Causes Another Guide Down

### Summary

GDOT guided down for the second time this year. GDOT called out "competitive challenges that are creating pressure on unit sales in our legacy prepaid product lines." We have highlighted this in the past in our June 4, 2019, **BaaS vs Legacy economics and GDOT's Big Pivot** note and more recently in our August 7, 2019, **A Quick Look at GDOT's New Offering and Competitive Outlook** note.

### Key Points

We believe GDOT remains between a rock and a hard place as the high margin legacy accounts are running off and the newer/delayed BaaS accounts and new offerings like the Unlimited Card are lower margin and ramping slowly. This created a 400K account hole for GDOT. On the call, GDOT noted the 5 new BaaS wins from 1Q19 will be immaterial in 2H19. We also highlight that legacy GDOT was retail focused and the world is going to the internet. As such, we remain MP and lower our PT to $35.

Last quarter, GDOT announced a surprising shift in the company's strategy for the BaaS market coinciding with the 1Q19 earnings announcement. GDOT plans to invest $60M with plans to bring up to an incremental 1+ million accounts onto the platform by YE19 that could bring $200-300M in lifetime revenue at a 50% incremental margin. **However, even this is now being pushed out and details are much more fuzzy.** Last night, adj. EBITDA and adj. EPS guidance were lowered 6.2% and 4.5% at the mid-points, respectively after being lowered 6% and 13% last quarter on the March quarter call.

Green Dot guided down again due to an increase in competition and a top of the sales funnel issue. Green Dot previously took a more incremental approach to investing in BaaS opportunities. We believe this change in course is inherently riskier and creating a lot of uncertainty. As a reminder, GDOT noted an acceleration of losses of not only one and done customers but also other prepaid customers to other competitors too like Venmo, Square, Sofi Money, Chime, Varo Bank, etc... They also cited NeoBanks as a huge threat that is continuing to grow and with war chests of marketing dollars. We believe the WMT MoneyCard introduced in January 2016 has run its cycle and question the economics of new BaaS customers vs legacy WMT customers paying a $6 monthly fee, something that has not been clear for a while. Would a millennial pay this $6 monthly fee? We worry it takes many new BaaS accounts to equal one legacy customer. Of the 5.66M active accounts at GDOT, we believe there is probably 2.0M or more BaaS accounts. **Note GDOT lost roughly 500K core active accounts and added roughly 240K BaaS accounts and expects losses to continue in 3Q19 but have hopes for 4Q19 growth.**

IMPORTANT DISCLOSURES AND ANALYST CERTIFICATION ON PAGE 4

*318*

08/08/2019

GDOT announced their new Unlimited Cash Back Bank Account on July 30, 2019, promoting 3% cash back on online purchases and a 3% APY. Management noted that the trend in lower accounts will continue through Q3 but should pick up through the adoption of this new BaaS offering. The first week of the Unlimited Card is out and doing fine but it is still early per the call. This is the first planned new BaaS product, with a Gen Z product expected to be released by YE.

GDOT reported revenues of $278M vs NS at $261M and street at $263.5M and adj. EPS of $0.90 vs NS at $0.51 and Street at $0.62. Revenue growth was 6% y/y and adj. EPS growth was 22% y/y. Total active cards were down 3.4% y/y to 5.66M. Total card growth was down and per card metrics were weak, purchase volume per active card up 2.3% y/y, interchange rev. per active card up 5.7% y/y and gross dollar volume per active card up 6.4% y/y. GDV was up 6.4% to $10B y/y.

Active accounts were down ~500K due to increasing competitive challenges, putting much pressure on GDOT Legacy prepaid product lines. We believe these are higher revenue and higher margin accounts and that is part of the problem. GDOT noted on the call, that Rapidpay signed another 250 customers. TPG tax refunds processed were down ~10% y/y. **There were no new BaaS wins announced in the June quarter.**

But the question remains, what are the economics of these BaaS accounts, we worry it takes several new BaaS accounts to equal one legacy 2016/2017 vintage WMT Moneycard with a $6 monthly fee and what millennial would pay that fee.

At July 30, 2019 GDOT had $71M of unencumbered cash. 2Q19 adj. EBITDA margin was up ~33bps y/y. For 2019 GDOT lowered revenue guidance to $1,060M-1,080M from $1,114M-$1,134M for revenues, adj EBITDA guidance goes to $225M-$240M from $255M-$261M and adjusted EPS goes to $2.71-$2.77 from $2.82-$2.91. Our 2019 estimates for revenue, adj. EBITDA and adj. EPS go to $1,063.1M, $241.0M and $2.72 from $1,124.1M, $258.1M and $2.86, respectively.

Green Dot (GDOT)
Page 2 of 6

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*319*

08/08/2019

**Northland Capital Markets**
Mike Grondahl - (612) 851-4973
mgrondahl@northlandcapitalmarkets.com

**Green Dot Corporation (GDOT)**

| Fiscal Year End - December (in $ millions, unless otherwise noted) | 2013 | 2014 | 2015 | 2016 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 2017 | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 2018 | 1Q19 | 2Q19 | 3Q19E | 4Q19E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement:** | | | | | | | | | | | | | | | | | | | |
| **Revenue:** | | | | | | | | | | | | | | | | | | | |
| Card Revenue | 227.2 | 253.2 | 318.1 | 337.8 | 101.0 | 107.3 | 100.8 | 105.7 | 414.8 | 130.1 | 120.8 | 113.5 | 118.6 | 482.9 | 129.6 | 121.6 | 108.4 | 117.4 | 476.9 |
| Cash Transfer Revenue | 183.4 | 179.3 | 182.6 | 184.3 | 90.7 | 51.7 | 36.7 | 38.4 | 217.5 | 100.2 | 60.6 | 43.0 | 44.1 | 248.0 | 107.6 | 67.1 | 49.7 | 49.0 | 273.4 |
| Interchange Revenue | 171.8 | 178.0 | 196.5 | 196.6 | 61.4 | 63.5 | 64.2 | 68.9 | 257.9 | 84.7 | 76.9 | 74.1 | 75.2 | 310.9 | 92.5 | 81.3 | 74.0 | 82.1 | 330.0 |
| Retailer Incentives/Contra-Revenue | (8.7) | (8.9) | (2.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest Income | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.3 | 5.4 | 5.7 | 7.3 | 23.8 | 10.8 | 8.3 | 8.0 | 8.5 | 35.6 |
| **GAAP Revenue** | 573.6 | 601.6 | 694.7 | 718.8 | 253.0 | 222.5 | 201.6 | 213.0 | 890.2 | 320.3 | 263.8 | 236.3 | 245.1 | 1,065.5 | 340.5 | 278.3 | 240.1 | 257.0 | 1,115.9 |
| Y/Y growth | 5% | 5% | 15% | 3% | 11% | 28% | 30% | 31% | 24% | 27% | 19% | 17% | 15% | 20% | 6% | 6% | 2% | 5% | 5% |
| | | | | | | | | | | | | | | | | | | | |
| Retailer Incentives | | $8.9 | $2.5 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Contra Revenue Advertising Costs | | $0.0 | $2.0 | $0.9 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| BaaS Interest Income / Adjustments | | | | | | | | | | -$13.1 | -$10.9 | -$9.2 | -$8.2 | -$41.4 | -$14.8 | -$13.4 | -$13.5 | -$11.2 | -$52.8 |
| | | | | | | | | | | | | | | | | | | | |
| **Adjusted Revenue** | 582.3 | 610.5 | 699.2 | 719.7 | 253.0 | 222.5 | 201.6 | 213.0 | 890.2 | 307.2 | 252.9 | 227.1 | 236.9 | 1,024.1 | 325.7 | 265.0 | 226.6 | 245.8 | 1,063.1 |
| Y/Y growth | 5% | 5% | 15% | 3% | 10% | 28% | 30% | 30% | 24% | 21% | 14% | 13% | 11% | 15% | 6% | 5% | 0% | 4% | 4% |
| | | | | | | | | | | | | | | | | | | | |
| Compensation & Benefits Expense | 112.6 | 102.8 | 141.2 | 131.1 | 34.7 | 41.0 | 36.3 | 41.9 | 153.9 | 44.0 | 42.5 | 40.2 | 42.4 | 169.1 | 45.9 | 39.5 | 40.3 | 40.1 | 165.8 |
| Stock-Based Comp Expense | 14.7 | 20.3 | 27.0 | 28.3 | 6.5 | 9.9 | 11.0 | 13.4 | 40.7 | 10.5 | 12.0 | 16.9 | 13.2 | 52.5 | 15.6 | 8.8 | 12.2 | 9.8 | 46.5 |
| Sales & Marketing Expense | 218.4 | 235.2 | 230.4 | 249.1 | 71.7 | 70.1 | 65.6 | 73.1 | 280.6 | 92.0 | 82.5 | 72.7 | 79.1 | 326.3 | 98.7 | 87.4 | 97.4 | 96.4 | 379.9 |
| Processing Expenses | 89.9 | 79.1 | 102.1 | 107.6 | 40.9 | 44.8 | 34.0 | 41.3 | 161.0 | 48.4 | 46.4 | 43.7 | 42.7 | 181.2 | 51.6 | 49.2 | 49.9 | 49.7 | 200.4 |
| Other General & Administrative Expense | 61.9 | 68.2 | 72.8 | 76.9 | 22.5 | 20.0 | 25.4 | 23.2 | 91.0 | 26.6 | 30.4 | 44.1 | 33.7 | 134.7 | 28.3 | 29.1 | 40.1 | 35.9 | 133.4 |
| Depreciation | 27.1 | 37.0 | 38.5 | 39.5 | 8.7 | 8.4 | 8.1 | 8.2 | 33.5 | 8.9 | 9.3 | 9.9 | 10.4 | 38.6 | 10.9 | 12.1 | 12.2 | 13.3 | 48.5 |
| Amortization | | | 23.2 | 23.0 | 6.6 | 8.2 | 8.2 | 8.2 | 31.1 | 8.2 | 8.2 | 8.2 | 8.2 | 32.8 | 8.2 | 8.2 | 7.7 | 8.1 | 32.2 |
| Operating Expenses | 524.5 | 542.6 | 635.4 | 655.5 | 191.6 | 202.4 | 188.6 | 209.3 | 791.8 | 238.6 | 231.2 | 235.7 | 229.7 | 935.2 | 259.1 | 234.4 | 259.9 | 253.2 | 1,006.6 |
| | | | | | | | | | | | | | | | | | | | |
| **GAAP Operating Income** | 49.1 | 59.0 | 59.3 | 63.3 | 61.4 | 20.2 | 13.1 | 3.7 | 98.3 | 81.7 | 32.6 | 0.6 | 15.4 | 130.4 | 81.4 | 44.0 | (19.8) | 3.8 | 109.4 |
| Y/Y growth | -32% | 20% | 1% | 7% | 13% | 57% | -2625% | -205% | 55% | 33% | 62% | -95% | 316% | 33% | 0% | 35% | -3321% | -75% | -16% |
| Operating Margin % | 8.6% | 9.8% | 8.5% | 8.8% | 24.3% | 9.1% | 6.5% | 1.7% | 11.0% | 25.5% | 12.4% | 0.3% | 6.3% | 12.2% | 23.9% | 15.8% | -8.3% | 1.5% | 9.8% |
| | | | | | | | | | | | | | | | | | | | |
| **Adjusted Operating Income** | 57.9 | 67.9 | 63.8 | 64.2 | 61.4 | 20.2 | 13.1 | 3.7 | 98.3 | 68.6 | 21.8 | (8.6) | 7.2 | 89.0 | 66.6 | 30.6 | (33.3) | (7.4) | 56.5 |
| Y/Y growth | -28% | 17% | -6% | 1% | 11% | 56% | -3268% | -221% | 53% | 12% | 8% | -166% | 95% | -9% | -3% | 41% | 288% | -202% | -36% |
| Adjusted Operating Margin % | 9.9% | 11.1% | 9.1% | 8.9% | 24.3% | 9.1% | 6.5% | 1.7% | 11.0% | 22.3% | 8.6% | -3.8% | 3.0% | 8.7% | 20.4% | 11.6% | -14.7% | -3.0% | 5.3% |
| Interest Expense | (3.4) | (0.7) | 5.9 | 9.1 | 1.7 | 1.5 | 1.4 | 1.5 | 6.1 | 1.3 | 1.3 | 0.9 | 3.1 | 6.6 | 1.5 | 0.2 | 1.5 | 1.5 | 4.6 |
| Interest Income | | 2.0 | 4.7 | 7.4 | 2.9 | 2.3 | 2.6 | 3.4 | 11.2 | | | | | 0.0 | | | | | 0.0 |
| Other Income | | 7.1 | 0.0 | 0.0 | | | | | 0.0 | | | | | 0.0 | | | | | 0.0 |
| | | | | | | | | | | | | | | | | | | | |
| **GAAP Pretax Income** | 52.5 | 68.9 | 58.1 | 61.6 | 62.6 | 21.0 | 14.3 | 5.6 | 103.5 | 80.5 | 31.3 | (0.3) | 12.3 | 123.8 | 79.9 | 43.8 | (21.3) | 2.3 | 104.7 |
| Pretax Margin % | 9.2% | 11.5% | 8.4% | 8.6% | 24.7% | 9.4% | 7.1% | 2.6% | 11.6% | 25.1% | 11.9% | -0.1% | 5.0% | 11.6% | 23.5% | 15.7% | -8.9% | 0.9% | 9.4% |
| Income Tax Expense | 18.5 | 26.2 | 19.7 | 20.0 | 21.8 | 1.7 | 0.7 | (6.6) | 17.6 | 10.4 | 1.5 | (4.9) | (1.9) | 5.1 | 15.9 | 9.1 | (4.3) | 0.4 | 21.2 |
| Tax Rate % | 35.2% | 38.0% | 33.9% | 32.4% | 34.9% | 8.2% | 4.6% | -117.5% | 17.0% | 13.0% | 4.8% | 1529.1% | -15.8% | 4.1% | 19.9% | 20.8% | 20.0% | 19.0% | 20.2% |
| **GAAP Net Income** | 34.0 | 42.7 | 38.4 | 41.6 | 40.8 | 19.3 | 13.6 | 12.2 | 85.9 | 70.0 | 29.8 | 4.6 | 14.3 | 118.7 | 64.0 | 34.7 | (17.0) | 1.9 | 83.6 |
| Y/Y growth | -28% | 25% | -10% | 8% | 24% | 140% | 570% | -1009% | 106% | 72% | 55% | -66% | 17% | 38% | -9% | 16% | -473% | -87% | -30% |
| | | | | | | | | | | | | | | | | | | | |
| Income attributable to preferred stock | | -4.8 | -1.1 | -1.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Income Allocated to Shareholders | | $37.890 | $37.3 | $40.3 | $40.8 | $19.3 | $13.6 | $12.2 | $85.9 | $70.0 | $29.8 | $4.6 | $14.3 | $118.7 | $64.0 | $34.7 | ($17.0) | $1.9 | $83.6 |
| | | | | | | | | | | | | | | | | | | | |
| **GAAP EPS** | $0.76 | $0.90 | $0.72 | $0.80 | $0.78 | $0.37 | $0.26 | $0.23 | $1.62 | $1.29 | $0.55 | $0.08 | $0.26 | $2.18 | $1.17 | $0.64 | ($0.32) | $0.03 | $1.54 |
| Y/Y growth | #REF! | 19% | -20% | 11% | 24% | 135% | 536% | -967% | 103% | 66% | 49% | -68% | 15% | 34% | -9% | 18% | -477% | -87% | -29% |
| Diluted Shares Outstanding | 44.9 | 41.8 | 51.9 | 50.4 | 52.5 | 52.5 | 52.9 | 54.2 | 53.0 | 54.2 | 54.4 | 54.6 | 54.8 | 54.5 | 54.6 | 53.8 | 54.0 | 54.2 | 54.1 |
| Non-GAAP | | 47.4 | 53.5 | 51.8 | 52.5 | 52.5 | 52.9 | 54.2 | 53.0 | 54.2 | 54.4 | 54.6 | 54.8 | 54.5 | 54.6 | 53.8 | 54.0 | 54.2 | 54.1 |
| **Adjusted Net Income:** | | | | | | | | | | | | | | | | | | | |
| GAAP Net Income | 34.0 | 42.694 | 38.4 | 41.6 | 40.8 | 19.3 | 13.6 | 12.2 | 85.9 | 70.0 | 29.8 | 4.6 | 14.3 | 118.7 | 64.0 | 34.7 | (17.0) | 1.9 | 83.6 |
| **Add-Backs (After-Tax):** | | | | | | | | | | | | | | | | | | | |
| Stock-Based Comp Expense | 8.1 | 12.702 | 25.0 | 28.3 | 6.5 | 9.9 | 11.0 | 13.4 | 40.7 | 8.2 | 12.0 | 16.9 | 13.2 | 50.3 | 8.2 | 8.8 | 9.1 | 8.8 | 34.9 |
| Retailer Incentives | 7.8 | 5.580 | 1.8 | 0.0 | | | 0.0 | | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Impairment charges, net of tax | 2.5 | 0.427 | 2.8 | 0.1 | 0.2 | | 0.1 | 0.3 | 1.3 | | 0.2 | 0.2 | 0.6 | 0.9 | 0.0 | 0.0 | | | 0.1 |
| Other Income, Net | | (4.724) | 0.1 | 2.8 | | 3.5 | (0.4) | 0.0 | 3.1 | | | 0.7 | 1.5 | 2.3 | (0.1) | 0.1 | 0.1 | | 0.1 |
| Amortization of Intangibles, Net | | 2.202 | 21.2 | 23.0 | 6.6 | 8.2 | 8.2 | 8.2 | 31.1 | 10.5 | 8.5 | 8.2 | 8.2 | 35.3 | 15.6 | 8.2 | 8.2 | 8.2 | 40.1 |
| Change in FV Consideration | | 0.000 | (0.584) | (2.500) | | (7.5) | | (2.2) | (9.7) | | | 13.5 | 3.3 | 16.8 | | | | | 0.0 |
| Amortization of deferred financing costs | | 0.000 | 1.150 | 1.535 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | 0.4 | 0.4 | 0.4 | 0.4 | 1.6 | 1.0 | 0.1 | 1.5 | 1.5 | 4.1 |
| Severance | | 0.000 | 0.000 | 1.7 | 1.1 | 0.2 | 0.4 | 0.5 | 2.2 | 0.1 | 0.8 | 0.8 | 0.1 | 1.8 | 2.9 | 1.5 | 2.0 | | 6.4 |
| Processor expenses | | | | | 4.7 | 4.7 | (6.5) | | 2.9 | | | | | | | | | | |
| Transaction Costs, Net | | 4.053 | 1.3 | 0.1 | 0.5 | 1.7 | 0.0 | 0.0 | 2.3 | | | | | | | | | | 0.0 |
| Income Tax Effect | | 0.000 | (19.270) | (21.154) | (8.3) | (12.2) | (9.0) | (17.1) | (46.5) | (13.4) | (11.3) | (13.0) | (10.6) | (48.3) | (9.1) | (5.1) | (3.0) | (5.0) | (22.2) |
| **Adjusted Net Income** | 52.4 | 63.9 | 71.9 | 75.6 | 52.4 | 29.0 | 17.8 | 15.7 | 114.9 | 75.9 | 40.4 | 32.2 | 30.9 | 179.4 | 82.5 | 48.4 | 0.8 | 15.4 | 147.1 |
| Y/Y growth | -13% | 22% | 13% | 5% | 28% | 105% | 64% | 64% | 52% | 45% | 39% | 80% | 97% | 56% | 9% | 20% | -97% | -50% | -18% |
| **Adjusted EPS** | $1.17 | $1.35 | $1.35 | $1.46 | $1.00 | $0.55 | $0.34 | $0.29 | $2.17 | $1.40 | $0.74 | $0.59 | $0.56 | $3.29 | $1.51 | $0.90 | $0.02 | $0.28 | $2.72 |
| Y/Y growth | #REF! | 16% | 0% | 8% | 28% | 101% | 57% | 56% | 48% | 40% | 34% | 75% | 94% | 52% | 8% | 21% | -97% | -50% | -17% |
| Retailer Incentives % of Gross Revenue | 2% | 1% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| GAAP Net Income % Adjusted Net Income | 58% | 65% | 48% | 55% | 78% | 67% | 76% | 78% | 75% | 92% | 74% | 14% | 46% | 66% | 78% | 72% | -2061% | 12% | 57% |
| Adjusted EPS ex stock comp expense add-back | $1.13 | $1.43 | $1.05 | $0.94 | $0.87 | $0.36 | $0.13 | $0.04 | $1.40 | $1.25 | $0.52 | $0.28 | $0.32 | $2.37 | $1.36 | $0.73 | ($0.15) | $0.12 | $2.07 |

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*320*

08/08/2019

## Company Description

Green Dot is a U.S. based financial company with products and services including prepaid debit cards, card reload processing, tax refund distributions (TPG) and online banking (GoBank). Green Dot's mission is "to provide a full range of affordable and accessible financial services to the masses." GDOT's target market is a customer with a household income less than $75K that doesn't have or is unsatisfied with their traditional banking services. Green Dot sells products through over 100,000 locations in the U.S. including CVS, Walgreens, Dollar General, Dollar Tree, Kroger and Walmart. The largest single retailer that distributes GDOT products is Walmart, representing 41% of 1H16 sales. Revenue for GDOT is broken into three main segments; card revenues and other fees, processing and settlement service revenues and interchange revenues.

## Valuation

Our price target of $35 is based on ~7x our 2019E adj. EBITDA.

## Risks to the achievement of price target

**Significant exposure to Walmart:** The products and services sold at WMT locations in 2017 represented 40% of total operating revenues. Contracts with WMT and other retail distributors are set to expire in 2020.
**TPG revenue:** A majority of TPG revenue comes from the sales of a small number of tax preparation firms. This revenue also has risks because GDOT does not have any long-term contracts through the TPG tax partners.
**Product Promotion:** Most of GDOT's revenue comes from products and services sold at retail distributors. These companies generally have discretion as to how they will promote GDOT products and other products that compete for the same market and shelf space.
**Competition:** GDOT competes with several companies across different operating segments that are larger and have more name recognition.
**Regulation:** GDOT is classified as a bank holding company and has increased regulation requirements through the Federal Reserve Board. These requirements are enforceable and include minimum capital and leverage levels.

## Analyst Certification

I, Mike Grondahl, certify that (1) the views expressed in this report accurately reflect my personal views about all of the subject companies and securities and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this report.

# Important disclosures



Rating and Price Target History for: Green Dot Corporation (GDOT) as of 08-06-2019

Created by: BlueMatrix

## Explanation of Ratings:

**Outperform (BUY) –** Outperform the S&P 500 by at least 10%.
**Market Perform (HOLD) –** Perform within 10% above or below the S&P 500.
**Underperform (SELL) –** Underperform the S&P 500 by at least 10%.

Green Dot (GDOT)
Page 4 of 6

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*321*

08/08/2019

## Rating Distribution Breakdown as of 08/08/2019

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. Count | Percent |
|---|---|---|---|---|
| Buy [OP] | 161 | 76.30% | 29 | 18.01% |
| Hold [MP] | 42 | 19.91% | 3 | 7.14% |
| Sell [UP] | 8 | 3.79% | 0 | 0.00% |

## Important Disclosure:

The analyst responsible for preparing this research report receives compensation that is based upon various factors including Northland's institutional trading commissions and total revenues which may be generated by Northland's investment banking activities.

Northland Securities makes a market in the subject company's security: GDOT

Northland Securities intends to seek compensation for investment banking services from the subject company in the next three months: GDOT

## Other Disclosures:

Northland Capital Markets reports will provide short-term commentary, but our ratings are forward looking by at least 12 months, unless otherwise noted, to reflect our financial model expectations. Northland's investment thesis, valuations and ratings are subject to change without notice and the primary analyst should be contacted to ensure that our opinions have not changed since the date of this report.

Information contained herein is based on data obtained from recognized statistical services, issuer reports or communications, or other sources, believed to be reliable. However, we have not verified such information, and we do not make any representations as to its accuracy or completeness. Any statements nonfactual in nature constitute only current opinions, which are subject to change.

Individual investors are advised to carefully consider the risks associated with investments in equity investments, particularly in small cap and micro cap securities. Northland's research universe includes a large proportion of this type of investment. This research report does not take into account the investment objectives, financial needs and risk parameters of individual investors. Individual investors are advised by Northland Securities to discuss their particular financial situation with their investment representative and other professional advisors, prior to acting upon any recommendations in this report.

Past performance is not necessarily an indication of future performance. This report reflects our current opinion. We do not assure future performance. Security prices fluctuate.

Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day.

This document or research report is being distributed on the basis that circulation of Financial Promotions to each person in the United Kingdom to whom it is issued is reasonably believed to be such a person as described in Article 19 (Investment Professionals) of the Financial Services and Markets Act 2000. Persons who do not fall within such description may not act upon the information contained in this report and must return it to the sender immediately.

This document is for the use of intended recipients only and should not be forwarded to any third party.

'Northland Capital Markets' is the trade name for certain capital markets and investment banking services of Northland Securities, Inc., member FINRA/SIPC, registered with MSRB and SEC.

Further information is available upon request.

Northland Securities, Inc.
150 South Fifth Street
Suite 3300
Minneapolis, MN 55402

Green Dot (GDOT)    Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Page 5 of 6    Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*322*

08/08/2019

Member FINRA/SIPC, Registered with MSRB and SEC.

Northland Securities Inc. | 150 South Fifth Street, Suite 3300 | Minneapolis, MN | 55402
Toll Free: (800) 851-2920 | Main: (612) 851-5900 | Trading: (800) 851-4595

*323*