UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-FLA (Ex) |
| | CLASS ACTION |
| | [PROPOSED] ORDER DENYING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF 180-3) [ECF 208] |
| | DATE:      July 18, 2025 |
| | TIME:      Taken Under Submission |
| | JUDGE:   Fernando L. Aenlle-Rocha |

4897-9691-9634.v1

On July 3, 2025, lead plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (collectively, "Plaintiffs") filed Plaintiffs' Opposition to Request for Judicial Notice in Support of Defendants' Motion for Partial Summary Judgment.  Plaintiffs respectfully requested that the Court deny Defendants' Request for Judicial Notice in Support of Defendants' Motion for Partial Summary Judgment ("Defendants' Request for Judicial Notice") (ECF 180-3).

Having considered the papers submitted in support of and in opposition to Defendants' Request for Judicial Notice, the argument of counsel, and good cause appearing therefor, the Court ORDERS as follows:

Defendants have failed to satisfy their burden of establishing that Exhibits A-AA are properly subject to judicial notice; accordingly, Defendants' Request for Judicial Notice of Exhibits A-AA is DENIED.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE

- 1 -

4897-9691-9634.v1