ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN (190812)
JESSICA T. SHINNEFIELD (234432)
CHRISTOPHER R. KINNON (316850)
MATTHEW J. BALOTTA (310303)
JOHN M. KELLEY (339965)
RACHEL C. BRABY (356720)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
jshinnefield@rgrdlaw.com
ckinnon@rgrdlaw.com
mbalotta@rgrdlaw.com
jkelley@rgrdlaw.com
rbraby@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-FLA (Ex) |
| | CLASS ACTION |
| | PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DEFER OR DENY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(d) |
| | DATE:     August 8, 2025 |
| | TIME:     1:30 p.m. |
| | JUDGE:   Fernando L. Aenlle-Rocha |

4902-0019-1058.v1

TO: THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on Friday, August 8, 2025 at 1:30 p.m., or as soon as the Court may otherwise schedule to be heard by the Honorable Fernando L. Aenlle-Rocha at the First Street Courthouse, 350 W. 1st Street, Courtroom 6B, 6th Floor, Los Angeles, California, 90012, lead plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (together, "Plaintiffs") will and hereby do move the Court for an order granting Plaintiffs' Motion to Defer or Deny Defendants' Motion for Partial Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(d).

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Defer or Deny Defendants' Motion for Partial Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(d), the Declaration of Christopher R. Kinnon in Support of Plaintiffs' Motion to Defer or Deny Defendants' Motion for Partial Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(d), as well as the papers and pleadings filed in this action, the argument of counsel, and any other matters properly before the Court.

DATED: July 3, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN
JESSICA T. SHINNEFIELD
CHRISTOPHER R. KINNON
MATTHEW J. BALOTTA
JOHN M. KELLEY
RACHEL C. BRABY

s/ Christopher R. Kinnon
CHRISTOPHER R. KINNON

- 1 -

4902-0019-1058.v1

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

PITTA LLP
VINCENT F. PITTA
120 Broadway, 28th Floor
New York, NY  10271
Telephone: 212/652-3890
212/652-3891 (fax)

Additional Counsel for Plaintiffs

- 2 -

4902-0019-1058.v1