UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re GREEN DOT CORPORATION SECURITIES LITIGATION | ) ) ) | Case No. 2:19-cv-10701-FLA (Ex) |

CLASS ACTION

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DEFER OR DENY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(d) [ECF 209]

DATE:     August 8, 2025
TIME:     1:30 p.m.
JUDGE:   Fernando L. Aenlle-Rocha

4910-2391-4066.v1

On July 3, 2025, lead plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (collectively, "Plaintiffs") filed Plaintiffs' Motion to Defer or Deny Defendants' Motion for Partial Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(d) ("Plaintiffs' Motion"). Plaintiffs respectfully requested that pursuant to Rule 56(d), the Court deny or defer considering Defendants' Motion for Partial Summary Judgment ("Defendants' Motion") (ECF 180).

The Court, having considered Plaintiffs' Motion, the accompanying documents, the arguments of counsel, and all other matters presented to the Court, and finding good cause therefore, hereby GRANTS Plaintiffs' Motion and ORDERS as follows:

The Court will deny/defer considering Defendants' Motion until after fact and expert discovery in this matter are complete.

IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE

- 1 -

4910-2391-4066.v1