ROBBINS GELLER RUDMAN
  & DOWD LLP
DEBRA J. WYMAN (190812)
JESSICA T. SHINNEFIELD (234432)
CHRISTOPHER R. KINNON (316850)
MATTHEW J. BALOTTA (310303)
JOHN M. KELLEY (339965)
RACHEL C. BRABY (356720)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
debraw@rgrdlaw.com
jshinnefield@rgrdlaw.com
ckinnon@rgrdlaw.com
mbalotta@rgrdlaw.com
jkelley@rgrdlaw.com
rbraby@rgrdlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GREEN DOT CORPORATION SECURITIES LITIGATION | ) ) ) | Case No. 2:19-cv-10701-FLA (Ex) <br><br> <u>CLASS ACTION</u> |

PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CERTIFY THE CLASS

DATE: August 1, 2025
TIME:  1:30 p.m.
JUDGE: Fernando L. Aenlle-Rocha

4896-6111-8037.v1

In accordance with the Court's January 21, 2025, Order Granting Stipulation Regarding Case Schedule (ECF 148) and its June 6, 2025, Order Modifying Briefing Schedule on Plaintiffs' Motion for Class Certification (ECF 172) ("Modified Briefing Order"), Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund (the "Pension Fund") and plaintiff Teamsters Local Union No. 727 Pension Fund ("Local No. 727") (collectively, "Plaintiffs") filed a motion to certify the class under Federal Rule of Civil Procedure ("Rule") 23(a) and (b)(3), appoint the Pension Fund and Local No. 727 as Class Representatives, and appoint Robbins Geller Rudman & Dowd LLP ("Lead Counsel" or "Robbins Geller") as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).  ECF 174 (the "Motion").  The Motion is both timely and properly before the Court and, ***there being no opposition thereto***, should be granted.

After Plaintiffs filed their Motion, the parties engaged in class certification discovery.  On June 24, 2025, defendants deposed Plaintiffs' market efficiency expert, Dr. Steven P. Feinstein.  They also deposed the Pension Fund and Local No. 727 on June 26 and June 27, 2025, respectively.  And on June 25 and July 2, 2025, defendants deposed the investments managers who purchased Green Dot stock on behalf of the Plaintiffs.

On July 3, 2025, pursuant to the Modified Briefing Order, defendants filed Defendants' Response and Statement of Non-Opposition to Plaintiffs' Motion to Certify Class (ECF 203) ("Defendants' Non-Opposition").  A party's statement of non-opposition requires no more than a sentence, perhaps a paragraph at most.  Defendants' Non-Opposition, however, comprises three and a half pages of purported "reservations" of the right to later de-certify the class, uninvited supplemental briefing on their separately pending Motion for Partial Summary Judgment (ECF 180-183), and unwarranted "guidance" as to how this Court ought to manage its motion calendar (as to which Plaintiffs categorically object).

- 1 -

4896-6111-8037.v1

Tellingly, despite conducting extensive class certification discovery, Defendants' Non-Opposition provides no evidence that Plaintiffs failed to satisfy any of Rule 23's requirements for class certification.  Further, the time to oppose class certification, and to provide a rebuttal expert report, is now.  *See* Fed. R. Civ. P 23(c)(1)(A) (stating that class certification should occur "[a]t an early practicable time after a person sues or is sued") (*see also* ECF 148, 172).  Defendants have expressly ***not*** done so.  Nor have defendants challenged the scope of the class definition or the adequacy of the proposed class representatives both of which should be decided now.  Moreover, though Rule 23(c)(1)(C) provides that "[a]n order that grants or denies class certification may be altered or amended before final judgment," defendants' purported "reservations" can neither expand nor modify that Rule or the Court's scheduling orders.

For the foregoing reasons, Plaintiffs respectfully request the Court grant the Motion to certify the Class under Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure, appoint Plaintiffs as Class Representatives, and appoint Robbins Geller as Class Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

DATED:  July 14, 2025

ROBBINS GELLER RUDMAN
 & DOWD LLP
DEBRA J. WYMAN
JESSICA T. SHINNEFIELD
CHRISTOPHER R. KINNON
MATTHEW J. BALOTTA
JOHN M. KELLEY
RACHEL C. BRABY

s/ Jessica T. Shinnefield
JESSICA T. SHINNEFIELD

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

- 2 -

4896-6111-8037.v1

PITTA LLP
VINCENT F. PITTA
120 Broadway, 28th Floor
New York, NY  10271
Telephone: 212/652-3890
212/652-3891 (fax)

Additional Counsel for Plaintiffs

- 3 -

4896-6111-8037.v1