UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-FLA (Ex) |
| | CLASS ACTION |
| | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CERTIFY CLASS [ECF 174] |

4899-1965-7557.v1

On June 6, 2025, Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund (together, "Plaintiffs") filed Plaintiffs' Notice of Motion and Motion to Certify Class (ECF 174) (the "Motion"). On July 3, 2025, defendants filed Defendants' Response and Statement of Non-Opposition to Plaintiffs' Motion to Certify Class (ECF 203). The Court, having considered Plaintiffs' Motion and good cause therefor, hereby GRANTS Plaintiffs' Motion and ORDERS as follows:

1. The Class, Class Representatives, and Class Counsel have adequately demonstrated that they meet each of the requirements for class certification under Rules 23(a) and 23(b)(3).

2. Plaintiffs' Motion to Certify Class is GRANTED.

3. This action is certified as a class action and the Class is defined as:

All persons and entities who purchased or otherwise acquired the common stock of Green Dot Corporation ("Green Dot" or the "Company") during the period from May 9, 2018 and November 7, 2019, inclusive (the "Class Period"), and were damaged thereby. Excluded from the Class are defendants Green Dot, Steven W. Streit, and Mark Shifke (together, "Defendants"), and members of their immediate families, any entity of which a Defendant has a controlling interest, and the legal representatives, heirs, successors, or assigns of any such excluded party.

4. Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and plaintiff Teamsters Local Union No. 727 Pension Fund are hereby appointed as Class Representatives.

- 1 -

4899-1965-7557.v1

5.    Robbins Geller Rudman & Dowd LLP is hereby appointed as Class Counsel.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE

- 2 -