JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:  (415) 773-5759

RICHARD E. GOTTLIEB (SBN 289370)
rgottlieb@glaserweil.com
EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
PETER M. BRANSTEN (SBN 113352)
pbransten@glaserweil.com
AYAD MATHEWS (SBN 339785)
amathews@glaserweil.com
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE GREEN DOT CORPORATION SECURITIES LITIGATION | Case No. 2:19-cv-10701-FLA-E |
| | <u>CLASS ACTION</u> |
| | **SUPPLEMENTAL DECLARATION OF ALEXANDER K. TALARIDES IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF REQUEST FOR JUDICIAL** |
| | Judge: Hon. Fernando L. Aenlle-Rocha<br>Courtroom: 6B<br>[Taken Under Submission on 7/18/2025] |

SUPPLEMENTAL DECLARATION OF ALEXANDER K. TALARIDES

I, Alexander K. Talarides, declare as follows:

1.    I am an attorney at law duly licensed to practice before the courts of the State of California. I am a Partner at Orrick, Herrington & Sutcliffe LLP ("Orrick"), co-counsel of record for defendants Green Dot Corporation ("Green Dot" or "Company"), Steven W. Streit, and Mark Shifke (collectively, "Defendants"). I submit this declaration in support of the Reply Memorandum in Support of Request for Judicial Notice in Support of Defendants' Partial Motion for Summary Judgment.

2.    I have personal knowledge of the facts stated in this declaration and, if called upon as a witness, could and would testify completely to each fact stated herein.

3.    Publicly traded companies typically hold "earnings calls" at the conclusion of financial reporting periods, often each quarter. The purpose of these calls is for the company's management to discuss the company's performance and outlook and to answer questions from stock market analysts who follow the company's stock. Green Dot's management held such calls following each quarter during the time period relevant to this case.

4.    The earnings calls are typically transcribed verbatim by third party reporting services and then made available to the public through databases maintained by various information services companies. These databases typically can be accessed either by paying a fee or maintaining a paid subscription. Thomson Reuters and Capital IQ are two such services. The Thomson Reuters database can be accessed at https://legal.thomsonreuters.com/en/westlaw and the Capital IQ database can be accessed at www.capitaliq.com. Orrick maintains subscriptions to both the Thomson Reuters and Capital IQ databases.

5.    I directed an assistant in my office to download the earnings call transcripts for Green Dot during the relevant period. I later learned that she did so by accessing the Thomson Reuters database. These documents were used as exhibits in Defendant Green Dot Corporation's Request for Admission to Plaintiffs, Set One (the "RFAs"), which were served on January 10, 2025.

- 1 -

6.      On June 13, 2025, Defendants filed their Motion for Partial Summary Judgment (ECF No. 180) ("PSJM"). I submitted a sworn declaration in support of that motion (ECF No. 181). In that declaration, I attested that I had attached as exhibits thereto "true and correct copies" of various documents. Among those documents were earnings call transcripts for Green Dot during the relevant time period, which were labeled as Exhibits A, B, C, D, F, G, I, O, Q, U, and X. As noted in the declaration, each of those transcripts were obtained from the Capital IQ database.

7.      The use of different sources to obtain the earnings call transcripts used in the RFAs and the PSJM was inadvertent. I am aware of numerous court decisions accepting and relying on earnings call transcripts from public sources, but I am not aware of any holding that the particular source matters or that either Thomson Reuters or Capital IQ is not reliable.

8.      At my direction, staff in my office has carefully compared the Capital IQ earnings call transcripts used in the PSJM to the corresponding versions of the Thomson Reuters versions used in the RFAs. We have identified only minor and non-substantive differences. *The portions of the transcripts on which Defendants relied in the PSJM are _identical_ between the two versions*.

9.      Attached hereto are true and correct copies of the Thomson Reuters versions of the transcripts that Defendants relied on in the PSJM. These are labeled as Exhibits A-2, B-2, C-2, D-2, F-2, G-2, I-2, O-2, Q-2, U-2, and X-2, each corresponding to the Capital IQ version of the same transcript attached to the declaration I submitted in connection with the PSJM as described in Paragraph 6 hereof.

10.     The Capital IQ versions of the transcripts attached to my declaration in support of the PSJM (ECF No. 181) were highlighted to show the portions Defendants relied on in the PSJM. The Thomson Reuters versions of the same transcripts that are attached hereto are also highlighted. This will enable the Court to easily verify that, in each instance, the two versions are essentially identical.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July 2025 in Alameda, California.


$\underline{\qquad\text{\textit{/s/ Alexander K. Talarides}}\qquad}$
ALEXANDER K. TALARIDES

- 3 -

SUPPLEMENTAL DECLARATION OF ALEXANDER K. TALARIDES