UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GREEN DOT CORPORATE SECURITIES LITIGATION | Case No. 2:19-cv-10701-FLA (Ex)<br><br>**ORDER VACATING PRETRIAL AND TRIAL DATES AND DEADLINES AND DENYING MOTIONS AND APPLICATIONS TO SEAL AS MOOT [DKTS. 174, 180, 198, 201, 209, 224]** |

1

## <u>ORDER</u>

On September 18, 2025, Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and named Plaintiff Teamsters Local Union No. 727 Pension Fund (collectively, "Plaintiffs") and Defendants Green Dot Corporation, Steven W. Streit, and Mark Shifke (collectively, "Defendants") filed a Notice of Settlement ("Notice").  Dkt. 226.  The parties state they have reached an agreement-in-principle that resolves all of the putative class's claims and request the court stay all proceedings and set the deadline to file a motion for preliminary approval of class action settlement as October 17, 2025.  *Id.* at 2.

Having reviewed the Notice and finding good cause therefor, the court hereby ORDERS as follows:

1.  All currently pending pretrial and trial dates and deadlines in this action are VACATED.

2.  The parties' pending Motions (Dkts. 174, 180, 209, 224) and Applications to File Documents under Seal (Dkts. 198, 201) are DENIED without prejudice as moot.

3.  The parties' deadline to file a Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Motion") shall be October 17, 2025.  The court RESERVES November 21, 2025, at 1:30 p.m. for the hearing on the Preliminary Approval Motion.  Any oppositions to this motion shall be due on or before October 31, 2025, with replies due on or before November 7, 2025.

IT IS SO ORDERED.

Dated: September 23, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2